IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>       Plaintiffs,<br><br>  v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>       Defendants. | Civil Action No. 20-cv-8668 |

## DECLARATION OF NANCY HART

NANCY HART declares, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Nancy Hart.  I am over 18 years of age and am competent to make this declaration.  I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am a U.S. citizen and lawfully registered to vote in Allegheny County, Pennsylvania, where I live.  I am a freelance reporter.  I currently work for Urban Media Today, which is a news source primarily focused on issues relevant to the African-American community in Pittsburgh.

3. On August 26, 2020, I received a robocall on my cordless, battery-powered, landline phone.  The sender of the robocall was Jack Burkman at 703-795-5364.  I know this because the number "703-795-5364" and name "Jack Burkman" showed up on the caller ID on my phone.  I also called the number back and received Burkman's voicemail.

4. I received this robocall even though my number is registered with the Do Not Call registry.

5. I took this photo of the caller ID on my phone, showing the robocall information:



6. The content of the robocall was: "Hi, this is Tamika Taylor from Project 1599, the civil rights organization founded by Jack Burkman and Jacob

Wohl.  Mail-in voting sounds great, but did you know that if you vote by mail, your personal information will be part of a public database that will be used by police departments to track down old warrants and be used by credit card companies to collect outstanding debts?  The CDC is even pushing to use records for mail-in voting to track people for mandatory vaccines.  Don't be finessed into giving your private information to the man, stay home safe and beware of vote by mail."

7. Upon listening to the robocall, I was irate.  I am familiar with who Jack Burkman and Jacob Wohl are and know them to be scammers.  Listening to the call, it was clear to me that the purpose of this robocall was to try and suppress the black vote.  I believe this because the call used a woman's name that is associated with being black, played on very real fears of the black community, and also invoked offensive, racists stereotypes of black individuals.

8. I was infuriated when the robocall discussed vaccines because I know that the black community has a deep-seated distrust of government when it comes to medicine, stemming from, among other things, the historical forced sterilization of black women and the Tuskegee syphilis experiment.  I was also deeply offended that the robocalls invoked hurtful stereotypes (such as

assuming that the black community is hiding from bill collectors or that they all have outstanding warrants).

9. I care strongly about the importance of voting as a civic duty. As a result, I spend a lot of my time encouraging other people to vote and promoting voting as a civic duty. That is another reason why this robocall angered me, because the robocall attacked the institution of voting and sought to undermine confidence in the voting process.

10. Through my job as a reporter and through my own activism, I know how damaging the spread of this disinformation is. These false narratives take advantage of peoples' lack of available knowledge.

11. While I am familiar with Wohl and Burkman and know them to be scammers, I was fearful that others would believe the contents of the robocall. For people who do not know them or Project 1599, they appear to have authority and legitimacy because of their fancy organizational name and ability to conduct wide-reaching robocalls.

12. After receiving this robocall, I observed other people on Facebook posting false information that echoed the robocall's message.

13. Because I believed the robocalls to be a form of voter suppression, I contacted the offices of my State Attorney General Josh Shapiro and my State Secretary of State Kathy Boockvar after receiving the call.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on:

October 12, 2020, in Pittsburgh _____, Pennsylvania, by

NANCY HART