IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10, <br><br> Defendants. | Civil Action No. 20-cv-8668 |

## **DECLARATION OF EDA DANIEL**

EDA DANIEL declares, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is EDA DANIEL. I am over 18 years of age and am competent to make this declaration.

2. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

3. I am a U.S. citizen and lawfully registered to vote in East Cleveland, Ohio, where I live. I live in a racially diverse community.

4. In late August or early September, 2020, I received a robocall from Jack Burkman on my cordless landline phone. I knew it came from him because I saw his name and number on my caller ID. I only answered the phone because it looked like a call from a real person, not an automated call. My number is registered with the Do Not Call registry and with AT&T's do not call program.

5. When I heard the recording, it scared me initially. It was trying to scare me into not voting. It said things like if I vote by mail the police will be able to track me down, or that if I vote by mail I will be forced to get a vaccination.

6. I found these threats to be very jarring and scary, but then I realized halfway through the call that it was ridiculous and false. But the fact that a stranger would send these kinds of scary messages to voters was also disconcerting.

7. Once I realized it was false, I was extremely angry that someone was trying to intimidate me and others into not voting. My father first took me into a voting booth when I was five years old; I believe that voting is sacred. I serve as a precinct official in Cuyahoga County so that I can help others vote. This robocall was despicable and awful; the caller should not be harassing people in this way.

8. I reported this robocall to my congresswoman, to my senator, and to my mayor. I tried to call Burkman's number back to tell him to stop making these calls, but I could only get his voicemail.

9. This robocall made me feel both angry and powerless. I felt vulnerable by having this stranger invading my home with such pernicious lies. Previously, I would answer the phone for anyone with a real name on the caller ID. Now, anytime I get a call from a real name that I do not recognize, I get anxious and apprehensive about whether it is going to be another package of lies. I do not want to pick up the phone.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on:

October _15_, 2020, in _EAST CLEVELAND_, Ohio, by

_[signature]_

EDA DANIEL