# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**National Coalition on Black Civic Participation, et al.**

**Plaintiff(s)**

**Case No.: 1:20-cv-08668-VM**

vs.

**Jacob Wohl, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated October 20, 2020; Summons in a Civil Action; Complaint, Electronic Case Filing Rules & Instructions; Special Individual Rules and Practices in Light of Covid-19, United States District Judge Victor Marrero, Southern District of New York; Individual Practices of United States District Judge Victor Marrero, Southern District of New York; Order to Show Cause; Plaintiff's Memorandum of Law in Support of Temporary Restraining Order and Preliminary Injunction with Exhibit A: Temporary Restraining Order; Declaration of Sarah Wolff; Declaration of Tameka Ramsey; Declaration of Andrea Sferes; Declaration of Eda Daniel; Declaration of Gene Steinberg; Declaration of Karen Slaven; Declaration of Kate Kennedy; Declaration of Mary Winter; and Declaration of Nancy Hart in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/21/2020 at 8:49 AM, I served J.M. Burkman and Associates, LLC c/o Jack Burkman, Registered Agent at 1530 Key Boulevard, Lobby, Arlington, Virginia 22209 with the Letter dated October 20, 2020; Summons in a Civil Action; Complaint, Electronic Case Filing Rules & Instructions; Special Individual Rules and Practices in Light of Covid-19, United States District Judge Victor Marrero, Southern District of New York; Individual Practices of United States District Judge Victor Marrero, Southern District of New York; Order to Show Cause; Plaintiff's Memorandum of Law in Support of Temporary Restraining Order and Preliminary Injunction with Exhibit A: Temporary Restraining Order; Declaration of Sarah Wolff; Declaration of Tameka Ramsey; Declaration of Andrea Sferes; Declaration of Eda Daniel; Declaration of Gene Steinberg; Declaration of Karen Slaven; Declaration of Kate Kennedy; Declaration of Mary Winter; and Declaration of Nancy Hart by serving Jack Burkman, Registered Agent, authorized to accept service.

Jack Burkman is described herein as:

Gender: Male   Race/Skin: White   Age: 52   Weight: 170   Height: 6'0"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

10/21/2020
Executed On

Louis Gerrick

Client Ref Number: 910655.2002
Job #: 1582776

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:20-cv-08668-VM   Document 7   Filed 10/19/20   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes,<br><br>*Plaintiff(s)*<br>v.<br>Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, Project 1599, and John and Jane Does 1-10,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-cv-8668<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.M. Bukrman & Associates, LLC
1530 Key Boulevard, Suite 1222
Arlington, VA 22209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachelle Navarro
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 19, 2020                                    /S/ S. James

*Signature of Clerk or Deputy Clerk*

