```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NATIONAL COALITION ON                   :
BLACK CIVIC PARTICIPATION, et al.,      :
                                        :
                    Plaintiffs,         :    20 Civ. 8668 (VM)
                                        :
    - against -                         :    ORDER
                                        :
JACOB WOHL, et al.,                     :
                                        :
                    Defendants.         :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 22, 2020

**VICTOR MARRERO, United States District Judge.**

The Court will hold a hearing in the above-captioned matter on Monday, October 26, 2020 at 9:00 a.m. Due to the ongoing COVID-19 pandemic, the hearing will take place by teleconference using the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

Defendants are directed to respond to Plaintiffs' request for a temporary restraining order by written submission no later than Friday, October 23, 2020 at 5:00 p.m.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:     New York, New York
           22 October 2020

_____
Victor Marrero
U.S.D.J.