## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No.:  20-cv-8668-VM |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Julie Gorchkova, Esq., of Orrick, Herrington & Sutcliffe LLP, hereby enters an appearance as counsel on behalf of Plaintiffs in the above-titled action. I am admitted to practice in this Court.

Dated: October 22, 2020
       New York, New York

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

 _/s/_ Julie Gorchkova_____
Julie Gorchkova
51 West 52nd Street
New York, NY 10019
Tel: +1 212-506-5000
jgorchkova@orrick.com

*Attorney for Plaintiffs*