IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>　　　　　Defendants. | Civil Action No.: 20-cv-8668-VM |

## **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Aaron Gold, of Orrick, Herrington & Sutcliffe LLP, hereby enters an appearance as counsel on behalf of Plaintiffs, National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes, in the above-titled action. I am admitted to practice in this Court.

Dated: October 23, 2020
　　　　New York, New York

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

 /s/ Aaron J. Gold
Aaron J. Gold
51 West 52nd Street
New York, NY 10019
Tel: +1 212-506-5179
aaron.gold@orrick.com

*Attorney for Plaintiffs*