IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>          Plaintiffs,<br><br>      v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>          Defendants. | Civil Action No.:  20-cv-8668-VM |

## **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that John Libby, Senior Special Counsel at the Lawyers' Committee for Civil Rights Under Law, hereby enters an appearance as counsel on behalf of Plaintiffs, National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes, in the above-titled action.  I am admitted to practice in this Court.

Dated: October 23, 2020
       Washington, DC

Respectfully submitted,

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW

 /s/ _John Libby_____
John Libby (NY Bar No. 5717038)
1500 K St. NW, Suite 900
Washington, DC 20005
Tel: +1 202-662-8600
jlibby@lawyerscommittee.org

*Attorney for Plaintiffs*