UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL COALITION ONBLACK
CIVIC PARTICIPATION, et al.,

                                Plaintiffs,         Case No. 20 Civ. 8668 (VM)

      -against-

JACOB WOHL, JACK BURKMAN, J.M.          **NOTICE OF APPEARANCE**
BURKMAN & ASSOCIATES, LLC,
PROJECT 1599, and JOHN and JANE DOES
1-10,

                                Defendant.
------------------------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel of record for the defendants, JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES LLC, and PROJECT 1599, in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated:  Garden City, New York
          October 26, 2020

                                                    **GERSTMAN SCHWARTZ LLP**

                                                    _____/s/ David M. Schwartz_____
                                                    David M. Schwartz, Esq.
                                                    Attorneys for Defendant
                                                    1399 Franklin Avenue, Suite 200
                                                    Garden City, New York 11530
                                                    Telephone: (516) 880-8170
                                                    Fax: (516) 880-8171
                                                    dschwartz@gerstmanschwartz.com