UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL COALITION ONBLACK
CIVIC PARTICIPATION, et al.,

                                Plaintiffs,        Case No. 20 Civ. 8668 (VM)

     -against-

JACOB WOHL, JACK BURKMAN, J.M.          **NOTICE OF APPEARANCE**
BURKMAN & ASSOCIATES, LLC,
PROJECT 1599, and JOHN and JANE DOES
1-10,

                              Defendant.
------------------------------------------------------------------------X

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel of record for the defendants, JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES LLC, and PROJECT 1599, in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated:  Garden City, New York
          October 26, 2020

                                                **GERSTMAN SCHWARTZ LLP**

                                                _____/s/ Randy E. Kleinman_____
                                                Randy E. Kleinman, Esq.
                                                Attorneys for Defendant
                                                1399 Franklin Avenue, Suite 200
                                                Garden City, New York 11530
                                                Telephone: (516) 880-8170
                                                Fax: (516) 880-8171
                                                [rkleinman@gerstmanschwartz.com](mailto:rkleinman@gerstmanschwartz.com)