IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 20-cv-8668-VM<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael Maruca hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel and Andrea Sferes in the above-captioned action.

I am a member in good standing of the bars of the State of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, an affidavit and Certificates of Good Standing from New York and the District of Columbia are submitted herewith.

Dated: October 27, 2020	Respectfully Submitted,

By:	/s/ Michael Maruca
	Michael Maruca
	ORRICK, HERRINGTON & SUTCLIFFE LLP
	1152 15th Street, NW
	Washington, DC 20005
	Tel. 202-339-8441
	mmaruca@orrick.com

	Attorney for Plaintiffs