IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 20-cv-8668-VM<br><br>**AFFIDVAIT OF MICHAEL MARCUA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

County of ___Washington___

State of ___District of Columbia___ )SS:

I, Michael Maruca, being duly sworn, hereby deposes and says:

1. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP. I am familiar with the proceedings in the above-captioned matter, and I submit this affidavit in support of my motion for admission as counsel, *pro hac vice*, to represent Plaintiffs in the above-caption matter.

2. As shown in the Certificates of Good Standing submitted herewith, I am a member in good standing of the bars of the State of York and the District of Columbia, and I was admitted to practice in these jurisdictions in 2019 and 2020, respectively.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

Wherefore your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel and Andrea Sferes.

_____
Michael Maruca

Sworn to before me
this 27 day of October, 2020

_____
Notary Public