UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL COALITION ONBLACK
CIVIC PARTICIPATION, et al.,

                       Plaintiffs,          Case No. 20 Civ. 8668 (VM)

    -against-

                                          **NOTICE OF APPEARANCE**

JACOB WOHL, JACK BURKMAN, J.M.
BURKMAN & ASSOCIATES, LLC,
PROJECT 1599, and JOHN and JANE DOES
1-10,

                       Defendant.
------------------------------------------------------------------------X

          **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel of record for the defendants, JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES LLC, and PROJECT 1599, in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: Garden City, New York
       October 26, 2020

                                                  **GERSTMAN SCHWARTZ LLP**

                                                    /s/ Randy E. Kleinman
                                                Randy E. Kleinman, Esq.
                                                Attorneys for Defendant
                                                1399 Franklin Avenue, Suite 200
                                                Garden City, New York 11530
                                                Telephone: (516) 880-8170
                                                Fax: (516) 880-8171
                                                rkleinman@gerstmanschwartz.com