

Username   Password   Forgot?
[        ]  [        ]  [Login »]

Services        Link Directory        Frequent Questions        Search Our Database        Download Forms        Contact Us

**Search-Net** | **Skip Tracing** | **Asset Searches** | **Industry Partners** | **Media**



## SKIP TRACING BASICS & BEYOND
### Second Edition Now Available

### Search-Net Management

We specialize in finding information. If you need to find assets, a person or even a place, you've come to the right people. If you need skip tracing, professional, fast, and always on time, then look no further. You've found Search-Net and we'll find what you need.

*We will find your debtor, for as little as $25.*

Call us now at (212) 447-5913.
We can help you collect.

---

Search-Net Management - © 2019

We sell information only to Creditors, parties to lawsuits, Licensed Professionals (Private Investigators, Attorneys, Certified Accountants, Law Enforcement, Corporate Security & Legal staff, or direct plaintiff judgment holders) exclusively, with legal purposes for the data to support current legal matters. We do not sell to the general public despite misleading and false media claims! Any claim to the contrary is false, libelous and untrue. We do not sell medical data, earnings or salary data or credit card numbers under any circumstances. We further oppose false, incomplete and deceptive media reporting tactics. Search-Net Management continues to promote responsible use of the information that we provide. Search-Net Management complies fully with the restrictions on gathering of financial information as set forth in the Gramm-Leach-Bliley Act. In order to stay in compliance with Federal Privacy Laws, we cannot guarantee balance or account number information on any asset search. Therefore, we state to you the viewer or user "Data obtained from Search-Net Management must only be used to locate or further identify the data subjects and whereabouts of assets and should not be used in part or on whole to determine a consumers eligibility for credit, employment, insurance or any other purpose for which a consumer report would be obtained, except in connection with collection of a debt. If adverse action is to be taken against the consumer data subject and the information to be used has been obtained from Search-Net Management, it must be verified from another source prior to adverse action. This data should be used for lead information only." By viewing our website and/or using our services you enforcedly agree that you meet the above criteria and agree to our Terms & Conditions. Further, you agree to bear full legal costs in the event of misuse of the information and understand that all information is legally privileged and sold for use in court only.

**SKIP TRACER'S CHECKLIST**

**Pre-Investigative Checks**

- City Directory
- Directory Assistance
- Postal Forwarding Address Check
- Multiples
- Date of Birth

**Public Record or Courthouse Records Check**

- Traffic Records
- Circuit Civil Records
- County Civil Records
- Circuit Criminal Records
- County Criminal Records
- Voter Registration
- Marriage Records
- Occupational License
- Property Tax Rolls
- Hunting and Fishing Licenses
- Real Property Records
- Auto Tag Registration
- General Indexing

**Last Known Address**

- Neighbors Interviewed
- Local Area Merchants Contacted
- Landlord [ ] yes   [ ] no
- Real Estate Agent [ ] yes  [ ] no
- Names of Other Members of the Household
- Moving Company [ ] yes  [ ] no

**Deposits**

- Landlord
- Gas Company
- Cable Company
- Electric Company
- Telephone Company
- Garbage Pick-up Service

**State Records**

- Auto Tag
- Driver License
- Vehicle Title
- Corporate Names
- State Occupational License
- State Highway Patrol
- State Disciplinary Actions

**Other Assorted Checks**