Case 1:20-cv-08668-JSR   Document 40-4   Filed 10/28/20   Page 1 of 1



# JDNEWS.COM

## THE DAILY NEWS – JACKSONVILLE, NC

Opinion

# Letter: All-mail elections ripe for fraud

Posted May 24, 2020 at 9:01 AM

Some groups are pushing a change to "all-mail elections." There are already thousands of voter fraud cases. Some examples include false voter registration, duplicate voting, ineligible voting, impersonation fraud at the polls, vote buying, altering vote counts, dead people voting, etc. Voter ID helps hinder voter fraud but is not required by 15 states.

An all vote-by-mail system is very concerning. "All" ballots are cast outside the public eye, increasing opportunity for impersonation and coercion. There's no guarantee every ballot gets to the intended person and returned by that person.

Many ballots go to addresses of someone who's deceased or has moved. Can you imagine the time/cost to tally "all" votes by mail? It could be weeks after the election, leaving room for more fraud. In Florida's 2018 recount of two candidates, over 78,000 ballots were discovered in an Avis Rental at an airport for Broward County, days after the election.

Florida ballots must be received by election day, but groups are suing to change that to postmarked by election day and counted within 10 days. This alarming idea means no election could be called on election day. Those suing want to allow paid organizers to collect vote-by-mail ballots from voters who require assistance, illegal in most states. They also want the state to pay the postage. Whatever happened to personal responsibility for filling out a ballot, voting at the precinct/getting one's ballot in on time, and paying the postage?

Don't be deceived. Safeguarding election integrity is of the utmost importance!

**Diana K. Gilbert, Niceville, Florida**