IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 29, 2020
```

NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,

  Plaintiffs,

v.

JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,

  Defendants.

Civil Action No. 20-cv-8668-VM

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Michael Maruca, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia and that his contact information is as follows:

Michael Maruca
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Tel. (202) 339-8441
Fax. (650) 339-8500
mmaruca@orrick.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Woff, Karen Slaven, Kate Kennedy, Eda Daniel and Andrea Sferes in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice*

in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorney.

Dated: October 29, 2020

Victor Marrero
U.S.D.J.