IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>          Plaintiffs,<br><br>     v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>          Defendants. | **NOTICE OF APPEAL**<br><br>Civil Action No.: 20-cv-8668 |

Notice is hereby given that Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC., and Project 1599 hereby appeal to the United States Court of Appeals for the Second Circuit from, 1) the Decision and Order entered on October 28, 2020 ("October 28 Order"), granting Plaintiffs' Motion for A Temporary Restraining Order and a Preliminary Injunction, and denying Defendants' Memorandum of Law In Opposition to Plaintiffs' Motion for A Temporary Restraining Order and a Preliminary Injunction; and 2) the Decision and Order dated October 29, 2020 ("October 29 Order"), denying Defendants' Motion for Reconsideration and Defendants' Motion seeking a Stay of the instant matter during the pendency of Defendants' criminal matters in Michigan and Ohio, respectively.

This appeal is taken from each and every part of the October 28 Order and October 29 Order.

1

Dated: October 29, 2020                    Respectfully submitted,

                                           **GERSTMAN SCHWARTZ LLP**


                               By:    */s/ David M. Schwartz*
                                      */s/ Randy E. Kleinman*
                                      David M. Schwartz, Esq.
                                      Randy E. Kleinman, Esq.
                                      1399 Franklin Avenue, Suite 200
                                      Garden City, New York 11530
                                      Tel. No.: (516) 880 – 8170
                                      DSchwartz@GerstmanSchwartz.com
                                      RKleinman@GerstmanSchwartz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: October 29, 2020

> */s/ David M. Schwartz*
> */s/ Randy E. Kleinman*
> David M. Schwartz, Esq.
> Randy E. Kleinman, Esq.
> 1399 Franklin Avenue, Suite 200
> Garden City, New York 11530
> Tel. No.: (516) 880 – 8170
> DSchwartz@GerstmanSchwartz.com
> RKleinman@GerstmanSchwartz.com