```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NATIONAL COALITION ON BLACK CIVIC   :
PARTICIPATION, et al.               :
                                    :
                   Plaintiffs,      :   20 Civ. 8668 (VM)
                                    :
     - against -                    :   DECISION AND ORDER
                                    :
JACOB WOHL, et al.                  :
                                    :
                   Defendants.      :
-----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

**VICTOR MARRERO, United States District Judge.**

On October 28, 2020, this Court issued a Decision and Order in the above referenced matter, granting the Plaintiffs' motion for a temporary restraining order. (See Dkt. No. 38.) That order directed Defendants to, among other things, issue a curative message and "produce records sufficient to demonstrate compliance" by Thursday, October 29, 2020 at 5:00 p.m. Having received a letter from Defendants on October 29, 2020 (see Dkt. No. 43), the Court will hold a hearing on Friday, October 30, 2020 at 10:00 a.m. to review the status of Defendants' compliance with the October 28, 2020 Decision and Order and give Defendants an opportunity to show cause why they should not be held in contempt of court for any noncompliance the Court finds.

In light of the ongoing public health emergency, the conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         29 October 2020

_____
Victor Marrero
U.S.D.J.