

**GERSTMAN SCHWARTZ** LLP

ATTORNEYS AT LAW

October 30, 2020

**VIA CM/ECF & EMAIL**
The Honorable Victor Marrero (chambersnysdmarrero@nysd.uscourts.gov)
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *National Coalition on Black Civil Participation et al. v. Wohl et al.*, United States District Court, Southern District of New York, Case No. 1:20-cv-08668

Dear Judge Marrero:

We write on behalf of the Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, and Project 1599 (collectively, "Defendants") in the above-referenced matter to update the Court regarding the status of Defendants' compliance with Your Honor's Order issued today at approximately 1:30 p.m. (the "Order").

Defendants retained the services of DialMyCalls, which has now completed the process of calling "all recipients of the prior robocalls stating: 'At the direction of a United States district court, this call is intended to inform you that a federal court has found that the message you previously received regarding mail-in voting from Project 1599 contained false information that has had the effect of intimidating voters, and thus interfering with the upcoming presidential election, in violation of federal voting-rights laws.'" Please see the enclosed Robocall Vendor Confirmation.

Accordingly, Defendants are in full compliance with the Court's Order.

Respectfully Submitted,

/s/ *David M. Schwartz*

/s/ *Randy E. Kleinman*

encl:   Robocall Vendor Confirmation

cc:     All counsel of record (via ECF)



**Need Help? Call Us!**
**(800)928-2086**

## Call Broadcast Confirmation

This is your confirmation of the broadcast sent from your DialMyCalls account. To view the report of the call blast please login to your account and click the reports tab. Broadcast reports are generated within 5 minutes after all of the calls are sent.

| | |
|---|---|
| **Confirmation #:** | DC23441751 |
| **Recording To Send:** | RoboCall [0:23] |
| **Contacts To Send To:** | 29,117 Unique Phone Numbers |
| **Caller ID:** | (202) 795-3213 |
| **Total Credits:** | 29,117 |
| **Time & Date:** | Immediately |

## New Features You Might Not Know About...

We're constantly adding new features to DialMyCalls. If you have an idea for a way for us to improve our service we'd love to hear from you, please contact us and we'll see what we can do about adding it in.



**iPhone & Android Apps**
Now you can access your DialMyCalls account using our app available on the iPhone and Android platform.



**View & Print Invoices**
We store all your old invoices and receipts in the control panel. Simply login any time and print or save them out.