```
DialMyCalls.com Report For: Broadcast 2020-10-30
Call Date: 10/30/20 2:15 PM
Setup On: 10/30/20 2:15 PM
Recording: RoboCall
Caller ID: (202) 795-3213
Attempted Calls: 29117
Successful Calls: 27222
Live Answered: 10034
Machine Answered: 17188
Credits Used: 29117

"Phone #","Last Name","First Name","Initial Call Time","Call
Length","Attempts","Status","End Result","E-Mail","Miscellaneous"
"(212) 414-5834","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-4039","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 229-4073","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-5897","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 426-3432","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-1246","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2042","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-6063","","","2:15 PM","0:21","2","Live
Answer","Successful","",""
"(267) 336-7551","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-1299","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(313) 893-6090","","","2:15 PM","0:11","1","Live
Answer","Successful","",""
"(412) 241-1126","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-0342","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-9080","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-6684","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 734-5065","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 675-8351","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-0456","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-4275","","","2:15 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 437-9284","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 455-5959","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-1877","","","2:15 PM","0:04","1","Live
Answer","Successful","",""
"(215) 904-8635","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 600-9273","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 761-4993","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(267) 773-7763","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-1570","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7008","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-0150","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 420-3202","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-1304","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(872) 444-5287","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 224-8292","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-0221","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-4205","","","2:15 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 338-9890","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-3197","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-1382","","","2:15 PM","0:23","2","Live
Answer","Successful","",""
"(215) 533-9704","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-6919","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 361-1373","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 371-9322","","","2:15 PM","0:08","1","Live
Answer","Successful","",""
"(216) 451-0838","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-4591","","","2:15 PM","0:14","1","Live
```

Answer","Successful","",""
"(216) 761-5202","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 838-9889","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 437-5467","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4570","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-1845","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-6524","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-3006","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9037","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 681-1665","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6141","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-5665","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-8711","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 268-8011","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 277-0565","","","2:15 PM","0:10","1","Live
Answer","Successful","",""
"(773) 521-7169","","","2:15 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 548-8948","","","2:15 PM","0:06","1","Live
Answer","Successful","",""
"(212) 513-0328","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-4458","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-5048","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-1442","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-1920","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-2805","","","2:15 PM","0:09","1","Live
Answer","Successful","",""
"(215) 621-7801","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 331-6717","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-1887","","","2:15 PM","0:31","1","Voice

```
Mail","Successful","",""
"(313) 835-1889","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-5987","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 683-8116","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-3260","","","2:15 PM","0:06","1","Live
Answer","Successful","",""
"(773) 324-8141","","","2:15 PM","0:21","1","Voice
Mail","Successful","",""
"(773) 731-2365","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(212) 989-3829","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-4567","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-2379","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-2627","","","2:15 PM","0:16","1","Live
Answer","Successful","",""
"(215) 228-2816","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 229-6819","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 291-5893","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-0137","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-0405","","","2:15 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 964-9012","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-4574","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-2804","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 283-2630","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 417-1716","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 486-6486","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 681-8470","","","2:15 PM","0:18","1","Live
Answer","Successful","",""
"(216) 681-9325","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-1108","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 443-6685","","","2:15 PM","0:56","1","Voice
```

Mail","Successful","",""
"(267) 639-4830","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 326-6250","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-5875","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 837-3534","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 243-4596","","","2:15 PM","0:21","1","Live
Answer","Successful","",""
"(412) 682-0485","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 687-9220","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 324-7928","","","2:15 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 847-1379","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 242-7026","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5284","","","2:15 PM","0:16","2","Live
Answer","Successful","",""
"(215) 291-9290","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-0428","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 329-4938","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 437-1932","","","2:15 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 722-1710","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-8752","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 371-1537","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 681-6515","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-6491","","","2:15 PM","0:57","1","Voice
Mail","Successful","",""
"(412) 731-5220","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 548-5494","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 684-3947","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 955-1156","","","2:15 PM","0:52","1","Voice
Mail","Successful","",""
"(212) 675-6648","","","2:15 PM","0:23","1","Live

Answer","Successful","",""
"(215) 223-1643","","","2:15 PM","0:22","1","Voice
Mail","Successful","",""
"(215) 229-2148","","","2:15 PM","0:07","1","Live
Answer","Successful","",""
"(215) 229-3075","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-6235","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 235-2176","","","2:15 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 235-7664","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-2390","","","2:15 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 427-0230","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-2322","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-1943","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 745-5701","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-2941","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-9048","","","2:15 PM","0:23","3","Live
Answer","Successful","",""
"(216) 541-5123","","","2:15 PM","0:14","1","Live
Answer","Successful","",""
"(313) 368-6024","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 532-3612","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 537-0651","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 682-4842","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 277-0533","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-3435","","","2:15 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 493-5752","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(773) 493-8642","","","2:15 PM","1:05","1","Voice
Mail","Successful","",""
"(773) 891-0245","","","2:15 PM","0:52","1","Voice
Mail","Successful","",""
"(212) 675-2760","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-9143","","","2:15 PM","0:36","1","Voice

```
Mail","Successful","",""
"(215) 223-3816","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-8872","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 437-9598","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 543-9319","","","2:15 PM","0:11","1","Live
Answer","Successful","",""
"(215) 722-2853","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-0278","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-8619","","","2:15 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 452-0042","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 851-7792","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 837-8218","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 247-8707","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-4449","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-7368","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 456-9165","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 744-0439","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 851-9778","","","2:15 PM","0:11","1","Live
Answer","Successful","",""
"(313) 273-8252","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 366-1860","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 531-2540","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-2558","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 682-4692","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 268-3494","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-5441","","","2:15 PM","0:20","2","Live
Answer","Successful","",""
"(215) 221-6468","","","2:15 PM","0:15","1","Live
Answer","Successful","",""
"(215) 224-1629","","","2:15 PM","0:29","1","Voice
```

Mail","Successful","",""
"(215) 425-2365","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-6235","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 787-0341","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 271-0051","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1978","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-6633","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-9277","","","2:15 PM","0:54","1","Voice
Mail","Successful","",""
"(313) 531-3201","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-8574","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-4265","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 835-3406","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-0710","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 363-8978","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-5848","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-3978","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-7853","","","2:15 PM","0:13","3","Live
Answer","Successful","",""
"(872) 244-3032","","","2:15 PM","0:15","1","Live
Answer","Successful","",""
"(872) 244-7187","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 234-0893","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1988","","","2:15 PM","1:04","1","Voice
Mail","Successful","",""
"(215) 225-3631","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-0953","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(215) 276-3105","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 332-2656","","","2:15 PM","0:23","1","Voice
Mail","Successful","",""
"(215) 342-4829","","","2:15 PM","0:40","1","Voice

```
Mail","Successful","",""
"(215) 425-1718","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-8783","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 426-5027","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-6240","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-2338","","","2:15 PM","0:12","1","Live
Answer","Successful","",""
"(216) 451-2660","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-1915","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(224) 858-8839","","","2:15 PM","0:50","1","Voice
Mail","Successful","",""
"(267) 335-4249","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 336-7340","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 255-8067","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-5434","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 731-7214","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 242-7829","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 621-7246","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-2168","","","2:15 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 731-4695","","","2:15 PM","1:29","1","Voice
Mail","Successful","",""
"(703) 243-9158","","","2:15 PM","0:11","1","Live
Answer","Successful","",""
"(773) 437-5558","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-8741","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 565-4593","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 624-5231","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 721-1085","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 752-1741","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-5917","","","2:15 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(215) 223-8857","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-1391","","","2:15 PM","0:11","1","Live
Answer","Successful","",""
"(215) 227-2585","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 232-8887","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-1988","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-7149","","","2:15 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 425-5485","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 927-2725","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 563-1790","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 526-8006","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 541-2972","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(313) 838-1149","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 242-5595","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-2297","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 271-0782","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-5220","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 373-9477","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 721-4386","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 768-6472","","","2:15 PM","0:17","2","Live
Answer","Successful","",""
"(212) 255-2161","","","2:15 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 223-8029","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-0758","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-2798","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 229-8346","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 458-5916","","","2:15 PM","0:54","1","Voice
```

```
Mail","Successful","",""
"(216) 641-6819","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 862-2947","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 225-7281","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-6272","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 921-0885","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-0722","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-5984","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 565-4781","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 624-6060","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 667-5221","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(212) 239-6781","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-0491","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-8457","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-0737","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 361-0112","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-8449","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-6317","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-0894","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-8967","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(267) 707-2592","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-4275","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-9779","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 535-5902","","","2:15 PM","0:22","2","Live
Answer","Successful","",""
"(313) 537-1859","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-9174","","","2:15 PM","0:05","1","Live
```

```
Answer","Successful","",""
"(412) 247-7558","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 271-8579","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 471-3032","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 285-0947","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 332-9747","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 762-5843","","","2:15 PM","0:18","3","Live
Answer","Successful","",""
"(215) 224-1275","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 342-6680","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-6860","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-4364","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-8380","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-0198","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 862-6130","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-4441","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 535-1196","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-8577","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 838-4116","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-2792","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-3209","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-2162","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-4506","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-1319","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-4877","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-1634","","","2:15 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 535-3972","","","2:15 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 765-2308","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 769-0334","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 927-6753","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 271-0030","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(216) 371-3670","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 713-2098","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 761-2607","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-5555","","","2:15 PM","0:47","1","Voice
Mail","Successful","",""
"(216) 862-2522","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(248) 906-6622","","","2:15 PM","0:15","1","Live
Answer","Successful","",""
"(313) 397-3139","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-0312","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 592-1226","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 836-3794","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 271-7164","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 527-0220","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 667-7187","","","2:15 PM","0:23","2","Live
Answer","Successful","",""
"(773) 933-5233","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-7329","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 548-4209","","","2:15 PM","0:23","2","Live
Answer","Successful","",""
"(215) 548-5884","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 549-9047","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 441-4761","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 343-5235","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 639-9347","","","2:15 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(312) 763-0427","","","2:15 PM","0:17","1","Live
Answer","Successful","",""
"(313) 362-2363","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-9168","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-3888","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 766-6467","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 826-1992","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-2037","","","2:15 PM","0:11","1","Live
Answer","Successful","",""
"(412) 681-4752","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 363-2767","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-8519","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-4840","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 667-9323","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4767","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-2425","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 634-3529","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-7386","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 722-7936","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-1803","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 321-1441","","","2:15 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 531-6767","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-9637","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 243-1781","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 244-8269","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 683-2259","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 723-2044","","","2:15 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 624-2478","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(212) 629-6009","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 214-4011","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 221-6172","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-2336","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 227-1616","","","2:15 PM","0:32","2","Voice
Mail","Successful","",""
"(215) 291-8090","","","2:15 PM","0:06","1","Live
Answer","Successful","",""
"(215) 329-1813","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-2509","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-1601","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-6465","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-7081","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-3904","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-1499","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 365-0491","","","2:15 PM","0:16","2","Live
Answer","Successful","",""
"(773) 277-8362","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(773) 643-7008","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 643-8779","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-3134","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-3170","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-8184","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-5361","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-5103","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-7270","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 362-0183","","","2:15 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 532-7751","","","2:15 PM","0:21","1","Voice
Mail","Successful","",""
"(313) 535-1628","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 659-1159","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 693-4658","","","2:15 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 893-8645","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-2305","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-3949","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-3563","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-0516","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1684","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-4291","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-3830","","","2:15 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 763-5757","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-0805","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-8717","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 417-5350","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 531-6230","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-3426","","","2:15 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 686-8881","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-1259","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 255-7808","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-6895","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-9137","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 412-2880","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(412) 683-8432","","","2:15 PM","0:34","1","Voice
```

Mail","Successful","",""
"(412) 687-6265","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-1060","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 410-0570","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(703) 294-6760","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 624-4471","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-5425","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-9878","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 426-1504","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-5755","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9631","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(267) 443-6694","","","2:15 PM","0:06","1","Voice
Mail","Successful","",""
"(313) 255-2049","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0936","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-7066","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 537-7063","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7068","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(347) 726-2375","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-2588","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-1379","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 324-0791","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 332-0531","","","2:15 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 744-2063","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 932-6262","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 273-9580","","","2:15 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 531-2239","","","2:15 PM","0:14","1","Live

```
Answer","Successful","",""
"(313) 694-3651","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 855-6129","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 892-0331","","","2:15 PM","0:18","1","Live
Answer","Successful","",""
"(412) 243-2127","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 271-0711","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-2121","","","2:15 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 371-6389","","","2:15 PM","1:14","1","Voice
Mail","Successful","",""
"(412) 731-1841","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 268-1640","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 480-5750","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-3343","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-0976","","","2:15 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 329-3747","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-7172","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-0275","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 519-9868","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-5033","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 535-6807","","","2:15 PM","0:02","1","Live
Answer","Successful","",""
"(412) 371-3604","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 221-7385","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 493-5141","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-8582","","","2:15 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 667-1185","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 762-5396","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 224-6184","","","2:15 PM","0:34","1","Voice
```

Mail","Successful","",""
"(215) 226-2070","","","2:15 PM","0:04","1","Live
Answer","Successful","",""
"(215) 423-0389","","","2:15 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 423-1499","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6087","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-0655","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-2906","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-1537","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-9187","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-0292","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 592-8134","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7266","","","2:15 PM","0:13","3","Live
Answer","Successful","",""
"(313) 740-7461","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(347) 321-7242","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 363-1812","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 373-2240","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-0536","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 522-3060","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 855-2260","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4504","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 255-1147","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-2942","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1751","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-3547","","","2:15 PM","0:23","3","Live
Answer","Successful","",""
"(215) 533-2120","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 745-2108","","","2:15 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 844-6318","","","2:15 PM","0:22","2","Live
Answer","Successful","",""
"(313) 537-3163","","","2:15 PM","0:19","2","Live
Answer","Successful","",""
"(313) 538-0805","","","2:15 PM","0:17","1","Live
Answer","Successful","",""
"(412) 562-1413","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 465-2721","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 288-0256","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-2470","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 731-8271","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 695-9109","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 925-1652","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-1283","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-2904","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-2932","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-6671","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 338-7433","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-5302","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1290","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 708-0285","","","2:15 PM","0:12","1","Live
Answer","Successful","",""
"(215) 745-2841","","","2:15 PM","0:17","1","Live
Answer","Successful","",""
"(215) 924-0727","","","2:15 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 924-1014","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 249-2929","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(267) 455-0420","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-0305","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 272-9857","","","2:15 PM","0:37","1","Voice
```

Mail","Successful","",""
"(313) 493-1157","","","2:15 PM","0:07","1","Live
Answer","Successful","",""
"(313) 537-0617","","","2:15 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 766-7067","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-1194","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 391-2415","","","2:15 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 562-8930","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(872) 465-3060","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 967-2321","","","2:15 PM","0:35","2","Voice
Mail","Successful","",""
"(215) 225-6256","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-0701","","","2:15 PM","0:08","1","Live
Answer","Successful","",""
"(216) 231-6557","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 320-2318","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 417-5897","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 486-5898","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 752-5284","","","2:15 PM","0:24","1","Live
Answer","Successful","",""
"(216) 912-8756","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4546","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-4748","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-6936","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-1298","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(646) 424-1183","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 475-7448","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-5594","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-6579","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 288-3746","","","2:15 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 457-3815","","","2:15 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 745-9555","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 229-3621","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 266-0143","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 721-5516","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-8689","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 531-2522","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 736-3237","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-8231","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(347) 836-4511","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-1280","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 643-4828","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 228-6912","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-1351","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 324-1301","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 335-0537","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-6943","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 624-5130","","","2:15 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 743-0445","","","2:15 PM","0:17","1","Live
Answer","Successful","",""
"(215) 769-1364","","","2:15 PM","0:23","3","Live
Answer","Successful","",""
"(216) 249-5713","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-7513","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 205-9027","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 255-1147","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 334-5250","","","2:15 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(313) 527-6204","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 592-0275","","","2:15 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 821-4261","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 855-6249","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-7806","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-8088","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-0805","","","2:15 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 522-8775","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-5203","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 734-3276","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-4621","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2980","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 232-3290","","","2:15 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 235-8577","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 236-1263","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3876","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6044","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 721-5149","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-5291","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(267) 319-1146","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 731-1966","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-1627","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-6395","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-4721","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 391-4037","","","2:15 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(412) 731-2083","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 348-9882","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(703) 276-1133","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 521-6889","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 536-0020","","","2:15 PM","0:24","1","Voice
Mail","Successful","",""
"(212) 244-8984","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 594-6170","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-2024","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-3273","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 236-5457","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-5088","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1050","","","2:15 PM","0:23","3","Live
Answer","Successful","",""
"(267) 319-1176","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 343-8514","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(312) 788-7356","","","2:15 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 272-2093","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-7022","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 247-9191","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(440) 922-3969","","","2:15 PM","0:06","1","Live
Answer","Successful","",""
"(773) 256-4702","","","2:15 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 363-1756","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-0450","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 522-4965","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-4230","","","2:15 PM","0:17","1","Live
Answer","Successful","",""
"(212) 206-8527","","","2:15 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(212) 675-3675","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 706-3023","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 221-0531","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-9148","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-2384","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-0248","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 717-3599","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-2628","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4125","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8939","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 443-1632","","","2:15 PM","0:06","1","Voice
Mail","Successful","",""
"(313) 532-3004","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-1183","","","2:15 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 534-3032","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-7541","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 733-8188","","","2:15 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 740-7026","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 766-6149","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 247-1872","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 605-0555","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-5932","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-8106","","","2:15 PM","0:01","1","Live
Answer","Successful","",""
"(212) 889-1076","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 225-3328","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 288-3109","","","2:15 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(215) 331-8582","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(215) 332-1070","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-8020","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-2402","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-2968","","","2:15 PM","0:02","1","Live
Answer","Successful","",""
"(216) 321-2312","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-1390","","","2:15 PM","0:12","1","Voice
Mail","Successful","",""
"(412) 227-0233","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 471-9691","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-6899","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 373-7466","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 548-8202","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 696-9974","","","2:15 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 752-1869","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 847-1015","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 842-4854","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-7265","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-2974","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(215) 426-3576","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-5652","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 743-5965","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-5369","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-9170","","","2:15 PM","0:12","1","Live
Answer","Successful","",""
"(216) 795-5887","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 385-7571","","","2:15 PM","0:40","1","Voice
```

Mail","Successful","",""
"(313) 535-8459","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-1304","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 363-4349","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 437-4650","","","2:15 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 437-5747","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-2585","","","2:15 PM","0:22","2","Live
Answer","Successful","",""
"(773) 823-7765","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 890-9785","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(872) 444-5087","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 924-2765","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-8623","","","2:15 PM","0:22","2","Live
Answer","Successful","",""
"(215) 228-6248","","","2:15 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 229-5169","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-9031","","","2:15 PM","0:23","2","Live
Answer","Successful","",""
"(215) 722-5394","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-4060","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 421-1267","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(267) 324-5405","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 343-7897","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(267) 886-8581","","","2:15 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-2546","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 527-0484","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(718) 642-3531","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 475-7835","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 523-3901","","","2:15 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 536-0789","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(212) 461-4048","","","2:15 PM","0:22","1","Voice
Mail","Successful","",""
"(212) 924-2428","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-4941","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-5814","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-8625","","","2:15 PM","1:13","1","Voice
Mail","Successful","",""
"(215) 941-7702","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 431-7888","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-4124","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 385-5758","","","2:15 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 519-9413","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-7377","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-6352","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-3187","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-0934","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 412-4243","","","2:15 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-0891","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 969-0088","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-4168","","","2:15 PM","0:14","2","Live
Answer","Successful","",""
"(215) 548-1736","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 551-1580","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-0816","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 742-7260","","","2:15 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 765-1329","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 800-9946","","","2:15 PM","0:31","1","Voice
```

Mail","Successful","",""
"(267) 318-7022","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 538-4508","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-1399","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 241-4259","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 243-1668","","","2:15 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 243-5562","","","2:15 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-5960","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 434-6162","","","2:15 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 687-8274","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-6071","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-4762","","","2:15 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 684-6521","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(929) 259-9144","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 456-1575","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-3247","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-8081","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(216) 391-4088","","","2:15 PM","0:30","2","Voice
Mail","Successful","",""
"(216) 541-6261","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-9214","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 538-4178","","","2:15 PM","0:02","1","Live
Answer","Successful","",""
"(313) 255-5780","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-0424","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 541-1512","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 740-7247","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-5196","","","2:15 PM","0:34","1","Voice

```
Mail","Successful","",""
"(703) 527-4643","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 528-1360","","","2:15 PM","1:21","1","Voice
Mail","Successful","",""
"(773) 277-8650","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0696","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-1216","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-0984","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 427-0275","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-5680","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 839-3406","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 904-7366","","","2:15 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 758-5647","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-4814","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-4926","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(313) 368-6797","","","2:15 PM","0:02","1","Live
Answer","Successful","",""
"(313) 372-8241","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-4299","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1901","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7727","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-2865","","","2:15 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 371-3104","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(586) 925-8167","","","2:15 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 781-4517","","","2:15 PM","0:20","1","Live
Answer","Successful","",""
"(215) 203-0969","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1295","","","2:15 PM","0:13","3","Live
Answer","Successful","",""
"(215) 236-1921","","","2:15 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(215) 324-3395","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 425-5495","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 454-2234","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-6137","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(216) 231-5372","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(216) 249-5860","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-3985","","","2:15 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 451-4602","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-9988","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 273-3232","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-1571","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-0502","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 534-0563","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 731-7299","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 736-5693","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 731-8924","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 638-2956","","","2:15 PM","0:35","1","Voice
Mail","Successful","",""
"(708) 505-7190","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-7745","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-9139","","","2:15 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 236-3818","","","2:15 PM","0:04","1","Live
Answer","Successful","",""
"(215) 425-1694","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 684-3816","","","2:15 PM","0:19","1","Live
Answer","Successful","",""
"(215) 765-4136","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 924-4507","","","2:15 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 941-8532","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-4152","","","2:15 PM","0:23","2","Live
Answer","Successful","",""
"(313) 694-3556","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(313) 892-7531","","","2:15 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-6675","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 241-1004","","","2:15 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 242-9180","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 525-7032","","","2:15 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 294-6890","","","2:15 PM","0:05","1","Live
Answer","Successful","",""
"(773) 521-7680","","","2:15 PM","0:04","1","Live
Answer","Successful","",""
"(872) 244-7476","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(212) 544-7770","","","2:15 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-0847","","","2:15 PM","0:21","1","Live
Answer","Successful","",""
"(215) 203-0317","","","2:15 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 232-0457","","","2:15 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 329-9380","","","2:15 PM","0:22","3","Live
Answer","Successful","",""
"(216) 321-4684","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 761-0635","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 455-0909","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-9109","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-3279","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(703) 528-3948","","","2:15 PM","0:06","1","Live
Answer","Successful","",""
"(703) 888-0022","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 768-6685","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-7397","","","2:15 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(212) 600-0563","","","2:15 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 329-6730","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 329-8107","","","2:15 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 634-0148","","","2:15 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-4880","","","2:15 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-8786","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-3620","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-9733","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 451-8196","","","2:15 PM","0:23","1","Live
Answer","Successful","",""
"(216) 692-0167","","","2:15 PM","0:17","1","Live
Answer","Successful","",""
"(216) 721-0564","","","2:15 PM","0:12","1","Live
Answer","Successful","",""
"(267) 297-5645","","","2:15 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 521-9018","","","2:15 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-7503","","","2:15 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-5613","","","2:15 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 475-6216","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 223-6865","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-4071","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-6777","","","2:16 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 288-2490","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-2254","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 332-5792","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 725-2183","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-4115","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-9333","","","2:16 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 340-9116","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 493-1994","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(313) 592-8142","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 836-2851","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 837-8481","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-6967","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-3894","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 762-1692","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-4994","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 955-1253","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(212) 684-9388","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9026","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 332-3635","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-2719","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-3299","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-8680","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 684-1422","","","2:16 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 763-0557","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-2095","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-5825","","","2:16 PM","0:07","1","Live
Answer","Successful","",""
"(313) 835-1631","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 277-9829","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 288-1328","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-1647","","","2:16 PM","0:22","2","Live
Answer","Successful","",""
"(773) 947-9188","","","2:16 PM","0:07","1","Live
```

Answer","Successful","",""
"(929) 259-9157","","","2:16 PM","0:23","3","Live
Answer","Successful","",""
"(215) 225-0113","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 338-5343","","","2:16 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 338-6527","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-2569","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-5094","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 687-8823","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 272-8169","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-4030","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 277-0423","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 675-4083","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9320","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(212) 721-6669","","","2:16 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 228-4955","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-9999","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-2180","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-2076","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 229-7838","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-2322","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-3577","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 383-1193","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-5377","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 521-4730","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 531-2595","","","2:16 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 533-3613","","","2:16 PM","0:21","1","Live

Answer","Successful","",""
"(313) 535-2847","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 693-4505","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 731-7221","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-6745","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 242-7232","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(757) 217-9945","","","2:16 PM","0:54","1","Voice
Mail","Successful","",""
"(773) 363-3337","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 924-7456","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-3718","","","2:16 PM","0:18","1","Live
Answer","Successful","",""
"(215) 333-3058","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 342-4951","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2424","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-3491","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-0386","","","2:16 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 851-8274","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(267) 239-0628","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 270-7373","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(646) 370-3394","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-8568","","","2:16 PM","0:23","2","Live
Answer","Successful","",""
"(773) 324-6822","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 522-3353","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-7830","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 734-2671","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-7847","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-4526","","","2:16 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 332-6206","","","2:16 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 424-2782","","","2:16 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 549-4766","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-0807","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-4114","","","2:16 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 731-7966","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 762-1388","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6689","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 236-2949","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 324-7465","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 333-1053","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-4982","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-3438","","","2:16 PM","0:51","1","Voice
Mail","Successful","",""
"(216) 641-1361","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 681-0211","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-6016","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 851-5124","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 388-5243","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-3928","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-7852","","","2:16 PM","0:05","1","Live
Answer","Successful","",""
"(313) 535-1429","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7911","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 271-8871","","","2:16 PM","0:05","1","Live
Answer","Successful","",""
"(412) 371-7710","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-2184","","","2:16 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(703) 807-5111","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 521-9272","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 548-0031","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(773) 855-2246","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 227-1462","","","2:16 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 232-8816","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-0546","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 333-2683","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-2508","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-9066","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-3668","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-1141","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5263","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 731-7108","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7966","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(412) 241-0403","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-4037","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(703) 525-5658","","","2:16 PM","0:18","2","Voice
Mail","Successful","",""
"(773) 762-4686","","","2:16 PM","0:06","1","Live
Answer","Successful","",""
"(773) 855-2018","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-6991","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(215) 333-2034","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-1238","","","2:16 PM","0:16","1","Live
Answer","Successful","",""
"(215) 708-1048","","","2:16 PM","0:06","1","Live
Answer","Successful","",""
"(215) 739-2192","","","2:16 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(215) 904-7502","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 249-8688","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 851-1526","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-1680","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-0054","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3121","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 244-3448","","","2:16 PM","0:17","1","Live
Answer","Successful","",""
"(773) 221-7735","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-1903","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 624-2600","","","2:16 PM","0:12","1","Live
Answer","Successful","",""
"(773) 955-1355","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-6526","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 288-2517","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 338-8919","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-3755","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-2816","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-7596","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(267) 455-0067","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 387-3201","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(412) 473-8869","","","2:16 PM","0:17","1","Live
Answer","Successful","",""
"(773) 324-8779","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 373-6393","","","2:16 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 374-3247","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-9650","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 902-2987","","","2:16 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(212) 673-7578","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 236-7217","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-0755","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-0814","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-2247","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 549-3915","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 621-6328","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-2170","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 725-3093","","","2:16 PM","0:02","1","Live
Answer","Successful","",""
"(215) 927-3125","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 927-3638","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0956","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 978-5243","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 272-9561","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 534-0316","","","2:16 PM","1:08","1","Voice
Mail","Successful","",""
"(313) 538-4627","","","2:16 PM","0:42","3","Voice
Mail","Successful","",""
"(313) 893-0937","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 241-4177","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 562-1854","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 798-1936","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 695-4316","","","2:16 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 277-6380","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 239-6591","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(212) 308-1998","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-4592","","","2:16 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(215) 329-5894","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 624-6571","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 941-1499","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-0383","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 531-6432","","","2:16 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 838-3256","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(412) 471-0234","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 471-0971","","","2:16 PM","0:23","2","Live
Answer","Successful","",""
"(412) 471-2153","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(412) 723-2953","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(614) 350-0129","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-1708","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-4382","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-6461","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-0766","","","2:16 PM","1:04","1","Voice
Mail","Successful","",""
"(215) 224-0878","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-7040","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-0243","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 427-3222","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-3436","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 795-5390","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 535-4317","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 651-5510","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6015","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-1247","","","2:16 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(412) 271-4139","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 285-6532","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 624-3297","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 455-1429","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 549-2765","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 385-6195","","","2:16 PM","0:40","2","Voice
Mail","Successful","",""
"(313) 472-5091","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-2717","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-9265","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 659-2100","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 766-5669","","","2:16 PM","0:04","1","Live
Answer","Successful","",""
"(412) 271-7438","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 271-9270","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-1080","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(412) 682-0355","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(612) 338-3404","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-5870","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 908-9162","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 523-8938","","","2:16 PM","0:18","1","Live
Answer","Successful","",""
"(773) 721-6470","","","2:16 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 891-4386","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 228-4371","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 331-3127","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 333-8432","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 457-4376","","","2:16 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 549-1179","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-2165","","","2:16 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 331-4282","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 417-5853","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 738-0645","","","2:16 PM","0:08","1","Voice
Mail","Successful","",""
"(216) 912-8844","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 639-4884","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 928-4725","","","2:16 PM","1:28","1","Voice
Mail","Successful","",""
"(313) 531-5726","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-3885","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-8036","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-9359","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 892-1012","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 683-1865","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 324-5928","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 363-8004","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 375-7714","","","2:16 PM","0:08","1","Live
Answer","Successful","",""
"(773) 855-2274","","","2:16 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 966-4640","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 244-7220","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(917) 631-8173","","","2:16 PM","0:09","1","Live
Answer","Successful","",""
"(215) 224-0921","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-0418","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-8028","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-3430","","","2:16 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(216) 249-8707","","","2:16 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 366-2748","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-3790","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-9517","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(313) 538-9681","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-4389","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 826-7826","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 891-4132","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 892-0970","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-2776","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 681-4192","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 687-1387","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(412) 871-0399","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-7416","","","2:16 PM","0:09","1","Voice
Mail","Successful","",""
"(212) 695-1735","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 740-2618","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-1577","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 273-7609","","","2:16 PM","0:45","1","Voice
Mail","Successful","",""
"(312) 834-1220","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 535-0061","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 541-1352","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(484) 352-2158","","","2:16 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 277-1503","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 347-4758","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 224-1095","","","2:16 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 331-8976","","","2:16 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 338-8767","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-0301","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 456-1233","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-8714","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-8130","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 747-3484","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 763-3171","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 382-6752","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-4869","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-7215","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 208-7380","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-6963","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 562-1418","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 731-1849","","","2:16 PM","0:24","1","Live
Answer","Successful","",""
"(703) 276-9536","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 847-6041","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 825-3999","","","2:16 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 425-0972","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-0454","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3598","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-4123","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-8476","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(267) 343-4558","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-2774","","","2:16 PM","1:07","1","Voice
```

Mail","Successful","",""
"(313) 532-7105","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 977-9736","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 371-0767","","","2:16 PM","0:22","2","Live
Answer","Successful","",""
"(773) 268-6147","","","2:16 PM","0:02","1","Live
Answer","Successful","",""
"(773) 437-5812","","","2:16 PM","0:15","1","Live
Answer","Successful","",""
"(773) 542-8777","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-6760","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-4166","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-6762","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-5362","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-4895","","","2:16 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 342-1348","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 423-2127","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-0474","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-0364","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-8453","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7517","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-7190","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(267) 388-7632","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 521-6357","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-4351","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-0271","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-1079","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 242-9389","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-1648","","","2:16 PM","0:22","1","Live

```
Answer","Successful","",""
"(412) 681-3752","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-7329","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-4457","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(212) 620-3017","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 221-5752","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-9803","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 624-1528","","","2:16 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 624-2306","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-1270","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-0328","","","2:16 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 451-6418","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 335-2811","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 909-8700","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 305-4479","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-2013","","","2:16 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 592-0696","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 694-3502","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 794-3340","","","2:16 PM","0:50","1","Voice
Mail","Successful","",""
"(412) 904-4092","","","2:16 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 256-1678","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 675-6572","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(917) 261-6688","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1296","","","2:16 PM","1:15","1","Voice
Mail","Successful","",""
"(215) 235-6141","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9763","","","2:16 PM","0:27","2","Voice
```

```
Mail","Successful","",""
"(215) 787-0135","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-7879","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 927-2292","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 391-7038","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4925","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 239-5384","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 297-8394","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-0314","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-5812","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 892-2780","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 247-4401","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-5666","","","2:16 PM","1:14","1","Voice
Mail","Successful","",""
"(773) 363-2554","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 643-6330","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 643-3296","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 424-8747","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-2168","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-4741","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 751-6396","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 519-0269","","","2:16 PM","1:32","1","Voice
Mail","Successful","",""
"(313) 527-5069","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 281-1613","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(484) 489-0697","","","2:16 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 206-8427","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 691-1427","","","2:16 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(215) 224-8369","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-9076","","","2:16 PM","0:11","2","Live
Answer","Successful","",""
"(215) 332-3858","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-6288","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-3652","","","2:16 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 456-9181","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-2767","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(231) 307-4155","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-6684","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-1036","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 977-9748","","","2:16 PM","0:06","1","Live
Answer","Successful","",""
"(412) 471-1729","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(612) 332-6915","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-7830","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 525-7271","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-3179","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 548-2208","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 548-8307","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 243-2804","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(212) 290-2221","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 594-1863","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-1415","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 232-1522","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0509","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 743-0166","","","2:16 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(216) 268-3399","","","2:16 PM","0:17","1","Live
Answer","Successful","",""
"(313) 535-6799","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-0277","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 242-0291","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 521-8978","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-7332","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 600-9515","","","2:16 PM","0:08","1","Live
Answer","Successful","",""
"(216) 791-4346","","","2:16 PM","0:14","1","Live
Answer","Successful","",""
"(313) 365-7167","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-7002","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-1692","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-4420","","","2:16 PM","0:46","1","Voice
Mail","Successful","",""
"(703) 243-9689","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 437-5906","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 891-5072","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 978-4352","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 288-3421","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-2950","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 533-0527","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-0464","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 621-7058","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-1004","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 744-4819","","","2:16 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 763-9481","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-3472","","","2:16 PM","0:16","1","Live
```

```
Answer","Successful","",""
"(216) 391-1423","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-7603","","","2:16 PM","0:19","1","Live
Answer","Successful","",""
"(313) 368-6947","","","2:16 PM","0:12","1","Voice
Mail","Successful","",""
"(313) 531-2562","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 535-1192","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 537-9572","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(734) 335-0231","","","2:16 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 762-6251","","","2:16 PM","0:02","1","Live
Answer","Successful","",""
"(212) 269-3168","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-8353","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-4947","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3039","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2470","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(215) 236-4973","","","2:16 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 329-0346","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-1771","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-2159","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-2105","","","2:16 PM","0:15","1","Live
Answer","Successful","",""
"(216) 321-7626","","","2:16 PM","0:20","3","Live
Answer","Successful","",""
"(216) 451-1503","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-3961","","","2:16 PM","0:02","1","Live
Answer","Successful","",""
"(872) 444-5071","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 620-5295","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-2650","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2957","","","2:16 PM","0:27","1","Voice
```

```
Mail","Successful","",""
"(215) 229-3081","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 235-4298","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-4417","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 276-2524","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-8443","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-2284","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-6289","","","2:16 PM","0:07","2","Live
Answer","Successful","",""
"(216) 451-1662","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 297-5381","","","2:16 PM","0:07","1","Live
Answer","Successful","",""
"(313) 531-0883","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-3430","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-9114","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 351-5706","","","2:16 PM","0:04","2","Live
Answer","Successful","",""
"(773) 285-3569","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 752-3244","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 826-8695","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-3260","","","2:16 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 288-3584","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 332-4306","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-1738","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-2365","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-4358","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 978-4037","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5315","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-8736","","","2:16 PM","0:08","1","Voice
```

```
Mail","Successful","",""
"(313) 541-4229","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 242-4857","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 247-0208","","","2:16 PM","0:23","2","Live
Answer","Successful","",""
"(412) 371-5973","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-4535","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 624-7618","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-8988","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-4282","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-3614","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-0753","","","2:16 PM","0:15","2","Voice
Mail","Successful","",""
"(216) 229-5439","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 229-8909","","","2:16 PM","0:13","1","Live
Answer","Successful","",""
"(313) 368-4414","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 397-6670","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-9668","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-3123","","","2:16 PM","0:09","1","Live
Answer","Successful","",""
"(412) 687-1146","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 565-4260","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 224-9833","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-8017","","","2:16 PM","0:13","1","Live
Answer","Successful","",""
"(215) 229-9601","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-2153","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 424-3219","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-2647","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-0330","","","2:16 PM","0:34","1","Voice
```

Mail","Successful","",""
"(215) 427-0382","","","2:16 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 535-3676","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 543-9129","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-2702","","","2:16 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 924-4332","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 268-1590","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(646) 336-1278","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 375-9238","","","2:16 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 521-1472","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 522-0970","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 227-2820","","","2:16 PM","0:10","1","Live
Answer","Successful","",""
"(215) 235-2960","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-1730","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(215) 424-1613","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-4625","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-8239","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 769-5385","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 641-8609","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-3352","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(313) 731-7773","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(412) 436-3226","","","2:16 PM","1:05","1","Voice
Mail","Successful","",""
"(412) 802-6949","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4753","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 768-2580","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0613","","","2:16 PM","0:34","1","Voice

Mail","Successful","",""
"(215) 227-4914","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-6174","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 289-7590","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 717-2135","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 268-3670","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 909-9962","","","2:16 PM","0:04","1","Live
Answer","Successful","",""
"(312) 753-3017","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 315-2088","","","2:16 PM","0:03","1","Live
Answer","Successful","",""
"(313) 387-0022","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-8019","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-8656","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 562-8957","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 374-6899","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4408","","","2:16 PM","0:13","1","Live
Answer","Successful","",""
"(215) 235-1452","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 904-7241","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-9337","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 641-9267","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-0202","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(248) 636-8953","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-3195","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-0309","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5622","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-0825","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-2070","","","2:16 PM","1:06","1","Voice

```
Mail","Successful","",""
"(313) 694-3170","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(313) 835-4612","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 683-0925","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 765-2657","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-1730","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 269-6237","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 514-6835","","","2:16 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 228-7601","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-1355","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 848-1881","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-0246","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-8504","","","2:16 PM","0:14","2","Live
Answer","Successful","",""
"(267) 519-9205","","","2:16 PM","0:15","2","Live
Answer","Successful","",""
"(313) 533-3153","","","2:16 PM","0:12","1","Live
Answer","Successful","",""
"(313) 537-2428","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-4064","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 422-0487","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 285-9281","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-9149","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-3669","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 643-5376","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 784-8757","","","2:16 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 537-5411","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-1727","","","2:16 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 904-8053","","","2:16 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(216) 371-6746","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-8719","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-4336","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-6813","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 271-2459","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 621-1640","","","2:16 PM","0:54","1","Voice
Mail","Successful","",""
"(773) 324-3247","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 522-5381","","","2:16 PM","0:14","1","Live
Answer","Successful","",""
"(773) 924-5526","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 842-7025","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-1470","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(215) 228-2551","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 279-7206","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-1776","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 332-4159","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 964-9123","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 249-5430","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 273-7015","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 795-5522","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-2007","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 862-1612","","","2:16 PM","0:14","2","Live
Answer","Successful","",""
"(267) 519-3530","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-2861","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 366-7967","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 412-2111","","","2:16 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 541-8399","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 562-8841","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 521-0213","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(773) 721-8861","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 734-3801","","","2:16 PM","0:14","1","Voice
Mail","Successful","",""
"(845) 386-3367","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-2765","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-6546","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-3605","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1393","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 687-4222","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 765-0340","","","2:16 PM","0:16","1","Live
Answer","Successful","",""
"(216) 249-3010","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 249-8634","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(216) 383-8644","","","2:16 PM","0:21","2","Live
Answer","Successful","",""
"(313) 366-2337","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 369-1652","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 533-6964","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 592-4416","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(703) 524-5663","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 356-5645","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4474","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 249-6273","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-4270","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-3563","","","2:16 PM","0:33","1","Voice
```

```
Mail","Successful","",""
"(267) 331-9331","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 733-6561","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-0604","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 682-0142","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(646) 454-0102","","","2:16 PM","0:05","1","Voice
Mail","Successful","",""
"(703) 527-0947","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-2777","","","2:16 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 542-0582","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(773) 643-8005","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 784-9077","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 226-3807","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 276-1247","","","2:16 PM","0:02","1","Live
Answer","Successful","",""
"(215) 279-7895","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 533-1868","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 560-8185","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 725-5751","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 755-0294","","","2:16 PM","1:22","1","Voice
Mail","Successful","",""
"(216) 417-5655","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-1260","","","2:16 PM","0:07","1","Live
Answer","Successful","",""
"(216) 791-1406","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(267) 455-0472","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-1516","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-7040","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 892-7276","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-5283","","","2:16 PM","0:33","1","Voice
```

Mail","Successful","",""
"(412) 682-3568","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(440) 922-3802","","","2:16 PM","0:06","1","Live
Answer","Successful","",""
"(703) 522-9631","","","2:16 PM","0:18","1","Live
Answer","Successful","",""
"(703) 816-8872","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 221-2189","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-1467","","","2:16 PM","0:05","1","Live
Answer","Successful","",""
"(773) 734-3132","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 768-7289","","","2:16 PM","0:18","1","Live
Answer","Successful","",""
"(215) 223-0268","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-2612","","","2:16 PM","0:05","1","Live
Answer","Successful","",""
"(215) 424-1969","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2533","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-0670","","","2:16 PM","1:17","1","Voice
Mail","Successful","",""
"(267) 514-6089","","","2:16 PM","1:12","1","Voice
Mail","Successful","",""
"(267) 766-5770","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(267) 886-9282","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 272-0256","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-2292","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-7236","","","2:16 PM","0:22","2","Live
Answer","Successful","",""
"(313) 592-1935","","","2:16 PM","0:20","1","Voice
Mail","Successful","",""
"(412) 562-1696","","","2:16 PM","0:15","1","Voice
Mail","Successful","",""
"(612) 333-3682","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 285-4133","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 542-0740","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 762-0515","","","2:16 PM","0:20","1","Live

Answer","Successful","",""
"(215) 221-0179","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-8618","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-1498","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 333-2106","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-1158","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-6694","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 318-7666","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 368-5931","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-3211","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 835-7343","","","2:16 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 251-0539","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 451-0336","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 522-8454","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 565-4030","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 684-2425","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(212) 691-7694","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-8411","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-4190","","","2:16 PM","1:04","3","Voice
Mail","Successful","",""
"(215) 335-9323","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-7118","","","2:16 PM","0:08","2","Live
Answer","Successful","",""
"(215) 457-1379","","","2:16 PM","0:12","1","Live
Answer","Successful","",""
"(215) 725-2737","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-2774","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 728-1746","","","2:16 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 391-9552","","","2:16 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 421-1021","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-5513","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 561-1662","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-2126","","","2:16 PM","0:14","1","Live
Answer","Successful","",""
"(313) 537-3439","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-6519","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-0254","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 242-1342","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 254-5766","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-9700","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-1328","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1761","","","2:16 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 236-0582","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 324-5515","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-6940","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 324-9119","","","2:16 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 335-1576","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-9123","","","2:16 PM","0:22","2","Live
Answer","Successful","",""
"(216) 641-5438","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 681-2899","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 883-5525","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-1596","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-9115","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 731-0480","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-2921","","","2:16 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 762-7269","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 929-2881","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-0925","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-2097","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-0355","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-2356","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 537-0267","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 795-8003","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 862-3336","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-8408","","","2:16 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 538-4074","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 694-3388","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(703) 566-2515","","","2:16 PM","0:10","1","Live
Answer","Successful","",""
"(773) 376-0511","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 521-8569","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 667-7418","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6687","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-0138","","","2:16 PM","0:12","1","Live
Answer","Successful","",""
"(215) 276-3239","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-5463","","","2:16 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 338-3746","","","2:16 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 426-0245","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-3632","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-3275","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 331-8240","","","2:16 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(267) 758-5574","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 521-4676","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-8865","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-3904","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 586-7161","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(518) 494-5359","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 285-0076","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 225-1969","","","2:16 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 424-2511","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 457-7565","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-2297","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 229-1316","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-3795","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 369-1941","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 472-5460","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 527-1355","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-1429","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 892-6015","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-4396","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 683-9958","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 475-6416","","","2:16 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 522-1891","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 530-0500","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 855-2356","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 244-7238","","","2:16 PM","0:15","1","Live
```

```
Answer","Successful","",""
"(215) 289-6280","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-2369","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-6567","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-0509","","","2:16 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 634-6268","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 763-4439","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 229-1190","","","2:16 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 383-0839","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-7261","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 533-1918","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-8718","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 371-9769","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 731-6880","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-3644","","","2:16 PM","0:23","2","Live
Answer","Successful","",""
"(773) 734-4152","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(212) 255-3520","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-5078","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-1242","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 533-4794","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-1541","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-5384","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-3439","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(267) 319-1786","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 437-2054","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 365-6265","","","2:16 PM","0:37","1","Voice
```

Mail","Successful","",""
"(313) 534-6609","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 694-3997","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 893-6221","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 371-2140","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-9704","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-9808","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-7063","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 291-0459","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-5005","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-7867","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 332-4817","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-2320","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-1766","","","2:16 PM","0:23","2","Live
Answer","Successful","",""
"(216) 268-4680","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 752-5013","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 270-2278","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 379-1273","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-5280","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-6508","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-7993","","","2:16 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 740-7055","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 835-6883","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 621-0178","","","2:16 PM","0:12","1","Live
Answer","Successful","",""
"(773) 521-2837","","","2:16 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-4360","","","2:16 PM","1:06","1","Voice

Mail","Successful","",""
"(773) 752-6066","","","2:16 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 847-4859","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(773) 891-1341","","","2:16 PM","0:06","1","Voice
Mail","Successful","",""
"(212) 675-2102","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-5969","","","2:16 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 289-1790","","","2:16 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 535-0920","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(215) 634-3438","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 684-1498","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-2140","","","2:16 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 927-0478","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-7277","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 369-1999","","","2:16 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 532-6924","","","2:16 PM","0:12","1","Voice
Mail","Successful","",""
"(313) 592-4839","","","2:16 PM","0:21","1","Live
Answer","Successful","",""
"(313) 740-7725","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-7180","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 930-6211","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-9335","","","2:16 PM","0:08","2","Live
Answer","Successful","",""
"(773) 288-3867","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(872) 818-7184","","","2:16 PM","0:14","1","Live
Answer","Successful","",""
"(212) 675-7091","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(212) 967-1578","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-1090","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-9146","","","2:16 PM","0:04","1","Live

Answer","Successful","",""
"(215) 425-2234","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-4253","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1681","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1713","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-3928","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-1308","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-1883","","","2:16 PM","0:24","1","Live
Answer","Successful","",""
"(215) 978-6668","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-8817","","","2:16 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 531-9476","","","2:16 PM","0:07","1","Live
Answer","Successful","",""
"(313) 535-9073","","","2:16 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 592-9636","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 651-9529","","","2:16 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 892-9238","","","2:16 PM","0:11","1","Live
Answer","Successful","",""
"(412) 224-2954","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 586-5617","","","2:16 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 687-2854","","","2:16 PM","0:48","1","Voice
Mail","Successful","",""
"(703) 567-1775","","","2:16 PM","0:40","2","Voice
Mail","Successful","",""
"(773) 321-9074","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 493-3672","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 890-1322","","","2:16 PM","0:10","1","Live
Answer","Successful","",""
"(212) 207-9025","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3224","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 229-4372","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 324-8942","","","2:16 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 543-1161","","","2:16 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 742-1902","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-4185","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 297-7888","","","2:16 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 974-7119","","","2:16 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 359-2396","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 373-8236","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-9170","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-8074","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-3283","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-6307","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-5015","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-7524","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-4899","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 924-7736","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-5159","","","2:16 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 761-9520","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4836","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 687-7108","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-3543","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(212) 337-0242","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-3398","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-4155","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 632-1626","","","2:16 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 725-3753","","","2:16 PM","0:01","1","Live
```

```
Answer","Successful","",""
"(216) 531-7609","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 721-0281","","","2:16 PM","0:22","1","Voice
Mail","Successful","",""
"(216) 795-0084","","","2:16 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 366-1367","","","2:16 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 532-8515","","","2:16 PM","0:17","1","Live
Answer","Successful","",""
"(313) 537-4255","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 693-4287","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-2752","","","2:16 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 271-3005","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 681-1908","","","2:16 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 683-6772","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-3740","","","2:16 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 721-2349","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-5206","","","2:16 PM","0:20","1","Live
Answer","Successful","",""
"(215) 289-5743","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-5938","","","2:16 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-1611","","","2:16 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 268-4819","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 383-8339","","","2:16 PM","0:22","1","Live
Answer","Successful","",""
"(216) 691-3841","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(267) 731-6390","","","2:16 PM","0:05","1","Live
Answer","Successful","",""
"(267) 909-9442","","","2:16 PM","0:23","1","Live
Answer","Successful","",""
"(313) 371-9829","","","2:16 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-0386","","","2:16 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-3347","","","2:16 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 363-2017","","","2:16 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 375-0462","","","2:16 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 964-4635","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 221-6014","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-2484","","","2:17 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 329-4897","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 684-1325","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 765-0892","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 791-6088","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 861-0510","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-8037","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 592-0890","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 437-5603","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-0589","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-6717","","","2:17 PM","0:02","1","Live
Answer","Successful","",""
"(773) 924-1056","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 952-4940","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-4835","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 532-8539","","","2:17 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 225-4418","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 228-2580","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1831","","","2:17 PM","0:07","1","Live
Answer","Successful","",""
"(215) 425-6081","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 537-9739","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-4360","","","2:17 PM","0:33","1","Voice
```

```
Mail","Successful","",""
"(215) 927-0497","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-4394","","","2:17 PM","0:45","1","Voice
Mail","Successful","",""
"(267) 773-7385","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 861-0517","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 368-2712","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(313) 534-9058","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-3799","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 891-1325","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 926-6974","","","2:17 PM","0:02","1","Live
Answer","Successful","",""
"(412) 241-1338","","","2:17 PM","0:07","1","Voice
Mail","Successful","",""
"(412) 271-1334","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-6449","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(215) 426-2788","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-1420","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-8856","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 242-6253","","","2:17 PM","1:26","1","Voice
Mail","Successful","",""
"(773) 855-2187","","","2:17 PM","0:21","1","Live
Answer","Successful","",""
"(212) 249-2343","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 332-8196","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 333-1429","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2359","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 486-6116","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 738-0548","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 437-2168","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-9716","","","2:17 PM","0:45","1","Voice
```

```
Mail","Successful","",""
"(313) 366-3805","","","2:17 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 531-2185","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-3034","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-7975","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(612) 338-1041","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 273-6525","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-3620","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-1331","","","2:17 PM","0:02","1","Live
Answer","Successful","",""
"(773) 565-4349","","","2:17 PM","0:03","1","Live
Answer","Successful","",""
"(773) 565-4403","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 627-2629","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 643-1765","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-9183","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-5908","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 335-4059","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 473-6410","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 621-7803","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 673-0626","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-2786","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-2878","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-4489","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 431-1778","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 541-9072","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-4761","","","2:17 PM","0:15","1","Live
Answer","Successful","",""
"(267) 639-3597","","","2:17 PM","0:15","1","Voice
```

```
Mail","Successful","",""
"(313) 369-5996","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-1716","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 387-4420","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-3091","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 826-0310","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-3707","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 261-2237","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-8288","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-7081","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-5345","","","2:17 PM","0:12","1","Live
Answer","Successful","",""
"(215) 634-7494","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 725-2126","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-3285","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 400-7897","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-3044","","","2:17 PM","0:02","1","Live
Answer","Successful","",""
"(216) 851-4212","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 388-6632","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(312) 834-7420","","","2:17 PM","0:50","1","Voice
Mail","Successful","",""
"(313) 326-6075","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-1574","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-0686","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 543-9256","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7675","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 536-3416","","","2:17 PM","0:23","3","Live
Answer","Successful","",""
"(773) 548-1922","","","2:17 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(773) 955-5394","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-4032","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-9503","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-7364","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(215) 333-4129","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-4515","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-5504","","","2:17 PM","0:15","1","Live
Answer","Successful","",""
"(215) 537-0898","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 621-6420","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 763-0778","","","2:17 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 721-2832","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-5943","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-8815","","","2:17 PM","0:17","1","Live
Answer","Successful","",""
"(313) 740-7087","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 351-2161","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 471-3908","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 723-3514","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 268-3538","","","2:17 PM","0:06","1","Live
Answer","Successful","",""
"(773) 277-4340","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 891-2191","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(212) 989-6181","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 335-9627","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-1818","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-3624","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-3979","","","2:17 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(313) 592-1457","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-3901","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 288-9643","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-1438","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 285-3316","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-6235","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 952-6504","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(929) 259-9374","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-0363","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-5840","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-9256","","","2:17 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 331-7949","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-4816","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-1895","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 708-1763","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-0381","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 978-6555","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5446","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-8060","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 921-7680","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-9793","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 694-3168","","","2:17 PM","0:06","1","Live
Answer","Successful","",""
"(313) 893-3152","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 681-2250","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-2316","","","2:17 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(646) 559-9050","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-1297","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-2679","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 924-7319","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 757-0494","","","2:17 PM","0:54","1","Voice
Mail","Successful","",""
"(212) 876-1673","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-0720","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-8075","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 725-2204","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-6849","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 437-3127","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 687-7099","","","2:17 PM","0:23","2","Live
Answer","Successful","",""
"(313) 273-5359","","","2:17 PM","0:16","2","Live
Answer","Successful","",""
"(703) 527-2717","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 542-0060","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-2676","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 324-2579","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-5622","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 624-8380","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 927-6775","","","2:17 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 795-7257","","","2:17 PM","0:25","1","Live
Answer","Successful","",""
"(312) 823-4417","","","2:17 PM","0:09","1","Live
Answer","Successful","",""
"(313) 255-5609","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-0797","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-5157","","","2:17 PM","0:22","1","Live
```

Answer","Successful","",""
"(313) 537-7563","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-1237","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7511","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 681-9662","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 461-3974","","","2:17 PM","1:11","1","Voice
Mail","Successful","",""
"(703) 516-4745","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-2963","","","2:17 PM","0:04","1","Live
Answer","Successful","",""
"(773) 437-5703","","","2:17 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 684-8300","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 762-0770","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-7612","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 426-5317","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-2139","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-3090","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 641-6105","","","2:17 PM","0:21","1","Live
Answer","Successful","",""
"(216) 681-3109","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0918","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 883-6073","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 324-3868","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(703) 528-6804","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 542-9206","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-5625","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 891-2826","","","2:17 PM","0:06","1","Live
Answer","Successful","",""
"(212) 608-6104","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 288-3959","","","2:17 PM","1:34","1","Voice

```
Mail","Successful","",""
"(215) 426-6057","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 535-1240","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-3252","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1166","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 766-6295","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 837-5336","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 891-2402","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-2949","","","2:17 PM","0:09","1","Live
Answer","Successful","",""
"(773) 277-4746","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 538-1940","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-1309","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(872) 444-5210","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 288-7303","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-4359","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-4385","","","2:17 PM","0:19","1","Live
Answer","Successful","",""
"(215) 331-2731","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-9315","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-4766","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(215) 927-4753","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-1655","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 451-2354","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 681-8876","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 272-6326","","","2:17 PM","0:48","2","Voice
Mail","Successful","",""
"(313) 538-8313","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1542","","","2:17 PM","0:30","1","Voice
```

Mail","Successful","",""
"(773) 512-8321","","","2:17 PM","0:08","1","Voice
Mail","Successful","",""
"(872) 244-7736","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-3814","","","2:17 PM","1:20","1","Voice
Mail","Successful","",""
"(215) 423-9747","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-6291","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-7628","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 321-9002","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 383-1690","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-4753","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 731-7349","","","2:17 PM","0:56","1","Voice
Mail","Successful","",""
"(312) 208-0881","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-3831","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-5518","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-9566","","","2:17 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 893-5130","","","2:17 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 681-5777","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-6322","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 908-3509","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 370-1478","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 875-3301","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-6003","","","2:17 PM","0:18","1","Live
Answer","Successful","",""
"(773) 831-8389","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-3816","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 426-2741","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-5869","","","2:17 PM","0:47","1","Voice

Mail","Successful","",""
"(216) 417-8125","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 761-5887","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(313) 273-3393","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 535-1113","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 592-0979","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-5492","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 471-4808","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 243-6261","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-2584","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 363-1786","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 600-5649","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 989-3656","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-0482","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-7419","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-8321","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 769-0470","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-2586","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-7540","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 303-9097","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 541-2634","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-0571","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-2259","","","2:17 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 366-7341","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-7902","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0806","","","2:17 PM","0:22","1","Live

```
Answer","Successful","",""
"(313) 533-5751","","","2:17 PM","0:55","1","Voice
Mail","Successful","",""
"(313) 864-8628","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-2794","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-1750","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 244-7070","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 217-1354","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2537","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1772","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 333-0910","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-7152","","","2:17 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 634-0963","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 763-7277","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 371-1877","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 397-5743","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 421-8009","","","2:17 PM","0:12","3","Live
Answer","Successful","",""
"(216) 431-7080","","","2:17 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 531-6976","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-1990","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-2575","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 243-3078","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-8198","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-0978","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 933-8604","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4889","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-5619","","","2:17 PM","0:34","1","Voice
```

Mail","Successful","",""
"(215) 224-2192","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 224-8582","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-2429","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3069","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1513","","","2:17 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 329-3485","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-0711","","","2:17 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 744-7269","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 763-8303","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-1704","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 421-1820","","","2:17 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 451-4576","","","2:17 PM","0:22","2","Live
Answer","Successful","",""
"(216) 481-3233","","","2:17 PM","0:14","2","Live
Answer","Successful","",""
"(216) 505-5467","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 681-4733","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 791-6464","","","2:17 PM","0:16","1","Live
Answer","Successful","",""
"(267) 324-3205","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-6981","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 387-7702","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 592-8460","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-8948","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 687-1737","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 221-7420","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-3725","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 229-5682","","","2:17 PM","0:00","3","Busy

```
Signal","Unsuccessful","",""
"(215) 229-8362","","","2:17 PM","0:13","1","Live
Answer","Successful","",""
"(215) 338-4407","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 457-9848","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-8467","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2754","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 795-5088","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-5815","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 531-1306","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 532-9865","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-5707","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 731-7749","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-9664","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 281-3555","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-1294","","","2:17 PM","0:57","1","Voice
Mail","Successful","",""
"(646) 559-4465","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 375-8485","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-1348","","","2:17 PM","0:20","1","Live
Answer","Successful","",""
"(215) 229-2682","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-2172","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 329-5404","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-8562","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-7061","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-3619","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 692-2905","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 785-9075","","","2:17 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(313) 368-5496","","","2:17 PM","0:19","1","Live
Answer","Successful","",""
"(313) 368-8612","","","2:17 PM","0:10","1","Live
Answer","Successful","",""
"(313) 693-4652","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 476-5597","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 542-8157","","","2:17 PM","0:57","1","Voice
Mail","Successful","",""
"(773) 633-2014","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-2979","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-7922","","","2:17 PM","0:18","1","Live
Answer","Successful","",""
"(215) 226-5160","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-4193","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1785","","","2:17 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 763-3468","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 978-7434","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-3615","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-1350","","","2:17 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 592-8617","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3133","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 794-0389","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 826-1207","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-3062","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(773) 437-5162","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 221-0305","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 289-0727","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-3408","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-0667","","","2:17 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(215) 708-1226","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1824","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 493-4686","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 521-4572","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-6090","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-3827","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8363","","","2:17 PM","1:03","1","Voice
Mail","Successful","",""
"(313) 538-2844","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 592-4514","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(347) 735-8144","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(872) 666-5498","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 329-1486","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 335-4035","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0535","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 456-0891","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 745-8653","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 343-4222","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 387-8482","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-0731","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 281-1924","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-1501","","","2:17 PM","0:20","1","Live
Answer","Successful","",""
"(773) 847-4935","","","2:17 PM","0:22","3","Live
Answer","Successful","",""
"(212) 532-2636","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 332-3407","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-0140","","","2:17 PM","0:18","1","Voice
```

```
Mail","Successful","",""
"(215) 430-7770","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-3559","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-6522","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 323-2695","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-7762","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(412) 201-0118","","","2:17 PM","1:13","1","Voice
Mail","Successful","",""
"(412) 271-9079","","","2:17 PM","0:51","1","Voice
Mail","Successful","",""
"(612) 341-0416","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 542-8648","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-5746","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(872) 444-5398","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(929) 243-3540","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-0343","","","2:17 PM","0:23","2","Live
Answer","Successful","",""
"(215) 455-1070","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-1076","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-2306","","","2:17 PM","0:09","1","Live
Answer","Successful","",""
"(313) 369-0697","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-3375","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 592-9722","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-6220","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 922-4384","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(412) 251-0176","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-5905","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 471-1450","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 888-0611","","","2:17 PM","0:16","1","Voice
```

Mail","Successful","",""
"(773) 285-9829","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5768","","","2:17 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 226-1749","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-2555","","","2:17 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 333-3843","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-2480","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-4562","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 319-1941","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-7008","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-4466","","","2:17 PM","0:10","1","Live
Answer","Successful","",""
"(313) 592-4869","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 891-0460","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-6489","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 376-1843","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(773) 731-8436","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 244-2742","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-6914","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-6987","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5617","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-1909","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 739-9576","","","2:17 PM","0:08","1","Voice
Mail","Successful","",""
"(216) 426-9428","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 466-6212","","","2:17 PM","0:05","1","Voice
Mail","Successful","",""
"(313) 472-5640","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-7239","","","2:17 PM","0:41","1","Voice

Mail","Successful","",""
"(313) 538-4535","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-5263","","","2:17 PM","0:13","1","Live
Answer","Successful","",""
"(313) 538-8564","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 835-3158","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(313) 931-5133","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-4887","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 351-7179","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 723-2040","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-3124","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-6839","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 563-2142","","","2:17 PM","0:22","3","Live
Answer","Successful","",""
"(215) 225-0733","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 225-6509","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 226-1437","","","2:17 PM","0:10","1","Live
Answer","Successful","",""
"(215) 232-5071","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 324-5439","","","2:17 PM","0:12","1","Live
Answer","Successful","",""
"(215) 725-2630","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0849","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 534-3567","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 543-9105","","","2:17 PM","0:19","1","Live
Answer","Successful","",""
"(646) 414-4149","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 277-2069","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-2218","","","2:17 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 522-4161","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 542-1741","","","2:17 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 228-4214","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-1876","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 938-7529","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 369-2235","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-8346","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 534-4616","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7122","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 838-4402","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 892-5014","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-6344","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-0275","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(646) 422-7045","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 966-5052","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 967-1325","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-4179","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-2727","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1061","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-4558","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 548-1694","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 481-4736","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8862","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 534-8663","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7303","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 924-8262","","","2:17 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 281-1399","","","2:17 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(412) 441-1733","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(646) 861-1968","","","2:17 PM","0:11","1","Live
Answer","Successful","",""
"(703) 516-4353","","","2:17 PM","0:03","1","Live
Answer","Successful","",""
"(718) 642-6782","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 522-1785","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-2251","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-3428","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 666-3967","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-0650","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 739-1582","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 787-0699","","","2:17 PM","1:22","1","Voice
Mail","Successful","",""
"(216) 761-0156","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1079","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 731-7743","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 773-7907","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 327-6066","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(347) 826-3953","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 471-8393","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-6772","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(440) 229-6291","","","2:17 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 288-0609","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 548-4711","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 978-4837","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-2549","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 277-7280","","","2:17 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 333-9463","","","2:17 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 787-0481","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 417-1484","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5409","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-0953","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-5387","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 892-2125","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 363-4515","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-6675","","","2:17 PM","0:17","1","Live
Answer","Successful","",""
"(773) 522-7910","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 847-4519","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-4707","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-5973","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-2391","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-2713","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 722-5203","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 856-3614","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-9613","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 321-4205","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 381-3963","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-0739","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(216) 471-8173","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-4849","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-5815","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 273-0658","","","2:17 PM","0:30","1","Voice
```

```
Mail","Successful","",""
"(267) 335-4049","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 397-2961","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 526-4287","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-1285","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 532-8095","","","2:17 PM","0:11","1","Voice
Mail","Successful","",""
"(313) 835-3004","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 241-2193","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-4282","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-8076","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-1923","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 691-7705","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0731","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-8085","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-5644","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-3385","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-6070","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 271-7964","","","2:17 PM","0:17","1","Live
Answer","Successful","",""
"(216) 417-5488","","","2:17 PM","0:14","2","Live
Answer","Successful","",""
"(216) 761-7213","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 761-9020","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 368-1160","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-5835","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-6032","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-8735","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-1676","","","2:17 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(412) 242-9588","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(646) 524-6450","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 288-7866","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 742-0758","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 743-0503","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-7038","","","2:17 PM","0:48","1","Voice
Mail","Successful","",""
"(216) 268-3459","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 851-7880","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-8777","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 531-5056","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-8509","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-5068","","","2:17 PM","0:13","1","Live
Answer","Successful","",""
"(313) 893-7235","","","2:17 PM","0:10","1","Voice
Mail","Successful","",""
"(703) 528-2935","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 359-4436","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 374-5869","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 633-2973","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-7135","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-4457","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2471","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-2771","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 338-0302","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-2210","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 763-4188","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-7993","","","2:17 PM","1:21","1","Voice
```

```
Mail","Successful","",""
"(215) 978-4458","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 371-0917","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 541-6707","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 335-5554","","","2:17 PM","0:12","1","Live
Answer","Successful","",""
"(313) 592-4882","","","2:17 PM","0:11","1","Live
Answer","Successful","",""
"(313) 592-8247","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 694-3570","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(612) 338-1889","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 374-1334","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-4931","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 437-3369","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(212) 366-6377","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-6195","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-0347","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-0869","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 455-0700","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 272-4529","","","2:17 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 368-8590","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-1363","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 892-2152","","","2:17 PM","0:22","2","Live
Answer","Successful","",""
"(412) 471-2042","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-5245","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 321-9523","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 521-6203","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-7067","","","2:17 PM","0:44","1","Voice
```

```
Mail","Successful","",""
"(215) 708-2096","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 765-2358","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 978-4096","","","2:17 PM","0:18","1","Voice
Mail","Successful","",
"(216) 229-8784","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 231-2653","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-0501","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-5835","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 751-7268","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-5290","","","2:17 PM","0:40","2","Voice
Mail","Successful","",
"(313) 521-1388","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-0155","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 527-1474","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 823-7284","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 891-5264","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 223-4333","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-3270","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 227-0196","","","2:17 PM","0:03","2","Live
Answer","Successful","",""
"(215) 232-5035","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-3516","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-1886","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 927-1360","","","2:17 PM","0:45","1","Voice
Mail","Successful","",
"(216) 681-0583","","","2:17 PM","0:23","3","Live
Answer","Successful","",
"(216) 681-7149","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-7348","","","2:17 PM","0:14","2","Live
Answer","Successful","",""
"(216) 851-2782","","","2:17 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(267) 886-8429","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 534-1894","","","2:17 PM","0:17","1","Live
Answer","Successful","",""
"(313) 535-5563","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 733-6862","","","2:17 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 766-6915","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 271-4010","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-6177","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(646) 764-7666","","","2:17 PM","0:22","2","Live
Answer","Successful","",""
"(703) 522-3525","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-7936","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 602-1887","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(212) 608-2923","","","2:17 PM","0:21","1","Live
Answer","Successful","",""
"(215) 223-9774","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-6910","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5329","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-9089","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 765-3742","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 212-3794","","","2:17 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 429-2740","","","2:17 PM","0:14","2","Live
Answer","Successful","",""
"(313) 255-4372","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 255-5380","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 272-1773","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-5094","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 493-0824","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-1024","","","2:17 PM","0:32","1","Voice
```

Mail","Successful","",""
"(773) 936-1423","","","2:17 PM","0:10","1","Live
Answer","Successful","",""
"(215) 235-2674","","","2:17 PM","0:06","1","Live
Answer","Successful","",""
"(215) 235-7568","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 333-0650","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-4593","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-1733","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 427-5858","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 455-6163","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 765-2282","","","2:17 PM","0:13","1","Live
Answer","Successful","",""
"(216) 531-3665","","","2:17 PM","0:14","2","Live
Answer","Successful","",""
"(216) 531-9173","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 534-2519","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 736-3919","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-9717","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-3113","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 687-5384","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3164","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(703) 525-3787","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 373-8350","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-6359","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-3886","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 475-7285","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 493-4511","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 493-6790","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-1275","","","2:17 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 522-0749","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 902-2668","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7563","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 281-5167","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 444-5038","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-4023","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-8006","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-1912","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 331-2485","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 722-3972","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-2206","","","2:17 PM","0:17","1","Live
Answer","Successful","",""
"(216) 541-1334","","","2:17 PM","0:10","1","Voice
Mail","Successful","",""
"(216) 541-5745","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 761-6112","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 639-2092","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 687-5133","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 527-0738","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 246-8032","","","2:17 PM","1:44","1","Voice
Mail","Successful","",""
"(412) 351-6775","","","2:17 PM","1:34","1","Voice
Mail","Successful","",""
"(412) 727-1880","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 336-9947","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-0174","","","2:17 PM","0:16","1","Live
Answer","Successful","",""
"(773) 762-0548","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-3618","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(212) 691-9834","","","2:17 PM","0:14","1","Live
```

```
Answer","Successful","",""
"(215) 223-5541","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-3631","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2175","","","2:17 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 229-5871","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 253-6500","","","2:17 PM","0:06","1","Voice
Mail","Successful","",""
"(215) 331-2859","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0742","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1563","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(215) 765-4367","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-0864","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 731-7626","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-2087","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7298","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 835-2128","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 835-7063","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 892-2905","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 242-2727","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 271-2312","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(703) 525-9848","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 643-6340","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-1452","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 902-2060","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-0701","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 966-5691","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 244-7711","","","2:17 PM","0:05","1","Live
```

```
Answer","Successful","",""
"(212) 695-5051","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 225-0462","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-4306","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 413-3877","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 533-3866","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-8115","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 708-2106","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 725-2010","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 721-1147","","","2:17 PM","0:23","2","Live
Answer","Successful","",""
"(216) 761-8016","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-6780","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 687-7256","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-1645","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 522-4626","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-9349","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3770","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 438-8463","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-1761","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-8994","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-0597","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-3160","","","2:17 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 481-4966","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6433","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-3639","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 354-8500","","","2:17 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(313) 541-0295","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 731-7059","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-5667","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-1390","","","2:17 PM","0:18","2","Live
Answer","Successful","",""
"(773) 762-8672","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-5762","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-4015","","","2:17 PM","0:23","2","Live
Answer","Successful","",""
"(216) 451-2899","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-0040","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 519-9063","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 886-9024","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-7984","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 340-2390","","","2:17 PM","0:04","1","Live
Answer","Successful","",""
"(412) 682-1305","","","2:17 PM","1:38","1","Voice
Mail","Successful","",""
"(773) 247-2537","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-3361","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 565-4554","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 633-2678","","","2:17 PM","0:20","1","Live
Answer","Successful","",""
"(773) 667-1202","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 734-0640","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 244-7615","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 564-1419","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-3354","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1077","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 426-6580","","","2:17 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 455-5548","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 800-1774","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 964-9480","","","2:17 PM","0:13","1","Live
Answer","Successful","",""
"(216) 245-2819","","","2:17 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 721-2028","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(313) 533-2204","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-5646","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-0127","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 562-3967","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(703) 524-3249","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 536-3642","","","2:17 PM","0:19","1","Live
Answer","Successful","",""
"(773) 855-2183","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7404","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 444-5035","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 233-3292","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 243-7841","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-1620","","","2:17 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 324-1268","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-1983","","","2:17 PM","0:20","1","Live
Answer","Successful","",""
"(215) 765-2318","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-2472","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 366-5810","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 244-9842","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-6722","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-1751","","","2:17 PM","0:34","1","Voice

Mail","Successful","",""
"(773) 285-0361","","","2:17 PM","0:17","1","Live
Answer","Successful","",""
"(773) 762-3374","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-5449","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7021","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 818-7114","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 423-0270","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-0797","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 249-5029","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-4137","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 519-3624","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-0828","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 340-2371","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-1976","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 538-7158","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-5769","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-7050","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-2019","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 223-0783","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-0369","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 744-9768","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 451-6695","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-8879","","","2:17 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 761-5980","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 928-3129","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-2899","","","2:17 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 255-3591","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-2987","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 694-3452","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 835-2497","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-0917","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 244-1266","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 904-4680","","","2:17 PM","0:57","1","Voice
Mail","Successful","",""
"(703) 528-4537","","","2:17 PM","0:01","1","Live
Answer","Successful","",""
"(773) 285-2298","","","2:17 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 285-2587","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(212) 929-2047","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 236-6041","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-2896","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-6952","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-2161","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 342-6533","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-2316","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-4941","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 745-2098","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 451-5080","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 272-3455","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-8242","","","2:17 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 532-6677","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 534-4913","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-0171","","","2:17 PM","0:39","2","Voice
```

Mail","Successful","",""
"(313) 766-7628","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 281-2794","","","2:17 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 371-3321","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 562-8956","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 586-4990","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(929) 259-9288","","","2:17 PM","0:32","2","Voice
Mail","Successful","",""
"(212) 366-5474","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 203-7274","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-5047","","","2:17 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 333-2658","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 423-0862","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-6952","","","2:17 PM","0:24","1","Live
Answer","Successful","",""
"(313) 255-5056","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 368-1071","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 368-8983","","","2:17 PM","0:11","1","Voice
Mail","Successful","",""
"(313) 412-2602","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-0562","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 731-7368","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 374-2427","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 521-5951","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 752-1111","","","2:17 PM","0:23","3","Live
Answer","Successful","",""
"(773) 933-7614","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(212) 666-3092","","","2:17 PM","0:18","1","Live
Answer","Successful","",""
"(215) 329-1075","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 399-1267","","","2:17 PM","1:25","1","Voice

Mail","Successful","",""
"(215) 722-1614","","","2:17 PM","0:53","2","Voice
Mail","Successful","",""
"(215) 739-3979","","","2:17 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 924-9562","","","2:17 PM","0:19","1","Live
Answer","Successful","",""
"(216) 261-8555","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 692-0519","","","2:17 PM","0:23","2","Live
Answer","Successful","",""
"(267) 297-7324","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 272-0382","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 387-9701","","","2:17 PM","1:04","1","Voice
Mail","Successful","",""
"(313) 531-1875","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 541-1373","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(646) 429-8817","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5231","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-0521","","","2:17 PM","0:19","1","Live
Answer","Successful","",""
"(773) 768-8862","","","2:17 PM","0:05","1","Live
Answer","Successful","",""
"(773) 966-3357","","","2:17 PM","0:14","1","Voice
Mail","Successful","",""
"(872) 221-7530","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 334-4157","","","2:17 PM","0:23","3","Live
Answer","Successful","",""
"(212) 563-0537","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-5153","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 228-3090","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 331-5953","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 532-8176","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-4290","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-7678","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 535-3535","","","2:17 PM","0:31","1","Voice

```
Mail","Successful","",""
"(313) 537-6373","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-4776","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-0789","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 227-3136","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 727-1427","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-5042","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-5644","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-6590","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 641-6091","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(312) 206-2481","","","2:17 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 533-8819","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-4589","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 837-8879","","","2:17 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 893-4541","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-1338","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-0941","","","2:17 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 321-9678","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 437-5204","","","2:17 PM","1:08","1","Voice
Mail","Successful","",""
"(773) 521-7917","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(872) 444-5561","","","2:17 PM","0:06","1","Live
Answer","Successful","",""
"(872) 818-7132","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 226-0730","","","2:17 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 228-1771","","","2:17 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 924-5527","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 268-3585","","","2:17 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(216) 600-9778","","","2:17 PM","0:12","1","Live
Answer","Successful","",""
"(267) 319-1017","","","2:17 PM","0:48","1","Voice
Mail","Successful","",""
"(267) 388-7240","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(312) 835-2970","","","2:17 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 531-8136","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 532-0034","","","2:17 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 533-1554","","","2:17 PM","0:18","1","Live
Answer","Successful","",""
"(313) 538-9099","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 541-6683","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(313) 731-7007","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-9478","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-0928","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 240-0608","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 955-2622","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 203-0640","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-1912","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 342-5075","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-8089","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-1824","","","2:17 PM","0:18","1","Live
Answer","Successful","",""
"(215) 533-3019","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 745-0345","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-5660","","","2:17 PM","0:16","1","Live
Answer","Successful","",""
"(216) 429-1368","","","2:17 PM","0:05","3","Live
Answer","Successful","",""
"(216) 541-7819","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 385-6589","","","2:17 PM","0:23","1","Live
```

Answer","Successful","",""
"(312) 967-8792","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7417","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 740-7583","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 826-1087","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-0204","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 268-0809","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 538-5748","","","2:17 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 696-1238","","","2:17 PM","0:05","1","Voice
Mail","Successful","",""
"(773) 734-7878","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-5381","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 783-2206","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 847-1303","","","2:17 PM","0:23","2","Live
Answer","Successful","",""
"(773) 924-0280","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(815) 275-9367","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1736","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 276-4149","","","2:17 PM","0:23","3","Live
Answer","Successful","",""
"(215) 613-8670","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 725-5946","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-5026","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-6471","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-9372","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 721-3715","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(267) 314-5971","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 270-2398","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-1165","","","2:17 PM","0:38","1","Voice

Mail","Successful","",""
"(313) 369-9266","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-3627","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 592-1590","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 247-5561","","","2:17 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(703) 527-1443","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 542-8907","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-5733","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 955-0429","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(929) 259-9959","","","2:17 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 645-3068","","","2:17 PM","0:20","1","Live
Answer","Successful","",""
"(212) 929-1550","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 289-0437","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-2274","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 332-4598","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-0411","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-7522","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-4148","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 742-0515","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-7994","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 229-3319","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-9034","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 387-4207","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-1683","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(347) 726-2166","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-6898","","","2:17 PM","0:15","1","Live

```
Answer","Successful","",""
"(212) 402-3530","","","2:17 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 271-4348","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-1250","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 425-4626","","","2:17 PM","0:06","1","Voice
Mail","Successful","",""
"(215) 426-6127","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 231-0603","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-2733","","","2:17 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-1964","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-1348","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-5464","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-1988","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 681-2581","","","2:17 PM","0:14","1","Live
Answer","Successful","",""
"(412) 731-4313","","","2:17 PM","0:35","1","Voice
Mail","Successful","",""
"(724) 745-4795","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 375-3146","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 542-0798","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 855-2421","","","2:17 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 891-1796","","","2:17 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 244-3724","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7837","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1523","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1627","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-0756","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-1022","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 745-3953","","","2:17 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 417-2801","","","2:17 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 681-5116","","","2:17 PM","0:56","1","Voice
Mail","Successful","",""
"(347) 537-3083","","","2:17 PM","1:01","1","Voice
Mail","Successful","",""
"(412) 562-1637","","","2:17 PM","0:37","1","Voice
Mail","Successful","",""
"(917) 262-0631","","","2:17 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 964-0383","","","2:17 PM","0:18","1","Live
Answer","Successful","",""
"(215) 289-5410","","","2:17 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 291-0832","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-2322","","","2:17 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 332-5883","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-9164","","","2:17 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 634-4999","","","2:17 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 904-7882","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-7370","","","2:17 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 681-8803","","","2:17 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 721-0915","","","2:17 PM","0:22","2","Live
Answer","Successful","",""
"(267) 239-5022","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 686-9160","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(313) 526-2529","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-4618","","","2:17 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 456-2232","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-1962","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-1998","","","2:17 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 731-2263","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 752-0686","","","2:17 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 831-6774","","","2:17 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 891-5790","","","2:17 PM","0:24","1","Voice
Mail","Successful","",""
"(212) 689-2410","","","2:17 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-2990","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 232-1968","","","2:17 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 543-0839","","","2:17 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 548-5080","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 745-9519","","","2:17 PM","0:46","1","Voice
Mail","Successful","",""
"(267) 368-5064","","","2:17 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 687-2009","","","2:17 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 886-9326","","","2:17 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 272-3888","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-5648","","","2:17 PM","0:07","2","Live
Answer","Successful","",""
"(313) 372-3707","","","2:17 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-4215","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 835-9799","","","2:17 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-7902","","","2:17 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 257-7321","","","2:17 PM","1:45","1","Voice
Mail","Successful","",""
"(773) 734-4157","","","2:17 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-6349","","","2:17 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 564-5919","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-0418","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-7454","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(215) 533-5092","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-1796","","","2:18 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 904-8903","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-0152","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 331-5937","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-6021","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 527-7025","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-1311","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 892-0469","","","2:18 PM","0:01","1","Live
Answer","Successful","",""
"(412) 241-7352","","","2:18 PM","0:12","1","Live
Answer","Successful","",""
"(412) 605-0847","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(703) 525-3335","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-7724","","","2:18 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 978-4034","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(212) 255-2388","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4710","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-8167","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 722-1476","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-8351","","","2:18 PM","0:27","2","Voice
Mail","Successful","",""
"(216) 249-1098","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-4249","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-9254","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 331-9520","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 412-2499","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 472-5556","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 531-5402","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-3949","","","2:18 PM","0:22","1","Live

Answer","Successful","",""
"(313) 891-5689","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 241-0140","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-1009","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4381","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 667-3239","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 731-3058","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9384","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 752-3293","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 203-0106","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-1675","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-5399","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 324-6770","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-8106","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-8117","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-0889","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-6047","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-6203","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-5927","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 472-5592","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-0224","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-8871","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7490","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-5816","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(347) 422-0745","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(703) 525-3049","","","2:18 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 538-6834","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(212) 283-5519","","","2:18 PM","0:37","2","Voice
Mail","Successful","",""
"(212) 344-0104","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-5803","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-6121","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4856","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 763-7455","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 451-0866","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-1645","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-7228","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 318-7303","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-9176","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-4709","","","2:18 PM","1:17","1","Voice
Mail","Successful","",""
"(313) 533-7604","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-1719","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-0202","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(703) 524-7748","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 437-5353","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-1366","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-1949","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-1725","","","2:18 PM","0:21","1","Live
Mail","Successful","",""
"(773) 902-2424","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 706-8573","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 331-3428","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-3684","","","2:18 PM","0:38","1","Voice
```

Mail","Successful","",""
"(215) 423-5801","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-6543","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 535-1371","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1247","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-8539","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-8788","","","2:18 PM","0:13","2","Live
Answer","Successful","",""
"(313) 731-7077","","","2:18 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 473-1278","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-1859","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 989-7246","","","2:18 PM","0:22","2","Live
Answer","Successful","",""
"(215) 223-4048","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-4319","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-3258","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-5313","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-0565","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1142","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-5015","","","2:18 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 717-2454","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-3565","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(248) 775-0365","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(313) 472-5020","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-0680","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 535-3262","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 592-0430","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(412) 682-1166","","","2:18 PM","0:42","1","Voice

```
Mail","Successful","",""
"(703) 243-2637","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 243-3643","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 516-4864","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 363-6607","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 493-5823","","","2:18 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 522-3647","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(773) 638-6874","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 675-8187","","","2:18 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 232-2404","","","2:18 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 338-9807","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-1063","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-0893","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-2531","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 481-4567","","","2:18 PM","0:15","1","Live
Answer","Successful","",""
"(267) 331-9507","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 385-6318","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-5821","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 536-0175","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-0655","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 242-6413","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 785-0235","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-2109","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 226-6211","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-2022","","","2:18 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 329-8771","","","2:18 PM","0:30","1","Voice
```

Mail","Successful","",""
"(215) 423-1588","","","2:18 PM","0:22","2","Live
Answer","Successful","",""
"(215) 425-3879","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-7230","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 821-3689","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 924-2142","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0209","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 486-7651","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(267) 297-8980","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-9063","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 469-7580","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 892-5245","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 241-3227","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-2182","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 375-4569","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 225-4649","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 276-0961","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 549-4418","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-1807","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4803","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 733-6944","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-1185","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(412) 281-0901","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-0442","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-0956","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(773) 285-8643","","","2:18 PM","0:26","1","Voice

```
Mail","Successful","",""
"(773) 324-1785","","","2:18 PM","0:22","3","Live
Answer","Successful","",""
"(773) 538-4235","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 955-7305","","","2:18 PM","0:22","2","Live
Answer","Successful","",""
"(212) 255-4409","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 225-1956","","","2:18 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 225-7817","","","2:18 PM","0:23","3","Live
Answer","Successful","",""
"(215) 329-8650","","","2:18 PM","0:23","3","Live
Answer","Successful","",""
"(215) 332-3550","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-0193","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-0720","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(215) 792-6881","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-9258","","","2:18 PM","1:05","1","Voice
Mail","Successful","",""
"(412) 243-7070","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 351-5705","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 562-1380","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 731-6102","","","2:18 PM","0:20","1","Live
Answer","Successful","",""
"(646) 476-3209","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(773) 285-0776","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 285-1910","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 538-5389","","","2:18 PM","0:11","1","Live
Answer","Successful","",""
"(773) 684-4712","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 424-7296","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-2171","","","2:18 PM","0:15","1","Live
Answer","Successful","",""
"(216) 451-3009","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 641-7555","","","2:18 PM","0:23","2","Live
```

Answer","Successful","",""
"(267) 861-2376","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-1498","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 359-4523","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 403-3657","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 530-7115","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 762-5892","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 221-5530","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-4688","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-1421","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-7416","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-8419","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 763-4236","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(215) 924-1934","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-1252","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 851-0187","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(216) 851-5161","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 326-6047","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-2119","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 397-6119","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-1294","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-0943","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-5260","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 731-4957","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-7856","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-8671","","","2:18 PM","0:14","1","Voice

```
Mail","Successful","",""
"(215) 426-8205","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-1897","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 548-3266","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 229-6922","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 391-4441","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-6616","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 862-3502","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 666-0867","","","2:18 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 255-5611","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-9107","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 493-4232","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-6573","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 835-7624","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-1331","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 891-0106","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 947-9399","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 203-9978","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 223-9971","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1252","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 229-4482","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 268-1561","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-6327","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 369-9824","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 641-1496","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 721-0676","","","2:18 PM","0:51","1","Voice
```

```
Mail","Successful","",""
"(216) 795-1762","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-6149","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-7484","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 733-8686","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 241-8021","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 765-2906","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-8489","","","2:18 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 277-2379","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 359-4526","","","2:18 PM","0:11","1","Live
Answer","Successful","",""
"(773) 966-4815","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(872) 244-3233","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 239-1326","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 224-5654","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(215) 634-5967","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-6298","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 941-7833","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 229-8247","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-6065","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-0786","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 922-4361","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 681-7781","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-2027","","","2:18 PM","0:10","1","Live
Answer","Successful","",""
"(773) 542-4318","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-3439","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-5360","","","2:18 PM","0:04","3","Live
```

```
Answer","Successful","",""
"(215) 228-8781","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 324-8600","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-8984","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0460","","","2:18 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 455-4580","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-7039","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-3098","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-2014","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-8920","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 653-3608","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 837-1434","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(347) 836-4117","","","2:18 PM","0:53","1","Voice
Mail","Successful","",""
"(412) 727-7865","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 312-7082","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-2692","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-5896","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-7997","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 239-6892","","","2:18 PM","0:14","2","Live
Answer","Successful","",""
"(212) 463-8815","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-1506","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-0126","","","2:18 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 228-7036","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-0273","","","2:18 PM","1:21","1","Voice
Mail","Successful","",""
"(267) 519-8418","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-2295","","","2:18 PM","0:23","1","Live
```

Answer","Successful","",""
"(313) 531-9125","","","2:18 PM","1:09","1","Voice
Mail","Successful","",""
"(313) 533-5770","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-8776","","","2:18 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 538-3121","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 592-8347","","","2:18 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 687-2549","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 536-0524","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(917) 745-0012","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 929-0898","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-0351","","","2:18 PM","0:21","1","Live
Answer","Successful","",""
"(215) 324-8943","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 427-9487","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 533-2527","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-2253","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-6391","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-7310","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(217) 493-0648","","","2:18 PM","0:15","1","Live
Answer","Successful","",""
"(347) 329-4642","","","2:18 PM","1:29","1","Voice
Mail","Successful","",""
"(646) 370-6886","","","2:18 PM","0:14","2","Live
Answer","Successful","",""
"(773) 375-6521","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 488-4481","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 542-0274","","","2:18 PM","0:14","2","Live
Answer","Successful","",""
"(773) 734-0967","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 587-5962","","","2:18 PM","0:13","1","Live
Answer","Successful","",""
"(212) 679-4606","","","2:18 PM","0:22","1","Live

Answer","Successful","",""
"(215) 225-0439","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-9341","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-8978","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-3408","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-5717","","","2:18 PM","0:22","3","Live
Answer","Successful","",""
"(215) 456-0601","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-1521","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 624-5151","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-2067","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2351","","","2:18 PM","0:14","1","Live
Answer","Successful","",""
"(215) 743-2672","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-3903","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-8868","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-9370","","","2:18 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-7570","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(248) 793-5196","","","2:18 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 366-5891","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-4541","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 534-7473","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-3350","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 244-9220","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 351-6273","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(703) 516-4774","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 542-8519","","","2:18 PM","0:14","1","Live
Answer","Successful","",""
"(773) 768-9393","","","2:18 PM","0:34","1","Voice

Mail","Successful","",""
"(872) 666-5083","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 346-7920","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 691-5062","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-0322","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 227-4915","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-9073","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-3714","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-2041","","","2:18 PM","0:08","1","Live
Answer","Successful","",""
"(215) 426-5535","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(215) 554-3584","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 692-2170","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-3787","","","2:18 PM","0:56","1","Voice
Mail","Successful","",""
"(313) 835-2176","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 285-0344","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 955-2964","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 221-6765","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-2381","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 437-1954","","","2:18 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 745-4941","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-2464","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 451-4791","","","2:18 PM","0:05","3","Live
Answer","Successful","",""
"(216) 721-0433","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 860-1238","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 335-5941","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(267) 388-8034","","","2:18 PM","0:39","1","Voice

Mail","Successful","",""
"(267) 388-8613","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(312) 971-4890","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-4086","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 351-4354","","","2:18 PM","0:08","1","Live
Answer","Successful","",""
"(703) 527-4204","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 527-6582","","","2:18 PM","1:20","1","Voice
Mail","Successful","",""
"(773) 521-8906","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 933-7531","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 764-7245","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-7224","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-9102","","","2:18 PM","0:00","1","Live
Answer","Successful","",""
"(216) 761-0816","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 318-7820","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-1132","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7488","","","2:18 PM","0:07","1","Live
Answer","Successful","",""
"(412) 281-4168","","","2:18 PM","0:06","1","Live
Answer","Successful","",""
"(773) 978-6862","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 203-0351","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1445","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-7301","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 332-0716","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(215) 342-8458","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-6391","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-6795","","","2:18 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 457-0812","","","2:18 PM","0:38","1","Voice

Mail","Successful","",""
"(215) 613-6370","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 742-2298","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(216) 451-4899","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 900-2809","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-9196","","","2:18 PM","0:55","1","Voice
Mail","Successful","",""
"(313) 534-4512","","","2:18 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 740-7081","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(313) 838-5936","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(646) 401-5564","","","2:18 PM","0:57","1","Voice
Mail","Successful","",""
"(773) 548-8002","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-0040","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 891-1236","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-6906","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 236-7073","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 922-2912","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-2832","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 268-0168","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 383-8711","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 486-4156","","","2:18 PM","0:50","1","Voice
Mail","Successful","",""
"(313) 368-7026","","","2:18 PM","1:03","1","Voice
Mail","Successful","",""
"(313) 532-5095","","","2:18 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 534-2218","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 736-3876","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 562-8823","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 522-0982","","","2:18 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 624-5431","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 978-2541","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5121","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-1524","","","2:18 PM","0:18","1","Live
Answer","Successful","",""
"(215) 225-7493","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(215) 232-6315","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-1905","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-2373","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-3043","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 773-8958","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-3748","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 541-1198","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 731-9638","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-5406","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 838-5081","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-8974","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 373-3608","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 734-7965","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 917-7487","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-4045","","","2:18 PM","0:01","1","Live
Answer","Successful","",""
"(215) 332-0995","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-2962","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-8160","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 456-1310","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 548-1493","","","2:18 PM","0:30","1","Voice
```

Mail","Successful","",""
"(216) 681-8094","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 242-5014","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 255-0137","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 427-7007","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 493-0611","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 537-6297","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-3760","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 288-9443","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 522-7859","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 624-4453","","","2:18 PM","0:19","1","Live
Answer","Successful","",""
"(773) 721-4941","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 706-7221","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-5941","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-5127","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 548-9283","","","2:18 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 739-7129","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 763-5304","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 441-3261","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-0007","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 762-0777","","","2:18 PM","1:54","1","Voice
Mail","Successful","",""
"(313) 326-6120","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-1736","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-2148","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 368-8532","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 731-7209","","","2:18 PM","1:06","1","Voice

Mail","Successful","",""
"(412) 243-3703","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 391-1481","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-5199","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 374-2739","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-1506","","","2:18 PM","0:01","1","Live
Answer","Successful","",""
"(773) 542-1440","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 768-0394","","","2:18 PM","0:21","1","Live
Answer","Successful","",""
"(212) 249-0237","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-0732","","","2:18 PM","0:17","2","Live
Answer","Successful","",""
"(215) 223-9695","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-0305","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-4896","","","2:18 PM","0:24","2","Live
Answer","Successful","",""
"(215) 423-7275","","","2:18 PM","0:20","1","Live
Answer","Successful","",""
"(313) 368-6923","","","2:18 PM","0:04","1","Live
Answer","Successful","",""
"(313) 537-6005","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 268-5031","","","2:18 PM","0:22","3","Live
Answer","Successful","",""
"(212) 888-6172","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-0642","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-2629","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 279-7651","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 331-3636","","","2:18 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 332-7207","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-3098","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-3893","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-2629","","","2:18 PM","0:16","1","Voice

Mail","Successful","",""
"(215) 739-5930","","","2:18 PM","1:16","1","Voice
Mail","Successful","",""
"(267) 519-0794","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 273-3179","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-5644","","","2:18 PM","0:14","1","Live
Answer","Successful","",""
"(313) 535-4610","","","2:18 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 892-5876","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 522-5146","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-5248","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-4994","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-9924","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-7820","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 757-5074","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-4522","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(215) 228-5035","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-9734","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-3099","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-1673","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 761-6663","","","2:18 PM","0:09","1","Live
Answer","Successful","",""
"(216) 795-5988","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(313) 366-4584","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-7050","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-2380","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 921-2637","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(484) 949-3587","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-0262","","","2:18 PM","0:19","1","Live

Answer","Successful","",""
"(773) 721-1542","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 752-0112","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-6628","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 232-7190","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 324-2073","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 324-2689","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 426-6859","","","2:18 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 426-8440","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-1458","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-9025","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-2803","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-0366","","","2:18 PM","0:13","1","Live
Answer","Successful","",""
"(216) 451-7982","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 752-7242","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-0232","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(313) 891-4739","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-7560","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(412) 242-5694","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(412) 244-8638","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(612) 339-3619","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-5123","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-8099","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 667-0958","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 620-9174","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 633-0227","","","2:18 PM","0:31","1","Voice

```
Mail","Successful","",""
"(215) 223-0682","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-5788","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-8935","","","2:18 PM","0:16","2","Voice
Mail","Successful","",""
"(215) 335-2780","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-1115","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 519-3707","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 808-1660","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-3093","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-4439","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-5292","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 536-2353","","","2:18 PM","0:03","1","Live
Answer","Successful","",""
"(773) 855-2146","","","2:18 PM","0:09","1","Voice
Mail","Successful","",""
"(212) 842-9775","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 223-3280","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-5447","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 425-8186","","","2:18 PM","0:23","2","Live
Answer","Successful","",""
"(215) 455-1592","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 722-0505","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 681-3312","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 472-5044","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 521-0470","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 531-3740","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 534-1002","","","2:18 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 534-2222","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 538-0418","","","2:18 PM","0:31","1","Voice
```

Mail","Successful","",""
"(313) 891-9072","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 683-1916","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-2360","","","2:18 PM","0:07","1","Live
Answer","Successful","",""
"(773) 522-1287","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 522-8856","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 633-1420","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 947-1658","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 229-0591","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 232-2207","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-1243","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-1912","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-1144","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 763-5895","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 964-9211","","","2:18 PM","0:48","1","Voice
Mail","Successful","",""
"(216) 231-1411","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 231-2537","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-2506","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 531-2129","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 514-2496","","","2:18 PM","0:18","1","Live
Answer","Successful","",""
"(267) 639-5472","","","2:18 PM","1:18","1","Voice
Mail","Successful","",""
"(313) 532-3065","","","2:18 PM","0:57","1","Voice
Mail","Successful","",""
"(313) 537-9251","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-0818","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-5385","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(773) 624-3665","","","2:18 PM","0:22","1","Live

Answer","Successful","",""
"(212) 279-6818","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 366-0422","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(212) 691-3108","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-1406","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-2235","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(215) 226-5366","","","2:18 PM","0:23","2","Live
Answer","Successful","",""
"(215) 425-2543","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-6340","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 621-7138","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(215) 624-1459","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1872","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-1601","","","2:18 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 787-9641","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 978-6949","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 385-6314","","","2:18 PM","0:19","1","Voice
Mail","Successful","",""
"(267) 909-8534","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 538-1214","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 721-2717","","","2:18 PM","0:11","1","Live
Answer","Successful","",""
"(313) 835-3782","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 261-6865","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 586-5542","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-2460","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 522-2248","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(917) 737-8140","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 239-1347","","","2:18 PM","0:43","1","Voice

Mail","Successful","",""
"(212) 629-5617","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-4470","","","2:18 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 333-2647","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1994","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 621-6855","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 742-3754","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-2568","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-4639","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-0760","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 538-6773","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 731-6226","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-4099","","","2:18 PM","1:06","2","Voice
Mail","Successful","",""
"(313) 532-9860","","","2:18 PM","0:06","1","Live
Answer","Successful","",""
"(313) 538-9216","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 541-4297","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 263-1816","","","2:18 PM","0:49","1","Voice
Mail","Successful","",""
"(703) 528-1148","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 373-3917","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 538-8583","","","2:18 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 762-2973","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-1879","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 444-5069","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 216-9548","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-5051","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-0304","","","2:18 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 332-0718","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-1981","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 424-3264","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 427-3019","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-3686","","","2:18 PM","0:11","1","Live
Answer","Successful","",""
"(215) 765-3101","","","2:18 PM","0:15","1","Live
Answer","Successful","",""
"(267) 335-3691","","","2:18 PM","0:19","1","Live
Answer","Successful","",""
"(312) 970-4846","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 387-3728","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 694-3153","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-4123","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-2040","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 528-7069","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(708) 303-8389","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 891-1106","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7864","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 842-0389","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-3852","","","2:18 PM","0:22","1","Voice
Mail","Successful","",""
"(215) 228-9349","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-4952","","","2:18 PM","1:10","1","Voice
Mail","Successful","",""
"(215) 613-7891","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 763-1419","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 821-3451","","","2:18 PM","0:13","1","Voice
Mail","Successful","",""
"(216) 541-2435","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-8099","","","2:18 PM","0:23","1","Live

Answer","Successful","",""
"(412) 471-1046","","","2:18 PM","0:55","1","Voice
Mail","Successful","",""
"(612) 332-8204","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 230-2666","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 565-4941","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 924-3231","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 933-0131","","","2:18 PM","0:03","1","Live
Answer","Successful","",""
"(212) 206-0353","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 216-9195","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-8542","","","2:18 PM","0:17","1","Live
Answer","Successful","",""
"(215) 229-3384","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-9530","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-3985","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1438","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-1508","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-7428","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 537-5243","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-3812","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-1921","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 431-6056","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 561-3548","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(267) 388-6880","","","2:18 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 891-1770","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(646) 486-3221","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-6059","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 521-1618","","","2:18 PM","0:22","2","Live

Answer","Successful","",""
"(773) 734-0089","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 818-7370","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 244-4624","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-5470","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-9384","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-4419","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-5167","","","2:18 PM","0:21","1","Live
Answer","Successful","",""
"(215) 455-9166","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 624-3011","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-0579","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-6611","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-3457","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-4547","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-4784","","","2:18 PM","0:22","3","Live
Answer","Successful","",""
"(313) 534-8454","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7299","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-5608","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(708) 251-0449","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 254-1467","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-0821","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 624-1905","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5299","","","2:18 PM","0:13","1","Live
Answer","Successful","",""
"(215) 324-7620","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 329-2109","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0316","","","2:18 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 851-7602","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 881-0128","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 307-8160","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 387-9847","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 397-6810","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 472-5760","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 241-4175","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-3656","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 285-1098","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(212) 242-4838","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2004","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1841","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-0340","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-4742","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-8583","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-5174","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(215) 423-6949","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-2144","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-1377","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-6010","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 763-4219","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(734) 992-7435","","","2:18 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 536-2600","","","2:18 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 924-9216","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1041","","","2:18 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 229-6714","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 288-2180","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 333-6261","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-2609","","","2:18 PM","1:14","1","Voice
Mail","Successful","",""
"(215) 763-5507","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 785-9874","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 273-0235","","","2:18 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 538-7103","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 244-0394","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(646) 393-9222","","","2:18 PM","0:22","3","Live
Answer","Successful","",""
"(773) 268-5051","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-7102","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(929) 265-9321","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 924-5471","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-0651","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 725-2654","","","2:18 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 987-4699","","","2:18 PM","1:02","1","Voice
Mail","Successful","",""
"(412) 471-1180","","","2:18 PM","2:07","1","Voice
Mail","Successful","",""
"(412) 687-1633","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-1856","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 376-2886","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 684-2005","","","2:18 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 752-7718","","","2:18 PM","0:23","1","Voice
Mail","Successful","",""
"(773) 891-0577","","","2:18 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 223-2763","","","2:18 PM","0:27","1","Voice
```

```
Mail","Successful","",""
"(215) 227-3140","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-1123","","","2:18 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 276-3894","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-4261","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0565","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 229-2567","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 229-6689","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9813","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-4817","","","2:18 PM","0:03","1","Live
Answer","Successful","",""
"(216) 681-6343","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-2640","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-9126","","","2:18 PM","0:14","2","Voice
Mail","Successful","",""
"(313) 541-9998","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 595-1114","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 675-5527","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 731-5544","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(212) 869-3706","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-4507","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 249-2650","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 541-3389","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-5743","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-3343","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(248) 525-3198","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 639-6559","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 340-2979","","","2:18 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(313) 365-5749","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-4537","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-8985","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 541-9235","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7709","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-6361","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 977-9145","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 241-6057","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 351-0727","","","2:18 PM","1:09","1","Voice
Mail","Successful","",""
"(412) 621-2148","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-8634","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 363-2381","","","2:18 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 521-3145","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-2354","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-1033","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(872) 244-7437","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 203-0493","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-2539","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 535-0574","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-3766","","","2:18 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 722-6854","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 769-0638","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 681-8193","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5165","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 523-6117","","","2:18 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 255-6063","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-6123","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 273-4509","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-8606","","","2:18 PM","0:14","2","Live
Answer","Successful","",""
"(412) 242-9576","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-4436","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(646) 486-3055","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 285-9883","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(212) 620-5610","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-0761","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-5708","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-8857","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 424-1024","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 535-6271","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 361-9923","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-1910","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 519-9059","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-4022","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 836-1483","","","2:18 PM","0:38","2","Voice
Mail","Successful","",""
"(412) 261-2812","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-5306","","","2:18 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 375-9329","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-8742","","","2:18 PM","0:09","1","Live
Answer","Successful","",""
"(773) 530-7284","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 667-0584","","","2:18 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(773) 667-6645","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-1906","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 228-1164","","","2:18 PM","0:38","1","Voice
Mail","Successful","",
"(215) 232-7172","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9344","","","2:18 PM","0:40","1","Voice
Mail","Successful","",
"(215) 831-8981","","","2:18 PM","0:14","2","Live
Answer","Successful","",""
"(215) 978-5453","","","2:18 PM","0:10","1","Voice
Mail","Successful","",""
"(216) 302-0989","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-7456","","","2:18 PM","1:06","1","Voice
Mail","Successful","",
"(313) 371-3807","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 472-5332","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 527-4157","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-7887","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 533-8309","","","2:18 PM","0:38","1","Voice
Mail","Successful","",
"(313) 766-6159","","","2:18 PM","0:41","1","Voice
Mail","Successful","",
"(773) 643-6036","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 966-3739","","","2:18 PM","1:07","1","Voice
Mail","Successful","",
"(212) 255-4431","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-1727","","","2:18 PM","0:31","1","Voice
Mail","Successful","",
"(215) 331-4919","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-7144","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-6377","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-3119","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-9117","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 938-6094","","","2:18 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(267) 297-8662","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-1587","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-7494","","","2:18 PM","0:42","2","Voice
Mail","Successful","",""
"(313) 835-7433","","","2:18 PM","0:14","1","Live
Answer","Successful","",""
"(646) 863-2623","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 536-0471","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 235-5539","","","2:18 PM","0:27","2","Voice
Mail","Successful","",""
"(215) 455-8289","","","2:18 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-6760","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 742-2064","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 249-3909","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(267) 761-9636","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 472-5557","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 693-9986","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 977-9954","","","2:18 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 271-6551","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 682-0414","","","2:18 PM","1:00","1","Voice
Mail","Successful","",""
"(412) 731-1216","","","2:18 PM","0:23","1","Voice
Mail","Successful","",""
"(773) 493-2173","","","2:18 PM","0:06","1","Live
Answer","Successful","",""
"(773) 521-2539","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-1188","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 927-9499","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 495-0450","","","2:18 PM","0:12","1","Live
Answer","Successful","",""
"(215) 225-1897","","","2:18 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 236-2519","","","2:18 PM","0:31","1","Voice
```

Mail","Successful","",""
"(215) 289-0237","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4552","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-5501","","","2:18 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 338-5602","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-7396","","","2:18 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 425-9018","","","2:18 PM","0:21","1","Live
Answer","Successful","",""
"(215) 624-0573","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3672","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-1933","","","2:18 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 769-9036","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-3044","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-6760","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5820","","","2:18 PM","0:15","1","Live
Answer","Successful","",""
"(313) 532-6187","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(313) 891-6832","","","2:18 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 243-1081","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 277-3106","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(773) 952-4680","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 924-5240","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-5209","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 288-4505","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-3477","","","2:18 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 333-5440","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 456-9451","","","2:18 PM","0:18","1","Live
Answer","Successful","",""
"(215) 634-4387","","","2:18 PM","0:39","1","Voice

```
Mail","Successful","",""
"(216) 249-5651","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9375","","","2:18 PM","0:16","1","Live
Answer","Successful","",""
"(216) 851-1109","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-6237","","","2:18 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 366-9587","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-8019","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-0584","","","2:18 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 271-4277","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 621-7284","","","2:18 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 277-4615","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 684-9875","","","2:18 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 928-0891","","","2:18 PM","0:23","2","Live
Answer","Successful","",""
"(215) 224-6206","","","2:18 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-4047","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 338-1113","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-9680","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-8662","","","2:18 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 613-7460","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 728-1560","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 532-4586","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 241-0480","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 241-2298","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1913","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 254-4804","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-2538","","","2:18 PM","0:15","1","Live
```

Answer","Successful","",""
"(872) 818-5088","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 741-5243","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-6091","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-0973","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-2978","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-1546","","","2:18 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 924-7102","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-9946","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-8441","","","2:18 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 421-7337","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3927","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 835-5067","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(412) 681-3772","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(612) 339-2631","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-5444","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 633-2150","","","2:18 PM","0:02","1","Live
Answer","Successful","",""
"(212) 967-0128","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-2262","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3838","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 831-9687","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 883-2624","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-4596","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-4464","","","2:18 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 592-4535","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-5778","","","2:18 PM","0:40","1","Voice

Mail","Successful","",""
"(412) 243-0206","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 681-6135","","","2:18 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 682-1728","","","2:18 PM","0:24","1","Live
Answer","Successful","",""
"(773) 522-4425","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(212) 643-0272","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-1009","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-2518","","","2:18 PM","0:08","1","Live
Answer","Successful","",""
"(215) 624-1108","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-2960","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-7337","","","2:18 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-5680","","","2:18 PM","0:21","2","Live
Answer","Successful","",""
"(215) 684-1438","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1587","","","2:18 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 742-7986","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-1247","","","2:18 PM","0:05","1","Live
Answer","Successful","",""
"(216) 451-0054","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 541-5340","","","2:18 PM","0:23","2","Live
Answer","Successful","",""
"(216) 681-8862","","","2:18 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-0344","","","2:18 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 463-2706","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-3099","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-5830","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-9477","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(313) 693-4030","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 740-7978","","","2:18 PM","0:53","3","Voice

Mail","Successful","",""
"(313) 891-7662","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 281-1434","","","2:18 PM","0:21","1","Voice
Mail","Successful","",""
"(412) 731-6261","","","2:18 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 288-7366","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-0628","","","2:18 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 333-3645","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5047","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-2974","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-6566","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-2794","","","2:18 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-5733","","","2:18 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 881-7352","","","2:18 PM","0:23","2","Live
Answer","Successful","",""
"(313) 217-0404","","","2:18 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 397-6156","","","2:18 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 532-7773","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 731-7474","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7535","","","2:18 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-0603","","","2:18 PM","0:08","1","Live
Answer","Successful","",""
"(773) 236-8073","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 321-9749","","","2:18 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 731-9606","","","2:18 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-5872","","","2:18 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 224-2182","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-0956","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 456-1111","","","2:19 PM","0:23","1","Live

Answer","Successful","",""
"(216) 431-5823","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-0657","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 851-4984","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 519-0896","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 366-0248","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-5859","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-4277","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 562-1445","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(630) 835-5953","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 243-8569","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 812-5234","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(212) 233-3070","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-9614","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3211","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-3137","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(215) 332-4130","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-6761","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 424-2112","","","2:19 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 533-4446","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-8676","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-9539","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 472-5844","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-2008","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 651-9818","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-2970","","","2:19 PM","0:33","1","Voice

Mail","Successful","",""
"(773) 684-0097","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 952-4196","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(872) 465-3722","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 643-6393","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(212) 706-9788","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 291-0126","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 543-1169","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 673-0680","","","2:19 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 725-3583","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 763-0316","","","2:19 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 658-7676","","","2:19 PM","0:23","2","Live
Answer","Successful","",""
"(216) 681-3230","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 297-7685","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 519-3528","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 326-6385","","","2:19 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 534-3166","","","2:19 PM","0:06","1","Live
Answer","Successful","",""
"(313) 892-9022","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-9817","","","2:19 PM","0:43","1","Voice
Mail","Successful","",""
"(630) 447-8786","","","2:19 PM","1:11","1","Voice
Mail","Successful","",""
"(773) 721-1442","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 243-6910","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-0971","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 253-5530","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-1083","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1349","","","2:19 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 457-3415","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5294","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 745-2472","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 381-9114","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 471-8194","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 795-5153","","","2:19 PM","0:16","1","Live
Answer","Successful","",""
"(313) 387-7441","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2120","","","2:19 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 893-3622","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(412) 243-2725","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 454-5541","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(212) 802-7670","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-5946","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-6361","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-2893","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 613-7450","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-5403","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-3819","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4765","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-6339","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 335-4427","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 687-8710","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 531-2498","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 534-1102","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7993","","","2:19 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(313) 838-2876","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-4545","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 391-2489","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 277-8217","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 734-0582","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 847-3375","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-8275","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 221-5299","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-0352","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-4189","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-5394","","","2:19 PM","0:19","1","Live
Answer","Successful","",""
"(215) 236-1931","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1056","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 425-1599","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-0805","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 763-3213","","","2:19 PM","0:04","1","Live
Answer","Successful","",""
"(215) 763-4649","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 331-4120","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 451-8092","","","2:19 PM","0:34","2","Voice
Mail","Successful","",""
"(216) 721-3415","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-6890","","","2:19 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 366-7512","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 533-1782","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-6661","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-1853","","","2:19 PM","0:22","1","Live

Answer","Successful","",""
"(412) 371-3316","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(571) 970-2083","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 643-1505","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-9938","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 731-3796","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 244-7533","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5579","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 206-1858","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 967-1360","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-4649","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 333-3513","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 423-0633","","","2:19 PM","0:22","3","Live
Answer","Successful","",""
"(215) 739-3622","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 787-2954","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 860-0738","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-8086","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7821","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-2630","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-6775","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-8538","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 871-3351","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(612) 338-1378","","","2:19 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 288-1885","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-5370","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-6072","","","2:19 PM","0:31","1","Voice

Mail","Successful","",""
"(215) 227-1539","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-6238","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-8959","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-0164","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-8782","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-4835","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-6296","","","2:19 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 634-1211","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 745-2072","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-6759","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 381-5480","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-2245","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2606","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 862-2203","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-7107","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 835-3931","","","2:19 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 891-6240","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 871-3519","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 268-2234","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 742-9692","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-2798","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-7079","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 288-1630","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(215) 338-9246","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 457-3148","","","2:19 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 728-0864","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 821-2141","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 417-8436","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 692-0515","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 387-0215","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-8103","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-9158","","","2:19 PM","0:02","1","Live
Answer","Successful","",""
"(313) 533-0323","","","2:19 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 740-7208","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-6124","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-1526","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(412) 201-3241","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(412) 586-7711","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 221-9319","","","2:19 PM","0:07","1","Live
Answer","Successful","",""
"(773) 324-8259","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-3648","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 235-8019","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-8210","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1309","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-6080","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-5521","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-3829","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-4328","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 288-2201","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 475-6054","","","2:19 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(872) 444-5335","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 633-9813","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 221-6379","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-6239","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-1010","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 235-0608","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 276-0685","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-1602","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-1508","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2923","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-8215","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(216) 421-8748","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-7787","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-4598","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-5076","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 639-2751","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-3639","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-6649","","","2:19 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 534-3984","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-8995","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(484) 889-6730","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 451-8671","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(212) 695-7986","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-0026","","","2:19 PM","0:21","1","Voice
Mail","Successful","",""
"(215) 978-5284","","","2:19 PM","0:35","1","Voice
```

Mail","Successful","",""
"(216) 938-5997","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 335-2718","","","2:19 PM","0:19","1","Live
Answer","Successful","",""
"(313) 255-0302","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 368-3037","","","2:19 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 493-9746","","","2:19 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 532-7184","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 835-8271","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-8520","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 687-9290","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 527-3530","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1603","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 522-0239","","","2:19 PM","0:23","3","Live
Answer","Successful","",""
"(773) 633-2668","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 643-7571","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(773) 721-3881","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 459-9290","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-2521","","","2:19 PM","0:06","1","Live
Answer","Successful","",""
"(215) 236-2203","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(215) 324-2561","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-8965","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-2437","","","2:19 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 538-7902","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-7280","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 992-6765","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 563-1190","","","2:19 PM","0:22","1","Live

Answer","Successful","",""
"(216) 761-8316","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-4915","","","2:19 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 521-8285","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 780-7199","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 695-4245","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-9063","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-3507","","","2:19 PM","0:50","1","Voice
Mail","Successful","",""
"(267) 331-9028","","","2:19 PM","0:21","1","Live
Answer","Successful","",""
"(313) 532-7650","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-7361","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-7407","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-1908","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-1881","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-1718","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 728-1715","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 739-5476","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 765-0116","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 231-4893","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 271-7704","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(216) 451-9150","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 471-8689","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 816-2060","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(267) 773-7862","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 861-0747","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-1165","","","2:19 PM","0:22","1","Live

```
Answer","Successful","",""
"(313) 533-8037","","","2:19 PM","1:00","1","Voice
Mail","Successful","",""
"(313) 740-7129","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 528-4648","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 952-4503","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(212) 267-1357","","","2:19 PM","0:04","1","Live
Answer","Successful","",""
"(215) 221-9130","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-3783","","","2:19 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 329-1573","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-4529","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 333-2024","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-2774","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 549-2142","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-7824","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 324-3837","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 368-4169","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 646-9950","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-0646","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 391-5270","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 586-7142","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 542-9409","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(773) 731-3634","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(917) 639-3222","","","2:19 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 947-0101","","","2:19 PM","2:05","1","Voice
Mail","Successful","",""
"(215) 224-1298","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6033","","","2:19 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(215) 324-5180","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 332-3239","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 549-2346","","","2:19 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 742-3695","","","2:19 PM","0:32","2","Voice
Mail","Successful","",""
"(215) 744-9152","","","2:19 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 978-6351","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-4946","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 321-9322","","","2:19 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 429-2001","","","2:19 PM","0:20","1","Live
Answer","Successful","",""
"(216) 721-3861","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-4185","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(267) 639-9540","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 731-7582","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7097","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 224-2667","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-2809","","","2:19 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 236-7430","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-5442","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-4872","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 613-5711","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 613-6297","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-9246","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-8531","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 271-6246","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 459-7720","","","2:19 PM","0:22","1","Live
```

Answer","Successful","",""
"(216) 721-6977","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-1741","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-8953","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-3379","","","2:19 PM","0:10","1","Live
Answer","Successful","",""
"(412) 247-4174","","","2:19 PM","0:53","1","Voice
Mail","Successful","",""
"(773) 359-4461","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-0255","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 643-1572","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-4842","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(212) 675-8650","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 227-7498","","","2:19 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 425-5037","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-3252","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 791-4954","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 851-5086","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 297-6599","","","2:19 PM","0:10","1","Live
Answer","Successful","",""
"(267) 331-9695","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(313) 531-3451","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 534-8786","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 535-9163","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 733-8357","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 241-3034","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 351-1698","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-5213","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-5999","","","2:19 PM","0:27","1","Voice

Mail","Successful","",""
"(773) 565-4130","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 234-6680","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-6139","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9452","","","2:19 PM","0:14","1","Live
Answer","Successful","",""
"(215) 329-8309","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 332-6274","","","2:19 PM","0:13","1","Live
Answer","Successful","",""
"(215) 455-4989","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(215) 634-1916","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-3781","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-0449","","","2:19 PM","0:08","1","Live
Answer","Successful","",""
"(216) 541-4114","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2283","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3780","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 522-2070","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(872) 465-3266","","","2:19 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 229-8236","","","2:19 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 324-1820","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-0430","","","2:19 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 763-3924","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-6386","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 486-9460","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(224) 415-4256","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 343-4449","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-9474","","","2:19 PM","0:21","1","Live
Answer","Successful","",""
"(313) 368-3828","","","2:19 PM","0:40","1","Voice

Mail","Successful","",""
"(313) 771-2043","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 241-7666","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 247-5282","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 527-2193","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 684-7790","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 684-9339","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1992","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 229-1782","","","2:19 PM","0:23","3","Live
Answer","Successful","",""
"(215) 324-1636","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-3069","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6060","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-5823","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(267) 331-5228","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-6876","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(313) 366-7971","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-8445","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-9255","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 826-1481","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 643-8004","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 842-4907","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-8421","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-9322","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-5796","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 613-6171","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-7834","","","2:19 PM","0:44","1","Voice

```
Mail","Successful","",""
"(215) 763-9538","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-4949","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-8969","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2819","","","2:19 PM","0:22","3","Live
Answer","Successful","",""
"(216) 476-0125","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-7954","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 365-8477","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-6354","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-4586","","","2:19 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 891-1131","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 893-4866","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 277-2271","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 924-4777","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 952-7995","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5634","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1709","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-4608","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 225-2936","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-3953","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-1585","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 426-6570","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 624-5018","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 744-1480","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(248) 956-1930","","","2:19 PM","0:08","1","Live
Answer","Successful","",""
"(267) 909-8853","","","2:19 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(412) 281-1582","","","2:19 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 291-8950","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 363-3880","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(872) 244-3290","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(212) 795-3930","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 276-8235","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 331-4139","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-0351","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-1384","","","2:19 PM","0:08","1","Live
Answer","Successful","",""
"(215) 425-3706","","","2:19 PM","0:23","2","Live
Answer","Successful","",""
"(215) 978-7638","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0865","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-3508","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-1371","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 270-7545","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 368-5949","","","2:19 PM","0:11","1","Live
Answer","Successful","",""
"(703) 312-7378","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 475-7518","","","2:19 PM","0:11","1","Voice
Mail","Successful","",""
"(773) 522-1028","","","2:19 PM","0:16","1","Live
Answer","Successful","",""
"(773) 657-5664","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 818-5183","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 608-7310","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-0612","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-3819","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 291-2842","","","2:19 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 455-5014","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-5684","","","2:19 PM","1:29","1","Voice
Mail","Successful","",""
"(216) 249-2887","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 334-3025","","","2:19 PM","1:32","1","Voice
Mail","Successful","",""
"(313) 369-9162","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 372-1489","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-5496","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 740-7222","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 371-9176","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 727-6818","","","2:19 PM","0:11","1","Live
Answer","Successful","",""
"(773) 442-2369","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 493-0753","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 522-2390","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4547","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(872) 240-9893","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 736-2672","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-0565","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-2113","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 232-3072","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 739-3935","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 321-7902","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-9659","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 886-8501","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-2318","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-6316","","","2:19 PM","0:34","1","Voice

Mail","Successful","",""
"(313) 535-3894","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 766-5079","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 766-5850","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 251-5045","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 687-4570","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-8668","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-3094","","","2:19 PM","0:15","2","Live
Answer","Successful","",""
"(773) 624-8107","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 768-6990","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-2576","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-6479","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-1903","","","2:19 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 338-3692","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 425-2719","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-3544","","","2:19 PM","0:11","1","Live
Answer","Successful","",""
"(215) 624-7264","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-5964","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-5306","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(215) 745-4190","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-0618","","","2:19 PM","0:14","1","Live
Answer","Successful","",""
"(216) 391-3234","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-4468","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-0839","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(248) 678-1730","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 362-1355","","","2:19 PM","0:00","3","No

Answer","Unsuccessful","",""
"(313) 366-7026","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-1288","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-8690","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 835-9873","","","2:19 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 892-0958","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 277-2075","","","2:19 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 288-6193","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 548-1666","","","2:19 PM","0:19","1","Live
Answer","Successful","",""
"(773) 762-2764","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(872) 244-3766","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 225-0523","","","2:19 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 225-4998","","","2:19 PM","0:38","2","Voice
Mail","Successful","",""
"(215) 324-1584","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-1092","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3734","","","2:19 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 924-5379","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-3740","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(313) 838-7856","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-5099","","","2:19 PM","0:16","1","Live
Answer","Successful","",""
"(412) 271-1609","","","2:19 PM","0:07","1","Live
Answer","Successful","",""
"(412) 371-4386","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 391-1096","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 559-1602","","","2:19 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 223-3080","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 224-6448","","","2:19 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 225-4519","","","2:19 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 229-2289","","","2:19 PM","1:08","2","Voice
Mail","Successful","",""
"(215) 229-2727","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1965","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 236-2680","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-8590","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 288-4649","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-0742","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-2782","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 924-2193","","","2:19 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 268-5304","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 359-3889","","","2:19 PM","0:03","1","Live
Answer","Successful","",""
"(216) 441-7632","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-2772","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 774-5500","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2059","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0640","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 966-4056","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 225-1504","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-5829","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(215) 338-6076","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-6982","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 787-0343","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 904-6478","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 383-9503","","","2:19 PM","0:23","1","Live

Answer","Successful","",""
"(216) 431-0655","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 481-3073","","","2:19 PM","0:03","1","Live
Answer","Successful","",""
"(216) 541-3136","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 795-5646","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 991-4777","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-8448","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-8688","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5200","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 486-4908","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 221-9612","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 236-2517","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-9139","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 329-7561","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-4214","","","2:19 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 695-0638","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 381-7438","","","2:19 PM","0:07","1","Live
Answer","Successful","",""
"(216) 707-7678","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 273-1268","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-6478","","","2:19 PM","0:23","3","Live
Answer","Successful","",""
"(313) 826-7079","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 241-6929","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 312-1361","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-4227","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 565-4965","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 667-5263","","","2:19 PM","1:07","1","Voice

Mail","Successful","",""
"(773) 762-2518","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-4349","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-5512","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-5367","","","2:19 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 224-8634","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 268-6076","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-1054","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-0496","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-2577","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-6914","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-8763","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2898","","","2:19 PM","1:15","1","Voice
Mail","Successful","",""
"(215) 763-9286","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0172","","","2:19 PM","1:32","1","Voice
Mail","Successful","",""
"(216) 451-5203","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-1157","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-0560","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-5444","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(267) 804-7113","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 861-0186","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(313) 255-5935","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-3238","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-6030","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 643-8394","","","2:19 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 225-2857","","","2:19 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 228-3631","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1907","","","2:19 PM","0:21","1","Live
Answer","Successful","",""
"(216) 415-5856","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 721-0875","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-0025","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(267) 319-1738","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-1454","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 687-4526","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-5433","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-1256","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 278-2690","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-4890","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-6154","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 424-8530","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-7736","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3129","","","2:19 PM","0:20","1","Live
Answer","Successful","",""
"(216) 505-5228","","","2:19 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 541-3209","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 785-9194","","","2:19 PM","0:48","1","Voice
Mail","Successful","",""
"(267) 343-3353","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-9510","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-7014","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 733-8553","","","2:19 PM","0:19","1","Voice
Mail","Successful","",""
"(412) 562-1594","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 562-3894","","","2:19 PM","0:15","1","Voice
```

Mail","Successful","",""
"(646) 398-9005","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-0160","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-3619","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(872) 444-5338","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 933-4019","","","2:19 PM","0:14","2","Live
Answer","Successful","",""
"(215) 228-3727","","","2:19 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 329-1703","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-3533","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4358","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 273-6077","","","2:19 PM","0:19","1","Live
Answer","Successful","",""
"(313) 412-2254","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-4747","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 731-7241","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 826-1133","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 557-7228","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 228-0246","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 276-9496","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-6649","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 427-6097","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-4059","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-0236","","","2:19 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 763-2135","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-7806","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 417-0410","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-1139","","","2:19 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 535-0905","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-7450","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-1194","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-9787","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 221-1520","","","2:19 PM","0:08","1","Live
Answer","Successful","",""
"(773) 712-9422","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-8331","","","2:19 PM","0:22","3","Live
Answer","Successful","",""
"(215) 728-1136","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 255-9711","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 472-5649","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7022","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7592","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 892-7336","","","2:19 PM","0:12","1","Live
Answer","Successful","",""
"(313) 893-6029","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-1175","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 374-2891","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-0003","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-0385","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2448","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 221-6571","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3906","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 454-6097","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-7726","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-1142","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-2234","","","2:19 PM","0:36","1","Voice
```

Mail","Successful","",""
"(216) 761-2308","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-6606","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-6303","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 794-0369","","","2:19 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 682-4635","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-2808","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 696-2569","","","2:19 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 203-8091","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-8694","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 238-6516","","","2:19 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 338-4166","","","2:19 PM","0:15","1","Live
Answer","Successful","",""
"(215) 425-4072","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 923-1224","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-0229","","","2:19 PM","0:21","1","Live
Answer","Successful","",""
"(216) 795-1945","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-8638","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3620","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 926-6264","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(412) 241-4782","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 731-3392","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 871-0131","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 565-4572","","","2:19 PM","0:06","1","Live
Answer","Successful","",""
"(773) 855-2309","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2807","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-0937","","","2:19 PM","0:20","1","Voice

```
Mail","Successful","",""
"(216) 851-3883","","","2:19 PM","0:12","1","Live
Answer","Successful","",""
"(313) 372-5739","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-8483","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8678","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 838-7345","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-6639","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 271-1951","","","2:19 PM","0:10","1","Live
Answer","Successful","",""
"(412) 271-4029","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 471-3480","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 727-7730","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 374-7840","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-1396","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(212) 795-4780","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-0319","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 288-1274","","","2:19 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 291-5857","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 456-9313","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-6978","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-0055","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 268-1342","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 439-4787","","","2:19 PM","1:12","1","Voice
Mail","Successful","",""
"(267) 519-3238","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 366-3521","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-4983","","","2:19 PM","0:47","1","Voice
Mail","Successful","",""
"(646) 370-3073","","","2:19 PM","0:18","1","Voice
```

Mail","Successful","",""
"(646) 449-9172","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(734) 275-0953","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 499-1336","","","2:19 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 847-6516","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7712","","","2:19 PM","0:04","1","Live
Answer","Successful","",""
"(212) 799-1054","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(212) 982-4815","","","2:19 PM","0:24","1","Live
Answer","Successful","",""
"(215) 223-7113","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 235-8228","","","2:19 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 763-4979","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 763-7658","","","2:19 PM","0:36","2","Voice
Mail","Successful","",""
"(216) 391-3392","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-2978","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 372-2268","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-3055","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-8720","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 592-1003","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 592-8403","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-0458","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-1358","","","2:19 PM","0:12","1","Live
Answer","Successful","",""
"(412) 271-5334","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-6926","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 681-1130","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 221-5217","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 226-0551","","","2:19 PM","0:29","1","Voice

```
Mail","Successful","",""
"(215) 232-6396","","","2:19 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 324-1792","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 537-5828","","","2:19 PM","0:03","1","Live
Answer","Successful","",""
"(215) 624-5754","","","2:19 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 725-6342","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 765-2120","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-8154","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 789-9894","","","2:19 PM","0:13","1","Live
Answer","Successful","",""
"(412) 244-5325","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 471-1311","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 257-0082","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 734-3830","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(773) 752-7084","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 891-2827","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-7045","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 741-8757","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 227-4620","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0538","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3262","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3102","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 423-0733","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 423-2054","","","2:19 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-4580","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-5763","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-9588","","","2:19 PM","1:14","1","Voice
```

```
Mail","Successful","",""
"(215) 613-8729","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 481-7035","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 481-9377","","","2:19 PM","0:29","2","Voice
Mail","Successful","",""
"(313) 532-5958","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 537-5237","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-1958","","","2:19 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 891-8806","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-1528","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 522-5348","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-9532","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 924-1306","","","2:19 PM","1:02","1","Voice
Mail","Successful","",""
"(773) 966-5695","","","2:19 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 228-6721","","","2:19 PM","0:23","2","Live
Answer","Successful","",""
"(215) 426-6341","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 455-0381","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 537-9170","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-1843","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(312) 605-0377","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-0727","","","2:19 PM","0:17","1","Live
Answer","Successful","",""
"(313) 731-7032","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 736-3381","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 243-8724","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 527-0863","","","2:19 PM","0:11","1","Live
Answer","Successful","",""
"(773) 363-7812","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 375-9117","","","2:19 PM","0:07","1","Voice
```

Mail","Successful","",""
"(215) 223-2161","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 291-9293","","","2:19 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 324-1395","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 904-5684","","","2:19 PM","0:02","1","Live
Answer","Successful","",""
"(215) 941-1064","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-5504","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 752-3266","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 533-4454","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-4066","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 578-9868","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(612) 288-0120","","","2:19 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 721-8840","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-6660","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(872) 666-5247","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-1712","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(215) 225-3538","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 225-6545","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2055","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 324-3945","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-5588","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 426-5341","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-3395","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-7180","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-0634","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(267) 337-8295","","","2:19 PM","0:30","1","Voice

```
Mail","Successful","",""
"(312) 328-9498","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-1742","","","2:19 PM","0:17","2","Live
Answer","Successful","",""
"(313) 533-9047","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 533-9865","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 794-3410","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 241-7454","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 355-7980","","","2:19 PM","1:48","1","Voice
Mail","Successful","",""
"(773) 277-4706","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(773) 373-3881","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 548-9526","","","2:19 PM","0:02","1","Live
Answer","Successful","",""
"(872) 244-3072","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 349-7674","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-9348","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 235-5059","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 927-3427","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 977-9885","","","2:19 PM","0:05","1","Live
Answer","Successful","",""
"(412) 351-6503","","","2:19 PM","0:16","1","Live
Answer","Successful","",""
"(773) 522-5197","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 522-8239","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 229-1763","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-3653","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 535-0076","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-3341","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-3689","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 731-6414","","","2:19 PM","1:33","1","Voice
```

Mail","Successful","",""
"(313) 740-7023","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 892-6357","","","2:19 PM","0:16","1","Live
Answer","Successful","",""
"(215) 228-1149","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-6365","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 533-3703","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 743-2363","","","2:19 PM","0:11","1","Live
Answer","Successful","",""
"(216) 451-0729","","","2:19 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 451-6854","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 561-1116","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4852","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 862-3300","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-8424","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3968","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 766-5449","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-9102","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(703) 237-1316","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 893-6434","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 268-3011","","","2:19 PM","0:02","2","Live
Answer","Successful","",""
"(773) 966-4868","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 818-5518","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(212) 222-3815","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-3617","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 777-6326","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 227-0316","","","2:19 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 291-1808","","","2:19 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 291-4997","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-6847","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-1538","","","2:19 PM","0:25","1","Live
Answer","Successful","",""
"(215) 455-2064","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 533-6794","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-3777","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-1862","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 533-3427","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(313) 537-3926","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 592-1475","","","2:19 PM","0:37","1","Voice
Mail","Successful","",""
"(646) 410-0535","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 522-2061","","","2:19 PM","0:11","1","Live
Answer","Successful","",""
"(917) 962-9412","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(212) 477-5061","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-9065","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1419","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-0933","","","2:19 PM","0:14","1","Live
Answer","Successful","",""
"(215) 549-8667","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-0707","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 761-9645","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-8170","","","2:19 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 766-7066","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 837-9226","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-5104","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-0492","","","2:19 PM","0:38","1","Voice
```

Mail","Successful","",""
"(872) 818-7106","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 203-0795","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(215) 535-4191","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-3072","","","2:19 PM","0:08","1","Live
Answer","Successful","",""
"(267) 318-7430","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 324-5287","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-0442","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-7063","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-1018","","","2:19 PM","0:46","1","Voice
Mail","Successful","",""
"(347) 537-3066","","","2:19 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 522-9603","","","2:19 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 355-6319","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-5770","","","2:19 PM","0:05","2","Live
Answer","Successful","",""
"(212) 594-2783","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(212) 643-2876","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 226-2197","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1274","","","2:19 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 708-7372","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-8672","","","2:19 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 831-9769","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 927-2528","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-5388","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(216) 371-3864","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-6173","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-4747","","","2:19 PM","1:06","1","Voice

Mail","Successful","",""
"(313) 766-7951","","","2:19 PM","0:01","1","Live
Answer","Successful","",""
"(313) 892-1898","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-3510","","","2:19 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 955-5792","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 228-0228","","","2:19 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-9514","","","2:19 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 235-3582","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 535-2448","","","2:19 PM","0:07","1","Live
Answer","Successful","",""
"(215) 634-1665","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-5023","","","2:19 PM","0:23","2","Live
Answer","Successful","",""
"(216) 451-5466","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(216) 481-4093","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 531-4967","","","2:19 PM","0:43","1","Voice
Mail","Successful","",""
"(267) 455-0731","","","2:19 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 643-8138","","","2:19 PM","0:12","1","Voice
Mail","Successful","",""
"(872) 244-7280","","","2:19 PM","0:18","1","Live
Answer","Successful","",""
"(215) 333-7679","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-4561","","","2:19 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-9006","","","2:19 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 765-1591","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-6770","","","2:19 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 721-3935","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(312) 756-9365","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-8747","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 731-7183","","","2:19 PM","0:36","1","Voice

Mail","Successful","",""
"(412) 247-5513","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(412) 471-2433","","","2:19 PM","0:23","2","Live
Answer","Successful","",""
"(412) 731-2462","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-2286","","","2:19 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 924-0243","","","2:19 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 244-7814","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 706-1334","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 203-8199","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3138","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-0371","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-1783","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-2426","","","2:19 PM","0:12","1","Live
Answer","Successful","",""
"(215) 332-3911","","","2:19 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 425-4630","","","2:19 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-8908","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-0106","","","2:19 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 739-5299","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 924-2460","","","2:19 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-5424","","","2:19 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 361-3537","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1062","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-0530","","","2:19 PM","0:22","2","Live
Answer","Successful","",""
"(216) 791-7237","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(267) 297-8342","","","2:19 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 514-2022","","","2:19 PM","1:07","1","Voice

```
Mail","Successful","",""
"(313) 255-6559","","","2:19 PM","0:22","1","Live
Answer","Successful","",""
"(313) 273-0089","","","2:19 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 493-1650","","","2:19 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-4660","","","2:19 PM","0:23","1","Live
Answer","Successful","",""
"(313) 543-9117","","","2:19 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-2287","","","2:19 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 352-8525","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-8828","","","2:20 PM","1:23","1","Voice
Mail","Successful","",""
"(215) 232-0346","","","2:20 PM","0:18","1","Live
Answer","Successful","",""
"(215) 289-0853","","","2:20 PM","0:15","1","Live
Answer","Successful","",""
"(215) 331-4605","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 332-8495","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-8565","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-1316","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 424-0327","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-5926","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(267) 319-1670","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-1553","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 900-2663","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5284","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 363-3540","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 352-1392","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 744-0530","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 926-3564","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-6866","","","2:20 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(215) 288-7067","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-0195","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-9647","","","2:20 PM","0:10","1","Live
Answer","Successful","",""
"(215) 725-1428","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-3059","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-1963","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-8416","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 731-6168","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(312) 734-9240","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-5286","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 527-6814","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-5872","","","2:20 PM","0:16","1","Live
Answer","Successful","",""
"(313) 533-3891","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 891-3060","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(703) 243-0217","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 437-5370","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-4554","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7441","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 465-3862","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(212) 243-7832","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-8996","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 236-2058","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-2420","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(215) 271-4170","","","2:20 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 423-1808","","","2:20 PM","0:17","1","Voice
```

Mail","Successful","",""
"(215) 634-7058","","","2:20 PM","0:23","3","Live
Answer","Successful","",""
"(215) 763-4946","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-9933","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 538-9413","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-3702","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(703) 469-1808","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 373-6924","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 538-8160","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 924-7887","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2160","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-8664","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-1688","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-3030","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-5382","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 426-0609","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 639-6140","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 270-2054","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 534-1930","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7844","","","2:20 PM","0:25","1","Voice
Mail","Successful","",""
"(703) 684-3308","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 221-1570","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 731-6431","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 675-0523","","","2:20 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 221-5097","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-3214","","","2:20 PM","0:31","1","Voice

Mail","Successful","",""
"(215) 457-1060","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0475","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 978-6863","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1887","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-1623","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 335-2212","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 272-5446","","","2:20 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 693-4425","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 521-1061","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-0761","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-0414","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 491-3575","","","2:20 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 225-0691","","","2:20 PM","0:22","2","Live
Answer","Successful","",""
"(215) 291-1848","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5946","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-2089","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-2777","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-4741","","","2:20 PM","1:33","2","Voice
Mail","Successful","",""
"(216) 229-7857","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 851-6692","","","2:20 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 366-4393","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-3962","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 534-8814","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-7404","","","2:20 PM","0:04","3","Live
Answer","Successful","",""
"(313) 838-1325","","","2:20 PM","0:40","1","Voice

Mail","Successful","",""
"(412) 241-1891","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 244-0421","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 621-2572","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(646) 935-1885","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4718","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 667-4712","","","2:20 PM","0:36","2","Voice
Mail","Successful","",""
"(215) 229-0170","","","2:20 PM","1:05","1","Voice
Mail","Successful","",""
"(215) 423-1904","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-0829","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-2608","","","2:20 PM","0:17","2","Live
Answer","Successful","",""
"(216) 303-9901","","","2:20 PM","0:08","1","Live
Answer","Successful","",""
"(216) 860-4878","","","2:20 PM","0:20","1","Live
Answer","Successful","",""
"(267) 519-9711","","","2:20 PM","0:24","1","Voice
Mail","Successful","",""
"(312) 764-1152","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(313) 273-7226","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 334-5913","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-0701","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-6226","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 285-9485","","","2:20 PM","0:50","1","Voice
Mail","Successful","",""
"(773) 542-0743","","","2:20 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 542-0889","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-0123","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-5914","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 465-0908","","","2:20 PM","0:22","3","Live
Answer","Successful","",""
"(212) 856-9018","","","2:20 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 229-1084","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 424-9219","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-4277","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-8647","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 743-4002","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 295-1330","","","2:20 PM","0:12","2","Live
Answer","Successful","",""
"(267) 731-6408","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 526-2074","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-8382","","","2:20 PM","0:02","1","Live
Answer","Successful","",""
"(313) 535-0843","","","2:20 PM","0:23","2","Live
Answer","Successful","",""
"(313) 538-4542","","","2:20 PM","0:13","1","Live
Answer","Successful","",""
"(313) 891-8852","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 241-3456","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 731-3611","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 522-0857","","","2:20 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 768-4007","","","2:20 PM","1:07","2","Voice
Mail","Successful","",""
"(215) 225-6735","","","2:20 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 338-4205","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-3817","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-7648","","","2:20 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 927-1042","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 927-8026","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 541-8302","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-6880","","","2:20 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 534-6605","","","2:20 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(313) 537-8330","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7816","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-6651","","","2:20 PM","0:19","1","Live
Answer","Successful","",""
"(313) 892-7427","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 892-7968","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-3412","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(646) 861-1832","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 812-4647","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 565-4709","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 444-5390","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-8631","","","2:20 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 236-2611","","","2:20 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 634-0995","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3028","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 763-4940","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 904-5245","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 229-0426","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-2877","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-9242","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-4569","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-7619","","","2:20 PM","0:05","1","Live
Answer","Successful","",""
"(412) 241-2457","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 605-0272","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 687-3826","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-4894","","","2:20 PM","0:51","1","Voice
```

Mail","Successful","",""
"(773) 359-2073","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-1961","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 667-2880","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 947-9326","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(917) 966-8438","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 278-7795","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-1054","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-3929","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2084","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-7284","","","2:20 PM","0:23","3","Live
Answer","Successful","",""
"(216) 268-3663","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-6021","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 331-6237","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8546","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 538-4941","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 826-1264","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-4378","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(646) 870-9498","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-4597","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 566-1480","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-9925","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1432","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 426-0485","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 426-4838","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 533-9867","","","2:20 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 537-5230","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 541-5692","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 773-8029","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 534-9063","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 893-4959","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(412) 371-0166","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 642-4281","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(718) 494-1880","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-0395","","","2:20 PM","0:08","1","Live
Answer","Successful","",""
"(773) 762-4927","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 244-3521","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 267-0343","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 929-3069","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-6539","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-0285","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 427-0196","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 535-2632","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 634-0707","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 363-6168","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(773) 924-4606","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 627-4905","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 645-2863","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-3959","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-5830","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-2869","","","2:20 PM","0:15","1","Voice
```

Mail","Successful","",""
"(215) 978-4306","","","2:20 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 268-1142","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 721-1340","","","2:20 PM","0:36","2","Voice
Mail","Successful","",""
"(267) 297-7204","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 639-3945","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 639-4481","","","2:20 PM","0:19","1","Live
Answer","Successful","",""
"(313) 255-2728","","","2:20 PM","0:24","1","Live
Answer","Successful","",""
"(313) 534-9281","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3107","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 241-6232","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-4877","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 527-5295","","","2:20 PM","1:15","1","Voice
Mail","Successful","",""
"(773) 277-8446","","","2:20 PM","0:56","1","Voice
Mail","Successful","",""
"(773) 285-4749","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-5875","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 924-2764","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5134","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-0238","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-5443","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 451-1553","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-4643","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 397-3627","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-5840","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 537-7406","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 659-9788","","","2:20 PM","0:05","1","Live

```
Answer","Successful","",""
"(412) 244-9506","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 351-3335","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-4415","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 538-7626","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 542-5019","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 762-3781","","","2:20 PM","0:58","1","Voice
Mail","Successful","",""
"(773) 762-8707","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9377","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-3469","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-6868","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-5861","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(216) 681-8633","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 292-4516","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 687-4946","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-5759","","","2:20 PM","0:04","1","Live
Answer","Successful","",""
"(313) 892-3917","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-3629","","","2:20 PM","0:31","2","Voice
Mail","Successful","",""
"(412) 636-9068","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 600-5575","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 226-5889","","","2:20 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 426-5012","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 455-4169","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-3471","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-1175","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-2823","","","2:20 PM","0:24","1","Live
```

Answer","Successful","",""
"(216) 761-8984","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-5269","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 838-6308","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-7088","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 723-1004","","","2:20 PM","0:56","1","Voice
Mail","Successful","",""
"(773) 373-8002","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-8922","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 529-4155","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 594-2921","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0566","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 279-7167","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-4619","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 457-1791","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-7017","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 546-2105","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-3292","","","2:20 PM","0:12","1","Live
Answer","Successful","",""
"(215) 927-0993","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 751-7510","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0899","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1009","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 851-7274","","","2:20 PM","0:13","1","Live
Answer","Successful","",""
"(313) 766-6786","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-1383","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-4876","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-3147","","","2:20 PM","0:11","3","Live

Answer","Successful","",""
"(215) 289-5033","","","2:20 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 424-8297","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 383-1957","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4316","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 791-2198","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-0987","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-0204","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 727-1762","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 802-6771","","","2:20 PM","0:47","1","Voice
Mail","Successful","",""
"(646) 559-0067","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 528-1623","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 285-3321","","","2:20 PM","0:02","1","Live
Answer","Successful","",""
"(773) 762-6795","","","2:20 PM","0:12","1","Live
Answer","Successful","",""
"(212) 988-2542","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 989-4949","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 223-4451","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-8163","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1080","","","2:20 PM","0:23","1","Voice
Mail","Successful","",""
"(215) 235-1670","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-1008","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 424-0421","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5548","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1413","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 722-0359","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-0605","","","2:20 PM","0:00","3","No

Answer","Unsuccessful","",""
"(216) 417-2460","","","2:20 PM","0:14","2","Live
Answer","Successful","",""
"(216) 451-0850","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-1148","","","2:20 PM","0:58","1","Voice
Mail","Successful","",""
"(216) 681-3393","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1224","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-0657","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-9486","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 893-4352","","","2:20 PM","0:53","1","Voice
Mail","Successful","",""
"(412) 242-2206","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-4368","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 527-5050","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 254-2311","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-8453","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 521-3122","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-6546","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 530-0889","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 690-7061","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 731-9363","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 885-8729","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5463","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-8672","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-4044","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 423-4195","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-0936","","","2:20 PM","0:16","1","Live
Answer","Successful","",""
"(216) 761-2502","","","2:20 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 851-2878","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-1383","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 538-2858","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-0217","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 893-9414","","","2:20 PM","0:11","1","Live
Answer","Successful","",""
"(773) 268-3647","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 285-5651","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-0170","","","2:20 PM","0:19","2","Live
Answer","Successful","",""
"(215) 427-2229","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 431-6252","","","2:20 PM","0:05","1","Live
Answer","Successful","",""
"(216) 681-4339","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(313) 368-5316","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 532-5909","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-4207","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(646) 922-8026","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 374-0749","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-4989","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 947-0140","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-5574","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1973","","","2:20 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 227-3713","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-2663","","","2:20 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 232-0526","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-0512","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 425-8278","","","2:20 PM","0:14","1","Live
```

```
Answer","Successful","",""
"(216) 451-2914","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-3072","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 791-5859","","","2:20 PM","0:13","1","Voice
Mail","Successful","",""
"(267) 331-6645","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-1884","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-3949","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 273-8779","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-2145","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 739-6207","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-0848","","","2:20 PM","0:19","1","Live
Answer","Successful","",""
"(412) 241-1301","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 574-8956","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-6153","","","2:20 PM","0:23","2","Live
Answer","Successful","",""
"(212) 691-3411","","","2:20 PM","0:04","1","Live
Answer","Successful","",""
"(215) 229-7634","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-0340","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 425-4210","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 427-9201","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(215) 739-0189","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 800-1360","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-2408","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(267) 773-8277","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-8059","","","2:20 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 533-8099","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 533-9402","","","2:20 PM","0:23","1","Live
```

Answer","Successful","",""
"(412) 562-1370","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 566-1511","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(646) 609-3712","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(212) 643-1849","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 929-0098","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-6271","","","2:20 PM","0:16","1","Live
Answer","Successful","",""
"(215) 224-3276","","","2:20 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 228-1783","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-0696","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-7238","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-1590","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4274","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-9478","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 471-8130","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-5611","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 851-9153","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-2446","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 731-6884","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-2536","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2136","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 733-4001","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 839-3943","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(313) 892-2976","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-2324","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 721-1108","","","2:20 PM","0:43","1","Voice

Mail","Successful","",""
"(703) 243-2814","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 437-5555","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-0013","","","2:20 PM","1:04","1","Voice
Mail","Successful","",""
"(773) 924-3724","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-8031","","","2:20 PM","0:22","2","Live
Answer","Successful","",""
"(215) 228-2151","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-8657","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 725-9662","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-0862","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-2857","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-4389","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 289-6407","","","2:20 PM","0:18","1","Live
Answer","Successful","",""
"(216) 641-7914","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 721-4175","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(267) 731-6267","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 412-2860","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-3011","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 527-8461","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 437-5708","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 523-1240","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-4178","","","2:20 PM","0:23","3","Live
Answer","Successful","",""
"(215) 223-1639","","","2:20 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 232-2675","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4814","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-8717","","","2:20 PM","0:36","1","Voice

Mail","Successful","",""
"(215) 455-8711","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-4242","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 268-5334","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4757","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 541-5704","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-5937","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 369-0334","","","2:20 PM","0:02","1","Live
Answer","Successful","",""
"(313) 531-0828","","","2:20 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 538-6357","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-7163","","","2:20 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 538-9455","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-0080","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(708) 946-8933","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 752-0888","","","2:20 PM","0:15","2","Voice
Mail","Successful","",""
"(212) 989-8727","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-0170","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-0159","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-0466","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 564-6718","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 613-7527","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-4101","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 458-5578","","","2:20 PM","0:51","1","Voice
Mail","Successful","",""
"(216) 481-8863","","","2:20 PM","0:02","1","Live
Answer","Successful","",""
"(267) 335-3387","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 731-7945","","","2:20 PM","0:16","1","Voice

Mail","Successful","",""
"(267) 773-7112","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-2548","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 368-7852","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-1218","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 592-8101","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 731-7509","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 681-1668","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 525-5083","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-1778","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 924-8852","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5615","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-6237","","","2:20 PM","0:19","1","Live
Answer","Successful","",""
"(215) 423-0863","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-0548","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(215) 426-3880","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 708-2095","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-6503","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-5029","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-9468","","","2:20 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 533-4983","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(313) 534-2517","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 592-4430","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-3862","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-6304","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-6568","","","2:20 PM","0:21","1","Live

Answer","Successful","",""
"(872) 444-5322","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 444-5325","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2931","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-1774","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 624-9150","","","2:20 PM","0:18","1","Live
Answer","Successful","",""
"(215) 927-2102","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-7866","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-9098","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 324-3828","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 273-7282","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-7439","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-8776","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 731-7725","","","2:20 PM","0:08","1","Voice
Mail","Successful","",""
"(412) 242-5696","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 247-1357","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 243-7211","","","2:20 PM","0:23","3","Live
Answer","Successful","",""
"(212) 564-3506","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 691-2682","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-5570","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 279-7249","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-3438","","","2:20 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 331-3128","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-5840","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-1650","","","2:20 PM","0:23","2","Live
Answer","Successful","",""
"(215) 739-8511","","","2:20 PM","0:27","1","Voice

```
Mail","Successful","",""
"(216) 291-4684","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 207-4087","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 387-6281","","","2:20 PM","0:25","1","Live
Answer","Successful","",""
"(313) 532-2123","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(313) 534-5428","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-9144","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 766-6040","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(773) 451-0774","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 521-5450","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-8944","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(212) 222-5296","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-1431","","","2:20 PM","1:37","1","Voice
Mail","Successful","",""
"(215) 288-3376","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 329-0615","","","2:20 PM","0:13","1","Live
Answer","Successful","",""
"(215) 329-4534","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 787-0373","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4106","","","2:20 PM","0:10","1","Live
Answer","Successful","",""
"(312) 724-5545","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-4104","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 592-0431","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 227-6463","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 871-5107","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(419) 577-4173","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-1918","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(773) 633-2380","","","2:20 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(212) 864-2908","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-8529","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-1709","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-1372","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 324-4521","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-3683","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-2711","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-3206","","","2:20 PM","0:22","2","Live
Answer","Successful","",""
"(267) 639-3905","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 272-2457","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 532-0217","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-1770","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5301","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 493-8172","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-0792","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 522-1217","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-5053","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 847-3589","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 847-7511","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 337-3294","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1867","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2450","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 232-2678","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 288-1498","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1639","","","2:20 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 329-5453","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 329-7273","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1898","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 423-9054","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 549-2972","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 331-6650","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 773-7648","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 387-0111","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 533-8321","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 543-7735","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 244-1172","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 562-3969","","","2:20 PM","0:15","1","Voice
Mail","Successful","",""
"(614) 948-7650","","","2:20 PM","0:03","1","Live
Answer","Successful","",""
"(773) 277-8884","","","2:20 PM","0:05","1","Live
Answer","Successful","",""
"(773) 324-6176","","","2:20 PM","0:07","1","Live
Answer","Successful","",""
"(773) 522-1080","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-3057","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-1206","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 303-9270","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 441-4612","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 600-5601","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 932-0007","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-5648","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(612) 338-8020","","","2:20 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 374-1122","","","2:20 PM","0:40","1","Voice

```
Mail","Successful","",""
"(773) 521-0387","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 644-9974","","","2:20 PM","0:03","1","Live
Answer","Successful","",""
"(773) 955-7452","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-5648","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 324-3360","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 335-0957","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 427-1231","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-4974","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 268-2432","","","2:20 PM","0:23","2","Live
Answer","Successful","",""
"(267) 297-7268","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-0663","","","2:20 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 538-0256","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-8969","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-7963","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-0225","","","2:20 PM","0:15","2","Live
Answer","Successful","",""
"(773) 522-1654","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 947-0674","","","2:20 PM","0:13","1","Live
Answer","Successful","",""
"(872) 244-3052","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(872) 244-7319","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5637","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(929) 263-1255","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 206-7875","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-3644","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 224-5803","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-8463","","","2:20 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(215) 455-2323","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 765-0175","","","2:20 PM","0:09","1","Live
Answer","Successful","",""
"(216) 359-1007","","","2:20 PM","0:49","1","Voice
Mail","Successful","",""
"(216) 382-6152","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-9359","","","2:20 PM","0:05","1","Live
Answer","Successful","",""
"(216) 860-4212","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 340-2736","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-9259","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 695-0306","","","2:20 PM","0:13","1","Live
Answer","Successful","",""
"(313) 891-5994","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 892-7136","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 586-7999","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 871-5407","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(612) 332-8226","","","2:20 PM","0:54","1","Voice
Mail","Successful","",""
"(703) 974-7289","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-4252","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 629-0030","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-1083","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-0761","","","2:20 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 634-3626","","","2:20 PM","0:10","1","Live
Answer","Successful","",""
"(215) 739-1333","","","2:20 PM","0:26","1","Voice
Mail","Successful","",""
"(267) 930-7453","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-9457","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-0765","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 387-5970","","","2:20 PM","0:01","1","Live
```

```
Answer","Successful","",""
"(412) 247-4442","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 285-7155","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 684-5620","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 734-8325","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-5826","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-6995","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 548-2640","","","2:20 PM","0:04","1","Live
Answer","Successful","",""
"(215) 549-9529","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4355","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 231-2017","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 271-7728","","","2:20 PM","0:16","1","Live
Answer","Successful","",""
"(216) 431-0798","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 862-8042","","","2:20 PM","0:11","1","Voice
Mail","Successful","",""
"(267) 385-6997","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 977-4333","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-3571","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 535-0767","","","2:20 PM","0:07","1","Live
Answer","Successful","",""
"(612) 338-6284","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 861-3012","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-1806","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 548-0413","","","2:20 PM","0:12","1","Voice
Mail","Successful","",""
"(773) 565-4754","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 624-6439","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 933-7396","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(212) 796-1684","","","2:20 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 289-9219","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 455-4120","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-1204","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 549-2132","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(215) 634-1845","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 765-6902","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 769-1461","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-0281","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 268-3363","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 273-7616","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 721-8180","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(312) 806-4243","","","2:20 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 368-2847","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 537-9701","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 891-0223","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1163","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(773) 363-5877","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 373-6178","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-6132","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 633-2293","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(929) 263-1476","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 967-2161","","","2:20 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 228-0406","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1753","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-2371","","","2:20 PM","0:33","1","Voice

Mail","Successful","",""
"(215) 291-9014","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-3319","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-2493","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 471-8468","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-6834","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 977-9751","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-1447","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 281-3038","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 530-0124","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 731-5144","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 924-1289","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-0371","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-2049","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4873","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3114","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-1688","","","2:20 PM","1:29","1","Voice
Mail","Successful","",""
"(216) 429-2415","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(216) 721-3608","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-3201","","","2:20 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 592-1161","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-9220","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 324-6189","","","2:20 PM","0:23","3","Live
Answer","Successful","",""
"(773) 521-9882","","","2:20 PM","0:18","1","Live
Answer","Successful","",""
"(773) 542-1335","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(773) 548-5465","","","2:20 PM","0:13","2","Live

Answer","Successful","",""
"(773) 823-1533","","","2:20 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 223-6045","","","2:20 PM","0:17","3","Live
Answer","Successful","",""
"(215) 235-3471","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-4693","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1044","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 333-7238","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 613-6581","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-7926","","","2:20 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 305-4089","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 366-3331","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 472-5884","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-3248","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-1901","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-4858","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 687-0489","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 374-3197","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 375-3533","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 940-1108","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 255-1936","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 696-5124","","","2:20 PM","0:51","1","Voice
Mail","Successful","",""
"(212) 989-6973","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 221-5221","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5601","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9034","","","2:20 PM","0:13","1","Live
Answer","Successful","",""
"(215) 331-2561","","","2:20 PM","0:33","1","Voice

Mail","Successful","",""
"(215) 335-0633","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-1227","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 226-3769","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 546-5363","","","2:20 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 368-3734","","","2:20 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 533-1419","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-9397","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-1726","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 324-9159","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-4208","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 542-0150","","","2:20 PM","0:18","1","Live
Answer","Successful","",""
"(773) 734-5946","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(212) 243-1287","","","2:20 PM","0:05","1","Live
Answer","Successful","",""
"(212) 513-7208","","","2:20 PM","0:18","3","Live
Answer","Successful","",""
"(215) 226-3818","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-9986","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 288-3338","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 288-4913","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-7448","","","2:20 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 333-0656","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-4299","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 533-3474","","","2:20 PM","0:19","1","Live
Answer","Successful","",""
"(215) 904-7381","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(216) 268-2781","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 441-4488","","","2:20 PM","0:23","1","Live

Answer","Successful","",""
"(216) 752-4869","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-5552","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 683-7590","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(646) 386-7334","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 244-7190","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 807-6724","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-4972","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 329-8522","","","2:20 PM","0:19","1","Live
Answer","Successful","",""
"(215) 425-5479","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 745-0792","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-5354","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-2951","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-8168","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(312) 481-5594","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-6939","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 731-7072","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 837-1089","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-0576","","","2:20 PM","0:12","1","Live
Answer","Successful","",""
"(646) 638-4275","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 221-0228","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 356-9033","","","2:20 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 373-4180","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 333-1673","","","2:20 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 425-3524","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-4827","","","2:20 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 924-5561","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 541-3647","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-8635","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-9235","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 773-7408","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 533-6360","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-8739","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5500","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-1424","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-7816","","","2:20 PM","0:02","1","Live
Answer","Successful","",""
"(412) 621-1260","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-1821","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 523-7369","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 889-3146","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-1106","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-2266","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 335-3497","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-3231","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 231-1805","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-5497","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 721-0370","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 319-1210","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-2911","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 387-4488","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 535-9780","","","2:20 PM","0:18","1","Live
```

Answer","Successful","",""
"(412) 578-0560","","","2:20 PM","0:50","1","Voice
Mail","Successful","",""
"(412) 731-8579","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 268-0235","","","2:20 PM","0:09","1","Live
Answer","Successful","",""
"(773) 752-8094","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 762-3615","","","2:20 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 978-7099","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 423-5820","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-1097","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-8402","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(215) 548-1148","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 744-4043","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 769-4369","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 268-2108","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 541-0206","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 932-2367","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 535-7710","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-7089","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-6244","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 243-6338","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 285-8496","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 374-7281","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-5062","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-7923","","","2:20 PM","0:17","3","Live
Answer","Successful","",""
"(212) 217-1543","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 332-9497","","","2:20 PM","0:35","1","Voice

```
Mail","Successful","",""
"(215) 333-0106","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 425-5980","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-2156","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-2337","","","2:20 PM","0:36","2","Voice
Mail","Successful","",""
"(215) 739-9413","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-2521","","","2:20 PM","1:25","1","Voice
Mail","Successful","",""
"(216) 751-5367","","","2:20 PM","0:20","1","Live
Answer","Successful","",""
"(216) 791-5857","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 791-7798","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-0717","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1375","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(646) 864-3231","","","2:20 PM","0:22","3","Live
Answer","Successful","",""
"(773) 823-7213","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(212) 217-9343","","","2:20 PM","0:04","1","Live
Answer","Successful","",""
"(215) 228-6693","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 423-2016","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-5264","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-5722","","","2:20 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 763-8194","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-1715","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-9927","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-3501","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-2320","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 270-2092","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 334-5760","","","2:20 PM","0:17","1","Voice
```

Mail","Successful","",""
"(313) 533-3439","","","2:20 PM","0:17","1","Live
Answer","Successful","",""
"(313) 731-7016","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 565-4270","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 891-2510","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 952-7870","","","2:20 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 564-0358","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2946","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-4166","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 624-1497","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 624-1865","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-6219","","","2:20 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-1444","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(216) 417-5409","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 437-3369","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(267) 639-2249","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 892-9043","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-0293","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-5455","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 312-6600","","","2:20 PM","0:03","1","Live
Answer","Successful","",""
"(773) 522-8786","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-1033","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(929) 259-9250","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 924-6452","","","2:20 PM","0:20","1","Live
Answer","Successful","",""
"(215) 229-6699","","","2:20 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 338-4675","","","2:20 PM","0:31","1","Voice

```
Mail","Successful","",""
"(215) 457-1612","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-4478","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7345","","","2:20 PM","0:06","3","Live
Answer","Successful","",""
"(412) 682-6561","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-1000","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(610) 346-7270","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 288-7157","","","2:20 PM","0:22","3","Live
Answer","Successful","",""
"(872) 777-3172","","","2:20 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 221-0392","","","2:20 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 289-4119","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 291-8215","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-1484","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 519-8470","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 531-4670","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-9062","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-9779","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-4929","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 766-6775","","","2:20 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 892-2109","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-0245","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(773) 437-5386","","","2:20 PM","2:30","2","Voice
Mail","Successful","",""
"(773) 855-2373","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-8538","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-0315","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-1862","","","2:20 PM","0:23","1","Live
```

Answer","Successful","",""
"(267) 297-5173","","","2:20 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 533-8833","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 891-8139","","","2:20 PM","0:43","1","Voice
Mail","Successful","",""
"(630) 882-2105","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 268-1933","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-0779","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 667-0294","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 762-5645","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(872) 444-5388","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-0134","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(215) 232-1448","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 437-7612","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 684-1661","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 451-7213","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-7246","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 761-8580","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-0435","","","2:20 PM","0:23","2","Live
Answer","Successful","",""
"(267) 687-8408","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 307-8405","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-7035","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-5137","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-1079","","","2:20 PM","0:06","1","Live
Answer","Successful","",""
"(773) 966-4746","","","2:20 PM","0:21","1","Live
Answer","Successful","",""
"(215) 227-0109","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 227-6492","","","2:20 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 235-2125","","","2:20 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 341-2351","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-9543","","","2:20 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 505-5875","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 727-0584","","","2:20 PM","0:14","1","Live
Answer","Successful","",""
"(267) 639-6799","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 773-7468","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-0446","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-3506","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 521-1981","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-9880","","","2:20 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-9142","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 740-7947","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-9628","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(703) 528-0325","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(773) 221-2110","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5087","","","2:20 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 225-3616","","","2:20 PM","0:23","3","Live
Answer","Successful","",""
"(215) 329-5640","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-0785","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-2582","","","2:20 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-9176","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-1890","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(612) 339-4916","","","2:20 PM","0:50","1","Voice
Mail","Successful","",""
"(646) 669-9151","","","2:20 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(773) 855-5959","","","2:20 PM","0:04","1","Live
Answer","Successful","",""
"(215) 225-6743","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-3755","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-6395","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1477","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3673","","","2:20 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 549-3378","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-2072","","","2:20 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 624-4913","","","2:20 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 743-4649","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-2449","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-1846","","","2:20 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 941-6817","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8872","","","2:20 PM","0:04","2","Live
Answer","Successful","",""
"(216) 761-3696","","","2:20 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 519-3151","","","2:20 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-9772","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 369-2850","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-3876","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 527-2298","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-7197","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 538-8798","","","2:20 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 925-9727","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 351-4754","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 465-2886","","","2:20 PM","0:03","1","Live
```

```
Answer","Successful","",""
"(773) 331-6363","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 522-5769","","","2:20 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-3035","","","2:20 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-9132","","","2:20 PM","0:03","1","Live
Answer","Successful","",""
"(215) 331-8083","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0280","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8175","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 427-0349","","","2:20 PM","0:22","2","Live
Answer","Successful","",""
"(215) 634-2176","","","2:20 PM","0:20","1","Live
Answer","Successful","",""
"(215) 924-4288","","","2:20 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 451-2390","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 505-5935","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-8739","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5100","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 826-7448","","","2:20 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 837-4849","","","2:20 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 837-7064","","","2:20 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 892-7367","","","2:20 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9213","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-4150","","","2:20 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 681-0613","","","2:20 PM","0:22","1","Live
Answer","Successful","",""
"(646) 398-8891","","","2:20 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 243-3479","","","2:20 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4307","","","2:20 PM","0:20","1","Live
Answer","Successful","",""
"(773) 624-0014","","","2:20 PM","0:23","1","Live
```

Answer","Successful","",""
"(212) 400-7505","","","2:21 PM","0:00","1","Live
Answer","Successful","",""
"(215) 333-1756","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-1046","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-1369","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-1841","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-1439","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 273-7872","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-9529","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-5607","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-2086","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 592-8451","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 642-7537","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(703) 741-0126","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 363-4345","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 522-8129","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(215) 223-2138","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1257","","","2:21 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 947-5359","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 851-3326","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 365-9174","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 366-2491","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-1147","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 733-6294","","","2:21 PM","0:09","1","Live
Answer","Successful","",""
"(412) 263-0101","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 371-0177","","","2:21 PM","0:22","1","Live

Answer","Successful","",""
"(412) 371-1733","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 562-3950","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 667-1834","","","2:21 PM","0:34","1","Voice
Mail","Successful","",
"(773) 955-7126","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 444-5576","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 221-5128","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0373","","","2:21 PM","0:24","1","Live
Answer","Successful","",""
"(215) 228-9636","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(215) 235-0701","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-4059","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-2578","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-7518","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 624-2303","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 451-3648","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-1334","","","2:21 PM","0:20","3","Live
Answer","Successful","",""
"(267) 239-0152","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3554","","","2:21 PM","0:15","1","Live
Answer","Successful","",""
"(412) 434-0767","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 221-1546","","","2:21 PM","0:23","1","Voice
Mail","Successful","",""
"(773) 324-5895","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-5236","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 542-1999","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 684-3222","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-1932","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 848-0496","","","2:21 PM","0:17","1","Voice

Mail","Successful","",""
"(313) 255-7363","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-6730","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-8556","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-2657","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 281-1128","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 221-7473","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 523-7599","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-5385","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-8762","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0160","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-4350","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-4534","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-0830","","","2:21 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 291-9005","","","2:21 PM","1:01","1","Voice
Mail","Successful","",""
"(215) 455-3312","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-9855","","","2:21 PM","0:19","1","Live
Answer","Successful","",""
"(215) 624-3718","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-5677","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-5377","","","2:21 PM","0:17","1","Live
Answer","Successful","",""
"(267) 639-5055","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 526-6340","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-6458","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 891-0329","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-2402","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-4221","","","2:21 PM","0:51","1","Voice

```
Mail","Successful","",""
"(773) 522-2806","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(215) 226-1260","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 457-6857","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 613-7040","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 303-9465","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 883-7101","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(248) 242-3211","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 331-5861","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 687-8488","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-2259","","","2:21 PM","0:02","1","Live
Answer","Successful","",""
"(313) 535-7066","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 254-4168","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 224-4957","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 335-4128","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-1182","","","2:21 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 763-0748","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-6026","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 421-2865","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-6207","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-3614","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 323-2050","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 344-8231","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 472-5027","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-1701","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-1543","","","2:21 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(412) 351-5244","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(412) 642-2767","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 871-3416","","","2:21 PM","0:50","1","Voice
Mail","Successful","",""
"(646) 756-4579","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 522-2214","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-1998","","","2:21 PM","1:01","1","Voice
Mail","Successful","",""
"(773) 437-5302","","","2:21 PM","0:08","1","Live
Answer","Successful","",""
"(773) 542-1742","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 629-6120","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 645-8222","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 221-6203","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 228-6270","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 288-9278","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 904-6099","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 951-2228","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-1370","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-8872","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 571-3934","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 694-3122","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7537","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 373-2818","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(773) 762-2617","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1629","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-5129","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 634-3423","","","2:21 PM","0:27","1","Voice
```

```
Mail","Successful","",""
"(216) 268-0220","","","2:21 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 451-4772","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 772-2124","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 785-9545","","","2:21 PM","0:45","1","Voice
Mail","Successful","",""
"(267) 239-5761","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-7764","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 928-2549","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 493-9820","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(313) 535-2821","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-0070","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 736-3144","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 740-7904","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-7386","","","2:21 PM","0:13","1","Live
Answer","Successful","",""
"(412) 244-9190","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 261-3238","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-3816","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-0432","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 687-3456","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 727-6330","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 521-7414","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 675-2013","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-4469","","","2:21 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 228-1407","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-1062","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 331-6540","","","2:21 PM","0:27","2","Voice
```

Mail","Successful","",""
"(215) 342-2763","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-0759","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 533-7861","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 549-1501","","","2:21 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 883-6722","","","2:21 PM","0:14","1","Live
Answer","Successful","",""
"(267) 519-0979","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(313) 255-3269","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-1639","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 543-0109","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 731-7156","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-4034","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(412) 271-0119","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 536-1116","","","2:21 PM","0:58","1","Voice
Mail","Successful","",""
"(773) 624-3850","","","2:21 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 675-4559","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 768-1239","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 855-9989","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 888-0572","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 947-2089","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(872) 444-5114","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(212) 662-0820","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(212) 929-2216","","","2:21 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 229-3237","","","2:21 PM","0:11","1","Live
Answer","Successful","",""
"(215) 236-7520","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-6560","","","2:21 PM","0:23","1","Live

Answer","Successful","",""
"(215) 424-0790","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 831-8230","","","2:21 PM","0:20","1","Live
Answer","Successful","",""
"(216) 541-2240","","","2:21 PM","0:22","3","Live
Answer","Successful","",""
"(216) 851-2447","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-6214","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-6817","","","2:21 PM","0:13","1","Live
Answer","Successful","",""
"(313) 372-7751","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-2111","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 838-3295","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-6504","","","2:21 PM","0:54","1","Voice
Mail","Successful","",""
"(773) 288-3354","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 363-3309","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 643-7112","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 721-4158","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-7436","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-3598","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-4603","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 232-4550","","","2:21 PM","1:28","1","Voice
Mail","Successful","",""
"(215) 427-2071","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-1397","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-0768","","","2:21 PM","0:15","3","Live
Answer","Successful","",""
"(216) 761-0962","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1678","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 273-0158","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5236","","","2:21 PM","0:36","1","Voice

Mail","Successful","",""
"(313) 538-5632","","","2:21 PM","1:16","1","Voice
Mail","Successful","",""
"(412) 241-3535","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 528-1416","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 675-3070","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 226-1612","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 276-3758","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 338-3027","","","2:21 PM","0:03","1","Live
Answer","Successful","",""
"(215) 423-5823","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-8318","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6187","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 268-3810","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-3597","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 255-2111","","","2:21 PM","0:02","1","Live
Answer","Successful","",""
"(313) 387-3570","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 531-6903","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 271-1915","","","2:21 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 271-7822","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 371-4717","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 312-7979","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 493-1051","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 772-3782","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 338-7988","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-9444","","","2:21 PM","0:07","1","Live
Answer","Successful","",""
"(215) 457-1635","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1617","","","2:21 PM","0:47","1","Voice

Mail","Successful","",""
"(216) 273-7053","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-5904","","","2:21 PM","0:14","1","Live
Answer","Successful","",""
"(412) 642-9060","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-2071","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-3590","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-4972","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(872) 244-7581","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 234-2565","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 477-0868","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-9329","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1225","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 288-3861","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 335-3276","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 338-9183","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-7652","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 255-8897","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-4005","","","2:21 PM","0:09","1","Live
Answer","Successful","",""
"(313) 837-5502","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-3247","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-0813","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 351-0513","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-7629","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 565-4555","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 696-2344","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-8296","","","2:21 PM","0:42","1","Voice

Mail","Successful","",""
"(917) 472-7230","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 794-9149","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-1066","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-7271","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 331-7661","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-6510","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 268-0894","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-0814","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 455-0714","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-1846","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-4083","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-9363","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 733-6654","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 244-8494","","","2:21 PM","0:08","1","Voice
Mail","Successful","",""
"(703) 294-4886","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-8618","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 542-5820","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 947-2155","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 666-5786","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 228-3531","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-7002","","","2:21 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 235-8558","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-4603","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-6856","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 548-3550","","","2:21 PM","0:26","1","Voice

```
Mail","Successful","",""
"(215) 739-2140","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 831-0631","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-4601","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-1703","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-8034","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-0086","","","2:21 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 270-7111","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 403-0451","","","2:21 PM","0:03","1","Live
Answer","Successful","",""
"(313) 531-8901","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 736-3349","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 766-7988","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 471-1636","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 558-0054","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 277-1372","","","2:21 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 563-5672","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 228-0315","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-7264","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-5055","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-4718","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-3427","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-0410","","","2:21 PM","0:35","3","Voice
Mail","Successful","",""
"(267) 297-8338","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-0869","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 493-1413","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-5203","","","2:21 PM","0:39","1","Voice
```

Mail","Successful","",""
"(412) 247-0505","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(212) 865-3019","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 924-2163","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-3158","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-4125","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-8824","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-3338","","","2:21 PM","0:11","1","Live
Answer","Successful","",""
"(215) 331-4911","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-7749","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 769-8103","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(216) 268-0003","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(216) 541-6004","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 372-2532","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 828-1189","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 893-2186","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 802-6060","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5568","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-5467","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 736-3493","","","2:21 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 229-8293","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-2192","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 429-1110","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 459-7358","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-8615","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-1469","","","2:21 PM","0:18","1","Voice

```
Mail","Successful","",""
"(313) 326-6090","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-8824","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-3668","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 839-3713","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-0561","","","2:21 PM","0:15","3","Live
Answer","Successful","",""
"(313) 893-0471","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-9567","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 522-3458","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 279-1443","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 564-6935","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 786-4392","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 873-9396","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1030","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 342-2404","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-3649","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-7444","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-1552","","","2:21 PM","0:24","1","Live
Answer","Successful","",""
"(216) 421-3821","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 471-8760","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 773-7392","","","2:21 PM","0:20","1","Live
Answer","Successful","",""
"(313) 387-6175","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-4518","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-3001","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(313) 541-9808","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 579-5374","","","2:21 PM","0:44","1","Voice
```

```
Mail","Successful","",""
"(412) 242-4123","","","2:21 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 243-3492","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 371-8163","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 464-0551","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 527-6895","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(773) 521-4463","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 686-6466","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 228-4861","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-1202","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-4383","","","2:21 PM","0:17","1","Live
Answer","Successful","",""
"(215) 437-1840","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 941-6968","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-3773","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-6335","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 562-1057","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 683-7847","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(612) 375-1463","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 285-3553","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 731-3764","","","2:21 PM","0:02","2","Live
Answer","Successful","",""
"(215) 236-6408","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-8591","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-1394","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-3829","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1432","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-7921","","","2:21 PM","0:16","1","Voice
```

Mail","Successful","",""
"(215) 743-6617","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-7393","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 835-2113","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-7202","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-6878","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-1948","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 687-1546","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 528-5081","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 247-0018","","","2:21 PM","0:15","3","Live
Answer","Successful","",""
"(773) 521-4963","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 734-2879","","","2:21 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 768-5655","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(212) 929-1860","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-7429","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4551","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 332-8278","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-0365","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 437-9383","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 927-2834","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 370-7807","","","2:21 PM","1:12","1","Voice
Mail","Successful","",""
"(216) 862-9879","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 297-7553","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 687-2049","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-1716","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 531-4863","","","2:21 PM","0:08","1","Voice

```
Mail","Successful","",""
"(313) 534-8411","","","2:21 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 538-4959","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 693-4874","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 826-1064","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(347) 706-1572","","","2:21 PM","0:25","1","Voice
Mail","Successful","",""
"(412) 765-2523","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 375-3127","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(212) 564-4219","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 933-1126","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-3121","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 228-8786","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 549-4125","","","2:21 PM","0:01","1","Live
Answer","Successful","",""
"(215) 728-6401","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-3483","","","2:21 PM","0:07","1","Live
Answer","Successful","",""
"(267) 297-8271","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 334-5305","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 794-5671","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 434-7703","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-1316","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 277-4107","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0816","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 288-6897","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 522-4390","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-2767","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 333-4975","","","2:21 PM","0:34","1","Voice
```

Mail","Successful","",""
"(215) 423-5458","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-6920","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-7262","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 541-4938","","","2:21 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 422-8543","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-0282","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-4566","","","2:21 PM","0:19","1","Live
Answer","Successful","",""
"(313) 592-9063","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-1701","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-6425","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 564-4398","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 629-7288","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 982-8344","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 227-1762","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 276-3609","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 533-3831","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-0232","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 743-1865","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 297-5824","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 335-5410","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 335-5696","","","2:21 PM","0:07","1","Voice
Mail","Successful","",""
"(312) 498-5741","","","2:21 PM","0:02","1","Live
Answer","Successful","",""
"(313) 368-6821","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-7962","","","2:21 PM","0:07","1","Live
Answer","Successful","",""
"(313) 533-9161","","","2:21 PM","0:22","1","Live

Answer","Successful","",""
"(412) 242-3348","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 473-0127","","","2:21 PM","0:15","2","Live
Answer","Successful","",""
"(773) 268-0555","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 437-5273","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 721-2498","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 926-4539","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(215) 225-0910","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-7308","","","2:21 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 455-1340","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 455-1427","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2485","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 268-2853","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-5300","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 543-9323","","","2:21 PM","0:23","1","Voice
Mail","Successful","",""
"(313) 693-4540","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(331) 315-4630","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-1081","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-2277","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-9091","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(872) 244-7517","","","2:21 PM","0:24","1","Voice
Mail","Successful","",""
"(212) 837-6839","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-6637","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 456-9580","","","2:21 PM","0:21","1","Live
Answer","Successful","",""
"(216) 382-2901","","","2:21 PM","0:13","1","Live
Answer","Successful","",""
"(216) 451-4462","","","2:21 PM","0:56","1","Voice

```
Mail","Successful","",""
"(216) 471-8898","","","2:21 PM","0:09","1","Live
Answer","Successful","",""
"(313) 526-8491","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 766-6651","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(313) 766-7486","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 794-0166","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-6619","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(412) 636-9021","","","2:21 PM","0:25","1","Voice
Mail","Successful","",""
"(412) 683-9672","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-4384","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 684-0424","","","2:21 PM","0:26","1","Voice
Mail","Successful","",""
"(212) 706-7294","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 333-4311","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-6762","","","2:21 PM","0:14","1","Live
Answer","Successful","",""
"(215) 455-3503","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(216) 761-2467","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(267) 909-9746","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 270-7691","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-2683","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-4209","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7213","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7680","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 838-5699","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-2911","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-2016","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 223-0370","","","2:21 PM","0:40","1","Voice
```

Mail","Successful","",""
"(215) 226-1041","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-7653","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-9220","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-6915","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-2915","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-8137","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 721-3219","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(216) 862-6691","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 639-2393","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-9541","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 532-0281","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-7298","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-1686","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 534-2984","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-0058","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-4818","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 244-1309","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 351-1322","","","2:21 PM","0:21","1","Live
Answer","Successful","",""
"(412) 683-5226","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(646) 669-9882","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-1298","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 731-5966","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-8472","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-0768","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-1550","","","2:21 PM","0:28","1","Voice

```
Mail","Successful","",""
"(215) 232-5338","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 430-0705","","","2:21 PM","1:33","1","Voice
Mail","Successful","",""
"(267) 323-2580","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 528-0833","","","2:21 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 368-8893","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 387-3597","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-9439","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-2595","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 263-2133","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(773) 762-8138","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7163","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(212) 216-9410","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 226-1597","","","2:21 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 329-9322","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-6019","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-2213","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-4484","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 541-4959","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 785-9689","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 639-2087","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-3324","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 366-0223","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(313) 472-5090","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-2871","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 733-8613","","","2:21 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(313) 740-7909","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 837-4985","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 977-9013","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-3791","","","2:21 PM","1:32","1","Voice
Mail","Successful","",""
"(412) 391-6193","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 891-0022","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 966-4611","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 225-8022","","","2:21 PM","0:24","1","Live
Answer","Successful","",""
"(215) 235-0358","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 288-1909","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-4295","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6602","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-7274","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0373","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-2265","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-1709","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-8916","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 787-2754","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-8814","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 785-9327","","","2:21 PM","0:11","2","Live
Answer","Successful","",""
"(313) 472-5106","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 531-4787","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-0094","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7662","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 471-1932","","","2:21 PM","0:40","1","Voice
```

Mail","Successful","",""
"(412) 731-1205","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(612) 343-7045","","","2:21 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 721-4019","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-0205","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 236-3447","","","2:21 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 331-3225","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-4138","","","2:21 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 424-5458","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-7488","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-2245","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 271-0722","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 531-0760","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-0327","","","2:21 PM","0:24","1","Voice
Mail","Successful","",""
"(267) 385-6807","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-3404","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 366-6463","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 537-9525","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7471","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 256-0170","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-2796","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 471-1264","","","2:21 PM","0:16","3","Live
Answer","Successful","",""
"(412) 727-1009","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-0265","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 762-2314","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-3155","","","2:21 PM","0:31","1","Voice

```
Mail","Successful","",""
"(872) 444-5972","","","2:21 PM","0:15","1","Live
Answer","Successful","",""
"(215) 223-4367","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2421","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 236-0770","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 288-7634","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1474","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 455-0848","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-5083","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 613-8452","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-7629","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-1737","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 229-7235","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 249-1017","","","2:21 PM","0:12","1","Live
Answer","Successful","",""
"(216) 541-0520","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 541-3614","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1030","","","2:21 PM","1:08","1","Voice
Mail","Successful","",""
"(313) 837-9601","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 918-1582","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(571) 970-5107","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 247-5143","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 496-4073","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(212) 563-1550","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4419","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 227-0331","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 235-2095","","","2:21 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 425-2642","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-5358","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-2624","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-6212","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 493-9909","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-3538","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 794-4758","","","2:21 PM","0:15","1","Live
Answer","Successful","",""
"(313) 837-6978","","","2:21 PM","0:02","1","Live
Answer","Successful","",""
"(313) 892-0226","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 977-9592","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 363-0545","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 675-5337","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 564-3289","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 227-0957","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6116","","","2:21 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 763-1486","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-3205","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 721-0974","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(313) 272-7722","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-8553","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-4648","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-0474","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 740-7673","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-6300","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 242-0895","","","2:21 PM","0:29","1","Voice

Mail","Successful","",""
"(773) 542-0551","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 978-2951","","","2:21 PM","0:16","1","Live
Answer","Successful","",""
"(872) 244-7390","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-1299","","","2:21 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 423-1774","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-2066","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-5005","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-6230","","","2:21 PM","0:14","1","Live
Answer","Successful","",""
"(216) 268-1007","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 751-4992","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0536","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8382","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-4023","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-2704","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-8431","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 694-3025","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7586","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-2070","","","2:21 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 565-4149","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-5717","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 563-4643","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 706-1631","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-2897","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 227-7941","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-4558","","","2:21 PM","0:40","1","Voice

Mail","Successful","",""
"(215) 229-2391","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1951","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-8261","","","2:21 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 335-9175","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 634-4578","","","2:21 PM","0:15","1","Live
Answer","Successful","",""
"(215) 722-3054","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 728-5968","","","2:21 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 739-5282","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 927-1374","","","2:21 PM","0:20","1","Live
Answer","Successful","",""
"(216) 681-8046","","","2:21 PM","0:13","1","Live
Answer","Successful","",""
"(216) 707-1678","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-3076","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 533-0473","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-7838","","","2:21 PM","0:14","1","Live
Answer","Successful","",""
"(313) 766-7088","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 794-6127","","","2:21 PM","0:04","1","Live
Answer","Successful","",""
"(703) 435-0981","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 285-3390","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 288-4248","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 373-8266","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-3208","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 522-3008","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 731-8145","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 947-0218","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 563-0242","","","2:21 PM","0:38","1","Voice

```
Mail","Successful","",""
"(212) 722-3547","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-4236","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-3678","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 289-3418","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4193","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3665","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-1972","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2186","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 543-0549","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-7194","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-0929","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 742-2352","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 821-2250","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 761-9234","","","2:21 PM","0:19","3","Live
Answer","Successful","",""
"(313) 362-9941","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 532-0009","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 837-4012","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 271-2866","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 681-4066","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 288-4928","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 924-5128","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 236-7802","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-7020","","","2:21 PM","0:12","1","Live
Answer","Successful","",""
"(215) 437-1500","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 634-4796","","","2:21 PM","0:17","1","Voice
```

Mail","Successful","",""
"(216) 229-8276","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 451-9577","","","2:21 PM","0:02","1","Live
Answer","Successful","",""
"(216) 465-2777","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(267) 385-6823","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-9673","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7713","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 826-1857","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 241-7875","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 351-4045","","","2:21 PM","0:52","1","Voice
Mail","Successful","",""
"(703) 841-4749","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-4315","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 847-6918","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-6272","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-5299","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(215) 232-9223","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 288-3443","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-3860","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-3519","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-4038","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 528-2690","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 743-0526","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 721-9782","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-2110","","","2:21 PM","0:18","1","Live
Answer","Successful","",""
"(267) 687-4391","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-0677","","","2:21 PM","1:01","1","Voice

```
Mail","Successful","",""
"(313) 368-6399","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 531-8157","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(313) 532-5806","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-7822","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-3336","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-3232","","","2:21 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 893-5459","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-4997","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(412) 273-3612","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-1524","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(586) 460-3246","","","2:21 PM","0:03","1","Live
Answer","Successful","",""
"(773) 437-3737","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 281-5786","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(872) 444-5497","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(212) 564-0241","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 947-8991","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 203-1835","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 226-0458","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 329-8784","","","2:21 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 424-8166","","","2:21 PM","1:37","1","Voice
Mail","Successful","",""
"(215) 427-1260","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-1435","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-6865","","","2:21 PM","0:23","3","Live
Answer","Successful","",""
"(216) 707-0325","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 326-6042","","","2:21 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 372-7351","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 472-5647","","","2:21 PM","0:13","1","Live
Answer","Successful","",""
"(313) 533-0523","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-9251","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-0798","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-1847","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 243-4857","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 243-3261","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-1731","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 624-0417","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(773) 752-8347","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 223-1266","","","2:21 PM","0:23","3","Live
Answer","Successful","",""
"(215) 224-1081","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 228-1412","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 739-0635","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(312) 620-7313","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-9670","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-8597","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-2192","","","2:21 PM","0:14","1","Live
Answer","Successful","",""
"(313) 538-1390","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-9106","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-4027","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-8468","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 475-6589","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 600-0880","","","2:21 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(215) 235-5615","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 456-1628","","","2:21 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 708-1143","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-2996","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 206-5091","","","2:21 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 368-3111","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-7424","","","2:21 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 535-7949","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 541-4820","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 731-7043","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 621-5241","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(703) 248-2002","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 525-2185","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(703) 525-9175","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-5552","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(773) 624-0665","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-0610","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 232-2446","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-7406","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-0140","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-0378","","","2:21 PM","0:18","1","Live
Answer","Successful","",""
"(215) 769-2914","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 761-8242","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 297-8617","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-8161","","","2:21 PM","0:45","1","Voice
```

```
Mail","Successful","",""
"(313) 270-7294","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(313) 893-6888","","","2:21 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 241-1655","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 247-9106","","","2:21 PM","1:30","1","Voice
Mail","Successful","",""
"(412) 271-4271","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 373-4806","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 530-7974","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 337-1320","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-5960","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 268-3604","","","2:21 PM","1:16","1","Voice
Mail","Successful","",""
"(215) 324-3750","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-1909","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-4020","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-1240","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-5128","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-1051","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-0159","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-3759","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 271-6418","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 417-2794","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-3170","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 851-5303","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 323-2233","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 592-0383","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 592-0814","","","2:21 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(313) 838-8835","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-4736","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 952-4919","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 691-1524","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-5247","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0554","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-7289","","","2:21 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 324-1282","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 331-3171","","","2:21 PM","0:23","3","Live
Answer","Successful","",""
"(215) 338-2250","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-3171","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 708-1263","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 924-4066","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 481-4094","","","2:21 PM","0:18","1","Live
Answer","Successful","",""
"(216) 681-6385","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 692-2178","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 851-2805","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-8518","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 535-9651","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7734","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 242-8165","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 244-1691","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-1804","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(646) 870-6097","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0362","","","2:21 PM","1:06","1","Voice
```

Mail","Successful","",""
"(773) 288-7188","","","2:21 PM","1:08","1","Voice
Mail","Successful","",""
"(773) 522-1007","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-4487","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(212) 243-2461","","","2:21 PM","0:12","1","Live
Answer","Successful","",""
"(215) 235-5991","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 457-0793","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-2504","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 742-0980","","","2:21 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 231-5139","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-7735","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 323-2328","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-6571","","","2:21 PM","0:07","1","Live
Answer","Successful","",""
"(313) 412-2742","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 532-2115","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 537-8711","","","2:21 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 592-1917","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 659-5478","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 371-2895","","","2:21 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 683-9329","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-0016","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 277-0804","","","2:21 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 855-2097","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 940-1165","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(212) 706-7175","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 229-1174","","","2:21 PM","0:08","1","Voice

```
Mail","Successful","",""
"(215) 324-1215","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2068","","","2:21 PM","0:22","3","Live
Answer","Successful","",""
"(216) 451-6395","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 761-5856","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 326-6312","","","2:21 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 532-6774","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-0732","","","2:21 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 543-5010","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-7857","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 521-1474","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-5182","","","2:21 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 542-4041","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 548-7020","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 734-6215","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 768-6456","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-6193","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1038","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 424-0457","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 457-5859","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-5336","","","2:21 PM","1:08","1","Voice
Mail","Successful","",""
"(267) 324-5469","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(313) 272-6848","","","2:21 PM","0:08","1","Live
Answer","Successful","",""
"(313) 531-0381","","","2:21 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 766-5647","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 271-0731","","","2:21 PM","0:34","1","Voice
```

Mail","Successful","",""
"(412) 271-7606","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 594-3628","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 324-4968","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4249","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-5242","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(212) 600-0851","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(212) 842-2378","","","2:21 PM","0:11","1","Live
Answer","Successful","",""
"(215) 227-1781","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-7308","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-5927","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1956","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 969-5918","","","2:21 PM","1:32","1","Voice
Mail","Successful","",""
"(216) 229-8120","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(216) 231-1430","","","2:21 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 231-2161","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-6108","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 321-4787","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 932-7972","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-0687","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-4862","","","2:21 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 837-8398","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 893-7519","","","2:21 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 241-8459","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 691-5178","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-1709","","","2:21 PM","0:18","1","Voice

Mail","Successful","",""
"(215) 329-1743","","","2:21 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 335-1122","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 624-1383","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-7705","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-0067","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 761-3016","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 343-4485","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(312) 620-5223","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 362-1363","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-6535","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 397-3965","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-7749","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 892-5721","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 273-1982","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 273-3411","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(612) 333-3465","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 675-4020","","","2:21 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 752-6552","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2217","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 927-7363","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(212) 206-7725","","","2:21 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 463-0529","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 226-6162","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-7368","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(215) 426-5443","","","2:21 PM","0:18","1","Voice

```
Mail","Successful","",""
"(215) 455-6227","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 533-1901","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6145","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-1661","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 812-0467","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 862-3123","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 369-1710","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 276-1129","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(703) 567-6811","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 268-0282","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 288-5533","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 221-6563","","","2:21 PM","0:01","1","Live
Answer","Successful","",""
"(215) 224-5225","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-2404","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-5158","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9537","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 549-5066","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 722-4930","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-1539","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-8863","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-7995","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 893-9742","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 291-7772","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 433-9820","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 471-1444","","","2:21 PM","0:22","1","Live
```

Answer","Successful","",""
"(773) 268-3081","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5312","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1480","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-8129","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-6985","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-0282","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(215) 739-0539","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-8856","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-5903","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 773-7598","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7242","","","2:21 PM","0:06","1","Live
Answer","Successful","",""
"(313) 892-3637","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-5557","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-6121","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 247-0644","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-4530","","","2:21 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 522-5319","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 823-9606","","","2:21 PM","0:05","1","Live
Answer","Successful","",""
"(773) 924-4427","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 818-7236","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 225-0686","","","2:21 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-3929","","","2:21 PM","0:17","1","Live
Answer","Successful","",""
"(215) 229-2062","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-0542","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 548-0224","","","2:21 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 744-8177","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 271-2355","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 371-1952","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5021","","","2:21 PM","0:15","1","Live
Answer","Successful","",""
"(313) 694-3317","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 548-5030","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1948","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2420","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(215) 722-8373","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-3582","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-4044","","","2:21 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 541-7867","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 288-0422","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 727-2939","","","2:21 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 675-5496","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 891-0262","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 868-1299","","","2:21 PM","0:08","1","Live
Answer","Successful","",""
"(215) 223-1625","","","2:21 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 533-0350","","","2:21 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 533-4904","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5998","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-2514","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-8396","","","2:21 PM","0:02","1","Live
Answer","Successful","",""
"(216) 541-2791","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-5693","","","2:21 PM","0:44","1","Voice

Mail","Successful","",""
"(267) 331-9939","","","2:21 PM","1:34","1","Voice
Mail","Successful","",""
"(267) 344-8837","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-5796","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-9154","","","2:21 PM","0:19","1","Live
Answer","Successful","",""
"(215) 223-1872","","","2:21 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 225-1759","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2595","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-0881","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(216) 441-2303","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(216) 505-5482","","","2:21 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 761-5008","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 909-8648","","","2:21 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 255-4207","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 314-4128","","","2:21 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 893-9850","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 945-3596","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(412) 731-8675","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 478-7789","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(734) 210-0511","","","2:21 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 493-2712","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-5248","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(773) 643-3212","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-6208","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 742-4291","","","2:21 PM","0:16","1","Live
Answer","Successful","",""
"(216) 268-4640","","","2:21 PM","0:22","1","Live

Answer","Successful","",""
"(216) 932-7969","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 344-8355","","","2:21 PM","0:07","1","Live
Answer","Successful","",""
"(313) 532-4689","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-5035","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-5612","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-3162","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 241-6725","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-2817","","","2:21 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 564-1606","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-2073","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-8462","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-2373","","","2:21 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 224-6271","","","2:21 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 228-4770","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-4876","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-6279","","","2:21 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 331-4267","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4167","","","2:21 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-5380","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 426-4492","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-7789","","","2:21 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 927-5008","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-1328","","","2:21 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 432-7106","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-0733","","","2:21 PM","0:23","1","Live

Answer","Successful","",""
"(313) 839-8779","","","2:21 PM","0:20","1","Live
Answer","Successful","",""
"(773) 522-0260","","","2:21 PM","0:02","2","Live
Answer","Successful","",""
"(773) 768-4281","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-0381","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 223-8661","","","2:21 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2308","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-9737","","","2:21 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-2175","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-3768","","","2:21 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 613-7798","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-0927","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 271-2703","","","2:21 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-7233","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-3051","","","2:21 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-2948","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(347) 836-4508","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(773) 731-6865","","","2:21 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 224-1680","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1158","","","2:21 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-5296","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-8944","","","2:21 PM","0:15","1","Live
Answer","Successful","",""
"(215) 722-1719","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 745-1659","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-2147","","","2:21 PM","0:21","1","Live
Answer","Successful","",""
"(312) 897-7832","","","2:21 PM","0:03","1","Live

Answer","Successful","",""
"(313) 255-8992","","","2:21 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-7135","","","2:21 PM","0:22","2","Live
Answer","Successful","",""
"(313) 538-4750","","","2:21 PM","0:54","1","Voice
Mail","Successful","",""
"(313) 592-8052","","","2:21 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 766-5129","","","2:21 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 471-0766","","","2:21 PM","0:23","1","Live
Answer","Successful","",""
"(646) 344-1585","","","2:21 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 312-9438","","","2:21 PM","0:28","1","Voice
Mail","Successful","",""
"(708) 858-0721","","","2:21 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 475-6263","","","2:21 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 762-0115","","","2:21 PM","0:23","2","Live
Answer","Successful","",""
"(215) 221-6078","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-2076","","","2:22 PM","0:34","2","Voice
Mail","Successful","",""
"(216) 321-8726","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 383-8960","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-6005","","","2:22 PM","0:57","1","Voice
Mail","Successful","",""
"(313) 340-2509","","","2:22 PM","0:05","1","Live
Answer","Successful","",""
"(412) 242-3535","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 285-2064","","","2:22 PM","0:52","1","Voice
Mail","Successful","",""
"(773) 542-0039","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-3418","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(212) 594-2452","","","2:22 PM","0:21","1","Live
Answer","Successful","",""
"(212) 924-0784","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 225-1367","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7839","","","2:22 PM","0:40","1","Voice

Mail","Successful","",""
"(215) 232-0694","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-4209","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 634-1759","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-3153","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 249-5302","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-9677","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 351-5738","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-1681","","","2:22 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 762-3234","","","2:22 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 966-4176","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 758-1588","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-2871","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 232-1986","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4806","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 548-0527","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 904-8423","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 721-3813","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 851-0469","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 368-5849","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-6831","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 537-6714","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-8333","","","2:22 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 893-7944","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(646) 864-2156","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-5611","","","2:22 PM","0:22","1","Live

Answer","Successful","",""
"(773) 521-8159","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 929-9119","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-1646","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-3484","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-1975","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-7142","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 288-2570","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 289-8929","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 333-2141","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 333-9621","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 904-8316","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 927-8261","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 451-5941","","","2:22 PM","0:53","1","Voice
Mail","Successful","",""
"(216) 761-1923","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 938-7760","","","2:22 PM","0:24","1","Live
Answer","Successful","",""
"(313) 255-0361","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 535-2346","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 256-0315","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-8037","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 565-4452","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 978-2287","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-3273","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 224-7569","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 342-7784","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(215) 426-5181","","","2:22 PM","0:37","1","Voice

Mail","Successful","",""
"(215) 624-0206","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 989-4834","","","2:22 PM","0:03","1","Voice
Mail","Successful","",""
"(216) 681-2905","","","2:22 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 366-2488","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-4121","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 387-9363","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 521-1882","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 541-2009","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 694-3094","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3278","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-9447","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-3390","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(212) 367-8068","","","2:22 PM","0:20","1","Voice
Mail","Successful","",""
"(215) 223-1548","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 236-2563","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-8554","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-1641","","","2:22 PM","0:27","2","Voice
Mail","Successful","",""
"(215) 552-2192","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(215) 744-1922","","","2:22 PM","0:01","1","Live
Answer","Successful","",""
"(216) 229-8142","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 391-3240","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(267) 455-0413","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-9925","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-5505","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-8706","","","2:22 PM","0:08","1","Voice

Mail","Successful","",""
"(313) 538-8827","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 588-3048","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 835-1103","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-5378","","","2:22 PM","0:50","1","Voice
Mail","Successful","",""
"(773) 493-0012","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 523-6727","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-0535","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-7410","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 427-3162","","","2:22 PM","0:20","1","Live
Answer","Successful","",""
"(212) 594-9295","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(212) 630-0230","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-8434","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-1631","","","2:22 PM","0:07","1","Live
Answer","Successful","",""
"(215) 332-3246","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-6827","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1040","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 765-2329","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-1531","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-4345","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 541-6314","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(267) 519-2933","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 761-9367","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-0497","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-6967","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(313) 537-3250","","","2:22 PM","0:27","1","Voice

```
Mail","Successful","",""
"(313) 538-9126","","","2:22 PM","0:18","3","Live
Answer","Successful","",""
"(313) 977-9276","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-9596","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(412) 271-2622","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(773) 254-4017","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(215) 224-6903","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-8714","","","2:22 PM","0:15","1","Live
Answer","Successful","",""
"(215) 229-7790","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 537-5749","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 321-6228","","","2:22 PM","0:21","1","Live
Answer","Successful","",""
"(216) 795-1691","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 687-7171","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 255-9059","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-1775","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-3665","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-7868","","","2:22 PM","0:22","1","Voice
Mail","Successful","",""
"(412) 727-6261","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(440) 276-1175","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 478-8641","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 241-7133","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 451-0601","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-0621","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 538-2274","","","2:22 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 565-4947","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 225-0551","","","2:22 PM","0:23","2","Live
```

```
Answer","Successful","",""
"(215) 227-3609","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-4090","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-4920","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-6395","","","2:22 PM","1:04","1","Voice
Mail","Successful","",""
"(215) 426-4932","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 742-0142","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-5877","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 978-5921","","","2:22 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 451-5319","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 912-8811","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-0030","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(313) 535-1892","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-8536","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-1405","","","2:22 PM","0:07","1","Voice
Mail","Successful","",""
"(412) 795-1648","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(773) 221-1938","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(212) 675-6401","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(212) 989-0624","","","2:22 PM","0:04","1","Live
Answer","Successful","",""
"(215) 229-6026","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-6753","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-2808","","","2:22 PM","1:28","1","Voice
Mail","Successful","",""
"(216) 431-4985","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 836-5760","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 924-0268","","","2:22 PM","0:54","1","Voice
Mail","Successful","",""
"(412) 243-3453","","","2:22 PM","0:22","1","Live
```

Answer","Successful","",""
"(610) 435-2631","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-5194","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-2844","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-1094","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2127","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-3204","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-3158","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-3300","","","2:22 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 765-1343","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(215) 927-2245","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-8771","","","2:22 PM","0:14","1","Live
Answer","Successful","",""
"(216) 721-0920","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-1741","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 258-0216","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 324-3771","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 305-7116","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-0965","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 537-8909","","","2:22 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 651-9189","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 731-7873","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 835-8259","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 837-5518","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-9126","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 451-0835","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 684-4990","","","2:22 PM","0:23","1","Live

Answer","Successful","",""
"(773) 820-7924","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(872) 244-3455","","","2:22 PM","0:01","1","Live
Answer","Successful","",""
"(215) 224-4894","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-0756","","","2:22 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 332-6025","","","2:22 PM","0:05","1","Live
Answer","Successful","",""
"(215) 425-4326","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6863","","","2:22 PM","0:11","1","Live
Answer","Successful","",""
"(216) 541-5251","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 519-3140","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 326-6346","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-7079","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-8536","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3725","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 351-0563","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 924-3938","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 228-1427","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 324-5623","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-2306","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-8619","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-8149","","","2:22 PM","0:10","1","Live
Answer","Successful","",""
"(215) 924-4043","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 721-0686","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-5843","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 519-3299","","","2:22 PM","0:22","2","Live
Answer","Successful","",""
"(267) 538-5022","","","2:22 PM","0:39","1","Voice

```
Mail","Successful","",""
"(313) 531-6479","","","2:22 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 538-9282","","","2:22 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 892-5856","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 242-6590","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 522-0697","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 223-2146","","","2:22 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 424-3505","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 456-0663","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1453","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 319-1081","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 535-8045","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(313) 537-8087","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-6069","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-7932","","","2:22 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 837-5940","","","2:22 PM","0:14","1","Live
Answer","Successful","",""
"(313) 892-4986","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 391-0488","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0660","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 493-7968","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 721-6236","","","2:22 PM","0:12","1","Live
Answer","Successful","",""
"(212) 420-0133","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 564-0651","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(212) 600-5285","","","2:22 PM","0:21","1","Live
Answer","Successful","",""
"(215) 221-5124","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-2824","","","2:22 PM","0:33","2","Voice
```

Mail","Successful","",""
"(215) 279-7765","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-7440","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-9069","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 342-1380","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-5580","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 932-0103","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-6575","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 244-1313","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 528-4991","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 947-8791","","","2:22 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 221-1283","","","2:22 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 223-9181","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6232","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-0942","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 205-4431","","","2:22 PM","0:14","3","Live
Answer","Successful","",""
"(216) 229-4465","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0395","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 268-1196","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 273-7716","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 505-5951","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 335-2248","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 532-1312","","","2:22 PM","0:14","1","Live
Answer","Successful","",""
"(313) 535-5409","","","2:22 PM","0:13","1","Live
Answer","Successful","",""
"(313) 538-4436","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 766-5592","","","2:22 PM","0:31","1","Voice

Mail","Successful","",""
"(313) 766-6594","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(810) 333-7831","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 828-8515","","","2:22 PM","0:08","1","Live
Answer","Successful","",""
"(215) 232-4733","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 333-5266","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 457-4780","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1325","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-3948","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-6526","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4354","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2125","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 924-2567","","","2:22 PM","0:23","2","Live
Answer","Successful","",""
"(216) 441-2888","","","2:22 PM","0:15","1","Live
Answer","Successful","",""
"(267) 331-6192","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-9464","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-0950","","","2:22 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 538-4843","","","2:22 PM","0:07","1","Live
Answer","Successful","",""
"(313) 893-5482","","","2:22 PM","0:14","1","Live
Answer","Successful","",""
"(703) 821-3177","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-8209","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 242-8076","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-4406","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 333-5775","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-4077","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 537-8168","","","2:22 PM","0:23","1","Live

Answer","Successful","",""
"(215) 743-5829","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 417-6546","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 451-3377","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0895","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 860-4807","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(216) 932-3677","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(248) 845-6385","","","2:22 PM","0:10","1","Live
Answer","Successful","",""
"(267) 336-7497","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-9753","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 532-3344","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-3923","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 536-0887","","","2:22 PM","0:20","1","Voice
Mail","Successful","",""
"(872) 244-7688","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 244-7763","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 246-0421","","","2:22 PM","0:18","1","Live
Answer","Successful","",""
"(215) 333-5549","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 708-2254","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-3445","","","2:22 PM","0:11","1","Live
Answer","Successful","",""
"(216) 421-1029","","","2:22 PM","0:22","3","Live
Answer","Successful","",""
"(216) 681-4156","","","2:22 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 368-9618","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-1378","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 904-3957","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-8121","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 980-0408","","","2:22 PM","0:22","1","Live

Answer","Successful","",""
"(215) 457-1387","","","2:22 PM","0:22","3","Live
Answer","Successful","",""
"(215) 535-3979","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-5369","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 684-2062","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 743-5232","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 541-3047","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 296-4513","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 372-8499","","","2:22 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 534-9169","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-7123","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(703) 528-7677","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 285-0243","","","2:22 PM","0:14","2","Live
Answer","Successful","",""
"(773) 483-5962","","","2:22 PM","0:08","1","Live
Answer","Successful","",""
"(773) 522-3825","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-9888","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 752-0311","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 228-0832","","","2:22 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 228-7806","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-1640","","","2:22 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 333-6040","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 745-9797","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 481-7909","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-8218","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2139","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 938-7983","","","2:22 PM","0:12","1","Live

```
Answer","Successful","",""
"(313) 538-2233","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 471-2543","","","2:22 PM","0:26","1","Voice
Mail","Successful","",""
"(773) 437-5725","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-4027","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 522-7825","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-7755","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 855-5373","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-7096","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-2897","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-7078","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 424-6499","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-1075","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-4346","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5522","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-6420","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 335-5897","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 519-2071","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-0661","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-3422","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 533-7305","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 533-8308","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-7749","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 541-1605","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 893-6283","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 374-0869","","","2:22 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 235-8013","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-4971","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-1198","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 427-3134","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1514","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-0208","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 739-5110","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-0890","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 826-0519","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 247-7938","","","2:22 PM","0:27","2","Voice
Mail","Successful","",""
"(773) 731-8480","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 855-8040","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-4395","","","2:22 PM","0:14","1","Live
Answer","Successful","",""
"(212) 755-3180","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-0267","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-0287","","","2:22 PM","0:58","1","Voice
Mail","Successful","",""
"(215) 424-1083","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-1150","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-4538","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-8757","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 383-7003","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 531-6195","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 716-4686","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(312) 871-0942","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-1537","","","2:22 PM","0:00","3","Busy
```

Signal","Unsuccessful","",""
"(313) 368-2169","","","2:22 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 372-6574","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-6257","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-4990","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 281-2525","","","2:22 PM","1:34","1","Voice
Mail","Successful","",""
"(412) 371-7219","","","2:22 PM","1:33","1","Voice
Mail","Successful","",""
"(412) 434-7811","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(703) 465-2479","","","2:22 PM","0:08","1","Live
Answer","Successful","",""
"(773) 221-7706","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 420-3892","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 731-8328","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-6757","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-3228","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-4302","","","2:22 PM","0:12","1","Live
Answer","Successful","",""
"(216) 426-8779","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 429-1924","","","2:22 PM","0:11","1","Voice
Mail","Successful","",""
"(216) 451-6588","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 731-6665","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-2512","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 531-9193","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-7477","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 538-5126","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 241-9119","","","2:22 PM","0:44","2","Voice
Mail","Successful","",""
"(773) 324-6473","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 530-0702","","","2:22 PM","0:17","1","Voice

Mail","Successful","",""
"(773) 891-2201","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7529","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 224-7801","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 333-0903","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 535-1540","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-7891","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 229-5281","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 481-8063","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 428-5931","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 472-5232","","","2:22 PM","0:20","3","Live
Answer","Successful","",""
"(313) 533-5640","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-5310","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 281-1872","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 351-1521","","","2:22 PM","0:42","2","Voice
Mail","Successful","",""
"(773) 285-3630","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 425-2960","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-6319","","","2:22 PM","0:21","1","Voice
Mail","Successful","",""
"(215) 765-5876","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-6279","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 721-0919","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 938-8161","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 519-9818","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 521-2975","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-4273","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 261-6996","","","2:22 PM","0:22","2","Live

```
Answer","Successful","",""
"(412) 271-1431","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-0246","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-3074","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 641-8618","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 675-4548","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2809","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-0621","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-2550","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-6471","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-6805","","","2:22 PM","0:22","2","Live
Answer","Successful","",""
"(215) 624-6569","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-6206","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-2382","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-9250","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 886-8871","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-3582","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 531-0005","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-9531","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 646-4600","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-2133","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-9126","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 226-3809","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-3819","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 332-7189","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-8307","","","2:22 PM","0:17","1","Live
```

Answer","Successful","",""
"(215) 743-6473","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-8231","","","2:22 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 978-5158","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 641-9243","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-5047","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 335-3190","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 531-5516","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-6595","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-1672","","","2:22 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 223-1750","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-1977","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-0174","","","2:22 PM","1:02","1","Voice
Mail","Successful","",""
"(215) 423-9266","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-1701","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 722-3892","","","2:22 PM","0:23","2","Live
Answer","Successful","",""
"(216) 851-5969","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 731-1060","","","2:22 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 366-8542","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-5895","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(313) 537-9698","","","2:22 PM","0:05","3","Live
Answer","Successful","",""
"(313) 538-2122","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 241-8070","","","2:22 PM","0:26","1","Voice
Mail","Successful","",""
"(773) 277-3827","","","2:22 PM","0:12","1","Live
Answer","Successful","",""
"(773) 374-8449","","","2:22 PM","0:11","1","Voice
Mail","Successful","",""
"(773) 624-8002","","","2:22 PM","0:39","1","Voice

Mail","Successful","",""
"(773) 667-6410","","","2:22 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 331-7490","","","2:22 PM","0:12","1","Live
Answer","Successful","",""
"(215) 425-6113","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2175","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 427-0598","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(215) 739-3875","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 742-0959","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 745-5006","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 924-1873","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4734","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-5109","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-5483","","","2:22 PM","0:55","1","Voice
Mail","Successful","",""
"(216) 727-8743","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 851-5298","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-0253","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 531-1810","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 605-0656","","","2:22 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 285-1776","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 643-2897","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 695-7039","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 706-8192","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 935-4891","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-1319","","","2:22 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 455-3048","","","2:22 PM","1:29","1","Voice
Mail","Successful","",""
"(216) 505-5891","","","2:22 PM","0:31","1","Voice

Mail","Successful","",""
"(313) 366-5879","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 397-4264","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 534-0991","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7381","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(313) 891-4507","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-3590","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 528-8855","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(708) 803-2593","","","2:22 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 493-8104","","","2:22 PM","0:20","1","Live
Answer","Successful","",""
"(773) 521-7860","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 633-2518","","","2:22 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 853-3871","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 564-2960","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 329-4728","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 329-5982","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-5708","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-3512","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(215) 634-6856","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-1091","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-6396","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(216) 451-2962","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-5694","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-2908","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-3802","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 236-3126","","","2:22 PM","0:32","1","Voice

Mail","Successful","",""
"(215) 331-1975","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 332-3914","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-6309","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 600-5939","","","2:22 PM","0:46","1","Voice
Mail","Successful","",""
"(267) 773-7151","","","2:22 PM","0:05","1","Live
Answer","Successful","",""
"(313) 273-8808","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7128","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 836-9294","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 244-8288","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 586-7092","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-7609","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-9714","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-9022","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-2234","","","2:22 PM","0:05","3","Live
Answer","Successful","",""
"(773) 721-5849","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-6063","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 847-0823","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(215) 226-4159","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 226-6026","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-2187","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 229-6705","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 342-6029","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1377","","","2:22 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 548-2769","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 763-6515","","","2:22 PM","0:40","1","Voice

Mail","Successful","",""
"(216) 249-8977","","","2:22 PM","0:18","1","Live
Answer","Successful","",""
"(216) 321-2225","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4834","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-5810","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 532-4547","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7418","","","2:22 PM","0:05","1","Live
Answer","Successful","",""
"(412) 281-9773","","","2:22 PM","1:14","1","Voice
Mail","Successful","",""
"(412) 687-8435","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-1819","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 731-7057","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 769-9127","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-5508","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 706-2131","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1707","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 232-4645","","","2:22 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 236-4439","","","2:22 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 331-1057","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-3870","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-2796","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3180","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-0265","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-7618","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 605-0111","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0352","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-5029","","","2:22 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 221-5157","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(215) 225-2698","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-6589","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-1615","","","2:22 PM","1:00","3","Voice
Mail","Successful","",""
"(215) 425-1318","","","2:22 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 426-9330","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-2428","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4705","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 334-5003","","","2:22 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 531-5134","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 538-3022","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 694-3206","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-6338","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4320","","","2:22 PM","0:44","2","Voice
Mail","Successful","",""
"(773) 721-6944","","","2:22 PM","0:19","1","Voice
Mail","Successful","",""
"(212) 564-2199","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(212) 643-2870","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-5834","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-0803","","","2:22 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 229-2201","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 232-2296","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-3517","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-4275","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-6267","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-3147","","","2:22 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 739-4183","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 745-3054","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-1453","","","2:22 PM","0:21","1","Live
Answer","Successful","",""
"(313) 255-6316","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 369-2785","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-0351","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-6447","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 835-6991","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-0716","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-1297","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 687-4689","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(571) 257-7179","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-8572","","","2:22 PM","0:20","1","Live
Answer","Successful","",""
"(773) 752-4677","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(917) 472-7061","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 223-4246","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-7427","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 289-7287","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-5930","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 548-7370","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-3484","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 231-7351","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-3706","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 761-3802","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 883-4502","","","2:22 PM","0:00","3","Busy

```
Signal","Unsuccessful","",""
"(312) 549-2181","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-4059","","","2:22 PM","0:12","1","Voice
Mail","Successful","",""
"(313) 537-3129","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-4218","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-1423","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 248-0561","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 522-0849","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 536-0333","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(773) 762-7348","","","2:22 PM","0:16","3","Live
Answer","Successful","",""
"(773) 902-2751","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-2575","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-6779","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-1731","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-2896","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-0439","","","2:22 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 427-1451","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 531-0793","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-3172","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-2792","","","2:22 PM","0:23","3","Live
Answer","Successful","",""
"(267) 686-7141","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 535-2510","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 541-7310","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 766-7408","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(646) 964-5094","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 548-1061","","","2:22 PM","0:51","1","Voice
```

Mail","Successful","",""
"(773) 855-2184","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 223-0592","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 989-1635","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-1174","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-5622","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-3829","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-4006","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-4164","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-8674","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 658-8260","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-0064","","","2:22 PM","0:13","3","Live
Answer","Successful","",""
"(216) 851-5868","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(312) 307-0567","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 538-8652","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 835-0526","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-6958","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(571) 431-7492","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 521-9053","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 684-9732","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 684-9860","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-1343","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-2018","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-7051","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 437-9046","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 365-4539","","","2:22 PM","0:32","1","Voice

```
Mail","Successful","",""
"(313) 537-3056","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-3317","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 581-3416","","","2:22 PM","0:01","1","Live
Answer","Successful","",""
"(212) 647-1524","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 332-8908","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-3082","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-3343","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-4713","","","2:22 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 634-8527","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-9314","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4427","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 932-2128","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-0346","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 531-2657","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-3922","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 537-9268","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 733-6573","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 621-8087","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-5471","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 542-7567","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-7229","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(215) 223-0413","","","2:22 PM","0:07","1","Live
Answer","Successful","",""
"(215) 225-0966","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1379","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-3950","","","2:22 PM","0:18","1","Voice
```

Mail","Successful","",""
"(215) 229-1324","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 624-0145","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-6741","","","2:22 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 763-3544","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 429-9412","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-3505","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-8322","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-1481","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 532-4722","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-2336","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-8768","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-6068","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(347) 599-0263","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-4593","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 371-5456","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-8246","","","2:22 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 548-4006","","","2:22 PM","0:18","1","Live
Answer","Successful","",""
"(212) 337-9862","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(215) 223-1787","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-6810","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-7065","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3964","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-0151","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-4305","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(215) 332-2452","","","2:22 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 425-7886","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 743-2040","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 924-1933","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-2821","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(216) 361-1055","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 851-7065","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 397-3677","","","2:22 PM","0:18","1","Live
Answer","Successful","",""
"(313) 412-2439","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 731-2296","","","2:22 PM","0:04","2","Live
Answer","Successful","",""
"(773) 363-8633","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-2211","","","2:22 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 734-0278","","","2:22 PM","0:43","1","Voice
Mail","Successful","",""
"(212) 929-8969","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-4522","","","2:22 PM","0:14","1","Live
Answer","Successful","",""
"(215) 331-2033","","","2:22 PM","0:22","2","Live
Answer","Successful","",""
"(215) 333-1020","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 739-5444","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 281-6877","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-5672","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-2551","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-5487","","","2:22 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 541-3546","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-4501","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-5225","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 926-6453","","","2:22 PM","0:40","1","Voice
```

Mail","Successful","",""
"(773) 277-2162","","","2:22 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 684-3566","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 924-0486","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 971-0255","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 221-6102","","","2:22 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 228-5711","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 332-8918","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 342-5611","","","2:22 PM","0:20","1","Live
Answer","Successful","",""
"(215) 549-1560","","","2:22 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 549-4277","","","2:22 PM","1:35","1","Voice
Mail","Successful","",""
"(216) 415-5665","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 533-1242","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(313) 731-7413","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-6982","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 243-7406","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 247-5484","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-1716","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-4415","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 342-2340","","","2:22 PM","0:04","1","Live
Answer","Successful","",""
"(215) 425-6505","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-1544","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-9012","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5137","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-4796","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 761-8334","","","2:22 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(216) 791-3552","","","2:22 PM","0:29","2","Voice
Mail","Successful","",""
"(216) 851-7520","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-3103","","","2:22 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 543-7725","","","2:22 PM","0:02","1","Live
Answer","Successful","",""
"(412) 242-7105","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(734) 330-2682","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 277-5581","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 277-7978","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 277-9382","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-0585","","","2:22 PM","0:15","1","Live
Answer","Successful","",""
"(773) 667-6588","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 221-9097","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-5980","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-2749","","","2:22 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 276-4397","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 289-5817","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-3007","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 684-1485","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 321-4166","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-1437","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-0628","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6787","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 519-8155","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-1810","","","2:22 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 537-2645","","","2:22 PM","0:17","1","Live
```

```
Answer","Successful","",""
"(773) 324-4436","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-2401","","","2:22 PM","0:05","1","Live
Answer","Successful","",""
"(215) 225-1384","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-7998","","","2:22 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-7164","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-0086","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-9274","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 634-6940","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-3509","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 743-4580","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-1596","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 270-7758","","","2:22 PM","0:24","1","Live
Answer","Successful","",""
"(313) 334-5667","","","2:22 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 532-9106","","","2:22 PM","0:19","1","Live
Answer","Successful","",""
"(412) 271-6254","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-0256","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 277-1158","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-0278","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 475-6899","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-0512","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-8554","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 721-9980","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-6479","","","2:22 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 224-7653","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1880","","","2:22 PM","0:44","1","Voice
```

Mail","Successful","",""
"(215) 235-2174","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-3246","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-4133","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-0954","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(267) 388-5871","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 437-3045","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 639-9052","","","2:22 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 527-2552","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-2916","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(773) 221-0467","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-9171","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-3108","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(872) 244-3211","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(212) 924-5154","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-9356","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7786","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-7340","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-3313","","","2:22 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 324-1239","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-9791","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 338-1507","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-9443","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 437-9377","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-6617","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 551-4571","","","2:22 PM","0:24","1","Live

```
Answer","Successful","",""
"(215) 722-2732","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 742-2955","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 249-9682","","","2:22 PM","0:47","1","Voice
Mail","Successful","",""
"(216) 441-0015","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(216) 465-9347","","","2:22 PM","0:05","3","Live
Answer","Successful","",""
"(312) 450-1675","","","2:22 PM","1:38","1","Voice
Mail","Successful","",""
"(313) 533-8496","","","2:22 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 533-9786","","","2:22 PM","0:20","1","Live
Answer","Successful","",""
"(313) 892-9234","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-6635","","","2:22 PM","0:05","1","Live
Answer","Successful","",""
"(412) 281-7490","","","2:22 PM","0:17","2","Voice
Mail","Successful","",""
"(773) 643-8453","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-8839","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7834","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-1592","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(215) 226-3792","","","2:22 PM","0:06","1","Live
Answer","Successful","",""
"(215) 228-5438","","","2:22 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 232-2434","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-1028","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 437-7912","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-2593","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0385","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-7291","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-7206","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 693-4473","","","2:22 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(773) 324-3099","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-8247","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 801-1829","","","2:22 PM","0:04","1","Live
Answer","Successful","",""
"(215) 225-8280","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 235-5879","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-1156","","","2:22 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 335-1905","","","2:22 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 338-4287","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-6104","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-3713","","","2:22 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 739-1772","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 341-1171","","","2:22 PM","0:04","1","Live
Answer","Successful","",""
"(216) 721-8132","","","2:22 PM","0:24","1","Live
Answer","Successful","",""
"(216) 761-2061","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-5983","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 733-4085","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 837-7902","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 247-7652","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 314-4121","","","2:22 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 254-1456","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5321","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 493-7446","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 216-9416","","","2:22 PM","0:22","3","Live
Answer","Successful","",""
"(215) 235-1222","","","2:22 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 332-4714","","","2:22 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 423-4528","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-6011","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 883-9646","","","2:22 PM","0:44","1","Voice
Mail","Successful","",
"(313) 535-4549","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(313) 694-3958","","","2:22 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-2753","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 557-3780","","","2:22 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 565-4345","","","2:22 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 667-5630","","","2:22 PM","0:33","1","Voice
Mail","Successful","",
"(773) 667-6101","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-8068","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-2218","","","2:22 PM","0:23","1","Live
Answer","Successful","",
"(215) 423-4028","","","2:22 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 457-8064","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(215) 533-6418","","","2:22 PM","0:22","1","Live
Answer","Successful","",
"(215) 621-7744","","","2:22 PM","0:23","2","Live
Answer","Successful","",""
"(215) 624-3517","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 624-4568","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-5135","","","2:22 PM","0:23","3","Live
Answer","Successful","",""
"(215) 765-2345","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 856-3031","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 229-8274","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-1849","","","2:22 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 249-8282","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-4916","","","2:22 PM","0:16","1","Voice

```
Mail","Successful","",""
"(216) 932-6475","","","2:22 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 999-7123","","","2:22 PM","0:21","1","Voice
Mail","Successful","",""
"(267) 273-0674","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 314-8692","","","2:22 PM","1:24","1","Voice
Mail","Successful","",""
"(313) 368-1914","","","2:22 PM","0:07","1","Live
Answer","Successful","",""
"(313) 526-7021","","","2:22 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 534-7329","","","2:22 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 892-8765","","","2:22 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 731-0481","","","2:22 PM","0:34","1","Voice
Mail","Successful","",""
"(612) 371-9988","","","2:22 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 363-4465","","","2:22 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 521-5260","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-3930","","","2:22 PM","0:02","1","Live
Answer","Successful","",""
"(215) 224-6062","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-3687","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-1084","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 331-1046","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2648","","","2:22 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 851-8014","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-6672","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 532-2068","","","2:22 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 471-0978","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(708) 665-6050","","","2:22 PM","0:05","1","Voice
Mail","Successful","",""
"(773) 268-2869","","","2:22 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 731-0814","","","2:22 PM","0:36","1","Voice
```

Mail","Successful","",""
"(773) 855-8711","","","2:22 PM","0:20","1","Voice
Mail","Successful","",""
"(212) 426-4033","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 842-1228","","","2:22 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1294","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1697","","","2:22 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 232-5609","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-1509","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-0729","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-2425","","","2:22 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 426-0176","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-1111","","","2:22 PM","2:09","1","Voice
Mail","Successful","",""
"(215) 621-6821","","","2:22 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 745-0469","","","2:22 PM","0:16","1","Live
Answer","Successful","",""
"(216) 268-3957","","","2:22 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 527-7743","","","2:22 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-7550","","","2:22 PM","0:01","1","Live
Answer","Successful","",""
"(703) 243-2405","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(703) 525-0967","","","2:22 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-5077","","","2:22 PM","0:17","1","Live
Answer","Successful","",""
"(773) 522-2035","","","2:22 PM","0:22","1","Live
Answer","Successful","",""
"(212) 695-4751","","","2:23 PM","0:11","1","Live
Answer","Successful","",""
"(215) 223-3221","","","2:23 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 229-5248","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 329-7406","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-8055","","","2:23 PM","0:08","1","Live

```
Answer","Successful","",""
"(215) 423-1745","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 543-9641","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-0306","","","2:23 PM","0:01","1","Live
Answer","Successful","",""
"(215) 613-6213","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 769-1744","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-5824","","","2:23 PM","0:21","1","Voice
Mail","Successful","",""
"(216) 795-5763","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(267) 225-4330","","","2:23 PM","0:49","1","Voice
Mail","Successful","",""
"(267) 297-7255","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 886-8377","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-9881","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 368-8975","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 534-1228","","","2:23 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 683-1945","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 373-3947","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 522-3186","","","2:23 PM","0:18","1","Live
Answer","Successful","",""
"(212) 807-0422","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 235-2629","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-6714","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-5424","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-1081","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-7846","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-3994","","","2:23 PM","0:20","1","Live
Answer","Successful","",""
"(313) 766-7537","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 826-1752","","","2:23 PM","0:06","1","Live
```

Answer","Successful","",""
"(412) 683-5423","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-1970","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 373-2289","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(872) 281-5645","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(215) 225-3980","","","2:23 PM","0:23","2","Live
Answer","Successful","",""
"(215) 226-4528","","","2:23 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 227-0756","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 329-9629","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1973","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-5821","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-0806","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-4408","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 322-3468","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 387-5954","","","2:23 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 531-8629","","","2:23 PM","0:02","1","Live
Answer","Successful","",""
"(313) 535-0430","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-5203","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 241-0495","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 542-0647","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 548-6503","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-2364","","","2:23 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 244-3401","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-1028","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 335-3614","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-1118","","","2:23 PM","0:43","1","Voice

```
Mail","Successful","",""
"(215) 426-2464","","","2:23 PM","0:13","1","Live
Answer","Successful","",""
"(215) 457-7397","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 531-7967","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-4461","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7523","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 794-4837","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-5254","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 374-6835","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 224-2228","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-1520","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-3761","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0809","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 273-1595","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 723-8848","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 221-4545","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(773) 667-0934","","","2:23 PM","0:45","1","Voice
Mail","Successful","",""
"(212) 924-4928","","","2:23 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 235-7373","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 288-4377","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 329-1724","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-5333","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-5947","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-8674","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 761-5375","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-2830","","","2:23 PM","0:12","1","Live
```

Answer","Successful","",""
"(313) 532-6276","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-5716","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-1828","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-0497","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(412) 681-0460","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 768-9555","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 947-8007","","","2:23 PM","1:09","1","Voice
Mail","Successful","",""
"(215) 224-0497","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-6840","","","2:23 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 333-2478","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-8325","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-1752","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 425-4048","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 426-5615","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 549-0872","","","2:23 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 763-3024","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 271-5782","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 314-8657","","","2:23 PM","1:41","1","Voice
Mail","Successful","",""
"(267) 455-0331","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-7359","","","2:23 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 366-3198","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 271-1425","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 381-7180","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-4562","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(773) 521-9444","","","2:23 PM","0:23","1","Live

Answer","Successful","",""
"(212) 425-0019","","","2:23 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 223-9910","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-6810","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-0350","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 331-8747","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 332-6223","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-7637","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 541-8737","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 532-5869","","","2:23 PM","0:22","2","Live
Answer","Successful","",""
"(313) 838-6807","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 891-8037","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-2715","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-6160","","","2:23 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 527-9151","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 268-3430","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 277-1521","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 487-3060","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 521-9456","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-7034","","","2:23 PM","0:09","1","Live
Answer","Successful","",""
"(773) 768-1919","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 695-7728","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2481","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-1781","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3316","","","2:23 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 425-2839","","","2:23 PM","0:16","1","Live

Answer","Successful","",""
"(215) 427-1790","","","2:23 PM","0:14","1","Live
Answer","Successful","",""
"(215) 722-5383","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 743-4534","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 641-6855","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-7919","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 412-2376","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 473-8731","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 731-7358","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-9493","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 243-8390","","","2:23 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 373-4144","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 227-5755","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-3029","","","2:23 PM","0:17","3","Live
Answer","Successful","",""
"(215) 708-8720","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-2669","","","2:23 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 541-2918","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 731-1846","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-1987","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-2608","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 373-3421","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 924-9070","","","2:23 PM","0:18","1","Live
Answer","Successful","",""
"(212) 925-3511","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 223-9712","","","2:23 PM","1:39","1","Voice
Mail","Successful","",""
"(215) 232-6176","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 324-9449","","","2:23 PM","0:23","1","Live

Answer","Successful","",""
"(215) 329-5007","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-1424","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-1996","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-0379","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1950","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 927-3940","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-9811","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 471-8273","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 519-9526","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-1238","","","2:23 PM","0:01","1","Live
Answer","Successful","",""
"(313) 533-0212","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-3868","","","2:23 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 893-9509","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-6659","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 482-1278","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 277-5807","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 363-3478","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-2153","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 721-0020","","","2:23 PM","0:08","1","Live
Answer","Successful","",""
"(773) 847-0690","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1856","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-7670","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3022","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-8951","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-1372","","","2:23 PM","0:40","1","Voice

Mail","Successful","",""
"(215) 624-1640","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-6975","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 763-1451","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 765-6036","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 249-9060","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-1285","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-2410","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 690-5777","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 761-9926","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 532-4715","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 241-0285","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-7269","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-2318","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(412) 391-1332","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(703) 527-2006","","","2:23 PM","0:10","1","Live
Answer","Successful","",""
"(773) 363-7777","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 731-4203","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 807-6392","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-5007","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 333-1417","","","2:23 PM","1:11","1","Voice
Mail","Successful","",""
"(215) 333-1758","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-2853","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-7883","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-6069","","","2:23 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 904-8731","","","2:23 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 382-9094","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-5856","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-9436","","","2:23 PM","0:48","1","Voice
Mail","Successful","",""
"(412) 242-5453","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-4684","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-9062","","","2:23 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 224-5635","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 291-0453","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-4419","","","2:23 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 324-1876","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-2250","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-8229","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-4161","","","2:23 PM","0:14","1","Live
Answer","Successful","",""
"(216) 273-7403","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 761-9703","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-8637","","","2:23 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 412-2339","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-5817","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 537-5448","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-0151","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 733-6916","","","2:23 PM","0:07","1","Live
Answer","Successful","",""
"(313) 765-2218","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 434-0673","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(484) 772-6012","","","2:23 PM","0:06","1","Live
Answer","Successful","",""
"(773) 221-2217","","","2:23 PM","0:22","1","Live
```

Answer","Successful","",""
"(773) 522-3340","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 890-1331","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(872) 244-7314","","","2:23 PM","0:21","1","Live
Answer","Successful","",""
"(215) 224-2173","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1618","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 333-3726","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 455-0228","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 763-1423","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-0057","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 297-5051","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(267) 687-8739","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 326-6016","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(313) 368-1309","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 532-5699","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 534-1608","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-2815","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 243-5044","","","2:23 PM","0:05","1","Voice
Mail","Successful","",""
"(773) 542-9172","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-6511","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 967-5829","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1103","","","2:23 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 333-1055","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 424-7663","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-2806","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(216) 851-7339","","","2:23 PM","0:23","1","Live

Answer","Successful","",""
"(216) 851-8161","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 343-4702","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-3188","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-3280","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-2559","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-4441","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3735","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7371","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 521-2795","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 243-6162","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 312-7474","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 373-3049","","","2:23 PM","0:05","1","Live
Answer","Successful","",""
"(773) 624-0221","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(773) 641-6745","","","2:23 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 762-6739","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-0414","","","2:23 PM","0:52","1","Voice
Mail","Successful","",""
"(929) 263-1488","","","2:23 PM","0:51","1","Voice
Mail","Successful","",""
"(212) 239-7009","","","2:23 PM","0:11","1","Live
Answer","Successful","",""
"(215) 229-0512","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3195","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 537-0507","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-6603","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 743-7637","","","2:23 PM","0:24","1","Live
Answer","Successful","",""
"(215) 769-1873","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 481-3121","","","2:23 PM","0:23","1","Live

Answer","Successful","",""
"(267) 319-1377","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-9822","","","2:23 PM","0:20","1","Live
Answer","Successful","",""
"(313) 532-3894","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 653-0929","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-0797","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 893-2133","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-2604","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 731-7868","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(708) 714-4246","","","2:23 PM","0:05","1","Live
Answer","Successful","",""
"(773) 277-0784","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 902-7151","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 675-5461","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-2758","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-0948","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-8495","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 686-5151","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 687-8959","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-5504","","","2:23 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 368-5550","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-3749","","","2:23 PM","0:18","1","Live
Answer","Successful","",""
"(313) 541-3292","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 694-3406","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 562-1419","","","2:23 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 277-9784","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 548-8234","","","2:23 PM","0:17","1","Voice

Mail","Successful","",""
"(212) 989-3226","","","2:23 PM","0:14","1","Live
Answer","Successful","",""
"(215) 223-2528","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-5567","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 289-2785","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 333-7551","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-3590","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 787-2929","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 486-7619","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-6363","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-4839","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 541-5084","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3138","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 891-4448","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-0754","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-7805","","","2:23 PM","0:13","1","Live
Answer","Successful","",""
"(773) 542-1091","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 753-9869","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-2736","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 268-3245","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-3771","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 228-4353","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 253-3438","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-8453","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-9384","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 533-8339","","","2:23 PM","0:33","1","Voice

Mail","Successful","",""
"(215) 621-8847","","","2:23 PM","0:05","1","Voice
Mail","Successful","",""
"(216) 912-8404","","","2:23 PM","0:05","1","Live
Answer","Successful","",""
"(267) 639-6106","","","2:23 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 531-8327","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-1840","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(484) 372-3405","","","2:23 PM","0:03","1","Live
Answer","Successful","",""
"(773) 363-0122","","","2:23 PM","0:13","1","Live
Answer","Successful","",""
"(773) 376-8927","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-0782","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-2936","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 842-8471","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-6468","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 236-0673","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-7383","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-1779","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 549-9886","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 708-1589","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 909-8513","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-7213","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(313) 307-8625","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-7852","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5585","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-0431","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-4812","","","2:23 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 242-1849","","","2:23 PM","0:40","1","Voice

```
Mail","Successful","",""
"(703) 276-1209","","","2:23 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 285-1906","","","2:23 PM","0:05","1","Live
Answer","Successful","",""
"(773) 363-3558","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-5149","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-3379","","","2:23 PM","0:20","3","Live
Answer","Successful","",""
"(773) 891-0272","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-4282","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(212) 217-9122","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-6415","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-9581","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 457-4806","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 721-6820","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 335-5684","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-2025","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 531-6606","","","2:23 PM","0:22","2","Live
Answer","Successful","",""
"(313) 592-4692","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 835-1899","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-2096","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 243-0602","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 528-6860","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-3660","","","2:23 PM","0:12","1","Live
Answer","Successful","",""
"(773) 521-9097","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-8136","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 289-8291","","","2:23 PM","0:15","1","Live
Answer","Successful","",""
"(215) 425-6855","","","2:23 PM","0:32","1","Voice
```

```
Mail","Successful","",""
"(215) 624-8624","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 684-2291","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-4306","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 739-4842","","","2:23 PM","0:15","1","Live
Answer","Successful","",""
"(215) 769-7141","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(216) 249-4920","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-8118","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(216) 541-1017","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 486-2902","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 534-0998","","","2:23 PM","0:19","3","Live
Answer","Successful","",""
"(313) 892-6155","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 242-0537","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 586-5192","","","2:23 PM","0:03","1","Live
Answer","Successful","",""
"(773) 221-7150","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 288-0040","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-1751","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(215) 232-3174","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1378","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1317","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-4707","","","2:23 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 924-0323","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 851-2493","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 331-9971","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-1473","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-0514","","","2:23 PM","0:15","1","Voice
```

Mail","Successful","",""
"(773) 633-2356","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 752-6118","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(872) 818-5637","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 227-0641","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-2653","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(215) 227-6050","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-9110","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-0789","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-9975","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 634-3465","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-3571","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-1057","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 541-6171","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-4244","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-5375","","","2:23 PM","0:03","1","Live
Answer","Successful","",""
"(313) 532-4656","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 794-6401","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 893-1365","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 242-7896","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 243-5133","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 273-3457","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 605-0216","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 221-3204","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-2177","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 536-0245","","","2:23 PM","0:17","1","Voice

```
Mail","Successful","",""
"(773) 690-5385","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 367-0959","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(212) 741-2659","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5468","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 229-0737","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 232-0487","","","2:23 PM","0:23","3","Live
Answer","Successful","",""
"(215) 425-5844","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 426-1578","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 535-4602","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-3321","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-3988","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-7419","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-4071","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(267) 385-7046","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-8292","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 472-5329","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-1608","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-0184","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-8771","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(313) 535-9619","","","2:23 PM","0:49","1","Voice
Mail","Successful","",""
"(412) 391-7546","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-3744","","","2:23 PM","0:50","1","Voice
Mail","Successful","",""
"(773) 277-8307","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-3149","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-4394","","","2:23 PM","0:48","1","Voice
```

Mail","Successful","",""
"(773) 855-9098","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-0701","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(872) 395-2801","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(929) 263-1148","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-1923","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 332-4592","","","2:23 PM","0:22","1","Voice
Mail","Successful","",""
"(215) 335-2810","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 456-1428","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-0145","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1684","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-0127","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(267) 318-7824","","","2:23 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 412-2049","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-0597","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-2466","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 373-8287","","","2:23 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 768-7861","","","2:23 PM","0:22","2","Live
Answer","Successful","",""
"(212) 868-6758","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(212) 924-3679","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(212) 989-2927","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-0719","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 236-3759","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 324-7879","","","2:23 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 332-2069","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 549-3295","","","2:23 PM","0:31","1","Voice

Mail","Successful","",""
"(215) 739-6611","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5859","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 541-1325","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-6614","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2412","","","2:23 PM","0:19","2","Live
Answer","Successful","",""
"(312) 639-1217","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-4159","","","2:23 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 533-5547","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-6095","","","2:23 PM","0:17","2","Live
Answer","Successful","",""
"(313) 541-6822","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-5120","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-5313","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 565-4809","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 966-4015","","","2:23 PM","0:37","2","Voice
Mail","Successful","",""
"(215) 228-0241","","","2:23 PM","0:23","2","Live
Answer","Successful","",""
"(215) 232-5255","","","2:23 PM","0:09","1","Live
Answer","Successful","",""
"(215) 236-0887","","","2:23 PM","0:15","1","Live
Answer","Successful","",""
"(215) 331-8466","","","2:23 PM","0:23","2","Live
Answer","Successful","",""
"(215) 535-8991","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-8094","","","2:23 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 634-4267","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-9359","","","2:23 PM","0:09","1","Live
Answer","Successful","",""
"(216) 658-2445","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 273-0487","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 297-5284","","","2:23 PM","0:40","1","Voice

```
Mail","Successful","",""
"(267) 639-2867","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-6034","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 270-7283","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-6351","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 766-5173","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-4256","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 243-5970","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 285-2397","","","2:23 PM","1:05","2","Voice
Mail","Successful","",""
"(773) 437-5121","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 437-5882","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 548-8642","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 684-7519","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-9617","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 329-8846","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-6030","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-0524","","","2:23 PM","0:12","1","Live
Answer","Successful","",""
"(313) 891-3652","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 621-2806","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(612) 339-7555","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 354-7588","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-5149","","","2:23 PM","0:50","1","Voice
Mail","Successful","",""
"(212) 242-5970","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-6681","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 291-0235","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-6281","","","2:23 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 425-5862","","","2:23 PM","0:24","1","Live
Answer","Successful","",""
"(216) 417-0671","","","2:23 PM","0:11","1","Live
Answer","Successful","",""
"(216) 441-2001","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 481-7030","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-7944","","","2:23 PM","0:05","2","Live
Answer","Successful","",""
"(703) 527-0816","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-4637","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 336-0099","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 465-1802","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(212) 600-0261","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-1086","","","2:23 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 291-8061","","","2:23 PM","0:21","2","Live
Answer","Successful","",""
"(215) 324-6900","","","2:23 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 423-8815","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-5764","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 722-1717","","","2:23 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 249-9020","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-7798","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 527-1784","","","2:23 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 535-0389","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 683-3537","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 527-2423","","","2:23 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 666-5267","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(212) 269-2500","","","2:23 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 227-7140","","","2:23 PM","0:14","1","Live

Answer","Successful","",""
"(215) 276-1122","","","2:23 PM","0:09","1","Live
Answer","Successful","",""
"(215) 291-1899","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 329-2725","","","2:23 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 455-2561","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-3122","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-2313","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-6085","","","2:23 PM","0:22","1","Voice
Mail","Successful","",""
"(215) 745-7218","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4849","","","2:23 PM","0:12","1","Live
Answer","Successful","",""
"(215) 927-2926","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(224) 209-3159","","","2:23 PM","0:10","1","Live
Answer","Successful","",""
"(313) 397-3310","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 534-7777","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-9170","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(212) 563-7729","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-1529","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 225-1692","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 229-5219","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 232-0803","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 232-4129","","","2:23 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 634-1231","","","2:23 PM","0:22","3","Live
Answer","Successful","",""
"(215) 739-1590","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-1391","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-2808","","","2:23 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 249-8387","","","2:23 PM","0:20","1","Live

```
Answer","Successful","",""
"(216) 321-0624","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 397-7968","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-5534","","","2:23 PM","0:02","1","Live
Answer","Successful","",""
"(313) 255-6146","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-6742","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-5882","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 397-8326","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-8921","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 820-3782","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-3378","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 437-5205","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-7324","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 966-4478","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-4094","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-0567","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 722-0948","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-2469","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-6751","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-0816","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-1661","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 371-0625","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 273-0625","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 331-9172","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 766-7528","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 391-4915","","","2:23 PM","0:22","2","Live
```

Answer","Successful","",""
"(703) 528-2188","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 734-8057","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(212) 249-0649","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-3102","","","2:23 PM","0:12","1","Live
Answer","Successful","",""
"(215) 227-5679","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-2724","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 324-5459","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-9418","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-0881","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 501-0548","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-0290","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 969-3237","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-5726","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-4379","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-1418","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 731-7572","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-1938","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-2426","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-6534","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(646) 638-1885","","","2:23 PM","0:48","1","Voice
Mail","Successful","",""
"(646) 882-9012","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 624-8246","","","2:23 PM","0:13","1","Live
Answer","Successful","",""
"(773) 823-7418","","","2:23 PM","0:54","1","Voice
Mail","Successful","",""
"(872) 666-5098","","","2:23 PM","0:58","1","Voice
Mail","Successful","",""
"(215) 221-5251","","","2:23 PM","0:17","1","Voice

Mail","Successful","",""
"(215) 227-4518","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-8823","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 772-2204","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-3764","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 365-1604","","","2:23 PM","0:01","1","Live
Answer","Successful","",""
"(313) 532-9638","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-2952","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-3865","","","2:23 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 766-7250","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 835-5050","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 839-8923","","","2:23 PM","0:48","1","Voice
Mail","Successful","",""
"(412) 683-8618","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-2436","","","2:23 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 227-3377","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 288-9154","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(215) 332-7431","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 537-5378","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 549-1076","","","2:23 PM","0:24","1","Live
Answer","Successful","",""
"(215) 739-1389","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 763-3901","","","2:23 PM","0:23","2","Live
Answer","Successful","",""
"(216) 451-4349","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-2052","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-3241","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9724","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-0442","","","2:23 PM","0:28","1","Voice

Mail","Successful","",""
"(313) 472-5535","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-9500","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-2597","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 953-0425","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-1027","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(646) 850-6568","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5559","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(773) 768-4638","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 940-1326","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(917) 512-2426","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 924-3511","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5299","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 235-5012","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 288-5479","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-8180","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 291-9647","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 333-2789","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 537-5501","","","2:23 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 856-3636","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 268-3921","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 323-2582","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 366-5523","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-8837","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-4345","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-6406","","","2:23 PM","0:19","1","Live

Answer","Successful","",""
"(313) 592-1305","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 923-3411","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-0567","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 261-1984","","","2:23 PM","0:03","1","Live
Answer","Successful","",""
"(412) 621-0308","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 373-6917","","","2:23 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 374-2377","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5178","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-9449","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 695-0649","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1387","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-6445","","","2:23 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 731-7428","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 836-6722","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-7643","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(773) 952-4779","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 989-2067","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 331-8836","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-9410","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4684","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1294","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-7924","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5880","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 491-0840","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 273-0900","","","2:23 PM","0:40","1","Voice

Mail","Successful","",""
"(313) 340-2444","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-5927","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 527-0745","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-1993","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 600-5745","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-8059","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0256","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-3614","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-6550","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 673-5835","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 684-0408","","","2:23 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 769-5899","","","2:23 PM","0:24","1","Live
Answer","Successful","",""
"(216) 426-0043","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-2205","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 686-4497","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-2681","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 365-1488","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 472-5206","","","2:23 PM","0:02","1","Live
Answer","Successful","",""
"(313) 534-4408","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-3329","","","2:23 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 836-0128","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 977-9428","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 243-4704","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 681-2519","","","2:23 PM","0:20","1","Live
Answer","Successful","",""
"(773) 891-2753","","","2:23 PM","0:41","1","Voice

Mail","Successful","",""
"(215) 221-6701","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 324-1519","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-1269","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 424-6957","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-8634","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-2719","","","2:23 PM","0:23","3","Live
Answer","Successful","",""
"(216) 451-6784","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 561-7455","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-3178","","","2:23 PM","0:58","1","Voice
Mail","Successful","",""
"(248) 328-2514","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 239-5032","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-9497","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 535-9316","","","2:23 PM","0:19","1","Voice
Mail","Successful","",""
"(412) 371-5915","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 374-2683","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-8346","","","2:23 PM","0:22","3","Live
Answer","Successful","",""
"(773) 538-0260","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-4143","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 236-6811","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 329-4690","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4517","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-6608","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-2939","","","2:23 PM","0:23","1","Voice
Mail","Successful","",""
"(216) 721-0965","","","2:23 PM","0:12","2","Live
Answer","Successful","",""
"(267) 428-5355","","","2:23 PM","0:17","1","Voice

Mail","Successful","",""
"(267) 639-6802","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-7174","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 531-0422","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-9375","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-3297","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-0399","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 324-2796","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 548-4120","","","2:23 PM","0:10","1","Live
Answer","Successful","",""
"(773) 643-0096","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(212) 929-1687","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 333-1091","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-0923","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-3568","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 745-2790","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 382-7256","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-1321","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-9613","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 862-6977","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 307-8844","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-9161","","","2:23 PM","0:05","1","Live
Answer","Successful","",""
"(612) 659-9719","","","2:23 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 374-0523","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-4690","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 538-0368","","","2:23 PM","0:18","1","Live
Answer","Successful","",""
"(773) 624-0198","","","2:23 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 955-5333","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(212) 600-4683","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-1450","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-8450","","","2:23 PM","0:08","1","Live
Answer","Successful","",""
"(215) 223-9390","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-0624","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2556","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 533-6176","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-4207","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-7449","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 836-0185","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 925-9348","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 734-2330","","","2:23 PM","0:21","1","Live
Answer","Successful","",""
"(212) 629-9220","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(212) 842-1650","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 221-0385","","","2:23 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 232-1742","","","2:23 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 426-8342","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 548-3746","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 634-3152","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 429-0102","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(216) 707-1529","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(267) 773-7156","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5549","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-9563","","","2:23 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(313) 543-0236","","","2:23 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 374-0276","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 768-9845","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-9222","","","2:23 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 228-2185","","","2:23 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 232-3848","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-2912","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-6256","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-2355","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 613-8202","","","2:23 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 722-7331","","","2:23 PM","0:16","1","Live
Answer","Successful","",""
"(267) 687-6611","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 892-0574","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-5315","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 684-4650","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-9233","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(917) 471-9494","","","2:23 PM","0:22","2","Live
Answer","Successful","",""
"(212) 732-0029","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 221-5314","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5857","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-1002","","","2:23 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 543-9459","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-5261","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0749","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 344-8759","","","2:23 PM","0:20","1","Live
```

```
Answer","Successful","",""
"(313) 368-0883","","","2:23 PM","0:25","1","Live
Answer","Successful","",""
"(313) 531-5023","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-3857","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-8231","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-7065","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(646) 410-2512","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 321-9152","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 955-7612","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 255-5357","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-2393","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-8306","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 924-2694","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-3827","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-1297","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-1506","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-5635","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-9097","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-3977","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 412-2689","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-8884","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-9142","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(412) 273-3474","","","2:23 PM","0:24","1","Live
Answer","Successful","",""
"(412) 281-5336","","","2:23 PM","1:00","1","Voice
Mail","Successful","",""
"(412) 471-9104","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-5580","","","2:23 PM","0:09","1","Live
```

Answer","Successful","",""
"(773) 891-0813","","","2:23 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 955-0437","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 955-6947","","","2:23 PM","0:13","1","Live
Answer","Successful","",""
"(872) 244-3939","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 244-7954","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 348-9066","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(212) 706-0333","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-5963","","","2:23 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 324-5353","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-1209","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-8119","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(215) 624-2065","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-4753","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 722-2551","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 249-6205","","","2:23 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 451-1443","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 368-6861","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 522-1858","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-2519","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4344","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 217-2948","","","2:23 PM","0:17","1","Live
Answer","Successful","",""
"(212) 239-4002","","","2:23 PM","0:15","1","Live
Answer","Successful","",""
"(215) 227-0252","","","2:23 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 236-8091","","","2:23 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 333-2264","","","2:23 PM","0:17","1","Voice

```
Mail","Successful","",""
"(215) 423-2465","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0237","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 457-2389","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 457-3578","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 987-2996","","","2:23 PM","1:26","1","Voice
Mail","Successful","",""
"(216) 681-1917","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-7538","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-4282","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 465-9478","","","2:23 PM","1:40","1","Voice
Mail","Successful","",""
"(773) 891-0394","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 620-0079","","","2:23 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 227-6683","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 329-2531","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-8661","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 426-5431","","","2:23 PM","0:08","1","Live
Answer","Successful","",""
"(215) 455-1978","","","2:23 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 533-4309","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-1235","","","2:23 PM","1:10","1","Voice
Mail","Successful","",""
"(215) 904-5629","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 851-3768","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(267) 318-7688","","","2:23 PM","0:19","1","Live
Answer","Successful","",""
"(313) 766-5671","","","2:23 PM","0:15","1","Live
Answer","Successful","",""
"(313) 977-9717","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-1284","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 244-3439","","","2:23 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(646) 476-7615","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 277-4676","","","2:23 PM","0:23","2","Live
Answer","Successful","",""
"(773) 285-3649","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5213","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 542-1707","","","2:23 PM","0:13","1","Live
Answer","Successful","",""
"(773) 542-7027","","","2:23 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 548-0364","","","2:23 PM","0:22","3","Live
Answer","Successful","",""
"(773) 717-7055","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 675-5964","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 221-6221","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-2976","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-1559","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-2587","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-9701","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 343-4037","","","2:23 PM","0:45","1","Voice
Mail","Successful","",""
"(312) 837-7268","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-2986","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 532-5538","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-3772","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 835-3253","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 921-9415","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0095","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 768-4428","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 988-1556","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-8312","","","2:23 PM","1:19","1","Voice
```

```
Mail","Successful","",""
"(215) 941-6857","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-1684","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-1205","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-6215","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-1974","","","2:23 PM","0:04","1","Live
Answer","Successful","",""
"(646) 292-7933","","","2:23 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 475-6640","","","2:23 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 223-8452","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1419","","","2:23 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 338-5376","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 342-8372","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-3485","","","2:23 PM","0:15","1","Live
Answer","Successful","",""
"(215) 548-0789","","","2:23 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 549-1418","","","2:23 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-8746","","","2:23 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 763-4566","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-6810","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-4352","","","2:23 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 791-9443","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-6364","","","2:23 PM","0:26","1","Live
Answer","Successful","",""
"(267) 773-8642","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 397-4188","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7643","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-7486","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-8077","","","2:23 PM","0:23","1","Live
```

Answer","Successful","",""
"(773) 667-9376","","","2:23 PM","0:37","1","Voice
Mail","Successful","",""
"(929) 259-9375","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(212) 563-2087","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-4549","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 225-1250","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-7406","","","2:23 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 324-7359","","","2:23 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-1646","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-1233","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-9389","","","2:23 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 924-3062","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-7694","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0434","","","2:23 PM","0:46","1","Voice
Mail","Successful","",""
"(267) 861-0986","","","2:23 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 272-9803","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-5830","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-7531","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7780","","","2:23 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 243-7025","","","2:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-8366","","","2:23 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-9622","","","2:23 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-1275","","","2:23 PM","0:02","1","Live
Answer","Successful","",""
"(212) 645-6873","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-0484","","","2:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-7985","","","2:23 PM","0:40","1","Voice

```
Mail","Successful","",""
"(215) 548-6210","","","2:23 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 249-9490","","","2:23 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 266-0935","","","2:23 PM","0:57","1","Voice
Mail","Successful","",""
"(267) 731-1550","","","2:23 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 766-5626","","","2:23 PM","0:06","1","Live
Answer","Successful","",""
"(773) 288-2299","","","2:23 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 521-7357","","","2:23 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 762-6027","","","2:23 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7807","","","2:23 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-3208","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 236-0818","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 268-3274","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(215) 425-6770","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 739-2141","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-7559","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 692-2795","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(267) 343-4344","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 255-6833","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 624-4579","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-7605","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 966-4087","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-6052","","","2:24 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 279-7716","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-7299","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 538-2675","","","2:24 PM","0:19","1","Voice
```

Mail","Successful","",""
"(313) 340-2513","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-7672","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 777-0753","","","2:24 PM","0:03","1","Live
Answer","Successful","",""
"(313) 977-9546","","","2:24 PM","0:07","1","Live
Answer","Successful","",""
"(773) 374-4618","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-2584","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 643-1470","","","2:24 PM","0:20","1","Live
Answer","Successful","",""
"(773) 947-0045","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(212) 267-2067","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 691-1489","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(215) 226-0401","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-1617","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-5163","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 333-4173","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3415","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-2138","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(215) 457-6792","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-6978","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(215) 742-2446","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 763-0626","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-1730","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 271-7909","","","2:24 PM","0:45","2","Voice
Mail","Successful","",""
"(313) 731-7510","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-5636","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 892-2218","","","2:24 PM","0:40","1","Voice

```
Mail","Successful","",""
"(773) 285-3116","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-7521","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1419","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-1026","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 424-0469","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 548-3091","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 684-3360","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 725-1072","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 739-6261","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 745-8338","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-5268","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 472-5586","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 541-4291","","","2:24 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 592-1083","","","2:24 PM","0:43","3","Voice
Mail","Successful","",""
"(773) 254-5832","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 277-0254","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 358-1732","","","2:24 PM","1:08","1","Voice
Mail","Successful","",""
"(773) 522-3359","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-7809","","","2:24 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 801-1191","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-3357","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 228-4442","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 232-0158","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-7454","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-8271","","","2:24 PM","0:32","1","Voice
```

```
Mail","Successful","",""
"(215) 549-2107","","","2:24 PM","0:15","2","Live
Answer","Successful","",""
"(215) 708-3661","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 341-2099","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(248) 834-2294","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-1544","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-0205","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-9716","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-5525","","","2:24 PM","0:04","1","Live
Answer","Successful","",""
"(313) 533-7124","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-6467","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7743","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 892-5570","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-5151","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 255-6477","","","2:24 PM","1:04","1","Voice
Mail","Successful","",""
"(212) 744-1821","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-3850","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 225-8476","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-5588","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 232-1393","","","2:24 PM","0:17","1","Live
Answer","Successful","",""
"(215) 236-6555","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-7137","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(215) 423-2528","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-7361","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-8557","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3412","","","2:24 PM","0:22","1","Voice
```

Mail","Successful","",""
"(215) 426-0779","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 535-4793","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-4105","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 978-5823","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 321-3053","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 359-7117","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(216) 795-0003","","","2:24 PM","0:01","1","Live
Answer","Successful","",""
"(216) 938-8532","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 334-3048","","","2:24 PM","1:15","1","Voice
Mail","Successful","",""
"(313) 532-8628","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-5710","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 694-3615","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 835-8568","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 893-1236","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9001","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(708) 490-6703","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 288-5940","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 548-9019","","","2:24 PM","0:22","1","Voice
Mail","Successful","",""
"(212) 967-9807","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-1650","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 227-5961","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 229-9150","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-1219","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 763-3330","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-2809","","","2:24 PM","0:23","1","Live

Answer","Successful","",""
"(216) 431-8039","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-0173","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-3850","","","2:24 PM","0:02","3","Live
Answer","Successful","",""
"(216) 851-8065","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 319-1806","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(313) 535-3142","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 241-0697","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-3538","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-2237","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 804-4200","","","2:24 PM","0:04","1","Live
Answer","Successful","",""
"(215) 232-1693","","","2:24 PM","1:14","1","Voice
Mail","Successful","",""
"(215) 232-5791","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-5587","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-9454","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-4762","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-4060","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1280","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 708-0762","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-4030","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 537-6895","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7621","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 893-5176","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 251-0272","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 373-1442","","","2:24 PM","0:08","1","Live
Answer","Successful","",""
"(215) 289-2619","","","2:24 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 338-6472","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-8084","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 321-5141","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-6492","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-5172","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 256-0135","","","2:24 PM","0:54","1","Voice
Mail","Successful","",""
"(773) 522-0159","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 734-1084","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(216) 681-8121","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8969","","","2:24 PM","0:06","1","Live
Answer","Successful","",""
"(312) 414-8218","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(313) 893-8198","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 241-3166","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1241","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 768-2855","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 855-2169","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-1288","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-3452","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-1264","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-8211","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 744-1159","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 851-4397","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 365-7115","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-8636","","","2:24 PM","0:24","1","Voice
Mail","Successful","",""
"(646) 360-4336","","","2:24 PM","0:23","1","Live
```

Answer","Successful","",""
"(646) 476-6444","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 437-5880","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 624-0323","","","2:24 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 966-4085","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 695-3809","","","2:24 PM","0:23","3","Live
Answer","Successful","",""
"(215) 329-3267","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-4591","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 543-1085","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(215) 739-5015","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 271-2033","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-3871","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-6854","","","2:24 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 534-5207","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-3354","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-6708","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(313) 538-6832","","","2:24 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 592-1775","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(412) 682-2398","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-1949","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5296","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-0289","","","2:24 PM","0:18","1","Live
Answer","Successful","",""
"(215) 203-1964","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 224-6379","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-9470","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-3033","","","2:24 PM","0:34","1","Voice

Mail","Successful","",""
"(215) 457-0277","","","2:24 PM","0:13","1","Live
Answer","Successful","",""
"(215) 763-1173","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-0806","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 350-6346","","","2:24 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 421-8221","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 481-4954","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-4623","","","2:24 PM","0:23","3","Live
Answer","Successful","",""
"(216) 761-5831","","","2:24 PM","0:18","1","Live
Answer","Successful","",""
"(216) 795-0036","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-2832","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 255-0241","","","2:24 PM","0:01","1","Live
Answer","Successful","",""
"(313) 273-6547","","","2:24 PM","0:59","1","Voice
Mail","Successful","",""
"(313) 826-7358","","","2:24 PM","0:08","1","Live
Answer","Successful","",""
"(646) 486-0268","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 221-6252","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(215) 338-2588","","","2:24 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 423-8038","","","2:24 PM","0:36","2","Voice
Mail","Successful","",""
"(215) 427-3314","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-4928","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4153","","","2:24 PM","0:56","1","Voice
Mail","Successful","",""
"(215) 765-5232","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-6323","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-6242","","","2:24 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 851-4579","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 331-6649","","","2:24 PM","0:40","1","Voice

Mail","Successful","",""
"(313) 933-0485","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 375-5767","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 643-4624","","","2:24 PM","0:04","1","Live
Answer","Successful","",""
"(773) 855-8627","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(929) 259-9315","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 594-4890","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 203-1902","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3109","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1957","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-1327","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-2274","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-8347","","","2:24 PM","0:05","2","Live
Answer","Successful","",""
"(215) 765-1481","","","2:24 PM","0:23","2","Live
Answer","Successful","",""
"(216) 681-9407","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-7366","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 272-7027","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(313) 533-8399","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4136","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(313) 893-9436","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 221-6372","","","2:24 PM","0:23","1","Voice
Mail","Successful","",""
"(773) 374-7164","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 731-6552","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 966-4268","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 232-0351","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 235-3120","","","2:24 PM","0:16","1","Voice

Mail","Successful","",""
"(215) 763-0142","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-7061","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-2625","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 481-2808","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 851-4780","","","2:24 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 334-5138","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 368-2907","","","2:24 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 736-3196","","","2:24 PM","0:24","1","Live
Answer","Successful","",""
"(347) 843-7211","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(703) 519-8088","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(773) 277-3989","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 398-3156","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 521-9296","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 522-8690","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 203-3190","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-7580","","","2:24 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 232-2533","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 235-9856","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 329-1207","","","2:24 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 331-3006","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 548-2792","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-2880","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 743-4154","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 765-5976","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-2636","","","2:24 PM","0:39","1","Voice

Mail","Successful","",""
"(216) 851-8662","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-1909","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 532-8593","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 534-2793","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-8128","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-5618","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 694-3720","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(313) 740-7651","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-8428","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 226-2198","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-2125","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 743-4393","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-3639","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-8383","","","2:24 PM","0:17","1","Live
Answer","Successful","",""
"(216) 295-1795","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 417-1455","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 421-5215","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 707-9294","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 772-2975","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 366-7058","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-1427","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-4910","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(571) 312-7262","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 359-0848","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1015","","","2:24 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 634-1700","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(215) 725-3294","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 744-1778","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-9153","","","2:24 PM","0:18","1","Live
Answer","Successful","",""
"(267) 297-8848","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 273-5523","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 366-3877","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(313) 521-4652","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-3978","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-6056","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-4809","","","2:24 PM","0:59","1","Voice
Mail","Successful","",""
"(313) 837-6721","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 839-8772","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 224-9233","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 235-0950","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 276-5054","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(215) 288-0930","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 289-2173","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 331-4387","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 338-1442","","","2:24 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 342-4019","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-3495","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(216) 441-4746","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 791-4155","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(267) 324-5105","","","2:24 PM","0:39","1","Voice
```

Mail","Successful","",""
"(313) 255-2794","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-0576","","","2:24 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 562-3960","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-6406","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 244-7093","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-3847","","","2:24 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 229-0428","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-8081","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 232-3297","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-2165","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-7420","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 451-9520","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(216) 761-1343","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-8007","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 270-3165","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 369-2470","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 472-5202","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(313) 837-2366","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-6539","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-3273","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 229-0678","","","2:24 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 335-2883","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-7383","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-7281","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-8822","","","2:24 PM","0:17","1","Voice

```
Mail","Successful","",""
"(215) 769-4705","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 273-7715","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2440","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 519-0032","","","2:24 PM","0:29","2","Voice
Mail","Successful","",""
"(267) 639-9660","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(312) 285-2708","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-5530","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-8650","","","2:24 PM","0:18","3","Live
Answer","Successful","",""
"(773) 548-3632","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 721-1415","","","2:24 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 933-1940","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 966-4019","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-1034","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-0939","","","2:24 PM","1:01","1","Voice
Mail","Successful","",""
"(215) 331-6968","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-2835","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-3710","","","2:24 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 739-0584","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 441-7637","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(313) 270-7394","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-0704","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 891-0536","","","2:24 PM","0:48","1","Voice
Mail","Successful","",""
"(412) 261-5088","","","2:24 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 904-2411","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 521-5530","","","2:24 PM","0:15","1","Voice
```

Mail","Successful","",""
"(773) 530-0887","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 734-6101","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 762-0495","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-8044","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-6220","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-0147","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-1394","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-9052","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(312) 897-9356","","","2:24 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 533-3578","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 533-6041","","","2:24 PM","0:01","1","Live
Answer","Successful","",""
"(313) 870-7029","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7905","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 351-5807","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(412) 371-0878","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 765-0786","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 247-7438","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(773) 285-0005","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-1128","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 375-7032","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 538-1192","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-3783","","","2:24 PM","0:08","1","Live
Answer","Successful","",""
"(212) 255-2779","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-2815","","","2:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 232-4315","","","2:24 PM","0:22","1","Live

Answer","Successful","",""
"(215) 329-2840","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 335-2173","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-1099","","","2:24 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 455-1073","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 548-7526","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 624-2497","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-1078","","","2:24 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 249-3905","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 486-6508","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 387-7606","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 537-7912","","","2:24 PM","0:28","2","Voice
Mail","Successful","",""
"(313) 538-0353","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7519","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 375-1433","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4405","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 203-0837","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 223-1605","","","2:24 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 224-1028","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-9712","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-3436","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-1199","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 924-3936","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 731-4141","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-0844","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 270-7579","","","2:24 PM","0:34","1","Voice

Mail","Successful","",""
"(313) 893-3809","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(212) 663-2925","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 324-4568","","","2:24 PM","2:27","1","Voice
Mail","Successful","",""
"(215) 333-3053","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-6380","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-3417","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 201-9311","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-3626","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 733-6698","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 740-7254","","","2:24 PM","0:22","3","Live
Answer","Successful","",""
"(412) 723-2154","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-9593","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(872) 777-4092","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 675-7547","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-2393","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-4303","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-5035","","","2:24 PM","0:23","3","Live
Answer","Successful","",""
"(215) 548-0656","","","2:24 PM","0:07","1","Live
Answer","Successful","",""
"(215) 549-8902","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-2114","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 268-3124","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(312) 709-4996","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 273-4525","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-6385","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 273-8747","","","2:24 PM","0:37","1","Voice

Mail","Successful","",""
"(412) 371-3807","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 463-7820","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-5534","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 236-8695","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-4507","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-6468","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 456-1700","","","2:24 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 927-2649","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 486-4752","","","2:24 PM","0:47","1","Voice
Mail","Successful","",""
"(267) 773-7671","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 248-9619","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 531-2857","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 533-6058","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 766-6271","","","2:24 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 891-4278","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-7140","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 977-9762","","","2:24 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 351-1905","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(703) 516-0371","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-2641","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-0533","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 565-4399","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-5634","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 235-8385","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 329-7763","","","2:24 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 335-0884","","","2:24 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 455-7589","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 722-6278","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-5737","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 417-7319","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 451-9140","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-9647","","","2:24 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 639-2394","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3525","","","2:24 PM","0:03","1","Live
Answer","Successful","",""
"(313) 892-8664","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 893-3940","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(412) 273-3485","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 528-2508","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 375-5468","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-3497","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5718","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-3329","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 288-1978","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-4974","","","2:24 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 425-3904","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 722-7042","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1283","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-2345","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 519-0469","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 687-2712","","","2:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 535-7359","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 257-8567","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(773) 565-4454","","","2:24 PM","1:35","1","Voice
Mail","Successful","",""
"(773) 902-7057","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(917) 933-4084","","","2:24 PM","0:18","1","Live
Answer","Successful","",""
"(212) 924-1021","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 221-5733","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 224-5755","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-1263","","","2:24 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 236-1879","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 271-5914","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-2259","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1707","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 423-1714","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(215) 457-1439","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-3191","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-8352","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-1913","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-3324","","","2:24 PM","0:06","1","Live
Answer","Successful","",""
"(216) 505-5710","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-3396","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-4474","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 534-3381","","","2:24 PM","0:02","1","Live
Answer","Successful","",""
"(313) 541-5956","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(646) 826-0011","","","2:24 PM","0:22","1","Live
```

Answer","Successful","",""
"(773) 277-9750","","","2:24 PM","0:06","1","Live
Answer","Successful","",""
"(773) 521-2006","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-5273","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 929-9895","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 227-1534","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-6615","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(215) 332-7125","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-9761","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 423-8374","","","2:24 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 457-6502","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-2365","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 543-0418","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-2132","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-0697","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 321-7957","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1113","","","2:24 PM","0:22","2","Live
Answer","Successful","",""
"(216) 851-4684","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 639-9109","","","2:24 PM","0:01","1","Live
Answer","Successful","",""
"(313) 541-3739","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 892-3371","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(412) 263-2775","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 522-5665","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 536-3198","","","2:24 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 947-9049","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-0646","","","2:24 PM","0:36","1","Voice

```
Mail","Successful","",""
"(215) 423-8128","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-8976","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-4459","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-1904","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(216) 681-3267","","","2:24 PM","0:20","3","Live
Answer","Successful","",""
"(248) 516-9209","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-0302","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-1103","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-3228","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(734) 881-0604","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-9838","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-1855","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(212) 239-0494","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 232-6833","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 455-5371","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 684-1428","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-8270","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-5651","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-2492","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 541-3044","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5039","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7793","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-4019","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 562-1576","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(773) 643-1422","","","2:24 PM","0:28","1","Voice
```

Mail","Successful","",""
"(773) 752-0930","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(872) 818-5107","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 860-5464","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-7794","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-5518","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-3335","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 744-3536","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 978-0658","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(267) 731-7446","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(313) 531-3085","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-5229","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 244-0466","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 437-5615","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 493-7806","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-6124","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 225-8171","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 227-7241","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-6407","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-3304","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-1315","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 769-1946","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 964-9932","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 341-4537","","","2:24 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 417-4828","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 453-8171","","","2:24 PM","1:07","1","Voice

Mail","Successful","",""
"(216) 641-4974","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(216) 795-5214","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-8423","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 273-8830","","","2:24 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 694-3697","","","2:24 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 892-4350","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 683-1036","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-7370","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(215) 223-3636","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-4531","","","2:24 PM","0:25","1","Live
Answer","Successful","",""
"(215) 229-1514","","","2:24 PM","0:24","1","Live
Answer","Successful","",""
"(215) 331-1385","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-1821","","","2:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 457-6019","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 708-0291","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-2594","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 230-2659","","","2:24 PM","0:23","1","Voice
Mail","Successful","",""
"(216) 421-1446","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 297-1878","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 272-3462","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 387-1322","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 521-5267","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 538-0343","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 592-0779","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(412) 621-3020","","","2:24 PM","0:23","1","Live

Answer","Successful","",""
"(703) 276-2342","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 521-1433","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 521-4033","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 521-7976","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 731-4241","","","2:24 PM","0:25","1","Live
Answer","Successful","",""
"(215) 223-8491","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 224-1280","","","2:24 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 224-2703","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-7109","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-4010","","","2:24 PM","0:20","1","Live
Answer","Successful","",""
"(215) 332-2963","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-7767","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 924-0545","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 978-4201","","","2:24 PM","0:31","2","Voice
Mail","Successful","",""
"(216) 231-7857","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(216) 451-6036","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-4084","","","2:24 PM","0:17","1","Live
Answer","Successful","",""
"(216) 761-8552","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 851-7577","","","2:24 PM","0:58","1","Voice
Mail","Successful","",""
"(313) 273-2229","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-4168","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 838-1447","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(313) 891-6716","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-2803","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-3142","","","2:24 PM","0:31","1","Voice

Mail","Successful","",""
"(412) 723-2755","","","2:24 PM","0:03","1","Live
Answer","Successful","",""
"(412) 871-5469","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 242-2282","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-0917","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-8142","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-0659","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-2094","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 268-3870","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 608-3988","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-5571","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(412) 243-9312","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-6152","","","2:24 PM","0:13","1","Live
Answer","Successful","",""
"(773) 285-0291","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-0498","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-7040","","","2:24 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 823-7759","","","2:24 PM","0:02","1","Live
Answer","Successful","",""
"(212) 663-3440","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 794-2658","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 225-4283","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 276-9297","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(215) 331-6620","","","2:24 PM","0:04","1","Live
Answer","Successful","",""
"(215) 457-2102","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 644-9679","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-4053","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 417-7305","","","2:24 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(216) 471-8892","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-4376","","","2:24 PM","0:18","1","Live
Answer","Successful","",""
"(216) 761-8892","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-6300","","","2:24 PM","0:02","1","Live
Answer","Successful","",""
"(313) 273-2814","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 340-2809","","","2:24 PM","0:09","1","Live
Answer","Successful","",""
"(313) 541-2849","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 592-8409","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 681-7623","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(612) 332-4877","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-5297","","","2:24 PM","0:12","2","Live
Answer","Successful","",""
"(212) 706-2371","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 424-3993","","","2:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 549-4621","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-7485","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-0759","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 288-2118","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1454","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-0021","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-1306","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 248-9158","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-5293","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 493-0548","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 801-1657","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 924-2719","","","2:24 PM","0:19","1","Live
```

Answer","Successful","",""
"(215) 291-8071","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-3547","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-4617","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 273-9682","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-0749","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-8554","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 255-6073","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 531-5073","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-5666","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(313) 533-3310","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(313) 535-8351","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 538-4613","","","2:24 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 543-9278","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 244-3459","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 682-3520","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(773) 221-2926","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-5193","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(773) 801-0003","","","2:24 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 801-1273","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 666-5478","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 947-5096","","","2:24 PM","0:19","1","Live
Answer","Successful","",""
"(215) 225-0253","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2684","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-6872","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-5801","","","2:24 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 236-2160","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 305-1051","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 612-9231","","","2:24 PM","0:13","1","Live
Answer","Successful","",""
"(216) 451-8877","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-0381","","","2:24 PM","0:02","1","Live
Answer","Successful","",""
"(313) 533-4979","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 543-1676","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 243-6611","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 243-6656","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 288-0694","","","2:24 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 363-1050","","","2:24 PM","0:11","2","Voice
Mail","Successful","",""
"(773) 374-3158","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-2129","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(215) 227-3710","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 288-1538","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-1562","","","2:24 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 423-4071","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-3608","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-7669","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 548-5590","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 549-2198","","","2:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 621-7085","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-6871","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-7689","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-3389","","","2:24 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(216) 862-1372","","","2:24 PM","0:15","2","Live
Answer","Successful","",""
"(313) 255-9832","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 469-9289","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-8193","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-7066","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 288-4942","","","2:24 PM","0:20","1","Live
Answer","Successful","",""
"(773) 536-2232","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-0164","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 324-3173","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-5651","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1178","","","2:24 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 537-4671","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-7456","","","2:24 PM","0:23","2","Live
Answer","Successful","",""
"(313) 387-4270","","","2:24 PM","0:56","1","Voice
Mail","Successful","",""
"(412) 241-7844","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 476-2594","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 475-7438","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-3236","","","2:24 PM","0:13","1","Live
Answer","Successful","",""
"(773) 643-0931","","","2:24 PM","0:15","3","Live
Answer","Successful","",""
"(773) 721-2109","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(212) 677-1133","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 291-2832","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-8140","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(215) 455-0549","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-1421","","","2:24 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 739-2639","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 927-1621","","","2:24 PM","0:53","1","Voice
Mail","Successful","",""
"(216) 268-4124","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 774-5222","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(313) 538-9004","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(412) 243-7842","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-1894","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 227-6875","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-9688","","","2:24 PM","0:06","2","Live
Answer","Successful","",""
"(215) 724-8289","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 739-6456","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 421-9017","","","2:24 PM","0:24","1","Live
Answer","Successful","",""
"(216) 451-4933","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 858-4526","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-1589","","","2:24 PM","0:02","1","Live
Answer","Successful","",""
"(313) 694-3359","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7774","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 836-5735","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-2016","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(412) 727-1863","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 288-5401","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 542-1022","","","2:24 PM","0:22","3","Live
Answer","Successful","",""
"(773) 721-6271","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 722-2439","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 226-7091","","","2:24 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 276-0974","","","2:24 PM","0:13","1","Live
Answer","Successful","",""
"(215) 424-2506","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-8800","","","2:24 PM","0:05","1","Live
Answer","Successful","",""
"(215) 427-1946","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(215) 457-6744","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-3927","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 684-1957","","","2:24 PM","1:28","1","Voice
Mail","Successful","",""
"(216) 371-9324","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-9418","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-7282","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-8864","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 543-9290","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7509","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-7493","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-8436","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(612) 332-4706","","","2:24 PM","0:29","1","Voice
Mail","Successful","",""
"(612) 672-4805","","","2:24 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 324-2407","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-4513","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-4447","","","2:24 PM","0:22","2","Live
Answer","Successful","",""
"(212) 842-1713","","","2:24 PM","0:17","1","Live
Answer","Successful","",""
"(215) 342-4591","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-2508","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 639-4764","","","2:24 PM","0:14","1","Voice
Mail","Successful","",""
"(312) 285-8768","","","2:24 PM","0:03","1","Live
```

Answer","Successful","",""
"(313) 387-2436","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(313) 538-5637","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 977-9308","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-0859","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(646) 329-5934","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-1959","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(212) 227-7501","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-0216","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3363","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 744-0711","","","2:24 PM","0:24","1","Live
Answer","Successful","",""
"(216) 268-4518","","","2:24 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 862-9424","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-5278","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 977-9019","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-0326","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 243-2001","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-8910","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 684-5055","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 690-5310","","","2:24 PM","0:06","1","Live
Answer","Successful","",""
"(773) 768-8819","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 855-2163","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 966-4128","","","2:24 PM","0:15","1","Live
Answer","Successful","",""
"(215) 232-7090","","","2:24 PM","0:23","3","Live
Answer","Successful","",""
"(215) 232-7171","","","2:24 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 291-9369","","","2:24 PM","0:29","1","Voice

```
Mail","Successful","",""
"(215) 769-5487","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 927-5459","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 431-2517","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 538-5255","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 362-3024","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-7938","","","2:24 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 531-6268","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 835-4699","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 247-4859","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-7540","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(212) 736-0405","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 226-2450","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2137","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 288-7390","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 750-3280","","","2:24 PM","0:20","1","Live
Answer","Successful","",""
"(215) 763-0299","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 249-9713","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 791-6031","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(267) 519-3614","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-0719","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7185","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-7285","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-2860","","","2:24 PM","0:09","1","Live
Answer","Successful","",""
"(313) 892-1913","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 636-9192","","","2:24 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 536-2331","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 542-1835","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-5943","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 457-0988","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-9499","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 831-0391","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-1026","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-5533","","","2:24 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 731-4282","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 255-0874","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-9593","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 533-1032","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-7663","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 242-5779","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-1016","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(646) 666-0836","","","2:24 PM","0:49","1","Voice
Mail","Successful","",""
"(646) 858-4060","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-8180","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 536-2312","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(212) 564-2592","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 332-8307","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 457-6812","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-4822","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 821-3797","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 541-9622","","","2:24 PM","0:24","1","Voice
```

Mail","Successful","",""
"(216) 681-6401","","","2:24 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 533-6286","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-0035","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 731-4168","","","2:24 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 624-1446","","","2:24 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 223-2177","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 236-9882","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 329-1646","","","2:24 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-5759","","","2:24 PM","0:21","1","Live
Answer","Successful","",""
"(216) 249-7045","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-5381","","","2:24 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 639-2901","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 521-9050","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-7680","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7526","","","2:24 PM","0:18","1","Live
Answer","Successful","",""
"(773) 565-4435","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 721-0939","","","2:24 PM","0:04","1","Live
Answer","Successful","",""
"(773) 752-6408","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 752-8388","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 643-2385","","","2:24 PM","0:11","1","Live
Answer","Successful","",""
"(215) 332-1557","","","2:24 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 426-4853","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-3975","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0690","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1335","","","2:24 PM","0:14","2","Live

```
Answer","Successful","",""
"(216) 862-8707","","","2:24 PM","0:14","2","Live
Answer","Successful","",""
"(267) 385-6010","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 340-2479","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 472-5415","","","2:24 PM","0:17","1","Live
Answer","Successful","",""
"(313) 535-0820","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-9387","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-7115","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-8306","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 224-2299","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 752-6938","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 768-3313","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 917-5944","","","2:24 PM","0:04","1","Voice
Mail","Successful","",""
"(215) 227-3170","","","2:24 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 289-1023","","","2:24 PM","0:09","1","Live
Answer","Successful","",""
"(215) 333-1726","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-3592","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 457-1718","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-1718","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 514-4779","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 639-3158","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 371-3309","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1542","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 263-1828","","","2:24 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 285-0321","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-8568","","","2:24 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(215) 232-1736","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-2817","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-0435","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 427-2824","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-4335","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-3240","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 229-4755","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-9796","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(267) 731-1806","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 537-3211","","","2:24 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 538-0165","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 733-8319","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 277-9680","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 522-1521","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 721-3948","","","2:24 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 731-7338","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-6856","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-1033","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-1968","","","2:24 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 289-7281","","","2:24 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 324-9041","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-8145","","","2:24 PM","0:07","1","Live
Answer","Successful","",""
"(215) 739-8007","","","2:24 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 924-8654","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 231-7482","","","2:24 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 451-3978","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-4116","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-6145","","","2:24 PM","0:14","1","Live
Answer","Successful","",""
"(313) 893-0427","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-0867","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-1847","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-1176","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-6393","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(215) 289-8865","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-7906","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-4924","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-0927","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 924-3120","","","2:24 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-4831","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-1184","","","2:24 PM","0:16","1","Live
Answer","Successful","",""
"(267) 319-1572","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-2734","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-6540","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-4369","","","2:24 PM","0:12","1","Live
Answer","Successful","",""
"(313) 835-0776","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9640","","","2:24 PM","1:18","1","Voice
Mail","Successful","",""
"(646) 410-2458","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-1505","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 927-0145","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(212) 288-3075","","","2:24 PM","0:36","1","Voice

```
Mail","Successful","",""
"(215) 228-3224","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 236-9265","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 289-1335","","","2:24 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-5978","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-4904","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-7898","","","2:24 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-9739","","","2:24 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 534-1974","","","2:24 PM","0:24","1","Live
Answer","Successful","",""
"(313) 535-2935","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-3267","","","2:24 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-2184","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4626","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-3208","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 203-0546","","","2:24 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 223-2225","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-6536","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-3042","","","2:24 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 427-6049","","","2:24 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 486-9726","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-4039","","","2:24 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 686-7842","","","2:24 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 534-8017","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 541-1291","","","2:24 PM","0:23","2","Live
Answer","Successful","",""
"(412) 242-3949","","","2:24 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 221-1059","","","2:24 PM","0:32","1","Voice
```

```
Mail","Successful","",""
"(773) 542-4487","","","2:24 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 224-3885","","","2:24 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 329-0467","","","2:24 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 329-5528","","","2:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-9956","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 684-3742","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4166","","","2:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 505-5692","","","2:24 PM","0:18","3","Live
Answer","Successful","",""
"(313) 532-3846","","","2:24 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 522-0717","","","2:24 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 955-0121","","","2:24 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-6087","","","2:24 PM","0:23","1","Live
Answer","Successful","",""
"(212) 366-0386","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(212) 476-5216","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-6881","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-9918","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(215) 426-1461","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 763-3987","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-3270","","","2:25 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 249-4639","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5718","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 694-3993","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 766-6256","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(412) 371-4490","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 373-5555","","","2:25 PM","0:23","1","Live
```

Answer","Successful","",""
"(773) 376-7629","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 249-0791","","","2:25 PM","0:17","1","Live
Answer","Successful","",""
"(215) 225-8479","","","2:25 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 739-1381","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 747-3153","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-3028","","","2:25 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 273-7352","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 341-1571","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(312) 967-6075","","","2:25 PM","0:04","1","Live
Answer","Successful","",""
"(313) 387-3744","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-7150","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 538-7492","","","2:25 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 766-6468","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 904-2494","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 375-0719","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 536-3455","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 233-1469","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(212) 967-7611","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 624-5537","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-7532","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-0181","","","2:25 PM","0:10","1","Live
Answer","Successful","",""
"(215) 765-3169","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(216) 451-8854","","","2:25 PM","0:25","2","Live
Answer","Successful","",""
"(216) 451-8944","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 344-8823","","","2:25 PM","0:08","1","Live

```
Answer","Successful","",""
"(267) 388-6045","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 493-4766","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-3432","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-3001","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 281-8187","","","2:25 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 542-7584","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 221-5830","","","2:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 221-5865","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-9192","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-5849","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-6266","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 424-1620","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 549-5086","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2372","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-0930","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-8732","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-6347","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 493-1805","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-3334","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-0070","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 978-2742","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(215) 223-7244","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 279-7071","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 634-0896","","","2:25 PM","0:43","3","Voice
Mail","Successful","",""
"(215) 739-4107","","","2:25 PM","0:30","1","Voice
```

```
Mail","Successful","",""
"(216) 851-7646","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-3296","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-0499","","","2:25 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 838-2334","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-8925","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 902-7070","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 444-5532","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 971-6054","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1783","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 226-2038","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 228-1332","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2496","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 333-3935","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-4505","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-7515","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-8720","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 721-6797","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 851-6970","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 437-2367","","","2:25 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 592-0619","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 836-7994","","","2:25 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 621-3094","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 723-2253","","","2:25 PM","0:19","1","Voice
Mail","Successful","",""
"(412) 885-2028","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(612) 886-2839","","","2:25 PM","0:22","1","Live
```

Answer","Successful","",""
"(773) 376-5404","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-1770","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-1478","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 242-2421","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5139","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-2979","","","2:25 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 324-0440","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-4703","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-2993","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3819","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 229-7255","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 229-7519","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-6751","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-1121","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 531-6487","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 784-3884","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 794-0196","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(315) 482-2849","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 244-9857","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3781","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 247-2843","","","2:25 PM","0:16","1","Live
Answer","Successful","",""
"(773) 277-4764","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 522-2695","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(212) 406-8452","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(212) 706-3094","","","2:25 PM","0:41","1","Voice

```
Mail","Successful","",""
"(215) 221-5246","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9893","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-3042","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 321-5352","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-4591","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(267) 318-7632","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-6878","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 541-5804","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-5414","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 244-8444","","","2:25 PM","0:11","1","Live
Answer","Successful","",""
"(412) 351-4068","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 521-9211","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 522-5082","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 465-3338","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 221-1275","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-1289","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-3385","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-8060","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 457-2008","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 695-0317","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-6861","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 362-2027","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-2209","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 592-8530","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(347) 767-2024","","","2:25 PM","0:07","1","Live
```

```
Answer","Successful","",""
"(703) 528-1964","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 221-9153","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 420-3903","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(212) 627-9628","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 956-5932","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-6150","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 236-3241","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 428-5150","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(267) 861-0395","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-9260","","","2:25 PM","0:02","1","Live
Answer","Successful","",""
"(313) 534-4680","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 794-5537","","","2:25 PM","0:06","3","Live
Answer","Successful","",""
"(412) 244-8916","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 312-1365","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 538-8789","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-0739","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 227-3245","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-2235","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-1047","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-5825","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-3313","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 721-8757","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 437-7519","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 687-7535","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-3226","","","2:25 PM","0:36","1","Voice
```

Mail","Successful","",""
"(313) 534-9306","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7112","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-1570","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-0144","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-8165","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 221-4203","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-0219","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 955-9221","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-6194","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 549-0126","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 725-3211","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 739-5406","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-1166","","","2:25 PM","0:19","1","Live
Answer","Successful","",""
"(216) 471-8723","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 681-0170","","","2:25 PM","0:13","1","Live
Answer","Successful","",""
"(313) 365-7386","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-6185","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-6939","","","2:25 PM","0:07","1","Live
Answer","Successful","",""
"(313) 592-1303","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 835-7017","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-3286","","","2:25 PM","0:24","1","Live
Answer","Successful","",""
"(412) 586-4261","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(703) 276-7987","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 373-4751","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 437-5016","","","2:25 PM","0:22","1","Live

Answer","Successful","",""
"(773) 522-2136","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1718","","","2:25 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 338-1061","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-7793","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-2904","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 501-7491","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 684-0135","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5091","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 472-5173","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-8816","","","2:25 PM","0:13","1","Live
Answer","Successful","",""
"(313) 534-9650","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 241-6752","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 559-9538","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8537","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-3840","","","2:25 PM","0:33","3","Voice
Mail","Successful","",""
"(215) 457-3175","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 535-4284","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 537-9642","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-3491","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4083","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 938-8247","","","2:25 PM","0:16","1","Live
Answer","Successful","",""
"(267) 343-5218","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 519-8264","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 543-7754","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 891-6081","","","2:25 PM","0:36","1","Voice

Mail","Successful","",""
"(773) 288-2842","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(917) 261-5166","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(212) 206-8977","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1340","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-3694","","","2:25 PM","0:10","2","Live
Answer","Successful","",""
"(215) 235-1315","","","2:25 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 331-2186","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-0148","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5196","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-5508","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-6420","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-4851","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-2668","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 708-1615","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-1545","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-2099","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-1216","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-4747","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(267) 686-8496","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 532-5140","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-0207","","","2:25 PM","0:11","1","Live
Answer","Successful","",""
"(313) 694-3056","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-8031","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 733-8444","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-2356","","","2:25 PM","0:29","1","Voice

```
Mail","Successful","",""
"(412) 242-0461","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 667-7854","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(212) 706-7075","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-7869","","","2:25 PM","0:01","1","Live
Answer","Successful","",""
"(215) 332-7959","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 333-9993","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-3536","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5313","","","2:25 PM","0:06","1","Live
Answer","Successful","",""
"(313) 531-2749","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 541-1871","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(313) 543-3068","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 766-5479","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-5786","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 892-4749","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 243-8727","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-8537","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 855-2121","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 236-7755","","","2:25 PM","1:04","2","Voice
Mail","Successful","",""
"(215) 423-7239","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 763-1380","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(216) 383-9789","","","2:25 PM","0:19","3","Live
Answer","Successful","",""
"(216) 681-0438","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 851-1978","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 521-7916","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-8429","","","2:25 PM","0:39","1","Voice
```

```
Mail","Successful","",""
"(412) 261-0922","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 247-1770","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-1336","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-3984","","","2:25 PM","0:23","3","Live
Answer","Successful","",""
"(773) 363-9344","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 521-2709","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-7919","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(773) 624-9886","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 734-4782","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-1863","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 232-2153","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 279-7699","","","2:25 PM","0:22","1","Voice
Mail","Successful","",""
"(215) 333-3355","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 684-0421","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-3250","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 465-2905","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(267) 886-9323","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-3134","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 469-7952","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 533-3693","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-2851","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 891-1340","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-7229","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(612) 333-3273","","","2:25 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 221-8082","","","2:25 PM","0:36","1","Voice
```

Mail","Successful","",""
"(773) 952-7838","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-6484","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 224-0506","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1817","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-6734","","","2:25 PM","0:19","1","Live
Answer","Successful","",""
"(215) 271-1213","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-0256","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3095","","","2:25 PM","0:44","2","Voice
Mail","Successful","",""
"(215) 332-6863","","","2:25 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 424-4003","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 927-4033","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 229-5174","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 361-1305","","","2:25 PM","0:17","1","Live
Answer","Successful","",""
"(313) 312-5877","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 531-3841","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 533-0142","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 533-1246","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 727-6601","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-8674","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 989-2627","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-0834","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-5130","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-1304","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 537-1647","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5883","","","2:25 PM","0:30","1","Voice

Mail","Successful","",""
"(215) 725-2014","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(216) 303-9308","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-0742","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 541-8087","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-6058","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 851-8722","","","2:25 PM","0:15","1","Live
Answer","Successful","",""
"(216) 912-8418","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 297-8064","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 519-3806","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 369-1339","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-4693","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-6594","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7508","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 371-5120","","","2:25 PM","0:06","1","Live
Answer","Successful","",""
"(412) 871-3115","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 521-1595","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-9979","","","2:25 PM","0:17","1","Live
Answer","Successful","",""
"(215) 232-0644","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 329-1026","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 331-2897","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(215) 335-2922","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(215) 426-2858","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-4905","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3483","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0442","","","2:25 PM","0:34","1","Voice

Mail","Successful","",""
"(313) 368-1090","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 242-4327","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 281-3278","","","2:25 PM","0:17","1","Live
Answer","Successful","",""
"(773) 285-0071","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2387","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 331-3335","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-3569","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-5780","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 533-0849","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-0003","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4157","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(216) 681-3344","","","2:25 PM","0:49","1","Voice
Mail","Successful","",""
"(216) 851-3631","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-0489","","","2:25 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 538-2706","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1422","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 224-2319","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 434-0363","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(773) 373-3107","","","2:25 PM","0:16","3","Live
Answer","Successful","",""
"(773) 536-6230","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-1195","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 565-4183","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-1403","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-9890","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-7606","","","2:25 PM","0:22","1","Live

Answer","Successful","",""
"(215) 763-0480","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-0936","","","2:25 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 941-8724","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 371-3878","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 441-4478","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8231","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 761-9771","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 851-5018","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 860-0467","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 514-2915","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 369-1373","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-6548","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-4684","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 351-0393","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 285-7496","","","2:25 PM","0:19","1","Live
Answer","Successful","",""
"(212) 564-2142","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-8452","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-0162","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-7143","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 455-5155","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-6779","","","2:25 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 634-8164","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 743-4394","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-1050","","","2:25 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 927-8850","","","2:25 PM","0:23","1","Live

Answer","Successful","",""
"(216) 451-3631","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 707-9064","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-2165","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 519-2439","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 499-1299","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 533-9052","","","2:25 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 893-5246","","","2:25 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 924-0206","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 687-0896","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-1191","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-5332","","","2:25 PM","0:02","1","Live
Answer","Successful","",""
"(872) 465-3341","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 333-9037","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9620","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-3271","","","2:25 PM","0:09","1","Live
Answer","Successful","",""
"(216) 451-1629","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-4256","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-4511","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(313) 731-7784","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7670","","","2:25 PM","0:08","1","Live
Answer","Successful","",""
"(313) 835-5066","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-0206","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-8518","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 562-0314","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 904-2264","","","2:25 PM","0:23","1","Live

Answer","Successful","",""
"(215) 223-3757","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-6776","","","2:25 PM","0:43","2","Voice
Mail","Successful","",""
"(215) 236-4541","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 291-5598","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3914","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-8683","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-2795","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 692-2201","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 791-5523","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 331-8058","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 909-8844","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-0256","","","2:25 PM","0:07","1","Live
Answer","Successful","",""
"(313) 537-1263","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-1195","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 682-2465","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(212) 367-3793","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6516","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 427-0614","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-9734","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-3762","","","2:25 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 765-1917","","","2:25 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 692-3626","","","2:25 PM","0:04","2","Live
Answer","Successful","",""
"(216) 761-8688","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-9570","","","2:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 535-4474","","","2:25 PM","1:07","1","Voice

Mail","Successful","",""
"(313) 740-7322","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 826-1028","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 243-0995","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 217-2900","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7657","","","2:25 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 228-8261","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0468","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-4439","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(215) 426-1549","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(215) 456-0672","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 624-4388","","","2:25 PM","0:15","1","Live
Answer","Successful","",""
"(313) 493-7636","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-8931","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(313) 826-1358","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 562-3890","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 288-3688","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 359-4653","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-3650","","","2:25 PM","0:15","2","Live
Answer","Successful","",""
"(773) 538-7491","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(773) 548-4021","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 924-3733","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 217-0528","","","2:25 PM","0:16","1","Live
Answer","Successful","",""
"(215) 223-9349","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-0590","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-0132","","","2:25 PM","0:27","1","Voice

```
Mail","Successful","",""
"(215) 227-6752","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 276-1049","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 289-2402","","","2:25 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 548-8374","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-2350","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-3804","","","2:25 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 371-3406","","","2:25 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 324-8108","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 437-5715","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-1391","","","2:25 PM","0:19","2","Live
Answer","Successful","",""
"(773) 542-0204","","","2:25 PM","0:52","1","Voice
Mail","Successful","",""
"(773) 752-5460","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 768-9082","","","2:25 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 291-9691","","","2:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 425-6114","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-8836","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-1265","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-3995","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 273-7114","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1284","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 773-7596","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 521-4878","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 592-0684","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(313) 893-7234","","","2:25 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 893-7487","","","2:25 PM","0:32","1","Voice
```

```
Mail","Successful","",""
"(412) 241-6312","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-8600","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 522-1990","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-9552","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-5699","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-0209","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 236-5980","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-0585","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(215) 423-0237","","","2:25 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 426-2922","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-5045","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 268-3744","","","2:25 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 273-5458","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(313) 533-3398","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7471","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7822","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-7131","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 575-5916","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-0511","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 891-4057","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 891-5981","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 741-5270","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 807-0916","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 291-9693","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 455-4818","","","2:25 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 728-1161","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-5939","","","2:25 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 851-3758","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-7080","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-1094","","","2:25 PM","1:11","1","Voice
Mail","Successful","",""
"(215) 235-9263","","","2:25 PM","0:04","1","Live
Answer","Successful","",""
"(216) 231-9034","","","2:25 PM","0:14","1","Live
Answer","Successful","",""
"(216) 451-7002","","","2:25 PM","0:13","2","Live
Answer","Successful","",""
"(267) 324-3490","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 531-3666","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-6391","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7719","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 363-7505","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 437-5945","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 716-3215","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 978-2131","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(212) 222-0431","","","2:25 PM","0:13","1","Live
Answer","Successful","",""
"(215) 226-1040","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-3015","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-1806","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 742-6387","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5879","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 382-9584","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-6988","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 261-4319","","","2:25 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(646) 478-7721","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 243-6429","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 203-0962","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-0409","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-0749","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 329-1882","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-7588","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-1284","","","2:25 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 634-3188","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-4470","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-8776","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 742-7609","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-8242","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 231-6757","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 368-1328","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-7039","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-1602","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-8978","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-5997","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-3250","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 708-0128","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 856-3165","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 761-0094","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-7840","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-4619","","","2:25 PM","0:57","1","Voice
```

Mail","Successful","",""
"(313) 838-7288","","","2:25 PM","0:13","1","Live
Answer","Successful","",""
"(412) 241-5014","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 255-1257","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 236-1122","","","2:25 PM","0:19","1","Live
Answer","Successful","",""
"(215) 324-0354","","","2:25 PM","0:02","1","Live
Answer","Successful","",""
"(215) 548-9594","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-8615","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-1921","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-5822","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-2172","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 397-9620","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 837-5158","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(412) 232-0528","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(412) 371-8415","","","2:25 PM","0:14","2","Live
Answer","Successful","",""
"(412) 682-7814","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 904-3722","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(571) 970-2646","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 254-3348","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 762-7880","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(872) 244-7243","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(212) 445-0424","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 580-0178","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 223-7233","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1976","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1747","","","2:25 PM","0:39","1","Voice

```
Mail","Successful","",""
"(215) 455-9837","","","2:25 PM","0:06","1","Live
Answer","Successful","",""
"(215) 549-7034","","","2:25 PM","0:02","3","Live
Answer","Successful","",""
"(216) 451-1517","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 437-2112","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-9459","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-2692","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-2764","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-3274","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(517) 554-7100","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 799-9518","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 523-6329","","","2:25 PM","0:10","1","Live
Answer","Successful","",""
"(773) 565-4113","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 279-7459","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-0433","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-3103","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-1052","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 743-4595","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-1341","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 765-5718","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 249-3023","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-8719","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-2884","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 391-4282","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-8732","","","2:25 PM","0:19","1","Live
Answer","Successful","",""
"(267) 273-1020","","","2:25 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(313) 533-2375","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(646) 438-9779","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 277-8779","","","2:25 PM","0:17","1","Live
Answer","Successful","",""
"(773) 285-3928","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 521-6898","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(212) 242-1755","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 675-6343","","","2:25 PM","0:28","2","Voice
Mail","Successful","",""
"(212) 929-0708","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-0262","","","2:25 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 224-0354","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 332-9331","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-1356","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-3502","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 881-5804","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(313) 255-2116","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 365-7072","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-0424","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 891-8709","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-0526","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-7318","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 528-4517","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-3767","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 924-4042","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2339","","","2:25 PM","0:10","1","Live
Answer","Successful","",""
"(215) 329-9346","","","2:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 763-1339","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 429-0230","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(267) 519-8585","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 371-5194","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 535-5578","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 835-5246","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 838-9733","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(703) 527-0721","","","2:25 PM","0:17","1","Live
Answer","Successful","",""
"(773) 363-2750","","","2:25 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 332-2762","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-4727","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 537-8888","","","2:25 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 578-3300","","","2:25 PM","1:43","1","Voice
Mail","Successful","",""
"(215) 739-5943","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-5008","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 769-7282","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-6635","","","2:25 PM","0:24","1","Live
Answer","Successful","",""
"(216) 273-7813","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-1213","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-7554","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-1759","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-5430","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 924-2070","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 214-8993","","","2:25 PM","0:55","1","Voice
Mail","Successful","",""
"(215) 229-2385","","","2:25 PM","0:32","1","Voice
```

Mail","Successful","",""
"(215) 236-3547","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-0183","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 621-6081","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 249-7089","","","2:25 PM","0:23","3","Live
Answer","Successful","",""
"(216) 453-8134","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-7012","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 307-8418","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-5251","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 682-4174","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-3420","","","2:25 PM","0:05","3","Live
Answer","Successful","",""
"(872) 465-3800","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 967-4903","","","2:25 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 226-3326","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(215) 333-7434","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-0914","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 765-3908","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 904-7197","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-2793","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 431-7299","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 681-9851","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(267) 731-1962","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(312) 487-9406","","","2:25 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 255-0475","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-2145","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-6021","","","2:25 PM","0:34","1","Voice

```
Mail","Successful","",""
"(703) 524-9527","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-8772","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 978-0235","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(212) 594-6721","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 224-0193","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(215) 225-1083","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(215) 227-7057","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2615","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-1782","","","2:25 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 634-7084","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-2348","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 844-4193","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 417-3908","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-8650","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-5624","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-9205","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(313) 837-6673","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-5807","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-8179","","","2:25 PM","0:19","1","Live
Answer","Successful","",""
"(773) 752-3441","","","2:25 PM","0:25","1","Voice
Mail","Successful","",""
"(212) 968-1699","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 989-1245","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 235-8615","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 342-1994","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-7119","","","2:25 PM","1:34","1","Voice
```

Mail","Successful","",""
"(216) 249-4281","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 391-7083","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5124","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(216) 772-2733","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 862-7935","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 532-8806","","","2:25 PM","0:15","1","Live
Answer","Successful","",""
"(313) 535-1900","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 826-7765","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-1451","","","2:25 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 277-6378","","","2:25 PM","0:22","2","Live
Answer","Successful","",""
"(773) 374-0256","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 536-2250","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 891-0751","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 978-4802","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(929) 259-9282","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 227-6870","","","2:25 PM","0:16","1","Live
Answer","Successful","",""
"(215) 927-7774","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-6641","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-5758","","","2:25 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 475-7590","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 762-4074","","","2:25 PM","0:51","1","Voice
Mail","Successful","",""
"(212) 480-4380","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 227-0807","","","2:25 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 423-9182","","","2:25 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 722-1065","","","2:25 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 341-7293","","","2:25 PM","0:20","1","Live
Answer","Successful","",""
"(216) 451-0530","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-1614","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 297-5462","","","2:25 PM","0:18","1","Live
Answer","Successful","",""
"(313) 531-5675","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-6366","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 835-4014","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-5124","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-8599","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-0160","","","2:25 PM","0:54","1","Voice
Mail","Successful","",""
"(703) 351-4959","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-0428","","","2:25 PM","0:23","2","Live
Answer","Successful","",""
"(773) 902-7679","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 427-1393","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 324-5438","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-7101","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1195","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 549-8506","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3140","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-0169","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 927-1925","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 561-6193","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 681-9089","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 751-0950","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-6890","","","2:25 PM","0:23","1","Live
```

Answer","Successful","",""
"(313) 531-1120","","","2:25 PM","0:30","1","Voice Mail","Successful","",""
"(313) 532-4628","","","2:25 PM","0:23","1","Live Answer","Successful","",""
"(313) 592-1862","","","2:25 PM","0:00","3","No Answer","Unsuccessful","",""
"(313) 839-5839","","","2:25 PM","0:02","2","Live Answer","Successful","",""
"(313) 892-5314","","","2:25 PM","0:44","1","Voice Mail","Successful","",""
"(313) 893-9448","","","2:25 PM","0:22","1","Live Answer","Successful","",""
"(440) 278-9393","","","2:25 PM","0:34","2","Voice Mail","Successful","",""
"(724) 485-2528","","","2:25 PM","0:39","1","Voice Mail","Successful","",""
"(773) 285-1545","","","2:25 PM","0:15","1","Live Answer","Successful","",""
"(773) 285-7888","","","2:25 PM","0:41","1","Voice Mail","Successful","",""
"(773) 684-3433","","","2:25 PM","0:21","1","Live Answer","Successful","",""
"(212) 348-2791","","","2:25 PM","0:39","1","Voice Mail","Successful","",""
"(212) 360-7187","","","2:25 PM","0:22","1","Live Answer","Successful","",""
"(215) 221-5947","","","2:25 PM","0:34","1","Voice Mail","Successful","",""
"(215) 224-2988","","","2:25 PM","0:34","1","Voice Mail","Successful","",""
"(215) 229-5626","","","2:25 PM","0:23","1","Live Answer","Successful","",""
"(215) 232-6861","","","2:25 PM","0:31","1","Voice Mail","Successful","",""
"(215) 235-0217","","","2:25 PM","0:16","2","Live Answer","Successful","",""
"(215) 425-3834","","","2:25 PM","0:00","3","No Answer","Unsuccessful","",""
"(215) 425-5420","","","2:25 PM","0:28","1","Voice Mail","Successful","",""
"(215) 425-6344","","","2:25 PM","0:28","1","Voice Mail","Successful","",""
"(215) 533-6443","","","2:25 PM","0:39","1","Voice Mail","Successful","",""
"(215) 745-3759","","","2:25 PM","0:23","1","Live Answer","Successful","",""
"(215) 927-3970","","","2:25 PM","1:34","1","Voice Mail","Successful","",""
"(216) 268-2759","","","2:25 PM","0:34","1","Voice

Mail","Successful","",""
"(216) 761-9024","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 535-6822","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 892-4580","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-3478","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 918-5262","","","2:25 PM","0:13","1","Live
Answer","Successful","",""
"(773) 542-7782","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 221-5630","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-1070","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0488","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 324-4575","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-7179","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-2620","","","2:25 PM","0:04","1","Live
Answer","Successful","",""
"(215) 426-3218","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 427-2228","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 708-1616","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(215) 745-1492","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 229-6612","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 321-1121","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 721-0025","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 761-9797","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-3657","","","2:25 PM","0:07","1","Live
Answer","Successful","",""
"(313) 535-8021","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 835-3507","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(330) 227-8159","","","2:25 PM","0:49","1","Voice
Mail","Successful","",""
"(412) 731-5658","","","2:25 PM","0:22","1","Live

```
Answer","Successful","",""
"(773) 493-3710","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-5026","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(212) 989-1789","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-1040","","","2:25 PM","0:21","1","Live
Answer","Successful","",""
"(215) 426-5256","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-6312","","","2:25 PM","0:16","1","Live
Answer","Successful","",""
"(215) 624-0299","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-1320","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-6057","","","2:25 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 747-0870","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-2259","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0832","","","2:25 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 229-4331","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 541-5831","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-9277","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 297-8621","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 731-6402","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 891-3612","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 734-6360","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-1239","","","2:25 PM","0:02","1","Live
Answer","Successful","",""
"(212) 695-2166","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-2236","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-0573","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-2898","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 324-1927","","","2:25 PM","0:33","1","Voice
```

```
Mail","Successful","",""
"(215) 324-8110","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-0639","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3407","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 787-2776","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 268-4937","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 361-1025","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-5366","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4464","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(708) 762-8181","","","2:25 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 363-6836","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 891-0233","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 924-9008","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 929-0748","","","2:25 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 227-6056","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-5795","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 964-9474","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 249-4444","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-5723","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-2228","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 243-3450","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-1216","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(646) 368-9635","","","2:25 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 801-0892","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 823-9498","","","2:25 PM","0:02","1","Live
Answer","Successful","",""
"(773) 933-7959","","","2:25 PM","0:23","1","Live
```

Answer","Successful","",""
"(872) 244-7991","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 883-8728","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(212) 956-4204","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-2915","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 426-7601","","","2:25 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 361-9992","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 441-1266","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-4645","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 344-8442","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-5772","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 526-7521","","","2:25 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 592-0232","","","2:25 PM","0:12","1","Live
Answer","Successful","",""
"(313) 646-2889","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-4403","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-1354","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 977-9575","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 243-4524","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(612) 343-5918","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4313","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 741-7933","","","2:25 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 223-2832","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0257","","","2:25 PM","0:02","1","Live
Answer","Successful","",""
"(215) 225-8282","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1095","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-7781","","","2:25 PM","0:40","1","Voice

```
Mail","Successful","",""
"(215) 739-2104","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 481-2897","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 324-3228","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-6969","","","2:25 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 368-9025","","","2:25 PM","0:01","1","Live
Answer","Successful","",""
"(313) 369-9693","","","2:25 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 733-4060","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-8326","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 371-2466","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(703) 522-5310","","","2:25 PM","0:04","1","Live
Answer","Successful","",""
"(773) 277-6569","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-5729","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 321-9009","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 855-2201","","","2:25 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 324-2381","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 430-0678","","","2:25 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-8089","","","2:25 PM","0:20","1","Live
Answer","Successful","",""
"(215) 739-9026","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-3172","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-3631","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 273-7151","","","2:25 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 451-2813","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 297-7599","","","2:25 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 538-8075","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(612) 332-1789","","","2:25 PM","0:44","1","Voice
```

Mail","Successful","",""
"(215) 225-3858","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6609","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0336","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 335-0587","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-6135","","","2:25 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-7961","","","2:25 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 481-0475","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 772-2562","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 273-3481","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 447-5540","","","2:25 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 535-2525","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-4563","","","2:25 PM","0:05","1","Live
Answer","Successful","",""
"(313) 892-2001","","","2:25 PM","0:17","2","Voice
Mail","Successful","",""
"(313) 977-9432","","","2:25 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 456-2149","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-0906","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 823-9045","","","2:25 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 847-6838","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 482-0945","","","2:25 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 228-3219","","","2:25 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 229-9873","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-7936","","","2:25 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 289-5140","","","2:25 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 862-0449","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(312) 509-7077","","","2:25 PM","0:31","1","Voice

```
Mail","Successful","",""
"(313) 334-5334","","","2:25 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 473-8905","","","2:25 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 892-1078","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-8171","","","2:25 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 281-2505","","","2:25 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-7380","","","2:25 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 731-1312","","","2:25 PM","0:36","1","Voice
Mail","Successful","",""
"(646) 454-9144","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-3556","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-4902","","","2:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 263-1395","","","2:25 PM","0:22","1","Live
Answer","Successful","",""
"(212) 924-3923","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-0674","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-1854","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 338-5165","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 426-1309","","","2:26 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 457-5552","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 739-1082","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 787-0310","","","2:26 PM","0:18","1","Live
Answer","Successful","",""
"(215) 927-0860","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-2702","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 273-1495","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-6355","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-4531","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-9014","","","2:26 PM","0:01","1","Live
```

```
Answer","Successful","",""
"(313) 534-5248","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-2926","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 977-9052","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-7483","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 371-0473","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 762-0142","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4687","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 410-0944","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1853","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 276-3089","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 276-9129","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 324-1918","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-4670","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 457-9957","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 722-3787","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 763-2269","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 692-0443","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 368-5226","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-9263","","","2:26 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 534-4348","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-5954","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 731-7036","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 733-4376","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 839-2056","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 731-3296","","","2:26 PM","0:27","1","Voice
```

Mail","Successful","",""
"(412) 871-5212","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 645-0126","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-1163","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-2099","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 455-4149","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-4320","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-1967","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 331-1135","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-2213","","","2:26 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 451-3351","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 481-5763","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(216) 681-3052","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-5109","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-7326","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 335-2295","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 639-4364","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 687-3310","","","2:26 PM","0:23","3","Live
Answer","Successful","",""
"(313) 531-7549","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 534-3512","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 740-7281","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 263-5226","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 277-1853","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-2705","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(773) 548-7542","","","2:26 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 721-4491","","","2:26 PM","0:16","1","Voice

```
Mail","Successful","",""
"(215) 309-5428","","","2:26 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 338-3849","","","2:26 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 634-7244","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 743-4020","","","2:26 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 451-1084","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(216) 541-4594","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2147","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5353","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 909-9742","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 366-4371","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 472-5051","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 533-1492","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 541-2654","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-2496","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(412) 212-0705","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 281-2546","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-7812","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 322-8753","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-0241","","","2:26 PM","0:58","1","Voice
Mail","Successful","",""
"(212) 366-4723","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 645-8127","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1891","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-0847","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 227-6412","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-2409","","","2:26 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 232-8625","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 613-7012","","","2:26 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 725-5953","","","2:26 PM","0:22","3","Live
Answer","Successful","",""
"(215) 763-0393","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 927-0690","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-4779","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 921-4012","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 318-7393","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 351-0640","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(646) 473-1573","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 850-1929","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 312-1124","","","2:26 PM","1:35","1","Voice
Mail","Successful","",""
"(773) 522-7767","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 565-4327","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 228-2048","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 236-4959","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 424-1674","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-3284","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-2425","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3108","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-6512","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-9591","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(215) 769-0309","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-0339","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 886-9092","","","2:26 PM","0:41","1","Voice

Mail","Successful","",""
"(313) 766-5245","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(347) 836-4076","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 201-3327","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-2397","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-1446","","","2:26 PM","0:11","1","Live
Answer","Successful","",""
"(412) 731-7775","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(773) 268-2795","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(773) 493-8552","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 667-4824","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 627-2923","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 227-5743","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 289-2857","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-4349","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-7037","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(215) 423-0108","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 391-4305","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 451-2771","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 691-1205","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(267) 773-8633","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 469-0845","","","2:26 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 532-9079","","","2:26 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 535-2570","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-0495","","","2:26 PM","0:22","1","Voice
Mail","Successful","",""
"(347) 843-8585","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 751-2768","","","2:26 PM","0:41","1","Voice

Mail","Successful","",""
"(773) 268-4460","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 966-4757","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(212) 367-9445","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 564-3628","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 223-9480","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 226-0196","","","2:26 PM","0:17","1","Live
Answer","Successful","",""
"(215) 227-7193","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-0228","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-7317","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 769-1661","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 519-0221","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(313) 532-5348","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 246-8017","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-0311","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 374-4467","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 855-8654","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 933-4862","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-3747","","","2:26 PM","0:24","1","Live
Answer","Successful","",""
"(215) 235-6757","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(215) 331-0786","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-2161","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 341-2772","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 451-0864","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-4466","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 273-9291","","","2:26 PM","0:36","1","Voice

```
Mail","Successful","",""
"(313) 537-5257","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-9689","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 251-0026","","","2:26 PM","0:11","1","Live
Answer","Successful","",""
"(412) 256-0273","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 562-1064","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 562-3939","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 621-0834","","","2:26 PM","0:22","2","Live
Answer","Successful","",""
"(872) 666-5633","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 410-6941","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5174","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-1038","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-8292","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(215) 426-2782","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-1183","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 927-1789","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 397-1328","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 702-1892","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-3859","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(313) 893-3061","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 683-7223","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-0150","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-0158","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 226-5642","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-2573","","","2:26 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 331-9686","","","2:26 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 426-6562","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 533-9070","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 229-8146","","","2:26 PM","0:16","1","Live
Answer","Successful","",""
"(313) 535-5255","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5459","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 731-7288","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 855-2214","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 924-0031","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-2054","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 332-9622","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 335-1131","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5282","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2478","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 722-1979","","","2:26 PM","0:22","3","Live
Answer","Successful","",""
"(216) 761-2885","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-7538","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 938-3893","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 255-4735","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-8018","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 534-1492","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 242-0679","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-1413","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 374-1960","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(212) 414-5871","","","2:26 PM","0:16","1","Live
Answer","Successful","",""
"(212) 967-9640","","","2:26 PM","0:33","1","Voice

```
Mail","Successful","",""
"(215) 333-2215","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-1492","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-6518","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-5164","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-4978","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 249-5375","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(216) 320-0590","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 381-8362","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2220","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 437-2270","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 835-2499","","","2:26 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 247-3247","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(412) 471-9421","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 375-6916","","","2:26 PM","0:16","1","Live
Answer","Successful","",""
"(773) 437-5049","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 565-4611","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 731-2363","","","2:26 PM","0:53","1","Voice
Mail","Successful","",""
"(872) 244-3675","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 338-4361","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-2570","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-6338","","","2:26 PM","0:18","1","Live
Answer","Successful","",""
"(267) 385-7211","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 255-2653","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0918","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-1408","","","2:26 PM","0:22","3","Live
```

Answer","Successful","",""
"(773) 374-2994","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-3518","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(773) 548-0714","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 324-7530","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 342-1763","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-7509","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-9268","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1481","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 451-4911","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5568","","","2:26 PM","0:25","1","Live
Answer","Successful","",""
"(216) 851-8510","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 273-2922","","","2:26 PM","0:24","1","Live
Answer","Successful","",""
"(313) 533-9560","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 534-7850","","","2:26 PM","0:19","1","Live
Answer","Successful","",""
"(313) 535-9333","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-6232","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-3896","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-9625","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 277-0265","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1077","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 277-3995","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-4818","","","2:26 PM","0:17","1","Live
Answer","Successful","",""
"(215) 228-7071","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 291-9210","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 338-1536","","","2:26 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 430-0726","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 457-2346","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4415","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(312) 852-7671","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-1351","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-2010","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 837-4877","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 731-5379","","","2:26 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 277-9621","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(212) 290-5389","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-1463","","","2:26 PM","0:22","3","Live
Answer","Successful","",""
"(215) 324-1010","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-2281","","","2:26 PM","0:02","1","Live
Answer","Successful","",""
"(215) 634-3174","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-1894","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-4195","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-3290","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(313) 838-3362","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 221-2077","","","2:26 PM","0:07","1","Live
Answer","Successful","",""
"(212) 620-0358","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-5436","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-2825","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-5972","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-2917","","","2:26 PM","0:16","1","Live
Answer","Successful","",""
"(216) 851-1758","","","2:26 PM","0:34","1","Voice

Mail","Successful","",""
"(216) 851-8479","","","2:26 PM","0:23","3","Live
Answer","Successful","",""
"(267) 639-6226","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 366-3925","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(313) 368-3069","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 694-3261","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-6048","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-1107","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 521-2890","","","2:26 PM","0:10","2","Live
Answer","Successful","",""
"(773) 762-1860","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-6501","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-0170","","","2:26 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 765-2426","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-3799","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 281-6533","","","2:26 PM","0:01","1","Live
Answer","Successful","",""
"(313) 531-0605","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-8912","","","2:26 PM","0:02","1","Live
Answer","Successful","",""
"(313) 534-3519","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-1735","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(412) 232-0150","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-6128","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-5580","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-1838","","","2:26 PM","0:17","1","Live
Answer","Successful","",""
"(773) 522-2609","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-1423","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-3968","","","2:26 PM","0:22","1","Live

```
Answer","Successful","",""
"(212) 255-9380","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-9984","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-2464","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 745-3876","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-3369","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 927-4866","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-5142","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 687-7040","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-7996","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 391-6897","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 765-1215","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(716) 431-8831","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-5704","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-7019","","","2:26 PM","0:16","1","Live
Answer","Successful","",""
"(773) 536-3663","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 227-7429","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-4979","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-8012","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9633","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(215) 924-6769","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 321-9565","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 341-9404","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 713-7259","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-7938","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 466-3252","","","2:26 PM","0:17","1","Live
```

```
Answer","Successful","",""
"(313) 538-9552","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 694-3442","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 826-0036","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(571) 970-0393","","","2:26 PM","0:08","1","Live
Answer","Successful","",""
"(773) 268-2969","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 373-7912","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 855-2038","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(212) 367-9811","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 571-9979","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-2571","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 232-1258","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-3395","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(215) 456-1457","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-2428","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 268-4830","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 287-0190","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(216) 862-6695","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 255-6362","","","2:26 PM","0:11","1","Live
Answer","Successful","",""
"(313) 533-5266","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 535-3332","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(313) 537-8171","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-1930","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 371-6275","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(718) 851-3651","","","2:26 PM","0:19","1","Live
Answer","Successful","",""
"(773) 268-7757","","","2:26 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 277-0159","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 521-5779","","","2:26 PM","0:18","1","Live
Answer","Successful","",""
"(773) 548-8408","","","2:26 PM","0:18","1","Live
Answer","Successful","",""
"(215) 228-3529","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6749","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 232-2269","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 235-2016","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 543-0967","","","2:26 PM","0:22","2","Live
Answer","Successful","",""
"(215) 763-7908","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6232","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 334-5458","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-8506","","","2:26 PM","0:01","1","Live
Answer","Successful","",""
"(412) 244-5023","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 871-0214","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(708) 800-2378","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-6679","","","2:26 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 427-5042","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-3658","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 228-3056","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-0825","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 455-3582","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-0375","","","2:26 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 431-3023","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 930-3844","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 285-2154","","","2:26 PM","0:23","1","Live
```

Answer","Successful","",""
"(313) 541-3502","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 281-3094","","","2:26 PM","0:06","3","Live
Answer","Successful","",""
"(646) 490-5051","","","2:26 PM","0:14","2","Live
Answer","Successful","",""
"(703) 875-3903","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 289-7208","","","2:26 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 475-7760","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 978-2175","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 227-6445","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-3970","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 548-7681","","","2:26 PM","0:22","2","Live
Answer","Successful","",""
"(215) 549-0715","","","2:26 PM","0:58","1","Voice
Mail","Successful","",""
"(267) 239-5132","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-8679","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 538-1157","","","2:26 PM","0:21","1","Live
Answer","Successful","",""
"(313) 541-1413","","","2:26 PM","0:22","2","Live
Answer","Successful","",""
"(313) 731-7300","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 837-8466","","","2:26 PM","0:17","1","Live
Answer","Successful","",""
"(412) 241-7652","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(703) 243-2792","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(703) 525-3263","","","2:26 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 521-3028","","","2:26 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 223-0274","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-3548","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-9806","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-2020","","","2:26 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 621-8855","","","2:26 PM","1:03","1","Voice
Mail","Successful","",""
"(215) 978-0108","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 273-1849","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 531-5938","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-1851","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 373-2794","","","2:26 PM","0:13","1","Live
Answer","Successful","",""
"(773) 565-4486","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 952-8836","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 978-4027","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(212) 488-5671","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 989-3096","","","2:26 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 232-1710","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-1788","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 708-0673","","","2:26 PM","0:21","1","Live
Answer","Successful","",""
"(216) 321-0214","","","2:26 PM","0:17","1","Live
Answer","Successful","",""
"(313) 535-5239","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-0923","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(313) 731-8453","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 731-8622","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 893-1678","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 893-8440","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-1004","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 374-0242","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-0257","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 902-7448","","","2:26 PM","0:18","1","Voice
```

```
Mail","Successful","",""
"(215) 324-4769","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0273","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-0183","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-0144","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 365-6995","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 693-4795","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3314","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 893-5079","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-3103","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 391-0774","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(412) 391-1298","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1330","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(773) 522-3473","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-5083","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-4466","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(917) 262-0394","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 929-2846","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0751","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-3352","","","2:26 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 543-1104","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(215) 549-1640","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 400-7925","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 675-2841","","","2:26 PM","1:14","1","Voice
Mail","Successful","",""
"(216) 881-9197","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-2247","","","2:26 PM","0:31","1","Voice
```

Mail","Successful","",""
"(267) 731-6984","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 532-5974","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(313) 533-2578","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-8157","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-1393","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 285-8203","","","2:26 PM","0:15","1","Live
Answer","Successful","",""
"(773) 522-1103","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-0786","","","2:26 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 424-5364","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-0621","","","2:26 PM","0:55","1","Voice
Mail","Successful","",""
"(215) 624-1294","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 684-0147","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 486-7716","","","2:26 PM","0:09","1","Live
Answer","Successful","",""
"(216) 541-0785","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 388-7189","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-1958","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3258","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 527-1315","","","2:26 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 268-8779","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-4785","","","2:26 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 565-4256","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 338-9088","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-3240","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-6142","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 291-7551","","","2:26 PM","0:18","1","Voice

Mail","Successful","",""
"(216) 851-7103","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 365-6541","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 372-1832","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-0793","","","2:26 PM","1:05","1","Voice
Mail","Successful","",""
"(313) 532-0553","","","2:26 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 533-3085","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 268-1315","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 633-2622","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 706-7779","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 889-1356","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-6744","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-7269","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-8582","","","2:26 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 229-1920","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 417-5308","","","2:26 PM","0:51","1","Voice
Mail","Successful","",""
"(267) 930-7842","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-0439","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7614","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 836-9419","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 837-5335","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 521-6339","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 530-0866","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 542-0542","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-4133","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 759-1580","","","2:26 PM","0:31","1","Voice

Mail","Successful","",""
"(212) 945-4598","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-1663","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-5646","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-2815","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5476","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 341-1204","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-7832","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-7550","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-8674","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 751-0541","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-8102","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 305-7298","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 340-2824","","","2:26 PM","0:54","1","Voice
Mail","Successful","",""
"(313) 387-5849","","","2:26 PM","0:02","1","Live
Answer","Successful","",""
"(313) 538-0575","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-2153","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 242-0747","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-2697","","","2:26 PM","0:17","2","Live
Answer","Successful","",""
"(412) 371-0211","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 687-1530","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 254-0158","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(773) 277-5476","","","2:26 PM","0:02","1","Live
Answer","Successful","",""
"(773) 288-5498","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-0625","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 522-9512","","","2:26 PM","0:28","1","Voice

```
Mail","Successful","",""
"(773) 542-0710","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 226-2209","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 236-3623","","","2:26 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 288-2871","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 292-6296","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-8953","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4449","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-0346","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-0667","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(267) 639-9509","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-9349","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 412-2814","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 837-5052","","","2:26 PM","0:02","1","Live
Answer","Successful","",""
"(412) 242-6695","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 243-3296","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 522-1906","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 762-3289","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(212) 244-0827","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 333-3339","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 455-5725","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-5927","","","2:26 PM","0:23","3","Live
Answer","Successful","",""
"(267) 388-8070","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-3497","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-3950","","","2:26 PM","1:20","1","Voice
Mail","Successful","",""
"(773) 891-4594","","","2:26 PM","0:42","1","Voice
```

Mail","Successful","",""
"(212) 600-4287","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 236-2687","","","2:26 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 329-0553","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 332-7276","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 425-1721","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-5145","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 634-8128","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 684-0424","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 350-6151","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 362-7738","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 365-6236","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-1912","","","2:26 PM","1:13","1","Voice
Mail","Successful","",""
"(412) 242-3379","","","2:26 PM","0:11","1","Live
Answer","Successful","",""
"(773) 277-2312","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 288-3740","","","2:26 PM","0:53","1","Voice
Mail","Successful","",""
"(773) 374-5757","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 542-4204","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 542-5825","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(773) 684-6288","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 329-3168","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-8935","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-9676","","","2:26 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 722-4075","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1746","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 371-5293","","","2:26 PM","0:32","1","Voice

```
Mail","Successful","",""
"(216) 382-9859","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 431-0895","","","2:26 PM","0:02","1","Live
Answer","Successful","",""
"(267) 639-2875","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(267) 886-9280","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 368-0683","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-2721","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-8453","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 835-6430","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(313) 891-0399","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 394-9693","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 263-1061","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(212) 247-2621","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 224-5217","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 288-2315","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 332-5026","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 426-1927","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 457-1861","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-9349","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 291-4105","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(216) 791-4009","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-6872","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-8839","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 338-0505","","","2:26 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 471-1325","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-2046","","","2:26 PM","0:00","3","Busy
```

```
Signal","Unsuccessful","",""
"(773) 675-8992","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-5583","","","2:26 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 329-6910","","","2:26 PM","1:15","1","Voice
Mail","Successful","",""
"(215) 423-2827","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-0762","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1785","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-3461","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3692","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 206-4407","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 249-8745","","","2:26 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 451-9550","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-5825","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-7344","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-4153","","","2:26 PM","1:04","1","Voice
Mail","Successful","",""
"(313) 826-1985","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 562-3982","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(703) 312-0572","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 524-4369","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 221-0255","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-7641","","","2:26 PM","0:22","2","Live
Answer","Successful","",""
"(773) 277-8598","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 373-2391","","","2:26 PM","0:16","2","Live
Answer","Successful","",""
"(215) 232-1205","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-3964","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-7658","","","2:26 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 426-6223","","","2:26 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 455-3697","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-2752","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-2387","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 481-6026","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-6381","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 773-8954","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-5202","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-7178","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-5133","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 592-8629","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 740-7644","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-7980","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(646) 918-6391","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 243-0235","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-3209","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-1838","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 424-4862","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 763-2788","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-0919","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-6841","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-7134","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 372-3334","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 532-3055","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-8323","","","2:26 PM","0:08","1","Live
```

Answer","Successful","",""
"(313) 592-9017","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-2961","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-8420","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 271-0840","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-2988","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(773) 373-8707","","","2:26 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 762-8636","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(872) 281-5577","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 675-1729","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 675-3874","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 225-6445","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-8108","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 235-5154","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-7119","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 338-0154","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-9591","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 964-9371","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 761-8306","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 537-4253","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-8587","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 527-3040","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 324-2221","","","2:26 PM","0:09","1","Live
Answer","Successful","",""
"(773) 924-7895","","","2:26 PM","0:15","2","Live
Answer","Successful","",""
"(215) 229-0343","","","2:26 PM","0:18","1","Live
Answer","Successful","",""
"(215) 232-2013","","","2:26 PM","0:23","1","Live

Answer","Successful","",""
"(215) 235-3469","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-7399","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-2819","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-9195","","","2:26 PM","0:16","2","Live
Answer","Successful","",""
"(215) 426-0617","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 430-7011","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-4816","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-8975","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 763-6219","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 426-1666","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-9208","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-7306","","","2:26 PM","0:04","1","Live
Answer","Successful","",""
"(267) 519-2984","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-5169","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-6221","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 368-7745","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 447-5447","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 836-5211","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(412) 288-3959","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-5027","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-3445","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 855-8830","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 333-0324","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 338-3490","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 455-9723","","","2:26 PM","0:20","1","Live

```
Answer","Successful","",""
"(216) 303-9726","","","2:26 PM","0:05","2","Live
Answer","Successful","",""
"(216) 921-0157","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-4515","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 343-8539","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 526-8644","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 541-3345","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 694-3434","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 437-5557","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 855-2386","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 244-1673","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 658-0227","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-4442","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 228-8172","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-7353","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 430-7249","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(215) 455-1037","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-8655","","","2:26 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 969-6018","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 761-7207","","","2:26 PM","0:28","3","Voice
Mail","Successful","",""
"(216) 812-8595","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-1091","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-9498","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7800","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 586-4468","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(412) 621-5184","","","2:26 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 521-8032","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-8836","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 536-3263","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(215) 235-2691","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 276-2057","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 424-2042","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-3580","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2900","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 708-0255","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-3085","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-2767","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 335-4991","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 326-6187","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-4190","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 535-2015","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-0429","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 541-0612","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-3505","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 812-4521","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 437-5279","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-3008","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-2607","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 768-4648","","","2:26 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 927-4698","","","2:26 PM","0:14","1","Live
Answer","Successful","",""
"(215) 236-1558","","","2:26 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 423-7586","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 426-9414","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 437-9898","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 742-1972","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5096","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-2114","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-3630","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(312) 866-0556","","","2:26 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 533-1355","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 740-7245","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7636","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(412) 338-8680","","","2:26 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 687-1780","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 527-0343","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-5934","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(212) 786-9891","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-4388","","","2:26 PM","0:19","2","Live
Answer","Successful","",""
"(215) 232-5180","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(215) 235-2972","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3869","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-2567","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-4586","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 744-8003","","","2:26 PM","1:32","1","Voice
Mail","Successful","",""
"(216) 417-4265","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 236-1800","","","2:26 PM","0:45","1","Voice
```

Mail","Successful","",""
"(313) 340-2494","","","2:26 PM","0:04","1","Live
Answer","Successful","",""
"(313) 893-3790","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 271-7546","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 522-1952","","","2:26 PM","0:13","3","Live
Answer","Successful","",""
"(773) 757-3980","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(872) 267-3482","","","2:26 PM","0:31","2","Voice
Mail","Successful","",""
"(212) 678-5327","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 223-3975","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4070","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-3572","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-6528","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-6941","","","2:26 PM","0:20","1","Live
Answer","Successful","",""
"(215) 424-3029","","","2:26 PM","0:12","1","Live
Answer","Successful","",""
"(215) 425-3792","","","2:26 PM","1:19","1","Voice
Mail","Successful","",""
"(215) 549-2761","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 549-2941","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 941-7097","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 271-2514","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 303-9312","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 426-1386","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 471-8596","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-5829","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 851-3283","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 385-7218","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-9241","","","2:26 PM","0:16","1","Voice

```
Mail","Successful","",""
"(313) 535-8704","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-5288","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 731-7612","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 838-2813","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-5753","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-0578","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-1805","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(586) 819-6134","","","2:26 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 643-4340","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 933-6980","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 244-3759","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-3008","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2153","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 229-2434","","","2:26 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 291-0595","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 291-9469","","","2:26 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 423-9045","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-9610","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-1370","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1875","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-5259","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 543-9552","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-6613","","","2:26 PM","0:14","3","Live
Answer","Successful","",""
"(267) 335-5451","","","2:26 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 366-5974","","","2:26 PM","0:44","1","Voice
```

Mail","Successful","",""
"(313) 694-3293","","","2:26 PM","0:22","1","Voice
Mail","Successful","",""
"(313) 893-1112","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 241-4641","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-2274","","","2:26 PM","1:05","1","Voice
Mail","Successful","",""
"(703) 525-0706","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(708) 329-9274","","","2:26 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 277-0986","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 565-4140","","","2:26 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 565-4851","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 690-5938","","","2:26 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 537-0627","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-5638","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-6756","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 922-1348","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 371-7117","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-4699","","","2:26 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 624-0582","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-7355","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-8116","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 855-8217","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-8210","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-7362","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 335-4125","","","2:26 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 437-9327","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(215) 722-1041","","","2:26 PM","0:22","1","Live

Answer","Successful","",""
"(216) 371-5265","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 481-5989","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-9672","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 639-3957","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(312) 392-7513","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-5648","","","2:26 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-7835","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-7209","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-8373","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 271-7027","","","2:26 PM","0:21","1","Live
Answer","Successful","",""
"(412) 681-4071","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 285-2123","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(773) 521-8946","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-6670","","","2:26 PM","0:05","1","Live
Answer","Successful","",""
"(773) 978-2718","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 600-4127","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 332-2746","","","2:26 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 333-3322","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-7419","","","2:26 PM","0:13","1","Live
Answer","Successful","",""
"(215) 456-0408","","","2:26 PM","0:12","1","Live
Answer","Successful","",""
"(215) 456-1459","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-2463","","","2:26 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(267) 385-7737","","","2:26 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 731-7621","","","2:26 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 802-0188","","","2:26 PM","0:39","1","Voice

Mail","Successful","",""
"(773) 643-8649","","","2:26 PM","0:06","1","Live
Answer","Successful","",""
"(212) 600-1003","","","2:26 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 425-3485","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 533-4326","","","2:26 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 537-1333","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-6979","","","2:26 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 763-3564","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-0925","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 912-8486","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 886-8542","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 369-9356","","","2:26 PM","0:22","2","Live
Answer","Successful","",""
"(313) 532-6593","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-2743","","","2:26 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 247-7350","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 924-2893","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 924-6153","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3656","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-1784","","","2:26 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 425-2640","","","2:26 PM","0:18","3","Live
Answer","Successful","",""
"(215) 426-3581","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 537-0385","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-7478","","","2:26 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 831-1486","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0856","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-2620","","","2:26 PM","0:32","1","Voice

Mail","Successful","",""
"(216) 249-3934","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(267) 343-3049","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 247-1756","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 255-5099","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-2506","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-0951","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 766-6058","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-4267","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 855-9673","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-3705","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(216) 229-6451","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-8875","","","2:26 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-6696","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 537-7978","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-9759","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(412) 391-0470","","","2:26 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 524-2967","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 234-4866","","","2:26 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2820","","","2:26 PM","0:23","2","Live
Answer","Successful","",""
"(215) 332-5029","","","2:26 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 541-8898","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 437-3960","","","2:26 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-1137","","","2:26 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-1627","","","2:26 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-4605","","","2:26 PM","0:35","1","Voice

Mail","Successful","",""
"(313) 835-0657","","","2:26 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-2211","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 933-0977","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(212) 989-2142","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-1831","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-6398","","","2:26 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-8375","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 424-1073","","","2:26 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-2431","","","2:26 PM","0:32","2","Voice
Mail","Successful","",""
"(215) 533-1719","","","2:26 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 451-8025","","","2:26 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 761-7040","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-0860","","","2:26 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3656","","","2:26 PM","0:16","1","Live
Answer","Successful","",""
"(412) 281-5940","","","2:26 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 351-1413","","","2:26 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 721-2606","","","2:26 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-7514","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 227-0567","","","2:27 PM","0:04","1","Live
Answer","Successful","",""
"(215) 331-3987","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 438-0854","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 728-5855","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 417-0680","","","2:27 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 465-9020","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 681-5748","","","2:27 PM","0:46","1","Voice

Mail","Successful","",""
"(216) 761-8492","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 785-9594","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 639-2265","","","2:27 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 246-6258","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 255-5819","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 387-7526","","","2:27 PM","0:01","1","Live
Answer","Successful","",""
"(313) 531-0524","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-0147","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-2853","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-5070","","","2:27 PM","0:19","1","Live
Answer","Successful","",""
"(313) 541-5103","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 242-3269","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 687-1708","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(646) 719-1239","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 525-4760","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-3853","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-4432","","","2:27 PM","0:12","1","Live
Answer","Successful","",""
"(215) 338-0466","","","2:27 PM","0:13","1","Live
Answer","Successful","",""
"(215) 425-6209","","","2:27 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 739-3214","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-9131","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 742-7128","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-1339","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 924-3579","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(216) 268-1462","","","2:27 PM","0:34","1","Voice

Mail","Successful","",""
"(216) 681-6432","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-5715","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 493-4774","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 243-8239","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 271-0261","","","2:27 PM","1:22","1","Voice
Mail","Successful","",""
"(773) 363-1376","","","2:27 PM","0:10","1","Live
Answer","Successful","",""
"(773) 643-9004","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-2952","","","2:27 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 232-4549","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-5898","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-2518","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 791-0634","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 343-7496","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 455-0851","","","2:27 PM","0:09","1","Live
Answer","Successful","",""
"(267) 519-8937","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 532-5545","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 635-6827","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 694-3355","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 843-8798","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-6148","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-3718","","","2:27 PM","0:20","3","Live
Answer","Successful","",""
"(773) 493-0916","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 947-0210","","","2:27 PM","0:17","1","Live
Answer","Successful","",""
"(212) 564-7653","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 924-7994","","","2:27 PM","0:33","1","Voice

```
Mail","Successful","",""
"(215) 227-4916","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(215) 232-6548","","","2:27 PM","0:15","1","Live
Answer","Successful","",""
"(215) 232-7553","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(215) 333-2474","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 743-5197","","","2:27 PM","0:10","1","Live
Answer","Successful","",""
"(215) 744-5405","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 531-5793","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 772-2186","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 761-9577","","","2:27 PM","0:09","1","Live
Answer","Successful","",""
"(313) 273-2254","","","2:27 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 334-3023","","","2:27 PM","0:06","1","Live
Answer","Successful","",""
"(313) 397-3364","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 694-3428","","","2:27 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 794-2646","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 281-9945","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(612) 338-3998","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-6710","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-4143","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 473-7249","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 989-3798","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-5529","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1219","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1498","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 226-6315","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-1188","","","2:27 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 235-1970","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-2381","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-6408","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(216) 249-5979","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 243-1596","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-2632","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 794-4741","","","2:27 PM","0:13","1","Live
Answer","Successful","",""
"(773) 548-6002","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(917) 675-6107","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-6429","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 289-2971","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 338-1593","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-4053","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 964-9404","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 231-5184","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(216) 303-9883","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 519-0070","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-8602","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 534-3065","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-4120","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-9159","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-5041","","","2:27 PM","0:11","1","Live
Answer","Successful","",""
"(313) 592-1624","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1867","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-3577","","","2:27 PM","0:22","1","Live

Answer","Successful","",""
"(347) 329-4677","","","2:27 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 281-4285","","","2:27 PM","0:07","1","Voice
Mail","Successful","",""
"(412) 727-7192","","","2:27 PM","2:30","1","Voice
Mail","Successful","",""
"(703) 527-2727","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 542-0638","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(212) 505-5060","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 662-7505","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 924-4918","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 227-4636","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-9829","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-4017","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(215) 426-1029","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-0270","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-1447","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 291-7193","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 272-3709","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 305-7644","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(313) 541-9572","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7342","","","2:27 PM","0:02","1","Live
Answer","Successful","",""
"(313) 835-0352","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 271-7695","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 351-3376","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 621-0247","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 904-3882","","","2:27 PM","0:04","1","Live
Answer","Successful","",""
"(773) 221-4368","","","2:27 PM","0:32","1","Voice

Mail","Successful","",""
"(929) 259-9359","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(212) 255-0105","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-9189","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-1051","","","2:27 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 235-1386","","","2:27 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 338-2094","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-5592","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 533-5141","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 549-1876","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(215) 924-6499","","","2:27 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 268-1019","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-4415","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 692-0892","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6746","","","2:27 PM","0:17","1","Live
Answer","Successful","",""
"(313) 369-1523","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-0923","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-7939","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 592-9251","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 838-9035","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-6629","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(612) 339-4923","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(646) 424-1203","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(703) 528-8342","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 888-0959","","","2:27 PM","1:01","1","Voice
Mail","Successful","",""
"(212) 924-1414","","","2:27 PM","0:15","1","Live

Answer","Successful","",""
"(215) 289-5697","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 291-0958","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-0263","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1648","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-8455","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1793","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3078","","","2:27 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 371-2783","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-1319","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-4092","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 326-6077","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 731-7648","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-9603","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-0087","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 563-0972","","","2:27 PM","0:18","1","Live
Answer","Successful","",""
"(215) 228-1846","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 332-2892","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 333-4135","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-1319","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 549-0980","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1405","","","2:27 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 924-9249","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-1546","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-0406","","","2:27 PM","0:04","1","Live
Answer","Successful","",""
"(216) 851-7654","","","2:27 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 366-0957","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-1283","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-0436","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 541-8194","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-4795","","","2:27 PM","0:58","1","Voice
Mail","Successful","",""
"(703) 351-7652","","","2:27 PM","0:13","1","Live
Answer","Successful","",""
"(773) 493-9402","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(773) 924-5367","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(872) 818-5017","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-2473","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 742-3110","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-2838","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 687-7007","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 836-2353","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-5049","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 376-6094","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-0604","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 493-5192","","","2:27 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 830-4374","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 924-0671","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-0483","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-1028","","","2:27 PM","0:17","1","Live
Answer","Successful","",""
"(215) 332-8161","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-2281","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-0426","","","2:27 PM","0:35","1","Voice
```

Mail","Successful","",""
"(215) 739-3761","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 904-8333","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 921-2529","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 592-0470","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 243-4875","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(612) 692-8019","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 373-7561","","","2:27 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 225-0629","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 228-6266","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 332-0486","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-9960","","","2:27 PM","1:32","1","Voice
Mail","Successful","",""
"(216) 681-1061","","","2:27 PM","0:21","1","Live
Answer","Successful","",""
"(216) 851-0350","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 326-6101","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-4749","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-5989","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-5370","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(212) 956-5857","","","2:27 PM","0:19","1","Live
Answer","Successful","",""
"(215) 224-1087","","","2:27 PM","0:02","1","Live
Answer","Successful","",""
"(215) 225-2027","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2848","","","2:27 PM","0:11","1","Live
Answer","Successful","",""
"(215) 229-2993","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-3558","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-6794","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-4871","","","2:27 PM","0:12","1","Live

Answer","Successful","",""
"(215) 425-6614","","","2:27 PM","0:16","1","Live
Answer","Successful","",""
"(215) 457-0464","","","2:27 PM","0:21","1","Voice
Mail","Successful","",""
"(215) 549-5982","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-5548","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-5924","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 383-0292","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-2991","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-8551","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-6091","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 533-1591","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-7816","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 766-6423","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(412) 687-5092","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 454-0358","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 527-0519","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 285-9637","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-5346","","","2:27 PM","0:16","2","Live
Answer","Successful","",""
"(215) 221-5270","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-3272","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-6015","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 324-6710","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 329-0155","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-4379","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-4904","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(215) 457-0106","","","2:27 PM","0:34","1","Voice

Mail","Successful","",""
"(215) 548-0526","","","2:27 PM","0:15","1","Live
Answer","Successful","",""
"(215) 624-3347","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 769-1375","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 341-4018","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 273-3997","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 533-1762","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-3791","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-7277","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 638-2201","","","2:27 PM","0:49","1","Voice
Mail","Successful","",""
"(703) 273-5827","","","2:27 PM","0:06","2","Live
Answer","Successful","",""
"(773) 358-2835","","","2:27 PM","0:10","1","Voice
Mail","Successful","",""
"(773) 548-0672","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-7210","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 801-0937","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(773) 823-9074","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 966-7705","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-5431","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-1843","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(215) 332-7944","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 335-0406","","","2:27 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 624-5010","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 728-1402","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4108","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 927-4449","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0129","","","2:27 PM","0:30","1","Voice

Mail","Successful","",""
"(216) 268-5998","","","2:27 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 641-5308","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 795-1123","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 862-3829","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 912-8160","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 909-8751","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-1702","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(313) 653-0037","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 731-1151","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 647-9167","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-9385","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 255-4204","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-3566","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-2569","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 456-1607","","","2:27 PM","0:32","2","Voice
Mail","Successful","",""
"(215) 769-0143","","","2:27 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 787-2950","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 481-6623","","","2:27 PM","0:24","1","Live
Answer","Successful","",""
"(313) 534-8227","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-8978","","","2:27 PM","0:03","1","Live
Answer","Successful","",""
"(313) 891-4463","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 892-9343","","","2:27 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 277-8717","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 437-5808","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(929) 263-1063","","","2:27 PM","0:23","1","Live

Answer","Successful","",""
"(215) 225-3907","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-0859","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 324-5306","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(215) 335-3605","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-6917","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-4725","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-2116","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 385-7587","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-1804","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-9018","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(313) 533-8286","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-7897","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(773) 675-8941","","","2:27 PM","0:02","1","Live
Answer","Successful","",""
"(773) 978-3612","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(872) 465-3619","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 645-1715","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1072","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-2123","","","2:27 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 634-3227","","","2:27 PM","0:06","1","Live
Answer","Successful","",""
"(216) 795-5996","","","2:27 PM","0:51","1","Voice
Mail","Successful","",""
"(312) 326-1264","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 397-8906","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 502-0668","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-2039","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-3642","","","2:27 PM","0:39","1","Voice

Mail","Successful","",""
"(412) 241-9024","","","2:27 PM","0:13","1","Live
Answer","Successful","",""
"(412) 681-4295","","","2:27 PM","1:29","1","Voice
Mail","Successful","",""
"(703) 525-5967","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 356-9187","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 374-0718","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5538","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-5704","","","2:27 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 423-7669","","","2:27 PM","0:08","1","Live
Answer","Successful","",""
"(215) 426-2536","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-3802","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 273-7500","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 858-4028","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 532-9723","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 535-6364","","","2:27 PM","0:06","2","Live
Answer","Successful","",""
"(313) 537-6732","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 731-8745","","","2:27 PM","0:08","1","Live
Answer","Successful","",""
"(412) 241-9830","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5954","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-3930","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 335-1883","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-1770","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(215) 425-1381","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 548-4188","","","2:27 PM","0:15","1","Live
Answer","Successful","",""
"(215) 634-6102","","","2:27 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 739-9585","","","2:27 PM","0:38","1","Voice

Mail","Successful","",""
"(216) 429-2983","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-6488","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 600-9339","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8449","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1666","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 412-2593","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-0723","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-6806","","","2:27 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 766-7645","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-1006","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(212) 967-0896","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-0197","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(215) 232-5652","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 333-7589","","","2:27 PM","0:11","1","Live
Answer","Successful","",""
"(215) 333-9474","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-5346","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-9598","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 321-1326","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 246-6985","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 397-7285","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-4467","","","2:27 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 535-4955","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-1824","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 835-9078","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 375-0158","","","2:27 PM","0:22","2","Live

```
Answer","Successful","",""
"(773) 536-0271","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 536-2106","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 216-0658","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-8855","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-3443","","","2:27 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 751-5727","","","2:27 PM","0:12","1","Live
Answer","Successful","",""
"(216) 761-5351","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7340","","","2:27 PM","0:16","1","Live
Answer","Successful","",""
"(773) 221-8834","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 374-1507","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 265-3103","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 462-1084","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-6037","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 695-2405","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 929-1215","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-0854","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0905","","","2:27 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 329-0951","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 423-4617","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-2345","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 924-5534","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(231) 375-3794","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 687-2176","","","2:27 PM","1:21","1","Voice
Mail","Successful","",""
"(571) 257-7921","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-4472","","","2:27 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 225-1536","","","2:27 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 225-1792","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-4881","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1909","","","2:27 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 423-4446","","","2:27 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 425-5405","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-2158","","","2:27 PM","1:20","1","Voice
Mail","Successful","",""
"(347) 843-0054","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 371-1079","","","2:27 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 221-0696","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-1611","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 465-3280","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 691-5073","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6342","","","2:27 PM","0:12","1","Live
Answer","Successful","",""
"(215) 455-5113","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 745-4604","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-6488","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-7496","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-6807","","","2:27 PM","0:17","1","Live
Answer","Successful","",""
"(216) 249-4319","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 383-9947","","","2:27 PM","0:22","1","Voice
Mail","Successful","",""
"(216) 561-3935","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-4428","","","2:27 PM","0:41","2","Voice
Mail","Successful","",""
"(313) 766-7368","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 837-0230","","","2:27 PM","0:14","1","Voice
```

```
Mail","Successful","",""
"(313) 891-7241","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 471-0407","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 562-1420","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(607) 698-2649","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1276","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-4868","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 338-3031","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 424-3137","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 427-8030","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(215) 455-2818","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 533-4542","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(216) 266-0986","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 851-6155","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 297-8897","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 319-1977","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 891-1383","","","2:27 PM","0:02","1","Live
Answer","Successful","",""
"(412) 242-7259","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 271-0289","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-4509","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 381-0507","","","2:27 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 221-2963","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-1776","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-3146","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 523-9511","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-1997","","","2:27 PM","0:33","1","Voice
```

Mail","Successful","",""
"(773) 952-6265","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 691-2731","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-6534","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 338-2413","","","2:27 PM","0:32","2","Voice
Mail","Successful","",""
"(215) 338-9035","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-2424","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-5995","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-8508","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-8278","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-3499","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-7428","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 297-8595","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 455-0771","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-7497","","","2:27 PM","0:01","1","Live
Answer","Successful","",""
"(313) 534-7116","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-1272","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 835-8826","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-5294","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(412) 562-9465","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 268-3121","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(773) 493-3520","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 530-7167","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 366-0677","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-7553","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 324-0929","","","2:27 PM","0:39","1","Voice

Mail","Successful","",""
"(215) 533-1282","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-0783","","","2:27 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 371-0500","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 297-5760","","","2:27 PM","0:02","1","Live
Answer","Successful","",""
"(313) 531-6813","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-4481","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4984","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-8027","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 766-7150","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 242-8026","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(703) 352-0931","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-1679","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 762-2686","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 333-4001","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 324-2365","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 457-3714","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-4367","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-5512","","","2:27 PM","0:21","1","Live
Answer","Successful","",""
"(215) 739-6346","","","2:27 PM","0:06","2","Live
Answer","Successful","",""
"(216) 451-9133","","","2:27 PM","0:23","3","Live
Answer","Successful","",""
"(313) 368-1296","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-3823","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 740-7968","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-6962","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 682-6962","","","2:27 PM","0:43","1","Voice

```
Mail","Successful","",""
"(773) 254-3966","","","2:27 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 288-1875","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(773) 288-4785","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 768-9067","","","2:27 PM","0:24","1","Voice
Mail","Successful","",""
"(212) 736-7376","","","2:27 PM","1:11","1","Voice
Mail","Successful","",""
"(215) 235-7114","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-2561","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-7616","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 331-7180","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-4708","","","2:27 PM","0:50","2","Voice
Mail","Successful","",""
"(215) 425-1341","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-2834","","","2:27 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 467-5556","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-4642","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 762-1893","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 938-9938","","","2:27 PM","1:10","1","Voice
Mail","Successful","",""
"(313) 366-9313","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 541-3026","","","2:27 PM","0:02","1","Live
Answer","Successful","",""
"(313) 731-7479","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-1450","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 251-5658","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 621-9269","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 527-2630","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 324-5443","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 493-5115","","","2:27 PM","0:40","1","Voice
```

Mail","Successful","",""
"(773) 721-5277","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 236-5213","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-2013","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(215) 426-1804","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-2527","","","2:27 PM","1:02","2","Voice
Mail","Successful","",""
"(215) 765-7190","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-5945","","","2:27 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 387-4250","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-6467","","","2:27 PM","0:10","1","Voice
Mail","Successful","",""
"(313) 653-0892","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 826-7146","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 835-8313","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-1187","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 687-0545","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(708) 607-5790","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 522-2866","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 536-5564","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 228-4191","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(215) 624-6023","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-1464","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 769-0931","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-4863","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-5218","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 563-1848","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 862-9562","","","2:27 PM","0:18","1","Voice

```
Mail","Successful","",""
"(313) 532-8646","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-2496","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 836-6585","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-3957","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(703) 807-2930","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 873-1976","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 600-8655","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 627-2748","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 342-0796","","","2:27 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 425-0935","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-6892","","","2:27 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 455-2452","","","2:27 PM","0:16","1","Live
Answer","Successful","",""
"(216) 268-5259","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 321-6679","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-3749","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(216) 541-0822","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-1635","","","2:27 PM","0:23","2","Live
Answer","Successful","",""
"(267) 239-5920","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(312) 405-4727","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 472-5436","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-1729","","","2:27 PM","0:14","1","Voice
Mail","Successful","",""
"(646) 912-9220","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 247-2059","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 493-2756","","","2:27 PM","0:19","1","Live
Answer","Successful","",""
"(773) 684-4604","","","2:27 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 324-4714","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 332-7965","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-7337","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 423-9422","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 457-5390","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 543-9921","","","2:27 PM","0:20","1","Voice
Mail","Successful","",""
"(216) 417-1830","","","2:27 PM","0:14","1","Live
Answer","Successful","",""
"(216) 761-0896","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 519-2925","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 592-8286","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7910","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-6279","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 387-0252","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 721-9061","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 723-7409","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 966-4468","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 866-4793","","","2:27 PM","0:03","1","Live
Answer","Successful","",""
"(216) 541-2421","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-8213","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 721-5693","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-6587","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-9688","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-6045","","","2:27 PM","0:21","1","Live
Answer","Successful","",""
"(412) 727-1517","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 375-1569","","","2:27 PM","0:00","3","No

Answer","Unsuccessful","",""
"(773) 437-5628","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 565-4567","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 762-3957","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 978-0550","","","2:27 PM","0:47","1","Voice
Mail","Successful","",""
"(212) 925-8214","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-2465","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-1466","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 743-1689","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 249-0150","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 270-7476","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 681-0749","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-7732","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 731-4341","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(412) 803-7385","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 359-4645","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-4736","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(847) 262-1442","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 486-8081","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-4533","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-3340","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-3909","","","2:27 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 423-1074","","","2:27 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 763-1920","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-4763","","","2:27 PM","0:21","1","Live
Answer","Successful","",""
"(216) 751-2073","","","2:27 PM","0:32","1","Voice

Mail","Successful","",""
"(267) 297-7103","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 244-9746","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(412) 251-5255","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-0457","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 271-8872","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 471-2831","","","2:27 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 521-7244","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 530-0878","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 548-5357","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-1013","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 978-3477","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5806","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 332-6480","","","2:27 PM","0:15","1","Live
Answer","Successful","",""
"(215) 333-8592","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 342-6244","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2319","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 634-6742","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 763-3984","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 769-1979","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-4433","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 417-7649","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 514-6268","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-9721","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 362-0983","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-9897","","","2:27 PM","0:25","1","Voice

```
Mail","Successful","",""
"(313) 535-8469","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-0198","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-5917","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 836-6967","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 312-1002","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-3466","","","2:27 PM","0:10","1","Live
Answer","Successful","",""
"(773) 324-6098","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 363-7835","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-9071","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(872) 666-5462","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 225-8632","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 338-3604","","","2:27 PM","0:20","1","Voice
Mail","Successful","",""
"(215) 455-3718","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-6317","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-3271","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-8046","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0348","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 534-4031","","","2:27 PM","0:19","1","Live
Answer","Successful","",""
"(313) 534-9822","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-6208","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 543-1730","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 351-5609","","","2:27 PM","0:18","1","Live
Answer","Successful","",""
"(703) 522-7383","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(703) 527-8455","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-0233","","","2:27 PM","0:46","1","Voice
```

```
Mail","Successful","",""
"(773) 643-8818","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(212) 216-9473","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(212) 608-5002","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 929-4768","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-5250","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1808","","","2:27 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 763-2751","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 978-8335","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 541-3423","","","2:27 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 851-5830","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 297-8634","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 686-7642","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 761-9138","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 537-0274","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 836-8664","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 371-8738","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 621-0540","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 683-8547","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(703) 228-9059","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-0574","","","2:27 PM","0:06","1","Live
Answer","Successful","",""
"(212) 564-4980","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 309-5526","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(215) 426-5759","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-8523","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 769-3784","","","2:27 PM","0:35","1","Voice
```

Mail","Successful","",""
"(216) 320-1309","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 437-2602","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 731-6046","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 766-6112","","","2:27 PM","0:14","1","Live
Answer","Successful","",""
"(313) 535-0056","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-3906","","","2:27 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 740-7307","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-5162","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-5921","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 496-4080","","","2:27 PM","1:04","1","Voice
Mail","Successful","",""
"(773) 752-2430","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-2460","","","2:27 PM","0:44","2","Voice
Mail","Successful","",""
"(773) 924-5481","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 501-0444","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 229-2401","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-1799","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 338-2067","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-9848","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-4157","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 634-0419","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 745-8635","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-1801","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 531-8157","","","2:27 PM","0:06","1","Live
Answer","Successful","",""
"(216) 541-4696","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-5874","","","2:27 PM","0:21","1","Live

```
Answer","Successful","",""
"(313) 369-9662","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-7376","","","2:27 PM","0:58","1","Voice
Mail","Successful","",""
"(646) 649-4667","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(703) 356-4058","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 812-9229","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-5867","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 762-1662","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-4190","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 481-6479","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 221-1296","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-6661","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3286","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-7825","","","2:27 PM","0:20","1","Live
Answer","Successful","",""
"(215) 457-9613","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 543-0438","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 548-4830","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-5500","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-0544","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-1488","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 543-2844","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 562-3985","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-4561","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 542-0057","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-8495","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-8625","","","2:27 PM","0:53","1","Voice
```

```
Mail","Successful","",""
"(215) 223-0301","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2328","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 763-3586","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(216) 268-2881","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-5730","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0641","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 270-7118","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 340-2603","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3524","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7052","","","2:27 PM","1:03","1","Voice
Mail","Successful","",""
"(313) 789-4779","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 839-5062","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-1376","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-6833","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-2032","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1809","","","2:27 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 229-5358","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-6133","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 465-1392","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(267) 455-0351","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 632-0462","","","2:27 PM","0:15","1","Live
Answer","Successful","",""
"(313) 334-5829","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 535-4749","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-1922","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7376","","","2:27 PM","0:35","1","Voice
```

Mail","Successful","",""
"(313) 743-2502","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 855-6144","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-1710","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(412) 371-1456","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 562-1028","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 643-6896","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 667-1381","","","2:27 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 891-1150","","","2:27 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 225-0760","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-0607","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 769-1311","","","2:27 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 791-3094","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 639-9707","","","2:27 PM","0:15","1","Voice
Mail","Successful","",""
"(312) 383-2436","","","2:27 PM","0:11","1","Live
Answer","Successful","",""
"(313) 272-0859","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-5811","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-9109","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 731-1065","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 375-1873","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 527-4541","","","2:27 PM","0:13","1","Live
Answer","Successful","",""
"(773) 359-4491","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 373-3967","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 530-0484","","","2:27 PM","0:26","1","Voice
Mail","Successful","",""
"(773) 536-1637","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 801-1169","","","2:27 PM","0:40","1","Voice

Mail","Successful","",""
"(773) 978-6977","","","2:27 PM","0:03","1","Live
Answer","Successful","",""
"(212) 480-3900","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3427","","","2:27 PM","0:14","2","Live
Answer","Successful","",""
"(215) 225-1465","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(215) 227-1423","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-3558","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 289-1052","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-1878","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 549-4183","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 634-4760","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-4299","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 769-3853","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-4251","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-1775","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-0156","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(267) 335-2903","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 639-6863","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 761-9316","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 272-6890","","","2:27 PM","0:21","1","Live
Answer","Successful","",""
"(313) 531-5258","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-3219","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 733-8047","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7958","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-5948","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-0248","","","2:27 PM","0:23","1","Live

Answer","Successful","",""
"(612) 339-5713","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-7968","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(872) 244-7024","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 903-0893","","","2:27 PM","0:03","1","Live
Answer","Successful","",""
"(215) 227-6009","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 228-9025","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 456-9524","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-5663","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 634-2846","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 821-2903","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 361-9943","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 264-7476","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 366-2563","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 366-8716","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 387-0935","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-8869","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-9129","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 812-4695","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 675-5046","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 691-4717","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-6882","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-8692","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2682","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-4640","","","2:27 PM","0:10","1","Live
Answer","Successful","",""
"(216) 721-4389","","","2:27 PM","0:36","1","Voice

```
Mail","Successful","",""
"(313) 368-9106","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-3155","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-4809","","","2:27 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 537-2019","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-4163","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 869-5775","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 922-4957","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-2792","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 684-8376","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 787-8060","","","2:27 PM","0:55","1","Voice
Mail","Successful","",""
"(215) 423-0899","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-8598","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-1155","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-0003","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 639-5435","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-2453","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 533-5667","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 241-7545","","","2:27 PM","0:33","3","Voice
Mail","Successful","",""
"(412) 241-7908","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 371-1441","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 373-7172","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-1753","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-2148","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2769","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2832","","","2:27 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 425-1571","","","2:27 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 763-1817","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 395-4193","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 646-9022","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 244-0968","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 261-1271","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-3506","","","2:27 PM","0:03","1","Live
Answer","Successful","",""
"(773) 801-0827","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 255-3621","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-3163","","","2:27 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 229-5276","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9314","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-7639","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-1594","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 430-0373","","","2:27 PM","0:14","1","Live
Answer","Successful","",""
"(215) 621-7820","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-1876","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 742-3216","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-1928","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 881-6011","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(248) 631-4810","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(248) 792-0120","","","2:27 PM","0:23","1","Voice
Mail","Successful","",""
"(267) 886-8507","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(312) 219-3158","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 255-3036","","","2:27 PM","0:38","1","Voice

Mail","Successful","",""
"(313) 368-6106","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 535-3643","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-1539","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 694-3120","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7432","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 227-0204","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(412) 244-8205","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 562-0368","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 727-7037","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-7990","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-1846","","","2:27 PM","0:18","1","Live
Answer","Successful","",""
"(773) 924-0489","","","2:27 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 475-7801","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-4800","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0174","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 725-3331","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-1997","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 531-2685","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 886-9285","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-6917","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-4629","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 241-7830","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-7809","","","2:27 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 542-7506","","","2:27 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 565-4162","","","2:27 PM","1:07","1","Voice

```
Mail","Successful","",""
"(773) 822-5957","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 989-3901","","","2:27 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 227-2849","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-2652","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 288-0680","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-3444","","","2:27 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 991-7697","","","2:27 PM","0:15","1","Live
Answer","Successful","",""
"(216) 231-2175","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 397-4237","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7933","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 838-8123","","","2:27 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 855-6529","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 261-1152","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-0137","","","2:27 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 605-0726","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-7083","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 933-7914","","","2:27 PM","0:06","1","Voice
Mail","Successful","",""
"(215) 223-2703","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 227-7467","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-2197","","","2:27 PM","0:12","1","Live
Answer","Successful","",""
"(215) 329-9993","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-1501","","","2:27 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 613-5713","","","2:27 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 621-7321","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 249-4243","","","2:27 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 271-2342","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 400-7581","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-2033","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 883-0801","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-7980","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 270-4082","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-2272","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 437-5195","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5701","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-7142","","","2:27 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 927-8197","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5526","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3250","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-5813","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-4020","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 722-4645","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 927-0347","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(312) 909-0761","","","2:27 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 368-9643","","","2:27 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 387-5216","","","2:27 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-5003","","","2:27 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 891-5364","","","2:27 PM","0:05","1","Live
Answer","Successful","",""
"(646) 329-6038","","","2:27 PM","0:46","1","Voice
Mail","Successful","",""
"(703) 527-3161","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-3286","","","2:27 PM","0:15","1","Voice
```

Mail","Successful","",""
"(773) 542-0687","","","2:27 PM","0:14","1","Live
Answer","Successful","",""
"(773) 768-0262","","","2:27 PM","0:43","1","Voice
Mail","Successful","",""
"(872) 244-3866","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-3745","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1852","","","2:27 PM","0:06","1","Live
Answer","Successful","",""
"(215) 276-1865","","","2:27 PM","0:12","1","Live
Answer","Successful","",""
"(215) 423-1334","","","2:27 PM","0:22","2","Live
Answer","Successful","",""
"(215) 424-1191","","","2:27 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 437-1620","","","2:27 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 924-1744","","","2:27 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 249-4024","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-5150","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-3744","","","2:27 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-9811","","","2:27 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 912-8252","","","2:27 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 273-0025","","","2:27 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-9555","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-1022","","","2:27 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-3090","","","2:27 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-7185","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-2373","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 675-1586","","","2:27 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 425-8511","","","2:27 PM","0:11","1","Live
Answer","Successful","",""
"(215) 426-0716","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-9879","","","2:27 PM","0:22","1","Live

Answer","Successful","",""
"(215) 769-0873","","","2:27 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 268-4443","","","2:27 PM","0:03","1","Live
Answer","Successful","",""
"(216) 640-3233","","","2:27 PM","0:17","1","Live
Answer","Successful","",""
"(216) 761-9979","","","2:27 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 455-0463","","","2:27 PM","0:06","1","Live
Answer","Successful","",""
"(313) 255-9040","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-3298","","","2:27 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 541-6711","","","2:27 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 683-2355","","","2:27 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-8179","","","2:27 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4134","","","2:27 PM","0:16","1","Live
Answer","Successful","",""
"(773) 624-1218","","","2:27 PM","0:17","1","Live
Answer","Successful","",""
"(212) 366-0506","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(212) 837-6585","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 924-8076","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-1297","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 235-3583","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 278-7644","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(215) 613-7985","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-2750","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-1780","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-5172","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-5010","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-6781","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 532-5076","","","2:28 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 533-1850","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 533-5220","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-7360","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 694-3619","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-7440","","","2:28 PM","0:15","1","Live
Answer","Successful","",""
"(313) 892-1076","","","2:28 PM","0:07","1","Live
Answer","Successful","",""
"(773) 359-4844","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 891-3786","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 691-1672","","","2:28 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 228-0604","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-4018","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(215) 423-2881","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(215) 548-5045","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 725-3825","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-0264","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-6188","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5906","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-8459","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-9153","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-9293","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 891-0108","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 434-6707","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2684","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-2675","","","2:28 PM","0:09","1","Live
Answer","Successful","",""
"(215) 425-5332","","","2:28 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 455-6236","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-5207","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 634-3690","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-5039","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-7970","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-4787","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 481-8699","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 795-5044","","","2:28 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 255-2257","","","2:28 PM","0:32","3","Voice
Mail","Successful","",""
"(313) 537-2144","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7443","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7965","","","2:28 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 891-0545","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 235-7098","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-4875","","","2:28 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 375-3739","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 643-0236","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 855-2294","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 924-8573","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 643-2901","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(212) 695-0878","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 924-4912","","","2:28 PM","0:22","3","Live
Answer","Successful","",""
"(215) 224-0757","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-6512","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-1323","","","2:28 PM","0:30","1","Voice

```
Mail","Successful","",""
"(215) 427-3196","","","2:28 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 921-6354","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 272-1898","","","2:28 PM","0:25","1","Voice
Mail","Successful","",
"(313) 531-5076","","","2:28 PM","0:02","1","Live
Answer","Successful","",""
"(412) 244-0998","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(571) 312-0369","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-0356","","","2:28 PM","0:15","1","Live
Answer","Successful","",""
"(773) 955-3993","","","2:28 PM","0:23","2","Live
Answer","Successful","",""
"(215) 291-0930","","","2:28 PM","0:40","1","Voice
Mail","Successful","",
"(215) 329-8964","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 338-4463","","","2:28 PM","0:27","2","Voice
Mail","Successful","",""
"(215) 425-4444","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 426-8456","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 371-7799","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 400-7152","","","2:28 PM","0:16","1","Voice
Mail","Successful","",
"(216) 851-2708","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 331-9102","","","2:28 PM","0:35","1","Voice
Mail","Successful","",
"(267) 388-8650","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 731-1460","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 273-1065","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 531-3978","","","2:28 PM","0:37","1","Voice
Mail","Successful","",
"(313) 537-9586","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-0135","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 221-1178","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 624-0790","","","2:28 PM","0:47","2","Voice
```

```
Mail","Successful","",""
"(773) 924-9355","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 543-9575","","","2:28 PM","0:20","1","Voice
Mail","Successful","",""
"(215) 221-6510","","","2:28 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 288-2170","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-8290","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-3143","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 533-1709","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 537-5292","","","2:28 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 904-7501","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 927-8834","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-0020","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 361-6962","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 397-0943","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5048","","","2:28 PM","0:14","2","Live
Answer","Successful","",""
"(216) 862-0860","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 519-8240","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-0824","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-0995","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 740-7520","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-7588","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-4184","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-1969","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 933-1623","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(212) 273-9727","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 221-9109","","","2:28 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 223-9564","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1436","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-8605","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-1878","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 455-3555","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 634-1851","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-2113","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 681-2748","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-8003","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2038","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-9159","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-3462","","","2:28 PM","0:57","1","Voice
Mail","Successful","",""
"(412) 681-3236","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-7581","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 373-4185","","","2:28 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 493-5502","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-0425","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 924-3793","","","2:28 PM","0:05","1","Live
Answer","Successful","",""
"(212) 228-8422","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5581","","","2:28 PM","0:19","2","Live
Answer","Successful","",""
"(215) 634-5692","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 851-3470","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 297-6311","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 369-9060","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-3379","","","2:28 PM","0:37","1","Voice

Mail","Successful","",""
"(313) 592-0985","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 826-0483","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(347) 843-0974","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 330-6925","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 538-5411","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(773) 542-6617","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-3683","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 203-3170","","","2:28 PM","0:16","1","Live
Answer","Successful","",""
"(215) 223-3906","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-1102","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(215) 324-3284","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-0780","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 769-1416","","","2:28 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 451-1507","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0117","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 324-5638","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 519-2656","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(267) 639-9866","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 733-6874","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-3922","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 241-7143","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 371-6854","","","2:28 PM","1:32","1","Voice
Mail","Successful","",""
"(773) 855-2740","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(212) 242-7570","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(212) 279-3199","","","2:28 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 228-4580","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-0468","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 229-8818","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 329-2060","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-2575","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-8547","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(312) 686-2231","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-4910","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(313) 305-4950","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 369-2677","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-4423","","","2:28 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 891-8616","","","2:28 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 203-1394","","","2:28 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 243-5113","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-0618","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-5268","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 522-8771","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 624-3010","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-0131","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 842-2664","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1678","","","2:28 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 226-3414","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-5711","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 235-2524","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-3739","","","2:28 PM","1:19","1","Voice

```
Mail","Successful","",""
"(215) 634-1405","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-0980","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 231-5821","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 531-4834","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-4814","","","2:28 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 537-0744","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 261-3245","","","2:28 PM","1:01","1","Voice
Mail","Successful","",""
"(718) 642-3962","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4822","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 762-7219","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 227-4352","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-4750","","","2:28 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 455-7963","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 537-5740","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-3786","","","2:28 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 739-0538","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-9714","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-2312","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 303-9363","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0814","","","2:28 PM","0:18","1","Live
Answer","Successful","",""
"(248) 862-4246","","","2:28 PM","0:09","2","Voice
Mail","Successful","",""
"(267) 335-2789","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 909-8224","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-3618","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 493-3665","","","2:28 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(313) 533-8641","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 537-4652","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 728-8165","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 836-4446","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-8732","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 243-6484","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 514-7715","","","2:28 PM","0:50","1","Voice
Mail","Successful","",""
"(212) 620-5916","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-2156","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-0006","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 319-1201","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 324-3160","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-0581","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 244-3640","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-6281","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-9263","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-2740","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2609","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 745-5189","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-5553","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 366-1014","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2348","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 681-1377","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 762-3084","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 955-2420","","","2:28 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(212) 244-4548","","","2:28 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 226-3757","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-9460","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-5641","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-6050","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-6960","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 451-7978","","","2:28 PM","0:13","1","Live
Answer","Successful","",""
"(216) 541-0773","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 761-3441","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-9203","","","2:28 PM","0:18","1","Live
Answer","Successful","",""
"(313) 368-9550","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7679","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-2612","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 244-8436","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-4308","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 864-2166","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-1845","","","2:28 PM","0:22","3","Live
Answer","Successful","",""
"(773) 375-3770","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-4791","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 952-6912","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 281-5813","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 219-1153","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 255-5403","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 366-5672","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 225-1976","","","2:28 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 229-6991","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-0750","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-1912","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 725-1549","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-2633","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 927-4165","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-0920","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 634-9103","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 681-3101","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-5660","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 886-9362","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 397-6117","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 397-7998","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 538-3918","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-5357","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-6382","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-4964","","","2:28 PM","0:19","1","Live
Answer","Successful","",""
"(773) 254-2227","","","2:28 PM","0:19","2","Live
Answer","Successful","",""
"(917) 661-1348","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-3108","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-4634","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-1931","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-2830","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 924-5902","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-6568","","","2:28 PM","0:44","1","Voice

Mail","Successful","",""
"(216) 851-5243","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-4171","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(313) 532-9135","","","2:28 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 731-7274","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-4383","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 243-2922","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-1694","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5093","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-2348","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 335-2074","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-3810","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-3453","","","2:28 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 537-5787","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-1719","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-4811","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7838","","","2:28 PM","0:17","1","Live
Answer","Successful","",""
"(313) 753-5178","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 977-9162","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-0446","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 548-4872","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 624-1256","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-7502","","","2:28 PM","0:23","3","Live
Answer","Successful","",""
"(212) 260-0169","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-0243","","","2:28 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 232-0729","","","2:28 PM","0:22","1","Live

Answer","Successful","",""
"(215) 423-5971","","","2:28 PM","0:19","1","Live
Answer","Successful","",""
"(215) 743-1990","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-6540","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 538-0162","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 541-4231","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 727-7846","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-4557","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 403-7325","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 493-9495","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 226-6312","","","2:28 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 324-6238","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 338-8627","","","2:28 PM","0:20","1","Live
Answer","Successful","",""
"(216) 481-1446","","","2:28 PM","0:16","1","Live
Answer","Successful","",""
"(313) 532-4056","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-1094","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 541-3681","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-7799","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 562-0337","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-2257","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 425-2862","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 425-3978","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(215) 426-4375","","","2:28 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 722-5955","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 692-1791","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(267) 273-0813","","","2:28 PM","0:40","1","Voice

Mail","Successful","",""
"(267) 273-1956","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 343-3801","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-0321","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-4092","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-2702","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-9873","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-4723","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 740-7784","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-1849","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-5313","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(212) 564-8297","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-3237","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 227-0450","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 332-6788","","","2:28 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 761-7710","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 366-5264","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-0489","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-2349","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-9477","","","2:28 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 533-2361","","","2:28 PM","0:02","1","Live
Answer","Successful","",""
"(313) 891-3937","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 893-0412","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(646) 882-1000","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 527-4131","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-3592","","","2:28 PM","0:18","1","Voice

```
Mail","Successful","",""
"(773) 721-0537","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 768-9205","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 924-5085","","","2:28 PM","0:25","1","Voice
Mail","Successful","",""
"(212) 344-3900","","","2:28 PM","1:02","1","Voice
Mail","Successful","",""
"(215) 224-8736","","","2:28 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 276-0129","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-4269","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-7884","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-2532","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 707-9548","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 785-9069","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(248) 773-2915","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 369-5992","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 397-3650","","","2:28 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 531-0858","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 766-5883","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 271-1601","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(708) 329-8734","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-2401","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-9278","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 329-1979","","","2:28 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 331-3164","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5785","","","2:28 PM","0:27","2","Voice
Mail","Successful","",""
"(215) 425-7382","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-9739","","","2:28 PM","1:32","1","Voice
```

```
Mail","Successful","",""
"(215) 634-2167","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-3603","","","2:28 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 765-6774","","","2:28 PM","1:02","1","Voice
Mail","Successful","",""
"(215) 769-4363","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 927-0946","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-9828","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 441-0629","","","2:28 PM","0:17","1","Live
Answer","Successful","",""
"(267) 343-8863","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 886-8340","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 366-0071","","","2:28 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 892-4577","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 356-9608","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 891-3963","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 226-5364","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-0491","","","2:28 PM","0:05","1","Live
Answer","Successful","",""
"(215) 548-3192","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(215) 624-0243","","","2:28 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 721-0756","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 862-7610","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 331-5686","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 362-7090","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6277","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6279","","","2:28 PM","0:02","1","Live
Answer","Successful","",""
"(412) 521-1376","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-5948","","","2:28 PM","0:34","1","Voice
```

Mail","Successful","",""
"(773) 667-4726","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 255-4659","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2427","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-6786","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 425-8402","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-9616","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 421-2172","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 455-0927","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-4739","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-6433","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-9829","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 531-0056","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-3397","","","2:28 PM","0:01","1","Live
Answer","Successful","",""
"(313) 838-3997","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 232-0763","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 371-8045","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 683-2406","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(703) 525-9758","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 288-2521","","","2:28 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 927-2452","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-2654","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-2682","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-2675","","","2:28 PM","0:17","1","Live
Answer","Successful","",""
"(313) 255-0691","","","2:28 PM","0:23","2","Live
Answer","Successful","",""
"(313) 653-4050","","","2:28 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(412) 371-4293","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-8509","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-2949","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-7413","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 765-2302","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 465-1527","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-7169","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-9167","","","2:28 PM","0:22","3","Live
Answer","Successful","",""
"(216) 921-8878","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(267) 336-7851","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-8463","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-5461","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-5624","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 541-4662","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 718-8975","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 244-1214","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-1624","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 363-3539","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 475-6600","","","2:28 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 978-5652","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(212) 727-0972","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8943","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-0652","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-6406","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 232-1230","","","2:28 PM","0:27","1","Voice
```

Mail","Successful","",""
"(215) 235-5005","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(215) 235-5819","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-2483","","","2:28 PM","0:17","1","Live
Answer","Successful","",""
"(215) 333-3285","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1365","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(215) 426-7125","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3309","","","2:28 PM","0:02","1","Live
Answer","Successful","",""
"(215) 634-3624","","","2:28 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 681-9019","","","2:28 PM","0:19","3","Live
Answer","Successful","",""
"(267) 639-5834","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 272-0905","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-5123","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 472-5749","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 533-8191","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 731-7830","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-1974","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-3426","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(412) 241-6749","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 281-5156","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-0278","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-4816","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 731-6079","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0966","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 373-2127","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-6345","","","2:28 PM","0:23","1","Live

Answer","Successful","",""
"(773) 890-4996","","","2:28 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 941-3334","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 695-0185","","","2:28 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 225-3318","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-8482","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-5193","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-5385","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1588","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 639-9081","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-9209","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 537-5397","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 838-9485","","","2:28 PM","0:23","2","Live
Answer","Successful","",""
"(703) 294-4252","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 268-8391","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 285-1757","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 906-3938","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 927-2314","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(872) 444-5405","","","2:28 PM","1:05","1","Voice
Mail","Successful","",""
"(215) 227-3810","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-0242","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-6926","","","2:28 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 424-2148","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-7232","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 229-6090","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 231-3058","","","2:28 PM","0:23","1","Live

Answer","Successful","",""
"(216) 383-0319","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(216) 541-4682","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 713-0840","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 932-1686","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(313) 535-8455","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 826-7311","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 548-5975","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 684-0037","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 688-4311","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 675-2927","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-2115","","","2:28 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 227-3298","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 227-5154","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 235-2640","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-8088","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-5098","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 533-3797","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 673-2536","","","2:28 PM","0:11","2","Live
Answer","Successful","",""
"(216) 791-3588","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-5664","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(646) 398-9034","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(703) 358-9370","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 528-1241","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-8484","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 530-7459","","","2:28 PM","0:17","1","Live

```
Answer","Successful","",""
"(215) 223-6931","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2025","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-0860","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-3990","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 634-4703","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 787-0130","","","2:28 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 541-6934","","","2:28 PM","0:14","2","Live
Answer","Successful","",""
"(313) 412-2152","","","2:28 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 533-5814","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 766-5830","","","2:28 PM","0:06","1","Voice
Mail","Successful","",""
"(412) 271-0867","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 681-4182","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 731-7835","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 731-9681","","","2:28 PM","0:08","1","Live
Answer","Successful","",""
"(773) 324-3678","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-4740","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-6969","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 235-7790","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 236-4081","","","2:28 PM","1:09","1","Voice
Mail","Successful","",""
"(215) 335-2257","","","2:28 PM","0:10","1","Live
Answer","Successful","",""
"(215) 338-5489","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 533-1263","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 722-4801","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 728-1896","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 765-2850","","","2:28 PM","0:32","1","Voice
```

Mail","Successful","",""
"(216) 249-3990","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 465-9564","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(267) 519-3615","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-4890","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-3254","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7419","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(646) 484-5210","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 273-9170","","","2:28 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 955-5495","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 227-4059","","","2:28 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 228-7112","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-4213","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-2036","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-2026","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 739-9273","","","2:28 PM","0:15","1","Live
Answer","Successful","",""
"(215) 924-0868","","","2:28 PM","0:43","3","Voice
Mail","Successful","",""
"(216) 541-9156","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(267) 687-8865","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 472-5116","","","2:28 PM","0:16","1","Live
Answer","Successful","",""
"(313) 534-2235","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 694-3437","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-3482","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-5746","","","2:28 PM","1:34","1","Voice
Mail","Successful","",""
"(773) 538-3279","","","2:28 PM","0:07","1","Live
Answer","Successful","",""
"(215) 223-1576","","","2:28 PM","0:35","1","Voice

Mail","Successful","",""
"(215) 225-1570","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 236-1073","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 338-3818","","","2:28 PM","0:12","1","Live
Answer","Successful","",""
"(215) 423-4583","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-2846","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 763-7168","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 229-7758","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 331-4887","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 531-6250","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-0512","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-1379","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 773-7890","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-7935","","","2:28 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 368-0233","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-9388","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8495","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 837-1258","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 243-2779","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-3343","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 394-7711","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(703) 948-0883","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-2765","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-2270","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 624-5251","","","2:28 PM","0:16","1","Live
Answer","Successful","",""
"(215) 329-1963","","","2:28 PM","1:14","1","Voice

Mail","Successful","",""
"(215) 338-1083","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-3257","","","2:28 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 455-0929","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 684-2499","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 904-5975","","","2:28 PM","0:09","1","Live
Answer","Successful","",""
"(313) 273-1344","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(313) 365-7137","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 412-2348","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-3283","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 733-6528","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6078","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 891-9240","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(347) 826-3954","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 242-6098","","","2:28 PM","0:31","2","Voice
Mail","Successful","",""
"(412) 243-5505","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-1148","","","2:28 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(646) 733-9843","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 807-0708","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 437-5727","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 634-0589","","","2:28 PM","0:18","1","Live
Answer","Successful","",""
"(313) 535-6519","","","2:28 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 893-1477","","","2:28 PM","0:53","1","Voice
Mail","Successful","",""
"(412) 201-2464","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 681-1413","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-4439","","","2:28 PM","1:07","1","Voice

```
Mail","Successful","",""
"(773) 855-2113","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 947-0797","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-2493","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-1310","","","2:28 PM","0:08","1","Live
Answer","Successful","",""
"(313) 531-4845","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-3010","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-3951","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-0164","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(703) 248-0846","","","2:28 PM","0:22","3","Live
Answer","Successful","",""
"(773) 624-5683","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 223-2696","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 342-1259","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2314","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 731-7132","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 839-3641","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 359-9852","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-9001","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 521-5521","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(212) 397-5068","","","2:28 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 232-2629","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-4739","","","2:28 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 335-2827","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-4572","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-6214","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-1349","","","2:28 PM","0:40","1","Voice
```

Mail","Successful","",""
"(216) 271-6446","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 272-7714","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-2314","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-0624","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 893-2646","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-5397","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-5239","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 624-8183","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 225-7480","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1124","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-8388","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0143","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-9480","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-4084","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5396","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-1591","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1863","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 533-2721","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-0896","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 745-4373","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-7850","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-8236","","","2:28 PM","0:15","1","Live
Answer","Successful","",""
"(216) 382-9447","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 541-4607","","","2:28 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 372-6946","","","2:28 PM","0:27","1","Voice

Mail","Successful","",""
"(313) 387-9346","","","2:28 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 531-8930","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-6614","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-0754","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 653-3086","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7977","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-0256","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-5181","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-7972","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 247-6188","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 375-1985","","","2:28 PM","0:11","1","Voice
Mail","Successful","",""
"(773) 376-6961","","","2:28 PM","0:24","1","Live
Answer","Successful","",""
"(773) 521-3352","","","2:28 PM","0:02","1","Live
Answer","Successful","",""
"(773) 522-3891","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(929) 259-9908","","","2:28 PM","0:23","2","Live
Answer","Successful","",""
"(215) 223-1607","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 426-3817","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 268-3849","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 451-3392","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-1968","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-4117","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-9378","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-0284","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-1118","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 548-6176","","","2:28 PM","0:23","1","Live

Answer","Successful","",""
"(212) 564-5947","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(212) 679-5519","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-1672","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-1386","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 613-8987","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-1627","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-7588","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-4218","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-1126","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-5446","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(313) 693-9995","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 740-7528","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7912","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 794-0315","","","2:28 PM","0:05","1","Live
Answer","Successful","",""
"(773) 521-0554","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7621","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 331-5431","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-4180","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1056","","","2:28 PM","0:24","1","Live
Answer","Successful","",""
"(215) 548-2251","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 743-0488","","","2:28 PM","0:24","1","Live
Answer","Successful","",""
"(215) 763-3710","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-6087","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 249-6651","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 761-8349","","","2:28 PM","0:23","1","Live

Answer","Successful","",""
"(313) 532-3233","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 838-4724","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-0884","","","2:28 PM","0:15","1","Live
Answer","Successful","",""
"(773) 521-4722","","","2:28 PM","0:20","1","Voice
Mail","Successful","",""
"(872) 244-7726","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 226-4426","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 229-6226","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 291-4341","","","2:28 PM","0:06","1","Voice
Mail","Successful","",""
"(215) 291-9463","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-5930","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 548-5127","","","2:28 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 229-6362","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-3131","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 687-1684","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 892-7016","","","2:28 PM","0:14","2","Live
Answer","Successful","",""
"(412) 682-3576","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(872) 244-3676","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-1226","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 227-5969","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-4493","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-0244","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 613-7919","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 763-0383","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-2057","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-4819","","","2:28 PM","0:14","1","Live

Answer","Successful","",""
"(216) 441-4466","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(216) 481-1988","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 838-9777","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 243-2510","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 271-6559","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-7542","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-9135","","","2:28 PM","0:14","1","Live
Answer","Successful","",""
"(215) 228-1110","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 229-5650","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3890","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-5996","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-5805","","","2:28 PM","1:09","1","Voice
Mail","Successful","",""
"(267) 519-2238","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 368-0997","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-2187","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7159","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 769-1694","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-2876","","","2:28 PM","0:02","1","Live
Answer","Successful","",""
"(773) 285-7107","","","2:28 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 924-4502","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 225-6892","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 289-6220","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 335-2192","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 722-1359","","","2:28 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 924-6312","","","2:28 PM","0:17","1","Live

```
Answer","Successful","",""
"(216) 273-7093","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 692-0420","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 272-9255","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-0332","","","2:28 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 285-9185","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 493-8132","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 542-0678","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 542-8313","","","2:28 PM","0:13","1","Live
Answer","Successful","",""
"(212) 988-1995","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3549","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1425","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2670","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(215) 278-2433","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-7298","","","2:28 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 331-2617","","","2:28 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 331-8079","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-7548","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 624-3099","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-8233","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5643","","","2:28 PM","0:18","1","Live
Answer","Successful","",""
"(216) 471-8455","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 791-8827","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-7344","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 991-4119","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-1383","","","2:28 PM","0:23","3","Live
```

Answer","Successful","",""
"(313) 737-7642","","","2:28 PM","1:04","1","Voice
Mail","Successful","",""
"(412) 243-0336","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 251-0810","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-9409","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 465-3881","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-2992","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-6147","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-8788","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0343","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 361-0787","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-3032","","","2:28 PM","0:53","1","Voice
Mail","Successful","",""
"(267) 428-5599","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-0597","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-4616","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-7201","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 835-8021","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(630) 400-1015","","","2:28 PM","0:24","1","Live
Answer","Successful","",""
"(703) 243-0592","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(708) 688-9743","","","2:28 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 285-8522","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 542-0083","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1286","","","2:28 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 224-1722","","","2:28 PM","0:17","2","Live
Answer","Successful","",""
"(215) 232-5345","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 235-2568","","","2:28 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 333-9305","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-6101","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-1431","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-3440","","","2:28 PM","0:22","2","Live
Answer","Successful","",""
"(215) 765-7627","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 785-9420","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(216) 851-7399","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(267) 388-5518","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-7090","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 731-7030","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 243-4794","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 243-1784","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 812-0897","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-4162","","","2:28 PM","0:49","2","Voice
Mail","Successful","",""
"(773) 288-6007","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 437-4157","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 522-5234","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-4682","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-1287","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 847-8226","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(212) 866-5483","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5815","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-4079","","","2:28 PM","0:05","2","Live
Answer","Successful","",""
"(215) 227-5190","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-9035","","","2:28 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 451-1167","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 541-6182","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 331-8669","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 270-7495","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-8580","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 836-1481","","","2:28 PM","0:17","1","Live
Answer","Successful","",""
"(313) 893-1475","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 236-3824","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 356-7178","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-6775","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-8642","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-4183","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-7695","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 745-3102","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 531-2294","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 860-0481","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(267) 385-7219","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 366-9790","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 733-4704","","","2:28 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 740-7862","","","2:28 PM","0:50","1","Voice
Mail","Successful","",""
"(412) 242-3272","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-5389","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-1302","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(917) 933-9920","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-3393","","","2:28 PM","1:22","1","Voice

```
Mail","Successful","",""
"(212) 685-8784","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-6311","","","2:28 PM","0:24","1","Live
Answer","Successful","",""
"(215) 324-1761","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-5842","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-3409","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-2846","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-3268","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 987-2384","","","2:28 PM","0:05","1","Voice
Mail","Successful","",""
"(216) 761-0738","","","2:28 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 307-8820","","","2:28 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 835-6946","","","2:28 PM","0:06","1","Live
Answer","Successful","",""
"(313) 837-3722","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 281-1970","","","2:28 PM","0:12","1","Live
Answer","Successful","",""
"(412) 371-3511","","","2:28 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 669-9797","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-5993","","","2:28 PM","0:05","1","Live
Answer","Successful","",""
"(212) 568-0677","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 227-6593","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1472","","","2:28 PM","0:13","1","Live
Answer","Successful","",""
"(215) 276-1943","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-2834","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 338-8492","","","2:28 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 424-4635","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 425-2609","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1947","","","2:28 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 739-5592","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-2216","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5846","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-0982","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(267) 323-2713","","","2:28 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 531-3844","","","2:28 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 533-8451","","","2:28 PM","0:15","1","Live
Answer","Successful","",""
"(313) 915-4524","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(571) 312-7949","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-2850","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 924-4942","","","2:28 PM","0:07","1","Live
Answer","Successful","",""
"(773) 924-5370","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(810) 476-3053","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-3444","","","2:28 PM","0:21","1","Live
Answer","Successful","",""
"(215) 456-0560","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-0893","","","2:28 PM","0:18","1","Live
Answer","Successful","",""
"(215) 621-6719","","","2:28 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-4358","","","2:28 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 541-9045","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-5806","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 368-6168","","","2:28 PM","0:14","2","Live
Answer","Successful","",""
"(313) 534-0585","","","2:28 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-5159","","","2:28 PM","0:22","3","Live
Answer","Successful","",""
"(313) 538-8941","","","2:28 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 826-1910","","","2:28 PM","0:40","1","Voice

```
Mail","Successful","",""
"(412) 241-4015","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-1345","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(612) 339-6999","","","2:28 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 277-7196","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 522-1355","","","2:28 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 924-1220","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4457","","","2:28 PM","0:13","1","Live
Answer","Successful","",""
"(215) 226-5335","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-3088","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 276-1892","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 333-3073","","","2:28 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 335-1383","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(267) 273-0202","","","2:28 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 242-4940","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 243-5581","","","2:28 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 522-0756","","","2:28 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 522-2984","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 956-1919","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-1034","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-8270","","","2:28 PM","0:22","2","Live
Answer","Successful","",""
"(215) 226-5535","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-5150","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 329-9892","","","2:28 PM","0:23","2","Live
Answer","Successful","",""
"(215) 333-1725","","","2:28 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 721-0420","","","2:28 PM","0:19","1","Live
```

```
Answer","Successful","",""
"(267) 761-9047","","","2:28 PM","0:22","1","Live
Answer","Successful","",""
"(267) 773-8177","","","2:28 PM","0:09","1","Live
Answer","Successful","",""
"(313) 334-5725","","","2:28 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 416-3593","","","2:28 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-8316","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 837-8328","","","2:28 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 977-9776","","","2:28 PM","0:05","1","Live
Answer","Successful","",""
"(708) 964-7143","","","2:28 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 505-4680","","","2:28 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 643-0027","","","2:28 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 978-2319","","","2:28 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-9090","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-7538","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-9632","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 283-4288","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 451-4659","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(267) 297-8690","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 519-9871","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-0481","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 340-2140","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-1029","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-8379","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-6952","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-6642","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(646) 370-1144","","","2:29 PM","0:18","1","Voice
```

Mail","Successful","",""
"(703) 243-6739","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 690-5727","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 647-1057","","","2:29 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 228-3814","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-3906","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-0419","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-3975","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-4822","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-2824","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-2721","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-8324","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1396","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(216) 361-1593","","","2:29 PM","0:21","1","Live
Answer","Successful","",""
"(216) 761-0739","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6084","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 851-4634","","","2:29 PM","0:26","1","Voice
Mail","Successful","",""
"(267) 239-0991","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 521-8542","","","2:29 PM","0:02","1","Live
Answer","Successful","",""
"(313) 838-4559","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 247-5822","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-1491","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 221-3255","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 437-5776","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-5484","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(212) 227-0137","","","2:29 PM","0:35","1","Voice

Mail","Successful","",""
"(212) 608-1414","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 227-1708","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-6165","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-5358","","","2:29 PM","0:18","1","Live
Answer","Successful","",""
"(215) 456-0654","","","2:29 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 765-2891","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 856-3680","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-2188","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 927-2785","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-3181","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-3573","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-3275","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-8631","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 394-0509","","","2:29 PM","0:28","2","Voice
Mail","Successful","",""
"(773) 522-1748","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-4866","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(215) 226-1025","","","2:29 PM","0:24","1","Live
Answer","Successful","",""
"(215) 291-9359","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 335-1212","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 425-2059","","","2:29 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 426-3025","","","2:29 PM","0:13","1","Live
Answer","Successful","",""
"(216) 271-0379","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 271-4725","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-0964","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-0790","","","2:29 PM","0:44","1","Voice

Mail","Successful","",""
"(703) 243-9691","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 285-0376","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-2869","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 927-0831","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 933-1310","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 203-1965","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-4810","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-8283","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-0807","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 722-4338","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-0162","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 249-4010","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-5508","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-1238","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-8691","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-9246","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-8717","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 683-6143","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(872) 223-4868","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 627-2445","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 947-6830","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 223-1062","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3129","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 329-8868","","","2:29 PM","0:24","1","Live
Answer","Successful","",""
"(215) 342-3372","","","2:29 PM","0:06","1","Live

```
Answer","Successful","",""
"(215) 423-1642","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-0480","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 309-5016","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-2912","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(216) 681-9854","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-1235","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-0665","","","2:29 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 535-4559","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 537-5004","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 694-3048","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 288-4332","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 682-2350","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(703) 528-8896","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 924-4445","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 224-2835","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-4715","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 235-2614","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 276-3040","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-1383","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-0381","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 331-2651","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-3744","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-4519","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-2070","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-6213","","","2:29 PM","0:35","1","Voice
```

Mail","Successful","",""
"(215) 921-4518","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-4774","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 266-0497","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 387-6364","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-0744","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 281-3902","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-1326","","","2:29 PM","0:22","2","Live
Answer","Successful","",""
"(708) 929-1805","","","2:29 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 924-1788","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-5926","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 645-1910","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-4774","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 695-1270","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5182","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-3741","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-4064","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-6017","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 904-6309","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-7904","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-8152","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-7169","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 794-5926","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-3624","","","2:29 PM","0:08","1","Live
Answer","Successful","",""
"(412) 904-3086","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 955-1166","","","2:29 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(212) 594-0227","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-0841","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-2906","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 329-4285","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-1379","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 430-0395","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 613-5281","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 249-5372","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0102","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-4822","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(267) 687-2764","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-6912","","","2:29 PM","0:05","1","Live
Answer","Successful","",""
"(313) 472-5180","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-3252","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-4716","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 794-2868","","","2:29 PM","0:25","1","Live
Answer","Successful","",""
"(412) 351-3587","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 521-5731","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(773) 855-8421","","","2:29 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 226-6138","","","2:29 PM","0:05","2","Live
Answer","Successful","",""
"(215) 634-2807","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 684-3507","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(215) 739-6093","","","2:29 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 765-0208","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-0873","","","2:29 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 229-2406","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 366-1286","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-7308","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 891-4095","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-9231","","","2:29 PM","0:06","1","Live
Answer","Successful","",""
"(412) 271-6990","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-4288","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-5800","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-4075","","","2:29 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 425-7094","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-3386","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 535-5010","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-2688","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 744-6833","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 231-6462","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 321-2233","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-5291","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3523","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3909","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(313) 731-7264","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7963","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-7045","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-1912","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 243-0548","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 285-1128","","","2:29 PM","0:15","1","Voice

```
Mail","Successful","",""
"(773) 924-6548","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-2766","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-9093","","","2:29 PM","0:22","2","Live
Answer","Successful","",""
"(215) 423-3868","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 978-7418","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 486-7220","","","2:29 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 761-6360","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 469-7116","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 532-5537","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-3679","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7076","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-2192","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 721-9136","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-9010","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 227-1019","","","2:29 PM","0:15","1","Live
Answer","Successful","",""
"(215) 424-2681","","","2:29 PM","0:01","1","Live
Answer","Successful","",""
"(215) 425-0951","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-7699","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-0707","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-3040","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-4361","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 368-3660","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(313) 368-7104","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-1857","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-3372","","","2:29 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(313) 533-5470","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 534-2816","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 534-3739","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-1505","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-8883","","","2:29 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 731-7349","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-4971","","","2:29 PM","1:31","1","Voice
Mail","Successful","",""
"(773) 565-4003","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 463-7866","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 203-0394","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 225-2591","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1418","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-5425","","","2:29 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 681-4580","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-8084","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-1706","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-3990","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 332-5868","","","2:29 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 333-6436","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-2416","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 417-1723","","","2:29 PM","0:14","1","Live
Answer","Successful","",""
"(216) 692-2425","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(312) 599-7230","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 387-2055","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 526-7005","","","2:29 PM","0:24","1","Voice
```

```
Mail","Successful","",""
"(313) 537-6596","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 537-7922","","","2:29 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 592-9507","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 838-1887","","","2:29 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 731-7059","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 903-9388","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 285-1896","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 373-1711","","","2:29 PM","0:01","1","Live
Answer","Successful","",""
"(773) 521-8934","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1129","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-2830","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-6623","","","2:29 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 232-0171","","","2:29 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 425-1413","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-5104","","","2:29 PM","0:24","1","Live
Answer","Successful","",""
"(215) 426-6597","","","2:29 PM","0:06","1","Live
Answer","Successful","",""
"(215) 634-4060","","","2:29 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 739-3385","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1676","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 765-5808","","","2:29 PM","1:24","1","Voice
Mail","Successful","",""
"(215) 924-1979","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-1636","","","2:29 PM","0:12","3","Live
Answer","Successful","",""
"(267) 455-0998","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 521-2668","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-5399","","","2:29 PM","0:32","1","Voice
```

```
Mail","Successful","",""
"(313) 533-0467","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 694-3224","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7394","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7883","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 794-1655","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-3539","","","2:29 PM","0:01","1","Live
Answer","Successful","",""
"(412) 281-1653","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 682-2378","","","2:29 PM","1:41","1","Voice
Mail","Successful","",""
"(646) 861-0177","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(703) 664-0252","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(734) 234-5978","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 288-1211","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 363-7647","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-9782","","","2:29 PM","0:14","1","Live
Answer","Successful","",""
"(773) 542-8651","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 565-4232","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-5670","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 228-7620","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 329-1067","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-3711","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-2425","","","2:29 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 425-2823","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-3964","","","2:29 PM","0:02","1","Live
Answer","Successful","",""
"(215) 455-4672","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 468-3561","","","2:29 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 548-1279","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 624-1304","","","2:29 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 739-5229","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-1326","","","2:29 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 769-0821","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-7086","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-3256","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 481-1672","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 713-2276","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-4810","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-2167","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-5390","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-4380","","","2:29 PM","0:12","1","Live
Answer","Successful","",""
"(773) 257-8989","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-1793","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 548-0069","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 406-6298","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6460","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-4705","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-0897","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-0279","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-7764","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 761-2406","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-5243","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-1129","","","2:29 PM","0:36","1","Voice
```

Mail","Successful","",""
"(773) 966-4463","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-1895","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 331-6175","","","2:29 PM","0:22","2","Live
Answer","Successful","",""
"(215) 342-1672","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-2328","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-3480","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-9667","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 681-1060","","","2:29 PM","0:32","2","Voice
Mail","Successful","",""
"(216) 929-1043","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-8914","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 443-6701","","","2:29 PM","1:03","1","Voice
Mail","Successful","",""
"(313) 255-7214","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 636-0548","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 891-3994","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 923-0833","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-0857","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 924-6943","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-5751","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 426-3325","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1916","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 924-4952","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 303-9057","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 451-4573","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(312) 613-5855","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 368-1316","","","2:29 PM","0:35","1","Voice

```
Mail","Successful","",""
"(313) 368-2325","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-1220","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 535-9720","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 643-9466","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 734-4383","","","2:29 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 223-5585","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-8684","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-3961","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-8748","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-3525","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-5749","","","2:29 PM","1:38","1","Voice
Mail","Successful","",""
"(215) 425-8412","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-3802","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 731-7052","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 244-0786","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 522-2952","","","2:29 PM","0:11","1","Live
Answer","Successful","",""
"(773) 823-7342","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 397-4335","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-2028","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-5743","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-6272","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 340-9355","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-8925","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-2624","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-5805","","","2:29 PM","0:35","2","Voice
```

```
Mail","Successful","",""
"(215) 225-2346","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 235-0584","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 289-0996","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 291-9530","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(215) 423-4088","","","2:29 PM","0:21","1","Live
Answer","Successful","",""
"(215) 426-3604","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 613-6977","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 350-6788","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 785-9220","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 369-9583","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-8308","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-8522","","","2:29 PM","0:02","1","Live
Answer","Successful","",""
"(412) 586-5730","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 621-1407","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 536-3264","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-0053","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0731","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-2162","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 338-4010","","","2:29 PM","1:26","1","Voice
Mail","Successful","",""
"(215) 426-2647","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 543-9894","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 725-1510","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-0597","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 763-7229","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 927-4163","","","2:29 PM","0:22","1","Live
```

Answer","Successful","",""
"(216) 249-4308","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-0287","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(216) 320-0004","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 526-2997","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2794","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-8061","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-7834","","","2:29 PM","0:03","1","Live
Answer","Successful","",""
"(412) 371-1909","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 918-1081","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0910","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 420-3897","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 691-9107","","","2:29 PM","0:16","1","Live
Answer","Successful","",""
"(212) 889-3031","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 229-8783","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 457-8783","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-7862","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-5512","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-0718","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(267) 324-5437","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(312) 843-3706","","","2:29 PM","0:21","1","Live
Answer","Successful","",""
"(313) 368-3979","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-7291","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-4722","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 375-7144","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-5330","","","2:29 PM","1:07","1","Voice

Mail","Successful","",""
"(215) 227-4288","","","2:29 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 227-4758","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-1189","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 338-7789","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-6910","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 743-5177","","","2:29 PM","0:09","1","Live
Answer","Successful","",""
"(215) 927-6664","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 927-8525","","","2:29 PM","0:14","1","Live
Answer","Successful","",""
"(216) 421-2389","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 851-0839","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 331-5629","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-8739","","","2:29 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 740-7146","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 836-5957","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 891-7260","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-1942","","","2:29 PM","0:13","1","Live
Answer","Successful","",""
"(773) 734-0697","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 643-9369","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 691-7094","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-0130","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-2371","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1457","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-1127","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 631-3353","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-1962","","","2:29 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 273-2023","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 412-2372","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-7889","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-6942","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 537-5140","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-6414","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 740-7199","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-0831","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-7213","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 351-4764","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-2034","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(212) 517-4516","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 645-9363","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 929-5245","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-5820","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-8154","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 279-7467","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 423-3056","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 266-0939","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-1936","","","2:29 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 255-1431","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-1410","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 534-2393","","","2:29 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 893-9888","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 247-9513","","","2:29 PM","0:39","1","Voice
```

Mail","Successful","",""
"(773) 268-4939","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-8333","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 521-1446","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-0457","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0839","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 235-2318","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 289-1657","","","2:29 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 427-3108","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-1532","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 268-3113","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9561","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 366-5135","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-2395","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(313) 837-1516","","","2:29 PM","0:18","1","Live
Answer","Successful","",""
"(313) 892-9745","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 594-5417","","","2:29 PM","1:20","1","Voice
Mail","Successful","",""
"(703) 527-1858","","","2:29 PM","0:55","1","Voice
Mail","Successful","",""
"(773) 521-9108","","","2:29 PM","0:12","1","Live
Answer","Successful","",""
"(773) 684-5549","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(929) 259-9311","","","2:29 PM","0:46","1","Voice
Mail","Successful","",""
"(212) 691-9998","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 802-9307","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 225-0890","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 338-5059","","","2:29 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 739-1360","","","2:29 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 739-1417","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(234) 205-1377","","","2:29 PM","0:08","1","Voice
Mail","Successful","",""
"(267) 639-4016","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 532-1371","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-0598","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1830","","","2:29 PM","0:02","1","Live
Answer","Successful","",""
"(313) 893-1302","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 351-1760","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 681-9067","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 528-7799","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 223-2253","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-1262","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 279-7281","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 329-0689","","","2:29 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 329-1016","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 332-5068","","","2:29 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 342-5065","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 924-2756","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 417-5040","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 421-1116","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-6509","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 862-7146","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 531-7219","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 893-3964","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-4326","","","2:29 PM","0:32","1","Voice
```

```
Mail","Successful","",""
"(646) 649-3517","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 221-6062","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 437-5886","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 522-1755","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 684-5266","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 731-2968","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 332-7640","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-5839","","","2:29 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 455-5030","","","2:29 PM","1:20","1","Voice
Mail","Successful","",""
"(216) 451-2867","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-8471","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-9951","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-8470","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 731-7561","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-0845","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 371-1486","","","2:29 PM","0:26","1","Voice
Mail","Successful","",""
"(773) 374-0561","","","2:29 PM","0:20","1","Live
Answer","Successful","",""
"(773) 374-3407","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 521-9501","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(773) 548-4527","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 684-2574","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-8031","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-8045","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 706-1503","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 225-1244","","","2:29 PM","0:04","1","Live
```

Answer","Successful","",""
"(215) 228-0601","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-8902","","","2:29 PM","0:19","3","Live
Answer","Successful","",""
"(215) 684-2731","","","2:29 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 745-3779","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-0949","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-5359","","","2:29 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 761-0585","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 761-2874","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 932-5260","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(248) 906-8245","","","2:29 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 272-1658","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 412-2548","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 535-6246","","","2:29 PM","0:24","1","Live
Answer","Successful","",""
"(313) 694-3161","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 243-1418","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-3429","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 375-5904","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 521-0605","","","2:29 PM","0:06","1","Live
Answer","Successful","",""
"(773) 731-0871","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 222-5129","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-1316","","","2:29 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 423-9075","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 739-2868","","","2:29 PM","0:15","1","Live
Answer","Successful","",""
"(215) 978-6432","","","2:29 PM","0:13","1","Live
Answer","Successful","",""
"(216) 249-1332","","","2:29 PM","0:23","1","Live

Answer","Successful","",""
"(313) 893-2571","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 765-3555","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(612) 330-0069","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 923-8100","","","2:29 PM","1:47","1","Voice
Mail","Successful","",""
"(708) 603-7377","","","2:29 PM","0:09","2","Voice
Mail","Successful","",""
"(773) 363-4428","","","2:29 PM","0:16","1","Live
Answer","Successful","",""
"(773) 522-4121","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 538-4815","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 961-5409","","","2:29 PM","0:07","1","Live
Answer","Successful","",""
"(215) 225-5426","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 226-1876","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(215) 964-9469","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 851-9733","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(313) 531-5255","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 532-3532","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 534-1925","","","2:29 PM","0:18","1","Live
Answer","Successful","",""
"(313) 538-6182","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 694-3829","","","2:29 PM","0:08","1","Live
Answer","Successful","",""
"(412) 281-7494","","","2:29 PM","0:13","1","Live
Answer","Successful","",""
"(773) 690-5254","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 242-9463","","","2:29 PM","0:14","1","Live
Answer","Successful","",""
"(212) 691-2838","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 223-7077","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-4352","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-3643","","","2:29 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 333-2856","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-3463","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-1210","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1673","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 634-5332","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-1156","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-4749","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 533-9537","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 694-3380","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-5395","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 528-0953","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 268-0667","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-5057","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2182","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 465-3501","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(917) 962-4127","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 807-0435","","","2:29 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 537-9484","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 621-7565","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-6323","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 563-1047","","","2:29 PM","0:05","1","Live
Answer","Successful","",""
"(216) 658-0433","","","2:29 PM","0:13","1","Live
Answer","Successful","",""
"(313) 255-5776","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-6602","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-0466","","","2:29 PM","0:23","1","Live
```

Answer","Successful","",""
"(773) 277-7039","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 731-4500","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-2859","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 338-5690","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 423-4060","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-2695","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-8345","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-8807","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 268-1630","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-8217","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 541-0658","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-3536","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7411","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(630) 506-6727","","","2:29 PM","0:07","1","Live
Answer","Successful","",""
"(703) 908-9691","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 324-7223","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 374-4120","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 375-1205","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-0284","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 600-5206","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(212) 995-5917","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 236-2540","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 329-5342","","","2:29 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 331-7190","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1996","","","2:29 PM","0:23","2","Live

```
Answer","Successful","",""
"(215) 457-5412","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-2953","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-1286","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 531-7178","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 932-6727","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 335-2960","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 345-7424","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-3791","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 837-2725","","","2:29 PM","0:47","1","Voice
Mail","Successful","",""
"(412) 241-2407","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-2302","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 493-6909","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-7273","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(773) 847-3090","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-0314","","","2:29 PM","0:20","1","Live
Answer","Successful","",""
"(929) 259-9422","","","2:29 PM","1:04","1","Voice
Mail","Successful","",""
"(212) 352-1174","","","2:29 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 329-4626","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-5448","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 722-7924","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-7438","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 291-0014","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 272-7298","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 273-7616","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-7744","","","2:29 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(412) 241-0425","","","2:29 PM","1:22","1","Voice
Mail","Successful","",""
"(412) 586-7723","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 731-0227","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 243-3809","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 285-1538","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 375-6470","","","2:29 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 855-2106","","","2:29 PM","0:47","1","Voice
Mail","Successful","",""
"(212) 967-1816","","","2:29 PM","0:23","3","Live
Answer","Successful","",""
"(215) 226-3684","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-0596","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(215) 329-0443","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 329-6251","","","2:29 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 338-5908","","","2:29 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 423-6644","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2869","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-7677","","","2:29 PM","0:19","1","Voice
Mail","Successful","",""
"(216) 681-8489","","","2:29 PM","0:57","1","Voice
Mail","Successful","",""
"(216) 851-8421","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(267) 774-5733","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 533-3862","","","2:29 PM","0:01","1","Live
Answer","Successful","",""
"(412) 371-7477","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 391-2471","","","2:29 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 277-4503","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 437-5041","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 916-3799","","","2:29 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(212) 567-3672","","","2:29 PM","1:21","1","Voice
Mail","Successful","",""
"(212) 675-0244","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5215","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 227-0769","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 232-5474","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-3963","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 332-8039","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 549-3423","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 575-0551","","","2:29 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 739-7380","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 268-2530","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 341-4231","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-7619","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-2322","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 883-2807","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 473-8395","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-3567","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 838-1916","","","2:29 PM","0:06","1","Live
Answer","Successful","",""
"(412) 371-1479","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 731-5372","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 786-4068","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-2099","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-1008","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-1111","","","2:29 PM","0:24","1","Live
Answer","Successful","",""
"(215) 763-9414","","","2:29 PM","0:22","3","Live
```

```
Answer","Successful","",""
"(215) 787-0916","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 341-9412","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-1415","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 721-3584","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 862-2668","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 372-6727","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 766-5536","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-7149","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-7170","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 484-5121","","","2:29 PM","0:10","1","Voice
Mail","Successful","",""
"(773) 624-5929","","","2:29 PM","0:15","1","Live
Answer","Successful","",""
"(773) 843-1863","","","2:29 PM","0:52","1","Voice
Mail","Successful","",""
"(773) 924-2119","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 600-5451","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 627-7987","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-3475","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 229-0439","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1733","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-0565","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 343-4637","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-7192","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-2316","","","2:29 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 892-3013","","","2:29 PM","0:19","1","Voice
Mail","Successful","",""
"(412) 351-1749","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 373-2182","","","2:29 PM","0:23","1","Live
```

Answer","Successful","",""
"(773) 768-3250","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0263","","","2:29 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 224-2682","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1562","","","2:29 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 226-2155","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-0793","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 424-1652","","","2:29 PM","0:11","2","Live
Answer","Successful","",""
"(215) 424-3757","","","2:29 PM","0:23","1","Voice
Mail","Successful","",""
"(215) 533-5097","","","2:29 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 548-1063","","","2:29 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 634-0598","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 763-6558","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 821-3052","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 751-7257","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5064","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 493-0560","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 247-7508","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-4857","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-5578","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 864-1463","","","2:29 PM","0:21","1","Live
Answer","Successful","",""
"(215) 338-1404","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-1549","","","2:29 PM","0:25","1","Live
Answer","Successful","",""
"(215) 423-4190","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 927-1545","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 371-8449","","","2:29 PM","0:38","1","Voice

```
Mail","Successful","",""
"(313) 532-6920","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-1225","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-9328","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 693-4023","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 360-2677","","","2:29 PM","0:08","1","Live
Answer","Successful","",""
"(773) 324-8660","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 634-3781","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 533-6819","","","2:29 PM","0:34","3","Voice
Mail","Successful","",""
"(313) 826-7931","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 242-6771","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 434-6009","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(646) 524-6921","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 268-0615","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-2660","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 493-1504","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-2609","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-4514","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 226-2020","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 333-3206","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-5242","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(267) 252-5493","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-1173","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-7240","","","2:29 PM","0:21","1","Live
Answer","Successful","",""
"(313) 538-2660","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 837-5881","","","2:29 PM","0:28","1","Voice
```

Mail","Successful","",""
"(412) 683-1258","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-1844","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-3892","","","2:29 PM","0:35","2","Voice
Mail","Successful","",""
"(412) 731-5859","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 858-2426","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 437-5830","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-5574","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 565-4592","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 955-3629","","","2:29 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 221-5639","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-1151","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-0908","","","2:29 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 457-5963","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-0513","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-2194","","","2:29 PM","0:22","2","Live
Answer","Successful","",""
"(313) 521-0467","","","2:29 PM","0:06","1","Live
Answer","Successful","",""
"(313) 534-7758","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 374-6420","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 521-5752","","","2:29 PM","0:07","1","Live
Answer","Successful","",""
"(773) 522-5372","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 721-0339","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 463-7994","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 228-2963","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-3988","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-0497","","","2:29 PM","0:31","1","Voice

Mail","Successful","",""
"(215) 426-4746","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-1585","","","2:29 PM","0:05","1","Live
Answer","Successful","",""
"(216) 451-9171","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 344-8159","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 472-5056","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-4261","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-8936","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-4041","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5167","","","2:29 PM","0:23","3","Live
Answer","Successful","",""
"(773) 521-6859","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 333-4546","","","2:29 PM","0:22","2","Live
Answer","Successful","",""
"(215) 338-0496","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-3102","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-3439","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 535-3078","","","2:29 PM","0:11","1","Live
Answer","Successful","",""
"(215) 549-3283","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1462","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-1901","","","2:29 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 268-3366","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 371-3144","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-1442","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-1775","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-8365","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7225","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 836-5731","","","2:29 PM","0:44","1","Voice

```
Mail","Successful","",""
"(412) 731-6745","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(612) 333-1845","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 684-6299","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-9849","","","2:29 PM","0:16","2","Voice
Mail","Successful","",""
"(215) 232-2838","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-3120","","","2:29 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 455-9411","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-5680","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-4558","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-7052","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-8956","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-6118","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 371-0171","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 621-1927","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 254-2009","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 375-1158","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-1344","","","2:29 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 855-2748","","","2:29 PM","0:02","1","Live
Answer","Successful","",""
"(773) 855-5079","","","2:29 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 203-0347","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-9730","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 331-7797","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-3018","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 543-9653","","","2:29 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 549-2120","","","2:29 PM","1:11","1","Voice
```

```
Mail","Successful","",""
"(267) 443-1643","","","2:29 PM","0:05","1","Voice
Mail","Successful","",""
"(267) 687-2090","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 532-3978","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-1819","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-5187","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 592-9563","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-0579","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 338-2031","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-0751","","","2:29 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-1281","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 229-0768","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-6706","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-9326","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-2680","","","2:29 PM","0:20","2","Live
Answer","Successful","",""
"(216) 321-1773","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(248) 533-3476","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 388-7325","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 639-4646","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 261-1514","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 261-1548","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4372","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-6294","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 924-2542","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(872) 666-5300","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 217-9057","","","2:29 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(212) 868-5822","","","2:29 PM","0:23","3","Live
Answer","Successful","",""
"(215) 224-2027","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7197","","","2:29 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 229-0169","","","2:29 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 232-2858","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-0293","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-0717","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 533-6726","","","2:29 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 268-1359","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-1184","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 324-5967","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-9442","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-9411","","","2:29 PM","0:35","2","Voice
Mail","Successful","",""
"(313) 740-7066","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7736","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-0323","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-1472","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 247-5242","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 271-2683","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-3943","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-4950","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 734-5271","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(212) 924-8932","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-0179","","","2:29 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 289-6062","","","2:29 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 423-3504","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-0702","","","2:29 PM","0:57","1","Voice
Mail","Successful","",""
"(215) 425-5867","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-3016","","","2:29 PM","1:12","1","Voice
Mail","Successful","",""
"(215) 722-0328","","","2:29 PM","1:19","1","Voice
Mail","Successful","",""
"(215) 725-3255","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 331-7217","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 333-9557","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-2295","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 255-7228","","","2:29 PM","0:15","1","Live
Answer","Successful","",""
"(313) 893-4227","","","2:29 PM","0:39","3","Voice
Mail","Successful","",""
"(412) 241-3564","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-0941","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 731-4430","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 536-5432","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 564-7182","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-6114","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1490","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-4920","","","2:29 PM","1:04","1","Voice
Mail","Successful","",""
"(215) 332-4975","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-1391","","","2:29 PM","0:14","1","Live
Answer","Successful","",""
"(215) 624-2619","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-6304","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-1979","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-0204","","","2:29 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 271-6664","","","2:29 PM","0:05","1","Live
Answer","Successful","",""
"(216) 451-2835","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 505-5829","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-4910","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-5871","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 270-7433","","","2:29 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 472-5976","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 535-3866","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2595","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7019","","","2:29 PM","0:09","1","Live
Answer","Successful","",""
"(313) 837-2116","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 277-1355","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 955-1261","","","2:29 PM","0:04","1","Live
Answer","Successful","",""
"(215) 291-9981","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3460","","","2:29 PM","0:14","1","Live
Answer","Successful","",""
"(215) 426-5765","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 708-2820","","","2:29 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-1709","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-1038","","","2:29 PM","0:34","2","Voice
Mail","Successful","",""
"(216) 249-8182","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 303-9646","","","2:29 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 851-7568","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-4707","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-8311","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 243-2128","","","2:29 PM","0:37","1","Voice
```

Mail","Successful","",""
"(412) 244-8840","","","2:29 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 904-4399","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(612) 343-2041","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 420-3702","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-4837","","","2:29 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 667-1916","","","2:29 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 978-0943","","","2:29 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 221-6373","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-1360","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-8966","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-6746","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-8989","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 889-1939","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 521-0097","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-1139","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1562","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 731-7216","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 731-7623","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-2792","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 261-9892","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 904-2297","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(773) 721-0624","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 335-0289","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 624-2796","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-3602","","","2:29 PM","0:31","1","Voice

```
Mail","Successful","",""
"(215) 739-2353","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-5329","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-0846","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-8085","","","2:29 PM","0:10","1","Live
Answer","Successful","",""
"(216) 451-1182","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-6512","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 514-2023","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-0021","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-1381","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-3436","","","2:29 PM","0:25","1","Voice
Mail","Successful","",""
"(646) 912-9647","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 847-0187","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 542-7707","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-3147","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-9193","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 933-5335","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 221-5249","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 289-7258","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 289-7790","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-7040","","","2:29 PM","2:23","1","Voice
Mail","Successful","",""
"(215) 425-8678","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 426-2087","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 456-0221","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-1936","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-4467","","","2:29 PM","0:14","1","Live
```

```
Answer","Successful","",""
"(215) 765-3036","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 451-4404","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 639-6997","","","2:29 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 886-9799","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 369-0482","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-2637","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-4474","","","2:29 PM","0:34","2","Voice
Mail","Successful","",""
"(412) 241-1769","","","2:29 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 271-0579","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-7661","","","2:29 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 855-8437","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 695-7050","","","2:29 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 229-5086","","","2:29 PM","0:23","2","Live
Answer","Successful","",""
"(215) 236-0585","","","2:29 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 291-9148","","","2:29 PM","0:11","1","Live
Answer","Successful","",""
"(215) 978-7793","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 231-6173","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-2762","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8669","","","2:29 PM","0:17","1","Live
Answer","Successful","",""
"(313) 368-1942","","","2:29 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 538-0137","","","2:29 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 538-7958","","","2:29 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 794-2798","","","2:29 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-7453","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 621-4389","","","2:29 PM","0:22","2","Live
```

```
Answer","Successful","",""
"(703) 276-1653","","","2:29 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 277-8556","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 542-0626","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 684-3955","","","2:29 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 367-7422","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 627-9626","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-2477","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-4930","","","2:29 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 624-5917","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 639-3409","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 534-4158","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7892","","","2:29 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 839-5227","","","2:29 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 812-4607","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(734) 352-9459","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 786-9420","","","2:29 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 825-2087","","","2:29 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 221-5074","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 224-3822","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 533-6783","","","2:29 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-8185","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 563-1923","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-6794","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-1568","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2997","","","2:29 PM","0:02","1","Live
```

```
Answer","Successful","",""
"(313) 826-0947","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(412) 261-0466","","","2:29 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-7466","","","2:29 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 371-2320","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(646) 448-4654","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-0884","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(212) 675-4193","","","2:29 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-8987","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-3819","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-3727","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-4687","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-8360","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-1791","","","2:29 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 537-0244","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-1955","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-8007","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-7765","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 505-5419","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0414","","","2:29 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-0556","","","2:29 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-5994","","","2:29 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-5429","","","2:29 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 802-6266","","","2:29 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 522-5920","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-3833","","","2:29 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 855-8782","","","2:29 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 955-0031","","","2:29 PM","0:23","1","Live
Answer","Successful","",""
"(212) 227-4407","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(212) 989-6441","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-6480","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-6833","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 333-1879","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0265","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2980","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(216) 851-7895","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 639-2201","","","2:30 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 639-5018","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 366-9549","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 368-8481","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(313) 369-1396","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 533-4676","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 766-5725","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-3097","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-1287","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-6611","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 752-3395","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(872) 244-3918","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 633-0875","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(212) 947-3190","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 226-3104","","","2:30 PM","0:00","3","Busy
```

Signal","Unsuccessful","",""
"(215) 624-3526","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 763-3646","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 681-1520","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(267) 318-7354","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(313) 255-4332","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-1722","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-4745","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 664-0984","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(708) 730-4593","","","2:30 PM","0:50","1","Voice
Mail","Successful","",""
"(773) 978-3270","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 226-1640","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 276-7767","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 324-1327","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3013","","","2:30 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 332-7196","","","2:30 PM","0:03","1","Live
Answer","Successful","",""
"(215) 424-3123","","","2:30 PM","0:23","1","Voice
Mail","Successful","",""
"(215) 455-5176","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-1587","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-6055","","","2:30 PM","0:07","1","Live
Answer","Successful","",""
"(216) 851-7857","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 331-5370","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 455-0774","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-4217","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 761-9037","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 868-4946","","","2:30 PM","0:31","1","Voice

Mail","Successful","",""
"(313) 838-2604","","","2:30 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 891-4818","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-6048","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(347) 682-3692","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(412) 351-0528","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 277-5047","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 356-9945","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 420-3098","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 536-9345","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 684-6912","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 221-6141","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-4064","","","2:30 PM","0:12","1","Live
Answer","Successful","",""
"(215) 227-7158","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 229-2943","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-2392","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 383-0215","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(216) 791-3955","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 687-2741","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 592-9518","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-5359","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 241-6842","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 244-0881","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 721-5278","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 818-7034","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0230","","","2:30 PM","0:28","1","Voice

```
Mail","Successful","",""
"(215) 223-6930","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 226-2810","","","2:30 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 227-2583","","","2:30 PM","0:16","1","Live
Answer","Successful","",""
"(215) 235-2084","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-1744","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 427-2696","","","2:30 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 549-7519","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-2380","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 927-8947","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-3142","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-8624","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(216) 851-3955","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 886-8204","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 531-0930","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2145","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 653-0553","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 243-7983","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 681-0484","","","2:30 PM","0:04","1","Live
Answer","Successful","",""
"(646) 410-0665","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 812-4805","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 285-3830","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-1465","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-8040","","","2:30 PM","0:15","1","Live
Answer","Successful","",""
"(215) 223-0456","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 223-6249","","","2:30 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 276-4243","","","2:30 PM","0:05","1","Live
Answer","Successful","",""
"(215) 331-7855","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-6728","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-4870","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-0510","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-3152","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-1378","","","2:30 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 231-1341","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 417-6032","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5926","","","2:30 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 681-4245","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 795-5161","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 255-4293","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 326-6015","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-2012","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-7696","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 836-2669","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-9899","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-0240","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(412) 271-7311","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-5505","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 731-3750","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 989-4615","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 232-8810","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-1169","","","2:30 PM","0:39","1","Voice
```

```
Mail","Successful","",""
"(215) 549-2447","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 551-4922","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-3060","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 769-1084","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 769-2530","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 421-5127","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(312) 778-3351","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-6848","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 387-8326","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(313) 534-6703","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-3537","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 241-1310","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-7799","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 924-5734","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-2723","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-5212","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 426-6442","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 743-9749","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 763-1028","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 932-3417","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 534-1542","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-1540","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 836-1253","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(412) 243-3144","","","2:30 PM","0:30","2","Voice
Mail","Successful","",""
"(773) 247-7687","","","2:30 PM","0:38","1","Voice
```

Mail","Successful","",""
"(773) 955-7479","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 227-0835","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1628","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 236-9547","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 288-1536","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-5897","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-8610","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-4771","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-5551","","","2:30 PM","0:23","2","Live
Answer","Successful","",""
"(215) 924-4795","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 431-4804","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(312) 522-0657","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-4607","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 646-9282","","","2:30 PM","0:01","1","Live
Answer","Successful","",""
"(313) 693-9942","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 835-9464","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-8014","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 235-7788","","","2:30 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 241-8109","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-1079","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 538-9607","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-3554","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 229-2157","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(215) 324-8626","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 424-2758","","","2:30 PM","0:39","1","Voice

```
Mail","Successful","",""
"(215) 427-2127","","","2:30 PM","0:15","1","Live
Answer","Successful","",""
"(215) 634-2617","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 229-7992","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 268-1640","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 273-7045","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 397-0328","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(216) 451-4838","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 297-8861","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-2254","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 366-3955","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 257-0197","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 375-1688","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 225-0163","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-0917","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-7549","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 831-0150","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 229-2217","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-3335","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 239-5934","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 923-2851","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-4788","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 684-5961","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 731-7613","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 221-6016","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 223-3735","","","2:30 PM","0:22","1","Voice
```

Mail","Successful","",""
"(215) 224-3961","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-7363","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 338-0835","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-1353","","","2:30 PM","0:58","2","Voice
Mail","Successful","",""
"(215) 549-0129","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(215) 549-6986","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-8171","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-7290","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-9323","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 338-9817","","","2:30 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 366-9836","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 369-2464","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 372-8927","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-7386","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 243-9386","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 402-2087","","","2:30 PM","0:18","2","Live
Answer","Successful","",""
"(412) 731-2697","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 268-2764","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-1436","","","2:30 PM","0:17","1","Live
Answer","Successful","",""
"(773) 565-4784","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-7872","","","2:30 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 966-4147","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-7979","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 924-0009","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 278-7705","","","2:30 PM","0:18","1","Voice

```
Mail","Successful","",""
"(215) 291-1846","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0748","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-6968","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-8797","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 451-5959","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-0087","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 681-3085","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 862-1222","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 412-2788","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 460-8622","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 472-5537","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-6530","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 247-0037","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 285-8004","","","2:30 PM","0:17","1","Live
Answer","Successful","",""
"(773) 565-4521","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 366-1729","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 600-0522","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 227-4214","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 549-0380","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-7106","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-6096","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 382-5925","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 415-5113","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-2703","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-8007","","","2:30 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(216) 681-9201","","","2:30 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 535-8093","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-8918","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 731-7585","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 586-7487","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 285-9677","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-5051","","","2:30 PM","0:22","1","Voice
Mail","Successful","",""
"(773) 762-2437","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 988-7987","","","2:30 PM","0:05","1","Live
Answer","Successful","",""
"(212) 281-6432","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 862-4879","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 276-9548","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9721","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 637-2787","","","2:30 PM","0:55","1","Voice
Mail","Successful","",""
"(216) 851-0030","","","2:30 PM","0:22","3","Live
Answer","Successful","",""
"(313) 521-2174","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(313) 534-5832","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-4489","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 922-2818","","","2:30 PM","0:07","1","Live
Answer","Successful","",""
"(773) 374-8817","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 451-0344","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-9601","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 868-4982","","","2:30 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 223-7227","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-8309","","","2:30 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 225-3786","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-5718","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-3819","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 289-3502","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 342-2173","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(215) 437-9418","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-1790","","","2:30 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 744-5846","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-0014","","","2:30 PM","0:13","1","Live
Answer","Successful","",""
"(313) 255-3860","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-1610","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 739-5001","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(412) 681-9844","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 363-8862","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-9086","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-2685","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(212) 566-5557","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-7012","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 226-4648","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-4152","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 549-2757","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-1009","","","2:30 PM","0:13","1","Live
Answer","Successful","",""
"(215) 624-2741","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5028","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-0975","","","2:30 PM","0:22","1","Live

Answer","Successful","",""
"(216) 451-8625","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-0866","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 600-5503","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 692-3788","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(267) 758-2254","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 909-8175","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 534-2272","","","2:30 PM","0:54","1","Voice
Mail","Successful","",""
"(313) 538-5170","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(313) 543-9130","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 766-5138","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 802-8184","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-7776","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-7731","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5808","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-6558","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-2613","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1748","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 291-5659","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-9866","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-2053","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3912","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-0112","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-8540","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-1498","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 368-4931","","","2:30 PM","0:12","1","Live

Answer","Successful","",""
"(313) 892-3966","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 241-3102","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 471-1631","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 586-5811","","","2:30 PM","0:05","1","Live
Answer","Successful","",""
"(412) 765-1076","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 918-6413","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 254-0464","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 373-2973","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 232-3150","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 235-1318","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-4303","","","2:30 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 455-1976","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 457-1202","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-0841","","","2:30 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 739-5991","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 268-1752","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 368-6128","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 371-0539","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 472-5081","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-0741","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 836-4074","","","2:30 PM","0:04","1","Live
Answer","Successful","",""
"(412) 243-4561","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 802-6808","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-4614","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 225-5319","","","2:30 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 621-7061","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 634-3269","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 421-0217","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-7159","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(267) 323-2733","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 731-7728","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7696","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(412) 562-3987","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 521-6346","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(773) 522-9226","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 239-4940","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0963","","","2:30 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 228-7393","","","2:30 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 329-2678","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 437-9776","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 769-1473","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 273-7019","","","2:30 PM","0:04","1","Live
Answer","Successful","",""
"(216) 421-9245","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 687-2679","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 889-1235","","","2:30 PM","0:20","1","Live
Answer","Successful","",""
"(313) 538-8405","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 242-1120","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 263-5778","","","2:30 PM","0:46","1","Voice
Mail","Successful","",""
"(612) 338-5390","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 624-6666","","","2:30 PM","1:06","1","Voice
```

```
Mail","Successful","",""
"(212) 695-2949","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 235-5908","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 338-1862","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 763-4732","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 249-2647","","","2:30 PM","0:36","2","Voice
Mail","Successful","",""
"(216) 851-0203","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-6503","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-8213","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 883-8180","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 255-5545","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 366-3036","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-5213","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 243-2471","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-3028","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 681-2623","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-8220","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 538-4495","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 667-1294","","","2:30 PM","0:24","1","Live
Answer","Successful","",""
"(773) 684-1691","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 777-3968","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-8884","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 335-0240","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-4503","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 725-4397","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-6377","","","2:30 PM","0:31","1","Voice
```

Mail","Successful","",""
"(216) 851-6228","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 318-7242","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 523-5858","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 731-7591","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-8429","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-7537","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-7901","","","2:30 PM","0:21","1","Live
Answer","Successful","",""
"(313) 794-3622","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-2288","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 288-7229","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 315-7615","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 681-0334","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-4435","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 565-4396","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3871","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4843","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-1745","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(215) 739-0572","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-2418","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 471-8958","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 541-1851","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-3490","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 531-0641","","","2:30 PM","0:56","1","Voice
Mail","Successful","",""
"(313) 531-2917","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 891-0811","","","2:30 PM","0:18","1","Voice

Mail","Successful","",""
"(313) 892-8649","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(612) 333-3957","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-2308","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 268-6458","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 536-3247","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 235-6146","","","2:30 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 549-5499","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-8676","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(216) 341-0694","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 541-4386","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 751-5938","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 860-0405","","","2:30 PM","0:48","1","Voice
Mail","Successful","",""
"(312) 225-5233","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 372-9752","","","2:30 PM","0:17","1","Live
Answer","Successful","",""
"(313) 527-6815","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7319","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(412) 723-2798","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 684-4675","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-2847","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 288-1112","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 363-5615","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 542-0059","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 624-3885","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-9792","","","2:30 PM","0:16","1","Live
Answer","Successful","",""
"(215) 228-8914","","","2:30 PM","0:14","1","Voice

Mail","Successful","",""
"(215) 342-1528","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-4714","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(215) 426-5915","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-2989","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-3328","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5846","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-9529","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(313) 531-6050","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-2551","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(347) 426-4358","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(347) 945-2760","","","2:30 PM","1:10","1","Voice
Mail","Successful","",""
"(412) 281-9906","","","2:30 PM","0:12","1","Live
Answer","Successful","",""
"(412) 731-9443","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 762-1042","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-3279","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(212) 482-5790","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 564-4130","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-8272","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-5865","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-0290","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 624-7483","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 229-1045","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 231-6323","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 334-5858","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-1324","","","2:30 PM","0:17","1","Voice

```
Mail","Successful","",""
"(313) 531-9055","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-0713","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-7421","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-1724","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-2683","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-8147","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-2369","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-6127","","","2:30 PM","0:12","1","Live
Answer","Successful","",""
"(215) 787-0593","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 964-9583","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 249-4478","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 451-1263","","","2:30 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 451-5859","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-6732","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 281-6261","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 893-4718","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-9157","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(440) 249-4547","","","2:30 PM","1:21","1","Voice
Mail","Successful","",""
"(773) 268-6190","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-0636","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(773) 762-7194","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 447-7870","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-2066","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-4128","","","2:30 PM","0:42","2","Voice
Mail","Successful","",""
"(215) 621-6349","","","2:30 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 621-6608","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 624-1264","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 341-5502","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-1469","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-5176","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 537-2764","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2423","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-8240","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-1771","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 242-1055","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(215) 236-2118","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-2056","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-8242","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 427-0171","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-7306","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 624-1596","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 481-9427","","","2:30 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 365-6694","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-3271","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-8982","","","2:30 PM","0:17","1","Live
Answer","Successful","",""
"(313) 535-9005","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-5253","","","2:30 PM","0:23","2","Live
Answer","Successful","",""
"(313) 731-7537","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7332","","","2:30 PM","0:05","2","Live
Answer","Successful","",""
"(313) 740-7913","","","2:30 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(412) 731-6926","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 812-4832","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 324-3570","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-2254","","","2:30 PM","0:07","1","Live
Answer","Successful","",""
"(773) 667-4858","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(773) 684-1178","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(212) 204-2465","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(212) 947-9880","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 227-4236","","","2:30 PM","0:12","1","Live
Answer","Successful","",""
"(215) 331-7552","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-5328","","","2:30 PM","0:15","1","Live
Answer","Successful","",""
"(215) 424-0476","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-5859","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 856-3549","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 541-4422","","","2:30 PM","0:31","2","Voice
Mail","Successful","",""
"(216) 681-1310","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 740-7795","","","2:30 PM","0:11","1","Voice
Mail","Successful","",""
"(313) 932-6927","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 271-4377","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-4193","","","2:30 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 285-3758","","","2:30 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 548-6682","","","2:30 PM","0:08","1","Live
Answer","Successful","",""
"(773) 657-6980","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 564-2151","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 695-1487","","","2:30 PM","0:37","1","Voice
```

Mail","Successful","",""
"(212) 727-0210","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-2543","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-6368","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-1956","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-2169","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-5708","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 927-6599","","","2:30 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 451-4093","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 335-4115","","","2:30 PM","1:17","1","Voice
Mail","Successful","",""
"(312) 241-7907","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 272-7516","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 387-4366","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 387-8556","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-7138","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7093","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 241-2612","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 247-2730","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(612) 333-1276","","","2:30 PM","0:20","1","Live
Answer","Successful","",""
"(773) 324-2422","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 521-5772","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(212) 564-8259","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(212) 732-9129","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-1112","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 223-1405","","","2:30 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 324-7286","","","2:30 PM","0:22","1","Live

Answer","Successful","",""
"(215) 904-5709","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-4359","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5903","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 273-7036","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 375-0390","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-1344","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 481-5656","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-0031","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(313) 838-0507","","","2:30 PM","0:24","1","Live
Answer","Successful","",""
"(412) 586-4192","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 567-7109","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-9722","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(773) 363-7177","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(773) 437-5281","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 465-3569","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 675-4674","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(212) 987-0632","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-1767","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4423","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 332-9832","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(215) 423-1821","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(215) 427-0470","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 742-3065","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-0722","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-6361","","","2:30 PM","0:40","1","Voice

```
Mail","Successful","",""
"(216) 426-1136","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 639-6148","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-3715","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 326-6118","","","2:30 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 526-7866","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-4002","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-0752","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 826-1430","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-2834","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(773) 277-8198","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 731-9562","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 929-9784","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(215) 221-0742","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-4571","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-5957","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 543-9725","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-0708","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 739-8208","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-7109","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 255-0575","","","2:30 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 535-3869","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 538-3092","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 541-5286","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 548-4048","","","2:30 PM","0:21","1","Live
Answer","Successful","",""
"(773) 924-5487","","","2:30 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(212) 564-4731","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-2159","","","2:30 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 338-7767","","","2:30 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 425-6794","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0902","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 457-1854","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-0504","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-1018","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-3527","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4329","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 741-2977","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 324-3386","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 537-3485","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-5003","","","2:30 PM","0:24","1","Live
Answer","Successful","",""
"(703) 527-9580","","","2:30 PM","0:21","1","Live
Answer","Successful","",""
"(773) 277-9235","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 521-1356","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-0257","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1961","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 537-1376","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-3567","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 761-2721","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 639-5596","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 861-0067","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 387-3858","","","2:30 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(313) 387-7621","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5971","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-3508","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 891-1321","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 241-2358","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(708) 368-8036","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-6852","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 762-1719","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 978-2178","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(215) 332-2497","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-5221","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 831-9109","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 397-7631","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-8618","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-4591","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 534-3713","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-7657","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 525-5001","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 277-6165","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 762-1749","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(212) 924-2171","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0181","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1632","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0358","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-7262","","","2:30 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(216) 862-6326","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-5683","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-1203","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 534-0610","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-3813","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 243-0450","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 471-1898","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 493-8126","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-1620","","","2:30 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 762-7061","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 801-0773","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 223-6465","","","2:30 PM","0:56","1","Voice
Mail","Successful","",""
"(215) 335-4631","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-5091","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-3167","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1471","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(215) 457-5060","","","2:30 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 533-8495","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 535-3720","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-1541","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-6358","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(216) 761-3760","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 239-0558","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-5213","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-7131","","","2:30 PM","0:33","1","Voice
```

```
Mail","Successful","",""
"(773) 375-7742","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 933-0821","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(929) 265-9055","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(215) 223-3657","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 224-3715","","","2:30 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 235-2510","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-3371","","","2:30 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 342-2919","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-7950","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-4356","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-6855","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 268-1119","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4136","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 519-3799","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-5021","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 471-2439","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(734) 506-1167","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 288-2846","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 924-5174","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-2423","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 242-1383","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 675-2772","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-1815","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 223-2366","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 223-6240","","","2:30 PM","0:47","1","Voice
```

Mail","Successful","",""
"(215) 225-7063","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 226-2189","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(215) 227-1132","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 456-9196","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 537-5968","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-3269","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 722-1238","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-0959","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 851-9528","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-2639","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 891-3124","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 527-9615","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 528-3442","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(718) 542-7435","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-5892","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-7174","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-1236","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(215) 332-2540","","","2:30 PM","0:23","2","Live
Answer","Successful","",""
"(215) 332-8279","","","2:30 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 338-7914","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-8781","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-6338","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 862-5881","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-0047","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 270-4941","","","2:30 PM","1:07","1","Voice

Mail","Successful","",""
"(313) 527-0513","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(412) 235-7378","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 524-3554","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 721-7122","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 904-1525","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-0698","","","2:30 PM","0:18","1","Live
Answer","Successful","",""
"(215) 332-2564","","","2:30 PM","0:00","1","Live
Answer","Successful","",""
"(215) 338-2439","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 456-9507","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4031","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-0673","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-1283","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0211","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-4423","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 978-1427","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(212) 213-1741","","","2:30 PM","0:13","2","Live
Answer","Successful","",""
"(212) 967-7360","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-0167","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-7947","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-4696","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(215) 425-6272","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-6401","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 430-0333","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1882","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-8422","","","2:30 PM","0:40","1","Voice

Mail","Successful","",""
"(215) 978-7776","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-9004","","","2:30 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 761-6209","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 533-1535","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 731-7657","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-5135","","","2:30 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 794-4318","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 241-4141","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-0552","","","2:30 PM","0:19","1","Live
Answer","Successful","",""
"(412) 371-2190","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 681-8051","","","2:30 PM","0:16","1","Live
Answer","Successful","",""
"(412) 727-7082","","","2:30 PM","1:21","1","Voice
Mail","Successful","",""
"(571) 312-4181","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(610) 910-4492","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 861-3119","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 565-4387","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 228-1050","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-5708","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-2430","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 324-1601","","","2:30 PM","0:19","2","Live
Answer","Successful","",""
"(215) 332-3472","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 425-6327","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8422","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 437-7231","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-1537","","","2:30 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 455-2562","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 763-3819","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 268-2170","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 361-6450","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 417-8062","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 371-9651","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 412-2383","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 537-8986","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 548-1206","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-5293","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 342-4126","","","2:30 PM","0:07","1","Live
Answer","Successful","",""
"(215) 426-3519","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 455-2084","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 549-2498","","","2:30 PM","0:09","1","Live
Answer","Successful","",""
"(215) 722-4506","","","2:30 PM","0:42","2","Voice
Mail","Successful","",""
"(216) 421-8395","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-3312","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 795-0518","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(267) 731-6661","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 761-9112","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 247-4466","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 681-1746","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-1925","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4001","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-4899","","","2:30 PM","0:15","1","Live
```

Answer","Successful","",""
"(773) 801-0049","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-1826","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-2973","","","2:30 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 426-1103","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-3209","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 621-7716","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-1202","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-2727","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3291","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-9261","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-0703","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 441-0778","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-9165","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-7482","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-8818","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-5269","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 892-9967","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 241-1257","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 562-1596","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 733-1501","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-2446","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 633-0472","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-2815","","","2:30 PM","0:05","1","Live
Answer","Successful","",""
"(215) 613-6681","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 743-2079","","","2:30 PM","1:30","1","Voice

```
Mail","Successful","",""
"(215) 763-1293","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-5892","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1726","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-5173","","","2:30 PM","0:22","2","Live
Answer","Successful","",""
"(267) 886-9695","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 334-5137","","","2:30 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 366-6894","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 369-2112","","","2:30 PM","0:07","1","Live
Answer","Successful","",""
"(313) 387-0604","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-0664","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 351-0565","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 473-7893","","","2:30 PM","1:03","1","Voice
Mail","Successful","",""
"(412) 731-9463","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 242-6286","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0188","","","2:30 PM","0:06","1","Live
Answer","Successful","",""
"(773) 679-0632","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 255-0212","","","2:30 PM","0:12","1","Live
Answer","Successful","",""
"(215) 223-1477","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1794","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-2164","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-3290","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 333-7156","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 333-8085","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-8680","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 549-3829","","","2:30 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 621-7741","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 624-2291","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 763-3404","","","2:30 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 765-2052","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 391-4939","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-0498","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-1289","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-3574","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 336-7632","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 519-0058","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-4841","","","2:30 PM","0:06","2","Live
Answer","Successful","",""
"(313) 368-3564","","","2:30 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 424-7497","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 493-0955","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-5667","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 592-3939","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(708) 310-6489","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 285-3595","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-4399","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 522-4896","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 690-9624","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-7506","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 891-1831","","","2:30 PM","0:47","1","Voice
Mail","Successful","",""
"(212) 643-1752","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(212) 691-8549","","","2:30 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(215) 221-5641","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-3801","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(215) 289-1885","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 329-6005","","","2:30 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 329-6010","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-8909","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-2774","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-3983","","","2:30 PM","0:21","1","Live
Answer","Successful","",""
"(215) 548-4773","","","2:30 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 549-8502","","","2:30 PM","0:24","1","Live
Answer","Successful","",""
"(215) 763-2205","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-4130","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 769-2132","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-4047","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 886-8475","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 412-2794","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(313) 533-4306","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-2683","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 731-7667","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 351-7222","","","2:30 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 586-7478","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 731-9106","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 855-2019","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-8559","","","2:30 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 333-0503","","","2:30 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(215) 455-9516","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 456-1293","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 456-1368","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 722-5768","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-2863","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 851-4238","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-9338","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-6578","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 694-3080","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-6701","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-4186","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-6434","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 268-2292","","","2:30 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 940-2458","","","2:30 PM","0:15","1","Live
Answer","Successful","",""
"(215) 229-4737","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 335-0469","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-4474","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-3426","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 621-6935","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-4938","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 743-9838","","","2:30 PM","0:08","1","Live
Answer","Successful","",""
"(215) 978-6590","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-3518","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 795-5086","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-2609","","","2:30 PM","0:34","1","Voice
```

Mail","Successful","",""
"(313) 368-0161","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-2193","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 693-9539","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-0980","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-3681","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 371-5551","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 621-7251","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-6577","","","2:30 PM","0:34","2","Voice
Mail","Successful","",""
"(773) 869-0714","","","2:30 PM","0:10","1","Live
Answer","Successful","",""
"(773) 955-1346","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 706-6057","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-4517","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-3696","","","2:30 PM","0:00","1","Live
Answer","Successful","",""
"(216) 249-0701","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 273-5485","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-5244","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3430","","","2:30 PM","0:13","1","Live
Answer","Successful","",""
"(313) 694-3810","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 241-1507","","","2:30 PM","0:04","1","Live
Answer","Successful","",""
"(412) 243-7944","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 243-8402","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 324-9193","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-4294","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 752-5919","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-3533","","","2:30 PM","0:37","1","Voice

```
Mail","Successful","",""
"(215) 224-3480","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-1030","","","2:30 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 333-5469","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 533-5358","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-3475","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 359-1668","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-1937","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-3077","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-3543","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1433","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 363-9626","","","2:30 PM","0:17","1","Live
Answer","Successful","",""
"(773) 493-3558","","","2:30 PM","0:04","1","Live
Answer","Successful","",""
"(773) 522-3461","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 684-5661","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-9234","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 734-0021","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-9460","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-8654","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 426-7957","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 437-7797","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 456-1673","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-3114","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-8667","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 519-9445","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 521-4370","","","2:30 PM","1:07","1","Voice
```

Mail","Successful","",""
"(313) 892-0217","","","2:30 PM","1:07","1","Voice
Mail","Successful","",""
"(347) 384-1613","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(773) 373-3730","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 933-0582","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 978-4911","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 291-8223","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-7878","","","2:30 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-6540","","","2:30 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-5267","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-1216","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-9656","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 441-0991","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-8128","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 692-3226","","","2:30 PM","0:13","2","Live
Answer","Successful","",""
"(313) 334-5471","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-4579","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-5441","","","2:30 PM","0:03","1","Live
Answer","Successful","",""
"(313) 694-3786","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 839-7867","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 241-6401","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(612) 904-6812","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 493-4248","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 847-1341","","","2:30 PM","0:23","3","Live
Answer","Successful","",""
"(212) 426-3768","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2360","","","2:30 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 226-6631","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-2351","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1490","","","2:30 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 765-5915","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(216) 481-7120","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(216) 541-0609","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-2849","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 340-2195","","","2:30 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 469-8306","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 532-3738","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(313) 532-8111","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-4857","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-5531","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 727-1108","","","2:30 PM","0:36","1","Voice
Mail","Successful","",""
"(571) 312-7048","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 277-7265","","","2:30 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 277-8470","","","2:30 PM","0:21","1","Live
Answer","Successful","",""
"(773) 288-8214","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(212) 695-2697","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-1574","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 236-2428","","","2:30 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 324-1812","","","2:30 PM","1:04","1","Voice
Mail","Successful","",""
"(215) 324-8166","","","2:30 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-4543","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 600-5313","","","2:30 PM","0:45","1","Voice
```

Mail","Successful","",""
"(216) 761-0705","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4783","","","2:30 PM","0:14","1","Live
Answer","Successful","",""
"(267) 335-4886","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-0811","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 532-0025","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 532-8522","","","2:30 PM","0:13","1","Live
Answer","Successful","",""
"(313) 533-8514","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 538-4853","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-2739","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 922-4027","","","2:30 PM","0:02","1","Live
Answer","Successful","",""
"(412) 241-5423","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 241-7851","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 841-1481","","","2:30 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 268-9320","","","2:30 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 324-3545","","","2:30 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 324-4897","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 420-3261","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 542-4239","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 847-5756","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 785-0783","","","2:30 PM","0:15","1","Live
Answer","Successful","",""
"(215) 223-0760","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2892","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 332-2671","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-1843","","","2:30 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 338-5920","","","2:30 PM","0:23","1","Live

Answer","Successful","",""
"(215) 425-4091","","","2:30 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 624-6887","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2746","","","2:30 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-3419","","","2:30 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 904-6473","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-6070","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 681-2453","","","2:30 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 388-7966","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-2607","","","2:30 PM","1:05","1","Voice
Mail","Successful","",""
"(313) 255-3316","","","2:30 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 740-7497","","","2:30 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 837-0871","","","2:30 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 891-2403","","","2:30 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3224","","","2:30 PM","0:53","1","Voice
Mail","Successful","",""
"(586) 404-4954","","","2:30 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 525-9025","","","2:30 PM","0:23","1","Live
Answer","Successful","",""
"(773) 475-6270","","","2:30 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-4581","","","2:30 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 565-4843","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5139","","","2:30 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-3087","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-5091","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-9336","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1786","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 338-5542","","","2:31 PM","0:23","2","Live

```
Answer","Successful","",""
"(215) 426-5058","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-2855","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-5202","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 787-2938","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-0439","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(216) 851-5837","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 343-4655","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 371-9416","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 371-9554","","","2:31 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 531-9081","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(313) 538-5648","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-9735","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 892-2918","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 521-1809","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 538-0838","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 734-2823","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-8930","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 952-8119","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4219","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-7778","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 332-3735","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-1313","","","2:31 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 425-1123","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-2965","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 745-7430","","","2:31 PM","0:26","1","Voice
```

```
Mail","Successful","",""
"(215) 769-0233","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 268-2817","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-8713","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-3917","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(313) 255-3330","","","2:31 PM","0:15","2","Live
Answer","Successful","",""
"(313) 368-6889","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-2691","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3339","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(773) 521-1432","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-5040","","","2:31 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 225-3837","","","2:31 PM","1:05","3","Voice
Mail","Successful","",""
"(215) 228-1671","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-1809","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-8733","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-1278","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 739-6962","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-5776","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 319-1394","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 324-3416","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(313) 270-2158","","","2:31 PM","0:02","1","Live
Answer","Successful","",""
"(313) 305-7744","","","2:31 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 740-7788","","","2:31 PM","0:10","1","Live
Answer","Successful","",""
"(313) 892-0911","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-7196","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-7540","","","2:31 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 288-6740","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 329-5967","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 332-6744","","","2:31 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 333-0955","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 424-4629","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-2347","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 739-0970","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 763-0825","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-0305","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 303-9505","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-8019","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 860-4841","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 255-4083","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-5905","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 368-7973","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-3839","","","2:31 PM","0:21","1","Live
Answer","Successful","",""
"(313) 534-1053","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 566-2966","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(773) 221-2357","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 288-0409","","","2:31 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 521-1730","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-2102","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 542-5871","","","2:31 PM","0:16","2","Live
Answer","Successful","",""
"(773) 734-4524","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-6196","","","2:31 PM","0:13","1","Voice
```

```
Mail","Successful","",""
"(215) 223-1766","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 329-2515","","","2:31 PM","0:21","1","Live
Answer","Successful","",""
"(215) 423-2865","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-4434","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 745-6098","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 541-3359","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-0618","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-0250","","","2:31 PM","0:03","1","Live
Answer","Successful","",""
"(313) 533-2901","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-7573","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 823-7464","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(872) 465-3249","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 600-4429","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 221-6517","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3160","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 425-3646","","","2:31 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 426-4365","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 537-5578","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 742-3149","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 744-6723","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-1954","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 481-9098","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-5393","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 687-8409","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-2420","","","2:31 PM","0:28","1","Voice
```

Mail","Successful","",""
"(313) 535-1156","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-0466","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(412) 562-9197","","","2:31 PM","0:36","1","Voice
Mail","Successful","",
"(703) 841-0208","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0837","","","2:31 PM","0:25","1","Live
Answer","Successful","",""
"(773) 285-6617","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 373-5644","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-4001","","","2:31 PM","0:14","3","Live
Answer","Successful","",""
"(872) 465-3220","","","2:31 PM","1:06","1","Voice
Mail","Successful","",
"(215) 289-2298","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-9414","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 437-7834","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-3281","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-4724","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 431-7162","","","2:31 PM","0:23","1","Live
Answer","Successful","",
"(216) 721-3302","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-3940","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(216) 761-5286","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 761-9688","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-0995","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-4395","","","2:31 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 538-1858","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 835-9004","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 836-6911","","","2:31 PM","0:03","2","Live
Answer","Successful","",""
"(313) 926-6555","","","2:31 PM","1:07","1","Voice

Mail","Successful","",""
"(330) 362-2275","","","2:31 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 667-4565","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 721-8498","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(773) 924-3678","","","2:31 PM","0:15","3","Live
Answer","Successful","",""
"(215) 225-8745","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0705","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 229-4230","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-1558","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-4510","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-4033","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-7377","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 743-1020","","","2:31 PM","0:13","1","Live
Answer","Successful","",""
"(216) 303-9991","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(216) 451-4021","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 761-4972","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 795-6581","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 909-8212","","","2:31 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 533-2029","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 243-1290","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 324-1639","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 947-9654","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(872) 244-7178","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(212) 425-5178","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 232-3971","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 289-4409","","","2:31 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 332-0231","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-0111","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-3373","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-4130","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(215) 763-9529","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 481-1504","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-0621","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(267) 773-8723","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-7282","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-1021","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-4193","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(313) 538-0914","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-7863","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(703) 524-5475","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 374-1840","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-2218","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 855-0003","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 999-0580","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-3294","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-7637","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-2964","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-2291","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-6952","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-9881","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-2750","","","2:31 PM","0:30","1","Voice
```

Mail","Successful","",""
"(215) 742-3604","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-2948","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-5146","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 769-4818","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 886-8081","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 535-9867","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 891-1429","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-7175","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(571) 257-8668","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-0785","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 277-8194","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-5294","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1574","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-1649","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-7008","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-6459","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2663","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 231-6149","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(216) 268-5408","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 681-5216","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 932-3184","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-7329","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 766-5876","","","2:31 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 351-4222","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-3869","","","2:31 PM","0:22","1","Live

```
Answer","Successful","",""
"(412) 471-1567","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(703) 276-7289","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 522-5344","","","2:31 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 374-6964","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 548-3849","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 734-3363","","","2:31 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 947-0128","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 243-2260","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-2990","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-2715","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(215) 769-1824","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 969-5590","","","2:31 PM","1:19","1","Voice
Mail","Successful","",""
"(216) 371-4517","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(216) 541-8412","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 255-5289","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-2841","","","2:31 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 740-7793","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 893-5365","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 471-0826","","","2:31 PM","0:02","3","Live
Answer","Successful","",""
"(612) 333-2091","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 312-4880","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(734) 318-3879","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(773) 521-0025","","","2:31 PM","0:25","1","Voice
Mail","Successful","",""
"(212) 695-1529","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 226-2286","","","2:31 PM","0:24","1","Live
```

Answer","Successful","",""
"(215) 228-3430","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-9498","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-5455","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-4290","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-1272","","","2:31 PM","0:19","1","Live
Answer","Successful","",""
"(215) 338-4125","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-3724","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 424-2038","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 424-7500","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 426-7226","","","2:31 PM","0:04","1","Live
Answer","Successful","",""
"(215) 745-7799","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-2821","","","2:31 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 787-0890","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 371-0596","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 721-5619","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 368-0932","","","2:31 PM","0:21","1","Live
Answer","Successful","",""
"(313) 794-1459","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(313) 892-0787","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 247-3262","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(703) 524-5075","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-5387","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 536-4682","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-3818","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(773) 966-4826","","","2:31 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 228-0960","","","2:31 PM","0:33","1","Voice

```
Mail","Successful","",""
"(215) 228-1219","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 276-9919","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-1802","","","2:31 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 331-0621","","","2:31 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 424-5809","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1041","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-5486","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-7643","","","2:31 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 765-2071","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-0425","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(216) 860-4642","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-5076","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-7484","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 592-4023","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 592-8506","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-8037","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 242-4528","","","2:31 PM","0:03","1","Live
Answer","Successful","",""
"(773) 268-1815","","","2:31 PM","0:05","2","Live
Answer","Successful","",""
"(773) 522-7498","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(212) 594-1763","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7953","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6406","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3491","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-4769","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-8962","","","2:31 PM","0:26","2","Voice
```

Mail","Successful","",""
"(216) 432-1822","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9003","","","2:31 PM","0:20","1","Live
Answer","Successful","",""
"(216) 486-7835","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 773-8759","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 326-6066","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 397-7377","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 535-1859","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 374-5323","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-3879","","","2:31 PM","0:08","1","Live
Answer","Successful","",""
"(212) 989-8945","","","2:31 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 232-4220","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-2159","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 425-3520","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 535-6831","","","2:31 PM","0:23","3","Live
Answer","Successful","",""
"(215) 621-6794","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-0403","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 739-9315","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-4195","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 341-5613","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-4784","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-7618","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-5369","","","2:31 PM","0:12","1","Voice
Mail","Successful","",""
"(313) 537-1865","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 538-1927","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7515","","","2:31 PM","0:23","1","Live

Answer","Successful","",""
"(412) 241-1286","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 731-0755","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 277-8272","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-5193","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(773) 363-1405","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 494-7686","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 643-1254","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 734-4238","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-5418","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 255-8100","","","2:31 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 224-7774","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 324-5763","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 333-3373","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-4591","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-0961","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 383-0835","","","2:31 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 307-8230","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-2906","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(313) 733-8330","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 247-1033","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-0863","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(646) 657-0479","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-7149","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(773) 536-7234","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(773) 768-6169","","","2:31 PM","0:23","1","Live

Answer","Successful","",""
"(773) 966-4879","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 331-5741","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 332-2446","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-5809","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-1213","","","2:31 PM","0:15","3","Live
Answer","Successful","",""
"(215) 739-2736","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-2740","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 471-8457","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 681-7811","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-9756","","","2:31 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 534-9304","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 794-5858","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 371-9937","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 768-5568","","","2:31 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 768-7189","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-6773","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-0410","","","2:31 PM","0:25","1","Live
Answer","Successful","",""
"(215) 927-7068","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-9691","","","2:31 PM","0:27","2","Voice
Mail","Successful","",""
"(216) 785-9832","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(267) 239-0401","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 534-3746","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-8117","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 794-1975","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(347) 843-8202","","","2:31 PM","0:22","1","Live

```
Answer","Successful","",""
"(773) 363-1251","","","2:31 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 437-5440","","","2:31 PM","0:11","1","Live
Answer","Successful","",""
"(773) 522-5276","","","2:31 PM","0:23","3","Live
Answer","Successful","",""
"(773) 548-6538","","","2:31 PM","0:19","1","Live
Answer","Successful","",""
"(215) 236-1714","","","2:31 PM","0:13","3","Live
Answer","Successful","",""
"(215) 329-0381","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9560","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 765-4770","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-0113","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 791-8396","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 387-1544","","","2:31 PM","0:04","2","Live
Answer","Successful","",""
"(313) 538-3413","","","2:31 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 835-6534","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-3975","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-1748","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-1995","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(872) 666-5171","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-6952","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-6720","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 537-9427","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 763-4761","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(216) 382-6211","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-4876","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6468","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 851-7941","","","2:31 PM","0:28","1","Voice
```

Mail","Successful","",""
"(267) 385-5101","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 886-9119","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 397-1959","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(412) 682-0297","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(630) 430-1324","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-1633","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-1026","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 244-3349","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 444-5218","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 677-1677","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 221-0424","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-0804","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 232-2628","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 331-0274","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 333-5931","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-2118","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5452","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 535-3913","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-5674","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-7496","","","2:31 PM","0:22","1","Voice
Mail","Successful","",""
"(313) 731-7559","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 521-0325","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 224-1333","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-0834","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-1357","","","2:31 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 739-8560","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-2963","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0706","","","2:31 PM","0:16","2","Live
Answer","Successful","",""
"(216) 851-0113","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-1282","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(267) 909-8625","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 794-7501","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(718) 692-2892","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 437-5631","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-6164","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 624-2282","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-9302","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 721-7690","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 519-9906","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(312) 842-8366","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 493-9193","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-1401","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(313) 541-9385","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-3062","","","2:31 PM","0:58","1","Voice
Mail","Successful","",""
"(313) 893-6683","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 904-3883","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 268-2115","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-5385","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-4328","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 224-5121","","","2:31 PM","0:31","1","Voice
```

Mail","Successful","",""
"(215) 225-6811","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-3372","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-9036","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-5002","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 291-0979","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-3075","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-2584","","","2:31 PM","0:22","3","Live
Answer","Successful","",""
"(215) 765-1946","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 341-8198","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(216) 465-4898","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 531-5822","","","2:31 PM","0:16","1","Live
Answer","Successful","",""
"(267) 343-5651","","","2:31 PM","0:09","1","Live
Answer","Successful","",""
"(313) 532-1971","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 592-4007","","","2:31 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 891-1394","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(347) 843-0853","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-4996","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(412) 727-7796","","","2:31 PM","1:32","1","Voice
Mail","Successful","",""
"(773) 324-6199","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 643-8530","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 752-6722","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 203-0312","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-6095","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-9231","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 291-4393","","","2:31 PM","0:23","1","Live

Answer","Successful","",""
"(215) 324-9278","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 455-0584","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-1935","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-2638","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-4094","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-9225","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-4253","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-1639","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 564-8566","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 826-1605","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-4712","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(612) 339-5693","","","2:31 PM","0:20","1","Live
Answer","Successful","",""
"(703) 465-1920","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 465-8907","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 374-9804","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-3001","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 731-5148","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-7565","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 564-5293","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 223-6069","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 226-3270","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-6718","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1804","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 329-0107","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 389-0710","","","2:31 PM","0:39","1","Voice

```
Mail","Successful","",""
"(215) 423-4626","","","2:31 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 722-4894","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 765-2575","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 268-3886","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 417-4870","","","2:31 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 451-3368","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 451-6042","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 526-1688","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-3509","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-9395","","","2:31 PM","0:19","1","Live
Answer","Successful","",""
"(703) 351-4976","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 542-0811","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4802","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-4692","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 203-0361","","","2:31 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 225-0569","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(215) 236-5342","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-3082","","","2:31 PM","0:20","1","Live
Answer","Successful","",""
"(215) 533-2060","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 722-8541","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-9660","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 471-8782","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(267) 385-5814","","","2:31 PM","0:06","1","Live
Answer","Successful","",""
"(313) 272-3545","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 472-5289","","","2:31 PM","1:06","1","Voice
```

Mail","Successful","",""
"(313) 531-6131","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 537-4319","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7694","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 892-0897","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-6046","","","2:31 PM","0:32","3","Voice
Mail","Successful","",""
"(412) 371-8385","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 522-3752","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 376-6798","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-5816","","","2:31 PM","0:25","1","Live
Answer","Successful","",""
"(872) 244-3119","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 568-8209","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(212) 947-6661","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(212) 967-6181","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-0367","","","2:31 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 232-1954","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 232-4597","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 291-9966","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(215) 324-2764","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-0763","","","2:31 PM","0:07","1","Live
Answer","Successful","",""
"(215) 769-4866","","","2:31 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 421-2037","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 541-0019","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 932-9160","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 241-5037","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 244-8399","","","2:31 PM","0:26","1","Voice

Mail","Successful","",""
"(412) 291-8970","","","2:31 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 621-8910","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 682-1560","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(773) 277-7714","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-1890","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 579-1814","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(212) 600-1554","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(212) 945-8202","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 947-9166","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 224-8659","","","2:31 PM","0:12","2","Live
Answer","Successful","",""
"(216) 681-1968","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 721-3075","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-3955","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-9473","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-5232","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(703) 892-8492","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 324-4146","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-0783","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5092","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 221-5760","","","2:31 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 223-1342","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(215) 223-7260","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-1212","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 232-7877","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1783","","","2:31 PM","0:34","1","Voice

Mail","Successful","",""
"(215) 332-6249","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-3901","","","2:31 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 549-1310","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 924-1726","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 361-0912","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-9724","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 592-4157","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(313) 891-3613","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 242-6268","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 271-2035","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 542-0515","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2152","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 952-8805","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 232-5633","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-1993","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-1270","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 321-6277","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-6772","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(216) 541-2353","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-4929","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 716-4455","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0921","","","2:31 PM","0:21","1","Live
Answer","Successful","",""
"(313) 273-7950","","","2:31 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 356-0206","","","2:31 PM","0:04","1","Voice
Mail","Successful","",""
"(313) 368-7653","","","2:31 PM","0:37","1","Voice

```
Mail","Successful","",""
"(313) 472-5215","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5400","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3139","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7914","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 838-7240","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-6234","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-6453","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-6587","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(703) 528-3579","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 594-1978","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-5185","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-3527","","","2:31 PM","0:24","1","Live
Answer","Successful","",""
"(215) 329-3489","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-0251","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-0393","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5378","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(267) 318-7775","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(267) 319-1894","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 519-2629","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(312) 846-0458","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(773) 221-9324","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 285-0250","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 373-4469","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 523-6699","","","2:31 PM","0:10","1","Live
Answer","Successful","",""
"(773) 684-7320","","","2:31 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 223-1239","","","2:31 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 223-8759","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1880","","","2:31 PM","0:19","1","Live
Answer","Successful","",""
"(215) 232-2208","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 457-7196","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-8849","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-7029","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-1928","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 229-8976","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 534-6366","","","2:31 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 892-3976","","","2:31 PM","0:50","1","Voice
Mail","Successful","",""
"(412) 683-7991","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-0249","","","2:31 PM","0:15","1","Live
Answer","Successful","",""
"(773) 437-5208","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 522-0252","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-4431","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-6756","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-1603","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 947-9744","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 627-5041","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-6756","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-7357","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 424-5140","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-2103","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 229-7076","","","2:31 PM","0:33","1","Voice
```

```
Mail","Successful","",""
"(313) 533-6296","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 535-0979","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 924-5179","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-0965","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 243-1789","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(703) 525-4746","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 268-4491","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-2843","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(773) 734-4492","","","2:31 PM","0:20","1","Live
Answer","Successful","",""
"(872) 465-3842","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-8543","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 745-8968","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-0614","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 886-9297","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 272-4491","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-8445","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 837-4842","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 271-8477","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 727-2371","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 522-4781","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 768-8633","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(929) 263-1213","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 842-8491","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 332-1458","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-1383","","","2:31 PM","0:31","1","Voice
```

Mail","Successful","",""
"(215) 426-6593","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-2472","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4545","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 721-1336","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 881-7536","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 368-8940","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 839-9073","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 243-1117","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(703) 248-9490","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 527-2082","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-9524","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-2906","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-0717","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(872) 395-2398","","","2:31 PM","0:03","1","Live
Answer","Successful","",""
"(212) 690-1778","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 691-0218","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 225-7906","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 335-1265","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-2103","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(215) 456-1169","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 457-0218","","","2:31 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 548-0829","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(215) 624-2455","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 742-2588","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-2307","","","2:31 PM","0:22","1","Live

```
Answer","Successful","",""
"(216) 451-4080","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-4053","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 324-5300","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 397-8273","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 826-1166","","","2:31 PM","0:04","1","Live
Answer","Successful","",""
"(412) 560-4422","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-1051","","","2:31 PM","0:06","1","Live
Answer","Successful","",""
"(773) 521-2654","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(773) 548-1421","","","2:31 PM","0:24","2","Voice
Mail","Successful","",""
"(773) 565-4823","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 624-4489","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 734-0713","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 581-7171","","","2:31 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 221-0915","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-6726","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-6418","","","2:31 PM","0:22","3","Live
Answer","Successful","",""
"(215) 423-4865","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 533-2119","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 535-3589","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 743-2585","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-1659","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 821-2298","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 231-9426","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(216) 268-2292","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-0998","","","2:31 PM","0:23","1","Live
```

Answer","Successful","",""
"(313) 766-5996","","","2:31 PM","0:06","1","Live
Answer","Successful","",""
"(347) 985-2001","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0296","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 391-7039","","","2:31 PM","0:28","3","Voice
Mail","Successful","",""
"(412) 687-7630","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3811","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(646) 414-9721","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(708) 638-5243","","","2:31 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 731-5236","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-5290","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-6492","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 223-0169","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(215) 226-5712","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(215) 548-6017","","","2:31 PM","0:01","1","Live
Answer","Successful","",""
"(215) 549-1245","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-5883","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 397-0938","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 421-2512","","","2:31 PM","0:08","1","Live
Answer","Successful","",""
"(216) 451-0069","","","2:31 PM","0:33","2","Voice
Mail","Successful","",""
"(313) 368-3493","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3115","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 835-0713","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-0968","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-4999","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-8772","","","2:31 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 924-8585","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-9164","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(212) 619-0576","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 226-1182","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-5463","","","2:31 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 232-5907","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 338-7996","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-2264","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-2444","","","2:31 PM","0:13","1","Voice
Mail","Successful","",""
"(216) 785-9802","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(216) 795-0272","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 335-2724","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-0962","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 534-1495","","","2:31 PM","0:16","1","Live
Answer","Successful","",""
"(313) 653-9592","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-2335","","","2:31 PM","0:25","1","Voice
Mail","Successful","",""
"(412) 391-9635","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 687-2220","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5379","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(815) 909-5278","","","2:31 PM","0:07","1","Live
Answer","Successful","",""
"(215) 224-2359","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-7009","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 335-1645","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-1325","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-6225","","","2:31 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 431-0799","","","2:31 PM","0:16","1","Live
Answer","Successful","",""
"(267) 455-0862","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 366-0460","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 766-6324","","","2:31 PM","0:06","1","Live
Answer","Successful","",""
"(313) 977-9104","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 201-5118","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-3058","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 731-7757","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(518) 494-2092","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 528-3516","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(708) 320-8075","","","2:31 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 277-0977","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-4677","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 542-7578","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-0499","","","2:31 PM","0:16","1","Live
Answer","Successful","",""
"(773) 731-4005","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 734-2384","","","2:31 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 224-3636","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0641","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-8183","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 621-6641","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 745-4216","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-2908","","","2:31 PM","0:02","1","Live
Answer","Successful","",""
"(216) 681-7621","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 761-2375","","","2:31 PM","0:16","1","Voice
```

Mail","Successful","",""
"(216) 761-5946","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 592-1051","","","2:31 PM","0:06","1","Live
Answer","Successful","",""
"(412) 441-1011","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 376-3534","","","2:31 PM","0:04","1","Live
Answer","Successful","",""
"(773) 493-5329","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 522-1283","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-0241","","","2:31 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 276-1273","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 549-3123","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-7386","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4321","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-6774","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(267) 858-4034","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(313) 368-9363","","","2:31 PM","0:34","3","Voice
Mail","Successful","",""
"(313) 533-1141","","","2:31 PM","0:21","1","Live
Answer","Successful","",""
"(313) 837-5111","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-6120","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-3915","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-4687","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-0649","","","2:31 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 228-1386","","","2:31 PM","0:17","1","Live
Answer","Successful","",""
"(215) 228-3629","","","2:31 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 228-8576","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 423-2241","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 424-2798","","","2:31 PM","0:37","1","Voice

```
Mail","Successful","",""
"(215) 425-3019","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-1939","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-6131","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 231-6899","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-2495","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-7494","","","2:31 PM","0:21","2","Live
Answer","Successful","",""
"(216) 713-2264","","","2:31 PM","0:14","1","Live
Answer","Successful","",""
"(216) 883-4083","","","2:31 PM","0:57","1","Voice
Mail","Successful","",""
"(267) 639-2206","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 687-1316","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-8212","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 891-2136","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 642-2642","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-1580","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 243-1458","","","2:31 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 521-1014","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 521-6756","","","2:31 PM","0:22","2","Live
Answer","Successful","",""
"(773) 522-1593","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 801-0162","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 855-8630","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-0915","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 288-5431","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-8456","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-1803","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 537-4817","","","2:31 PM","0:37","1","Voice
```

Mail","Successful","",""
"(216) 249-5113","","","2:31 PM","0:20","1","Live
Answer","Successful","",""
"(216) 268-2127","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 541-8038","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-8342","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 366-9052","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-8823","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-0552","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-5477","","","2:31 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 893-9393","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 243-5854","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 924-0736","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 564-1928","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 600-4591","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 706-1243","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 333-6515","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-6376","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1050","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(215) 739-2637","","","2:31 PM","0:49","1","Voice
Mail","Successful","",""
"(216) 249-7349","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-0280","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 541-2537","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(267) 477-3680","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-6498","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-8356","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2621","","","2:31 PM","0:52","1","Voice

```
Mail","Successful","",""
"(313) 651-5990","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 694-3807","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 731-7467","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 681-7999","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 243-4076","","","2:31 PM","0:23","3","Live
Answer","Successful","",""
"(773) 374-6711","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 721-5950","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-2790","","","2:31 PM","0:13","1","Live
Answer","Successful","",""
"(215) 221-6339","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 228-3766","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-3008","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 276-1080","","","2:31 PM","1:23","1","Voice
Mail","Successful","",""
"(215) 331-4649","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 924-6250","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 368-6147","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-6966","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-9223","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 537-0710","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-0078","","","2:31 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 232-3278","","","2:31 PM","0:04","1","Live
Answer","Successful","",""
"(412) 765-0457","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-0227","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 374-7570","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 933-7233","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(872) 244-3528","","","2:31 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(215) 225-5919","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0420","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-8716","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 253-3436","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 291-0850","","","2:31 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 423-6112","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5218","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(215) 924-5923","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 927-5873","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 432-1527","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(216) 761-0917","","","2:31 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 851-6044","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 932-3092","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(312) 761-5505","","","2:31 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 541-3422","","","2:31 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 893-1116","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-6073","","","2:31 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 244-5312","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 564-2027","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-3943","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-7364","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-6176","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-3190","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 883-4682","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-1164","","","2:31 PM","0:22","1","Live
```

Answer","Successful","",""
"(313) 366-1962","","","2:31 PM","0:05","1","Voice
Mail","Successful","",""
"(313) 366-2131","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 521-4389","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-2593","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-6725","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-7053","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 522-1184","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(989) 502-1277","","","2:31 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 967-2754","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 226-8162","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1537","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 232-9233","","","2:31 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 342-7124","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-2141","","","2:31 PM","0:12","1","Live
Answer","Successful","",""
"(215) 457-6516","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 717-0014","","","2:31 PM","0:13","1","Live
Answer","Successful","",""
"(215) 763-1065","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-5800","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 851-1115","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 285-0755","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 493-0850","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-3691","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(212) 989-3726","","","2:31 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 223-1722","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2998","","","2:31 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 232-0340","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 624-6217","","","2:31 PM","0:08","1","Live
Answer","Successful","",""
"(215) 927-6799","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 271-9071","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 371-4842","","","2:31 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 421-1621","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-4107","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 532-1779","","","2:31 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 592-1349","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 891-9025","","","2:31 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 741-1876","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 268-7752","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 373-9067","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-7177","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-4323","","","2:31 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 333-4038","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-6909","","","2:31 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 533-0296","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-2017","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-8921","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 471-8182","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-5523","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 455-0124","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 532-5206","","","2:31 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 855-5118","","","2:31 PM","0:44","1","Voice
```

Mail","Successful","",""
"(773) 891-0858","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2369","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-8399","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-9106","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 451-9332","","","2:31 PM","0:36","2","Voice
Mail","Successful","",""
"(313) 532-7602","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(313) 535-4512","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(412) 263-4374","","","2:31 PM","0:05","1","Live
Answer","Successful","",""
"(412) 371-9181","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-1144","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 228-6247","","","2:31 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 236-5239","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-4287","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-1883","","","2:31 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 423-5025","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-7274","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-8719","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-2016","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-5946","","","2:31 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 255-3299","","","2:31 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-4515","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7068","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5522","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-6631","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 426-2158","","","2:31 PM","0:32","1","Voice

```
Mail","Successful","",""
"(215) 533-6210","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-3393","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-2673","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 321-1646","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 382-2484","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 471-8496","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-5810","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-5246","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 387-8997","","","2:31 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7771","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(646) 861-3823","","","2:31 PM","0:21","1","Live
Answer","Successful","",""
"(703) 358-9568","","","2:31 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 338-1153","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-6564","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 533-2108","","","2:31 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-7645","","","2:31 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-1787","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(215) 765-6321","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 941-6964","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 541-5441","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-2890","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-1909","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 371-3634","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 285-9734","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-8095","","","2:31 PM","0:17","2","Live
```

Answer","Successful","",""
"(773) 752-2009","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 952-4165","","","2:31 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 444-5620","","","2:31 PM","0:07","1","Live
Answer","Successful","",""
"(215) 221-5434","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-0323","","","2:31 PM","0:24","1","Live
Answer","Successful","",""
"(215) 228-6720","","","2:31 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-3869","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0211","","","2:31 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 862-2422","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 387-8755","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 532-3058","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-1319","","","2:31 PM","0:39","1","Voice
Mail","Successful","",""
"(347) 825-2865","","","2:31 PM","0:23","2","Live
Answer","Successful","",""
"(412) 243-7990","","","2:31 PM","0:18","1","Live
Answer","Successful","",""
"(703) 248-0563","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 351-0065","","","2:31 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-4770","","","2:31 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 522-1273","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 797-2894","","","2:31 PM","0:49","1","Voice
Mail","Successful","",""
"(872) 818-5463","","","2:31 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 225-0609","","","2:31 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 229-7679","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-0432","","","2:31 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 423-4056","","","2:31 PM","1:13","1","Voice
Mail","Successful","",""
"(215) 425-6444","","","2:31 PM","0:16","1","Voice

```
Mail","Successful","",""
"(216) 451-3748","","","2:31 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 541-5210","","","2:31 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 343-7406","","","2:31 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 344-8352","","","2:31 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 639-4363","","","2:31 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 761-9767","","","2:31 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 533-8016","","","2:31 PM","0:04","2","Live
Answer","Successful","",""
"(412) 241-1389","","","2:31 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-0586","","","2:31 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-6019","","","2:31 PM","0:21","1","Voice
Mail","Successful","",""
"(773) 376-9052","","","2:31 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 643-0544","","","2:31 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 600-5761","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 799-1051","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-9877","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 548-8126","","","2:32 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 765-3039","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 458-0237","","","2:32 PM","0:51","1","Voice
Mail","Successful","",""
"(216) 681-1097","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-6561","","","2:32 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(267) 437-3263","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-8507","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-0834","","","2:32 PM","0:05","1","Live
Answer","Successful","",""
"(412) 241-4917","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-9378","","","2:32 PM","0:29","1","Voice
```

Mail","Successful","",""
"(412) 281-5495","","","2:32 PM","1:00","1","Voice
Mail","Successful","",""
"(412) 687-5214","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 731-5300","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 493-0663","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-8912","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 643-9594","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 955-4766","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0859","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 226-2131","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-5750","","","2:32 PM","0:17","1","Live
Answer","Successful","",""
"(215) 288-0945","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 426-6271","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-3969","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-4845","","","2:32 PM","0:11","1","Live
Answer","Successful","",""
"(215) 904-7069","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 321-7457","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 681-1274","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(267) 323-2667","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-3292","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-7791","","","2:32 PM","0:23","2","Live
Answer","Successful","",""
"(313) 533-9087","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-9611","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-0037","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-5025","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 271-3149","","","2:32 PM","0:05","1","Live

Answer","Successful","",""
"(440) 467-2985","","","2:32 PM","0:03","1","Live
Answer","Successful","",""
"(773) 277-9761","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 924-2109","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 927-2262","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-4924","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 221-5940","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-2630","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2340","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-5998","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 228-6142","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 372-7457","","","2:32 PM","0:19","1","Live
Answer","Successful","",""
"(215) 739-4524","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-0858","","","2:32 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 763-1045","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-1653","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-2375","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 286-2769","","","2:32 PM","0:20","1","Voice
Mail","Successful","",""
"(267) 886-8949","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-2696","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 397-7878","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 534-6190","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-7418","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 374-0385","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-5314","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 809-4347","","","2:32 PM","0:40","1","Voice

Mail","Successful","",""
"(212) 989-9564","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-1492","","","2:32 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 624-7222","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 791-0963","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-3922","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 534-2774","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-0732","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 471-0748","","","2:32 PM","0:20","1","Live
Answer","Successful","",""
"(703) 243-5045","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 221-8793","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 847-5072","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-0968","","","2:32 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 769-4786","","","2:32 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 421-6016","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6018","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 883-8516","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-6819","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-6508","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 562-1381","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(646) 632-7880","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-0631","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-5053","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 893-5024","","","2:32 PM","0:21","1","Live
Answer","Successful","",""
"(215) 232-6803","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-2659","","","2:32 PM","0:22","1","Live

Answer","Successful","",""
"(215) 331-9293","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5913","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 426-4236","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 634-0831","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-1394","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-0366","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 694-3775","","","2:32 PM","0:07","1","Live
Answer","Successful","",""
"(313) 977-9665","","","2:32 PM","0:07","1","Live
Answer","Successful","",""
"(412) 351-3046","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 288-1842","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 356-9916","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 548-7780","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 667-5264","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 668-0799","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5106","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-9071","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-4572","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-4821","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1873","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-2168","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-9324","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-0368","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 268-1480","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 476-0842","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 761-0781","","","2:32 PM","0:37","1","Voice

Mail","Successful","",""
"(267) 323-2801","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 205-0997","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-6313","","","2:32 PM","0:11","1","Live
Answer","Successful","",""
"(313) 891-2459","","","2:32 PM","0:23","3","Live
Answer","Successful","",""
"(313) 892-4996","","","2:32 PM","0:06","1","Live
Answer","Successful","",""
"(313) 893-1825","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-1260","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 875-9999","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 203-0548","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 229-9540","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 543-9726","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-1833","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-1925","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 687-7987","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(312) 701-3512","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-4260","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-6248","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(412) 261-0612","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 351-2731","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 351-6554","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-9687","","","2:32 PM","0:12","1","Live
Answer","Successful","",""
"(773) 734-5320","","","2:32 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 331-3693","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-1879","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-4157","","","2:32 PM","0:30","1","Voice

```
Mail","Successful","",""
"(215) 543-9938","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 941-7770","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-2419","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-8141","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(312) 818-0562","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 255-7947","","","2:32 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 365-7126","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 369-1310","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-1698","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-1225","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 687-2294","","","2:32 PM","0:22","3","Live
Answer","Successful","",""
"(773) 565-4024","","","2:32 PM","0:01","1","Live
Answer","Successful","",""
"(212) 947-0730","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-0936","","","2:32 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 223-7073","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 232-2687","","","2:32 PM","1:28","1","Voice
Mail","Successful","",""
"(216) 451-2789","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8539","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 319-1487","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-4629","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-1210","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 532-0988","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 541-2992","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 451-0868","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 226-0614","","","2:32 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 288-1724","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 329-3887","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-0617","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 335-3639","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-1683","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3182","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-0440","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-9030","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-0917","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-4906","","","2:32 PM","1:22","1","Voice
Mail","Successful","",""
"(412) 271-5616","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-6392","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 363-2658","","","2:32 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 889-1028","","","2:32 PM","0:11","1","Live
Answer","Successful","",""
"(215) 425-1909","","","2:32 PM","2:26","1","Voice
Mail","Successful","",""
"(215) 426-0690","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-1779","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-1846","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 533-0726","","","2:32 PM","0:06","1","Live
Answer","Successful","",""
"(215) 744-1332","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 941-6744","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 268-5527","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 426-0673","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 451-7205","","","2:32 PM","0:22","2","Live
Answer","Successful","",""
"(216) 541-1632","","","2:32 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 761-5660","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 883-6331","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 639-3229","","","2:32 PM","0:18","1","Voice
Mail","Successful","",
"(313) 255-2661","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-3855","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 534-5305","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-4482","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 277-8788","","","2:32 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 521-8558","","","2:32 PM","0:32","1","Voice
Mail","Successful","",
"(773) 696-1846","","","2:32 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 847-1893","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-9076","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-2928","","","2:32 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 423-2069","","","2:32 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 423-4075","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-8255","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-7833","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 417-7861","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-1530","","","2:32 PM","0:21","1","Live
Answer","Successful","",""
"(216) 851-0191","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-2478","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 534-4294","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 534-9722","","","2:32 PM","0:20","1","Live
Answer","Successful","",""
"(412) 247-3181","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 731-8353","","","2:32 PM","0:35","1","Voice
```

Mail","Successful","",""
"(773) 521-5590","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 203-8783","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 232-1914","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-1826","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6390","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 728-1291","","","2:32 PM","0:08","1","Live
Answer","Successful","",""
"(215) 742-9172","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 600-9802","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 639-2388","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-2796","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 372-2459","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 531-0515","","","2:32 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 531-5831","","","2:32 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 532-7610","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-3719","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7608","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 281-0120","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-1994","","","2:32 PM","0:15","2","Live
Answer","Successful","",""
"(773) 924-9491","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(212) 534-1845","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-1752","","","2:32 PM","0:10","1","Live
Answer","Successful","",""
"(215) 763-8049","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-3268","","","2:32 PM","0:13","1","Voice
Mail","Successful","",""
"(216) 368-4892","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-1481","","","2:32 PM","0:35","1","Voice

```
Mail","Successful","",""
"(313) 531-2995","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-0273","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 535-9565","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 537-4231","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 837-8995","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 201-2543","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(412) 251-0054","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 375-3996","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-7986","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 424-5536","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 708-8264","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-2514","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-5251","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-4958","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 303-9328","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 481-3420","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(248) 392-6433","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 541-7585","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 592-0119","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 659-9056","","","2:32 PM","0:48","1","Voice
Mail","Successful","",""
"(412) 247-4949","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 644-7800","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 687-2623","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-0898","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(612) 332-2373","","","2:32 PM","0:43","1","Voice
```

Mail","Successful","",""
"(718) 271-2924","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-4768","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 454-2943","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-5229","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 739-7257","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-3832","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 417-8126","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-2405","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-5554","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-1915","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-6231","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-1924","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-0628","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 324-9737","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-2754","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-9814","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-3292","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 725-4927","","","2:32 PM","0:25","1","Live
Answer","Successful","",""
"(215) 763-5985","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-1323","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-3170","","","2:32 PM","0:48","1","Voice
Mail","Successful","",""
"(267) 324-5198","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-2223","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-8265","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-3987","","","2:32 PM","0:23","1","Live

Answer","Successful","",""
"(313) 694-3752","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-2921","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-5093","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 351-7520","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 268-0984","","","2:32 PM","0:07","1","Live
Answer","Successful","",""
"(773) 684-7503","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 752-9173","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 206-7593","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 838-0468","","","2:32 PM","0:09","1","Live
Answer","Successful","",""
"(215) 332-4054","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0239","","","2:32 PM","0:11","1","Live
Answer","Successful","",""
"(215) 455-0289","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 763-3526","","","2:32 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 924-1244","","","2:32 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 927-1781","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-3367","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(248) 298-9368","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 368-4089","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 766-5961","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 727-6564","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 675-8011","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1252","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-1215","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-8197","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-7148","","","2:32 PM","0:24","1","Voice

Mail","Successful","",""
"(215) 843-7906","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-1001","","","2:32 PM","0:16","1","Live
Answer","Successful","",""
"(267) 336-7431","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-8836","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-7245","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-5330","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 621-0650","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 687-1474","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 731-4456","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 765-3211","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 918-1671","","","2:32 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 565-4019","","","2:32 PM","0:19","1","Live
Answer","Successful","",""
"(212) 842-9121","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 455-2932","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 725-0357","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 505-5867","","","2:32 PM","1:25","1","Voice
Mail","Successful","",""
"(216) 541-6139","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 561-0126","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-7931","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-9866","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-3012","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 375-0897","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-0464","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-6253","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1276","","","2:32 PM","0:40","1","Voice

```
Mail","Successful","",""
"(215) 227-7087","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 228-6679","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 456-0757","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-5684","","","2:32 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 549-6291","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 624-5973","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 965-0234","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 397-1548","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 241-0319","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 683-8566","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 812-0304","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(708) 929-1610","","","2:32 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 768-1971","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 933-6849","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 980-4178","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-4520","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-0235","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 745-1780","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 924-7883","","","2:32 PM","0:01","1","Live
Answer","Successful","",""
"(216) 268-2871","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 851-8826","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(267) 773-7150","","","2:32 PM","0:08","1","Live
Answer","Successful","",""
"(313) 694-3365","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 836-4744","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 855-7400","","","2:32 PM","0:34","1","Voice
```

Mail","Successful","",""
"(412) 281-9506","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-1099","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 524-8768","","","2:32 PM","0:10","1","Live
Answer","Successful","",""
"(773) 521-3715","","","2:32 PM","0:10","1","Live
Answer","Successful","",""
"(212) 206-7145","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-6545","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 426-1757","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1374","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-7311","","","2:32 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 681-3320","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 273-1259","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 255-2409","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-4657","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-6491","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-8136","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 256-0342","","","2:32 PM","0:01","1","Live
Answer","Successful","",""
"(412) 683-9961","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 871-5449","","","2:32 PM","0:21","1","Live
Answer","Successful","",""
"(215) 224-2161","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-4254","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-0764","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-7384","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 333-5965","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-0306","","","2:32 PM","0:11","1","Live
Answer","Successful","",""
"(215) 426-6657","","","2:32 PM","0:41","1","Voice

Mail","Successful","",""
"(215) 427-1097","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 548-1530","","","2:32 PM","0:24","1","Live
Answer","Successful","",""
"(215) 549-0560","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-2336","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1060","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 978-0501","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-0804","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-0853","","","2:32 PM","0:17","1","Live
Answer","Successful","",""
"(216) 791-1640","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 930-8471","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-6037","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 527-6757","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 731-2244","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(646) 682-9134","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 528-7915","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(917) 546-0892","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 741-2050","","","2:32 PM","0:16","1","Live
Answer","Successful","",""
"(212) 747-0835","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 225-3280","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-2825","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-4710","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 236-7623","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-1197","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 455-6513","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-1696","","","2:32 PM","0:43","1","Voice

```
Mail","Successful","",""
"(215) 613-5458","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-2679","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-9571","","","2:32 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 721-1097","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 761-7887","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 731-7964","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 273-2189","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 334-5940","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 340-9636","","","2:32 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 387-4049","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3058","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 837-3627","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 371-1968","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 674-1949","","","2:32 PM","0:22","3","Live
Answer","Successful","",""
"(646) 998-4542","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 373-8038","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-8796","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 721-2454","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-3159","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 379-6661","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 695-1347","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 335-0903","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-6138","","","2:32 PM","1:08","1","Voice
Mail","Successful","",""
"(216) 249-4155","","","2:32 PM","0:08","1","Live
Answer","Successful","",""
"(216) 249-6454","","","2:32 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 371-5296","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-3806","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 639-3849","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 272-1297","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 272-2095","","","2:32 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 277-2011","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 437-4905","","","2:32 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 762-1268","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(212) 206-3658","","","2:32 PM","0:23","3","Live
Answer","Successful","",""
"(212) 691-5065","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(212) 697-7809","","","2:32 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 235-8447","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-1869","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-4671","","","2:32 PM","0:22","2","Live
Answer","Successful","",""
"(215) 457-6373","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 851-9170","","","2:32 PM","0:15","2","Voice
Mail","Successful","",""
"(267) 687-1885","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-0558","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-2455","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-2355","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-4318","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(347) 289-5359","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 528-3012","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-8424","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-9755","","","2:32 PM","0:35","1","Voice

Mail","Successful","",""
"(773) 966-4370","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-7604","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-3935","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 333-0878","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 338-3999","","","2:32 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 424-1964","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-7681","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0188","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-5614","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 921-7363","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(312) 414-6151","","","2:32 PM","0:14","1","Live
Answer","Successful","",""
"(313) 531-6984","","","2:32 PM","1:01","1","Voice
Mail","Successful","",""
"(313) 535-9859","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 766-6579","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 683-8102","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-7127","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(872) 818-7138","","","2:32 PM","0:15","1","Live
Answer","Successful","",""
"(212) 684-2933","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-3734","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-2350","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 456-9057","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 549-1080","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4388","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 249-5708","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 361-1342","","","2:32 PM","0:17","1","Live

```
Answer","Successful","",""
"(216) 721-2616","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 387-2018","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 521-1150","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-8363","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-9693","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-3745","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 247-7447","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-8155","","","2:32 PM","0:18","1","Live
Answer","Successful","",""
"(773) 696-9557","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 224-4386","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 224-6172","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6479","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-1370","","","2:32 PM","1:31","2","Voice
Mail","Successful","",""
"(215) 425-1260","","","2:32 PM","1:01","1","Voice
Mail","Successful","",""
"(215) 624-5564","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-1513","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(267) 861-0794","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-9034","","","2:32 PM","0:04","2","Live
Answer","Successful","",""
"(313) 305-3736","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-3690","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-7094","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 891-0134","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 675-7886","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2355","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-2536","","","2:32 PM","0:37","1","Voice
```

Mail","Successful","",""
"(215) 225-6867","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-6967","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1112","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 722-2222","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 862-1302","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 245-0873","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-4255","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-0501","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 387-7532","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-4352","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-1312","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 683-3043","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 643-4336","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 727-0036","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 242-5562","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-0474","","","2:32 PM","0:14","1","Live
Answer","Successful","",""
"(215) 223-1048","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 226-6080","","","2:32 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 324-0650","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 324-1236","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 612-9147","","","2:32 PM","0:11","1","Live
Answer","Successful","",""
"(215) 624-1807","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-9916","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 321-2712","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 273-0706","","","2:32 PM","0:11","1","Live

```
Answer","Successful","",""
"(313) 532-8689","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-8672","","","2:32 PM","0:12","2","Live
Answer","Successful","",""
"(313) 694-3924","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 687-9828","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 904-1275","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 243-0083","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 731-8939","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-6891","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-8571","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-7291","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 722-3384","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 465-3516","","","2:32 PM","0:14","2","Live
Answer","Successful","",""
"(312) 200-2071","","","2:32 PM","0:04","1","Live
Answer","Successful","",""
"(313) 538-6617","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-3608","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(646) 580-3669","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 367-9369","","","2:32 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 924-5038","","","2:32 PM","0:15","1","Voice
Mail","Successful","",""
"(872) 244-3912","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-1734","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-5524","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 769-4048","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-9130","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(267) 273-0710","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 335-2660","","","2:32 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(313) 368-5768","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 472-5265","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 835-1541","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 891-5014","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 893-0981","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-1353","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 363-4292","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 437-5311","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 762-2029","","","2:32 PM","0:09","1","Live
Answer","Successful","",""
"(872) 444-5124","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-7224","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-5187","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-8645","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 707-0419","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 761-1234","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 761-9349","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 334-5773","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 412-2369","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 826-7691","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 891-8784","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(646) 454-1388","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-9423","","","2:32 PM","0:03","1","Live
Answer","Successful","",""
"(703) 841-1975","","","2:32 PM","1:21","1","Voice
Mail","Successful","",""
"(773) 376-8798","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-2637","","","2:32 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 338-9473","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5882","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-6707","","","2:32 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 725-8825","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 451-6605","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 791-1617","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 340-2459","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-6155","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-6342","","","2:32 PM","0:06","1","Live
Answer","Successful","",""
"(313) 892-5402","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 247-7362","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(703) 528-5622","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0112","","","2:32 PM","0:04","1","Live
Answer","Successful","",""
"(773) 548-7195","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 696-9045","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3243","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(212) 253-7509","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5325","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-9657","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-6586","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 424-4894","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3263","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-6575","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 291-2052","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(267) 331-8003","","","2:32 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(267) 687-2313","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-7172","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-0524","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(571) 312-3294","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 268-5775","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 420-3748","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 624-0425","","","2:32 PM","0:18","1","Live
Answer","Successful","",""
"(773) 667-6304","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 731-4879","","","2:32 PM","0:05","1","Live
Answer","Successful","",""
"(212) 393-1120","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 679-3610","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 683-0018","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(212) 741-0606","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 236-3935","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-2835","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-5083","","","2:32 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 941-8354","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 231-1962","","","2:32 PM","0:11","3","Live
Answer","Successful","",""
"(216) 341-2068","","","2:32 PM","0:20","1","Voice
Mail","Successful","",""
"(216) 451-6536","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 472-5870","","","2:32 PM","0:14","1","Live
Answer","Successful","",""
"(313) 893-2544","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-8282","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-0155","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 731-6359","","","2:32 PM","0:40","1","Voice
```

Mail","Successful","",""
"(773) 324-2861","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(212) 243-0168","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 695-1329","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-1316","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-9992","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6288","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-8676","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-7524","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-8066","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 745-0313","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1637","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 904-7015","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 321-7289","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-9013","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 481-6422","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 791-8504","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 527-8861","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-4368","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-8095","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-1229","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 683-7361","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 684-3866","","","2:32 PM","0:05","1","Live
Answer","Successful","",""
"(215) 228-6583","","","2:32 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 236-9659","","","2:32 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 423-8609","","","2:32 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 745-5368","","","2:32 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 924-2850","","","2:32 PM","0:56","1","Voice
Mail","Successful","",""
"(215) 978-7825","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 273-7381","","","2:32 PM","0:06","1","Live
Answer","Successful","",""
"(216) 320-9375","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 838-6181","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-7542","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 225-2783","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-4439","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 277-4854","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 288-0517","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 667-5059","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(917) 661-1474","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-7235","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 564-7686","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-8992","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-5745","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2775","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-2804","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 369-9642","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 526-6422","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 351-2221","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 855-5033","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 444-5394","","","2:32 PM","0:05","1","Live
Answer","Successful","",""
"(215) 236-5671","","","2:32 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 324-1623","","","2:32 PM","0:03","1","Live
Answer","Successful","",""
"(215) 331-2204","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-1872","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 831-8286","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 924-1424","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-5243","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-5056","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-5064","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 519-8985","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-3275","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 537-1756","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-5276","","","2:32 PM","0:05","1","Live
Answer","Successful","",""
"(313) 766-5239","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 892-0389","","","2:32 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 271-1085","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 363-5421","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 235-6834","","","2:32 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 324-1786","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 329-7619","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-1729","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 765-5020","","","2:32 PM","0:51","1","Voice
Mail","Successful","",""
"(216) 321-4963","","","2:32 PM","0:53","1","Voice
Mail","Successful","",""
"(248) 200-6172","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(248) 469-7986","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-7945","","","2:32 PM","0:30","1","Voice

```
Mail","Successful","",""
"(313) 538-1461","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-0347","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 351-0164","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-5959","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(630) 708-2528","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 947-8804","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 329-3565","","","2:32 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 331-2749","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-6807","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-4015","","","2:32 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 722-8444","","","2:32 PM","0:42","2","Voice
Mail","Successful","",""
"(215) 725-9728","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-8295","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 368-0690","","","2:32 PM","0:57","1","Voice
Mail","Successful","",""
"(216) 541-1699","","","2:32 PM","0:05","3","Live
Answer","Successful","",""
"(312) 898-8658","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 270-7865","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 412-2546","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 836-6385","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-2982","","","2:32 PM","0:02","1","Live
Answer","Successful","",""
"(412) 371-2064","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 875-3027","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-6789","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-7814","","","2:32 PM","0:02","1","Live
Answer","Successful","",""
"(773) 538-3701","","","2:32 PM","0:49","1","Voice
```

```
Mail","Successful","",""
"(773) 684-9058","","","2:32 PM","0:04","1","Live
Answer","Successful","",""
"(773) 721-4308","","","2:32 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 234-8721","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(212) 243-9675","","","2:32 PM","0:04","1","Live
Answer","Successful","",""
"(212) 982-1284","","","2:32 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 232-8403","","","2:32 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 235-6646","","","2:32 PM","1:28","1","Voice
Mail","Successful","",""
"(215) 634-2945","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 745-7999","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-4191","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 243-6520","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 363-7533","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 523-1889","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 523-2677","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 924-2463","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 529-0495","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-2014","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 455-0531","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 695-0591","","","2:32 PM","0:02","1","Live
Answer","Successful","",""
"(216) 451-5127","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0046","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-7320","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 533-3839","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-4836","","","2:32 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 826-7291","","","2:32 PM","1:06","1","Voice
```

```
Mail","Successful","",""
"(313) 891-3536","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 812-4841","","","2:32 PM","0:22","3","Live
Answer","Successful","",""
"(773) 451-0890","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 565-4449","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 752-0477","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 847-3472","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-4370","","","2:32 PM","0:23","2","Live
Answer","Successful","",""
"(215) 426-5336","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 549-1205","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-3955","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 231-6049","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 451-4176","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 772-2977","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 521-6471","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 537-0019","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 351-3638","","","2:32 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 891-1510","","","2:32 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 955-7763","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 203-0254","","","2:32 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 232-4627","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-1653","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-0997","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-3830","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 366-4659","","","2:32 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 893-8201","","","2:32 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(412) 243-7047","","","2:32 PM","0:06","1","Live
Answer","Successful","",""
"(773) 407-7775","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 734-7583","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 226-1042","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-3176","","","2:32 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 331-2413","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-7494","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-1869","","","2:32 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 621-7316","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 941-7487","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 421-5217","","","2:32 PM","0:03","1","Voice
Mail","Successful","",""
"(216) 486-1080","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-6053","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-9201","","","2:32 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 592-1584","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 839-5939","","","2:32 PM","0:18","1","Live
Answer","Successful","",""
"(313) 977-9927","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-2582","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 229-9162","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 324-5983","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-9295","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-2636","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 456-0207","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-6547","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-4521","","","2:32 PM","0:36","1","Voice
```

Mail","Successful","",""
"(216) 862-8535","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(312) 554-9196","","","2:32 PM","0:13","1","Live
Answer","Successful","",""
"(312) 998-1133","","","2:32 PM","0:13","1","Live
Answer","Successful","",""
"(313) 255-4143","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 533-1318","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-2751","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 721-5538","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 355-3309","","","2:32 PM","0:20","2","Live
Answer","Successful","",""
"(212) 620-0597","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-0817","","","2:32 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 288-1121","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-7940","","","2:32 PM","0:22","2","Live
Answer","Successful","",""
"(215) 621-7437","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-1507","","","2:32 PM","0:15","1","Live
Answer","Successful","",""
"(215) 763-8625","","","2:32 PM","0:53","1","Voice
Mail","Successful","",""
"(216) 451-3846","","","2:32 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 563-1773","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 965-0207","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-6193","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-2926","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-0346","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-1781","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3154","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 375-3580","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 565-4832","","","2:32 PM","0:42","1","Voice

```
Mail","Successful","",""
"(773) 855-2021","","","2:32 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 236-5816","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 324-0945","","","2:32 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 332-7324","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 722-3140","","","2:32 PM","0:23","2","Live
Answer","Successful","",""
"(215) 978-5339","","","2:32 PM","0:12","1","Live
Answer","Successful","",""
"(216) 307-6285","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-5868","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 272-4109","","","2:32 PM","0:23","2","Live
Answer","Successful","",""
"(313) 307-8083","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 693-4527","","","2:32 PM","0:50","1","Voice
Mail","Successful","",""
"(412) 243-2318","","","2:32 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 643-1943","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-7412","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-1572","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-6378","","","2:32 PM","0:15","2","Live
Answer","Successful","",""
"(215) 226-0117","","","2:32 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 324-4447","","","2:32 PM","1:16","1","Voice
Mail","Successful","",""
"(215) 455-3574","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-1948","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 831-8926","","","2:32 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 978-5505","","","2:32 PM","1:15","1","Voice
Mail","Successful","",""
"(313) 255-5016","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-4375","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 835-5726","","","2:32 PM","0:34","1","Voice
```

Mail","Successful","",""
"(773) 565-4470","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 724-5809","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-3038","","","2:32 PM","0:14","1","Live
Answer","Successful","",""
"(215) 236-0501","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-7346","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-3194","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-6108","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-0994","","","2:32 PM","0:21","1","Live
Answer","Successful","",""
"(215) 455-1636","","","2:32 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 548-2498","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-9269","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-3425","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-3716","","","2:32 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 721-3951","","","2:32 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 527-8469","","","2:32 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-7399","","","2:32 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 351-0812","","","2:32 PM","0:22","1","Voice
Mail","Successful","",""
"(412) 731-8761","","","2:32 PM","0:02","1","Live
Answer","Successful","",""
"(773) 373-2756","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-8834","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(872) 244-7844","","","2:32 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 818-5181","","","2:32 PM","0:20","1","Voice
Mail","Successful","",""
"(929) 263-1225","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-5564","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 229-1648","","","2:32 PM","0:23","1","Live

Answer","Successful","",""
"(216) 268-5630","","","2:32 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 563-1124","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-8833","","","2:32 PM","0:32","1","Voice
Mail","Successful","",
"(267) 519-2359","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 326-6190","","","2:32 PM","0:02","1","Live
Answer","Successful","",""
"(412) 241-2959","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-3361","","","2:32 PM","0:14","1","Live
Answer","Successful","",""
"(412) 562-1570","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-6983","","","2:32 PM","0:39","1","Voice
Mail","Successful","",
"(773) 924-5554","","","2:32 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 289-1009","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 324-6239","","","2:32 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 329-6360","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-3749","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0750","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-5791","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-1311","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-5850","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-4794","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 621-6045","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 285-3337","","","2:32 PM","0:59","1","Voice
Mail","Successful","",
"(773) 374-5201","","","2:32 PM","0:40","1","Voice
Mail","Successful","",
"(773) 565-4267","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(773) 819-0498","","","2:32 PM","0:49","1","Voice
Mail","Successful","",""
"(872) 244-7624","","","2:32 PM","0:36","1","Voice

```
Mail","Successful","",""
"(212) 600-0135","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-2866","","","2:32 PM","0:19","1","Live
Answer","Successful","",""
"(215) 228-0488","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-5416","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-6454","","","2:32 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-5120","","","2:32 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-3807","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4814","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-9826","","","2:32 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-3789","","","2:32 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 243-6083","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(517) 343-3887","","","2:32 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 371-9356","","","2:32 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 351-6777","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(773) 221-6965","","","2:32 PM","0:03","1","Live
Answer","Successful","",""
"(773) 521-3139","","","2:32 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 752-6420","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 768-4592","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 223-2790","","","2:32 PM","0:23","3","Live
Answer","Successful","",""
"(215) 288-7928","","","2:32 PM","0:22","3","Live
Answer","Successful","",""
"(215) 423-9341","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-2541","","","2:32 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-1908","","","2:32 PM","0:22","2","Live
Answer","Successful","",""
"(216) 451-1692","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-2026","","","2:32 PM","1:06","1","Voice
```

```
Mail","Successful","",""
"(216) 761-5840","","","2:32 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-8759","","","2:32 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-5569","","","2:32 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-1098","","","2:32 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 592-9436","","","2:32 PM","0:06","1","Live
Answer","Successful","",""
"(313) 836-8592","","","2:32 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-6825","","","2:32 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-1571","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-8466","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-4773","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-0720","","","2:33 PM","0:57","1","Voice
Mail","Successful","",""
"(216) 249-2431","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 441-2554","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(267) 687-7128","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-7731","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-7871","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 241-3382","","","2:33 PM","0:12","1","Live
Answer","Successful","",""
"(412) 351-5484","","","2:33 PM","0:28","3","Voice
Mail","Successful","",""
"(773) 521-9703","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 538-8653","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 731-0485","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 423-2986","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-8878","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 273-7637","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-5753","","","2:33 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(216) 471-8415","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-4227","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-3245","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5485","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 527-9362","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 531-4570","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-7439","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(412) 243-1959","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-6444","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 562-8915","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-9471","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 765-0918","","","2:33 PM","0:05","1","Live
Answer","Successful","",""
"(212) 600-4201","","","2:33 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 223-3059","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-9345","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-0574","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-3927","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 331-4192","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 621-6634","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 634-0778","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 231-0118","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-7840","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 437-3089","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 533-5782","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-7040","","","2:33 PM","0:11","1","Voice
```

Mail","Successful","",""
"(773) 493-8406","","","2:33 PM","0:20","1","Live
Answer","Successful","",""
"(917) 933-9071","","","2:33 PM","0:23","2","Live
Answer","Successful","",""
"(929) 259-9265","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(212) 234-2127","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-2318","","","2:33 PM","0:02","1","Live
Answer","Successful","",""
"(215) 276-8854","","","2:33 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 427-2274","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 927-2727","","","2:33 PM","0:17","1","Live
Answer","Successful","",""
"(216) 268-5432","","","2:33 PM","0:27","2","Voice
Mail","Successful","",""
"(313) 270-7760","","","2:33 PM","0:13","1","Live
Answer","Successful","",""
"(313) 387-0636","","","2:33 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 535-2810","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-0176","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(631) 537-6160","","","2:33 PM","1:19","1","Voice
Mail","Successful","",""
"(773) 242-6252","","","2:33 PM","0:52","1","Voice
Mail","Successful","",""
"(212) 242-5860","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-2197","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-1915","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 525-9900","","","2:33 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 624-4862","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6411","","","2:33 PM","0:51","2","Voice
Mail","Successful","",""
"(215) 763-6027","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-4968","","","2:33 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 978-0860","","","2:33 PM","1:22","1","Voice
Mail","Successful","",""
"(267) 519-2273","","","2:33 PM","0:03","1","Live

Answer","Successful","",""
"(267) 639-6461","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-0324","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-3201","","","2:33 PM","0:09","1","Live
Answer","Successful","",""
"(313) 731-7225","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7523","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-7464","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 891-2539","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-1047","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 371-2469","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 675-4531","","","2:33 PM","0:05","1","Live
Answer","Successful","",""
"(215) 203-7233","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1095","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-0940","","","2:33 PM","0:17","2","Voice
Mail","Successful","",""
"(215) 232-2235","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-3235","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 543-1168","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-4197","","","2:33 PM","0:19","1","Live
Answer","Successful","",""
"(215) 765-8450","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(267) 273-0445","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 731-7185","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 533-7308","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-3659","","","2:33 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 734-3671","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 221-6780","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-4601","","","2:33 PM","0:23","1","Live

Answer","Successful","",""
"(215) 232-1077","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-3941","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0776","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-2861","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-6659","","","2:33 PM","0:17","1","Live
Answer","Successful","",""
"(313) 270-7977","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 531-3921","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 525-7627","","","2:33 PM","0:50","1","Voice
Mail","Successful","",""
"(773) 268-2948","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-9612","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 542-0508","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 633-2539","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-4467","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0915","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0183","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-4416","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 289-1286","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 471-8479","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-2826","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 761-1658","","","2:33 PM","0:21","1","Voice
Mail","Successful","",""
"(267) 538-2461","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-2699","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 387-1950","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 534-9463","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-8304","","","2:33 PM","0:36","1","Voice

Mail","Successful","",""
"(412) 731-7826","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(703) 469-1777","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 522-3709","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 536-9124","","","2:33 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 538-0778","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 696-2309","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 947-8570","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(212) 619-1576","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 675-4959","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2139","","","2:33 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 225-0539","","","2:33 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 424-3725","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-7926","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-4920","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-2540","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-5188","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 371-0560","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-0328","","","2:33 PM","0:23","2","Live
Answer","Successful","",""
"(267) 443-1633","","","2:33 PM","0:06","1","Voice
Mail","Successful","",""
"(313) 531-0000","","","2:33 PM","0:14","1","Live
Answer","Successful","",""
"(412) 243-0274","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-1256","","","2:33 PM","0:03","1","Live
Answer","Successful","",""
"(412) 723-2632","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 221-8199","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 277-9822","","","2:33 PM","0:34","1","Voice

Mail","Successful","",""
"(773) 565-4603","","","2:33 PM","0:12","1","Live
Answer","Successful","",""
"(212) 327-3121","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 757-8330","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 228-9181","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-0852","","","2:33 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 423-2607","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-5340","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 743-1263","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 268-3583","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-0616","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 537-2842","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-8931","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 592-4792","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-2323","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 221-7849","","","2:33 PM","0:21","1","Live
Answer","Successful","",""
"(773) 268-2741","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 285-2761","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 229-8782","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-0829","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 457-3245","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-3464","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-3899","","","2:33 PM","0:35","2","Voice
Mail","Successful","",""
"(215) 769-0290","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 200-4705","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 383-8391","","","2:33 PM","0:34","1","Voice

```
Mail","Successful","",""
"(313) 366-2857","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5271","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 526-0637","","","2:33 PM","0:04","2","Live
Answer","Successful","",""
"(313) 892-3907","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 261-2519","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 363-5082","","","2:33 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 538-8054","","","2:33 PM","0:17","2","Live
Answer","Successful","",""
"(773) 696-2627","","","2:33 PM","0:05","1","Voice
Mail","Successful","",""
"(212) 248-0708","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-8054","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 223-9758","","","2:33 PM","0:23","1","Voice
Mail","Successful","",""
"(215) 232-3119","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 335-0320","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-5095","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-3135","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-7091","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 526-0742","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 837-7620","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-1202","","","2:33 PM","0:03","1","Live
Answer","Successful","",""
"(412) 242-6432","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 924-2667","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 223-2210","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 342-3141","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-9194","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 331-3342","","","2:33 PM","0:37","1","Voice
```

Mail","Successful","",""
"(267) 731-1171","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-2693","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 526-2359","","","2:33 PM","0:02","1","Live
Answer","Successful","",""
"(313) 532-8069","","","2:33 PM","0:23","2","Live
Answer","Successful","",""
"(313) 534-6604","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 523-5634","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 752-7114","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(773) 762-0502","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 223-2166","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-7103","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-4648","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-7386","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-1550","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(267) 331-6553","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-1942","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 541-1664","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 891-2131","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-6825","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 538-8020","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5165","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 741-1145","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-3549","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-1851","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(215) 533-4584","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1909","","","2:33 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 927-8139","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 268-5216","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1682","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0806","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-7673","","","2:33 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 537-8170","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-1107","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-4110","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 740-7612","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(313) 794-1524","","","2:33 PM","0:37","2","Voice
Mail","Successful","",""
"(313) 892-2436","","","2:33 PM","0:06","1","Live
Answer","Successful","",""
"(313) 893-9510","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-1415","","","2:33 PM","0:33","2","Voice
Mail","Successful","",""
"(773) 643-4875","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 752-5020","","","2:33 PM","0:21","1","Live
Answer","Successful","",""
"(773) 847-1098","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-2865","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-8192","","","2:33 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 763-9769","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-4263","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 681-9334","","","2:33 PM","0:19","3","Live
Answer","Successful","",""
"(267) 385-5909","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 397-6557","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 533-1521","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-2368","","","2:33 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(313) 837-6715","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 248-0594","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-0653","","","2:33 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 229-7517","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-0728","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-1416","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-6119","","","2:33 PM","0:38","2","Voice
Mail","Successful","",""
"(215) 548-2127","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 744-3319","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 481-0117","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 758-2725","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3659","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4487","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-7873","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 241-3694","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 268-8468","","","2:33 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 288-4943","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 763-0141","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 689-5675","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-1487","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-1778","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-2039","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 787-0515","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-7452","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-5431","","","2:33 PM","0:34","1","Voice
```

Mail","Successful","",""
"(216) 851-6142","","","2:33 PM","0:12","1","Voice
Mail","Successful","",""
"(267) 335-2298","","","2:33 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 534-9450","","","2:33 PM","0:44","2","Voice
Mail","Successful","",""
"(313) 541-4759","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 592-0124","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-2171","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 727-6464","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 731-6168","","","2:33 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 257-8285","","","2:33 PM","0:05","2","Voice
Mail","Successful","",""
"(773) 762-7488","","","2:33 PM","0:20","1","Live
Answer","Successful","",""
"(773) 939-9144","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 269-1098","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 224-6909","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 225-6040","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-0913","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-2441","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 426-2949","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-6114","","","2:33 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 548-5795","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-4455","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-7678","","","2:33 PM","0:17","2","Live
Answer","Successful","",""
"(216) 761-1093","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(267) 528-1640","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 368-0923","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-4392","","","2:33 PM","0:37","1","Voice

Mail","Successful","",""
"(412) 687-6985","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 243-1343","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 734-2722","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5841","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-5776","","","2:33 PM","0:23","3","Live
Answer","Successful","",""
"(215) 634-5868","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 229-9135","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 231-1223","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 721-0376","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 862-3250","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-0213","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 891-9186","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 247-1974","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 315-7264","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 682-3226","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-2418","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 493-8894","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-5945","","","2:33 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 643-0546","","","2:33 PM","0:07","1","Live
Answer","Successful","",""
"(773) 752-1645","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(872) 210-8442","","","2:33 PM","0:09","1","Live
Answer","Successful","",""
"(215) 223-2681","","","2:33 PM","0:22","3","Live
Answer","Successful","",""
"(215) 236-1058","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 288-6046","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-5093","","","2:33 PM","0:15","1","Live

Answer","Successful","",""
"(215) 425-6329","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 543-0494","","","2:33 PM","0:13","1","Live
Answer","Successful","",""
"(215) 728-1730","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-2414","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-8833","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-2221","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-4920","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-6022","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 221-2137","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 538-0525","","","2:33 PM","0:17","1","Live
Answer","Successful","",""
"(773) 731-1342","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(212) 289-3966","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-7494","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 227-6530","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 236-3912","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-6566","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-3053","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 457-2596","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-2451","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0929","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 321-2853","","","2:33 PM","0:13","2","Live
Answer","Successful","",""
"(216) 451-3105","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8033","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-0236","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 851-4748","","","2:33 PM","0:37","1","Voice

```
Mail","Successful","",""
"(313) 731-8192","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-8598","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 227-0887","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 243-9070","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 281-6623","","","2:33 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 731-9243","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 254-8024","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(773) 538-3830","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 587-5721","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 444-5733","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 276-3701","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 329-0817","","","2:33 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 332-4073","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-1247","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-6581","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 486-4848","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 687-1306","","","2:33 PM","0:05","1","Live
Answer","Successful","",""
"(313) 592-8591","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 681-5559","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-0840","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(872) 818-5522","","","2:33 PM","0:54","1","Voice
Mail","Successful","",""
"(212) 727-8667","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-6202","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 288-5842","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 324-2466","","","2:33 PM","0:44","1","Voice
```

```
Mail","Successful","",""
"(216) 451-2751","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-7537","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 932-4805","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 531-0899","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-8504","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-9036","","","2:33 PM","0:19","1","Live
Answer","Successful","",""
"(313) 538-9534","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-6152","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-5239","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-3130","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 966-5126","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(215) 235-9787","","","2:33 PM","0:02","1","Live
Answer","Successful","",""
"(215) 236-0434","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-3378","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-3538","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-7668","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 717-8641","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 763-2939","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-6492","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 229-6010","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 459-7481","","","2:33 PM","0:20","1","Live
Answer","Successful","",""
"(216) 541-1489","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-3779","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 761-9737","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(312) 937-9977","","","2:33 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(313) 534-8751","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-4151","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 592-1067","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 247-4124","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-8411","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 288-5273","","","2:33 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 522-0430","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-6761","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-7522","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-8704","","","2:33 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 388-0274","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-2766","","","2:33 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 224-1828","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-6541","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-7248","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 424-1001","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-6249","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-9163","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 613-7220","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-0482","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-8179","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 231-2481","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 268-5303","","","2:33 PM","0:20","2","Live
Answer","Successful","",""
"(267) 437-2551","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-1486","","","2:33 PM","0:22","1","Live
```

Answer","Successful","",""
"(313) 368-8526","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-1714","","","2:33 PM","0:23","1","Voice
Mail","Successful","",""
"(313) 535-5506","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 891-6628","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-2567","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 241-9953","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-5038","","","2:33 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 224-0720","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 288-6531","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 335-2581","","","2:33 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 342-6279","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1035","","","2:33 PM","0:11","1","Live
Answer","Successful","",""
"(215) 634-3896","","","2:33 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 765-2487","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 465-3360","","","2:33 PM","0:57","1","Voice
Mail","Successful","",""
"(216) 721-0278","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(312) 550-7899","","","2:33 PM","0:05","1","Live
Answer","Successful","",""
"(313) 255-5790","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 284-8693","","","2:33 PM","0:03","1","Live
Answer","Successful","",""
"(313) 334-5306","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-7731","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 891-5183","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-6208","","","2:33 PM","0:02","1","Live
Answer","Successful","",""
"(313) 892-3344","","","2:33 PM","0:22","1","Voice
Mail","Successful","",""
"(412) 731-5582","","","2:33 PM","0:38","1","Voice

```
Mail","Successful","",""
"(773) 257-0008","","","2:33 PM","0:13","1","Live
Answer","Successful","",""
"(773) 521-1042","","","2:33 PM","0:20","1","Live
Answer","Successful","",""
"(212) 675-1556","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 338-9574","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-1480","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 457-0969","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-5108","","","2:33 PM","1:37","1","Voice
Mail","Successful","",""
"(216) 321-1553","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 481-0684","","","2:33 PM","1:18","1","Voice
Mail","Successful","",""
"(267) 343-4598","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 731-1649","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 731-7195","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-5289","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 740-7600","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 836-0985","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-6845","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(347) 834-8055","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-1453","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 681-1505","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 721-7154","","","2:33 PM","0:20","2","Voice
Mail","Successful","",""
"(773) 955-1071","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(212) 260-5377","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-0437","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-7622","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 519-0166","","","2:33 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(267) 731-1178","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 686-9870","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-4573","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-1352","","","2:33 PM","0:13","1","Live
Answer","Successful","",""
"(412) 391-7522","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 486-7041","","","2:33 PM","0:08","1","Live
Answer","Successful","",""
"(773) 277-5311","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0838","","","2:33 PM","0:17","1","Live
Answer","Successful","",""
"(212) 226-2635","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 463-9430","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 736-0352","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-9087","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3695","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-3849","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(215) 229-2117","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1516","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 333-0514","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 333-3367","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-5935","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 427-0907","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-7855","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 273-7568","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 239-5030","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 519-8934","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-8197","","","2:33 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 532-2564","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 794-1416","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(347) 706-1546","","","2:33 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 271-0363","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 288-7090","","","2:33 PM","0:19","1","Live
Answer","Successful","",""
"(773) 643-3495","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 684-6360","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 933-1471","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(872) 281-5691","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 229-8342","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2096","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-3151","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-9304","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 457-0364","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 613-7417","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-4036","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 684-2225","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2254","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 924-1765","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 938-9888","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 255-4355","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 272-9185","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 733-6951","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 826-1226","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-0586","","","2:33 PM","0:42","1","Voice
```

```
Mail","Successful","",""
"(773) 542-8054","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 226-3576","","","2:33 PM","0:14","1","Live
Answer","Successful","",""
"(215) 236-3265","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-6124","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-1339","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-0428","","","2:33 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 725-2295","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 273-7595","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-5197","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-4607","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 326-3464","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3391","","","2:33 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 893-2671","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 966-4454","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-2191","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-9658","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-3097","","","2:33 PM","0:18","1","Live
Answer","Successful","",""
"(215) 426-5860","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-5530","","","2:33 PM","0:22","3","Live
Answer","Successful","",""
"(215) 739-0438","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1784","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 321-2601","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(216) 383-9271","","","2:33 PM","0:22","3","Live
Answer","Successful","",""
"(216) 471-8934","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 965-0008","","","2:33 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(267) 297-8721","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 687-1424","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-7376","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 368-0169","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 412-2655","","","2:33 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 534-2152","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 592-4624","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 838-9089","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 892-4526","","","2:33 PM","1:01","1","Voice
Mail","Successful","",""
"(646) 486-1279","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-4772","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 277-6734","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 536-3161","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-6979","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 924-3590","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 947-9056","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 966-4799","","","2:33 PM","0:34","3","Voice
Mail","Successful","",""
"(212) 691-4298","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 227-0405","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3076","","","2:33 PM","0:04","1","Live
Answer","Successful","",""
"(215) 455-1196","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-2752","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-5534","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(215) 634-7821","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-3520","","","2:33 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(216) 249-1306","","","2:33 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 366-8337","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 526-8481","","","2:33 PM","0:01","1","Live
Answer","Successful","",""
"(313) 826-7810","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 527-3110","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 624-5233","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-7279","","","2:33 PM","0:09","1","Live
Answer","Successful","",""
"(215) 232-5371","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-0995","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-1801","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 549-4940","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 787-0698","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-9601","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 932-9270","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-3152","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-1678","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-2568","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-2306","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 682-5343","","","2:33 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 268-6149","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 374-1864","","","2:33 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 437-4240","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 855-2216","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 444-5828","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-5245","","","2:33 PM","0:17","1","Voice

Mail","Successful","",""
"(212) 639-1853","","","2:33 PM","0:46","1","Voice
Mail","Successful","",""
"(212) 989-9130","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 236-3236","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1855","","","2:33 PM","0:05","1","Live
Answer","Successful","",""
"(215) 335-0761","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-3447","","","2:33 PM","0:39","2","Voice
Mail","Successful","",""
"(215) 769-3918","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-3386","","","2:33 PM","0:14","2","Live
Answer","Successful","",""
"(216) 471-8430","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-6138","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 641-8987","","","2:33 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 761-6229","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 761-6384","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 731-8368","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-3831","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 242-2279","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 683-4749","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(646) 964-5442","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-1993","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-1436","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-1783","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-2509","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-7739","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 851-2084","","","2:33 PM","0:24","1","Live
Answer","Successful","",""
"(216) 851-4930","","","2:33 PM","0:23","1","Live

Answer","Successful","",""
"(216) 851-7203","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-7546","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 836-8529","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-1709","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(703) 841-7325","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-3134","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 978-5730","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-2570","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-1827","","","2:33 PM","0:18","1","Live
Answer","Successful","",""
"(215) 728-6270","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-9340","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 255-0418","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 694-3488","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7091","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-0842","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-2835","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 691-4752","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-6084","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2620","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-9045","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-5583","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-2760","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-7031","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 335-3366","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 338-1697","","","2:33 PM","0:31","1","Voice

Mail","Successful","",""
"(215) 423-1621","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-2032","","","2:33 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 681-4411","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 761-9429","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 335-3360","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 305-7543","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 472-5646","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-0670","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 740-7859","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 244-0106","","","2:33 PM","0:07","1","Live
Answer","Successful","",""
"(773) 285-9652","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-1956","","","2:33 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 624-5652","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 643-5833","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2378","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-1341","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2452","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 229-5383","","","2:33 PM","0:13","1","Live
Answer","Successful","",""
"(216) 268-0898","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-2096","","","2:33 PM","0:22","3","Live
Answer","Successful","",""
"(216) 451-2290","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 531-7414","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(313) 366-1099","","","2:33 PM","0:20","1","Live
Answer","Successful","",""
"(313) 533-5974","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 535-6838","","","2:33 PM","0:40","1","Voice

```
Mail","Successful","",""
"(313) 694-3574","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-7711","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-1053","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 420-3726","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(814) 864-8401","","","2:33 PM","0:20","2","Live
Answer","Successful","",""
"(215) 324-5267","","","2:33 PM","0:23","2","Live
Answer","Successful","",""
"(215) 634-4290","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 725-7338","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-9784","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-9117","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-9235","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-6431","","","2:33 PM","0:22","2","Live
Answer","Successful","",""
"(773) 521-0665","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-2218","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2583","","","2:33 PM","0:24","1","Live
Answer","Successful","",""
"(773) 978-1211","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 203-8196","","","2:33 PM","0:06","1","Live
Answer","Successful","",""
"(215) 226-0323","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 291-0295","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 332-6484","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-3619","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-1734","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-3572","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-2310","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-7678","","","2:33 PM","0:14","1","Live
```

```
Answer","Successful","",""
"(216) 231-2226","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4069","","","2:33 PM","0:20","1","Live
Answer","Successful","",""
"(267) 455-0775","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 387-8993","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 646-6710","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-8214","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 371-0543","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 475-6437","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-2265","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 308-7595","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(212) 644-3899","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 741-1730","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-1865","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 276-8959","","","2:33 PM","0:11","1","Live
Answer","Successful","",""
"(215) 332-2360","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-7192","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 338-2303","","","2:33 PM","0:19","1","Live
Answer","Successful","",""
"(215) 634-2886","","","2:33 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 763-5747","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-9022","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 765-4995","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-8764","","","2:33 PM","0:20","2","Live
Answer","Successful","",""
"(267) 297-7401","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 538-3104","","","2:33 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 592-1706","","","2:33 PM","0:15","1","Voice
```

Mail","Successful","",""
"(313) 740-7059","","","2:33 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 892-9016","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 312-0429","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 522-9720","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-2567","","","2:33 PM","0:07","1","Live
Answer","Successful","",""
"(215) 223-4751","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-0395","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 471-8397","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 239-2975","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-4647","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 651-9348","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 731-7991","","","2:33 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 285-5159","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 933-4873","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(917) 675-6572","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 842-0247","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 221-6382","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-3491","","","2:33 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 426-5380","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 848-0394","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-6112","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 289-4344","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 372-8254","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-4181","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 694-3630","","","2:33 PM","0:31","1","Voice

Mail","Successful","",""
"(313) 893-8123","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 244-9105","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 247-3083","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 268-3283","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-7862","","","2:33 PM","0:12","1","Voice
Mail","Successful","",""
"(773) 374-7094","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 657-9119","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(872) 444-5041","","","2:33 PM","0:05","2","Live
Answer","Successful","",""
"(872) 818-5570","","","2:33 PM","0:02","1","Live
Answer","Successful","",""
"(212) 929-6830","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 225-0938","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-3414","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-1625","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-8161","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 743-6930","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 369-7366","","","2:33 PM","0:49","1","Voice
Mail","Successful","",""
"(216) 371-3177","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-3370","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 716-4326","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-0232","","","2:33 PM","0:54","1","Voice
Mail","Successful","",""
"(313) 534-7833","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 731-7469","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-6869","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-8260","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-0935","","","2:33 PM","0:22","1","Live

Answer","Successful","",""
"(412) 371-7876","","","2:33 PM","1:22","1","Voice
Mail","Successful","",""
"(646) 682-7829","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(718) 892-2222","","","2:33 PM","0:03","1","Live
Answer","Successful","",""
"(773) 493-5224","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 747-8762","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 333-1823","","","2:33 PM","0:23","3","Live
Answer","Successful","",""
"(215) 335-1043","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 335-1910","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-3446","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-3371","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-3296","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 545-4441","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-3021","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 844-3954","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-1054","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(216) 421-0409","","","2:33 PM","0:22","2","Live
Answer","Successful","",""
"(313) 472-5094","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-7919","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 687-2417","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 521-8318","","","2:33 PM","0:20","2","Live
Answer","Successful","",""
"(773) 978-4900","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-4774","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7480","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-6158","","","2:33 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 426-0744","","","2:33 PM","0:15","1","Voice

Mail","Successful","",""
"(215) 426-7010","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 457-9618","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 548-0892","","","2:33 PM","0:06","1","Live
Answer","Successful","",""
"(215) 549-0899","","","2:33 PM","1:21","1","Voice
Mail","Successful","",""
"(216) 205-4732","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 531-0000","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 862-7762","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 938-8547","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-4275","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 385-7157","","","2:33 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 368-8204","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(646) 850-6882","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 374-3735","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-1119","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 679-1780","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-0280","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-6279","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 236-7411","","","2:33 PM","0:18","1","Live
Answer","Successful","",""
"(215) 424-2747","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-5185","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-7342","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-2024","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 831-1727","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-3486","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-1148","","","2:33 PM","0:34","1","Voice

Mail","Successful","",""
"(216) 268-3930","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 541-0719","","","2:33 PM","0:14","2","Live
Answer","Successful","",""
"(216) 641-0801","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-6149","","","2:33 PM","0:05","1","Live
Answer","Successful","",""
"(313) 272-7534","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-0116","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 537-8397","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 694-3210","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7501","","","2:33 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 766-7334","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-4204","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(872) 244-3038","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 244-7538","","","2:33 PM","0:09","1","Live
Answer","Successful","",""
"(215) 221-6009","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 288-7375","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-2848","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-0348","","","2:33 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 338-8119","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-0855","","","2:33 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 904-6699","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 297-6683","","","2:33 PM","0:20","1","Voice
Mail","Successful","",""
"(267) 639-9913","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-5088","","","2:33 PM","0:58","1","Voice
Mail","Successful","",""
"(313) 305-7076","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 371-4495","","","2:33 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 535-0372","","","2:33 PM","0:05","1","Voice
Mail","Successful","",""
"(313) 592-8467","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 892-6336","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-6427","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 247-6133","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-1553","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(773) 285-1014","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-2913","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0765","","","2:33 PM","0:14","1","Live
Answer","Successful","",""
"(215) 229-4975","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 235-1715","","","2:33 PM","0:12","1","Live
Answer","Successful","",""
"(215) 276-2792","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-6541","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0920","","","2:33 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 634-5467","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 924-7915","","","2:33 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 927-8778","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-5317","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-7027","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-1247","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-4510","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 592-4156","","","2:33 PM","0:17","1","Live
Answer","Successful","",""
"(313) 837-2652","","","2:33 PM","0:03","1","Live
Answer","Successful","",""
"(412) 244-1979","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 329-6949","","","2:33 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 521-2085","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 933-9748","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(212) 216-9064","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 600-0239","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 675-9856","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 424-3215","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5390","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-3102","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 687-7536","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 600-2508","","","2:33 PM","0:08","1","Live
Answer","Successful","",""
"(313) 368-0187","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7741","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 837-1799","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 242-3982","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 621-9480","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(571) 527-0322","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 375-9589","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-5234","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 891-4960","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(212) 239-3502","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 736-6387","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-1579","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(215) 224-2692","","","2:33 PM","0:13","1","Live
Answer","Successful","",""
"(215) 235-3595","","","2:33 PM","0:22","2","Live
Answer","Successful","",""
"(215) 335-4836","","","2:33 PM","0:31","1","Voice
```

Mail","Successful","",""
"(215) 424-8796","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 456-9384","","","2:33 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 543-9995","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1839","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 904-8922","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 268-5131","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 451-2905","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-7197","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-2257","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 671-7339","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 766-5253","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 893-9307","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 251-5340","","","2:33 PM","0:24","1","Live
Answer","Successful","",""
"(412) 371-0206","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 471-5959","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(646) 964-5319","","","2:33 PM","0:14","1","Live
Answer","Successful","",""
"(773) 288-8178","","","2:33 PM","0:16","1","Live
Answer","Successful","",""
"(215) 335-0415","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 537-3047","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 745-7776","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-4592","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 481-5671","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-5537","","","2:33 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 255-1225","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(571) 527-0383","","","2:33 PM","0:40","1","Voice

```
Mail","Successful","",""
"(773) 565-4431","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-1670","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-5847","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 906-3154","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4752","","","2:33 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-2351","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-2926","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 624-3931","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 273-1529","","","2:33 PM","0:50","1","Voice
Mail","Successful","",""
"(313) 794-8441","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 839-6617","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-3431","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 855-2064","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-4442","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-4070","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-2072","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4829","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-7021","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-4126","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 909-9615","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-3633","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 535-6296","","","2:33 PM","0:04","2","Live
Answer","Successful","",""
"(313) 893-9882","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 244-8330","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 271-5836","","","2:33 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(412) 391-5079","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 402-0372","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 681-4090","","","2:33 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 683-5792","","","2:33 PM","1:34","1","Voice
Mail","Successful","",""
"(703) 717-9844","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 289-4346","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 564-0955","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(212) 685-2346","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-5790","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-0680","","","2:33 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 427-3260","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-8660","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-8899","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 727-1508","","","2:33 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 231-0251","","","2:33 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 451-3213","","","2:33 PM","0:03","1","Live
Answer","Successful","",""
"(216) 795-6588","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-3473","","","2:33 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 932-6078","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 331-6973","","","2:33 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 537-4012","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 351-1924","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-3928","","","2:33 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 952-6931","","","2:33 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 223-1420","","","2:33 PM","0:20","1","Voice
```

Mail","Successful","",""
"(215) 225-9671","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1634","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-4968","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 924-2915","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-2372","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 721-2536","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(313) 468-9099","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-3328","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 740-7343","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 893-6271","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 281-1383","","","2:33 PM","1:21","1","Voice
Mail","Successful","",""
"(612) 886-3842","","","2:33 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 437-5645","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 521-5065","","","2:33 PM","0:22","1","Live
Answer","Successful","",""
"(773) 734-1714","","","2:33 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 952-6484","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-1016","","","2:33 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 956-5622","","","2:33 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-1140","","","2:33 PM","0:18","1","Live
Answer","Successful","",""
"(215) 235-1536","","","2:33 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 333-0853","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-4305","","","2:33 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 249-2528","","","2:33 PM","0:16","2","Live
Answer","Successful","",""
"(216) 268-3720","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(216) 426-8655","","","2:33 PM","1:06","1","Voice

```
Mail","Successful","",""
"(216) 681-0422","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(267) 773-8666","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 412-2174","","","2:33 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 472-5591","","","2:33 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 532-4476","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(412) 802-6330","","","2:33 PM","0:30","1","Voice
Mail","Successful","",""
"(708) 940-0700","","","2:33 PM","0:14","1","Live
Answer","Successful","",""
"(773) 521-6351","","","2:33 PM","0:34","2","Voice
Mail","Successful","",""
"(773) 565-4971","","","2:33 PM","0:14","1","Live
Answer","Successful","",""
"(215) 324-7802","","","2:33 PM","0:17","1","Live
Answer","Successful","",""
"(215) 425-5856","","","2:33 PM","0:15","1","Live
Answer","Successful","",""
"(216) 531-2671","","","2:33 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 721-2327","","","2:33 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 862-3810","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-4379","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 469-7135","","","2:33 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-2022","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-5966","","","2:33 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 904-3376","","","2:33 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 243-3727","","","2:33 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-6243","","","2:33 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 924-7957","","","2:33 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 444-5161","","","2:33 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1619","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(215) 236-7781","","","2:34 PM","0:44","1","Voice
```

Mail","Successful","",""
"(215) 335-1411","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-1983","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 941-7156","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 541-8010","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 624-7881","","","2:34 PM","0:16","1","Live
Answer","Successful","",""
"(216) 851-2897","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-3985","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 272-1435","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-1399","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(313) 592-1414","","","2:34 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 694-3222","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-1502","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 731-8995","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 437-5861","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 667-7765","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 247-5421","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-0898","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(215) 624-2263","","","2:34 PM","0:12","1","Live
Answer","Successful","",""
"(215) 769-5917","","","2:34 PM","0:11","1","Live
Answer","Successful","",""
"(216) 341-4004","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 431-6774","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 366-2347","","","2:34 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 387-6378","","","2:34 PM","0:19","1","Live
Answer","Successful","",""
"(313) 891-4104","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(347) 378-2848","","","2:34 PM","0:22","1","Live

```
Answer","Successful","",""
"(412) 371-4747","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 268-6536","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 855-2081","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 244-7493","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(917) 962-9377","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 225-2079","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 226-0608","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-1412","","","2:34 PM","0:15","1","Live
Answer","Successful","",""
"(215) 235-1267","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(215) 331-4531","","","2:34 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 423-1970","","","2:34 PM","0:04","2","Live
Answer","Successful","",""
"(216) 761-1713","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 861-0422","","","2:34 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 837-4462","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 562-1388","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-5414","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(212) 488-0062","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-5632","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-6278","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-7185","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-5121","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-8863","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-6474","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-0529","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 761-6012","","","2:34 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(312) 523-1596","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-0871","","","2:34 PM","0:51","2","Voice
Mail","Successful","",""
"(313) 472-5877","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-0309","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-8033","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-9366","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(412) 232-0699","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 562-1432","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(646) 998-4350","","","2:34 PM","0:22","1","Voice
Mail","Successful","",""
"(773) 277-8837","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 542-8799","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 633-2048","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 242-0579","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 388-9636","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 291-0619","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3446","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-4139","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 417-7675","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 932-5439","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 455-0307","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-6426","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-7290","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(313) 592-0087","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 892-8468","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-6094","","","2:34 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 768-7743","","","2:34 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 955-1587","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 244-7697","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(212) 627-5162","","","2:34 PM","0:04","1","Live
Answer","Successful","",""
"(212) 924-5065","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 228-8614","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-0401","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-5792","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-5789","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-2128","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 531-8030","","","2:34 PM","0:47","1","Voice
Mail","Successful","",""
"(216) 541-4459","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-9208","","","2:34 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 761-8238","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 791-1750","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-5317","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 255-4518","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-7939","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 535-6688","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-1939","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-5885","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 235-7405","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 434-4725","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-2430","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 375-8565","","","2:34 PM","0:16","1","Live
```

```
Answer","Successful","",""
"(773) 521-8392","","","2:34 PM","0:23","2","Live
Answer","Successful","",""
"(773) 522-8122","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-0565","","","2:34 PM","0:03","1","Live
Answer","Successful","",""
"(212) 869-4647","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1278","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-7859","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(215) 235-6305","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-0534","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 941-1201","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 693-4012","","","2:34 PM","0:06","1","Live
Answer","Successful","",""
"(313) 835-1270","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 836-0156","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(646) 964-5647","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 288-4387","","","2:34 PM","0:23","3","Live
Answer","Successful","",""
"(773) 493-5373","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 242-3856","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 477-6268","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 689-8069","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-2512","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-1410","","","2:34 PM","0:23","2","Live
Answer","Successful","",""
"(215) 548-4515","","","2:34 PM","1:35","1","Voice
Mail","Successful","",""
"(216) 331-3912","","","2:34 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 795-0688","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 932-2962","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 519-0436","","","2:34 PM","0:18","1","Voice
```

```
Mail","Successful","",""
"(313) 255-0765","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-8747","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 537-7587","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-2008","","","2:34 PM","0:06","1","Live
Answer","Successful","",""
"(412) 271-7515","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 528-7584","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-6176","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-2927","","","2:34 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 333-6597","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-2106","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 821-2465","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-1991","","","2:34 PM","0:19","1","Live
Answer","Successful","",""
"(216) 421-0099","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(216) 851-2201","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(313) 387-4348","","","2:34 PM","0:06","1","Live
Answer","Successful","",""
"(313) 535-3144","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-9313","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5777","","","2:34 PM","0:08","1","Live
Answer","Successful","",""
"(313) 836-6323","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-1198","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 281-7573","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5148","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 225-3442","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-1315","","","2:34 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 426-6218","","","2:34 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(215) 543-0708","","","2:34 PM","0:20","1","Live
Answer","Successful","",""
"(216) 249-5474","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 451-3235","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-5183","","","2:34 PM","0:01","1","Live
Answer","Successful","",""
"(313) 368-8543","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-4547","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 543-9406","","","2:34 PM","1:01","1","Voice
Mail","Successful","",""
"(313) 543-9457","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 839-1962","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 893-3627","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-8659","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 682-1091","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-2979","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 891-4272","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 366-1820","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(212) 727-0945","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-5791","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 455-0443","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-2792","","","2:34 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 964-9113","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 350-6391","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 727-1129","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 795-0149","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-3572","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-8901","","","2:34 PM","0:02","1","Live
```

```
Answer","Successful","",""
"(313) 531-0426","","","2:34 PM","0:21","1","Live
Answer","Successful","",""
"(313) 534-8508","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-4625","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 892-5816","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 243-9316","","","2:34 PM","0:18","1","Live
Answer","Successful","",""
"(773) 437-3311","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 437-5956","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-5237","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(872) 818-7102","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 338-3256","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-8872","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-1314","","","2:34 PM","1:10","1","Voice
Mail","Successful","",""
"(215) 765-2497","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-9142","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-5274","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-6735","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 259-1308","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-1760","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 285-0462","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-2381","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-1558","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 542-8340","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 232-1510","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-8739","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-9254","","","2:34 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 722-2942","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 742-6224","","","2:34 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 769-2965","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-4740","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-3457","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 273-2986","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 538-8661","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 592-4099","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 281-1848","","","2:34 PM","0:18","1","Live
Answer","Successful","",""
"(412) 351-1013","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-2058","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1027","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 684-1937","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 371-9794","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 561-2592","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 245-9042","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-4024","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 366-8055","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-2983","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-3968","","","2:34 PM","0:43","1","Voice
Mail","Successful","",""
"(612) 788-1474","","","2:34 PM","0:03","1","Live
Answer","Successful","",""
"(773) 375-9631","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4041","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 891-2224","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 627-5954","","","2:34 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(215) 236-3880","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 423-4526","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 455-3607","","","2:34 PM","0:14","1","Live
Answer","Successful","",""
"(267) 861-4139","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 368-7549","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-2569","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 794-1777","","","2:34 PM","0:13","1","Live
Answer","Successful","",""
"(703) 351-8145","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 523-3512","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 891-3761","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-1523","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-6046","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 249-5803","","","2:34 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 791-3673","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-3076","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-6130","","","2:34 PM","0:04","1","Live
Answer","Successful","",""
"(313) 592-4975","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 371-3567","","","2:34 PM","0:18","1","Live
Answer","Successful","",""
"(412) 471-0427","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-1698","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 247-5065","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 277-0414","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-4955","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 420-3196","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 847-5526","","","2:34 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(215) 228-8403","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2319","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1118","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-8044","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-4146","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 423-4391","","","2:34 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 361-6234","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-5710","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 681-7822","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-3421","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-5507","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-6285","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-3647","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-0244","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-1148","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(412) 355-0282","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-2251","","","2:34 PM","0:15","1","Live
Answer","Successful","",""
"(215) 425-5809","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 425-9355","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 535-7918","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 708-1112","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1320","","","2:34 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 927-6962","","","2:34 PM","0:28","2","Voice
Mail","Successful","",""
"(224) 258-5339","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-4639","","","2:34 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 533-9729","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-5716","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 541-4835","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 268-4245","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 285-1228","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-3729","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-5217","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 731-6211","","","2:34 PM","0:14","2","Live
Answer","Successful","",""
"(773) 974-0458","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 594-7354","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-7085","","","2:34 PM","1:02","1","Voice
Mail","Successful","",""
"(215) 225-1820","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 235-0986","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 236-0866","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 231-6947","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-5902","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 541-2699","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(312) 722-7705","","","2:34 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 366-1334","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-6093","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 682-5649","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 525-8071","","","2:34 PM","0:35","2","Voice
Mail","Successful","",""
"(773) 268-2566","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(212) 477-4824","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(212) 923-1750","","","2:34 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 226-2251","","","2:34 PM","0:21","1","Live
Answer","Successful","",""
"(215) 533-6674","","","2:34 PM","0:13","1","Live
Answer","Successful","",""
"(215) 548-3247","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 549-2478","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 321-1297","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8962","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 534-0783","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-1724","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 893-3271","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 893-6734","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 242-0708","","","2:34 PM","0:41","2","Voice
Mail","Successful","",""
"(412) 243-8457","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(724) 568-1073","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 324-1450","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(773) 474-6796","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(773) 721-5786","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 224-1073","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1080","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 276-0598","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 279-7310","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 423-9495","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-4563","","","2:34 PM","0:06","1","Live
Answer","Successful","",""
"(215) 763-4054","","","2:34 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 391-1274","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 400-7445","","","2:34 PM","0:34","1","Voice

```
Mail","Successful","",""
"(267) 273-0803","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 639-5089","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-7422","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-4495","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 766-7445","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 241-4088","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-1182","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 351-0466","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 871-3098","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 521-0412","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(773) 521-3886","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 522-3401","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 691-4014","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(212) 924-3175","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-7263","","","2:34 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 329-3019","","","2:34 PM","0:08","1","Live
Answer","Successful","",""
"(215) 329-4412","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-1570","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-1365","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-2966","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 745-6086","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-4172","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-0018","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-9772","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 639-2866","","","2:34 PM","1:34","1","Voice
```

```
Mail","Successful","",""
"(313) 541-2580","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-0822","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 277-0339","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 375-7126","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(773) 530-0054","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 924-5552","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-0961","","","2:34 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 224-4052","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 329-3187","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1530","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 338-9015","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-8842","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 695-0893","","","2:34 PM","1:02","1","Voice
Mail","Successful","",""
"(216) 321-7883","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-1914","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 533-7057","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-6557","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-0117","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 839-5094","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 562-8830","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 363-0450","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(872) 244-7704","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-3729","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 332-5578","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 455-2007","","","2:34 PM","0:39","1","Voice
```

```
Mail","Successful","",""
"(215) 456-0695","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-0923","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 743-7549","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2791","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-4180","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 451-8230","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-4990","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 812-0460","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 519-9399","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-6082","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-8734","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 740-7278","","","2:34 PM","0:09","1","Voice
Mail","Successful","",""
"(347) 223-5375","","","2:34 PM","1:21","1","Voice
Mail","Successful","",""
"(703) 888-2909","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-4240","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 425-7850","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-0587","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-4921","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-8471","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 765-7308","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 249-8686","","","2:34 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 761-4560","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 319-1666","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-2603","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-4069","","","2:34 PM","0:20","1","Voice
```

```
Mail","Successful","",""
"(313) 532-1412","","","2:34 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 694-3310","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-4381","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-7504","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 683-0895","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 599-9312","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 887-2651","","","2:34 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 227-5548","","","2:34 PM","0:23","2","Live
Answer","Successful","",""
"(215) 229-2320","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 332-1471","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 338-2930","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-8763","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 684-3745","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-0759","","","2:34 PM","1:19","1","Voice
Mail","Successful","",""
"(215) 765-1876","","","2:34 PM","0:26","2","Voice
Mail","Successful","",""
"(216) 721-3702","","","2:34 PM","0:13","2","Live
Answer","Successful","",""
"(267) 331-5409","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 740-7276","","","2:34 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 277-4997","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 437-5705","","","2:34 PM","0:07","1","Live
Answer","Successful","",""
"(773) 521-1395","","","2:34 PM","0:14","1","Live
Answer","Successful","",""
"(773) 522-0150","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 221-6149","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-1455","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 276-4912","","","2:34 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(215) 278-2620","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-9338","","","2:34 PM","1:28","1","Voice
Mail","Successful","",""
"(215) 743-3186","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-2954","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4329","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 202-8892","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-9994","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 791-8623","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(312) 328-1310","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 368-6855","","","2:34 PM","0:07","1","Voice
Mail","Successful","",""
"(313) 891-7401","","","2:34 PM","0:03","1","Live
Answer","Successful","",""
"(412) 247-2931","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 288-3505","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-6534","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 768-0718","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-5192","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0980","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-0682","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 543-1081","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-2439","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-7867","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-3109","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 693-4812","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 838-8059","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-0114","","","2:34 PM","0:22","1","Live
```

Answer","Successful","",""
"(313) 926-1265","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 682-7752","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-8098","","","2:34 PM","0:38","2","Voice
Mail","Successful","",""
"(773) 752-9342","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-1405","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(212) 727-0833","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-6419","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-0946","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-7629","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-5912","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 739-3515","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-5140","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-0448","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 268-4162","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 531-0425","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4464","","","2:34 PM","0:16","1","Live
Answer","Successful","",""
"(216) 761-9849","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-9621","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-0337","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 826-7016","","","2:34 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 826-7380","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 241-1296","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 522-2926","","","2:34 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 891-0296","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 244-7545","","","2:34 PM","1:06","1","Voice

```
Mail","Successful","",""
"(212) 244-4619","","","2:34 PM","0:07","1","Live
Answer","Successful","",""
"(212) 564-4131","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 227-1254","","","2:34 PM","0:35","3","Voice
Mail","Successful","",""
"(215) 338-2571","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-4486","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 787-0471","","","2:34 PM","0:14","1","Live
Answer","Successful","",""
"(215) 831-8757","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 421-8690","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-9135","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-0685","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(267) 331-6179","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 397-7994","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 835-2115","","","2:34 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 891-3242","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-4298","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(773) 521-4608","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-7429","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 762-4130","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-0296","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-5275","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 426-2392","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 549-4289","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1240","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5309","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-5142","","","2:34 PM","0:22","2","Live
```

Answer","Successful","",""
"(216) 451-2855","","","2:34 PM","0:16","1","Live
Answer","Successful","",""
"(216) 761-7175","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 519-2709","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 519-3795","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 572-0304","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-5468","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-1538","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 247-0630","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-7228","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(412) 621-2673","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 268-9667","","","2:34 PM","0:19","1","Live
Answer","Successful","",""
"(773) 324-0894","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 373-4258","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(773) 538-6365","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 924-8508","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-4530","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 229-6276","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 232-2406","","","2:34 PM","0:23","3","Live
Answer","Successful","",""
"(215) 276-8232","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-3480","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 535-0841","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-8766","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 745-2589","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-2564","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-1180","","","2:34 PM","0:23","1","Live

```
Answer","Successful","",""
"(313) 892-1846","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(646) 370-5500","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(703) 465-0604","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(773) 538-2641","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-0414","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1267","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3896","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-0875","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-6183","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 742-8187","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 763-1319","","","2:34 PM","0:57","1","Voice
Mail","Successful","",""
"(215) 763-2673","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-6810","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 924-5105","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(267) 428-5952","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-1596","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-5024","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-1943","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-7130","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3747","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(646) 484-6582","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(703) 351-7561","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 285-3519","","","2:34 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 375-4016","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(773) 762-1997","","","2:34 PM","0:44","1","Voice
```

```
Mail","Successful","",""
"(773) 762-8594","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 966-4041","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(917) 339-0231","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-2858","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-3082","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-4595","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-2370","","","2:34 PM","0:12","1","Live
Answer","Successful","",""
"(215) 425-5314","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-5528","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 391-8025","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(216) 681-6820","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-1484","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 891-6351","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-1034","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 271-2238","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 687-2196","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 473-2918","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-0272","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 255-5928","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-1151","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1522","","","2:34 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 225-2951","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 425-5951","","","2:34 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 426-4163","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-4198","","","2:34 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 634-0656","","","2:34 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 763-3936","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 924-2099","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 881-5424","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 687-7280","","","2:34 PM","0:09","1","Voice
Mail","Successful","",""
"(267) 886-8946","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-4564","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8259","","","2:34 PM","0:23","2","Live
Answer","Successful","",""
"(313) 534-3562","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7206","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 471-2591","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 821-2797","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-8287","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-0960","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-2979","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3127","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-0751","","","2:34 PM","0:19","3","Live
Answer","Successful","",""
"(215) 225-6305","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 229-8454","","","2:34 PM","0:19","1","Live
Answer","Successful","",""
"(215) 844-6322","","","2:34 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 761-5170","","","2:34 PM","0:26","2","Voice
Mail","Successful","",""
"(248) 508-2535","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 297-8851","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 331-5422","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(312) 834-1125","","","2:34 PM","0:44","1","Voice
```

Mail","Successful","",""
"(313) 694-3953","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 837-5113","","","2:34 PM","0:06","1","Live
Answer","Successful","",""
"(313) 926-6050","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 471-1935","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(708) 838-5723","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 667-6318","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-7688","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-0756","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 332-2169","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 423-2015","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3035","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 744-2717","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 978-0535","","","2:34 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 249-8932","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 541-0943","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3612","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-7442","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-0121","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-2833","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(215) 338-1026","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-1397","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-5524","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-6123","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 297-6883","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 534-5979","","","2:34 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(412) 434-6575","","","2:34 PM","0:04","1","Live
Answer","Successful","",""
"(412) 683-5183","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-0854","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 375-9394","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 521-4335","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-7512","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 801-1912","","","2:34 PM","0:05","1","Live
Answer","Successful","",""
"(212) 564-6482","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-4811","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-2909","","","2:34 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 333-6765","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-2186","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-3449","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(267) 886-9758","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 472-5093","","","2:34 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 533-8737","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 835-0050","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 893-5043","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3389","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 229-9708","","","2:34 PM","0:11","1","Live
Answer","Successful","",""
"(215) 423-7320","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-7367","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-4171","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 765-2840","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 273-7107","","","2:34 PM","0:04","2","Live
```

Answer","Successful","",""
"(313) 531-2145","","","2:34 PM","0:18","2","Live
Answer","Successful","",""
"(313) 538-5905","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-0889","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 221-4282","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 924-5712","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(212) 675-1738","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1671","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-4183","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0127","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 455-0772","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-6364","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 765-0355","","","2:34 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 765-2416","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-3303","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-3867","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(313) 592-4123","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 694-3150","","","2:34 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 562-1415","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 465-1186","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-1483","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(212) 532-3264","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 988-1042","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 226-2315","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 279-7958","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 289-2422","","","2:34 PM","0:17","1","Voice

```
Mail","Successful","",""
"(215) 426-1190","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1076","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 537-1697","","","2:34 PM","0:01","1","Live
Answer","Successful","",""
"(215) 978-7242","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 266-0942","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-3000","","","2:34 PM","0:15","2","Live
Answer","Successful","",""
"(267) 331-9006","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-2419","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 618-7319","","","2:34 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 835-9101","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 324-8301","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 643-0656","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 684-8122","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-3374","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 224-9037","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-9850","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 851-4311","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-5609","","","2:34 PM","0:21","1","Live
Answer","Successful","",""
"(313) 592-0357","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-9885","","","2:34 PM","0:04","1","Live
Answer","Successful","",""
"(412) 454-9019","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(703) 271-4004","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 239-8348","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 221-5291","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-9495","","","2:34 PM","0:00","3","Busy
```

Signal","Unsuccessful","",""
"(215) 332-3850","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 708-1692","","","2:34 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 739-1366","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(267) 344-8808","","","2:34 PM","0:22","2","Live
Answer","Successful","",""
"(313) 532-6772","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7626","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-3494","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 371-8809","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 562-8877","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 375-1530","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 643-7264","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-0744","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-8127","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-8181","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-1035","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-3696","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 621-7460","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 634-3986","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 722-6812","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 744-3490","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-2408","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-6447","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(248) 820-5785","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 385-6244","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-4692","","","2:34 PM","1:02","1","Voice

Mail","Successful","",""
"(313) 535-1399","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-6151","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 921-7999","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(412) 636-9067","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-0235","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 461-3967","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-1939","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 762-4267","","","2:34 PM","0:23","2","Live
Answer","Successful","",""
"(773) 847-7899","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(212) 643-2483","","","2:34 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 229-9441","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-7161","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 331-7208","","","2:34 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 426-2174","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-3064","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 742-6555","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-5294","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(267) 297-7965","","","2:34 PM","0:26","1","Voice
Mail","Successful","",""
"(312) 674-1951","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-1934","","","2:34 PM","0:32","3","Voice
Mail","Successful","",""
"(313) 534-3203","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-6364","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 592-4196","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7781","","","2:34 PM","0:23","1","Voice
Mail","Successful","",""
"(313) 836-9353","","","2:34 PM","0:21","1","Live

```
Answer","Successful","",""
"(313) 893-5113","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-7085","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 351-3391","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 681-1767","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(484) 212-1955","","","2:34 PM","0:50","1","Voice
Mail","Successful","",""
"(703) 888-0142","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 277-3602","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-6273","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 624-5220","","","2:34 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 228-1750","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-4856","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-7844","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-0836","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-7630","","","2:34 PM","0:05","1","Live
Answer","Successful","",""
"(216) 451-4374","","","2:34 PM","0:21","1","Live
Answer","Successful","",""
"(216) 851-5723","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 369-1171","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7142","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 838-3176","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 892-7482","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-6447","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 709-6380","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 731-0834","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(646) 461-3937","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-4692","","","2:34 PM","0:34","1","Voice
```

Mail","Successful","",""
"(773) 285-0460","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-5118","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 331-0695","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 332-3540","","","2:34 PM","0:04","1","Live
Answer","Successful","",""
"(215) 419-5961","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-2176","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-6422","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-3641","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-0124","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-6239","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-4905","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 341-5001","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 239-2970","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 255-7920","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-2378","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 538-9238","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 273-3490","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-8033","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 723-2221","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(646) 830-3346","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-4383","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 675-8455","","","2:34 PM","0:05","1","Live
Answer","Successful","",""
"(215) 223-2480","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1607","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1738","","","2:34 PM","0:22","1","Live

```
Answer","Successful","",""
"(216) 761-2889","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-1441","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 881-4858","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-5779","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-3775","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 340-2857","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(313) 534-6863","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-9318","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-8008","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 371-5640","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(718) 642-2164","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(773) 530-7033","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 542-6619","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-4134","","","2:34 PM","0:07","1","Live
Answer","Successful","",""
"(215) 224-6599","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 228-0905","","","2:34 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-6574","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 743-5778","","","2:34 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 268-2902","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(248) 761-9891","","","2:34 PM","0:15","1","Live
Answer","Successful","",""
"(313) 534-1084","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 538-4251","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 541-3795","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 694-3929","","","2:34 PM","0:01","1","Live
Answer","Successful","",""
"(412) 243-0869","","","2:34 PM","0:21","1","Live
```

Answer","Successful","",""
"(703) 243-4429","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 528-8542","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 288-3077","","","2:34 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 363-0483","","","2:34 PM","1:04","1","Voice
Mail","Successful","",""
"(773) 375-3468","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 523-6491","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(872) 444-5386","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 221-1092","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-1033","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 456-0765","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-6253","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-3093","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-5028","","","2:34 PM","0:26","2","Voice
Mail","Successful","",""
"(215) 924-2533","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-0323","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 415-5984","","","2:34 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 716-4618","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-7081","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-0976","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 527-9738","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-2486","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(313) 537-1870","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-4635","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 835-7871","","","2:34 PM","0:02","1","Live
Answer","Successful","",""
"(412) 244-1916","","","2:34 PM","0:35","1","Voice

Mail","Successful","",""
"(412) 802-0492","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-8675","","","2:34 PM","0:04","1","Live
Answer","Successful","",""
"(773) 522-1493","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-5372","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(212) 924-6717","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 221-5732","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 229-8013","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-0462","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 331-0609","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-9978","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 437-9889","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 457-4228","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 722-6124","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-0435","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-2130","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 417-4705","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 761-2117","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 437-2233","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 412-7653","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 521-5628","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-6143","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-1722","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-9596","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-1960","","","2:34 PM","0:20","1","Live
Answer","Successful","",""
"(412) 434-4948","","","2:34 PM","0:22","1","Live

```
Answer","Successful","",""
"(917) 606-0151","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 338-0836","","","2:34 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 423-0156","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-3771","","","2:34 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 927-3856","","","2:34 PM","0:47","1","Voice
Mail","Successful","",""
"(216) 341-4554","","","2:34 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-7997","","","2:34 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 297-5646","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(312) 809-1858","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-4107","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-6031","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 592-1135","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 548-1358","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 675-4481","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 933-8535","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 223-5587","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 227-6153","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 236-0371","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-7614","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-5406","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 332-2463","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 335-1020","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(216) 391-6012","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 791-9665","","","2:34 PM","0:18","1","Live
Answer","Successful","",""
"(313) 532-5910","","","2:34 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(313) 694-3106","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 740-7118","","","2:34 PM","1:08","1","Voice
Mail","Successful","",""
"(313) 766-6892","","","2:34 PM","0:09","1","Voice
Mail","Successful","",""
"(412) 242-7101","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 683-4255","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 276-0692","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 521-8023","","","2:34 PM","0:20","1","Live
Answer","Successful","",""
"(773) 684-2090","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 978-3468","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 929-9683","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 203-3106","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 324-5171","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 333-4344","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-2693","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-2547","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-3227","","","2:34 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 772-2716","","","2:34 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 532-8562","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-9241","","","2:34 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 592-0210","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 592-8423","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 241-4304","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 281-4781","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(703) 294-6080","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 288-4336","","","2:34 PM","0:02","1","Live
```

```
Answer","Successful","",""
"(773) 301-1455","","","2:34 PM","0:14","1","Live
Answer","Successful","",""
"(773) 762-7405","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1808","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6186","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-9720","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 338-1031","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-4769","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 795-2434","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(313) 326-6345","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 733-4585","","","2:34 PM","0:09","1","Live
Answer","Successful","",""
"(313) 891-3143","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-0222","","","2:34 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 351-7720","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(212) 947-8632","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0682","","","2:34 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 342-1322","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5235","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-8348","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-9853","","","2:34 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 273-7966","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-1280","","","2:34 PM","1:07","1","Voice
Mail","Successful","",""
"(347) 826-3066","","","2:34 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 242-8685","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 538-6840","","","2:34 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 538-9887","","","2:34 PM","0:23","1","Live
```

Answer","Successful","",""
"(773) 762-8012","","","2:34 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 927-7645","","","2:34 PM","0:21","1","Live
Answer","Successful","",""
"(215) 223-8286","","","2:34 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 224-0159","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-4652","","","2:34 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 289-1437","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 291-9732","","","2:34 PM","0:14","1","Live
Answer","Successful","",""
"(215) 324-1963","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-4725","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-4045","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-7105","","","2:34 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-8250","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 795-0698","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-8240","","","2:34 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 391-2622","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-1890","","","2:34 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 225-6218","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-0131","","","2:34 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-1246","","","2:34 PM","0:21","1","Live
Answer","Successful","",""
"(215) 744-2168","","","2:34 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-0198","","","2:34 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-2886","","","2:34 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 273-7627","","","2:34 PM","0:20","1","Voice
Mail","Successful","",""
"(216) 681-0314","","","2:34 PM","0:17","1","Live
Answer","Successful","",""
"(313) 891-3691","","","2:34 PM","0:48","1","Voice

Mail","Successful","",""
"(313) 977-9021","","","2:34 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 232-9890","","","2:34 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-6625","","","2:34 PM","0:16","1","Live
Answer","Successful","",""
"(773) 277-1728","","","2:34 PM","0:45","3","Voice
Mail","Successful","",""
"(773) 523-1427","","","2:34 PM","0:08","1","Live
Answer","Successful","",""
"(773) 536-2351","","","2:34 PM","0:15","1","Live
Answer","Successful","",""
"(773) 643-9521","","","2:34 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 667-4638","","","2:34 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 823-1819","","","2:34 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0541","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-3233","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-3548","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-2802","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-3451","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 624-3036","","","2:35 PM","0:21","1","Voice
Mail","Successful","",""
"(267) 324-5820","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 437-2619","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 519-8003","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 537-7518","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 538-2606","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 717-2920","","","2:35 PM","0:02","2","Live
Answer","Successful","",""
"(412) 242-1519","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 243-3417","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 244-5459","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 471-1056","","","2:35 PM","1:29","1","Voice

Mail","Successful","",""
"(412) 621-0497","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(708) 889-5996","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-6442","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 565-4415","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 675-1062","","","2:35 PM","0:06","1","Live
Answer","Successful","",""
"(215) 223-2372","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(215) 223-2848","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-0379","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 236-1965","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 342-9766","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 426-1554","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 426-5086","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-9652","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-4318","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-0806","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-0703","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 742-8973","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-1284","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-5650","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-8991","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7420","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-6855","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-0276","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 373-0904","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 627-4656","","","2:35 PM","0:20","1","Live

```
Answer","Successful","",""
"(212) 631-0749","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 860-0948","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-5213","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-2367","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 227-6147","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 437-9621","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-0151","","","2:35 PM","0:07","1","Live
Answer","Successful","",""
"(216) 391-0318","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-0877","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 255-7238","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 387-7593","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 244-1882","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 336-4888","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 812-2187","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 734-4928","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(906) 474-6219","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-0659","","","2:35 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 224-9547","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-6503","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-6292","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-5976","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 684-1605","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-9479","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 368-9117","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-8347","","","2:35 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(646) 351-6960","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 242-8380","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 924-1441","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(212) 352-0479","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-3808","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 424-0868","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-1011","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 541-5021","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-9239","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(216) 681-6300","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 897-0463","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 387-6329","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 718-4386","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 562-8886","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 285-2005","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 493-9096","","","2:35 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 548-0478","","","2:35 PM","0:13","1","Live
Answer","Successful","",""
"(773) 624-4672","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-3856","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-5285","","","2:35 PM","0:09","1","Live
Answer","Successful","",""
"(773) 966-5887","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(212) 924-0940","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-1857","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-6823","","","2:35 PM","0:22","2","Live
Answer","Successful","",""
"(215) 228-2589","","","2:35 PM","0:33","1","Voice
```

Mail","Successful","",""
"(215) 236-1256","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-3841","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-8978","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 456-1738","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-2139","","","2:35 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 744-4237","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-3333","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 323-2603","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-1632","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 533-7068","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-5889","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 836-5690","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 891-0116","","","2:35 PM","0:20","1","Live
Answer","Successful","",""
"(412) 242-0838","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-0356","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-2578","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 324-3226","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-2410","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-0750","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-2153","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-4561","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 970-3239","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 385-6899","","","2:35 PM","0:20","1","Live
Answer","Successful","",""
"(313) 535-0910","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-8035","","","2:35 PM","0:18","1","Voice

Mail","Successful","",""
"(313) 893-4027","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(347) 726-6653","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-5203","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 224-3272","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4453","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 228-0875","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1010","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 427-0723","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-8201","","","2:35 PM","0:12","1","Live
Answer","Successful","",""
"(215) 978-5343","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 249-3986","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 371-4495","","","2:35 PM","0:14","1","Live
Answer","Successful","",""
"(267) 335-4958","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-9577","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-5682","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(313) 646-1033","","","2:35 PM","0:19","1","Live
Answer","Successful","",""
"(313) 893-6327","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(412) 232-3952","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-8741","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 727-7629","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 891-2847","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 228-6914","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-0108","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-9240","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-4419","","","2:35 PM","0:39","1","Voice

Mail","Successful","",""
"(313) 387-4242","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-0262","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 285-3933","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-4152","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-4072","","","2:35 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 978-3042","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 244-7720","","","2:35 PM","0:03","1","Live
Answer","Successful","",""
"(212) 675-1943","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 425-7477","","","2:35 PM","0:05","1","Live
Answer","Successful","",""
"(313) 701-6186","","","2:35 PM","0:09","1","Voice
Mail","Successful","",""
"(313) 794-5710","","","2:35 PM","0:49","1","Voice
Mail","Successful","",""
"(412) 242-3443","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-6442","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-3171","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 877-9452","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-2956","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-1836","","","2:35 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 763-0373","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-7679","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2409","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 533-1147","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 543-9425","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-5022","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-9177","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 855-2170","","","2:35 PM","0:41","1","Voice

```
Mail","Successful","",""
"(212) 889-0830","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 232-5485","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 425-6841","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 426-7713","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-5160","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 383-9339","","","2:35 PM","0:18","1","Live
Answer","Successful","",""
"(216) 851-9083","","","2:35 PM","0:19","1","Live
Answer","Successful","",""
"(313) 533-1049","","","2:35 PM","0:22","1","Voice
Mail","Successful","",""
"(313) 538-9440","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 836-4759","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(313) 893-1766","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9669","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(646) 882-5648","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 254-4980","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-9654","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 955-9109","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 255-8392","","","2:35 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 291-6190","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-6808","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-5822","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 624-7541","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1558","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-2790","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 341-7322","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-2035","","","2:35 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 366-7693","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 891-0062","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(646) 869-5849","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 248-0930","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 684-1845","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 731-9615","","","2:35 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 768-5913","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 224-1819","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0483","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-6950","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(215) 423-6445","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 430-7239","","","2:35 PM","0:12","1","Live
Answer","Successful","",""
"(215) 739-1905","","","2:35 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 744-3574","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 927-3134","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 369-7782","","","2:35 PM","1:02","1","Voice
Mail","Successful","",""
"(216) 772-2841","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(267) 319-1506","","","2:35 PM","0:10","1","Live
Answer","Successful","",""
"(267) 331-5650","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 534-1472","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-3922","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(313) 538-5442","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 740-7047","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 240-3205","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0530","","","2:35 PM","0:03","1","Live
```

```
Answer","Successful","",""
"(872) 244-7989","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 304-0175","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-3164","","","2:35 PM","0:39","2","Voice
Mail","Successful","",""
"(215) 276-3543","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-4810","","","2:35 PM","1:38","1","Voice
Mail","Successful","",""
"(216) 268-3080","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 851-6107","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 273-5204","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 493-1917","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-7864","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7337","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 977-9757","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(703) 558-0003","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 285-1744","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(212) 206-1479","","","2:35 PM","2:29","1","Voice
Mail","Successful","",""
"(212) 767-0406","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-8482","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 224-5972","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 279-7950","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(215) 331-2940","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-4572","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 427-2657","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 537-9298","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-1278","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 745-3460","","","2:35 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(313) 387-2472","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 694-3070","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 675-8261","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 762-8424","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 225-2162","","","2:35 PM","0:15","1","Live
Answer","Successful","",""
"(215) 225-2163","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 535-7072","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 765-2166","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 681-3093","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-1282","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-1817","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 371-4912","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-1414","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 683-1512","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 217-2865","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(212) 675-6171","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 706-3882","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 740-2175","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 224-0279","","","2:35 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 324-1750","","","2:35 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 324-2556","","","2:35 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 423-9287","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-0343","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-1798","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 791-8947","","","2:35 PM","0:23","2","Live
```

```
Answer","Successful","",""
"(312) 328-1459","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 273-8940","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 369-9206","","","2:35 PM","0:07","1","Live
Answer","Successful","",""
"(313) 521-4487","","","2:35 PM","0:07","1","Voice
Mail","Successful","",""
"(313) 537-5067","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 541-4846","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 273-3460","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 471-1769","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 536-3593","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 574-2474","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 891-1382","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 239-7020","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 752-2749","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 227-1436","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-4488","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-2950","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-3261","","","2:35 PM","0:08","1","Voice
Mail","Successful","",""
"(216) 785-9266","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 938-7119","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 362-1525","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(313) 366-1130","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 526-6002","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 538-4899","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 653-3021","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 977-9733","","","2:35 PM","0:39","1","Voice
```

Mail","Successful","",""
"(412) 731-1500","","","2:35 PM","1:18","1","Voice
Mail","Successful","",""
"(612) 333-0835","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 255-1502","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-8298","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-3415","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-1699","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-0860","","","2:35 PM","0:31","2","Voice
Mail","Successful","",""
"(313) 766-7134","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-8339","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 294-6895","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 285-9482","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-7374","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 536-2588","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 444-5149","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 227-0223","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-6272","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(215) 236-6710","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3894","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-4864","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2696","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-7418","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 613-6700","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 742-4047","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-2961","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-6439","","","2:35 PM","1:37","2","Voice

```
Mail","Successful","",""
"(267) 343-7822","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 369-9145","","","2:35 PM","0:15","1","Live
Answer","Successful","",""
"(773) 449-9228","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-0125","","","2:35 PM","0:33","2","Voice
Mail","Successful","",""
"(773) 667-1450","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 224-2931","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 226-1327","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 228-5246","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-9683","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-8331","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4010","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 742-2977","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 765-2356","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 765-6324","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 769-0187","","","2:35 PM","0:23","3","Live
Answer","Successful","",""
"(215) 924-0519","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 521-8205","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-3267","","","2:35 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 532-6854","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(412) 271-4977","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 247-7941","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 324-8800","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 521-1038","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 565-4813","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 667-4128","","","2:35 PM","0:20","1","Live
```

Answer","Successful","",""
"(773) 947-0499","","","2:35 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 223-7708","","","2:35 PM","0:21","1","Live
Answer","Successful","",""
"(215) 229-8302","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 331-7344","","","2:35 PM","0:35","2","Voice
Mail","Successful","",""
"(215) 333-9153","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-7509","","","2:35 PM","0:20","1","Live
Answer","Successful","",""
"(215) 765-3164","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-9073","","","2:35 PM","1:07","3","Voice
Mail","Successful","",""
"(216) 320-1129","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 382-6259","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-8413","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 836-4130","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 683-4023","","","2:35 PM","1:33","1","Voice
Mail","Successful","",""
"(412) 723-2396","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-4787","","","2:35 PM","0:08","1","Live
Answer","Successful","",""
"(773) 522-5350","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-6417","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 565-4356","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 225-4226","","","2:35 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 225-8738","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 228-1174","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 229-6325","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 324-1586","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1358","","","2:35 PM","0:14","2","Live
Answer","Successful","",""
"(215) 765-6639","","","2:35 PM","0:23","1","Live

Answer","Successful","",""
"(216) 268-4531","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(313) 538-1873","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 541-0281","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-2284","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(313) 892-1280","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 682-0731","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 521-4209","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 643-6647","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 752-0262","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 927-9282","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(917) 261-6556","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 223-2873","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 224-6325","","","2:35 PM","0:22","2","Live
Answer","Successful","",""
"(215) 227-0191","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-1602","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-1733","","","2:35 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 333-0784","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-1415","","","2:35 PM","1:13","1","Voice
Mail","Successful","",""
"(215) 745-1332","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 924-9799","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 273-7738","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-1379","","","2:35 PM","0:19","1","Live
Answer","Successful","",""
"(313) 255-3256","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-7752","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(412) 271-9486","","","2:35 PM","0:20","1","Live

Answer","Successful","",""
"(773) 565-4559","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-0231","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-0953","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-5490","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-2039","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 427-3549","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 634-5326","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-5929","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 693-4482","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 893-2101","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(347) 457-6170","","","2:35 PM","0:10","1","Voice
Mail","Successful","",""
"(412) 243-8748","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 373-7183","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 227-4475","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-3864","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-5827","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(215) 739-4038","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-0882","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 257-3202","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 475-7720","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-4362","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(215) 331-4395","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 333-0849","","","2:35 PM","0:18","1","Live
Answer","Successful","",""
"(215) 927-6936","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 964-9095","","","2:35 PM","0:18","1","Voice

```
Mail","Successful","",""
"(216) 451-6511","","","2:35 PM","0:12","1","Live
Answer","Successful","",""
"(216) 459-7302","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 721-4549","","","2:35 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 851-6518","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 851-7469","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-1271","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-6011","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-1215","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 244-0457","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(703) 888-0949","","","2:35 PM","1:29","1","Voice
Mail","Successful","",""
"(872) 666-5319","","","2:35 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 225-2534","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 226-6896","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-1319","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-6985","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-0160","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-6275","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-8495","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-2025","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 624-1173","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 744-7226","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-3513","","","2:35 PM","0:05","1","Live
Answer","Successful","",""
"(216) 273-7537","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-9223","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(267) 385-7421","","","2:35 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(267) 731-6355","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 245-8858","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 270-7692","","","2:35 PM","0:05","1","Live
Answer","Successful","",""
"(313) 531-2805","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-7504","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-8274","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 694-3005","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 838-5471","","","2:35 PM","0:05","3","Live
Answer","Successful","",""
"(313) 892-8918","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(412) 482-1317","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(646) 736-3898","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(773) 762-5818","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-1259","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-5033","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-1125","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(313) 369-1151","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 534-5504","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-3813","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-1641","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 838-4222","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-2664","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 621-0377","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 247-8023","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-5318","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-1988","","","2:35 PM","0:30","1","Voice
```

```
Mail","Successful","",""
"(773) 451-9421","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-3049","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-5516","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-2615","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(212) 722-0784","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 224-0477","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 224-2938","","","2:35 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 228-8221","","","2:35 PM","0:21","1","Live
Answer","Successful","",""
"(215) 457-5542","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 600-2558","","","2:35 PM","0:53","1","Voice
Mail","Successful","",""
"(216) 229-7473","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-2414","","","2:35 PM","0:12","1","Live
Answer","Successful","",""
"(216) 451-6859","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 731-6859","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(312) 791-1029","","","2:35 PM","0:19","1","Live
Answer","Successful","",""
"(312) 843-1177","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 521-6909","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-3107","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-3834","","","2:35 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 837-6711","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 232-0280","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 709-6153","","","2:35 PM","0:05","1","Live
Answer","Successful","",""
"(773) 277-1127","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-1172","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-5322","","","2:35 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(773) 734-4584","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(773) 768-2688","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 891-0101","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 933-7393","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 444-5690","","","2:35 PM","0:05","1","Live
Answer","Successful","",""
"(212) 421-1120","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(212) 967-2917","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-5543","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-2748","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-9283","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 324-0149","","","2:35 PM","0:23","3","Live
Answer","Successful","",""
"(215) 423-8213","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5258","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-7787","","","2:35 PM","0:15","1","Live
Answer","Successful","",""
"(215) 425-9925","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-8209","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 331-3851","","","2:35 PM","0:32","2","Voice
Mail","Successful","",""
"(216) 417-3048","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 541-3182","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-5938","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 538-5166","","","2:35 PM","0:21","1","Live
Answer","Successful","",""
"(313) 893-8287","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(773) 475-6326","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-5306","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 762-8736","","","2:35 PM","0:28","1","Voice

```
Mail","Successful","",""
"(212) 514-8730","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-1389","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-9338","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-4090","","","2:35 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(267) 428-5433","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-5984","","","2:35 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 740-7556","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 271-4268","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 324-9606","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-9168","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-2808","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 221-5786","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-1314","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-6132","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-1623","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 537-0379","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 745-3270","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-8044","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-2453","","","2:35 PM","0:21","1","Live
Answer","Successful","",""
"(216) 541-8886","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-5320","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(267) 335-2125","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 255-9243","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 273-3648","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 835-1666","","","2:35 PM","0:39","1","Voice
```

```
Mail","Successful","",""
"(313) 835-8848","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 247-4959","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 271-6232","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 681-9329","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 606-3416","","","2:35 PM","1:02","1","Voice
Mail","Successful","",""
"(703) 469-1844","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 527-5904","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 301-7660","","","2:35 PM","0:14","1","Live
Answer","Successful","",""
"(773) 768-3760","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 252-3121","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-2625","","","2:35 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 229-1464","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 229-8998","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 232-4535","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-1659","","","2:35 PM","0:01","1","Live
Answer","Successful","",""
"(215) 424-1104","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 763-4248","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-3051","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-3185","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-3101","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(267) 336-7211","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5722","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(440) 836-3153","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(646) 414-0071","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(708) 885-9418","","","2:35 PM","0:50","1","Voice
```

Mail","Successful","",""
"(773) 375-4395","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2345","","","2:35 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 643-1459","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-8067","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-3514","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-1465","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-4876","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-6341","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 787-0767","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 707-9554","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-0637","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-7205","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 938-7371","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-3813","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-5824","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 731-7471","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 740-7143","","","2:35 PM","0:02","1","Live
Answer","Successful","",""
"(773) 675-8950","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 752-6905","","","2:35 PM","0:26","2","Voice
Mail","Successful","",""
"(773) 891-4874","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(212) 366-4307","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 227-1029","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(215) 455-1941","","","2:35 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 535-6926","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-1765","","","2:35 PM","0:16","1","Voice

Mail","Successful","",""
"(215) 765-1758","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 765-4068","","","2:35 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 791-8682","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 851-0024","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-1894","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-4065","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 592-1756","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-7586","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 201-2487","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 271-1280","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-6515","","","2:35 PM","0:05","1","Live
Answer","Successful","",""
"(773) 522-3193","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-2719","","","2:35 PM","0:24","1","Live
Answer","Successful","",""
"(773) 565-4743","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 721-2668","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2193","","","2:35 PM","0:17","2","Live
Answer","Successful","",""
"(212) 989-2324","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 455-4194","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 533-0556","","","2:35 PM","0:21","1","Live
Answer","Successful","",""
"(215) 613-7962","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 624-3492","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-1424","","","2:35 PM","0:16","1","Live
Answer","Successful","",""
"(215) 978-4353","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 465-1136","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 795-2619","","","2:35 PM","0:33","3","Voice

Mail","Successful","",""
"(313) 535-4878","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-8808","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 592-1382","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7975","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-0556","","","2:35 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 351-3860","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(612) 824-6151","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 823-1374","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 691-7826","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 228-2246","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 229-0546","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 236-8378","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-1044","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-1531","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 543-0964","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 831-8749","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-5282","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-4712","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-6239","","","2:35 PM","0:48","1","Voice
Mail","Successful","",""
"(267) 519-0601","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-5360","","","2:35 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 535-8319","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-9342","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7704","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-2570","","","2:35 PM","1:07","1","Voice

```
Mail","Successful","",""
"(313) 893-4498","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 731-2085","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(703) 351-7401","","","2:35 PM","1:29","1","Voice
Mail","Successful","",""
"(773) 268-2798","","","2:35 PM","0:18","2","Live
Answer","Successful","",""
"(773) 966-4651","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-4192","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5241","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 232-0282","","","2:35 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 941-7365","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 795-5976","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 272-0225","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-0112","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 372-7172","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 444-5109","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 235-0532","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1428","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-2827","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 424-2590","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-3575","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-7654","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-2590","","","2:35 PM","0:22","2","Live
Answer","Successful","",""
"(215) 763-0382","","","2:35 PM","0:15","1","Live
Answer","Successful","",""
"(216) 268-3795","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 368-0394","","","2:35 PM","0:22","2","Live
Answer","Successful","",""
"(313) 535-5749","","","2:35 PM","0:38","1","Voice
```

Mail","Successful","",""
"(313) 541-3088","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 661-6996","","","2:35 PM","0:56","1","Voice
Mail","Successful","",""
"(773) 375-8815","","","2:35 PM","0:20","1","Live
Answer","Successful","",""
"(773) 542-5347","","","2:35 PM","0:14","1","Live
Answer","Successful","",""
"(773) 565-4071","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 847-7039","","","2:35 PM","0:18","2","Voice
Mail","Successful","",""
"(215) 229-0508","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-5830","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2870","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-7269","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 382-9340","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 397-2982","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 891-3251","","","2:35 PM","0:14","1","Live
Answer","Successful","",""
"(773) 538-0179","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 753-0477","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5719","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1456","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-5743","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-5251","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-8625","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 624-5297","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-3049","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 708-1025","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 941-7772","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 541-5772","","","2:35 PM","0:44","1","Voice

```
Mail","Successful","",""
"(216) 681-2454","","","2:35 PM","0:14","1","Live
Answer","Successful","",""
"(216) 851-1232","","","2:35 PM","0:02","1","Live
Answer","Successful","",""
"(313) 412-2626","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-5350","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 533-2091","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-9373","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 242-1104","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-5554","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 243-3251","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-6728","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 285-9594","","","2:35 PM","0:23","3","Live
Answer","Successful","",""
"(212) 889-2593","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 224-7689","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-9346","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-7739","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-0497","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-2438","","","2:35 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 341-5144","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-3886","","","2:35 PM","0:39","2","Voice
Mail","Successful","",""
"(313) 270-7354","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 892-7721","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 371-5074","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-7451","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 288-2662","","","2:35 PM","0:20","1","Live
Answer","Successful","",""
"(773) 565-4893","","","2:35 PM","0:36","1","Voice
```

Mail","Successful","",""
"(215) 455-1728","","","2:35 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 455-2439","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-6615","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-2026","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(215) 765-1205","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 856-3152","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 851-6411","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-6208","","","2:35 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 687-2621","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 537-1683","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 838-6872","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 926-6188","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 621-9947","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-5950","","","2:35 PM","0:38","2","Voice
Mail","Successful","",""
"(773) 924-9832","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 645-1794","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 203-0483","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-3321","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-4029","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-0461","","","2:35 PM","0:27","2","Voice
Mail","Successful","",""
"(215) 232-6569","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-5985","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3885","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-1680","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-7425","","","2:35 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 624-1934","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 879-1785","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 371-4531","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-1010","","","2:35 PM","0:16","2","Live
Answer","Successful","",""
"(267) 385-6187","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 368-7131","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-7835","","","2:35 PM","0:17","2","Live
Answer","Successful","",""
"(412) 281-7327","","","2:35 PM","0:19","2","Live
Answer","Successful","",""
"(412) 687-9748","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 524-3259","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 376-4773","","","2:35 PM","0:21","1","Live
Answer","Successful","",""
"(773) 684-1747","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 891-2292","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-5383","","","2:35 PM","0:45","1","Voice
Mail","Successful","",""
"(872) 444-6490","","","2:35 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 235-0462","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 324-3699","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-1122","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-4485","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 791-1611","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 851-9168","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 912-8032","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 366-4967","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-9438","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-0554","","","2:35 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(313) 537-8094","","","2:35 PM","0:04","1","Live
Answer","Successful","",""
"(313) 891-0356","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-0141","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-2308","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 904-1412","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 277-3947","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 288-1261","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-0817","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 924-5305","","","2:35 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 966-4654","","","2:35 PM","0:19","1","Live
Answer","Successful","",""
"(212) 243-0188","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-7639","","","2:35 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 228-1016","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-2810","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 335-4925","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 549-2473","","","2:35 PM","0:11","1","Live
Answer","Successful","",""
"(216) 249-3855","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5428","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(267) 297-2858","","","2:35 PM","1:33","1","Voice
Mail","Successful","",""
"(267) 385-6604","","","2:35 PM","0:23","3","Live
Answer","Successful","",""
"(313) 362-7176","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-3120","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-8588","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(412) 392-5462","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 681-1912","","","2:35 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(703) 527-3124","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 891-1799","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 244-1096","","","2:35 PM","1:43","1","Voice
Mail","Successful","",""
"(212) 627-5073","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 688-0323","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 227-4709","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 424-2030","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-0398","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 765-1428","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 795-0075","","","2:35 PM","0:18","2","Live
Answer","Successful","",""
"(313) 368-7263","","","2:35 PM","1:19","1","Voice
Mail","Successful","",""
"(313) 531-0033","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-1067","","","2:35 PM","0:05","3","Live
Answer","Successful","",""
"(313) 977-9038","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(703) 821-8733","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 221-5777","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 595-1371","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 228-4853","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 333-4189","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 426-3330","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 745-0945","","","2:35 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 763-8817","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-0245","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 541-5922","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 791-5279","","","2:35 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(312) 225-4123","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 369-2621","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-6778","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-3519","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 892-3858","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 527-0238","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(703) 527-8059","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 375-8744","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-8427","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-3706","","","2:35 PM","0:03","1","Live
Answer","Successful","",""
"(215) 225-1922","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-4640","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9410","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-5448","","","2:35 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 423-3967","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 728-1470","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 249-3381","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(267) 331-6611","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 343-3475","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-8937","","","2:35 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 766-6767","","","2:35 PM","0:14","1","Live
Answer","Successful","",""
"(313) 922-3718","","","2:35 PM","0:20","1","Live
Answer","Successful","",""
"(703) 312-9018","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-9727","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-9987","","","2:35 PM","0:00","3","Busy
```

```
Signal","Unsuccessful","",""
"(773) 437-5361","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(773) 483-8993","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 538-0449","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 855-2045","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(917) 471-9009","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 594-9593","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 684-4814","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-0183","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 342-0489","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 425-8581","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 271-7485","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 681-4718","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 691-1247","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 639-6463","","","2:35 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 412-2396","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-4326","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-1828","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 592-1286","","","2:35 PM","0:07","1","Live
Answer","Successful","",""
"(313) 837-5469","","","2:35 PM","0:49","1","Voice
Mail","Successful","",""
"(646) 609-4851","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 528-5773","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 924-5760","","","2:35 PM","0:02","1","Live
Answer","Successful","",""
"(212) 239-4070","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(212) 875-1423","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-3695","","","2:35 PM","0:42","1","Voice
```

Mail","Successful","",""
"(215) 425-1457","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-9725","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-1682","","","2:35 PM","0:19","2","Live
Answer","Successful","",""
"(215) 621-6235","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-4086","","","2:35 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-2176","","","2:35 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 761-8789","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-4668","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-1704","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 397-4355","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 535-0030","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 371-2240","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 683-5949","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-1360","","","2:35 PM","0:54","1","Voice
Mail","Successful","",""
"(610) 272-2594","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 341-4196","","","2:35 PM","0:08","1","Voice
Mail","Successful","",""
"(773) 285-2341","","","2:35 PM","0:11","1","Live
Answer","Successful","",""
"(773) 324-6213","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 244-7442","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 228-7120","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-7888","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-4344","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-2627","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 465-3343","","","2:35 PM","0:23","2","Live
Answer","Successful","",""
"(216) 481-6615","","","2:35 PM","0:16","1","Voice

Mail","Successful","",""
"(313) 462-5965","","","2:35 PM","0:07","1","Live
Answer","Successful","",""
"(313) 534-4946","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 694-3618","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-6681","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 371-4922","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-9288","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-4814","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-1275","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 912-0510","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0416","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 324-0472","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-0168","","","2:35 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 427-9042","","","2:35 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 457-8265","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-6835","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-6932","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-3630","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 271-1054","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-0643","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 451-3443","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-7712","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 255-2531","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 272-5360","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-5633","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7997","","","2:35 PM","0:34","1","Voice

```
Mail","Successful","",""
"(313) 835-9523","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 837-0470","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-6435","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 232-3040","","","2:35 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 277-5848","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 521-9528","","","2:35 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 731-1193","","","2:35 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 891-2789","","","2:35 PM","0:18","1","Voice
Mail","Successful","",""
"(872) 704-1530","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 989-3866","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 305-6816","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-4560","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-6348","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-1375","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-5766","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-0048","","","2:35 PM","0:17","1","Live
Answer","Successful","",""
"(216) 761-4791","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 527-5821","","","2:35 PM","0:10","1","Live
Answer","Successful","",""
"(313) 531-3735","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3575","","","2:35 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 838-4905","","","2:35 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 351-0243","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 527-1248","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 528-5424","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 373-0334","","","2:35 PM","0:16","1","Live
```

```
Answer","Successful","",""
"(215) 236-0526","","","2:35 PM","1:00","1","Voice
Mail","Successful","",""
"(215) 288-6421","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-0363","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-2072","","","2:35 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 389-2384","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-5279","","","2:35 PM","0:30","3","Voice
Mail","Successful","",""
"(215) 425-8216","","","2:35 PM","0:51","1","Voice
Mail","Successful","",""
"(216) 268-4674","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-6622","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 795-2106","","","2:35 PM","0:22","2","Live
Answer","Successful","",""
"(313) 272-1906","","","2:35 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-3987","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3085","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 893-1045","","","2:35 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 254-4969","","","2:35 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-4794","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 420-3369","","","2:35 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 548-8544","","","2:35 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 768-5860","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(212) 904-1718","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 223-4775","","","2:35 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-6182","","","2:35 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 333-5058","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5638","","","2:35 PM","2:20","2","Voice
Mail","Successful","",""
"(215) 423-5741","","","2:35 PM","0:30","1","Voice
```

Mail","Successful","",""
"(215) 769-0443","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-5839","","","2:35 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 268-2803","","","2:35 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 387-2453","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-2409","","","2:35 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 838-3959","","","2:35 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 893-4486","","","2:35 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 351-3935","","","2:35 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 540-6595","","","2:35 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-5818","","","2:35 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 826-9878","","","2:35 PM","0:22","1","Live
Answer","Successful","",""
"(929) 265-9022","","","2:35 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-0695","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-7176","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 332-2430","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-6359","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 791-8630","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(267) 318-7456","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-7140","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 532-4025","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 693-4222","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-3989","","","2:36 PM","0:20","1","Live
Answer","Successful","",""
"(313) 892-0553","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 391-5182","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 437-5406","","","2:36 PM","1:07","1","Voice

```
Mail","Successful","",""
"(773) 451-0517","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 924-5880","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 288-0535","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 765-0921","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-6814","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 851-4464","","","2:36 PM","0:43","1","Voice
Mail","Successful","",""
"(267) 519-3020","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 241-8463","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 687-0121","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(703) 241-4981","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 375-6403","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 420-3474","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-0794","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 542-9321","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 620-5502","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(212) 627-8645","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 224-8856","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-3312","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 276-0434","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-1199","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-2685","","","2:36 PM","0:16","2","Live
Answer","Successful","",""
"(215) 549-3329","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 624-1116","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-2479","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 331-1608","","","2:36 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(216) 541-6024","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 681-0550","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-1077","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 255-2805","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 535-7079","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(412) 391-0235","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-1600","","","2:36 PM","0:14","1","Live
Answer","Successful","",""
"(773) 375-4916","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 521-2370","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 847-8807","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(212) 254-1380","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 366-4912","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 962-5453","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 227-0624","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-6517","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 332-1598","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-0482","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-9850","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-7633","","","2:36 PM","1:22","1","Voice
Mail","Successful","",""
"(216) 268-1380","","","2:36 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 721-4806","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 752-3213","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-6874","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 826-0304","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 855-6367","","","2:36 PM","1:06","1","Voice
```

Mail","Successful","",""
"(646) 838-6952","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-7257","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 374-9616","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-8836","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 624-5721","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 762-4570","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-6447","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 248-7563","","","2:36 PM","0:14","1","Live
Answer","Successful","",""
"(215) 221-6719","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6226","","","2:36 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 226-2631","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-0567","","","2:36 PM","0:00","1","Live
Answer","Successful","",""
"(215) 236-6348","","","2:36 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 331-4656","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-6754","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 634-2737","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-2590","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-3942","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-7607","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-8741","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 297-7711","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 526-3269","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 241-0406","","","2:36 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 242-0282","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 475-6464","","","2:36 PM","0:23","1","Live

```
Answer","Successful","",""
"(773) 542-5646","","","2:36 PM","0:06","1","Live
Answer","Successful","",""
"(815) 793-1108","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-4904","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-9171","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 335-0866","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 426-6879","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-1201","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-3541","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 283-0007","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 305-7297","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-0436","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 643-3810","","","2:36 PM","0:44","3","Voice
Mail","Successful","",""
"(212) 677-3728","","","2:36 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 229-3935","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-7858","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 236-1259","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-1273","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-5691","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-7915","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-6684","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 924-2429","","","2:36 PM","0:22","2","Live
Answer","Successful","",""
"(216) 486-0742","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(224) 509-2921","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(267) 385-5125","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 366-2596","","","2:36 PM","0:15","1","Voice
```

Mail","Successful","",""
"(313) 493-0276","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-2107","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-2724","","","2:36 PM","0:06","2","Live
Answer","Successful","",""
"(703) 358-9637","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-1629","","","2:36 PM","0:22","2","Live
Answer","Successful","",""
"(773) 768-6876","","","2:36 PM","1:03","1","Voice
Mail","Successful","",""
"(773) 831-0671","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 924-2884","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(810) 219-6151","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 480-3811","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(212) 691-8008","","","2:36 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 224-1026","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-9431","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-1187","","","2:36 PM","0:27","2","Voice
Mail","Successful","",""
"(215) 342-1755","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-7104","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 941-8215","","","2:36 PM","0:09","1","Live
Answer","Successful","",""
"(216) 321-1890","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 851-2131","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-0464","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-5166","","","2:36 PM","0:48","1","Voice
Mail","Successful","",""
"(412) 244-1911","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 381-2840","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 562-3935","","","2:36 PM","0:09","1","Live
Answer","Successful","",""
"(646) 590-6578","","","2:36 PM","0:34","1","Voice

Mail","Successful","",""
"(773) 373-2506","","","2:36 PM","0:20","1","Voice
Mail","Successful","",""
"(215) 223-3885","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 223-7041","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 224-6245","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-4765","","","2:36 PM","0:25","1","Live
Answer","Successful","",""
"(215) 324-4230","","","2:36 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 333-0481","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 423-2721","","","2:36 PM","0:05","1","Live
Answer","Successful","",""
"(215) 535-1219","","","2:36 PM","0:12","2","Live
Answer","Successful","",""
"(215) 549-3276","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-7447","","","2:36 PM","0:05","1","Live
Answer","Successful","",""
"(216) 231-1892","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-8123","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 773-8989","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 255-5444","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-8766","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-8305","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-9267","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 837-0865","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 721-2555","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-5040","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-2313","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-5007","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-2636","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-9870","","","2:36 PM","0:23","1","Live

Answer","Successful","",""
"(215) 739-0367","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 745-1436","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-3571","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 273-7678","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4907","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(267) 761-9580","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7956","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-0554","","","2:36 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 731-8354","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 768-6414","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 904-1670","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-1194","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-1075","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 236-5426","","","2:36 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 291-9364","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 332-1175","","","2:36 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 423-6535","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 649-5425","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(267) 519-2657","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 773-8491","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 362-1422","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 472-5531","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 534-2917","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 467-0130","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 624-1090","","","2:36 PM","0:22","1","Live

Answer","Successful","",""
"(212) 924-1812","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 236-2849","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-3266","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 548-0322","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 548-2621","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-5177","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-7169","","","2:36 PM","1:20","1","Voice
Mail","Successful","",""
"(215) 739-2651","","","2:36 PM","1:35","3","Voice
Mail","Successful","",""
"(215) 763-1195","","","2:36 PM","0:23","2","Live
Answer","Successful","",""
"(216) 851-7158","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 639-3140","","","2:36 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 255-3133","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 731-7533","","","2:36 PM","0:35","3","Voice
Mail","Successful","",""
"(412) 871-3041","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(646) 490-4805","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 933-1089","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 940-2665","","","2:36 PM","0:11","1","Live
Answer","Successful","",""
"(773) 952-4658","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5162","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-6058","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-7818","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 761-1844","","","2:36 PM","0:02","1","Live
Answer","Successful","",""
"(216) 860-4410","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 930-8030","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 538-3974","","","2:36 PM","0:38","1","Voice

```
Mail","Successful","",""
"(313) 387-9886","","","2:36 PM","0:56","1","Voice
Mail","Successful","",""
"(313) 794-8440","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 687-2125","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 538-4300","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 565-4069","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 734-2108","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 924-1431","","","2:36 PM","0:19","1","Live
Answer","Successful","",""
"(212) 924-6821","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0379","","","2:36 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 227-1485","","","2:36 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 232-0541","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-3637","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 456-0291","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-8843","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-0718","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-7187","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-8469","","","2:36 PM","0:22","2","Live
Answer","Successful","",""
"(216) 451-1954","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 791-3382","","","2:36 PM","0:16","1","Live
Answer","Successful","",""
"(267) 297-6422","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 324-5146","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-8859","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 836-6586","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-8077","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-1422","","","2:36 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 538-8554","","","2:36 PM","0:23","1","Voice
Mail","Successful","",""
"(773) 752-0811","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 243-0256","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-0562","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-8365","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 235-2846","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 279-7772","","","2:36 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 324-2883","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-0854","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 927-4223","","","2:36 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 927-4752","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-5032","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 297-9755","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-9709","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-6386","","","2:36 PM","0:06","1","Live
Answer","Successful","",""
"(267) 761-9488","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-8085","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 533-3250","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-0654","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 351-2380","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 578-0498","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 254-4469","","","2:36 PM","0:26","1","Voice
Mail","Successful","",""
"(773) 624-0244","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 385-3518","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 475-0879","","","2:36 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 225-7880","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 288-3983","","","2:36 PM","2:18","1","Voice
Mail","Successful","",""
"(215) 291-9061","","","2:36 PM","1:01","1","Voice
Mail","Successful","",""
"(215) 338-2714","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 425-1402","","","2:36 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 739-4631","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 321-8458","","","2:36 PM","0:15","1","Live
Answer","Successful","",""
"(216) 761-6057","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-7167","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 239-0151","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 331-8570","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(269) 248-2980","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 340-2299","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-9092","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 534-1805","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 592-4804","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-3673","","","2:36 PM","0:46","1","Voice
Mail","Successful","",""
"(571) 357-1549","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 374-2047","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5210","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-6923","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 255-9224","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-3271","","","2:36 PM","0:22","2","Live
Answer","Successful","",""
"(215) 335-0107","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-2817","","","2:36 PM","1:34","1","Voice
```

```
Mail","Successful","",""
"(215) 722-2818","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-7497","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-3775","","","2:36 PM","0:26","1","Voice
Mail","Successful","",""
"(267) 886-9441","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-3479","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-4024","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-9058","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 261-2531","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-2241","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(646) 838-7896","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 522-0148","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 891-4186","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 229-2174","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-6544","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 232-8281","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 427-0443","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 291-5613","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5015","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-2784","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-9321","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 592-0443","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-5338","","","2:36 PM","0:20","1","Live
Answer","Successful","",""
"(412) 371-3551","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-4069","","","2:36 PM","0:04","1","Live
Answer","Successful","",""
"(773) 855-2500","","","2:36 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(215) 221-6362","","","2:36 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 268-2137","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 268-4989","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-6083","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 836-4737","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 391-0629","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-0810","","","2:36 PM","0:07","1","Voice
Mail","Successful","",""
"(773) 374-1314","","","2:36 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 437-5076","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 521-1868","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-1917","","","2:36 PM","0:19","1","Live
Answer","Successful","",""
"(773) 667-1910","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 675-4354","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 696-5340","","","2:36 PM","0:06","1","Live
Answer","Successful","",""
"(215) 227-6212","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 235-4428","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-9294","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-7087","","","2:36 PM","0:56","1","Voice
Mail","Successful","",""
"(215) 457-7417","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 743-3642","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-5050","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 787-0251","","","2:36 PM","0:18","1","Live
Answer","Successful","",""
"(313) 534-3109","","","2:36 PM","0:20","1","Live
Answer","Successful","",""
"(313) 538-8048","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 731-7058","","","2:36 PM","0:34","1","Voice
```

Mail","Successful","",""
"(313) 892-2739","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 542-4462","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 667-9759","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4667","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 226-6073","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 232-2491","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-3730","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-2534","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-3280","","","2:36 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 548-2302","","","2:36 PM","0:11","1","Live
Answer","Successful","",""
"(215) 763-0644","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 924-6034","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-0264","","","2:36 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 231-3978","","","2:36 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 268-4035","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5870","","","2:36 PM","0:04","2","Live
Answer","Successful","",""
"(216) 761-9377","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 791-0625","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(267) 331-5372","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-7739","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 541-9891","","","2:36 PM","0:15","1","Live
Answer","Successful","",""
"(313) 835-0857","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(703) 243-7599","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 437-5074","","","2:36 PM","0:07","1","Live
Answer","Successful","",""
"(212) 565-9201","","","2:36 PM","0:30","1","Voice

Mail","Successful","",""
"(212) 989-7515","","","2:36 PM","0:15","2","Live
Answer","Successful","",""
"(215) 335-2621","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 787-0323","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 415-6725","","","2:36 PM","0:11","1","Live
Answer","Successful","",""
"(267) 455-0707","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(313) 365-7168","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 531-3788","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 653-3052","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-7169","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 243-0724","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 257-8808","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 734-8537","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 891-3645","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 278-7835","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-8255","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-5803","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-9485","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 765-2468","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 769-0275","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 457-3951","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 466-3380","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-2206","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 288-4196","","","2:36 PM","1:48","1","Voice
Mail","Successful","",""
"(412) 682-3178","","","2:36 PM","0:14","1","Live
Answer","Successful","",""
"(773) 565-4638","","","2:36 PM","0:16","1","Voice

Mail","Successful","",""
"(773) 734-1017","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 481-5459","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1326","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-2909","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 232-4914","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-4152","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-3087","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 543-0603","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 371-5503","","","2:36 PM","0:15","1","Live
Answer","Successful","",""
"(216) 451-6887","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 795-5257","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 965-0101","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(267) 443-6722","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 273-9392","","","2:36 PM","0:07","1","Live
Answer","Successful","",""
"(313) 537-6459","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-3642","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 371-9037","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-7552","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 684-5667","","","2:36 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 734-4685","","","2:36 PM","0:05","1","Live
Answer","Successful","",""
"(212) 243-7937","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 510-7474","","","2:36 PM","0:14","3","Live
Answer","Successful","",""
"(215) 276-4636","","","2:36 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 329-3719","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5781","","","2:36 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 338-5550","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 424-5765","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-2648","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1983","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 717-8628","","","2:36 PM","0:58","1","Voice
Mail","Successful","",""
"(215) 765-1421","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-8747","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 451-5833","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-5629","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 975-2256","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 531-5129","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-1482","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 823-7024","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 223-2288","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3409","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-4735","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-6435","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 639-3819","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 639-9152","","","2:36 PM","0:22","1","Voice
Mail","Successful","",""
"(313) 533-7330","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-1966","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 826-7402","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-1209","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 681-9839","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(703) 248-9062","","","2:36 PM","0:23","2","Live
```

```
Answer","Successful","",""
"(773) 268-2190","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 277-4210","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 373-8142","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 437-4061","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-5520","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 228-9189","","","2:36 PM","0:23","2","Live
Answer","Successful","",""
"(215) 333-8032","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-0263","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-0762","","","2:36 PM","0:23","2","Live
Answer","Successful","",""
"(215) 743-3336","","","2:36 PM","1:10","1","Voice
Mail","Successful","",""
"(216) 541-0228","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-0211","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 423-3441","","","2:36 PM","0:03","1","Live
Answer","Successful","",""
"(313) 537-4089","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 731-4084","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 522-8538","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 588-6394","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-4397","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1063","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-5490","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 424-9581","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 425-4734","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-6962","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 535-3069","","","2:36 PM","0:12","1","Live
Answer","Successful","",""
"(215) 698-1911","","","2:36 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(216) 400-7758","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 431-0881","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-4864","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(267) 297-5250","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 886-8873","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-3876","","","2:36 PM","0:12","1","Live
Answer","Successful","",""
"(313) 272-2258","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-1108","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 532-4602","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 538-6970","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(313) 892-5973","","","2:36 PM","0:05","1","Voice
Mail","Successful","",""
"(412) 436-3215","","","2:36 PM","1:00","1","Voice
Mail","Successful","",""
"(773) 521-7476","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 522-0758","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-2037","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 799-1014","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 989-4233","","","2:36 PM","0:24","1","Live
Answer","Successful","",""
"(215) 225-0183","","","2:36 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 225-6579","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 227-1065","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(215) 227-1937","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-4595","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-4911","","","2:36 PM","0:24","1","Live
Answer","Successful","",""
"(216) 321-9187","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 451-1584","","","2:36 PM","0:29","1","Voice
```

```
Mail","Successful","",""
"(216) 641-8717","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 273-9192","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-1332","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 693-4178","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-0994","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 271-8852","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-1383","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 324-2170","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-9211","","","2:36 PM","0:16","1","Live
Answer","Successful","",""
"(773) 643-4710","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-0956","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 762-3946","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 893-5711","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 324-9282","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-1349","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5808","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 421-1152","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-8034","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-5968","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-4318","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 519-0441","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(312) 625-6002","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 255-6750","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-2212","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-5082","","","2:36 PM","0:23","1","Live
```

Answer","Successful","",""
"(313) 892-7547","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-6724","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 243-6808","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(703) 528-0899","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-1424","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 285-0448","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(872) 244-7345","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 216-9138","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 288-2276","","","2:36 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 424-0406","","","2:36 PM","0:19","1","Live
Answer","Successful","",""
"(215) 425-3803","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-0911","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 924-8620","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 229-7690","","","2:36 PM","0:19","1","Live
Answer","Successful","",""
"(216) 541-0656","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 721-1163","","","2:36 PM","0:16","1","Live
Answer","Successful","",""
"(216) 785-9280","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-8229","","","2:36 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 473-8255","","","2:36 PM","0:04","1","Live
Answer","Successful","",""
"(313) 535-5643","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 739-6684","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-3608","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-5508","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 324-5165","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 363-7172","","","2:36 PM","0:36","1","Voice

```
Mail","Successful","",""
"(773) 521-8497","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 684-0728","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-4399","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 221-6638","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-2709","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 235-6671","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 535-7025","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 742-2810","","","2:36 PM","1:02","3","Voice
Mail","Successful","",""
"(216) 451-1193","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9091","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 600-9821","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 795-5767","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4318","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-8976","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 736-3515","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 740-7998","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 642-2898","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-4461","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-3094","","","2:36 PM","0:15","1","Live
Answer","Successful","",""
"(773) 675-4228","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 564-3616","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-0415","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-2069","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-5384","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 332-6366","","","2:36 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(215) 455-3168","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-4095","","","2:36 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 739-3870","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1378","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 432-9768","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-2140","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 366-0457","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-3360","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 366-5234","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 412-2564","","","2:36 PM","0:05","1","Voice
Mail","Successful","",""
"(313) 537-5302","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-9237","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-5479","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 271-2635","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-4564","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-9346","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 752-7028","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 794-3366","","","2:36 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 227-4358","","","2:36 PM","0:23","2","Live
Answer","Successful","",""
"(215) 332-4821","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 338-1615","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-5126","","","2:36 PM","0:28","2","Voice
Mail","Successful","",""
"(216) 421-8094","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 851-5043","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(267) 439-4806","","","2:36 PM","0:54","1","Voice
```

Mail","Successful","",""
"(267) 886-9125","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 369-2626","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-5237","","","2:36 PM","0:04","1","Live
Answer","Successful","",""
"(313) 740-7703","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 731-2527","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-3747","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 924-1264","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 940-1636","","","2:36 PM","0:11","1","Live
Answer","Successful","",""
"(212) 473-3603","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-1001","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-2102","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-1439","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-0552","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 765-6206","","","2:36 PM","0:10","1","Live
Answer","Successful","",""
"(216) 229-0645","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 417-3149","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 465-1419","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-1964","","","2:36 PM","0:01","1","Live
Answer","Successful","",""
"(313) 535-6930","","","2:36 PM","0:19","1","Voice
Mail","Successful","",""
"(412) 243-2470","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-1717","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-8846","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-1392","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 924-2324","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 423-1927","","","2:36 PM","0:39","1","Voice

Mail","Successful","",""
"(215) 634-1623","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-8195","","","2:36 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 904-5877","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 886-9584","","","2:36 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 334-5739","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 368-3933","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 486-0793","","","2:36 PM","1:21","1","Voice
Mail","Successful","",""
"(313) 533-0809","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 731-7034","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 731-7117","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 242-1618","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 271-0749","","","2:36 PM","1:34","1","Voice
Mail","Successful","",""
"(412) 271-4954","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 727-6685","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 493-3871","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-4657","","","2:36 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 424-1745","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-1127","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 425-5845","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 437-3414","","","2:36 PM","1:09","1","Voice
Mail","Successful","",""
"(215) 537-1792","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 769-6616","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-0510","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 368-5697","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 472-5283","","","2:36 PM","0:36","1","Voice

Mail","Successful","",""
"(347) 726-4632","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 243-6609","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(724) 837-6611","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 277-5580","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 675-6494","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 952-4981","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 465-3860","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-6655","","","2:36 PM","0:19","1","Live
Answer","Successful","",""
"(215) 226-1837","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 227-0650","","","2:36 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 332-8952","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 516-6956","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 548-4732","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-1206","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(215) 765-5297","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5647","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 772-2811","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 270-7617","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 272-7885","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 305-3259","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-0651","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 535-1761","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 537-7388","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-2764","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 794-6176","","","2:36 PM","0:17","1","Voice

Mail","Successful","",""
"(313) 893-1169","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-2593","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-6480","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 285-2497","","","2:36 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 978-1508","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-1478","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-0858","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(267) 519-3163","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-5015","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 740-7439","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-4156","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-7214","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 371-6377","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 437-5506","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 523-3541","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 624-0112","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-2832","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-0294","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 455-0241","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-6204","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-1429","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-1233","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7100","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 271-2711","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 288-7250","","","2:36 PM","0:37","1","Voice

Mail","Successful","",""
"(773) 321-9566","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-4161","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(872) 818-5762","","","2:36 PM","0:05","1","Live
Answer","Successful","",""
"(215) 223-1054","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-3050","","","2:36 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 331-1037","","","2:36 PM","0:38","2","Voice
Mail","Successful","",""
"(215) 424-6606","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-7895","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 421-8257","","","2:36 PM","0:14","1","Live
Answer","Successful","",""
"(216) 451-6492","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-9021","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 766-5572","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(612) 338-1065","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-4006","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 940-1750","","","2:36 PM","0:05","1","Live
Answer","Successful","",""
"(215) 235-1908","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-8611","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-0255","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-3029","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-7883","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 624-0366","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-0665","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 927-7105","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 229-5093","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-4381","","","2:36 PM","0:23","1","Live

Answer","Successful","",""
"(267) 273-0708","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 343-5996","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 369-1440","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-0460","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-3706","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-7637","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-3537","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-0064","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-1191","","","2:36 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 243-1380","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 351-1204","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-9257","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 516-9251","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-4636","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6502","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 425-3469","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-5080","","","2:36 PM","1:03","1","Voice
Mail","Successful","",""
"(215) 455-3841","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 535-8128","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 634-3180","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 969-0340","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 245-8961","","","2:36 PM","0:49","1","Voice
Mail","Successful","",""
"(216) 400-6450","","","2:36 PM","0:58","2","Voice
Mail","Successful","",""
"(267) 297-6378","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 343-7339","","","2:36 PM","0:26","1","Voice

```
Mail","Successful","",""
"(313) 531-4267","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-7378","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-1560","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-2671","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 693-4601","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-4457","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 244-7235","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(703) 248-0525","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 522-2385","","","2:36 PM","0:04","1","Live
Answer","Successful","",""
"(773) 548-8401","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 768-1604","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 463-7457","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 924-7292","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-3609","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 235-0872","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 332-4902","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 426-3110","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 763-1369","","","2:36 PM","0:20","1","Live
Answer","Successful","",""
"(215) 763-2938","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-5170","","","2:36 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 924-3869","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 441-3654","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-9647","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(312) 701-2967","","","2:36 PM","0:08","1","Live
Answer","Successful","",""
"(313) 270-7217","","","2:36 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(313) 534-9319","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-8707","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 243-0269","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-0099","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 437-3553","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-3919","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-4281","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(773) 684-6191","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 736-1498","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-3457","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-4330","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 329-9454","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-4076","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 457-9190","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 725-1546","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-7462","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-5761","","","2:36 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 769-6944","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-2913","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-1882","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-5240","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-9320","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-7310","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 761-9611","","","2:36 PM","0:07","1","Live
Answer","Successful","",""
"(313) 694-3955","","","2:36 PM","1:07","1","Voice
```

Mail","Successful","",""
"(313) 891-5044","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-4739","","","2:36 PM","0:10","1","Live
Answer","Successful","",""
"(612) 672-4270","","","2:36 PM","0:08","1","Voice
Mail","Successful","",""
"(708) 898-8477","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 221-8647","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-0499","","","2:36 PM","0:13","1","Live
Answer","Successful","",""
"(773) 376-5030","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 549-7923","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 303-9968","","","2:36 PM","0:53","1","Voice
Mail","Successful","",""
"(216) 341-2474","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-5569","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 519-3358","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 397-3980","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-3153","","","2:36 PM","0:13","1","Live
Answer","Successful","",""
"(773) 521-9322","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-1672","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(773) 734-0716","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(212) 727-2307","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-2080","","","2:36 PM","0:02","1","Live
Answer","Successful","",""
"(215) 236-2885","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 329-4967","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 335-9563","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-0544","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 437-9577","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 624-6619","","","2:36 PM","0:23","1","Live

Answer","Successful","",""
"(215) 634-8651","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 739-9006","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-6243","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 826-0612","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-4191","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 480-3693","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 594-4735","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-2347","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-6981","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-7675","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 331-0413","","","2:36 PM","0:13","1","Live
Answer","Successful","",""
"(215) 342-7301","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 424-3169","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 548-3556","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 549-7135","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-5884","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 743-0342","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1114","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0867","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 692-3996","","","2:36 PM","0:16","1","Live
Answer","Successful","",""
"(267) 519-8406","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 687-7465","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-4999","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 307-8077","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 893-7705","","","2:36 PM","0:16","1","Live

Answer","Successful","",""
"(313) 923-5205","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 281-1617","","","2:36 PM","0:48","1","Voice
Mail","Successful","",""
"(703) 527-4289","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 522-5313","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 643-9877","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-7132","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 255-5304","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-1244","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3775","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-7219","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 421-0583","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-8207","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-3732","","","2:36 PM","0:07","1","Live
Answer","Successful","",""
"(313) 535-7343","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 247-3903","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 465-1375","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 247-4568","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-0892","","","2:36 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 762-6291","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5084","","","2:36 PM","0:45","1","Voice
Mail","Successful","",""
"(212) 868-1383","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-7907","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-3239","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-3084","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 548-5234","","","2:36 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 634-4612","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 739-9790","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 707-9783","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-5455","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 368-6796","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-5192","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-8977","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-5677","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-6605","","","2:36 PM","0:08","1","Live
Answer","Successful","",""
"(313) 893-1015","","","2:36 PM","1:05","1","Voice
Mail","Successful","",""
"(412) 351-3139","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(708) 986-9160","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 288-3588","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-8035","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4788","","","2:36 PM","0:14","1","Live
Answer","Successful","",""
"(872) 333-0371","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(212) 288-1071","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 563-3229","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 235-3890","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-4356","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-4618","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 332-9840","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1743","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 624-3250","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 341-8404","","","2:36 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(216) 486-0657","","","2:36 PM","0:32","2","Voice
Mail","Successful","",""
"(216) 541-1915","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4309","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 331-5207","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 538-1335","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 693-9326","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 767-9845","","","2:36 PM","0:29","2","Voice
Mail","Successful","",""
"(773) 285-7190","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 374-6627","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-3164","","","2:36 PM","0:17","1","Live
Answer","Successful","",""
"(773) 762-0534","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 762-5241","","","2:36 PM","1:05","1","Voice
Mail","Successful","",""
"(215) 695-0847","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 739-2585","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 742-4959","","","2:36 PM","1:21","1","Voice
Mail","Successful","",""
"(313) 733-6759","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-1796","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-1978","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 351-1560","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 695-5127","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 967-2148","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-0190","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-2132","","","2:36 PM","1:02","2","Voice
Mail","Successful","",""
"(215) 425-3793","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 455-8055","","","2:36 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(215) 543-0569","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3127","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-8741","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 745-2224","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 341-0702","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-6116","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-1296","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-6292","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 239-5901","","","2:36 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 307-8622","","","2:36 PM","0:05","2","Live
Answer","Successful","",""
"(313) 366-6980","","","2:36 PM","1:09","1","Voice
Mail","Successful","",""
"(313) 472-5793","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-6337","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-3658","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(646) 371-9085","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 359-2053","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 762-7975","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 421-2509","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-4163","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-4783","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 763-1937","","","2:36 PM","0:13","3","Live
Answer","Successful","",""
"(216) 761-6403","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(312) 339-9931","","","2:36 PM","0:14","1","Live
Answer","Successful","",""
"(313) 533-1763","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 281-3513","","","2:36 PM","0:04","1","Live
```

```
Answer","Successful","",""
"(412) 731-5301","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 277-2731","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 420-3530","","","2:36 PM","0:12","1","Live
Answer","Successful","",""
"(773) 493-2925","","","2:36 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 624-1620","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2893","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-0753","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 338-9924","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-5841","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-1740","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-1004","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(412) 391-6454","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-3224","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-0635","","","2:36 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 228-5591","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6750","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-6707","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 335-3182","","","2:36 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-0375","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-9082","","","2:36 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 549-4688","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-5546","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-2806","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0795","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-8460","","","2:36 PM","0:17","1","Voice
```

Mail","Successful","",""
"(313) 362-2664","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 794-0814","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-6816","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(612) 338-5872","","","2:36 PM","0:43","1","Voice
Mail","Successful","",""
"(646) 858-2245","","","2:36 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 375-2451","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-2443","","","2:36 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 955-1237","","","2:36 PM","0:29","2","Voice
Mail","Successful","",""
"(212) 967-5349","","","2:36 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 228-7808","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-9438","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-9982","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-3611","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 739-7215","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-9770","","","2:36 PM","0:12","1","Live
Answer","Successful","",""
"(215) 927-5526","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-0715","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-4647","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 731-5887","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 594-1290","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-7227","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 224-4926","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 533-3319","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 791-4047","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(267) 388-5115","","","2:36 PM","0:35","1","Voice

```
Mail","Successful","",""
"(215) 221-0835","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-1610","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-9137","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-0157","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(215) 745-3623","","","2:36 PM","0:20","1","Live
Answer","Successful","",""
"(215) 763-8327","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-7337","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(216) 321-8536","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 421-3204","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-2220","","","2:36 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 639-2231","","","2:36 PM","0:39","2","Voice
Mail","Successful","",""
"(313) 531-4616","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-2061","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-5789","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-8789","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 281-3642","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 285-9342","","","2:36 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 324-9060","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-1072","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-1024","","","2:36 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 424-4948","","","2:36 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 455-1648","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 549-1645","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-2046","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 787-0962","","","2:36 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 924-1892","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(312) 569-2237","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-6027","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 892-7859","","","2:36 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 681-8773","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-3990","","","2:36 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 667-7928","","","2:36 PM","0:16","1","Live
Answer","Successful","",""
"(773) 966-4963","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-3915","","","2:36 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 402-3791","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 227-0216","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 291-9349","","","2:36 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-1393","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-2160","","","2:36 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 457-1569","","","2:36 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 856-3684","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(216) 268-5854","","","2:36 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 273-7543","","","2:36 PM","0:22","1","Live
Answer","Successful","",""
"(216) 938-5953","","","2:36 PM","0:19","1","Live
Answer","Successful","",""
"(248) 812-8081","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 687-8272","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-1392","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-8377","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 397-2978","","","2:36 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 533-1457","","","2:36 PM","0:38","1","Voice
```

Mail","Successful","",""
"(313) 541-1553","","","2:36 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 837-3103","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 244-1693","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 276-2870","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-8628","","","2:36 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-8475","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 734-4426","","","2:36 PM","0:20","1","Live
Answer","Successful","",""
"(215) 324-1806","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 329-2072","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 424-1398","","","2:36 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3719","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 763-1473","","","2:36 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 371-7049","","","2:36 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 318-7224","","","2:36 PM","0:41","1","Voice
Mail","Successful","",""
"(312) 731-8188","","","2:36 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 366-6945","","","2:36 PM","0:07","1","Voice
Mail","Successful","",""
"(313) 533-8653","","","2:36 PM","0:24","1","Live
Answer","Successful","",""
"(313) 534-1344","","","2:36 PM","0:23","3","Live
Answer","Successful","",""
"(313) 535-6972","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-1008","","","2:36 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-4713","","","2:36 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 731-7257","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-5556","","","2:36 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-1988","","","2:36 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 621-7406","","","2:36 PM","0:16","1","Voice

```
Mail","Successful","",""
"(610) 537-7377","","","2:36 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 277-6916","","","2:36 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 285-8330","","","2:36 PM","0:53","1","Voice
Mail","Successful","",""
"(773) 363-6740","","","2:36 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 373-8272","","","2:36 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 374-5727","","","2:36 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 768-6063","","","2:36 PM","0:06","1","Live
Answer","Successful","",""
"(212) 337-8590","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 769-0545","","","2:37 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 455-2906","","","2:37 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 634-1494","","","2:37 PM","0:03","1","Live
Answer","Successful","",""
"(215) 743-6396","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 765-0691","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 978-5213","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 271-5658","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 600-5232","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 687-7717","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 886-8489","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-3668","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 538-8933","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 471-2595","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(612) 337-0864","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(703) 243-3185","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-6193","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 375-8261","","","2:37 PM","0:21","1","Live
```

Answer","Successful","",""
"(215) 221-5367","","","2:37 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 223-3102","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(215) 228-1366","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-2126","","","2:37 PM","1:32","1","Voice
Mail","Successful","",""
"(215) 457-2356","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 739-9097","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 785-9563","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 519-9738","","","2:37 PM","0:18","2","Voice
Mail","Successful","",""
"(313) 493-0210","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-4612","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7839","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 232-0825","","","2:37 PM","0:54","1","Voice
Mail","Successful","",""
"(412) 243-7091","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-2367","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-0152","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-0302","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 564-6409","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 643-9743","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-0108","","","2:37 PM","0:11","1","Live
Answer","Successful","",""
"(215) 423-1010","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-0425","","","2:37 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 425-3474","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 437-7434","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-0326","","","2:37 PM","0:03","1","Live
Answer","Successful","",""
"(215) 927-5740","","","2:37 PM","0:35","1","Voice

```
Mail","Successful","",""
"(216) 541-2938","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-6346","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 761-9082","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 761-9129","","","2:37 PM","0:25","1","Voice
Mail","Successful","",""
"(267) 343-3024","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-5740","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-7439","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 472-5524","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-8673","","","2:37 PM","0:06","1","Live
Answer","Successful","",""
"(313) 533-4453","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8023","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 562-3983","","","2:37 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 731-3010","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 731-8726","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 762-5228","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 855-8635","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 668-0695","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-4064","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 335-1767","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-7351","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-4386","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 927-1698","","","2:37 PM","1:34","1","Voice
Mail","Successful","",""
"(267) 886-8683","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 372-1064","","","2:37 PM","0:23","1","Voice
Mail","Successful","",""
"(313) 387-0838","","","2:37 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(313) 893-4299","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 242-2046","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 530-0822","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7275","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(917) 261-7203","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 396-1756","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 645-8780","","","2:37 PM","0:16","1","Live
Answer","Successful","",""
"(212) 924-7410","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2814","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-5304","","","2:37 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 235-1099","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-9893","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 978-0470","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 721-0327","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(267) 343-3094","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-3827","","","2:37 PM","0:19","1","Live
Answer","Successful","",""
"(313) 733-8788","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 241-7182","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 247-1996","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 562-8932","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 723-3743","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 451-0125","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 493-5336","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 690-1619","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-5910","","","2:37 PM","0:18","1","Voice
```

Mail","Successful","",""
"(212) 532-5221","","","2:37 PM","0:55","1","Voice
Mail","Successful","",""
"(215) 223-5087","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-2272","","","2:37 PM","0:01","1","Live
Answer","Successful","",""
"(215) 425-4948","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-1290","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 249-5060","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(216) 481-1968","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-4310","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 938-9409","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 270-4101","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 273-7441","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-2589","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(313) 532-9248","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-4467","","","2:37 PM","0:16","1","Live
Answer","Successful","",""
"(313) 836-0505","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-1091","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 247-8874","","","2:37 PM","0:09","1","Live
Answer","Successful","",""
"(773) 277-1522","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(773) 762-0741","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 273-9793","","","2:37 PM","0:22","3","Live
Answer","Successful","",""
"(212) 643-2827","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 223-0949","","","2:37 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 224-0663","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-0978","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-2365","","","2:37 PM","0:32","1","Voice

```
Mail","Successful","",""
"(215) 424-0547","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 426-4613","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-8948","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 537-0112","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 634-0273","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 644-8482","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-5961","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 249-4939","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 541-0513","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(267) 886-8272","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 270-1534","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-7516","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 371-3119","","","2:37 PM","0:23","2","Live
Answer","Successful","",""
"(646) 414-1026","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 324-2448","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 768-7327","","","2:37 PM","0:06","1","Live
Answer","Successful","",""
"(212) 366-9833","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-0188","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(215) 456-0287","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 549-5876","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-1125","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-1048","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-7771","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 268-1444","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(216) 341-7016","","","2:37 PM","0:33","1","Voice
```

Mail","Successful","",""
"(267) 639-9900","","","2:37 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 531-8413","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-3839","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-6821","","","2:37 PM","0:06","1","Live
Answer","Successful","",""
"(412) 562-8973","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 257-0125","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 675-4723","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 324-1738","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 457-7838","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3530","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-9839","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 307-8749","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 372-8341","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-3693","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-3360","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 285-9704","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 522-0167","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 924-3476","","","2:37 PM","0:21","1","Voice
Mail","Successful","",""
"(917) 471-9684","","","2:37 PM","0:23","2","Live
Answer","Successful","",""
"(212) 213-1967","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1405","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-0680","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-2276","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-1676","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-4757","","","2:37 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 548-0423","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-3468","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 978-0410","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 273-7948","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-6426","","","2:37 PM","0:45","1","Voice
Mail","Successful","",""
"(267) 519-8899","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5506","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 473-8153","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-9023","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 535-1430","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7046","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 371-1186","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 762-5315","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 940-1114","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(872) 244-7427","","","2:37 PM","0:53","1","Voice
Mail","Successful","",""
"(212) 366-0510","","","2:37 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 226-6836","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5961","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-0272","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-5229","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-0495","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 739-3616","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 639-4538","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-3213","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 243-2443","","","2:37 PM","0:23","1","Live
```

Answer","Successful","",""
"(412) 681-1691","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 542-1949","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 667-2106","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 721-7320","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 675-3553","","","2:37 PM","0:11","1","Live
Answer","Successful","",""
"(212) 876-7621","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-6148","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-1509","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-5820","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-1037","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2039","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-3279","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 743-4695","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 743-4830","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-8427","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 383-8914","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-5408","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 273-9378","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-3207","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 247-6665","","","2:37 PM","0:28","2","Voice
Mail","Successful","",""
"(703) 528-2893","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-0546","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 285-4617","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 542-1353","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-0475","","","2:37 PM","0:27","1","Voice

```
Mail","Successful","",""
"(212) 564-8171","","","2:37 PM","0:55","1","Voice
Mail","Successful","",""
"(212) 645-5828","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 223-4986","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-6966","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 228-3251","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 232-2952","","","2:37 PM","0:22","2","Live
Answer","Successful","",""
"(215) 548-6646","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 624-3531","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 725-3982","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-2039","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-2040","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-3908","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 924-2057","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 381-3744","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-8633","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 785-9215","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 531-3020","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-4916","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3169","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 244-0840","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 501-5172","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 978-6173","","","2:37 PM","0:21","3","Live
Answer","Successful","",""
"(872) 818-5902","","","2:37 PM","0:08","2","Live
Answer","Successful","",""
"(917) 819-3598","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-2213","","","2:37 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 425-0416","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-5884","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 457-6117","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-3198","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 927-2273","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-4967","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-5153","","","2:37 PM","0:07","1","Live
Answer","Successful","",""
"(267) 687-1219","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-2287","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-6833","","","2:37 PM","0:05","1","Live
Answer","Successful","",""
"(412) 243-2257","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 248-0841","","","2:37 PM","0:51","1","Voice
Mail","Successful","",""
"(703) 717-9203","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-5104","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 324-4176","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 643-4851","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 721-4436","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 855-2036","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 924-6624","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 933-6881","","","2:37 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 228-0659","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-8889","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-2377","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-6594","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-5569","","","2:37 PM","0:34","1","Voice
```

```
Mail","Successful","",""
"(216) 321-0114","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4570","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-6531","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 271-9209","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 312-8822","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 268-3299","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 277-5839","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-7225","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 530-7340","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-0767","","","2:37 PM","0:34","2","Voice
Mail","Successful","",""
"(773) 891-4352","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 706-8715","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 727-3328","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 225-1514","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-1799","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-6639","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-8279","","","2:37 PM","0:24","1","Live
Answer","Successful","",""
"(215) 423-1993","","","2:37 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 634-3461","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(216) 429-2098","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-4913","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 693-4794","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(313) 740-7403","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 261-3935","","","2:37 PM","0:27","2","Voice
Mail","Successful","",""
"(412) 281-2048","","","2:37 PM","0:30","1","Voice
```

Mail","Successful","",""
"(412) 727-6091","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 243-8796","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-4466","","","2:37 PM","0:54","1","Voice
Mail","Successful","",""
"(773) 373-0901","","","2:37 PM","0:35","3","Voice
Mail","Successful","",""
"(773) 731-2370","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-6663","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(212) 630-9931","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-3539","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-4465","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-3353","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 795-5181","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 272-0299","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 531-0796","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-4387","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 838-5724","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-6891","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 723-2420","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 924-5599","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 989-7516","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2937","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-3089","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-8218","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 537-8531","","","2:37 PM","0:19","1","Live
Answer","Successful","",""
"(215) 763-8042","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 765-7527","","","2:37 PM","0:18","1","Voice

Mail","Successful","",""
"(216) 229-1076","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 268-5037","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 541-9982","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 600-9035","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-8504","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-1281","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(313) 535-3696","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-8812","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-0909","","","2:37 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 471-1885","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-2910","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 285-0572","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-3383","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 538-0663","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-5151","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 235-2833","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-8289","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 423-6444","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-0728","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1767","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-5634","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 255-0485","","","2:37 PM","0:01","1","Live
Answer","Successful","",""
"(313) 535-8818","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-9460","","","2:37 PM","0:05","1","Live
Answer","Successful","",""
"(412) 456-2154","","","2:37 PM","0:34","1","Voice

```
Mail","Successful","",""
"(773) 285-9709","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-0926","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 955-3550","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-6466","","","2:37 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 235-7905","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-3092","","","2:37 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 457-3265","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-0499","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 255-0884","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 255-3314","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 835-4580","","","2:37 PM","0:02","1","Live
Answer","Successful","",""
"(313) 891-4741","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(412) 473-0179","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 683-4046","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 687-4306","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 525-6232","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 363-4541","","","2:37 PM","0:24","1","Live
Answer","Successful","",""
"(773) 373-2683","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-8118","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 762-6124","","","2:37 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 225-7464","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-2493","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-1564","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-9114","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 722-6893","","","2:37 PM","0:38","1","Voice
```

Mail","Successful","",""
"(216) 471-8740","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-4631","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-3559","","","2:37 PM","0:11","2","Live
Answer","Successful","",""
"(313) 366-1338","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(313) 892-4355","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 242-1906","","","2:37 PM","0:09","1","Voice
Mail","Successful","",""
"(412) 271-2109","","","2:37 PM","0:17","2","Live
Answer","Successful","",""
"(773) 521-0559","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 624-2417","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 927-3066","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1695","","","2:37 PM","0:15","2","Live
Answer","Successful","",""
"(215) 228-3659","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(215) 425-5237","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-0529","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 455-4858","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-2708","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-4018","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-1563","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 343-8803","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 687-8193","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 928-3568","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-0225","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-8705","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-9055","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-1003","","","2:37 PM","1:07","1","Voice

Mail","Successful","",""
"(313) 534-9628","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-5205","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 271-8505","","","2:37 PM","0:06","1","Live
Answer","Successful","",""
"(646) 707-0922","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(773) 855-2015","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 966-4672","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-3540","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-6795","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-9209","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 713-2218","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5959","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-2130","","","2:37 PM","0:01","1","Live
Answer","Successful","",""
"(313) 535-3797","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 543-0113","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 977-9250","","","2:37 PM","0:24","1","Live
Answer","Successful","",""
"(412) 241-1094","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 242-4202","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 371-0431","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(612) 339-2040","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 247-5070","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 268-8193","","","2:37 PM","0:06","1","Live
Answer","Successful","",""
"(773) 667-1172","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 887-6349","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 244-3106","","","2:37 PM","0:18","1","Live
Answer","Successful","",""
"(212) 243-3759","","","2:37 PM","0:16","1","Voice

```
Mail","Successful","",""
"(212) 280-1234","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 929-3743","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 232-1591","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-1863","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 342-2960","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-8694","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 769-5636","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(216) 851-5631","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-0035","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-0216","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 740-7601","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 271-7819","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-3683","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 530-0434","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 538-5331","","","2:37 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 624-0046","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-8993","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-0763","","","2:37 PM","0:07","1","Live
Answer","Successful","",""
"(773) 947-0383","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(773) 966-4873","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(872) 444-5211","","","2:37 PM","0:12","1","Live
Answer","Successful","",""
"(215) 236-1681","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 765-3413","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 831-1761","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(216) 268-5977","","","2:37 PM","0:20","1","Live
```

Answer","Successful","",""
"(313) 368-0060","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-5498","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-7595","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 727-7226","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 731-4441","","","2:37 PM","1:31","1","Voice
Mail","Successful","",""
"(703) 528-3096","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-8041","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(773) 521-6990","","","2:37 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 947-0414","","","2:37 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 966-4753","","","2:37 PM","0:51","3","Voice
Mail","Successful","",""
"(212) 989-4797","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(215) 332-9263","","","2:37 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 426-1597","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(215) 548-2396","","","2:37 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 763-5138","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-2719","","","2:37 PM","0:12","3","Live
Answer","Successful","",""
"(267) 437-2482","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 687-1932","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 526-2614","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-7637","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-2977","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 826-7394","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 566-1028","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 475-6892","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 565-4849","","","2:37 PM","0:35","1","Voice

Mail","Successful","",""
"(215) 338-7904","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 423-2782","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-5143","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 425-6749","","","2:37 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 549-5964","","","2:37 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 231-7964","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4567","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 471-8709","","","2:37 PM","0:10","1","Live
Answer","Successful","",""
"(313) 255-1329","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 532-5128","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-9879","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-3504","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 904-3027","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 609-3885","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 522-4260","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 920-0326","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 548-6902","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(872) 818-5392","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 227-0272","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 329-0557","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-6778","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-6956","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0865","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 978-4174","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-8194","","","2:37 PM","1:07","1","Voice

```
Mail","Successful","",""
"(216) 383-8201","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-3764","","","2:37 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 531-3218","","","2:37 PM","0:49","1","Voice
Mail","Successful","",""
"(412) 243-0899","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-6213","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-4574","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-2938","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 521-6494","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 931-1963","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 978-3711","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-8122","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 331-0505","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-3268","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-3552","","","2:37 PM","0:22","3","Live
Answer","Successful","",""
"(215) 426-6474","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 739-3250","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 765-2589","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2086","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-2841","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 766-7866","","","2:37 PM","0:47","1","Voice
Mail","Successful","",""
"(612) 332-0169","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(612) 333-0737","","","2:37 PM","1:10","1","Voice
Mail","Successful","",""
"(773) 221-3246","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 324-3660","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 522-7766","","","2:37 PM","0:20","1","Voice
```

```
Mail","Successful","",""
"(212) 982-4515","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-4525","","","2:37 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 226-4735","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-4828","","","2:37 PM","0:19","1","Live
Answer","Successful","",""
"(215) 235-3892","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(215) 329-0318","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 331-3861","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 335-0209","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-1417","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 425-0973","","","2:37 PM","0:22","2","Live
Answer","Successful","",""
"(215) 425-8601","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-0752","","","2:37 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 634-2965","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-6414","","","2:37 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 924-3725","","","2:37 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 927-2311","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0208","","","2:37 PM","0:16","1","Live
Answer","Successful","",""
"(216) 761-9076","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 851-8829","","","2:37 PM","0:31","2","Voice
Mail","Successful","",""
"(267) 909-8060","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 366-1504","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(313) 368-4964","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-4387","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-5143","","","2:37 PM","0:23","3","Live
Answer","Successful","",""
"(313) 534-5393","","","2:37 PM","0:22","1","Live
```

Answer","Successful","",""
"(412) 235-7346","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(571) 312-8088","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 476-6100","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 276-7839","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 521-4348","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 536-4767","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-3242","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4074","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 564-4284","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6893","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-0591","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-4248","","","2:37 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 763-2805","","","2:37 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 505-5846","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(216) 761-7270","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-5584","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-7396","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-6221","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 731-7205","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 261-2489","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 621-5432","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-1135","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-6790","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 847-3820","","","2:37 PM","0:11","1","Live
Answer","Successful","",""
"(212) 283-4802","","","2:37 PM","0:34","1","Voice

Mail","Successful","",""
"(215) 324-0702","","","2:37 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 739-9876","","","2:37 PM","1:03","1","Voice
Mail","Successful","",""
"(215) 763-1922","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-8955","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-1429","","","2:37 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 751-5690","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 785-9751","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(312) 709-5340","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-5489","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 372-8021","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-8955","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 955-7788","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 956-2346","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 989-2557","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-0411","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-1010","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-2081","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-3627","","","2:37 PM","0:05","1","Live
Answer","Successful","",""
"(215) 232-6873","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-9962","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 335-1403","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-3308","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 543-9380","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 549-2864","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-3634","","","2:37 PM","0:00","3","No

Answer","Unsuccessful","",""
"(216) 785-9661","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-0944","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-2287","","","2:37 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 592-4456","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 926-6591","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 285-3852","","","2:37 PM","0:36","2","Voice
Mail","Successful","",""
"(773) 530-7964","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 818-5006","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-3107","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(215) 225-1473","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-0635","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-4854","","","2:37 PM","0:22","3","Live
Answer","Successful","",""
"(215) 425-8175","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-9394","","","2:37 PM","0:05","1","Live
Answer","Successful","",""
"(215) 765-0743","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 381-3994","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(248) 504-4317","","","2:37 PM","0:48","1","Voice
Mail","Successful","",""
"(267) 319-1361","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 469-6050","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 702-1360","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-8797","","","2:37 PM","0:14","1","Live
Answer","Successful","",""
"(412) 244-9977","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 391-4577","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-1945","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 225-7031","","","2:37 PM","0:32","1","Voice

```
Mail","Successful","",""
"(215) 227-0244","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 427-0793","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-7644","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-3326","","","2:37 PM","1:40","1","Voice
Mail","Successful","",""
"(216) 761-6654","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 938-5620","","","2:37 PM","0:11","1","Live
Answer","Successful","",""
"(267) 324-3463","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-4785","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 412-2825","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(313) 533-3501","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-4997","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 565-4164","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-7781","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-4984","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 978-0409","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-4293","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 288-0152","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 333-9517","","","2:37 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 924-8428","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 397-9735","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5723","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 519-3633","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-5453","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-7881","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-3868","","","2:37 PM","1:07","1","Voice
```

Mail","Successful","",""
"(412) 261-3668","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-6562","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5114","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 522-7720","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 565-4377","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-4064","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 924-1231","","","2:37 PM","0:21","1","Live
Answer","Successful","",""
"(773) 966-4644","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 217-0924","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 224-4569","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 227-6124","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-6789","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-1614","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-2416","","","2:37 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 423-2716","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-3151","","","2:37 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 426-2966","","","2:37 PM","0:19","1","Live
Answer","Successful","",""
"(215) 739-0568","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 924-0216","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 561-1250","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 519-3980","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 493-0897","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 727-7277","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 527-1977","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(724) 834-5134","","","2:37 PM","0:19","1","Live

Answer","Successful","",""
"(773) 277-1576","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-8410","","","2:37 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 703-3463","","","2:37 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(872) 444-5629","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 249-0811","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 269-2729","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-1079","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 289-4810","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-6879","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 437-7155","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-9226","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-2736","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-3840","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 922-4866","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(484) 364-5787","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1140","","","2:37 PM","0:07","1","Voice
Mail","Successful","",""
"(212) 367-7415","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 989-7035","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-1020","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-3680","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 331-3928","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-3163","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 427-1050","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 708-0847","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-3006","","","2:37 PM","0:40","1","Voice

```
Mail","Successful","",""
"(215) 924-6869","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 268-1764","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 486-9085","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-7173","","","2:37 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 368-6603","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-5956","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-6684","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 535-3712","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 541-7660","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 434-6623","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 586-7261","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-8065","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-8005","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-6539","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-6850","","","2:37 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 331-2980","","","2:37 PM","0:16","2","Live
Answer","Successful","",""
"(215) 331-3768","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8393","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-8560","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 600-5552","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 785-9060","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 687-8411","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-6353","","","2:37 PM","0:19","1","Voice
Mail","Successful","",""
"(412) 281-0840","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-3557","","","2:37 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(773) 522-8645","","","2:37 PM","0:09","1","Live
Answer","Successful","",""
"(212) 532-1585","","","2:37 PM","1:05","1","Voice
Mail","Successful","",""
"(215) 232-0439","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-6957","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-2075","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-2650","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-4532","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(215) 548-6820","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 268-3268","","","2:37 PM","1:05","1","Voice
Mail","Successful","",""
"(216) 361-2510","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 795-1723","","","2:37 PM","0:44","3","Voice
Mail","Successful","",""
"(216) 932-3724","","","2:37 PM","0:24","1","Live
Answer","Successful","",""
"(313) 532-6137","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 533-8263","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 537-4194","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(412) 723-2045","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 522-3287","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 538-4690","","","2:37 PM","0:19","1","Live
Answer","Successful","",""
"(872) 465-3464","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 224-3984","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 228-0523","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 229-4509","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-5316","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 232-6321","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 332-0182","","","2:37 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 763-4589","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 249-8603","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5410","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-6422","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 681-7075","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(267) 324-5712","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-3679","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 835-7197","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 241-6329","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 538-1979","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-0413","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-3267","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-7871","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 744-4367","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-8764","","","2:37 PM","0:20","1","Voice
Mail","Successful","",""
"(216) 681-5129","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 785-9231","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 881-2232","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 379-2513","","","2:37 PM","0:03","1","Live
Answer","Successful","",""
"(313) 893-8224","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(703) 527-7246","","","2:37 PM","1:22","1","Voice
Mail","Successful","",""
"(773) 217-9085","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 277-2837","","","2:37 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 890-9319","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 426-1445","","","2:37 PM","0:22","1","Live

Answer","Successful","",""
"(215) 223-0971","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-2063","","","2:37 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 331-2354","","","2:37 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 456-9414","","","2:37 PM","0:25","1","Live
Answer","Successful","",""
"(215) 457-3384","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 548-5992","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 737-0840","","","2:37 PM","0:04","1","Live
Answer","Successful","",""
"(216) 268-2181","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2063","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 860-1326","","","2:37 PM","0:16","1","Live
Answer","Successful","",""
"(267) 239-5803","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 334-5153","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 535-5509","","","2:37 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 232-0286","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(412) 751-4080","","","2:37 PM","0:59","1","Voice
Mail","Successful","",""
"(773) 643-4542","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 762-0439","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(872) 244-3741","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 333-4239","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-7094","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 851-5698","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 912-8435","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-3403","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 731-7130","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 766-7274","","","2:37 PM","0:41","1","Voice

Mail","Successful","",""
"(773) 277-0719","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 657-8644","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 924-7832","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 206-3817","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(212) 674-0691","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 288-4317","","","2:37 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 289-8533","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-3467","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(267) 773-8797","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-5269","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 731-7060","","","2:37 PM","0:23","3","Live
Answer","Successful","",""
"(313) 766-7636","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 243-6906","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 277-7186","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 891-4004","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 260-0489","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 695-2983","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 276-3431","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3539","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 548-4346","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-5950","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 927-3678","","","2:37 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 229-5054","","","2:37 PM","0:23","2","Live
Answer","Successful","",""
"(216) 481-4785","","","2:37 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 481-5186","","","2:37 PM","0:00","3","No

Answer","Unsuccessful","",""
"(313) 255-4030","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-9856","","","2:37 PM","0:22","3","Live
Answer","Successful","",""
"(313) 740-7459","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 826-0296","","","2:37 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 836-5930","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-8043","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 892-4015","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 241-3117","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-4255","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5711","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-7678","","","2:37 PM","0:10","1","Live
Answer","Successful","",""
"(773) 542-8797","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 232-1257","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-0844","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 722-3979","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 927-7146","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 249-5949","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-0982","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 268-2633","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 291-4789","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 321-1398","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 761-5741","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 798-1689","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 861-2709","","","2:37 PM","0:15","1","Live
Answer","Successful","",""
"(313) 305-7387","","","2:37 PM","0:05","1","Live

```
Answer","Successful","",""
"(313) 531-6551","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-3545","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 471-0120","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 721-6984","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 229-2912","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 427-0738","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 742-4054","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 249-7509","","","2:37 PM","1:50","1","Voice
Mail","Successful","",""
"(216) 851-7259","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(313) 368-3307","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8254","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-6799","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-3282","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4522","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-3763","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(347) 537-5621","","","2:37 PM","1:05","1","Voice
Mail","Successful","",""
"(703) 319-9413","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-2578","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 374-9378","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 538-1359","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 223-2489","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-2880","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5192","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-0788","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-4893","","","2:37 PM","0:14","1","Live
```

```
Answer","Successful","",""
"(216) 541-2935","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(312) 409-1047","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 531-1833","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-7353","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 683-7534","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 807-6408","","","2:37 PM","0:23","1","Voice
Mail","Successful","",""
"(215) 468-7190","","","2:37 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 533-5294","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-6264","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 371-2595","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-8161","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-3702","","","2:37 PM","0:11","1","Voice
Mail","Successful","",""
"(313) 366-3267","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-6084","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-1195","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3016","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 244-6335","","","2:37 PM","0:08","1","Voice
Mail","Successful","",""
"(412) 281-2329","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 471-3510","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 422-7638","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 669-6359","","","2:37 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 721-3225","","","2:37 PM","0:13","1","Live
Answer","Successful","",""
"(215) 228-6265","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-0430","","","2:37 PM","0:31","2","Voice
Mail","Successful","",""
"(215) 333-4950","","","2:37 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 335-1592","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 769-4029","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-1472","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 361-9437","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 795-5280","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 883-2800","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 270-2052","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-2205","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 837-5048","","","2:37 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 892-4294","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-9828","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 562-1031","","","2:37 PM","0:07","1","Voice
Mail","Successful","",""
"(212) 239-0603","","","2:37 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-1899","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8889","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-1947","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-2624","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 333-0904","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-1550","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-4769","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-7088","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-8620","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 821-3460","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8822","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-5726","","","2:37 PM","1:07","1","Voice

```
Mail","Successful","",""
"(216) 851-0319","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-6684","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 794-1192","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-6522","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 241-2169","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-3905","","","2:37 PM","0:08","1","Live
Answer","Successful","",""
"(773) 542-5023","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 752-5952","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-5930","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 933-9456","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-6187","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 226-0365","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-4916","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-0423","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 331-6430","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-9429","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 427-1645","","","2:37 PM","0:19","1","Live
Answer","Successful","",""
"(215) 739-9344","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-7606","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 927-1433","","","2:37 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 451-3855","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 451-4874","","","2:37 PM","0:17","1","Live
Answer","Successful","",""
"(216) 761-2665","","","2:37 PM","0:18","1","Live
Answer","Successful","",""
"(216) 938-9182","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-8104","","","2:37 PM","0:19","1","Voice
```

Mail","Successful","",""
"(313) 255-2440","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 255-7452","","","2:37 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 368-2829","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-8334","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-7620","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 201-1247","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 471-3877","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-4526","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 285-1115","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 675-6184","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-6942","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 232-6015","","","2:37 PM","0:11","1","Live
Answer","Successful","",""
"(215) 329-8878","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-8528","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-3977","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 231-1572","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4063","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-7161","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 795-5279","","","2:37 PM","0:02","1","Live
Answer","Successful","",""
"(267) 335-3621","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-7821","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 532-6230","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 534-4227","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-7804","","","2:37 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-1899","","","2:37 PM","0:31","1","Voice

Mail","Successful","",""
"(313) 538-4892","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9459","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 837-6111","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0731","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 288-5043","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-4350","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(212) 837-6090","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1328","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-5064","","","2:37 PM","0:22","2","Live
Answer","Successful","",""
"(215) 331-8415","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 338-1038","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4764","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-6694","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4675","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 722-8265","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 231-2582","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-2335","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-3477","","","2:37 PM","0:23","2","Live
Answer","Successful","",""
"(216) 451-4734","","","2:37 PM","0:18","1","Live
Answer","Successful","",""
"(216) 471-8523","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-0561","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 791-8860","","","2:37 PM","0:13","1","Live
Answer","Successful","",""
"(267) 571-8758","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(312) 330-4529","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-2105","","","2:37 PM","0:17","1","Live

Answer","Successful","",""
"(313) 892-8806","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 434-8980","","","2:37 PM","0:18","1","Live
Answer","Successful","",""
"(412) 562-5959","","","2:37 PM","0:12","1","Live
Answer","Successful","",""
"(773) 373-4611","","","2:37 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 902-7474","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 228-2168","","","2:37 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 329-2826","","","2:37 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 455-4674","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-3086","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 421-5595","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-5620","","","2:37 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 297-8542","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-5776","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 533-5829","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-7044","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-8947","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(347) 332-4125","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 324-3656","","","2:37 PM","0:20","1","Live
Answer","Successful","",""
"(773) 521-4496","","","2:37 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 847-4784","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 755-7027","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-8020","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-3608","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3416","","","2:37 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-3035","","","2:37 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 624-1360","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 763-2686","","","2:37 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 249-6118","","","2:37 PM","1:01","1","Voice
Mail","Successful","",""
"(216) 451-4475","","","2:37 PM","0:51","1","Voice
Mail","Successful","",""
"(216) 505-5039","","","2:37 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 639-6898","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 861-0958","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 836-3457","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 837-5312","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-4807","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 324-2790","","","2:37 PM","0:21","2","Live
Answer","Successful","",""
"(773) 475-6983","","","2:37 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 521-1986","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-2144","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-4919","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 752-1975","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 752-8366","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(773) 952-8767","","","2:37 PM","0:50","1","Voice
Mail","Successful","",""
"(212) 240-9471","","","2:37 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-5824","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-2072","","","2:37 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 333-1398","","","2:37 PM","0:20","2","Live
Answer","Successful","",""
"(215) 342-1478","","","2:37 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 457-6936","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-7972","","","2:37 PM","0:34","1","Voice

```
Mail","Successful","",""
"(216) 761-0508","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-8593","","","2:37 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 387-6042","","","2:37 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 534-5392","","","2:37 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-9758","","","2:37 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-4998","","","2:37 PM","0:22","1","Live
Answer","Successful","",""
"(412) 247-5898","","","2:37 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-0963","","","2:37 PM","0:23","3","Live
Answer","Successful","",""
"(773) 684-8741","","","2:37 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 731-8699","","","2:37 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 227-0425","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 232-1402","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-7457","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 549-7368","","","2:38 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 575-5896","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 684-0309","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-2820","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-5153","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 909-9659","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-5042","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-5659","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-1990","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 285-6572","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-4138","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 855-5645","","","2:38 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(212) 563-7121","","","2:38 PM","0:43","1","Voice
Mail","Successful","",""
"(212) 989-6967","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-4515","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 708-1668","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 744-2353","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-0819","","","2:38 PM","0:11","1","Live
Answer","Successful","",""
"(215) 769-5325","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0274","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-5672","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 271-6633","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(216) 451-9763","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 772-2702","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 772-2948","","","2:38 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 537-7139","","","2:38 PM","0:19","1","Live
Answer","Successful","",""
"(313) 592-0702","","","2:38 PM","0:01","1","Live
Answer","Successful","",""
"(313) 693-4481","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 766-5808","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 493-2830","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 847-3961","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 952-7217","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 952-8287","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 242-0356","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-2695","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 545-1601","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-7367","","","2:38 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(216) 541-1659","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-6365","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(313) 533-8233","","","2:38 PM","0:16","1","Live
Answer","Successful","",""
"(313) 592-1428","","","2:38 PM","0:17","1","Live
Answer","Successful","",""
"(313) 740-7075","","","2:38 PM","0:02","1","Live
Answer","Successful","",""
"(412) 251-0726","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-6548","","","2:38 PM","0:22","2","Live
Answer","Successful","",""
"(773) 696-1318","","","2:38 PM","1:10","1","Voice
Mail","Successful","",""
"(215) 331-2435","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5278","","","2:38 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 634-3080","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-6356","","","2:38 PM","0:13","1","Live
Answer","Successful","",""
"(215) 763-0940","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 765-0972","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 205-4866","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5070","","","2:38 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 932-7253","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 255-2195","","","2:38 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 531-4519","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-2611","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(612) 333-5987","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(646) 336-5911","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-1965","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 762-3191","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 762-3595","","","2:38 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(212) 233-2847","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 288-3225","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-1548","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 425-3290","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 456-1879","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-2309","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 441-2416","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 707-9700","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 385-5694","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 362-2256","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-1598","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 387-3404","","","2:38 PM","0:22","3","Live
Answer","Successful","",""
"(412) 232-3400","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-4509","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 391-2751","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 727-1733","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(703) 812-4509","","","2:38 PM","0:11","1","Live
Answer","Successful","",""
"(773) 277-6932","","","2:38 PM","0:14","1","Live
Answer","Successful","",""
"(773) 437-5996","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 594-4757","","","2:38 PM","0:14","1","Live
Answer","Successful","",""
"(215) 229-8173","","","2:38 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 335-2010","","","2:38 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 457-6652","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-5641","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 429-1264","","","2:38 PM","0:21","1","Voice
```

```
Mail","Successful","",""
"(216) 883-0677","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 766-6292","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 794-8270","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 243-8687","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 271-9127","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 684-2706","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 221-5765","","","2:38 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 291-8279","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 329-8664","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 331-3256","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-1596","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-4220","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 456-9067","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-3575","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-2815","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-9764","","","2:38 PM","0:03","1","Live
Answer","Successful","",""
"(216) 860-0717","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(267) 343-8246","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-6659","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 532-3383","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 532-6832","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-7962","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 244-0750","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 562-1430","","","2:38 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(703) 525-3454","","","2:38 PM","0:09","1","Live
```

Answer","Successful","",""
"(773) 373-1561","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5134","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-9312","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-0505","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-2897","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-8434","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-1975","","","2:38 PM","0:56","1","Voice
Mail","Successful","",""
"(215) 548-4253","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4780","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 744-2269","","","2:38 PM","0:19","1","Live
Answer","Successful","",""
"(216) 432-1366","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2917","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-2835","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 681-7853","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 326-6337","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-8319","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 772-5253","","","2:38 PM","0:07","1","Live
Answer","Successful","",""
"(313) 891-9643","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-4151","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-7208","","","2:38 PM","0:18","1","Live
Answer","Successful","",""
"(703) 413-8010","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 624-0249","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 675-8724","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 924-2808","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 225-1464","","","2:38 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 228-7672","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-0424","","","2:38 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 457-4825","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-1169","","","2:38 PM","0:30","2","Voice
Mail","Successful","",""
"(215) 763-2099","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 761-9975","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-6754","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 535-1054","","","2:38 PM","0:01","1","Live
Answer","Successful","",""
"(313) 891-6972","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-3425","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-0260","","","2:38 PM","0:19","1","Live
Answer","Successful","",""
"(412) 271-8656","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 281-2830","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 420-3619","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 947-0130","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 955-7558","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-0330","","","2:38 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 224-1893","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 236-4344","","","2:38 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 745-0863","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-5386","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-6117","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 343-4345","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 639-6762","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 891-6555","","","2:38 PM","0:44","1","Voice
```

Mail","Successful","",""
"(412) 727-6935","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(612) 339-8086","","","2:38 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 521-0916","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-8342","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(773) 734-7341","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-4736","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 263-1404","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(215) 223-1830","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-0819","","","2:38 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 342-6375","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 424-1258","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5507","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 634-1329","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2592","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-5324","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-4748","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 429-2780","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-5810","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-9914","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-3392","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(646) 360-2791","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-5362","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-3721","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 229-3209","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 288-3580","","","2:38 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 425-9778","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 941-8688","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-7823","","","2:38 PM","0:22","2","Live
Answer","Successful","",""
"(313) 255-3393","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 366-1953","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-9428","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-5177","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-5589","","","2:38 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 244-1752","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-1312","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-3205","","","2:38 PM","0:15","2","Live
Answer","Successful","",""
"(773) 324-4891","","","2:38 PM","0:07","1","Voice
Mail","Successful","",""
"(212) 564-7234","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-0390","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-1527","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-6539","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-1421","","","2:38 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 429-2887","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-9181","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 372-9602","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 543-9485","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 893-5294","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-0178","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 781-1393","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-6932","","","2:38 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 324-1411","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 333-3963","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 456-0897","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 745-2969","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 417-3898","","","2:38 PM","0:18","1","Live
Answer","Successful","",""
"(216) 426-0688","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 459-7761","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-3989","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-7474","","","2:38 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 537-5583","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(347) 843-7541","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-9510","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 565-4453","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 731-0342","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-1157","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-8296","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 276-0116","","","2:38 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 331-6026","","","2:38 PM","0:06","1","Live
Answer","Successful","",""
"(215) 331-8177","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 335-1009","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5513","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-1760","","","2:38 PM","0:15","1","Live
Answer","Successful","",""
"(215) 549-3456","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-4376","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 987-2334","","","2:38 PM","0:55","1","Voice

Mail","Successful","",""
"(313) 368-6521","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-6577","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 837-5690","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 456-2979","","","2:38 PM","0:06","1","Live
Answer","Successful","",""
"(773) 542-8364","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(212) 564-0279","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 600-1898","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 333-2405","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-4493","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4058","","","2:38 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 745-0103","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 978-8870","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5675","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-9374","","","2:38 PM","0:13","1","Live
Answer","Successful","",""
"(313) 535-0409","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-8978","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-9576","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-9656","","","2:38 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 538-6014","","","2:38 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 891-4159","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-4431","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 921-5845","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(347) 682-5263","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(412) 271-6055","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 731-8800","","","2:38 PM","0:23","1","Live

```
Answer","Successful","",""
"(703) 465-1752","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 924-0532","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 239-6560","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-4566","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-7580","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 324-4549","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-9760","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 455-8438","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-9385","","","2:38 PM","0:39","2","Voice
Mail","Successful","",""
"(215) 549-3551","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 927-0537","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0306","","","2:38 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 229-3462","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-3818","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 471-8618","","","2:38 PM","0:15","1","Live
Answer","Successful","",""
"(216) 681-5555","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-9754","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-2733","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-2541","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 538-5437","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3511","","","2:38 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 926-6930","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 243-5271","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 471-1903","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-6498","","","2:38 PM","0:33","1","Voice
```

```
Mail","Successful","",""
"(703) 567-4972","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 374-7784","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 444-5848","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 223-9954","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 228-6853","","","2:38 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 424-3610","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-2385","","","2:38 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 787-0893","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 924-3645","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 927-1578","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-2629","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(215) 927-4917","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 229-4931","","","2:38 PM","0:03","1","Live
Answer","Successful","",""
"(216) 273-7119","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 505-5494","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 851-7278","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 349-5685","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-3230","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-8967","","","2:38 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 534-6818","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-6069","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 871-0232","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-6319","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(212) 691-2887","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-0774","","","2:38 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(215) 225-8379","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 227-1163","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-8746","","","2:38 PM","0:39","2","Voice
Mail","Successful","",""
"(215) 333-4684","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 613-8516","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 742-3534","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5428","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(312) 213-6664","","","2:38 PM","0:04","1","Live
Answer","Successful","",""
"(313) 340-2252","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 354-8086","","","2:38 PM","0:23","3","Live
Answer","Successful","",""
"(313) 412-2064","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 533-7120","","","2:38 PM","0:24","1","Live
Answer","Successful","",""
"(313) 766-5700","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 242-5923","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 351-0960","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 471-0179","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-1710","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 548-5411","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 643-1015","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-4327","","","2:38 PM","0:22","1","Voice
Mail","Successful","",""
"(212) 242-7930","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 489-0028","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0192","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-5738","","","2:38 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 225-7665","","","2:38 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 226-7093","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 457-1930","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-5355","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-8797","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-9164","","","2:38 PM","0:11","1","Live
Answer","Successful","",""
"(216) 881-5575","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 255-5284","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 256-0233","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 281-3039","","","2:38 PM","0:02","1","Live
Answer","Successful","",""
"(412) 682-4688","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-0349","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 624-5086","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-7621","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 227-3406","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-4167","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 361-3965","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 371-1110","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 272-8468","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 534-3985","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-4580","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7681","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 766-5560","","","2:38 PM","0:09","1","Voice
Mail","Successful","",""
"(646) 678-5622","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-4671","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-1281","","","2:38 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 437-6174","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-0318","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 268-0352","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 761-5737","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(248) 702-5018","","","2:38 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 366-5192","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 893-3568","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 565-4974","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-6644","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(212) 268-8551","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-9212","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-5307","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-3353","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-5927","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 283-5340","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-7967","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(267) 909-8974","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 273-7862","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 837-9273","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 931-4456","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(703) 522-9130","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-7977","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(212) 234-5714","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-2413","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-1717","","","2:38 PM","0:28","1","Voice

Mail","Successful","",""
"(215) 227-1745","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 743-3276","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-3284","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 437-3244","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-9880","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 241-2454","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 277-3680","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 288-7869","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 522-7848","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 966-4851","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-2828","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 225-0744","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-0627","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-0964","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 227-4106","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 229-1391","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-3622","","","2:38 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 305-0116","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-7385","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-2378","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-6034","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-3242","","","2:38 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 548-5061","","","2:38 PM","0:10","1","Live
Answer","Successful","",""
"(215) 624-5428","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 725-8734","","","2:38 PM","0:31","1","Voice

Mail","Successful","",""
"(215) 978-4081","","","2:38 PM","0:16","1","Live
Answer","Successful","",""
"(216) 421-4929","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 751-6054","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 851-2709","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 912-8166","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(267) 335-4831","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 543-9335","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 766-6878","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-5596","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 904-3374","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 243-1721","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 823-1252","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 662-6050","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-9266","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-1039","","","2:38 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 226-5333","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-6242","","","2:38 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 634-2773","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-5693","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2771","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-6307","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 297-4405","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-3486","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7557","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 891-6482","","","2:38 PM","0:23","1","Live

Answer","Successful","",""
"(313) 892-3432","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-6251","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-9254","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-1922","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9753","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-3797","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5951","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 427-2363","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 430-0650","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-2960","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-2534","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5714","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 851-7443","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 334-5568","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 535-5734","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 955-2369","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 223-0520","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(215) 227-1911","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(215) 763-0170","","","2:38 PM","0:12","1","Live
Answer","Successful","",""
"(215) 763-1765","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 924-6693","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 465-1906","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 912-8168","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 861-0132","","","2:38 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 368-4229","","","2:38 PM","0:22","1","Live

Answer","Successful","",""
"(313) 368-5863","","","2:38 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 826-0118","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 891-0840","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 351-4891","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 562-3927","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 493-3645","","","2:38 PM","0:22","1","Voice
Mail","Successful","",""
"(212) 255-6498","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 924-6181","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8839","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-8009","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 227-7138","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 228-1621","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-6603","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-6184","","","2:38 PM","0:22","2","Live
Answer","Successful","",""
"(215) 332-5802","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-2024","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-5510","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 424-3451","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-8477","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 624-0835","","","2:38 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 231-2571","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-8032","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-6905","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-5459","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-1678","","","2:38 PM","0:40","1","Voice

Mail","Successful","",""
"(773) 721-7816","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(917) 639-3400","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-9602","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 424-1936","","","2:38 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 725-2531","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 787-0638","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(215) 924-2758","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-0968","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-2655","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-7725","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 934-2342","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 277-5261","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-4962","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 924-1243","","","2:38 PM","0:52","1","Voice
Mail","Successful","",""
"(773) 924-2055","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 348-5712","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-7462","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2101","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-0468","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 425-1182","","","2:38 PM","0:22","2","Live
Answer","Successful","",""
"(216) 772-2343","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 273-0675","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-7379","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-0633","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 224-0317","","","2:38 PM","0:17","1","Voice

```
Mail","Successful","",""
"(215) 423-1873","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-3733","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 621-6930","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 743-6298","","","2:38 PM","0:06","1","Voice
Mail","Successful","",""
"(216) 851-9056","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 532-9141","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 541-8733","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 543-7733","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 562-1319","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(703) 516-4375","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 268-4005","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-1643","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 277-3039","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 542-5153","","","2:38 PM","0:16","1","Live
Answer","Successful","",""
"(215) 288-5839","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-9219","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2874","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-0715","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-4206","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-7443","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 239-0182","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 686-8909","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0740","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-6764","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 535-0761","","","2:38 PM","1:07","1","Voice
```

Mail","Successful","",""
"(313) 891-8825","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 281-0481","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-1620","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 243-3002","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 538-0441","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 978-1301","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 329-9150","","","2:38 PM","0:21","1","Live
Answer","Successful","",""
"(215) 425-6519","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 624-1458","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 341-4465","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 350-6683","","","2:38 PM","0:32","2","Voice
Mail","Successful","",""
"(216) 451-1361","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 921-1190","","","2:38 PM","0:01","1","Live
Answer","Successful","",""
"(313) 366-6339","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 387-3374","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 535-1842","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 538-2168","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-7325","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 621-2935","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 687-1969","","","2:38 PM","0:10","1","Voice
Mail","Successful","",""
"(773) 542-1628","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 978-6122","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-9816","","","2:38 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 456-0702","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 537-9768","","","2:38 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 548-1098","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 206-0545","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 785-9437","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-6310","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-9828","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 241-0903","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-1431","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 247-0887","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-7226","","","2:38 PM","0:24","1","Voice
Mail","Successful","",""
"(929) 265-9040","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-8049","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2391","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1405","","","2:38 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 235-2724","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-3029","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 549-5506","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-7732","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-8409","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 938-5408","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-9604","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 892-8194","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(412) 243-4149","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-5408","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-3834","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0985","","","2:38 PM","1:30","1","Voice
```

Mail","Successful","",""
"(215) 228-7649","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 229-2028","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5820","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-0229","","","2:38 PM","0:20","1","Live
Answer","Successful","",""
"(215) 634-4747","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-7391","","","2:38 PM","0:16","1","Live
Answer","Successful","",""
"(215) 924-0146","","","2:38 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 231-6613","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-2161","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 318-7591","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 886-8372","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(312) 823-3108","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 893-2369","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-8818","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 947-8963","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-2471","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 224-4668","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 224-8387","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 324-0290","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-3518","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-9246","","","2:38 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 457-5161","","","2:38 PM","0:15","1","Live
Answer","Successful","",""
"(215) 621-7268","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(215) 765-0498","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-2312","","","2:38 PM","0:22","1","Live

Answer","Successful","",""
"(215) 927-2022","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-3849","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 441-0989","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-5771","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-3869","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-0453","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-7673","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-6739","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 621-4520","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-8851","","","2:38 PM","0:44","2","Voice
Mail","Successful","",""
"(215) 338-4596","","","2:38 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 535-1271","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3452","","","2:38 PM","1:21","1","Voice
Mail","Successful","",""
"(216) 249-4170","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-5238","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-7216","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 639-6100","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-2488","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-7002","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 562-1861","","","2:38 PM","0:11","1","Live
Answer","Successful","",""
"(412) 682-2577","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-6191","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-6686","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-3614","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-1929","","","2:38 PM","0:22","1","Live

```
Answer","Successful","",""
"(212) 206-9767","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-3182","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-3995","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 425-1280","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5257","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-2607","","","2:38 PM","0:23","3","Live
Answer","Successful","",""
"(215) 743-4572","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-9205","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 531-0768","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 334-5857","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-1226","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-1825","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 387-4761","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 412-2874","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-8540","","","2:38 PM","0:17","1","Live
Answer","Successful","",""
"(412) 242-5711","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 351-0749","","","2:38 PM","0:14","1","Voice
Mail","Successful","",""
"(703) 528-1020","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-4392","","","2:38 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 548-0170","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-7115","","","2:38 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 288-1071","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 324-9490","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 634-7628","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 202-1814","","","2:38 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(216) 231-7265","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 835-4856","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 371-4206","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 206-0564","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 714-2595","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1320","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 276-0740","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 549-4248","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 765-0663","","","2:38 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 927-4714","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 965-9048","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(267) 335-5111","","","2:38 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 733-6014","","","2:38 PM","0:13","1","Voice
Mail","Successful","",""
"(412) 271-2453","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-0117","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(917) 933-4158","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8760","","","2:38 PM","0:15","1","Live
Answer","Successful","",""
"(215) 225-9026","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 324-1657","","","2:38 PM","0:03","1","Live
Answer","Successful","",""
"(215) 424-0149","","","2:38 PM","0:42","3","Voice
Mail","Successful","",""
"(215) 425-3979","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 437-1985","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-1421","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-1190","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 695-0316","","","2:38 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 743-1148","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 381-8852","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 451-6795","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-6925","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 681-1822","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-0837","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 270-7567","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 272-2303","","","2:38 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 526-5845","","","2:38 PM","0:15","1","Live
Answer","Successful","",""
"(313) 535-3063","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 694-3486","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 281-4303","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 373-2346","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 255-6026","","","2:38 PM","0:17","1","Live
Answer","Successful","",""
"(215) 455-6349","","","2:38 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 268-1408","","","2:38 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 658-8017","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(216) 791-1688","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-6910","","","2:38 PM","0:20","1","Live
Answer","Successful","",""
"(216) 862-9993","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(267) 886-9896","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-7221","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 397-6629","","","2:38 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 532-7559","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 534-0461","","","2:38 PM","0:06","1","Live
```

```
Answer","Successful","",""
"(313) 537-2141","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 566-3599","","","2:38 PM","0:32","2","Voice
Mail","Successful","",""
"(773) 643-2062","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 696-1319","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 818-5921","","","2:38 PM","0:24","1","Voice
Mail","Successful","",""
"(212) 374-9932","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-3208","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-1832","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-0219","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1249","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 331-7050","","","2:38 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 333-4056","","","2:38 PM","0:13","1","Live
Answer","Successful","",""
"(215) 380-6205","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-0673","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 543-9580","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0119","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-5700","","","2:38 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 912-8891","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 938-9514","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-8129","","","2:38 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 592-4967","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-5461","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-4932","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 578-8498","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-6227","","","2:38 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(773) 373-2810","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 762-5672","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 762-8481","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 855-2211","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 465-3560","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 675-0057","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 749-5999","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-3394","","","2:38 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 232-3291","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-2565","","","2:38 PM","0:24","1","Live
Answer","Successful","",""
"(215) 331-6168","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 335-2508","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 457-5047","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 744-4811","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 745-2039","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 856-3176","","","2:38 PM","0:05","1","Live
Answer","Successful","",""
"(215) 941-8915","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-7201","","","2:38 PM","0:19","2","Live
Answer","Successful","",""
"(313) 366-0017","","","2:38 PM","0:15","3","Live
Answer","Successful","",""
"(313) 368-3381","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 387-0601","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-2768","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-1083","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-0194","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 371-0658","","","2:38 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(412) 371-1902","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 562-3688","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 374-0756","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 542-6956","","","2:38 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 768-3771","","","2:38 PM","0:13","1","Live
Answer","Successful","",""
"(872) 302-7506","","","2:38 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 967-9105","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 331-5367","","","2:38 PM","0:32","2","Voice
Mail","Successful","",""
"(215) 426-2131","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 634-3891","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-7558","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-2685","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 249-5633","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 331-2390","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 707-1198","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(267) 971-2993","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-0849","","","2:38 PM","0:26","1","Voice
Mail","Successful","",""
"(703) 528-4318","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(718) 773-8091","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-7768","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-8228","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-1013","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-3615","","","2:38 PM","0:12","1","Live
Answer","Successful","",""
"(215) 744-4210","","","2:38 PM","0:12","2","Live
Answer","Successful","",""
"(215) 924-1973","","","2:38 PM","0:37","1","Voice
```

Mail","Successful","",""
"(216) 391-4881","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-5333","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(267) 319-1792","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 369-2859","","","2:38 PM","0:50","1","Voice
Mail","Successful","",""
"(313) 526-9446","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 543-1278","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-5020","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 871-3077","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 277-6293","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-7852","","","2:38 PM","0:11","1","Voice
Mail","Successful","",""
"(773) 643-4877","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(212) 255-4254","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-6598","","","2:38 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-4108","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-1448","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 978-5038","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 271-0132","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 400-7881","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 486-4625","","","2:38 PM","0:28","2","Voice
Mail","Successful","",""
"(313) 272-3482","","","2:38 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 340-9407","","","2:38 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 537-3931","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-7288","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-1019","","","2:38 PM","0:07","1","Live
Answer","Successful","",""
"(313) 893-6316","","","2:38 PM","0:44","1","Voice

```
Mail","Successful","",""
"(412) 241-6868","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(703) 250-1032","","","2:38 PM","0:04","1","Live
Answer","Successful","",""
"(773) 521-0449","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 548-7222","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4094","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 752-2819","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-2481","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(212) 695-2569","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-5223","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-4746","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-4827","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-7417","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8932","","","2:38 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 761-5885","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-2859","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 862-0744","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(312) 842-2286","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 340-2507","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 244-0256","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 281-2991","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-4057","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 538-5498","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 279-3941","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 221-5557","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-1361","","","2:38 PM","0:31","1","Voice
```

```
Mail","Successful","",""
"(215) 236-6399","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 288-0287","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-6979","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-1940","","","2:38 PM","0:24","1","Live
Answer","Successful","",""
"(215) 455-2120","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 548-3283","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-3394","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-7213","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 385-6718","","","2:38 PM","0:18","1","Voice
Mail","Successful","",""
"(312) 898-4452","","","2:38 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 535-0955","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 694-3369","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 977-9270","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 586-5281","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 493-5060","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 734-7855","","","2:38 PM","0:10","1","Live
Answer","Successful","",""
"(212) 889-8981","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-9281","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 236-7847","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-1606","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-7520","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 423-8569","","","2:38 PM","0:05","1","Voice
Mail","Successful","",""
"(215) 426-7672","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-1110","","","2:38 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 927-4894","","","2:38 PM","0:05","1","Live
```

```
Answer","Successful","",""
"(216) 371-9519","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-4540","","","2:38 PM","0:01","1","Live
Answer","Successful","",""
"(216) 791-1476","","","2:38 PM","0:11","1","Live
Answer","Successful","",""
"(313) 368-5139","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 472-5608","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 541-4727","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 242-2519","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 804-3305","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-0244","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-1124","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 285-3565","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 288-0795","","","2:38 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 483-9001","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 752-5892","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 924-9323","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4068","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 549-3609","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 621-7779","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 624-1828","","","2:38 PM","0:09","1","Live
Answer","Successful","",""
"(215) 624-6764","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 739-4331","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-1043","","","2:38 PM","0:23","2","Live
Answer","Successful","",""
"(216) 716-4828","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 455-0393","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 519-0527","","","2:38 PM","0:40","1","Voice
```

Mail","Successful","",""
"(313) 366-5716","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 387-4784","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-2541","","","2:38 PM","0:13","2","Voice
Mail","Successful","",""
"(412) 371-1424","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 371-3894","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 683-5786","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 363-2303","","","2:38 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 437-5696","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 783-6383","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 978-5231","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 224-3960","","","2:38 PM","0:24","1","Live
Answer","Successful","",""
"(215) 227-6191","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-6133","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3505","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-8623","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-0236","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-5700","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-8089","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(267) 886-8665","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-4977","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 839-1421","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 285-0405","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-5329","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 232-9477","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-1531","","","2:38 PM","0:18","2","Live

Answer","Successful","",""
"(215) 424-1341","","","2:38 PM","0:02","1","Live
Answer","Successful","",""
"(215) 455-7787","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 765-7193","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 268-5045","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 471-8353","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-7180","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 794-6072","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 924-5447","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-0599","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 261-4044","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 681-2583","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-5173","","","2:38 PM","0:54","1","Voice
Mail","Successful","",""
"(773) 493-5350","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 924-5018","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(212) 643-0703","","","2:38 PM","0:21","1","Live
Answer","Successful","",""
"(215) 225-6024","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 226-0370","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 235-2196","","","2:38 PM","0:04","1","Live
Answer","Successful","",""
"(215) 426-8956","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 613-8530","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 722-2586","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-5243","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-3732","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-7896","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-8122","","","2:38 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(313) 535-3674","","","2:38 PM","0:17","1","Live
Answer","Successful","",""
"(313) 736-3085","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 371-0695","","","2:38 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 681-5641","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-3365","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(773) 823-9333","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 891-2220","","","2:38 PM","0:02","1","Live
Answer","Successful","",""
"(215) 223-6410","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-5383","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 235-6285","","","2:38 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 425-7675","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1968","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 249-2917","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 431-0496","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(216) 912-8134","","","2:38 PM","0:37","1","Voice
Mail","Successful","",""
"(224) 427-2013","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 630-5253","","","2:38 PM","0:03","1","Live
Answer","Successful","",""
"(267) 687-2012","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-0784","","","2:38 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 548-7144","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 268-1233","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(212) 645-1448","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7194","","","2:38 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 235-4359","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-5574","","","2:38 PM","0:14","1","Voice
```

Mail","Successful","",""
"(215) 331-4841","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-2879","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-3061","","","2:38 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 725-9224","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-2407","","","2:38 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 229-9121","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 341-5349","","","2:38 PM","0:48","1","Voice
Mail","Successful","",""
"(216) 851-5639","","","2:38 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 851-9026","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 272-3317","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-3174","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-8170","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-0206","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-1318","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 324-3007","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-5150","","","2:38 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-8165","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(773) 734-2006","","","2:38 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 967-2715","","","2:38 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 221-0655","","","2:38 PM","0:16","1","Live
Answer","Successful","",""
"(215) 226-0470","","","2:38 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 235-1148","","","2:38 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 276-4567","","","2:38 PM","0:10","1","Live
Answer","Successful","",""
"(215) 335-1058","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 427-0147","","","2:38 PM","0:22","1","Live

Answer","Successful","",""
"(215) 624-0191","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5541","","","2:38 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 927-5470","","","2:38 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-5193","","","2:38 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 526-1793","","","2:38 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 541-5578","","","2:38 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 893-6334","","","2:38 PM","0:39","1","Voice
Mail","Successful","",""
"(717) 766-0498","","","2:38 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 268-1577","","","2:38 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 277-5256","","","2:38 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 684-0615","","","2:38 PM","0:23","1","Live
Answer","Successful","",""
"(872) 444-5820","","","2:38 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 216-9297","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 620-0186","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7278","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-8638","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 232-6379","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-6152","","","2:39 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 426-1478","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-1953","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-8084","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 765-5725","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(215) 821-2070","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 927-3581","","","2:39 PM","0:20","2","Live
Answer","Successful","",""
"(313) 368-9121","","","2:39 PM","0:28","1","Voice

```
Mail","Successful","",""
"(313) 534-1784","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 537-4113","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-4399","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 527-6342","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 528-6724","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-0538","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 538-4696","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 933-6711","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(929) 259-9207","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-5713","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-0127","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 765-7328","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 229-3964","","","2:39 PM","0:18","1","Live
Answer","Successful","",""
"(216) 231-6489","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 505-5854","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(313) 366-5918","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 826-7599","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-5433","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 247-5477","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 562-1050","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(703) 243-5234","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 988-0478","","","2:39 PM","1:34","1","Voice
Mail","Successful","",""
"(773) 268-8254","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(212) 366-9363","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 228-2843","","","2:39 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 235-6382","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-0197","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 329-0963","","","2:39 PM","0:18","1","Live
Answer","Successful","",""
"(215) 535-2004","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 769-8829","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 856-3207","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 231-6304","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 268-4554","","","2:39 PM","0:19","1","Live
Answer","Successful","",""
"(216) 320-0000","","","2:39 PM","0:47","1","Voice
Mail","Successful","",""
"(216) 341-7747","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-1280","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 761-6263","","","2:39 PM","0:42","2","Voice
Mail","Successful","",""
"(216) 795-5879","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(267) 886-8491","","","2:39 PM","1:06","2","Voice
Mail","Successful","",""
"(313) 532-4616","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-9274","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 261-9068","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 243-2504","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 527-1449","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-1630","","","2:39 PM","0:10","1","Voice
Mail","Successful","",""
"(773) 437-3757","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 493-8676","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 633-0603","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-9071","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-5773","","","2:39 PM","0:28","2","Voice
```

```
Mail","Successful","",""
"(215) 769-7003","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-7376","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 941-7378","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-3720","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-3682","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-9294","","","2:39 PM","0:20","1","Voice
Mail","Successful","",""
"(267) 331-5679","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 731-1461","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 681-3506","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-2137","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(708) 800-2272","","","2:39 PM","0:13","1","Voice
Mail","Successful","",""
"(724) 796-1491","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-8014","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 624-2165","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-7153","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 768-3312","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0827","","","2:39 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 225-6568","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0169","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 423-3749","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 537-9153","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 742-1839","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-0609","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-3042","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(313) 255-1998","","","2:39 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(313) 368-1075","","","2:39 PM","0:21","1","Live
Answer","Successful","",""
"(313) 533-1771","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-7343","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-5368","","","2:39 PM","0:23","3","Live
Answer","Successful","",""
"(773) 522-0644","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-6117","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(212) 533-3374","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 224-2035","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 548-4478","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 765-1898","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-7655","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 229-3257","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-8850","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-4504","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(215) 221-9181","","","2:39 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 229-0395","","","2:39 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 338-9867","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 537-1919","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 739-3225","","","2:39 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 745-9381","","","2:39 PM","0:05","1","Live
Answer","Successful","",""
"(216) 231-9551","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 526-5555","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-9491","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 243-5274","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-4017","","","2:39 PM","0:23","1","Live
```

Answer","Successful","",""
"(412) 731-0549","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-8858","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 374-5794","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 548-6365","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(872) 444-5538","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 402-3786","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-1189","","","2:39 PM","0:16","1","Live
Answer","Successful","",""
"(215) 235-6244","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-6481","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 342-6603","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-3258","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-7014","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-5316","","","2:39 PM","0:17","1","Live
Answer","Successful","",""
"(215) 769-8111","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-8432","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-9018","","","2:39 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 481-9922","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-6827","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(313) 835-9237","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(412) 471-6934","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-1374","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 268-8866","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-8293","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(872) 818-5512","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 203-7235","","","2:39 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 331-1485","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 335-3041","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 533-1783","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 621-8844","","","2:39 PM","0:05","1","Voice
Mail","Successful","",""
"(216) 231-6361","","","2:39 PM","0:35","3","Voice
Mail","Successful","",""
"(216) 451-6908","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-0225","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 532-2969","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 538-7428","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 731-7772","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 261-6508","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-6537","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 524-3265","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 576-9951","","","2:39 PM","0:05","1","Live
Answer","Successful","",""
"(212) 741-8386","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 904-1380","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5685","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 221-6782","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2894","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 291-9149","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-7963","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-0201","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-2475","","","2:39 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 541-5111","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(267) 519-3990","","","2:39 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(313) 365-7031","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 794-0751","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-6993","","","2:39 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 242-1787","","","2:39 PM","0:11","1","Live
Answer","Successful","",""
"(612) 338-1306","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-8950","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 232-1743","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-4769","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 276-8350","","","2:39 PM","0:16","1","Live
Answer","Successful","",""
"(215) 423-2391","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-1056","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 455-1741","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-1306","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-2050","","","2:39 PM","0:23","2","Live
Answer","Successful","",""
"(216) 441-4277","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-0583","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 561-8097","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 412-2188","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-7112","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 977-9525","","","2:39 PM","0:14","1","Voice
Mail","Successful","",""
"(412) 271-2679","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 221-9936","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-3124","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(929) 259-9185","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-2686","","","2:39 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 229-0707","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 324-9378","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-2018","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 268-3575","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 324-5002","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 773-8948","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-8423","","","2:39 PM","0:23","2","Live
Answer","Successful","",""
"(313) 892-5743","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(703) 351-7496","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(703) 465-7965","","","2:39 PM","1:29","1","Voice
Mail","Successful","",""
"(773) 521-9598","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 530-7946","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 228-7339","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-7306","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 235-2774","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-0391","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1920","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 613-5930","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 677-2757","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 821-2012","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-7270","","","2:39 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 441-3614","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 451-4848","","","2:39 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 541-4232","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 385-7494","","","2:39 PM","0:40","1","Voice

```
Mail","Successful","",""
"(313) 369-1671","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-4268","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 531-9429","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-4908","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 766-5117","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 869-0443","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-6573","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 288-5836","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 523-1391","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 538-5158","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-7615","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 226-3951","","","2:39 PM","0:04","1","Live
Answer","Successful","",""
"(215) 227-0867","","","2:39 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 425-2423","","","2:39 PM","0:09","1","Live
Answer","Successful","",""
"(215) 425-5310","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-1542","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3982","","","2:39 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 634-3833","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-6669","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-8627","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 538-4331","","","2:39 PM","0:19","1","Live
Answer","Successful","",""
"(313) 592-1120","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-5081","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 221-8326","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-3992","","","2:39 PM","0:01","1","Live
```

Answer","Successful","",""
"(773) 522-5079","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 530-7081","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 548-8775","","","2:39 PM","0:07","1","Live
Answer","Successful","",""
"(215) 288-5964","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 537-8627","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-2980","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 856-7235","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 341-7650","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 862-9042","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 639-5626","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 534-5799","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-2830","","","2:39 PM","0:06","3","Live
Answer","Successful","",""
"(313) 826-7453","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 244-5722","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 281-3754","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 590-7866","","","2:39 PM","0:17","1","Live
Answer","Successful","",""
"(773) 521-4457","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 624-7339","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-2750","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 819-5811","","","2:39 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 955-0529","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 627-4462","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-4529","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-8977","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 338-1415","","","2:39 PM","0:22","1","Live

Answer","Successful","",""
"(215) 424-0670","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 425-5417","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-2696","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 927-1949","","","2:39 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 927-9071","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 681-5602","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-5305","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-2325","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-0673","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-9066","","","2:39 PM","0:01","1","Live
Answer","Successful","",""
"(313) 766-6027","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 891-3468","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 893-0139","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 241-2710","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-5757","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-7164","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 643-9549","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(212) 706-7786","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2421","","","2:39 PM","0:24","1","Live
Answer","Successful","",""
"(215) 228-1879","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 333-6166","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 425-1251","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-2633","","","2:39 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 765-7561","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 231-6560","","","2:39 PM","0:42","1","Voice

```
Mail","Successful","",""
"(216) 692-9901","","","2:39 PM","0:33","2","Voice
Mail","Successful","",""
"(216) 761-9328","","","2:39 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 851-0409","","","2:39 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 527-0675","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 538-3329","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 838-2689","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-5427","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 203-7243","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7104","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 229-6404","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 335-3148","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-3429","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-6816","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 535-6894","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 548-1077","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 744-2731","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 341-0887","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 397-1316","","","2:39 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 431-6574","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 681-2986","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-1362","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 272-4798","","","2:39 PM","0:15","1","Live
Answer","Successful","",""
"(313) 541-2783","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 271-8235","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 516-4266","","","2:39 PM","0:36","1","Voice
```

```
Mail","Successful","",""
"(703) 528-7517","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 487-8917","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-7761","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-2193","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 732-2525","","","2:39 PM","0:07","1","Live
Answer","Successful","",""
"(773) 891-0448","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2972","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3435","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-4793","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 721-6152","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 335-3558","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 472-5177","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 835-1204","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-0412","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 288-7370","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-9706","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(872) 818-7780","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-4206","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-0912","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 424-7277","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-9484","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-9460","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(215) 739-3364","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 851-1493","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 883-2876","","","2:39 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(313) 533-4574","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 535-0156","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-4514","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-2225","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 493-9043","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 521-0357","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 768-5529","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-7179","","","2:39 PM","0:56","1","Voice
Mail","Successful","",""
"(212) 560-9520","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(212) 564-1397","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-9058","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 324-2385","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-1953","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-3706","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 924-4193","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 268-1970","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 761-2561","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 366-1284","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-7312","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 268-2711","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-9662","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 902-2783","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 564-0495","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-1283","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 235-9748","","","2:39 PM","0:27","1","Voice
```

```
Mail","Successful","",""
"(215) 276-0159","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-4080","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-1209","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9121","","","2:39 PM","0:19","1","Live
Answer","Successful","",""
"(215) 543-9181","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-2579","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 383-8770","","","2:39 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 681-8535","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(267) 437-2447","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 270-7849","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5569","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(313) 535-7526","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 893-9570","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(586) 464-7347","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 277-3853","","","2:39 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 538-8352","","","2:39 PM","0:22","2","Live
Answer","Successful","",""
"(773) 762-1316","","","2:39 PM","0:14","1","Live
Answer","Successful","",""
"(215) 224-9645","","","2:39 PM","0:15","1","Live
Answer","Successful","",""
"(215) 225-3329","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 226-5269","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-3359","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-4282","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 787-0307","","","2:39 PM","1:21","2","Voice
Mail","Successful","",""
"(216) 541-4945","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 241-1579","","","2:39 PM","0:22","1","Live
```

Answer","Successful","",""
"(412) 242-7882","","","2:39 PM","0:08","1","Live
Answer","Successful","",""
"(412) 562-1690","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 324-6644","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 523-8227","","","2:39 PM","1:11","1","Voice
Mail","Successful","",""
"(773) 536-0403","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-4294","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 855-2177","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 221-5611","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 329-0539","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 424-2739","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-5064","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(215) 455-3170","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-4220","","","2:39 PM","1:08","1","Voice
Mail","Successful","",""
"(216) 486-8085","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-4405","","","2:39 PM","0:23","2","Live
Answer","Successful","",""
"(313) 531-6901","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-3606","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 271-4830","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(646) 649-5377","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 528-3952","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 536-0996","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-1304","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 731-8349","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 734-1540","","","2:39 PM","0:15","1","Live
Answer","Successful","",""
"(773) 762-1540","","","2:39 PM","0:16","1","Live

Answer","Successful","",""
"(773) 762-4161","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-3001","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 251-0808","","","2:39 PM","0:11","3","Live
Answer","Successful","",""
"(215) 227-6467","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 324-7933","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-7108","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3749","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 717-8571","","","2:39 PM","1:03","1","Voice
Mail","Successful","",""
"(216) 641-5866","","","2:39 PM","0:23","2","Live
Answer","Successful","",""
"(312) 768-3987","","","2:39 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 533-1679","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 535-1347","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-9611","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(412) 682-7737","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-5371","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 871-3974","","","2:39 PM","0:21","1","Live
Answer","Successful","",""
"(773) 288-8531","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 542-0905","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 731-6590","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(215) 223-0493","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-2979","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-2357","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 425-1401","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-9402","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 455-6359","","","2:39 PM","0:48","1","Voice

Mail","Successful","",""
"(215) 695-0898","","","2:39 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 451-4403","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 761-8320","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 297-6837","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 773-7030","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-4340","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-3972","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 837-3012","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-1066","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 247-1361","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 684-4314","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 221-5620","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 762-8311","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-4778","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-0138","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-6417","","","2:39 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 722-1387","","","2:39 PM","0:21","1","Live
Answer","Successful","",""
"(216) 772-2426","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 514-3629","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-3317","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 255-8742","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 307-7965","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 368-0913","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(330) 382-3899","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-8157","","","2:39 PM","0:24","1","Voice

```
Mail","Successful","",""
"(773) 521-6540","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-5722","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 855-2054","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 933-1566","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 943-2868","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 224-0403","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-5072","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-0070","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 831-0672","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 978-5666","","","2:39 PM","1:35","1","Voice
Mail","Successful","",""
"(216) 249-2751","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6323","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-8897","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0546","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-1938","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-0238","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-8647","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(612) 338-7871","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 465-2311","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 721-1336","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 564-0848","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 675-0002","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 291-0913","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 533-5045","","","2:39 PM","0:15","1","Live
Answer","Successful","",""
"(215) 535-7286","","","2:39 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(215) 548-4745","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 744-1035","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-6184","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 978-4520","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-8582","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 283-0724","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 303-9053","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 451-2018","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-8385","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 247-5302","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-9749","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-1560","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(313) 838-0832","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 244-9517","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-1693","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 391-2667","","","2:39 PM","1:31","1","Voice
Mail","Successful","",""
"(703) 525-5942","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 268-7100","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 285-0108","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 285-7754","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 522-5382","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 924-0204","","","2:39 PM","0:29","1","Voice
Mail","Successful","",""
"(212) 736-0669","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 276-3583","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-7012","","","2:39 PM","0:11","1","Live
```

```
Answer","Successful","",""
"(215) 426-2012","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-3993","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 769-2095","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 391-2747","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2036","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(312) 883-7227","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 532-3309","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-0676","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 841-1642","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-5810","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 624-5529","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 362-7196","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-6496","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 423-4603","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-3585","","","2:39 PM","0:52","1","Voice
Mail","Successful","",""
"(216) 417-5150","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 791-5550","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3165","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 838-7611","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-3725","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-1356","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-2531","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-3607","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 687-4486","","","2:39 PM","0:05","1","Live
Answer","Successful","",""
"(267) 331-5277","","","2:39 PM","0:15","1","Voice
```

Mail","Successful","",""
"(313) 838-7320","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-8175","","","2:39 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 241-1886","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 243-4375","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-6307","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-1364","","","2:39 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 277-0255","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 536-0712","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 633-2848","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 475-5751","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(212) 924-4525","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(212) 929-6977","","","2:39 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 225-5124","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(215) 229-4706","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 278-2112","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 427-1182","","","2:39 PM","0:05","1","Live
Answer","Successful","",""
"(215) 548-8096","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 743-4114","","","2:39 PM","0:22","3","Live
Answer","Successful","",""
"(267) 388-7961","","","2:39 PM","1:31","1","Voice
Mail","Successful","",""
"(313) 451-5992","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 531-1376","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-2436","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 221-8609","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 375-5907","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 564-5607","","","2:39 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 225-8979","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 333-4760","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 229-7399","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 600-9947","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-5537","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 368-9284","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-0551","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-8844","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(412) 201-1342","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 690-5382","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 722-7872","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(212) 933-1010","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 224-3413","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 225-0241","","","2:39 PM","0:16","1","Live
Answer","Successful","",""
"(215) 229-4306","","","2:39 PM","0:11","1","Live
Answer","Successful","",""
"(215) 229-5167","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2817","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-2989","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-3241","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-7401","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 543-9569","","","2:39 PM","1:13","1","Voice
Mail","Successful","",""
"(215) 548-1145","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-7165","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-6923","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 229-0466","","","2:39 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(267) 273-0074","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 385-7105","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7373","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-8312","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 232-3597","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 536-4239","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 643-1852","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(215) 232-5413","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-7612","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 335-0444","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 424-3560","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-7018","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 537-1205","","","2:39 PM","0:19","1","Live
Answer","Successful","",""
"(313) 541-8847","","","2:39 PM","0:07","1","Live
Answer","Successful","",""
"(313) 837-0448","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(703) 528-0564","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 978-1335","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(212) 842-0041","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-2527","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 331-1158","","","2:39 PM","0:22","3","Live
Answer","Successful","",""
"(215) 423-8943","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-0726","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-8995","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 739-4179","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 787-0425","","","2:39 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 331-0177","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 533-1611","","","2:39 PM","0:12","1","Voice
Mail","Successful","",""
"(313) 535-3677","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-8199","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-2045","","","2:39 PM","0:22","2","Live
Answer","Successful","",""
"(703) 528-4279","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 752-6562","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-6625","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-1659","","","2:39 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 331-1690","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3488","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 424-2960","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 708-8774","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 904-8125","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 383-1702","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-2416","","","2:39 PM","1:10","1","Voice
Mail","Successful","",""
"(313) 272-0088","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 365-9497","","","2:39 PM","0:09","1","Live
Answer","Successful","",""
"(313) 532-2258","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-5375","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 281-5960","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 516-4447","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 375-7304","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-3099","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 809-9545","","","2:39 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 223-4641","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(215) 223-8746","","","2:39 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 224-1856","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 288-9192","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-6859","","","2:39 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 725-2536","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 927-4679","","","2:39 PM","0:20","1","Live
Answer","Successful","",""
"(216) 268-4282","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5565","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 291-4498","","","2:39 PM","0:53","1","Voice
Mail","Successful","",""
"(216) 451-3877","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 458-8534","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(267) 335-5283","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 245-9118","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 694-3994","","","2:39 PM","1:41","1","Voice
Mail","Successful","",""
"(773) 373-0161","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-2180","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 521-9449","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 891-3314","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-0734","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(872) 465-3425","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 225-5001","","","2:39 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 227-3850","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 229-5499","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-3616","","","2:39 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 338-3193","","","2:39 PM","0:05","1","Live
Answer","Successful","",""
"(215) 423-4693","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3538","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 927-0774","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 927-7078","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 205-4386","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-8983","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-5528","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 685-3421","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 586-5375","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 288-0852","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 619-5969","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(872) 244-7602","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-8721","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 989-2812","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3787","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-5207","","","2:39 PM","1:16","1","Voice
Mail","Successful","",""
"(215) 276-1454","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-9093","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 333-2373","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-7046","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 381-4668","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-7713","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 721-5921","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 932-3612","","","2:39 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 538-2232","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-1400","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-1512","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-0442","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-8807","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 333-4569","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 739-0691","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-1283","","","2:39 PM","0:25","1","Live
Answer","Successful","",""
"(313) 534-8936","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 537-0058","","","2:39 PM","0:20","1","Live
Answer","Successful","",""
"(412) 243-1439","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 281-2820","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-2535","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 731-4198","","","2:39 PM","0:23","2","Live
Answer","Successful","",""
"(703) 351-7439","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 493-8239","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-4778","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(215) 221-5671","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-2524","","","2:39 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 225-0717","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 227-2805","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-1628","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 684-2024","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 742-8887","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 941-7106","","","2:39 PM","0:14","1","Voice
```

Mail","Successful","",""
"(216) 229-1559","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 785-9583","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 270-2591","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 270-7269","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-8735","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 908-4915","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 542-8973","","","2:39 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 801-0227","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 847-6623","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 666-5482","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 229-2077","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9663","","","2:39 PM","0:24","1","Live
Answer","Successful","",""
"(215) 332-5899","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 338-6231","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 423-8650","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-6491","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-5367","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-9841","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-7378","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 838-2985","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-1428","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(612) 338-3570","","","2:39 PM","0:42","1","Voice
Mail","Successful","",""
"(612) 370-0867","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(612) 871-7394","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 762-1666","","","2:39 PM","0:23","2","Live

```
Answer","Successful","",""
"(773) 924-8357","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-7895","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-1417","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-6653","","","2:39 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 425-3159","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5472","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1027","","","2:39 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 249-4207","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-4930","","","2:39 PM","0:14","2","Live
Answer","Successful","",""
"(216) 681-3203","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 795-0247","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-0435","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 891-1684","","","2:39 PM","0:42","1","Voice
Mail","Successful","",""
"(412) 243-6305","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(412) 765-1715","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-6125","","","2:39 PM","0:17","1","Live
Answer","Successful","",""
"(773) 374-4725","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-3018","","","2:39 PM","0:18","1","Live
Answer","Successful","",""
"(215) 423-9207","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-7989","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-2388","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-0761","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 743-4150","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 641-6621","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 795-5685","","","2:39 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(248) 242-0079","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 297-7176","","","2:39 PM","1:30","1","Voice
Mail","Successful","",""
"(313) 387-2458","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 535-8372","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 838-3210","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-3135","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 566-1269","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-0073","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 451-6915","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 530-1098","","","2:39 PM","0:08","1","Live
Answer","Successful","",""
"(773) 684-2952","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5064","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 221-6239","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-6479","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-2895","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-4620","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 624-0249","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 708-0753","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-4865","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-0452","","","2:39 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 249-5400","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 639-2621","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 534-9409","","","2:39 PM","1:37","1","Voice
Mail","Successful","",""
"(313) 740-7712","","","2:39 PM","0:20","1","Live
Answer","Successful","",""
"(412) 244-1163","","","2:39 PM","0:31","1","Voice
```

Mail","Successful","",""
"(412) 562-8929","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 221-8568","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-2030","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 223-0710","","","2:39 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 227-1902","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-1632","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 457-3623","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-8004","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 927-7639","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 268-5901","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-6386","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(267) 331-8054","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 437-3077","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-3839","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 537-1344","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-2593","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-8718","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 242-0959","","","2:39 PM","1:12","1","Voice
Mail","Successful","",""
"(773) 209-4704","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-1235","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(872) 465-3476","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 787-5585","","","2:39 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 331-8081","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 338-6743","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-4607","","","2:39 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 927-3081","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-8156","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-4456","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(313) 531-5699","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-4448","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 521-7599","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 475-0205","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 741-1792","","","2:39 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 224-2155","","","2:39 PM","0:16","1","Live
Answer","Successful","",""
"(215) 227-0593","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(215) 229-2603","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4376","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-8698","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-6867","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 687-4419","","","2:39 PM","1:05","1","Voice
Mail","Successful","",""
"(215) 941-8646","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 486-7545","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-3909","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 731-1984","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 365-4347","","","2:39 PM","0:14","1","Live
Answer","Successful","",""
"(313) 531-1731","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(313) 892-7743","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 921-3745","","","2:39 PM","0:04","1","Live
Answer","Successful","",""
"(212) 369-1281","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 663-6816","","","2:39 PM","0:34","1","Voice
```

Mail","Successful","",""
"(215) 427-0979","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-7018","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-5908","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 229-7932","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 266-0206","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-0118","","","2:39 PM","0:09","1","Voice
Mail","Successful","",""
"(216) 641-8704","","","2:39 PM","0:05","1","Live
Answer","Successful","",""
"(313) 244-8388","","","2:39 PM","0:21","1","Voice
Mail","Successful","",""
"(313) 532-1404","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-0226","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(708) 892-0354","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-1658","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-1834","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 475-6516","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 579-0979","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 924-0611","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(773) 955-7292","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-5147","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4274","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 329-1749","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 329-8768","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-2079","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-0468","","","2:39 PM","0:16","1","Live
Answer","Successful","",""
"(215) 426-9593","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1348","","","2:39 PM","0:22","1","Live

Answer","Successful","",""
"(215) 543-5328","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 765-3579","","","2:39 PM","1:13","1","Voice
Mail","Successful","",""
"(216) 541-3684","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 600-9936","","","2:39 PM","0:04","1","Live
Answer","Successful","",""
"(267) 297-1849","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(267) 761-9126","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 272-1177","","","2:39 PM","0:17","1","Live
Answer","Successful","",""
"(313) 368-8725","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-3104","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8687","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-5765","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 543-9261","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 693-9632","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-5093","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 371-6737","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-2276","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 228-1983","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-2546","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-3930","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-9638","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(215) 329-8468","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-2330","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-9864","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-5565","","","2:39 PM","0:24","1","Live
Answer","Successful","",""
"(313) 255-7013","","","2:39 PM","0:23","1","Live

Answer","Successful","",""
"(313) 493-1005","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-1912","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 271-7843","","","2:39 PM","0:42","1","Voice
Mail","Successful","",""
"(586) 330-1764","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-2356","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 342-1455","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 455-4364","","","2:39 PM","0:45","1","Voice
Mail","Successful","",""
"(216) 397-9747","","","2:39 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 451-5236","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-4674","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-1692","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 471-0882","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 621-6531","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-1512","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 536-6666","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 542-1021","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 548-9449","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 933-4878","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7300","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 225-1636","","","2:39 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 225-2799","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-3507","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 687-2370","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 739-2092","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-2568","","","2:39 PM","0:22","1","Live

```
Answer","Successful","",""
"(215) 927-2464","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 320-9196","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 429-0316","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(267) 900-5471","","","2:39 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 397-8865","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 740-7513","","","2:39 PM","0:56","1","Voice
Mail","Successful","",""
"(313) 892-7443","","","2:39 PM","0:47","1","Voice
Mail","Successful","",""
"(412) 281-8379","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-3531","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(571) 431-7282","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 974-7340","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 493-9105","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 952-6622","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-7440","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-2993","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 634-4826","","","2:39 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 745-3998","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 992-6862","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 318-7312","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 366-5686","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(614) 956-3755","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 527-1567","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-6355","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 667-6343","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 690-5155","","","2:39 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(212) 564-9307","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-2581","","","2:39 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 236-5657","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-4078","","","2:39 PM","0:29","3","Voice
Mail","Successful","",""
"(215) 533-1619","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-1906","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 549-2196","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-5563","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2693","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 883-9503","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(267) 304-6718","","","2:39 PM","0:04","1","Live
Answer","Successful","",""
"(313) 387-0154","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-1962","","","2:39 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 838-9598","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(313) 892-2070","","","2:39 PM","0:43","1","Voice
Mail","Successful","",""
"(412) 586-5581","","","2:39 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 221-8692","","","2:39 PM","0:12","1","Live
Answer","Successful","",""
"(773) 536-0470","","","2:39 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 542-4459","","","2:39 PM","0:19","1","Live
Answer","Successful","",""
"(773) 643-3796","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(872) 244-3040","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(212) 228-7393","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-0204","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 232-2074","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 276-9353","","","2:39 PM","0:39","1","Voice
```

Mail","Successful","",""
"(215) 333-6874","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-3438","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-5271","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-8389","","","2:39 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 249-1447","","","2:39 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 321-5980","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 772-2769","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2803","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(267) 858-4194","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 387-6170","","","2:39 PM","0:15","1","Live
Answer","Successful","",""
"(773) 624-8258","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 978-7330","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5152","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 227-6920","","","2:39 PM","0:17","1","Live
Answer","Successful","",""
"(215) 228-3956","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 291-5544","","","2:39 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-2748","","","2:39 PM","0:19","1","Live
Answer","Successful","",""
"(215) 548-3973","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 549-4137","","","2:39 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-6565","","","2:39 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 268-2224","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(216) 367-5173","","","2:39 PM","1:00","1","Voice
Mail","Successful","",""
"(216) 451-3036","","","2:39 PM","0:06","1","Live
Answer","Successful","",""
"(216) 721-0151","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 785-9568","","","2:39 PM","0:08","1","Voice

```
Mail","Successful","",""
"(248) 220-3982","","","2:39 PM","0:03","1","Live
Answer","Successful","",""
"(313) 369-1989","","","2:39 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 537-4171","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-4651","","","2:39 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 892-7940","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-9532","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-5516","","","2:39 PM","0:02","1","Live
Answer","Successful","",""
"(773) 437-5182","","","2:39 PM","0:13","1","Live
Answer","Successful","",""
"(773) 437-5284","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-4877","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 536-2587","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-7705","","","2:39 PM","0:10","1","Live
Answer","Successful","",""
"(773) 947-0213","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4035","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7450","","","2:39 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 229-2126","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-8850","","","2:39 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 624-7431","","","2:39 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-0432","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 739-2393","","","2:39 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 978-6731","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-3350","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4234","","","2:39 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 533-9235","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-1109","","","2:39 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 537-3815","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(313) 579-5210","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7328","","","2:39 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 893-5180","","","2:39 PM","0:25","1","Voice
Mail","Successful","",""
"(412) 271-3268","","","2:39 PM","0:22","1","Live
Answer","Successful","",""
"(412) 471-5961","","","2:39 PM","0:23","1","Live
Answer","Successful","",""
"(703) 812-0936","","","2:39 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-4655","","","2:39 PM","0:33","1","Voice
Mail","Successful","",""
"(872) 333-1989","","","2:39 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 224-3865","","","2:40 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 279-7701","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-3482","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 268-2239","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-5441","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-0246","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 538-7278","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 731-7252","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-2848","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 681-6584","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-7732","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-1384","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-3678","","","2:40 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 223-7249","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 224-0943","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 227-3174","","","2:40 PM","0:21","1","Live
```

```
Answer","Successful","",""
"(215) 236-6843","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 423-0319","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-9581","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-4953","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 851-5226","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-8173","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 891-8327","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 475-6911","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(773) 933-6701","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(872) 444-5555","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-8569","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 745-3210","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-6058","","","2:40 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 255-1636","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(313) 533-5469","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 667-6111","","","2:40 PM","0:22","3","Live
Answer","Successful","",""
"(773) 829-1549","","","2:40 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 242-7222","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 255-4770","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 229-8178","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-8235","","","2:40 PM","0:23","2","Live
Answer","Successful","",""
"(215) 329-4023","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 424-1412","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 904-6418","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 441-1166","","","2:40 PM","0:43","1","Voice
```

Mail","Successful","",""
"(216) 563-1087","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1716","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-1650","","","2:40 PM","0:07","1","Live
Answer","Successful","",""
"(313) 538-2853","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-2645","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 371-0179","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-5718","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 521-8893","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-8607","","","2:40 PM","0:17","1","Live
Answer","Successful","",""
"(212) 564-3804","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(215) 236-0520","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 333-7658","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-7352","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 621-7318","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 634-2783","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 634-4768","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 763-1239","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-8372","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(267) 368-6161","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 761-9793","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 273-2836","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 472-5822","","","2:40 PM","0:06","1","Live
Answer","Successful","",""
"(313) 740-7504","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(313) 836-0512","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 281-4345","","","2:40 PM","0:23","1","Live

```
Answer","Successful","",""
"(412) 621-6667","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(646) 736-3895","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(703) 525-7832","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 277-3755","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-5746","","","2:40 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 522-3281","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-4902","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 225-0604","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-1754","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-4146","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-1622","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-2807","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 471-8907","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(216) 795-5811","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(267) 731-1997","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 526-4254","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-1871","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-1645","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 471-2088","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 363-5520","","","2:40 PM","0:16","1","Live
Answer","Successful","",""
"(773) 966-5734","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 966-7549","","","2:40 PM","0:22","2","Live
Answer","Successful","",""
"(917) 475-1476","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 675-7809","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 276-0593","","","2:40 PM","0:32","1","Voice
```

Mail","Successful","",""
"(215) 332-6486","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-9499","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 745-4157","","","2:40 PM","0:17","2","Voice
Mail","Successful","",""
"(267) 297-6500","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 687-3379","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-1407","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-0820","","","2:40 PM","0:23","3","Live
Answer","Successful","",""
"(313) 893-0168","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-8711","","","2:40 PM","0:18","1","Live
Answer","Successful","",""
"(412) 621-5532","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 683-4456","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-3382","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 624-5083","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-6241","","","2:40 PM","0:06","1","Live
Answer","Successful","",""
"(773) 721-1427","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(212) 243-1734","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 564-3185","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 620-4061","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-0404","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-1546","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3756","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-3871","","","2:40 PM","0:22","2","Live
Answer","Successful","",""
"(215) 329-8526","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-0597","","","2:40 PM","0:08","1","Voice
Mail","Successful","",""
"(216) 426-0575","","","2:40 PM","0:28","1","Voice

Mail","Successful","",""
"(216) 426-1931","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 707-1020","","","2:40 PM","0:18","1","Live
Answer","Successful","",""
"(313) 205-5236","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 368-0032","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 369-1862","","","2:40 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 837-9323","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-2682","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 227-6041","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-3199","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-8887","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 515-3400","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 533-6531","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 273-0002","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-8849","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-1951","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-4722","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0459","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 535-4293","","","2:40 PM","0:27","2","Voice
Mail","Successful","",""
"(313) 537-7146","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 621-6161","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-5442","","","2:40 PM","0:18","1","Live
Answer","Successful","",""
"(773) 762-6850","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(773) 891-2344","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 736-2339","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-0140","","","2:40 PM","0:27","1","Voice

```
Mail","Successful","",""
"(215) 227-6297","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2276","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-4509","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-2930","","","2:40 PM","0:40","2","Voice
Mail","Successful","",""
"(215) 549-9143","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-6938","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 745-9754","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 904-8446","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 772-2854","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-1675","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(312) 409-4969","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-7184","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-1896","","","2:40 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 921-4627","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 371-6951","","","2:40 PM","0:28","2","Voice
Mail","Successful","",""
"(703) 237-5318","","","2:40 PM","0:38","2","Voice
Mail","Successful","",""
"(773) 521-6558","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 624-8205","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 966-4000","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4808","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(215) 424-1831","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 537-0567","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 537-8058","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-9816","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-6751","","","2:40 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(216) 851-2427","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 272-0655","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 366-1483","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-9857","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 892-1797","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 893-2539","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 242-2806","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 268-3933","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 521-3109","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 521-5374","","","2:40 PM","0:12","1","Live
Answer","Successful","",""
"(773) 548-5437","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 565-4786","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 927-4087","","","2:40 PM","0:36","3","Voice
Mail","Successful","",""
"(215) 457-1437","","","2:40 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 739-6262","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-7275","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-3295","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 721-4140","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0092","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 255-0517","","","2:40 PM","0:19","1","Live
Answer","Successful","",""
"(313) 892-3479","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 734-0345","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 224-2990","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-1950","","","2:40 PM","0:23","3","Live
Answer","Successful","",""
"(215) 229-5323","","","2:40 PM","0:31","1","Voice
```

Mail","Successful","",""
"(215) 236-7438","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 278-2045","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 291-9785","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 430-0176","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-8065","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 421-8785","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-0373","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(224) 701-0446","","","2:40 PM","0:49","1","Voice
Mail","Successful","",""
"(312) 859-4844","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(330) 931-4129","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(703) 465-8236","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 536-4083","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 752-2311","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 927-2285","","","2:40 PM","0:50","1","Voice
Mail","Successful","",""
"(212) 475-6771","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-4310","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-0857","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-9391","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-4708","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-7633","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(215) 457-0379","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 457-8759","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 548-9198","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 634-6056","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 742-2742","","","2:40 PM","0:00","3","No

Answer","Unsuccessful","",""
"(215) 765-4317","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-1320","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 471-8033","","","2:40 PM","0:18","1","Live
Answer","Successful","",""
"(313) 533-2378","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 592-8372","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 838-2563","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 562-1037","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 562-3744","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 727-6794","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-8166","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-2191","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-2617","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 426-1719","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-8196","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 725-2497","","","2:40 PM","0:15","2","Live
Answer","Successful","",""
"(216) 231-7855","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 441-2265","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 531-7826","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(267) 239-0210","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 331-8842","","","2:40 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 385-6142","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 490-3071","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 255-0154","","","2:40 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 270-7806","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 537-6241","","","2:40 PM","0:02","1","Live

Answer","Successful","",""
"(313) 977-9400","","","2:40 PM","0:14","1","Live
Answer","Successful","",""
"(646) 414-0172","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 351-8167","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-2901","","","2:40 PM","0:13","1","Voice
Mail","Successful","",""
"(773) 324-5851","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 731-7460","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 955-5961","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 600-0571","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 223-1960","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 223-2797","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-1656","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(215) 335-0609","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 424-3634","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-1583","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1664","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 249-7422","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 441-2936","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 368-5122","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-8654","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7851","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 892-7381","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 893-9987","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 351-0962","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(703) 243-7390","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-8068","","","2:40 PM","0:36","1","Voice

Mail","Successful","",""
"(773) 933-5231","","","2:40 PM","0:16","1","Live
Answer","Successful","",""
"(212) 216-9654","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-0747","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-6051","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 331-4997","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 437-7772","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 624-6995","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-0380","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-2665","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-5398","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 999-7243","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(312) 383-7019","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-5184","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-0310","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-8959","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 651-9379","","","2:40 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 740-7099","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 838-0804","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 221-6031","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 247-1939","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 268-2987","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 375-1661","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-2316","","","2:40 PM","0:07","1","Live
Answer","Successful","",""
"(215) 335-3604","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 423-4258","","","2:40 PM","0:40","1","Voice

```
Mail","Successful","",""
"(215) 548-0147","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 624-2426","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-3142","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5311","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-1712","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-0351","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 537-0662","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7510","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 892-8869","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-8535","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 768-2079","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-7332","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-5043","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 229-2451","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 235-2386","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-6803","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-7586","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 423-5142","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-5549","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-1949","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-3848","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-6413","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-6569","","","2:40 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 366-3669","","","2:40 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 368-3844","","","2:40 PM","0:27","1","Voice
```

```
Mail","Successful","",""
"(313) 499-0640","","","2:40 PM","1:01","1","Voice
Mail","Successful","",""
"(313) 531-2309","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 687-0929","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 882-0749","","","2:40 PM","0:16","1","Live
Answer","Successful","",""
"(773) 437-3027","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 536-2253","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 674-8606","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-2683","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-4681","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-0218","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 904-6839","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 761-8085","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(267) 273-0600","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 255-2677","","","2:40 PM","0:56","1","Voice
Mail","Successful","",""
"(313) 366-3879","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-7903","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 533-2115","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-8408","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-3886","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 535-4339","","","2:40 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 538-4302","","","2:40 PM","0:19","1","Live
Answer","Successful","",""
"(313) 891-5412","","","2:40 PM","2:05","1","Voice
Mail","Successful","",""
"(412) 586-4045","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-4525","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 493-1508","","","2:40 PM","1:06","1","Voice
```

Mail","Successful","",""
"(215) 225-8819","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-0131","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1915","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-4149","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 425-5947","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(215) 634-4482","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-1209","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 924-9359","","","2:40 PM","0:21","1","Voice
Mail","Successful","",""
"(215) 927-5993","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 978-8158","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(267) 343-4639","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 255-0728","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 537-0225","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 538-0000","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(313) 538-4103","","","2:40 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 766-5009","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 361-3480","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 731-4628","","","2:40 PM","0:07","1","Live
Answer","Successful","",""
"(703) 812-9336","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 285-6022","","","2:40 PM","0:07","3","Live
Answer","Successful","",""
"(773) 375-5412","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 891-2608","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-6033","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 228-1883","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3024","","","2:40 PM","0:31","1","Voice

```
Mail","Successful","",""
"(215) 424-2604","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 634-4674","","","2:40 PM","0:19","1","Live
Answer","Successful","",""
"(215) 739-1048","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-1384","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 681-3326","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5641","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 343-8370","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-7673","","","2:40 PM","0:10","1","Live
Answer","Successful","",""
"(773) 721-4230","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(212) 242-5294","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 924-1185","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-1119","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 332-3493","","","2:40 PM","0:37","2","Voice
Mail","Successful","",""
"(215) 424-7117","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-5140","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 531-0754","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 541-5703","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 600-5006","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-8359","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 472-5295","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-7379","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 351-3952","","","2:40 PM","1:21","1","Voice
Mail","Successful","",""
"(412) 361-0851","","","2:40 PM","0:31","2","Voice
Mail","Successful","",""
"(773) 437-5293","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-9160","","","2:40 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 624-4470","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 643-5686","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 223-0915","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-6463","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1225","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 229-8383","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-1298","","","2:40 PM","0:14","1","Live
Answer","Successful","",""
"(215) 425-2057","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 725-3538","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 486-6752","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1802","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 932-5090","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(312) 203-2244","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-6655","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 740-7718","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7890","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 578-9758","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 324-6006","","","2:40 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 966-4048","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(872) 444-5050","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(212) 927-0658","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-3658","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 331-0137","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 333-0943","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 333-7662","","","2:40 PM","0:19","1","Voice
```

```
Mail","Successful","",""
"(215) 423-7594","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 426-8109","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-3579","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-3936","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-4803","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 391-3517","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-3556","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-3739","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-3363","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 242-5396","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 281-1967","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-4870","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 542-0924","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-0319","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 242-5242","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 289-5918","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1578","","","2:40 PM","1:26","1","Voice
Mail","Successful","",""
"(215) 745-2804","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-5747","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 941-1625","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 978-4425","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-8253","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-9084","","","2:40 PM","0:45","1","Voice
Mail","Successful","",""
"(267) 519-9213","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 387-1381","","","2:40 PM","0:30","1","Voice
```

Mail","Successful","",""
"(313) 535-8521","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 794-6264","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 826-7420","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 285-9141","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 221-6454","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1295","","","2:40 PM","1:22","1","Voice
Mail","Successful","",""
"(215) 331-3269","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(215) 425-4870","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(216) 231-6778","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-8448","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(267) 428-5181","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 366-4317","","","2:40 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 835-0952","","","2:40 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 893-8620","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 241-4463","","","2:40 PM","0:01","1","Live
Answer","Successful","",""
"(412) 241-9014","","","2:40 PM","0:01","1","Live
Answer","Successful","",""
"(412) 371-0191","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 530-7098","","","2:40 PM","0:09","1","Voice
Mail","Successful","",""
"(773) 538-8311","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(773) 565-4630","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 731-9640","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 855-2080","","","2:40 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 940-1561","","","2:40 PM","0:45","1","Voice
Mail","Successful","",""
"(212) 242-2001","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-0713","","","2:40 PM","0:16","1","Voice

```
Mail","Successful","",""
"(215) 289-4459","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 426-5716","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 543-9360","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-4969","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 739-4891","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(215) 769-1604","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 278-8649","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-7786","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 681-8559","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 692-2976","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(216) 761-9226","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 335-2043","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-6223","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-8050","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1047","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 241-4147","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-2578","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(718) 548-2153","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 437-5598","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-1318","","","2:40 PM","0:33","2","Voice
Mail","Successful","",""
"(773) 643-7472","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 855-8263","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 924-9136","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 331-7270","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-1186","","","2:40 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(215) 634-1261","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 684-3285","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1704","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 268-4869","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 268-5472","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 721-1738","","","2:40 PM","0:12","1","Live
Answer","Successful","",""
"(313) 366-1293","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 366-3617","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-6526","","","2:40 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 740-7265","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 835-2282","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-4516","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-4613","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(412) 247-9850","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 281-4808","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 933-4937","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 966-5065","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 567-7874","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 221-0524","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-4893","","","2:40 PM","1:37","1","Voice
Mail","Successful","",""
"(215) 338-2274","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-4203","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-4201","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 791-1363","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-2124","","","2:40 PM","0:15","1","Live
```

```
Answer","Successful","",""
"(313) 534-6249","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 592-1123","","","2:40 PM","0:06","1","Live
Answer","Successful","",""
"(313) 891-8561","","","2:40 PM","0:48","1","Voice
Mail","Successful","",""
"(586) 371-9192","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 351-6669","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 538-0105","","","2:40 PM","0:45","1","Voice
Mail","Successful","",""
"(212) 967-4561","","","2:40 PM","0:18","1","Live
Answer","Successful","",""
"(215) 225-6796","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 333-4138","","","2:40 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 455-1173","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 634-4235","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 684-2155","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-6082","","","2:40 PM","0:10","1","Live
Answer","Successful","",""
"(267) 297-6712","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 318-7292","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 422-8359","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-5213","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-3714","","","2:40 PM","0:18","1","Live
Answer","Successful","",""
"(412) 731-1150","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 871-5221","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 801-0255","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 227-0710","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-5259","","","2:40 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 289-3891","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-4311","","","2:40 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(216) 268-0361","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2854","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-5913","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 766-6924","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 532-1397","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-9520","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-4818","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 693-4523","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-3225","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 667-2002","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 978-3850","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-1993","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-2494","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-3886","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-5141","","","2:40 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 839-0210","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 331-3333","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 531-1282","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 758-6103","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 334-3712","","","2:40 PM","1:21","1","Voice
Mail","Successful","",""
"(313) 592-1395","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 224-2350","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 521-8429","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(872) 244-3465","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 331-4740","","","2:40 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 742-2619","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1748","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 751-8454","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-9385","","","2:40 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 533-7928","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 543-9303","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 893-1951","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 363-4643","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 523-5216","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(773) 667-7640","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 933-7457","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-7905","","","2:40 PM","0:23","2","Live
Answer","Successful","",""
"(215) 331-2936","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-3123","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-7554","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 745-2401","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 451-7249","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(313) 255-7339","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-4425","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-7302","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 532-9499","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(412) 241-5739","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 391-2022","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 527-2849","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-2496","","","2:40 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(773) 530-0427","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-0404","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 236-9447","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 329-0946","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 457-6098","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 722-6956","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 505-5689","","","2:40 PM","0:17","1","Live
Answer","Successful","",""
"(313) 535-0961","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 731-7909","","","2:40 PM","0:17","1","Live
Answer","Successful","",""
"(412) 241-4687","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(571) 312-5233","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 891-1108","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(212) 255-6863","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 367-8164","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 682-7600","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 224-2318","","","2:40 PM","0:09","1","Live
Answer","Successful","",""
"(215) 331-4356","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 515-3448","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-8398","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 549-0407","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(215) 769-8316","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 927-2481","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(312) 205-9409","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7270","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 838-4367","","","2:40 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(412) 242-7189","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-3768","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(212) 534-6741","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-1357","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(215) 333-5180","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-3280","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-3286","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 621-6861","","","2:40 PM","0:13","1","Live
Answer","Successful","",""
"(215) 634-0685","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 765-6365","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 368-5058","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-3767","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-5587","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-4575","","","2:40 PM","0:06","1","Live
Answer","Successful","",""
"(313) 740-7898","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 232-3636","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(703) 461-0644","","","2:40 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(703) 534-6105","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 536-7990","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 548-4340","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 643-2562","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-2072","","","2:40 PM","0:13","1","Live
Answer","Successful","",""
"(215) 708-8713","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 421-0763","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 297-0336","","","2:40 PM","0:22","1","Voice
```

Mail","Successful","",""
"(313) 534-0982","","","2:40 PM","0:12","1","Live
Answer","Successful","",""
"(313) 538-5807","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 541-8593","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 243-8427","","","2:40 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 521-7441","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(215) 203-8093","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-9680","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-5006","","","2:40 PM","1:05","1","Voice
Mail","Successful","",""
"(215) 229-8648","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 533-9887","","","2:40 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 634-3666","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-2960","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 851-9160","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 932-3879","","","2:40 PM","0:46","1","Voice
Mail","Successful","",""
"(267) 343-3153","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-4196","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 534-2985","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-1524","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 247-1615","","","2:40 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 522-9556","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-3892","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 759-6302","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 989-3472","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-7225","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3945","","","2:40 PM","0:49","1","Voice

Mail","Successful","",""
"(215) 228-1605","","","2:40 PM","0:23","3","Live
Answer","Successful","",""
"(215) 229-9729","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-2287","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 276-4094","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 425-0445","","","2:40 PM","0:22","2","Live
Answer","Successful","",""
"(215) 425-2581","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-4980","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 743-6170","","","2:40 PM","1:21","1","Voice
Mail","Successful","",""
"(216) 417-0237","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 451-0098","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 860-4942","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 272-6777","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 531-9069","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-1681","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-1821","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-9723","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 893-5577","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 243-6973","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 731-3526","","","2:40 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(571) 527-0339","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(646) 833-7992","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 268-3235","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 373-6062","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 762-2457","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 228-9426","","","2:40 PM","0:33","1","Voice

Mail","Successful","",""
"(215) 232-5987","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1518","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-4937","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 231-8120","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 331-6294","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 858-4115","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 368-1803","","","2:40 PM","0:24","1","Live
Answer","Successful","",""
"(313) 535-2729","","","2:40 PM","0:01","1","Live
Answer","Successful","",""
"(313) 694-3030","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(313) 839-9540","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(347) 843-8806","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 261-2856","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-3298","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-3038","","","2:40 PM","0:24","1","Voice
Mail","Successful","",""
"(215) 226-1430","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-4528","","","2:40 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 332-3138","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-1207","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1422","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-4304","","","2:40 PM","0:49","1","Voice
Mail","Successful","",""
"(215) 548-7553","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 613-5049","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 613-7469","","","2:40 PM","0:06","1","Live
Answer","Successful","",""
"(215) 728-7520","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-6526","","","2:40 PM","0:27","1","Voice

Mail","Successful","",""
"(216) 851-7877","","","2:40 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 387-3946","","","2:40 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 891-5234","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 871-3778","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(630) 764-9559","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(646) 476-7145","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 734-0487","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(872) 222-6306","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 248-9029","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 225-6410","","","2:40 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 226-1325","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 227-0840","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1479","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 324-0960","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1096","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 333-2731","","","2:40 PM","0:16","1","Live
Answer","Successful","",""
"(215) 425-5412","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 765-2303","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 787-9694","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-2499","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-5102","","","2:40 PM","0:50","1","Voice
Mail","Successful","",""
"(216) 681-7412","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 862-7026","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-5496","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 340-2163","","","2:40 PM","1:06","1","Voice

```
Mail","Successful","",""
"(313) 532-7056","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-6971","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 784-6933","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 643-7146","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 801-0230","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 855-2517","","","2:40 PM","0:08","1","Voice
Mail","Successful","",""
"(212) 645-2438","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(212) 929-1161","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 423-1221","","","2:40 PM","0:04","1","Live
Answer","Successful","",""
"(215) 722-2796","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 769-4865","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 681-1028","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 851-2282","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 687-2284","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-3526","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-4402","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-1910","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-7942","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-6087","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 363-9661","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 675-1585","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 902-7176","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 239-8262","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 633-1969","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-0605","","","2:40 PM","0:21","1","Live
```

```
Answer","Successful","",""
"(215) 228-0850","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-4485","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 743-4511","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 451-7317","","","2:40 PM","0:23","2","Live
Answer","Successful","",""
"(216) 561-1012","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 851-3373","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-3869","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-0723","","","2:40 PM","0:22","3","Live
Answer","Successful","",""
"(313) 368-4669","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 243-2012","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 391-8713","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-2283","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-2382","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 667-3488","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 675-4784","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 924-1266","","","2:40 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 223-3397","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-3522","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 338-7949","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-8689","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 533-3388","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 535-3546","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-2304","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 441-0636","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1388","","","2:40 PM","0:28","1","Voice
```

```
Mail","Successful","",""
"(216) 883-9118","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1558","","","2:40 PM","0:07","1","Voice
Mail","Successful","",""
"(313) 532-5231","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 826-7754","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(347) 843-6280","","","2:40 PM","0:04","1","Live
Answer","Successful","",""
"(412) 621-4808","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-2176","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 223-6815","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 226-2669","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1471","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 548-0496","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 641-7106","","","2:40 PM","1:16","1","Voice
Mail","Successful","",""
"(216) 681-3414","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 785-9993","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(312) 723-4784","","","2:40 PM","0:08","1","Voice
Mail","Successful","",""
"(313) 387-5186","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 567-1938","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 221-9109","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-4941","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 675-4641","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 229-3453","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 329-1312","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-4582","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-0228","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-6535","","","2:40 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 366-1543","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 368-7323","","","2:40 PM","0:04","1","Live
Answer","Successful","",""
"(313) 531-3549","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-3878","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 535-8808","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 799-0151","","","2:40 PM","0:03","1","Live
Answer","Successful","",""
"(313) 838-1559","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 893-2925","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 243-1295","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-9417","","","2:40 PM","1:23","1","Voice
Mail","Successful","",""
"(412) 471-5269","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-0524","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 734-7822","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 408-1791","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 239-4444","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 675-3837","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-0837","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-0516","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 338-3840","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-6734","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 744-3084","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 862-8913","","","2:40 PM","0:16","1","Live
Answer","Successful","",""
"(267) 519-2421","","","2:40 PM","0:10","1","Live
Answer","Successful","",""
"(313) 369-1393","","","2:40 PM","0:49","1","Voice
Mail","Successful","",""
"(313) 535-2787","","","2:40 PM","0:13","2","Live
```

```
Answer","Successful","",""
"(313) 694-3817","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 835-0972","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 243-5986","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 723-2164","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 802-0787","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-3509","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 374-1650","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 375-3317","","","2:40 PM","0:24","1","Live
Answer","Successful","",""
"(773) 955-9817","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(212) 675-7320","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-8749","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 291-9037","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-5677","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-6086","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 634-7270","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 744-9303","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(216) 761-0477","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 761-6276","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(312) 837-7266","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 255-0461","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 270-2752","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 531-4019","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(313) 534-5345","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-2905","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-5898","","","2:40 PM","0:31","1","Voice
```

Mail","Successful","",""
"(313) 538-1804","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 736-3568","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 247-7676","","","2:40 PM","0:13","1","Live
Answer","Successful","",""
"(412) 271-6404","","","2:40 PM","0:35","2","Voice
Mail","Successful","",""
"(212) 600-0887","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-8711","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 226-0403","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-1729","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6356","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(215) 229-4908","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 229-8115","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 708-2146","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-6070","","","2:40 PM","0:12","1","Live
Answer","Successful","",""
"(216) 721-2847","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 791-1609","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 340-9766","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 534-7182","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(313) 535-3411","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 543-9176","","","2:40 PM","0:10","1","Voice
Mail","Successful","",""
"(313) 592-1966","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(313) 836-4280","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(773) 374-8198","","","2:40 PM","0:13","1","Live
Answer","Successful","",""
"(773) 521-3061","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(773) 762-7350","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(773) 891-3019","","","2:40 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(929) 259-9366","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-4972","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 226-1029","","","2:40 PM","0:22","2","Live
Answer","Successful","",""
"(215) 228-6875","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-1995","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 232-1210","","","2:40 PM","0:08","1","Live
Answer","Successful","",""
"(215) 291-8361","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 331-4816","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-2311","","","2:40 PM","0:11","1","Live
Answer","Successful","",""
"(216) 761-2030","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7124","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-3051","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 645-5098","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-8144","","","2:40 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 228-5779","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 228-7215","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-5491","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 425-4493","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 427-1652","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 728-0524","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-0372","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 765-6216","","","2:40 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 821-2081","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(312) 414-6890","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-0739","","","2:40 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(313) 693-4696","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 562-3740","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-2938","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(646) 486-0669","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-6563","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-6673","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 624-2345","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-9894","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 203-4822","","","2:40 PM","0:26","1","Voice
Mail","Successful","",""
"(212) 564-7744","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 221-6080","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1254","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 226-7902","","","2:40 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 338-3273","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 423-0864","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5010","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-0630","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-8316","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-1666","","","2:40 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 763-1310","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 765-8683","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-0432","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 505-5166","","","2:40 PM","0:19","1","Live
Answer","Successful","",""
"(216) 681-0526","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 785-9660","","","2:40 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(216) 791-9990","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-2909","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(313) 838-7274","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-4491","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-3588","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 731-8036","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 321-9959","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 752-6488","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(917) 675-6660","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(212) 216-0076","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(212) 873-2191","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 223-8362","","","2:40 PM","0:06","1","Live
Answer","Successful","",""
"(215) 329-5482","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 624-2383","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 728-1292","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 421-1261","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-1021","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-5740","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 766-7322","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 420-3250","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 978-0062","","","2:40 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 225-1505","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-2939","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-1101","","","2:40 PM","0:17","1","Live
Answer","Successful","",""
"(215) 745-2328","","","2:40 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 924-1498","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-1296","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 369-2461","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-2376","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 694-3418","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 731-7590","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(703) 522-6287","","","2:40 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 548-5874","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 571-1730","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 225-8949","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-8186","","","2:40 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 324-0635","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-5910","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2939","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 537-4465","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-1759","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-9150","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 624-3370","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 787-0619","","","2:40 PM","0:16","1","Live
Answer","Successful","",""
"(216) 465-2008","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-7074","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(313) 531-6555","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 243-0157","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 783-1960","","","2:40 PM","1:04","1","Voice
Mail","Successful","",""
"(703) 351-6509","","","2:40 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 376-8678","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-7238","","","2:40 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 329-0798","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-8467","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 249-4125","","","2:40 PM","0:20","1","Live
Answer","Successful","",""
"(216) 249-4642","","","2:40 PM","0:34","3","Voice
Mail","Successful","",""
"(216) 681-3122","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-4037","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 366-4579","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 532-3859","","","2:40 PM","0:54","1","Voice
Mail","Successful","",""
"(313) 537-0149","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-7529","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-0344","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 621-0993","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-1724","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 374-8197","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 565-4228","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 762-0348","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 762-6742","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(212) 206-6965","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(212) 243-2786","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-3363","","","2:40 PM","1:13","1","Voice
Mail","Successful","",""
"(215) 324-8912","","","2:40 PM","0:13","1","Voice
Mail","Successful","",""
"(215) 455-3247","","","2:40 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 457-3489","","","2:40 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 624-1893","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-2320","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-9000","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-2988","","","2:40 PM","0:13","2","Live
Answer","Successful","",""
"(267) 297-8303","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-9884","","","2:40 PM","0:07","1","Live
Answer","Successful","",""
"(313) 766-6082","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 241-5309","","","2:40 PM","0:47","1","Voice
Mail","Successful","",""
"(412) 271-7028","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 281-7741","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 682-5810","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(646) 350-3273","","","2:40 PM","1:05","1","Voice
Mail","Successful","",""
"(703) 525-9693","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 527-8123","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-6115","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(773) 642-1840","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 927-1048","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-5500","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-2627","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 228-7433","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-9874","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 288-3249","","","2:40 PM","1:33","1","Voice
Mail","Successful","",""
"(216) 681-0577","","","2:40 PM","0:22","2","Live
Answer","Successful","",""
"(216) 761-0904","","","2:40 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 686-3451","","","2:40 PM","0:16","1","Live
```

Answer","Successful","",""
"(313) 365-8064","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-7807","","","2:40 PM","0:46","1","Voice
Mail","Successful","",""
"(313) 592-4471","","","2:40 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 836-7973","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-3807","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 687-0207","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(646) 654-1032","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-7428","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-1469","","","2:40 PM","0:08","1","Live
Answer","Successful","",""
"(773) 536-0652","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-5409","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 324-4283","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 978-4530","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 451-0947","","","2:40 PM","0:13","1","Live
Answer","Successful","",""
"(313) 493-0483","","","2:40 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-4126","","","2:40 PM","0:00","1","Live
Answer","Successful","",""
"(313) 592-8475","","","2:40 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 740-7405","","","2:40 PM","0:14","1","Live
Answer","Successful","",""
"(313) 892-5476","","","2:40 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 893-2711","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-3948","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 586-7108","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 586-7390","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 727-1384","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 288-7050","","","2:40 PM","1:06","1","Voice

Mail","Successful","",""
"(773) 542-1635","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-3136","","","2:40 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 223-3496","","","2:40 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 228-7288","","","2:40 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 235-1815","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-1971","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8137","","","2:40 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 624-8582","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-6053","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 361-2109","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 297-5778","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 307-8187","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 368-7317","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-8363","","","2:40 PM","0:05","1","Live
Answer","Successful","",""
"(313) 531-5452","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 537-0279","","","2:40 PM","0:20","3","Live
Answer","Successful","",""
"(313) 766-7762","","","2:40 PM","0:15","1","Voice
Mail","Successful","",""
"(347) 329-3155","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-2383","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 371-2814","","","2:40 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 661-0523","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 681-0167","","","2:40 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-5214","","","2:40 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 243-1307","","","2:40 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 285-2738","","","2:40 PM","0:22","1","Voice

```
Mail","Successful","",""
"(773) 538-8089","","","2:40 PM","0:25","1","Live
Answer","Successful","",""
"(212) 633-1558","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1074","","","2:40 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 224-2053","","","2:40 PM","0:15","1","Live
Answer","Successful","",""
"(215) 333-9483","","","2:40 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-3677","","","2:40 PM","0:24","1","Live
Answer","Successful","",""
"(215) 426-6374","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-6948","","","2:40 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-5064","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(216) 932-2359","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(267) 886-8044","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 397-1322","","","2:40 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 471-1286","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(412) 709-6463","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-7875","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-5043","","","2:40 PM","0:19","1","Live
Answer","Successful","",""
"(773) 493-3092","","","2:40 PM","0:14","1","Live
Answer","Successful","",""
"(773) 565-4866","","","2:40 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-8496","","","2:40 PM","0:12","1","Live
Answer","Successful","",""
"(215) 338-2481","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-6901","","","2:40 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-7737","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-3246","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(267) 687-7209","","","2:40 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 909-9262","","","2:40 PM","0:41","1","Voice
```

Mail","Successful","",""
"(313) 255-4968","","","2:40 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 371-8236","","","2:40 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-9432","","","2:40 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 592-0324","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7193","","","2:40 PM","0:36","1","Voice
Mail","Successful","",""
"(517) 701-2096","","","2:40 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 254-9643","","","2:40 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4450","","","2:40 PM","0:02","1","Live
Answer","Successful","",""
"(773) 855-2072","","","2:40 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 966-4992","","","2:40 PM","0:19","1","Live
Answer","Successful","",""
"(215) 221-0369","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-5077","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-3260","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 320-2476","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-2198","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 839-1534","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 243-1676","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 247-4649","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-1537","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-1188","","","2:41 PM","0:24","1","Live
Answer","Successful","",""
"(773) 891-4717","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 807-1293","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6410","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-3736","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1934","","","2:41 PM","0:30","2","Voice

Mail","Successful","",""
"(215) 333-4474","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3201","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 455-2904","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 613-8020","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-6057","","","2:41 PM","0:19","1","Voice
Mail","Successful","",""
"(215) 634-6039","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0729","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 769-4358","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-4117","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 291-8478","","","2:41 PM","0:18","1","Live
Answer","Successful","",""
"(216) 451-6769","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-6958","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-8281","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(216) 767-0014","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 368-3459","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-4059","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-3151","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 893-1764","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 232-0774","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(412) 242-7833","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(612) 305-0658","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(703) 528-2924","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 536-3047","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 542-5169","","","2:41 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 565-4401","","","2:41 PM","0:20","1","Live

```
Answer","Successful","",""
"(215) 223-3728","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(215) 455-7679","","","2:41 PM","1:35","1","Voice
Mail","Successful","",""
"(215) 549-2042","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 758-2750","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-7516","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-0173","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-7408","","","2:41 PM","0:25","1","Voice
Mail","Successful","",""
"(773) 530-0305","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 565-4761","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 624-4604","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 891-1117","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(212) 587-9170","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(212) 588-8749","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-6317","","","2:41 PM","0:37","2","Voice
Mail","Successful","",""
"(215) 924-4989","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(216) 268-0552","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4163","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-1395","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 707-9609","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 795-5869","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-9125","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 693-4677","","","2:41 PM","0:09","1","Voice
Mail","Successful","",""
"(412) 482-1539","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 687-4155","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 904-1433","","","2:41 PM","0:13","1","Live
```

Answer","Successful","",""
"(773) 277-8343","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 548-3727","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 801-1252","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 933-0409","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0907","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1193","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(215) 226-4106","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-3314","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-8206","","","2:41 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 332-6543","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-3095","","","2:41 PM","0:11","1","Live
Answer","Successful","",""
"(215) 338-2695","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 423-3840","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 624-0859","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 634-1842","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(312) 763-8939","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 272-0524","","","2:41 PM","0:25","1","Voice
Mail","Successful","",""
"(484) 352-4706","","","2:41 PM","0:03","1","Live
Answer","Successful","",""
"(773) 285-9218","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 375-0807","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-7881","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 223-4448","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 291-2819","","","2:41 PM","0:11","1","Live
Answer","Successful","",""
"(215) 332-6835","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(215) 427-2659","","","2:41 PM","0:27","1","Voice

```
Mail","Successful","",""
"(215) 455-7639","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 457-1984","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-0125","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 641-5958","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 795-5110","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-5238","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 891-8056","","","2:41 PM","0:15","1","Live
Answer","Successful","",""
"(412) 642-2922","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(571) 527-0426","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(708) 730-4406","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 363-3048","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 363-5394","","","2:41 PM","1:01","1","Voice
Mail","Successful","",""
"(773) 933-0069","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-3614","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 831-8605","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 941-8811","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-1977","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(313) 533-3893","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 592-0845","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 694-3324","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 247-4799","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-0862","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 768-2937","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 927-8983","","","2:41 PM","0:23","1","Voice
Mail","Successful","",""
"(212) 742-1651","","","2:41 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 226-5537","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 289-2892","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-5027","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 331-7841","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-4057","","","2:41 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 424-1170","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-7055","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 535-2070","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-8362","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 743-0214","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-0953","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 229-7795","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 371-4354","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 481-5950","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 531-7137","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 537-2331","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-9124","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(347) 843-7479","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-8789","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 281-4963","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 371-1744","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-9517","","","2:41 PM","0:04","1","Live
Answer","Successful","",""
"(872) 244-7939","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(917) 962-9012","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(212) 410-1791","","","2:41 PM","0:22","1","Live
```

Answer","Successful","",""
"(215) 226-3116","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-3479","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 236-6471","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 291-7535","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 329-4857","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(215) 342-3563","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 457-2614","","","2:41 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 634-1673","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-7277","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 751-7476","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 751-9710","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 443-1620","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-3540","","","2:41 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 766-5935","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 766-6738","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 243-3931","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 221-8520","","","2:41 PM","0:17","1","Live
Answer","Successful","",""
"(773) 277-0454","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 493-3612","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-6758","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(929) 259-9323","","","2:41 PM","0:03","1","Live
Answer","Successful","",""
"(215) 224-6189","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 291-4345","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-1272","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(215) 331-0669","","","2:41 PM","0:34","1","Voice

```
Mail","Successful","",""
"(215) 342-3160","","","2:41 PM","0:23","3","Voice
Mail","Successful","",""
"(215) 548-7415","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1123","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 739-3957","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 978-7653","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 451-9673","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 563-1299","","","2:41 PM","0:49","1","Voice
Mail","Successful","",""
"(216) 761-4496","","","2:41 PM","0:28","2","Voice
Mail","Successful","",""
"(216) 851-3808","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 241-4276","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 371-4552","","","2:41 PM","0:15","1","Live
Answer","Successful","",""
"(773) 221-7302","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 548-7002","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 675-5635","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(872) 444-5113","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(212) 842-2418","","","2:41 PM","0:04","1","Live
Answer","Successful","",""
"(215) 232-3836","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 288-2813","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-1569","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 537-5410","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 769-4186","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5999","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2405","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-5184","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-7472","","","2:41 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(267) 239-5853","","","2:41 PM","1:03","1","Voice
Mail","Successful","",""
"(412) 562-3931","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 727-6429","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(440) 730-3193","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(703) 741-0354","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-3683","","","2:41 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 538-9732","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 643-3228","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 223-1087","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-4831","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 332-3093","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-2942","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8852","","","2:41 PM","0:19","1","Live
Answer","Successful","",""
"(215) 457-4464","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-8478","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 927-1183","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 851-0111","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 851-2929","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 531-5064","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2439","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 837-0282","","","2:41 PM","0:58","1","Voice
Mail","Successful","",""
"(412) 241-7994","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 434-5679","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(412) 681-3569","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(586) 701-7542","","","2:41 PM","0:31","1","Voice
```

Mail","Successful","",""
"(773) 522-5489","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-3310","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(872) 666-5357","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 912-0132","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 224-0185","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-2675","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-2041","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-8751","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5171","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(267) 886-9204","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 532-5936","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 892-5122","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-9034","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 522-1853","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-2568","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 225-3845","","","2:41 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 227-4255","","","2:41 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 235-7476","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-1723","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 329-2058","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 457-7784","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-1260","","","2:41 PM","0:20","1","Live
Answer","Successful","",""
"(215) 765-7532","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-8095","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 321-5824","","","2:41 PM","0:23","1","Live

Answer","Successful","",""
"(313) 368-2450","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 531-3204","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-6419","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-2368","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 244-1545","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-1711","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 521-7297","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(212) 924-4362","","","2:41 PM","0:18","2","Live
Answer","Successful","",""
"(212) 928-3011","","","2:41 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 224-2562","","","2:41 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 232-4950","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 329-2054","","","2:41 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 425-4373","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 549-2610","","","2:41 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 787-0238","","","2:41 PM","0:11","1","Live
Answer","Successful","",""
"(216) 417-6887","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 531-9435","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 366-0509","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-6473","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-1454","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 740-7646","","","2:41 PM","0:04","1","Live
Answer","Successful","",""
"(313) 893-8972","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-5286","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-2026","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 768-1772","","","2:41 PM","0:35","1","Voice

Mail","Successful","",""
"(212) 564-4089","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1696","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 331-2898","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 543-0651","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 624-8038","","","2:41 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 634-3803","","","2:41 PM","0:15","1","Live
Answer","Successful","",""
"(215) 722-6103","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 725-5842","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-2210","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 268-1646","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-2368","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-2285","","","2:41 PM","0:09","1","Live
Answer","Successful","",""
"(313) 526-9580","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 533-2590","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 535-8722","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-6430","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-7342","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 525-0621","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 521-5090","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-8494","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 229-0979","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 232-0786","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-2632","","","2:41 PM","0:16","1","Live
Answer","Successful","",""
"(215) 276-8051","","","2:41 PM","0:18","1","Live
Answer","Successful","",""
"(215) 324-1384","","","2:41 PM","0:27","1","Voice

Mail","Successful","",""
"(215) 424-2039","","","2:41 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 634-4929","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-1910","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 938-6981","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(313) 387-9415","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-3260","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(412) 371-7139","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 374-7978","","","2:41 PM","0:55","1","Voice
Mail","Successful","",""
"(773) 437-4446","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-3384","","","2:41 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 225-2839","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-4743","","","2:41 PM","0:40","2","Voice
Mail","Successful","",""
"(215) 225-6550","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 227-7430","","","2:41 PM","0:18","2","Live
Answer","Successful","",""
"(215) 634-5079","","","2:41 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 761-0692","","","2:41 PM","0:59","1","Voice
Mail","Successful","",""
"(313) 368-1459","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 369-2672","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 826-1314","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 977-9873","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 243-1572","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 244-0491","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 223-3821","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 228-1598","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1691","","","2:41 PM","0:00","3","No

Answer","Unsuccessful","",""
"(215) 232-5048","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(215) 335-2500","","","2:41 PM","0:16","1","Live
Answer","Successful","",""
"(215) 423-0318","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 787-0470","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-7815","","","2:41 PM","1:12","1","Voice
Mail","Successful","",""
"(216) 541-6250","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 909-9040","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-4905","","","2:41 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 541-1151","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 836-1685","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(703) 330-7489","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-3637","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 966-4397","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 226-5316","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(215) 236-9214","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5796","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1071","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 924-1479","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 266-0155","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 681-3238","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5573","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(216) 851-4003","","","2:41 PM","0:17","2","Voice
Mail","Successful","",""
"(216) 883-1815","","","2:41 PM","0:04","3","Live
Answer","Successful","",""
"(313) 366-1273","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 532-6694","","","2:41 PM","0:37","1","Voice

Mail","Successful","",""
"(313) 766-5345","","","2:41 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 836-1035","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(313) 837-5127","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 891-9284","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 351-3113","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 312-1055","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 548-2798","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 947-9533","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(872) 465-3918","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2018","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(215) 335-1783","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 338-6917","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5244","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-9601","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 893-3529","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(703) 465-0340","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-6258","","","2:41 PM","0:18","1","Live
Answer","Successful","",""
"(773) 522-7922","","","2:41 PM","0:16","1","Live
Answer","Successful","",""
"(773) 675-6794","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 734-6282","","","2:41 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 236-3484","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-9996","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 331-1677","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-7624","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5381","","","2:41 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 549-9665","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-8958","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-3797","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-6330","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 835-8904","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 839-3642","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(412) 243-0214","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 247-5054","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 254-8968","","","2:41 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 522-4346","","","2:41 PM","0:15","1","Live
Answer","Successful","",""
"(773) 542-7712","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 947-8488","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 236-2279","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 332-3889","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 333-6272","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-2520","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 725-2894","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 739-3476","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-4836","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 303-9937","","","2:41 PM","0:24","1","Live
Answer","Successful","",""
"(216) 761-5838","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0952","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-5611","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-5179","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 733-6471","","","2:41 PM","0:22","1","Voice
```

```
Mail","Successful","",""
"(412) 871-5100","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 451-9935","","","2:41 PM","0:05","1","Voice
Mail","Successful","",""
"(773) 855-2092","","","2:41 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 224-3209","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-2386","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0261","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 276-4583","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 426-4169","","","2:41 PM","0:21","2","Live
Answer","Successful","",""
"(215) 455-9269","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 787-0232","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-2751","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-0170","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 791-6270","","","2:41 PM","0:53","1","Voice
Mail","Successful","",""
"(267) 335-5392","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 541-1319","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 826-1066","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-1994","","","2:41 PM","0:15","2","Live
Answer","Successful","",""
"(313) 891-4057","","","2:41 PM","0:21","1","Live
Answer","Successful","",""
"(412) 362-6421","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 682-7723","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 324-0109","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 722-8982","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-3782","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-1296","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 421-8935","","","2:41 PM","1:06","1","Voice
```

```
Mail","Successful","",""
"(216) 541-2330","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 532-8743","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 537-0627","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 777-3123","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 836-6969","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(646) 336-1234","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 374-7383","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 475-7404","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-0726","","","2:41 PM","0:08","1","Live
Answer","Successful","",""
"(773) 522-1592","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 731-7179","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 978-7215","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 786-0890","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(212) 867-0883","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 203-0111","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1421","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1796","","","2:41 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 228-4973","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 289-6472","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 535-5033","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-7368","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-2394","","","2:41 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 739-3768","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-5640","","","2:41 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 904-6110","","","2:41 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(216) 451-1287","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 721-2159","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-5271","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 535-4530","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-4812","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 731-5264","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-7411","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 324-3914","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-2444","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-0878","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-2838","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-2765","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-4459","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-9552","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 538-5692","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(773) 542-0187","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-1423","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-3666","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 232-0604","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-3577","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-2062","","","2:41 PM","0:18","1","Live
Answer","Successful","",""
"(312) 481-0115","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 354-8366","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 366-3229","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 531-4712","","","2:41 PM","0:23","1","Live
```

Answer","Successful","",""
"(313) 694-3273","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 739-6107","","","2:41 PM","0:20","1","Live
Answer","Successful","",""
"(313) 893-6534","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(412) 247-3916","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 281-7547","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(484) 734-0741","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 493-1902","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-6815","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 762-4663","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 927-4863","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(212) 255-0029","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 795-8124","","","2:41 PM","0:06","1","Live
Answer","Successful","",""
"(215) 221-5070","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1181","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 338-0543","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-2126","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 978-7840","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 268-0342","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 761-0751","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 687-8927","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 532-1968","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-0319","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7089","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-0748","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 643-5201","","","2:41 PM","0:37","1","Voice

```
Mail","Successful","",""
"(773) 762-2778","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-7960","","","2:41 PM","0:49","1","Voice
Mail","Successful","",""
"(773) 947-8662","","","2:41 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 997-4444","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 564-6869","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 228-1602","","","2:41 PM","0:57","1","Voice
Mail","Successful","",""
"(215) 613-7866","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 722-3477","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 791-6986","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 369-2881","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-0581","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-7785","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(412) 371-1829","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-0218","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-4812","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 373-3299","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 521-9547","","","2:41 PM","0:13","1","Live
Answer","Successful","",""
"(773) 548-5536","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-0273","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 690-0872","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-8743","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-8546","","","2:41 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 236-9983","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 291-2929","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 331-8358","","","2:41 PM","0:32","1","Voice
```

Mail","Successful","",""
"(215) 423-2976","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-9232","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 921-8316","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 343-8242","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 273-8149","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(313) 366-3683","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 368-5117","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 532-1682","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 766-6484","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 242-7079","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 263-1823","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 271-2945","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 536-2877","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(773) 768-0477","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-2460","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-0424","","","2:41 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 423-5722","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-2079","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-0796","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 763-0447","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 924-4465","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 268-4941","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-3402","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-3069","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 273-8961","","","2:41 PM","0:42","1","Voice

Mail","Successful","",""
"(313) 532-8187","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-0226","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-7738","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 351-1630","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 371-1022","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 471-1748","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 636-9635","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-6645","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-5666","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-2192","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-3070","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 236-2154","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-4479","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-0213","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 725-0514","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-0890","","","2:41 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 533-8310","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 537-3227","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 541-2914","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 826-1493","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-3790","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 271-7336","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-8268","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 727-6890","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 363-3378","","","2:41 PM","0:22","1","Live

```
Answer","Successful","",""
"(773) 696-9127","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(212) 924-6444","","","2:41 PM","0:20","1","Live
Answer","Successful","",""
"(215) 228-6766","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 329-0604","","","2:41 PM","0:24","1","Live
Answer","Successful","",""
"(216) 761-8579","","","2:41 PM","0:06","1","Live
Answer","Successful","",""
"(313) 255-1145","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-9233","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7885","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 835-8627","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 837-8458","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 241-7442","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-6267","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-3255","","","2:41 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 363-0030","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 373-3607","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 521-1782","","","2:41 PM","0:13","1","Live
Answer","Successful","",""
"(212) 807-1283","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 232-3553","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 232-4773","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 427-1573","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 417-8534","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7907","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(929) 263-1440","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 279-7596","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 324-9182","","","2:41 PM","0:23","1","Live
```

Answer","Successful","",""
"(215) 332-6503","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-0250","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 548-2768","","","2:41 PM","0:11","1","Voice
Mail","Successful","",""
"(215) 739-3618","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(267) 773-8035","","","2:41 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 535-2233","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-4714","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(586) 291-5622","","","2:41 PM","0:48","1","Voice
Mail","Successful","",""
"(773) 277-0275","","","2:41 PM","0:23","2","Live
Answer","Successful","",""
"(773) 277-2614","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-3149","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 223-0960","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 224-1665","","","2:41 PM","0:21","1","Live
Answer","Successful","",""
"(215) 228-5731","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-9159","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-4920","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5717","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 769-0272","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-7033","","","2:41 PM","0:20","2","Live
Answer","Successful","",""
"(313) 533-0342","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 592-1689","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 826-7920","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 243-1890","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 391-0514","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 373-7564","","","2:41 PM","0:23","2","Live

Answer","Successful","",""
"(773) 451-0115","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 522-1610","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 978-3110","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(872) 244-7295","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(917) 409-0087","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 225-3590","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 236-6658","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-0356","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9169","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 291-9222","","","2:41 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 331-3894","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 424-2560","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 457-2326","","","2:41 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 537-5827","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 745-1193","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 505-5394","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 681-6387","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 533-6110","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 835-3118","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(313) 977-9088","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9865","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 441-2540","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 351-6268","","","2:41 PM","0:56","1","Voice
Mail","Successful","",""
"(773) 268-3234","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 268-7525","","","2:41 PM","0:33","1","Voice

```
Mail","Successful","",""
"(773) 376-0832","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4703","","","2:41 PM","0:08","1","Live
Answer","Successful","",""
"(773) 752-3430","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5717","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1369","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 225-6189","","","2:41 PM","0:21","1","Live
Answer","Successful","",""
"(215) 228-2847","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 288-4638","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-6515","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 427-0680","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 455-5596","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 543-0390","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-2549","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 769-5181","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 431-7091","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-6450","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 851-0954","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-2977","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 538-0188","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 924-6531","","","2:41 PM","0:21","1","Live
Answer","Successful","",""
"(215) 225-8679","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-9896","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 437-7792","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 456-0851","","","2:41 PM","1:39","1","Voice
Mail","Successful","",""
"(215) 743-2739","","","2:41 PM","0:34","2","Voice
```

Mail","Successful","",""
"(215) 924-5320","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 541-0835","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 681-3233","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 791-3563","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(248) 301-9288","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(248) 797-0279","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 366-1697","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 368-8792","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 242-5305","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 243-1754","","","2:41 PM","0:56","1","Voice
Mail","Successful","",""
"(412) 243-4590","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 247-1577","","","2:41 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 521-1092","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 523-8985","","","2:41 PM","0:16","1","Live
Answer","Successful","",""
"(773) 734-1699","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 236-3622","","","2:41 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 279-7589","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-9915","","","2:41 PM","0:23","3","Live
Answer","Successful","",""
"(215) 927-1794","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 426-2855","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-4265","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 481-3705","","","2:41 PM","0:14","1","Live
Answer","Successful","",""
"(216) 541-3465","","","2:41 PM","0:20","3","Live
Answer","Successful","",""
"(313) 255-1587","","","2:41 PM","0:19","1","Live
Answer","Successful","",""
"(313) 255-4848","","","2:41 PM","0:33","1","Voice

Mail","Successful","",""
"(313) 255-7698","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 255-9702","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 340-2595","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 537-1125","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-1342","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 837-3137","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 683-6715","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(703) 243-3763","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 721-1873","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 279-2085","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 494-0033","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-1077","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 227-6174","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 335-9572","","","2:41 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 423-8635","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 426-4082","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-8766","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 533-8798","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(215) 548-5289","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 391-4307","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-5251","","","2:41 PM","0:21","1","Live
Answer","Successful","",""
"(216) 531-8472","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 713-2189","","","2:41 PM","0:11","1","Live
Answer","Successful","",""
"(216) 721-1764","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 772-2248","","","2:41 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(224) 858-6905","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 334-5105","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-9052","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-4819","","","2:41 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 351-1304","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 288-5030","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-3317","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 722-1582","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-9668","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-4476","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2126","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-2272","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-5773","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 758-2825","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-5035","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(703) 528-1713","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 277-3110","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 277-8295","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(773) 762-9627","","","2:41 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 236-7961","","","2:41 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 331-9141","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 451-4730","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 761-9867","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 387-5879","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 592-8054","","","2:41 PM","0:34","1","Voice
```

Mail","Successful","",""
"(313) 736-3595","","","2:41 PM","0:10","1","Live
Answer","Successful","",""
"(412) 241-3538","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 243-0345","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 271-1864","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 224-3074","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(703) 525-8820","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 268-3625","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 624-4503","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-2062","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-6376","","","2:41 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 291-9573","","","2:41 PM","0:50","1","Voice
Mail","Successful","",""
"(215) 423-2152","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 417-3336","","","2:41 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 451-0578","","","2:41 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 541-4074","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 761-7609","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(267) 385-7765","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 531-8745","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-4260","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-7802","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 359-4601","","","2:41 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 548-6066","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 731-5286","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 235-2217","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 427-2376","","","2:41 PM","0:14","1","Live

```
Answer","Successful","",""
"(215) 535-4486","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-6569","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(216) 727-0320","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-0414","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-3369","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 537-9043","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 837-0497","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 256-0284","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 271-5852","","","2:41 PM","0:09","1","Voice
Mail","Successful","",""
"(412) 351-4594","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 221-6730","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 254-0211","","","2:41 PM","0:36","2","Voice
Mail","Successful","",""
"(773) 493-3043","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 523-8570","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 924-5719","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(212) 427-7380","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 598-0426","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 627-4655","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-1260","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 235-0963","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 331-2660","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-0524","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(215) 455-1413","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-3502","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 381-3695","","","2:41 PM","0:34","1","Voice
```

Mail","Successful","",""
"(216) 761-1015","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(248) 450-8475","","","2:41 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 639-6445","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 538-2367","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 977-9222","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 436-3308","","","2:41 PM","0:05","1","Voice
Mail","Successful","",""
"(703) 243-0392","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 437-5175","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 521-8299","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(212) 725-1038","","","2:41 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 842-0995","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 324-3361","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 425-9619","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 739-8640","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-3149","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-7564","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 273-7184","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-6057","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-9287","","","2:41 PM","0:23","2","Live
Answer","Successful","",""
"(216) 851-0398","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 531-6558","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 693-4868","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 891-4118","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 893-1997","","","2:41 PM","0:58","1","Voice
Mail","Successful","",""
"(612) 333-1174","","","2:41 PM","0:22","1","Live

```
Answer","Successful","",""
"(773) 221-1019","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 285-3417","","","2:41 PM","0:06","1","Live
Answer","Successful","",""
"(773) 375-3792","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(212) 564-7353","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(212) 647-1887","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-3591","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-1129","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-5351","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-7594","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-0527","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 231-1935","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 417-4038","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 932-7055","","","2:41 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 388-7679","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(267) 909-8916","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 526-0196","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-0347","","","2:41 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 731-7227","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 242-3906","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 271-8857","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(703) 875-3025","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 375-4033","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 538-5225","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 978-3909","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 223-2216","","","2:41 PM","0:37","1","Voice
```

```
Mail","Successful","",""
"(215) 228-5661","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 235-2276","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 235-4808","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 769-1579","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-1946","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 268-0369","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 451-4926","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 681-5298","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-2952","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-0604","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-0962","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 835-5027","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(313) 835-8950","","","2:41 PM","0:46","1","Voice
Mail","Successful","",""
"(773) 373-3595","","","2:41 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 548-7077","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 565-4498","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0225","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-0506","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-0144","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 235-2914","","","2:41 PM","0:13","3","Live
Answer","Successful","",""
"(215) 333-0150","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 456-1731","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 621-6862","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-8815","","","2:41 PM","0:10","1","Live
Answer","Successful","",""
"(215) 763-2369","","","2:41 PM","0:49","1","Voice
```

```
Mail","Successful","",""
"(215) 924-6781","","","2:41 PM","0:17","1","Live
Answer","Successful","",""
"(216) 417-4567","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-5941","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-4334","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(646) 590-2009","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 268-5378","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4192","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-5911","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 421-7268","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-0996","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 641-5722","","","2:41 PM","0:18","2","Live
Answer","Successful","",""
"(248) 470-2046","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 639-6797","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 886-9476","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-9236","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 241-2092","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(612) 284-2172","","","2:41 PM","0:03","1","Live
Answer","Successful","",""
"(703) 875-9136","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 277-0443","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-4178","","","2:41 PM","0:43","1","Voice
Mail","Successful","",""
"(773) 640-5411","","","2:41 PM","0:15","1","Voice
Mail","Successful","",""
"(773) 933-1416","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 255-6524","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0522","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-2988","","","2:41 PM","0:28","1","Voice
```

Mail","Successful","",""
"(215) 684-2596","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 229-7290","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 481-3173","","","2:41 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 862-4594","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 362-9817","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 537-1504","","","2:41 PM","0:04","1","Live
Answer","Successful","",""
"(313) 740-7654","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 893-1055","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(646) 609-4684","","","2:41 PM","0:11","1","Voice
Mail","Successful","",""
"(773) 731-7552","","","2:41 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 902-2539","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 426-1163","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-3302","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 634-1523","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-0157","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 249-4782","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-2182","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-5957","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 762-1767","","","2:41 PM","1:46","1","Voice
Mail","Successful","",""
"(313) 273-1626","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-3678","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-1704","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-1318","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(412) 473-0145","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-8039","","","2:41 PM","0:28","1","Voice

Mail","Successful","",""
"(612) 333-4686","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(646) 490-7119","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-8597","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 221-9040","","","2:41 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 225-2902","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-5052","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-8249","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 338-7512","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 549-0553","","","2:41 PM","1:36","1","Voice
Mail","Successful","",""
"(215) 739-6861","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(215) 742-4587","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-0495","","","2:41 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 249-6116","","","2:41 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 268-2856","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4548","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-1811","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 562-1639","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 731-3436","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-4554","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-1328","","","2:41 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 335-3749","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 548-3058","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(215) 613-6121","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 787-0151","","","2:41 PM","0:57","1","Voice
Mail","Successful","",""
"(216) 295-1769","","","2:41 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(216) 391-6368","","","2:41 PM","0:02","1","Live
Answer","Successful","",""
"(216) 441-1019","","","2:41 PM","1:07","2","Voice
Mail","Successful","",""
"(216) 851-8811","","","2:41 PM","1:08","1","Voice
Mail","Successful","",""
"(313) 535-1277","","","2:41 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 694-3595","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 740-7006","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(612) 343-8386","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 221-4857","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 437-5946","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 762-0654","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 768-8015","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-6328","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-2722","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 228-4332","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-2457","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 291-9502","","","2:41 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 763-9494","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9625","","","2:41 PM","0:22","2","Live
Answer","Successful","",""
"(313) 366-7429","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-6928","","","2:41 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 892-0563","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(703) 741-0754","","","2:41 PM","0:13","1","Live
Answer","Successful","",""
"(773) 358-1424","","","2:41 PM","0:51","1","Voice
Mail","Successful","",""
"(773) 373-1338","","","2:41 PM","0:41","3","Voice
Mail","Successful","",""
"(212) 239-8217","","","2:41 PM","0:22","1","Live
```

Answer","Successful","",""
"(212) 593-7142","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 727-2081","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-0555","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-4649","","","2:41 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 425-0956","","","2:41 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 426-4948","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-8666","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-1435","","","2:41 PM","0:15","1","Live
Answer","Successful","",""
"(313) 255-9280","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-0279","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 397-2203","","","2:41 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 893-9946","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(412) 244-0344","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 471-1348","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-3149","","","2:41 PM","0:06","1","Live
Answer","Successful","",""
"(773) 288-2486","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-0094","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-4628","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(212) 645-2050","","","2:41 PM","0:31","1","Voice
Mail","Successful","",""
"(212) 924-0118","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9594","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-5180","","","2:41 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-2595","","","2:41 PM","1:05","3","Voice
Mail","Successful","",""
"(215) 426-3489","","","2:41 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 634-1836","","","2:41 PM","0:22","1","Live

Answer","Successful","",""
"(215) 634-2453","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-2748","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-0921","","","2:41 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 332-1329","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(703) 524-8581","","","2:41 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 221-4821","","","2:41 PM","0:05","1","Live
Answer","Successful","",""
"(773) 254-2725","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-0053","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 721-7104","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 825-9069","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 989-8695","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 225-0766","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-0895","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-6488","","","2:41 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 236-4811","","","2:41 PM","0:12","1","Live
Answer","Successful","",""
"(215) 329-6232","","","2:41 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-4987","","","2:41 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 707-9128","","","2:41 PM","0:19","1","Live
Answer","Successful","",""
"(216) 851-0706","","","2:41 PM","0:23","1","Live
Answer","Successful","",""
"(267) 886-9490","","","2:41 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 255-8815","","","2:41 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-3587","","","2:41 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 534-7058","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 740-7970","","","2:41 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 839-5760","","","2:41 PM","0:22","1","Live

```
Answer","Successful","",""
"(412) 271-0976","","","2:41 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 243-7602","","","2:41 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 277-4920","","","2:41 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 538-5394","","","2:41 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 223-1635","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-2827","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 324-1462","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 423-0262","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5459","","","2:42 PM","1:19","1","Voice
Mail","Successful","",""
"(215) 634-0447","","","2:42 PM","0:07","1","Live
Answer","Successful","",""
"(215) 904-6619","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 368-2431","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 533-7313","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 541-2653","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 684-1848","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 924-6214","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 223-8677","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 332-3159","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 423-3959","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 725-4746","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 744-2342","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-2574","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 341-7597","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 383-1215","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 532-5134","","","2:42 PM","0:42","1","Voice
```

Mail","Successful","",""
"(313) 534-2854","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 535-9595","","","2:42 PM","0:07","1","Live
Answer","Successful","",""
"(313) 592-0236","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 242-4926","","","2:42 PM","0:12","1","Live
Answer","Successful","",""
"(773) 667-0669","","","2:42 PM","0:12","1","Live
Answer","Successful","",""
"(212) 242-3923","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 228-7729","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(215) 229-7727","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-4815","","","2:42 PM","0:14","1","Live
Answer","Successful","",""
"(215) 537-0550","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 634-3137","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 229-3240","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-7328","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-3884","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3982","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 592-6418","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(412) 247-4643","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 247-9800","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-1207","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 687-7668","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(703) 522-7225","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 419-9783","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-0871","","","2:42 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 634-3046","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-1957","","","2:42 PM","0:28","1","Voice

```
Mail","Successful","",""
"(215) 765-3676","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 303-9781","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 658-0739","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 812-0430","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(267) 687-8991","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-4978","","","2:42 PM","0:22","2","Live
Answer","Successful","",""
"(313) 766-5862","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-5135","","","2:42 PM","0:02","2","Live
Answer","Successful","",""
"(773) 565-4061","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 995-5156","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 228-2443","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-0648","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 456-0286","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-0940","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-3199","","","2:42 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 527-1996","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(313) 533-7016","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7319","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-9172","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 425-6094","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 643-2143","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 281-0121","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-3622","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-3769","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-5303","","","2:42 PM","0:38","1","Voice
```

Mail","Successful","",""
"(215) 331-7850","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 426-4650","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 457-3486","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 695-0635","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-2778","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 249-7535","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-1729","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-1474","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-4492","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 337-3206","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 224-9655","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-1537","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 331-4862","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 333-2568","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(215) 763-3820","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 821-3341","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 451-3486","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 451-4062","","","2:42 PM","0:02","1","Live
Answer","Successful","",""
"(216) 641-2954","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 412-2069","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 531-0751","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-4223","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-5440","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 734-4778","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(872) 244-7104","","","2:42 PM","0:39","1","Voice

Mail","Successful","",""
"(872) 244-7753","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-6487","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-3919","","","2:42 PM","1:28","2","Voice
Mail","Successful","",""
"(215) 425-2449","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-6583","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-7491","","","2:42 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 765-2483","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 924-2039","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 541-6119","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(216) 681-8199","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-9564","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-4012","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 731-7848","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 272-0068","","","2:42 PM","0:36","2","Voice
Mail","Successful","",""
"(313) 531-3278","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 535-1480","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-3447","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-8266","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 271-4235","","","2:42 PM","0:19","1","Live
Answer","Successful","",""
"(703) 243-0950","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 221-6652","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 221-7797","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 277-2505","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 285-0289","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 203-0147","","","2:42 PM","0:00","3","No

Answer","Unsuccessful","",""
"(215) 224-9111","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 226-5726","","","2:42 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 333-4309","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 427-1312","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 744-2577","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 745-0439","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 368-3698","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-4195","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 538-7509","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-7666","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-8512","","","2:42 PM","0:23","3","Live
Answer","Successful","",""
"(412) 242-2181","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 243-6815","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 516-4350","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 522-0763","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 522-7581","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 924-4448","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1085","","","2:42 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 224-6052","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 291-0814","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 455-0571","","","2:42 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 541-2326","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-2768","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 366-1257","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7152","","","2:42 PM","0:28","1","Voice

```
Mail","Successful","",""
"(412) 371-7779","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 727-7098","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 731-9508","","","2:42 PM","0:26","1","Voice
Mail","Successful","",""
"(571) 319-0121","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 527-7273","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-5427","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 565-4278","","","2:42 PM","0:11","1","Voice
Mail","Successful","",""
"(872) 244-7600","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-1764","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 235-0105","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-3508","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 427-0421","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-9535","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-1271","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 978-0345","","","2:42 PM","1:33","1","Voice
Mail","Successful","",""
"(313) 531-7040","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 621-0146","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 727-7737","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-2939","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 461-8462","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-3417","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 375-1552","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(773) 521-1670","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-1568","","","2:42 PM","0:06","1","Live
Answer","Successful","",""
"(773) 847-5707","","","2:42 PM","0:22","1","Voice
```

Mail","Successful","",""
"(773) 966-4222","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-1776","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 228-7623","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-9588","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-7390","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-0383","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 624-3820","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 624-5097","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-2789","","","2:42 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 927-2728","","","2:42 PM","0:17","1","Live
Answer","Successful","",""
"(216) 451-5681","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-5240","","","2:42 PM","0:36","2","Voice
Mail","Successful","",""
"(313) 255-7176","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 270-7240","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-0782","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(734) 294-0909","","","2:42 PM","0:12","1","Voice
Mail","Successful","",""
"(773) 285-3806","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 324-0926","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 762-6975","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3632","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1808","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 763-8406","","","2:42 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 481-2000","","","2:42 PM","0:47","1","Voice
Mail","Successful","",""
"(216) 541-4750","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(216) 851-7381","","","2:42 PM","0:23","1","Live

Answer","Successful","",""
"(267) 639-2903","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 255-2799","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-5141","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 740-7557","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-9173","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 471-8805","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 768-7616","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 244-1512","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(212) 304-9765","","","2:42 PM","0:21","1","Live
Answer","Successful","",""
"(215) 223-4728","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 227-3155","","","2:42 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 329-4127","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 426-3074","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-7177","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-4363","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-0167","","","2:42 PM","1:34","1","Voice
Mail","Successful","",""
"(216) 249-5922","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9869","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 270-7898","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 531-3061","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-4235","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 687-1692","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-0067","","","2:42 PM","0:19","1","Live
Answer","Successful","",""
"(773) 536-2095","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 538-1139","","","2:42 PM","1:07","1","Voice

Mail","Successful","",""
"(773) 734-4752","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 741-7119","","","2:42 PM","0:10","2","Voice
Mail","Successful","",""
"(215) 225-5344","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 235-9262","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-4014","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 722-1521","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 249-7888","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2127","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 860-4764","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 519-3224","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 366-2237","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 387-8888","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(313) 535-2175","","","2:42 PM","0:03","1","Live
Answer","Successful","",""
"(313) 535-7903","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3879","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-5383","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 493-8155","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 624-8485","","","2:42 PM","0:10","1","Live
Answer","Successful","",""
"(773) 762-1596","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 823-1446","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(872) 244-7055","","","2:42 PM","0:11","2","Live
Answer","Successful","",""
"(215) 228-1527","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-4720","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 291-9045","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 722-2625","","","2:42 PM","0:22","1","Live

Answer","Successful","",""
"(215) 728-1765","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-5971","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-3864","","","2:42 PM","0:14","1","Live
Answer","Successful","",""
"(412) 242-5674","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 243-6772","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(718) 494-9014","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 475-7341","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-1349","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(773) 522-0317","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 823-1777","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-2532","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-6365","","","2:42 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 331-1046","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-5710","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 941-6346","","","2:42 PM","0:20","1","Voice
Mail","Successful","",""
"(216) 249-9113","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 486-2365","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 366-3135","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-1476","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 891-7375","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(703) 812-0360","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 288-1222","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 493-5618","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5502","","","2:42 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 249-2469","","","2:42 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 227-5249","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 229-6512","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 533-2148","","","2:42 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 708-1029","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 742-4165","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 249-7239","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1017","","","2:42 PM","0:37","2","Voice
Mail","Successful","",""
"(267) 528-3013","","","2:42 PM","1:04","1","Voice
Mail","Successful","",""
"(313) 272-7835","","","2:42 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 368-3220","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 733-4237","","","2:42 PM","0:19","1","Voice
Mail","Successful","",""
"(313) 839-7977","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 324-3356","","","2:42 PM","0:05","1","Live
Answer","Successful","",""
"(773) 522-2199","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 523-6494","","","2:42 PM","0:14","1","Live
Answer","Successful","",""
"(773) 731-0390","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 924-6149","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 933-0648","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 675-6498","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 324-2839","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-1687","","","2:42 PM","1:00","1","Voice
Mail","Successful","",""
"(216) 421-8070","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-0522","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 836-5380","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 221-3865","","","2:42 PM","0:41","1","Voice
```

```
Mail","Successful","",""
"(773) 940-1441","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 425-0890","","","2:42 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 425-5352","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 437-9138","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-3279","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2537","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-7790","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-5892","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 201-4242","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-0880","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 243-4597","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 288-7155","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 363-3609","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 493-1585","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-1538","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 624-8050","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 667-0513","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 324-4672","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-4845","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(215) 425-6989","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-9575","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 824-0764","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 924-0383","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 681-4021","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 681-7030","","","2:42 PM","0:27","1","Voice
```

```
Mail","Successful","",""
"(313) 531-5042","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 534-9869","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 740-7429","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(347) 425-9207","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-1925","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 244-0805","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 731-9791","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 375-1351","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 548-0589","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 696-9768","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 947-8878","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(212) 371-2875","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-4107","","","2:42 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 229-1371","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 342-7594","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 533-5438","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 543-0703","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 548-9666","","","2:42 PM","0:52","1","Voice
Mail","Successful","",""
"(313) 533-6158","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 835-1280","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 836-4779","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 281-4068","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 362-1669","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 542-4944","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7691","","","2:42 PM","0:36","1","Voice
```

Mail","Successful","",""
"(215) 288-8061","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-3641","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1218","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-6353","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 765-9250","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 927-6044","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(216) 249-9787","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 341-6101","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 451-1329","","","2:42 PM","0:23","2","Live
Answer","Successful","",""
"(216) 761-5156","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-8508","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(216) 862-5871","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 366-3562","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 534-5909","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-7250","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 271-1221","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 324-7655","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 522-0163","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 978-3712","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 223-1079","","","2:42 PM","0:13","1","Live
Answer","Successful","",""
"(215) 224-8534","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-6331","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 924-0272","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-3723","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 541-0183","","","2:42 PM","0:37","1","Voice

```
Mail","Successful","",""
"(313) 531-6364","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-6430","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 838-7639","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-4438","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 242-2899","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(646) 230-9550","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 374-3932","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-4320","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(212) 487-1943","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 227-1207","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-2196","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 229-2152","","","2:42 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 235-5752","","","2:42 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 332-4924","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 333-2563","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 427-1042","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 739-9904","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 742-8909","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 249-8192","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-5156","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 505-5033","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 505-5971","","","2:42 PM","0:17","1","Live
Answer","Successful","",""
"(267) 909-9731","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-9879","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 836-5929","","","2:42 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(412) 241-2536","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 244-5490","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 271-2411","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 904-1362","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 643-0258","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-3481","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 236-7119","","","2:42 PM","1:31","1","Voice
Mail","Successful","",""
"(215) 427-0706","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 765-1274","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 441-3151","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5531","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 319-1033","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 387-0106","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 458-8445","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-7021","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 694-3771","","","2:42 PM","0:24","1","Voice
Mail","Successful","",""
"(412) 682-0970","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 687-1269","","","2:42 PM","1:30","1","Voice
Mail","Successful","",""
"(773) 373-5903","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-3707","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 522-7888","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-8236","","","2:42 PM","0:10","1","Voice
Mail","Successful","",""
"(212) 714-2709","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 221-6285","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 224-2992","","","2:42 PM","0:39","1","Voice
```

Mail","Successful","",""
"(215) 225-5618","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-8173","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(215) 229-6986","","","2:42 PM","0:12","1","Live
Answer","Successful","",""
"(215) 332-0431","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 342-5557","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5703","","","2:42 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 455-4764","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 739-1348","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 938-5164","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 509-2292","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-3603","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 892-9162","","","2:42 PM","0:17","1","Live
Answer","Successful","",""
"(703) 465-1875","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 375-4973","","","2:42 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 493-5405","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 762-2066","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-1428","","","2:42 PM","0:23","2","Live
Answer","Successful","",""
"(215) 427-0130","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 533-6146","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 634-0509","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 725-0804","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 821-2873","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-5670","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 978-7466","","","2:42 PM","0:04","1","Live
Answer","Successful","",""
"(216) 451-8377","","","2:42 PM","0:23","1","Live

```
Answer","Successful","",""
"(216) 721-5124","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 368-4815","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 535-2901","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 766-6766","","","2:42 PM","0:04","1","Live
Answer","Successful","",""
"(412) 371-4344","","","2:42 PM","0:12","1","Live
Answer","Successful","",""
"(773) 521-5218","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-2429","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 268-5010","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 989-1955","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 232-1389","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-8204","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 335-1577","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 535-1633","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-5620","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(267) 335-2573","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 909-9852","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 694-3666","","","2:42 PM","0:14","1","Live
Answer","Successful","",""
"(313) 839-6677","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(313) 839-6872","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 261-0687","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 281-1482","","","2:42 PM","0:13","1","Live
Answer","Successful","",""
"(773) 522-4758","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(773) 643-5433","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 721-9977","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 236-6579","","","2:42 PM","0:43","1","Voice
```

Mail","Successful","",""
"(215) 288-1736","","","2:42 PM","0:12","2","Live
Answer","Successful","",""
"(215) 324-3415","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 335-0791","","","2:42 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 338-9391","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 426-4054","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 739-2708","","","2:42 PM","1:03","2","Voice
Mail","Successful","",""
"(215) 769-3869","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-9253","","","2:42 PM","0:21","1","Live
Answer","Successful","",""
"(216) 761-4625","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(313) 255-0586","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 472-5006","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 535-2947","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 694-3221","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(412) 271-0718","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 247-5631","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 257-0832","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-1514","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 643-1043","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 891-0294","","","2:42 PM","0:08","1","Voice
Mail","Successful","",""
"(872) 281-5332","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(212) 242-4583","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-9873","","","2:42 PM","0:54","1","Voice
Mail","Successful","",""
"(215) 223-2313","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-1137","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-0896","","","2:42 PM","0:23","1","Live

```
Answer","Successful","",""
"(215) 329-3539","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 722-2450","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-1601","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 249-6444","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-7482","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4041","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 297-6244","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 366-8438","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-7853","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 533-1295","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 838-0245","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-6264","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(703) 248-0248","","","2:42 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 565-4383","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 902-2185","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7539","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 203-0971","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 225-1101","","","2:42 PM","1:13","1","Voice
Mail","Successful","",""
"(215) 338-2166","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 455-2019","","","2:42 PM","0:05","1","Live
Answer","Successful","",""
"(215) 535-5372","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 548-4785","","","2:42 PM","0:54","1","Voice
Mail","Successful","",""
"(216) 231-6636","","","2:42 PM","0:09","1","Live
Answer","Successful","",""
"(216) 505-9877","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 385-7077","","","2:42 PM","0:18","1","Voice
```

Mail","Successful","",""
"(313) 255-3492","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 348-8494","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 532-7355","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 541-8332","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 836-1668","","","2:42 PM","0:15","1","Live
Answer","Successful","",""
"(412) 242-4532","","","2:42 PM","0:40","2","Voice
Mail","Successful","",""
"(630) 394-4305","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 351-5817","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 542-4962","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 643-1654","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(872) 244-3734","","","2:42 PM","1:07","2","Voice
Mail","Successful","",""
"(215) 291-9107","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 708-2583","","","2:42 PM","0:21","1","Voice
Mail","Successful","",""
"(216) 249-9429","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-9973","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-9709","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 331-5651","","","2:42 PM","0:17","2","Voice
Mail","Successful","",""
"(267) 331-8493","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(267) 385-6637","","","2:42 PM","0:19","1","Voice
Mail","Successful","",""
"(267) 385-7684","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 519-2009","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 534-0413","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 740-7961","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(347) 384-1766","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 241-2008","","","2:42 PM","0:23","1","Live

Answer","Successful","",""
"(412) 247-3970","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(607) 523-6616","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-0617","","","2:42 PM","0:22","2","Live
Answer","Successful","",""
"(215) 223-3298","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-7735","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 289-4860","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-2076","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-5650","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 426-7154","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 941-6219","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 421-2876","","","2:42 PM","0:14","1","Live
Answer","Successful","",""
"(216) 541-1351","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-0546","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 255-2443","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 535-6050","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-4599","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(586) 371-9683","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 243-1319","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 219-1342","","","2:42 PM","0:04","1","Voice
Mail","Successful","",""
"(773) 268-1909","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 288-5046","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 373-6971","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 752-2694","","","2:42 PM","0:10","3","Live
Answer","Successful","",""
"(773) 891-2300","","","2:42 PM","0:19","1","Live
Answer","Successful","",""
"(872) 465-3830","","","2:42 PM","0:08","1","Live

```
Answer","Successful","",""
"(212) 645-1805","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 225-1827","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 329-1624","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 425-6511","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 437-7402","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 725-3677","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-1279","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 231-9979","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 429-3087","","","2:42 PM","0:13","2","Live
Answer","Successful","",""
"(216) 451-9532","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-6348","","","2:42 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 761-8796","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 368-8222","","","2:42 PM","0:19","1","Live
Answer","Successful","",""
"(313) 534-0978","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 535-3120","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 592-4902","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 740-7127","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-9841","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(612) 340-1408","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-5022","","","2:42 PM","0:01","1","Live
Answer","Successful","",""
"(773) 684-2782","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-2908","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 291-1868","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 335-2479","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-3309","","","2:42 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 425-3948","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 456-9584","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 548-3543","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 382-6064","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 795-0189","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 437-3600","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 305-7589","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(347) 985-1959","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-6838","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-0506","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 762-0945","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(773) 847-3287","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 226-5395","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(215) 236-3115","","","2:42 PM","1:04","3","Voice
Mail","Successful","",""
"(215) 236-6617","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 739-1248","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 763-0726","","","2:42 PM","1:02","3","Voice
Mail","Successful","",""
"(215) 927-6014","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-3106","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 639-2279","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-3242","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 368-0565","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(313) 533-6721","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 766-5044","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 373-5805","","","2:42 PM","1:07","1","Voice

Mail","Successful","",""
"(773) 624-2515","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 226-3408","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 276-8442","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 329-8423","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 426-1797","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-1133","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 437-7937","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 535-1029","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 549-0574","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 303-9904","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 341-3106","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 341-4362","","","2:42 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 541-1737","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 675-0877","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(267) 369-3772","","","2:42 PM","0:03","1","Live
Answer","Successful","",""
"(313) 892-4525","","","2:42 PM","0:02","1","Live
Answer","Successful","",""
"(313) 893-2430","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 522-2330","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 522-4049","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 762-3407","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 924-5977","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-3941","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2638","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-0609","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-1372","","","2:42 PM","0:35","1","Voice

Mail","Successful","",""
"(215) 763-7780","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-0172","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 279-2060","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 835-5755","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 374-5486","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-8673","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(773) 523-4937","","","2:42 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 667-1103","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 721-7826","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(212) 564-2816","","","2:42 PM","0:23","2","Live
Answer","Successful","",""
"(215) 228-7331","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-3318","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 426-4671","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 456-1276","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 397-9369","","","2:42 PM","0:20","2","Live
Answer","Successful","",""
"(216) 721-0146","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 891-7177","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 891-8425","","","2:42 PM","0:02","1","Live
Answer","Successful","",""
"(347) 985-2389","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-8544","","","2:42 PM","0:14","1","Live
Answer","Successful","",""
"(412) 683-1607","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 521-7207","","","2:42 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 902-2147","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 955-5241","","","2:42 PM","0:13","1","Live
Answer","Successful","",""
"(215) 331-4583","","","2:42 PM","0:02","1","Live

```
Answer","Successful","",""
"(215) 457-8576","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-5353","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-9225","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 924-9296","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 249-7080","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 429-1749","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 505-5242","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 297-7813","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(267) 687-7838","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 532-3449","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-7747","","","2:42 PM","0:16","1","Live
Answer","Successful","",""
"(313) 537-4169","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 838-5381","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-8947","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 892-6470","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 371-7654","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 471-0959","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 277-0491","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 538-5100","","","2:42 PM","0:14","1","Voice
Mail","Successful","",""
"(773) 855-2247","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4252","","","2:42 PM","0:02","1","Live
Answer","Successful","",""
"(215) 333-1179","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 333-5544","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 533-6062","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-5324","","","2:42 PM","0:22","1","Live
```

Answer","Successful","",""
"(216) 268-0216","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 268-2323","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 268-3946","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 791-0047","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 534-0161","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-2052","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 733-6356","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 241-2262","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 875-0606","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 847-6850","","","2:42 PM","0:09","1","Live
Answer","Successful","",""
"(773) 855-5001","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 947-0015","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-5480","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 342-3549","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 437-1478","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 624-6780","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-9968","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7920","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(347) 726-3224","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(412) 562-3988","","","2:42 PM","0:03","1","Live
Answer","Successful","",""
"(412) 681-6512","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-8317","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 538-2386","","","2:42 PM","0:18","1","Live
Answer","Successful","",""
"(215) 423-8301","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 725-8296","","","2:42 PM","0:33","1","Voice

Mail","Successful","",""
"(267) 343-7068","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(312) 326-6147","","","2:42 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 535-6006","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-7824","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 892-6871","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-0326","","","2:42 PM","0:24","1","Voice
Mail","Successful","",""
"(773) 277-8954","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 624-0691","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 721-7239","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 902-7642","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 223-8367","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-9043","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 228-0470","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 236-5380","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1011","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-0170","","","2:42 PM","0:02","1","Live
Answer","Successful","",""
"(215) 425-1103","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 457-2473","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 533-5452","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-0598","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 924-1812","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-9125","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 458-8310","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-8550","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-8173","","","2:42 PM","0:35","1","Voice

Mail","Successful","",""
"(313) 535-0742","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 538-3942","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 538-5255","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-5287","","","2:42 PM","0:07","1","Live
Answer","Successful","",""
"(412) 271-9110","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 807-0696","","","2:42 PM","0:47","1","Voice
Mail","Successful","",""
"(773) 375-2988","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 536-2128","","","2:42 PM","0:23","2","Live
Answer","Successful","",""
"(773) 855-2087","","","2:42 PM","0:08","1","Voice
Mail","Successful","",""
"(215) 324-0551","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-6249","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 331-3470","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 455-4348","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 765-7150","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 231-5349","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 851-8697","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(267) 319-1616","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 455-0021","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-4952","","","2:42 PM","0:13","1","Live
Answer","Successful","",""
"(313) 366-1559","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 694-3140","","","2:42 PM","0:45","1","Voice
Mail","Successful","",""
"(703) 243-2707","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 521-0491","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 855-9466","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(212) 600-0456","","","2:42 PM","0:34","1","Voice

Mail","Successful","",""
"(215) 227-4540","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 425-0162","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 457-2689","","","2:42 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 457-3437","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 621-7096","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 763-7506","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 978-6029","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-7250","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(248) 289-0614","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 388-6789","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 909-8695","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 531-9216","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 471-2712","","","2:42 PM","0:18","2","Live
Answer","Successful","",""
"(773) 643-8980","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-6256","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-2149","","","2:42 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 621-7144","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 621-7326","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 763-1452","","","2:42 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 763-1923","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 321-6788","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-7793","","","2:42 PM","0:22","1","Voice
Mail","Successful","",""
"(216) 721-5185","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 324-5665","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 368-4841","","","2:42 PM","0:15","1","Live

```
Answer","Successful","",""
"(313) 493-0600","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 532-1158","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-0329","","","2:42 PM","0:51","1","Voice
Mail","Successful","",""
"(313) 694-3010","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 739-6968","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 836-6431","","","2:42 PM","0:54","1","Voice
Mail","Successful","",""
"(412) 227-0418","","","2:42 PM","1:20","1","Voice
Mail","Successful","",""
"(412) 271-3130","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(612) 338-3035","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 801-1358","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 952-6833","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(212) 239-0361","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 480-6324","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 736-4821","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 276-1592","","","2:42 PM","0:13","2","Live
Answer","Successful","",""
"(215) 329-0426","","","2:42 PM","0:24","1","Live
Answer","Successful","",""
"(215) 338-2888","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-3470","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-3213","","","2:42 PM","1:35","1","Voice
Mail","Successful","",""
"(216) 451-0040","","","2:42 PM","0:37","2","Voice
Mail","Successful","",""
"(216) 761-4856","","","2:42 PM","0:53","1","Voice
Mail","Successful","",""
"(313) 836-5983","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-6879","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 977-9802","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 586-4240","","","2:42 PM","0:38","1","Voice
```

Mail","Successful","",""
"(703) 248-3360","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 374-6049","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 523-6259","","","2:42 PM","0:25","1","Live
Answer","Successful","",""
"(773) 731-6503","","","2:42 PM","0:03","1","Live
Answer","Successful","",""
"(773) 762-8036","","","2:42 PM","0:19","1","Voice
Mail","Successful","",""
"(773) 955-9640","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-2512","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-6474","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-6043","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 424-5376","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 425-3088","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 537-1842","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-3620","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 769-0906","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 978-5810","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(216) 451-1711","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-5835","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 681-7444","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 761-1102","","","2:42 PM","0:24","1","Live
Answer","Successful","",""
"(267) 773-7271","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 366-9833","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-3566","","","2:42 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 891-8779","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 351-7383","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(412) 371-9765","","","2:42 PM","0:22","1","Live

```
Answer","Successful","",""
"(412) 391-5471","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(703) 525-2244","","","2:42 PM","1:21","1","Voice
Mail","Successful","",""
"(773) 221-3106","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(773) 359-4194","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(212) 929-1465","","","2:42 PM","0:56","1","Voice
Mail","Successful","",""
"(215) 226-2654","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3298","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-7475","","","2:42 PM","0:59","1","Voice
Mail","Successful","",""
"(215) 289-3058","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 331-6521","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 335-1035","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 457-2764","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 321-0206","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 681-3502","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-8335","","","2:42 PM","0:22","1","Voice
Mail","Successful","",""
"(313) 305-4446","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-7269","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 534-0932","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7598","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-0123","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(412) 281-9047","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 371-2552","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 359-2136","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 375-8433","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 521-4827","","","2:42 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(773) 521-8020","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 657-6483","","","2:42 PM","0:31","2","Voice
Mail","Successful","",""
"(212) 255-5475","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 752-3689","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 229-8397","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 276-2151","","","2:42 PM","1:30","1","Voice
Mail","Successful","",""
"(215) 291-8038","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 329-7637","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 425-3982","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 427-1501","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 457-7948","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 548-6365","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-4046","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 268-2632","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(267) 331-9559","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(267) 335-3365","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-1268","","","2:42 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 493-4390","","","2:42 PM","0:07","1","Live
Answer","Successful","",""
"(313) 532-6442","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 533-2712","","","2:42 PM","0:08","1","Live
Answer","Successful","",""
"(313) 535-1383","","","2:42 PM","0:13","1","Live
Answer","Successful","",""
"(313) 731-7493","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 878-2226","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 241-5257","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 221-6631","","","2:42 PM","0:25","1","Voice
```

```
Mail","Successful","",""
"(215) 225-1648","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 549-3692","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 739-6572","","","2:42 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 763-2294","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-8348","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-1139","","","2:42 PM","0:02","1","Live
Answer","Successful","",""
"(267) 297-6900","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 531-6002","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 242-2757","","","2:42 PM","0:33","2","Voice
Mail","Successful","",""
"(412) 371-7958","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(646) 478-8366","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 624-3062","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 673-1418","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 226-2565","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-8378","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-6527","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 548-1251","","","2:42 PM","0:21","1","Live
Answer","Successful","",""
"(215) 787-0325","","","2:42 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 978-5588","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 231-2648","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 541-3214","","","2:42 PM","0:07","1","Live
Answer","Successful","",""
"(313) 922-4876","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(412) 235-7935","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(646) 781-9169","","","2:42 PM","0:17","1","Live
Answer","Successful","",""
"(773) 277-0026","","","2:42 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 731-3241","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(212) 645-4289","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-0646","","","2:42 PM","0:45","1","Voice
Mail","Successful","",""
"(215) 425-5067","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-0170","","","2:42 PM","0:42","1","Voice
Mail","Successful","",""
"(215) 634-6273","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-2956","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 924-3984","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 361-2023","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 421-2105","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-5563","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-8644","","","2:42 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-1535","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-4265","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 541-3054","","","2:42 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 835-0272","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 892-5963","","","2:42 PM","0:24","1","Live
Answer","Successful","",""
"(412) 594-7058","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 351-1176","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(703) 522-2566","","","2:42 PM","0:21","1","Live
Answer","Successful","",""
"(773) 374-1362","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 522-1167","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 684-4421","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(212) 947-9780","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 223-9240","","","2:42 PM","0:19","1","Voice
```

```
Mail","Successful","",""
"(215) 423-4850","","","2:42 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 425-6293","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 437-7847","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 621-7407","","","2:42 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 739-6252","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 391-5355","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-7118","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-4098","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 534-5254","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 543-0765","","","2:42 PM","0:17","1","Live
Answer","Successful","",""
"(313) 835-5036","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(773) 268-2662","","","2:42 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 855-8584","","","2:42 PM","0:02","3","Live
Answer","Successful","",""
"(212) 924-1169","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 426-9237","","","2:42 PM","0:20","1","Live
Answer","Successful","",""
"(215) 744-0436","","","2:42 PM","0:08","1","Voice
Mail","Successful","",""
"(216) 272-1647","","","2:42 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 541-5382","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 326-6372","","","2:42 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 493-9999","","","2:42 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 533-2816","","","2:42 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 538-5813","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-8652","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 893-9549","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(646) 678-4486","","","2:42 PM","0:17","1","Voice
```

Mail","Successful","",""
"(773) 522-2681","","","2:42 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 426-0978","","","2:42 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-3815","","","2:42 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 761-2149","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 255-9852","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 368-8594","","","2:42 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 740-7831","","","2:42 PM","0:16","2","Live
Answer","Successful","",""
"(313) 893-1315","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-4392","","","2:42 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 542-4455","","","2:42 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4764","","","2:42 PM","0:23","2","Live
Answer","Successful","",""
"(773) 855-2068","","","2:42 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 224-8960","","","2:42 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 225-2590","","","2:42 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-0668","","","2:42 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 324-2806","","","2:42 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 324-4076","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-3851","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 745-5369","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 769-4819","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(215) 856-3906","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 924-5612","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-6222","","","2:42 PM","0:23","2","Live
Answer","Successful","",""
"(216) 791-0412","","","2:42 PM","0:44","1","Voice
Mail","Successful","",""
"(267) 335-3438","","","2:42 PM","0:17","1","Live

```
Answer","Successful","",""
"(313) 366-2733","","","2:42 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 369-9368","","","2:42 PM","0:22","1","Live
Answer","Successful","",""
"(313) 835-3217","","","2:42 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 891-0539","","","2:42 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 542-0689","","","2:42 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 715-9175","","","2:42 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 978-7869","","","2:42 PM","0:10","1","Live
Answer","Successful","",""
"(212) 807-6281","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 221-6581","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 548-0594","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 634-3576","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-8334","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 249-9761","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(267) 335-5190","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 458-5930","","","2:43 PM","0:13","1","Live
Answer","Successful","",""
"(313) 537-0882","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3870","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 794-6525","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 871-3937","","","2:43 PM","0:55","1","Voice
Mail","Successful","",""
"(773) 437-4748","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(773) 493-6367","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 536-4303","","","2:43 PM","0:20","1","Voice
Mail","Successful","",""
"(773) 624-4505","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 855-9627","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5056","","","2:43 PM","0:40","1","Voice
```

```
Mail","Successful","",""
"(215) 288-6213","","","2:43 PM","0:09","1","Voice
Mail","Successful","",""
"(215) 333-6087","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 462-4222","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 761-0577","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 812-5160","","","2:43 PM","0:53","2","Voice
Mail","Successful","",""
"(267) 909-9643","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-7863","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 891-8446","","","2:43 PM","0:49","1","Voice
Mail","Successful","",""
"(412) 687-9955","","","2:43 PM","0:22","2","Live
Answer","Successful","",""
"(773) 221-6078","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(773) 277-4076","","","2:43 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 522-1724","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 966-3464","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 947-2644","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-5391","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 331-1987","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0118","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 350-6337","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 761-8978","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 851-7894","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-9110","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(412) 241-2244","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 242-8042","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-9699","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 263-1844","","","2:43 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(412) 281-1892","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 257-0201","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 285-7341","","","2:43 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 548-6873","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-5936","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(872) 244-3727","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 203-0726","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 276-1659","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 288-3463","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 338-4901","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-2244","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 739-1711","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 739-6039","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(215) 821-2760","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 831-1229","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 249-6907","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-4060","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 340-9053","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 531-1971","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 537-0272","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 232-3998","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-6279","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 493-1120","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-5181","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 947-9309","","","2:43 PM","1:07","1","Voice
```

```
Mail","Successful","",""
"(773) 947-9391","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 276-8144","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 457-9761","","","2:43 PM","0:12","1","Live
Answer","Successful","",""
"(215) 549-3308","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 924-4865","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 941-6356","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 451-2517","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 541-4834","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 692-2437","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(267) 322-3742","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 532-9116","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 891-0039","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 891-8281","","","2:43 PM","0:51","1","Voice
Mail","Successful","",""
"(412) 243-2382","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 681-9225","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-4538","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 321-9447","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 624-4451","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 549-3328","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(267) 639-2962","","","2:43 PM","1:35","1","Voice
Mail","Successful","",""
"(313) 533-1840","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(773) 221-8084","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 277-6453","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 324-5262","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 522-5290","","","2:43 PM","0:28","1","Voice
```

Mail","Successful","",""
"(773) 624-8690","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 978-2123","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 675-1225","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-4730","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 232-1815","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 324-3866","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-2963","","","2:43 PM","0:17","1","Live
Answer","Successful","",""
"(215) 424-0316","","","2:43 PM","1:29","1","Voice
Mail","Successful","",""
"(215) 425-7051","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-3864","","","2:43 PM","0:22","2","Live
Answer","Successful","",""
"(215) 739-4233","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 272-4805","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 534-4727","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 535-1998","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 537-4226","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 351-2136","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(646) 449-0850","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 521-6341","","","2:43 PM","0:14","3","Voice
Mail","Successful","",""
"(773) 721-0114","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 847-5001","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 369-9930","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 225-5056","","","2:43 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 228-3297","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-3546","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 531-2664","","","2:43 PM","0:16","1","Voice

```
Mail","Successful","",""
"(216) 932-3183","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(267) 687-7506","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(703) 465-9127","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 731-4116","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 924-8557","","","2:43 PM","0:24","1","Voice
Mail","Successful","",""
"(212) 861-2730","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-9426","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 289-3468","","","2:43 PM","1:33","1","Voice
Mail","Successful","",""
"(215) 335-2233","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 338-4564","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 621-6285","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 239-5481","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 334-5929","","","2:43 PM","0:14","1","Voice
Mail","Successful","",""
"(313) 533-7422","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 534-7995","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 537-4470","","","2:43 PM","0:21","1","Live
Answer","Successful","",""
"(313) 537-6527","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 794-1344","","","2:43 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 794-5987","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(412) 281-0833","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-5383","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 521-9573","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 696-9497","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 721-8989","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(212) 627-1655","","","2:43 PM","0:17","1","Voice
```

Mail","Successful","",""
"(215) 225-2508","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2617","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-0993","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 235-6576","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-0660","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 927-0208","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-3497","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(267) 639-2748","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(267) 928-4730","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 826-6469","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-2413","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 683-3986","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 221-5544","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 522-2686","","","2:43 PM","0:12","3","Live
Answer","Successful","",""
"(773) 522-8831","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 721-6182","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(212) 242-4839","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 324-0241","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 324-1868","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 338-5099","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 342-5817","","","2:43 PM","0:06","1","Voice
Mail","Successful","",""
"(215) 425-4929","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 426-4326","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 455-2188","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 537-5798","","","2:43 PM","0:32","1","Voice

Mail","Successful","",""
"(215) 543-9682","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-6913","","","2:43 PM","0:13","1","Live
Answer","Successful","",""
"(216) 791-4302","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(216) 851-5044","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(248) 533-3328","","","2:43 PM","0:01","1","Live
Answer","Successful","",""
"(313) 472-5409","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 694-3724","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 373-6162","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-7576","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 651-5239","","","2:43 PM","0:23","2","Live
Answer","Successful","",""
"(773) 684-6759","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 924-3931","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1746","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-5420","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 332-6043","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 342-2390","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 425-6298","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 426-9928","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 455-4297","","","2:43 PM","0:13","1","Live
Answer","Successful","",""
"(215) 634-6544","","","2:43 PM","1:30","1","Voice
Mail","Successful","",""
"(216) 541-8733","","","2:43 PM","0:24","1","Voice
Mail","Successful","",""
"(267) 519-3414","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-2659","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(313) 534-2127","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 534-7903","","","2:43 PM","0:28","1","Voice

Mail","Successful","",""
"(313) 538-3018","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-9811","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 592-4603","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 891-9007","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 565-4166","","","2:43 PM","0:51","1","Voice
Mail","Successful","",""
"(215) 227-0992","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-0210","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-1260","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-8643","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 331-2125","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 455-0302","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-2625","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 904-8199","","","2:43 PM","0:26","1","Voice
Mail","Successful","",""
"(216) 761-5966","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 255-1616","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 366-8145","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 537-6613","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 374-2760","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 475-6023","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 542-0645","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 232-4731","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-7938","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 425-8107","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 426-5581","","","2:43 PM","0:06","1","Live
Answer","Successful","",""
"(215) 437-1964","","","2:43 PM","0:39","1","Voice

```
Mail","Successful","",""
"(215) 549-8203","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 255-3325","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 694-3978","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 562-1847","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 731-4281","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 947-2585","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(773) 966-4359","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 966-4419","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(212) 627-2886","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(212) 695-5251","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 232-1872","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-2680","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 426-5668","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 624-3269","","","2:43 PM","0:29","2","Voice
Mail","Successful","",""
"(215) 787-0372","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 721-2303","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-8890","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(267) 331-6651","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 533-6225","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(703) 243-1714","","","2:43 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 521-0528","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 538-2151","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 565-4286","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 721-7191","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-8416","","","2:43 PM","0:23","1","Live
```

Answer","Successful","",""
"(773) 768-6924","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(872) 666-5006","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(917) 492-5179","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(212) 989-3987","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 225-1035","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 225-6902","","","2:43 PM","1:20","1","Voice
Mail","Successful","",""
"(215) 227-0583","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 228-8821","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-0409","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 324-5483","","","2:43 PM","0:12","1","Live
Answer","Successful","",""
"(215) 332-8232","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 424-4501","","","2:43 PM","0:23","2","Live
Answer","Successful","",""
"(215) 426-8187","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 427-2013","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 469-6634","","","2:43 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 977-9207","","","2:43 PM","0:17","2","Live
Answer","Successful","",""
"(412) 351-2717","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 675-4254","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 988-2072","","","2:43 PM","0:47","1","Voice
Mail","Successful","",""
"(215) 276-2186","","","2:43 PM","0:48","1","Voice
Mail","Successful","",""
"(215) 427-0957","","","2:43 PM","1:16","1","Voice
Mail","Successful","",""
"(215) 427-3257","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 457-1989","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 856-3412","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 366-1882","","","2:43 PM","0:22","1","Live

```
Answer","Successful","",""
"(313) 535-3968","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 681-2410","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(734) 316-5946","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 247-7899","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 538-4632","","","2:43 PM","0:42","1","Voice
Mail","Successful","",""
"(773) 667-0052","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 669-4083","","","2:43 PM","0:26","1","Voice
Mail","Successful","",""
"(212) 645-3227","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 226-2360","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 226-5228","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-9565","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 423-0332","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 739-8018","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 904-6627","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 451-5240","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 883-0496","","","2:43 PM","0:25","1","Voice
Mail","Successful","",""
"(267) 331-8159","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(267) 766-6678","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 366-4471","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-3403","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 740-7272","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-5711","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 351-1473","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 562-3937","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(773) 373-6705","","","2:43 PM","0:22","1","Live
```

Answer","Successful","",""
"(773) 451-0508","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(773) 667-9143","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 721-9427","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 801-1143","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(212) 242-7206","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(212) 619-2879","","","2:43 PM","1:20","1","Voice
Mail","Successful","",""
"(212) 645-8912","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 236-1262","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-5177","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 743-6393","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4631","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 763-1063","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-1371","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 769-5058","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-2414","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 451-0580","","","2:43 PM","0:46","1","Voice
Mail","Successful","",""
"(216) 451-4949","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2592","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(267) 519-9570","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 533-4892","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 533-6852","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8265","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8951","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 651-9494","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 891-1937","","","2:43 PM","1:07","1","Voice

```
Mail","Successful","",""
"(412) 586-5642","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 528-2219","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(703) 908-0378","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(724) 990-8015","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 924-6611","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(212) 255-2167","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 225-1837","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1922","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 624-1749","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 964-9300","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(216) 271-1885","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-8295","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-1265","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-8538","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-2292","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 371-3149","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 605-0122","","","2:43 PM","0:25","1","Voice
Mail","Successful","",""
"(412) 731-0716","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 731-9605","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(586) 252-9593","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(646) 449-9527","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-4202","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(212) 929-1791","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-8171","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 451-2090","","","2:43 PM","0:16","1","Voice
```

```
Mail","Successful","",""
"(216) 600-9785","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 681-7439","","","2:43 PM","0:19","1","Live
Answer","Successful","",""
"(216) 932-4147","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(267) 639-3334","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 531-3756","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 871-3438","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 538-5673","","","2:43 PM","0:06","1","Live
Answer","Successful","",""
"(872) 244-3009","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 232-0549","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 288-8916","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-2642","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 381-2679","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 424-7163","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 624-2918","","","2:43 PM","0:14","1","Voice
Mail","Successful","",""
"(215) 739-0901","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 268-0004","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(216) 761-4818","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(267) 319-1473","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 282-2579","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-2750","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 977-9299","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-4833","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 622-7250","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 731-0506","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-2604","","","2:43 PM","0:17","1","Voice
```

```
Mail","Successful","",""
"(773) 257-0280","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 359-4712","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 493-5543","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 530-7177","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 224-3854","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 227-0549","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 276-1055","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 291-9629","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-1485","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 333-0640","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 624-3965","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 634-4272","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(216) 451-1681","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-2474","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-6850","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 795-2138","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 365-7828","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 369-9585","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(313) 532-1749","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 205-0697","","","2:43 PM","0:12","1","Live
Answer","Successful","",""
"(703) 524-7621","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 752-5987","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 891-0625","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(773) 952-8753","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(215) 225-0358","","","2:43 PM","0:49","1","Voice
```

Mail","Successful","",""
"(215) 236-7577","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 338-1321","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(215) 457-0866","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(216) 451-4951","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-6413","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(216) 486-5935","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(216) 761-9612","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 533-9173","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 538-0252","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 541-2875","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 242-7304","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(646) 360-2013","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 638-4564","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-6937","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(212) 233-0403","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(212) 279-2811","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(212) 362-1614","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 223-4434","","","2:43 PM","1:20","1","Voice
Mail","Successful","",""
"(215) 425-5772","","","2:43 PM","0:13","1","Live
Answer","Successful","",""
"(215) 725-4016","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-2262","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 761-5513","","","2:43 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(267) 297-7668","","","2:43 PM","0:23","1","Voice
Mail","Successful","",""
"(313) 255-0707","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 535-3822","","","2:43 PM","0:23","1","Live

Answer","Successful","",""
"(313) 537-3983","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-4787","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(313) 541-6789","","","2:43 PM","0:23","2","Live
Answer","Successful","",""
"(313) 838-9479","","","2:43 PM","0:16","1","Live
Answer","Successful","",""
"(703) 527-0503","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 522-0081","","","2:43 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 522-7388","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(872) 666-5032","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(212) 427-6015","","","2:43 PM","0:23","3","Live
Answer","Successful","",""
"(212) 675-6873","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 203-3153","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-9023","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 229-4544","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 268-3311","","","2:43 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 708-1242","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 717-8613","","","2:43 PM","0:52","1","Voice
Mail","Successful","",""
"(215) 763-8077","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 941-7115","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(216) 229-0453","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 382-5770","","","2:43 PM","0:16","1","Live
Answer","Successful","",""
"(313) 733-6267","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 892-1844","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(703) 465-1975","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 221-6144","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(212) 362-3632","","","2:43 PM","0:14","3","Live

```
Answer","Successful","",""
"(215) 223-2345","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 235-2069","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-0161","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 421-2265","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 533-2925","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(412) 871-3494","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(734) 256-0866","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(773) 324-0694","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 707-8637","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 731-1567","","","2:43 PM","0:06","1","Live
Answer","Successful","",""
"(212) 989-2884","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 289-1064","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 324-1782","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0913","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-9529","","","2:43 PM","0:22","2","Live
Answer","Successful","",""
"(215) 765-1180","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-2654","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 366-2802","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 731-7222","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 737-7066","","","2:43 PM","0:08","1","Voice
Mail","Successful","",""
"(412) 723-2657","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(646) 461-3932","","","2:43 PM","1:10","1","Voice
Mail","Successful","",""
"(773) 375-0176","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 947-9979","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-2376","","","2:43 PM","0:39","1","Voice
```

```
Mail","Successful","",""
"(215) 227-2582","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-5753","","","2:43 PM","0:33","2","Voice
Mail","Successful","",""
"(215) 291-5640","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-4805","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(215) 335-1370","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(215) 549-6991","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 739-3982","","","2:43 PM","1:34","1","Voice
Mail","Successful","",""
"(215) 769-8255","","","2:43 PM","0:25","1","Voice
Mail","Successful","",""
"(313) 255-0206","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-6520","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 387-9248","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 527-4084","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-0272","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 533-1925","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 893-3148","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(708) 551-7195","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 548-5502","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(212) 600-1801","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 228-8080","","","2:43 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 807-0132","","","2:43 PM","0:42","1","Voice
Mail","Successful","",""
"(216) 681-1764","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-3473","","","2:43 PM","0:14","2","Live
Answer","Successful","",""
"(267) 286-7944","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(313) 531-7094","","","2:43 PM","0:13","1","Live
Answer","Successful","",""
"(412) 271-0610","","","2:43 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(773) 359-2657","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(773) 363-4931","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-9168","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 684-1242","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 731-8805","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 225-2717","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 226-5929","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(215) 229-3019","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-2216","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 291-4433","","","2:43 PM","0:28","2","Voice
Mail","Successful","",""
"(215) 455-6093","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 634-1507","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 634-2073","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-2151","","","2:43 PM","0:11","1","Live
Answer","Successful","",""
"(215) 745-7515","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 268-5907","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4568","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-8263","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 531-4537","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(313) 592-1732","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(313) 740-7834","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 243-7468","","","2:43 PM","0:26","1","Voice
Mail","Successful","",""
"(412) 371-2231","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-1832","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-2590","","","2:43 PM","0:18","1","Live
```

Answer","Successful","",""
"(773) 721-3228","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(215) 324-7829","","","2:43 PM","0:43","1","Voice
Mail","Successful","",""
"(215) 338-4540","","","2:43 PM","0:15","1","Live
Answer","Successful","",""
"(215) 437-1088","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(215) 548-2986","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 634-5893","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 634-6959","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-6427","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 229-7216","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 291-4654","","","2:43 PM","0:26","1","Voice
Mail","Successful","",""
"(267) 455-0906","","","2:43 PM","0:14","1","Voice
Mail","Successful","",""
"(267) 687-1866","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 255-7761","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(313) 526-4872","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(313) 532-2046","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-5601","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(412) 351-3711","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(724) 485-2171","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-0181","","","2:43 PM","0:45","1","Voice
Mail","Successful","",""
"(773) 947-0186","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-4256","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(773) 978-7672","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(215) 224-2730","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 232-2914","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(215) 763-6599","","","2:43 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 769-4509","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 904-5631","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 231-5636","","","2:43 PM","0:12","1","Live
Answer","Successful","",""
"(216) 350-6396","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 391-7289","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 761-5443","","","2:43 PM","0:43","1","Voice
Mail","Successful","",""
"(216) 795-7066","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-2962","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 932-5149","","","2:43 PM","0:21","1","Live
Answer","Successful","",""
"(267) 687-8995","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(267) 886-8709","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 273-6798","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(412) 242-9843","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(412) 371-0848","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(412) 681-3511","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(631) 592-4503","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-6049","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 223-4470","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-6451","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-4929","","","2:43 PM","0:16","1","Live
Answer","Successful","",""
"(215) 329-0363","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 338-6425","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 425-6168","","","2:43 PM","0:22","2","Live
Answer","Successful","",""
"(215) 427-1727","","","2:43 PM","0:04","1","Live
Answer","Successful","",""
"(215) 455-5468","","","2:43 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 739-2245","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 745-9201","","","2:43 PM","0:08","1","Live
Answer","Successful","",""
"(215) 927-8855","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(216) 249-2680","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 268-0166","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(267) 239-0690","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(313) 399-9540","","","2:43 PM","0:03","1","Live
Answer","Successful","",""
"(313) 531-7878","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 537-7481","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 541-5535","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 592-0816","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(313) 835-3295","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(412) 434-0959","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-4494","","","2:43 PM","0:23","3","Live
Answer","Successful","",""
"(773) 277-1593","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-8877","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 374-5391","","","2:43 PM","0:17","1","Live
Answer","Successful","",""
"(773) 696-9689","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 752-6248","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(773) 924-5606","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(773) 924-6735","","","2:43 PM","0:05","1","Live
Answer","Successful","",""
"(212) 627-0621","","","2:43 PM","0:45","1","Voice
Mail","Successful","",""
"(212) 647-1184","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 225-7378","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 228-6236","","","2:43 PM","1:01","1","Voice
```

Mail","Successful","",""
"(215) 236-0945","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(215) 331-9349","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(215) 548-2439","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 924-3643","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-4892","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-2073","","","2:43 PM","0:28","2","Voice
Mail","Successful","",""
"(216) 761-2101","","","2:43 PM","0:22","2","Live
Answer","Successful","",""
"(216) 761-6551","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(216) 761-9607","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(267) 385-7807","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-6232","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 369-4357","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 372-3165","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 472-5724","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 740-7652","","","2:43 PM","0:03","1","Live
Answer","Successful","",""
"(313) 794-6172","","","2:43 PM","0:05","2","Live
Answer","Successful","",""
"(313) 826-7306","","","2:43 PM","0:45","1","Voice
Mail","Successful","",""
"(412) 243-5228","","","2:43 PM","0:23","1","Voice
Mail","Successful","",""
"(412) 681-6281","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 493-6159","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(212) 967-2126","","","2:43 PM","0:17","1","Live
Answer","Successful","",""
"(215) 232-6095","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 276-5901","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-2394","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 535-2130","","","2:43 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 978-4068","","","2:43 PM","0:15","1","Live
Answer","Successful","",""
"(216) 231-0116","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 429-2051","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(216) 451-0783","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 862-4337","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(267) 437-3611","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 372-4621","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 527-3185","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 243-6388","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-4567","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(412) 683-6265","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 221-5741","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(773) 277-8694","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-0608","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 752-1237","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(212) 741-8018","","","2:43 PM","0:14","1","Live
Answer","Successful","",""
"(215) 223-5368","","","2:43 PM","0:22","3","Live
Answer","Successful","",""
"(215) 276-1964","","","2:43 PM","1:02","1","Voice
Mail","Successful","",""
"(215) 324-5939","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 423-6457","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-9716","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 695-0835","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-1294","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 335-5233","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(313) 592-0381","","","2:43 PM","0:35","1","Voice
```

```
Mail","Successful","",""
"(313) 731-7193","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 692-6958","","","2:43 PM","0:16","1","Voice
Mail","Successful","",""
"(703) 524-5968","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 721-9554","","","2:43 PM","0:25","1","Voice
Mail","Successful","",""
"(212) 564-5348","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(215) 232-1527","","","2:43 PM","0:22","3","Live
Answer","Successful","",""
"(215) 289-8985","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 329-2169","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 332-8089","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(215) 424-3903","","","2:43 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 624-5433","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(215) 722-6368","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-2365","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""
"(216) 451-3687","","","2:43 PM","0:21","1","Live
Answer","Successful","",""
"(216) 451-5053","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-5886","","","2:43 PM","0:02","1","Live
Answer","Successful","",""
"(267) 639-5445","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-1804","","","2:43 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 794-6155","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 723-2784","","","2:43 PM","0:18","1","Voice
Mail","Successful","",""
"(773) 521-8312","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-8636","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 235-6886","","","2:43 PM","0:22","2","Live
Answer","Successful","",""
"(215) 425-1752","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 708-1659","","","2:43 PM","0:07","1","Live
```

Answer","Successful","",""
"(215) 725-6677","","","2:43 PM","0:07","1","Voice
Mail","Successful","",""
"(215) 744-2831","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(216) 249-5911","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-7228","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-2317","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 369-9511","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(313) 731-7143","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 826-7189","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(412) 243-7355","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(412) 371-5511","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(646) 692-9320","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 522-7598","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(773) 762-0450","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(212) 682-9898","","","2:43 PM","0:53","1","Voice
Mail","Successful","",""
"(215) 331-6105","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 548-3984","","","2:43 PM","1:21","1","Voice
Mail","Successful","",""
"(215) 549-1502","","","2:43 PM","1:15","1","Voice
Mail","Successful","",""
"(216) 291-4785","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 721-2008","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(267) 324-3077","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(267) 731-6572","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(313) 368-3619","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-3879","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-7713","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 451-5138","","","2:43 PM","0:10","1","Live

```
Answer","Successful","",""
"(313) 493-0187","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-0533","","","2:43 PM","0:48","1","Voice
Mail","Successful","",""
"(313) 541-2200","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(412) 273-1999","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 371-5389","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(412) 681-8611","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(612) 399-3881","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-7928","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 227-6621","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 227-7750","","","2:43 PM","0:23","2","Live
Answer","Successful","",""
"(215) 333-7490","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 341-8023","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 383-1458","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(267) 437-2043","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 368-7753","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 427-9869","","","2:43 PM","0:29","1","Voice
Mail","Successful","",""
"(313) 533-2553","","","2:43 PM","0:20","1","Live
Answer","Successful","",""
"(313) 740-7326","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 838-9332","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 891-8223","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-4622","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(215) 227-8091","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(215) 423-6669","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 684-1981","","","2:43 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 725-3062","","","2:43 PM","0:23","1","Live
```

Answer","Successful","",""
"(216) 451-7760","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 481-5126","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-1853","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-6205","","","2:43 PM","0:39","1","Voice
Mail","Successful","",""
"(313) 533-0119","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 794-1569","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 221-2299","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 277-3804","","","2:43 PM","0:13","1","Live
Answer","Successful","",""
"(773) 277-9589","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-1397","","","2:43 PM","0:28","1","Voice
Mail","Successful","",""
"(773) 321-0060","","","2:43 PM","0:06","1","Voice
Mail","Successful","",""
"(773) 324-2701","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(773) 493-5531","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(810) 328-3740","","","2:43 PM","0:49","1","Voice
Mail","Successful","",""
"(212) 779-1874","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4174","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-1099","","","2:43 PM","0:46","1","Voice
Mail","Successful","",""
"(215) 744-9289","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2068","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-6651","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(216) 785-9596","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 791-5368","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 851-1760","","","2:43 PM","0:44","1","Voice
Mail","Successful","",""
"(216) 862-7080","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 255-4867","","","2:43 PM","0:41","1","Voice

Mail","Successful","",""
"(313) 387-4744","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-0452","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 694-3303","","","2:43 PM","0:45","1","Voice
Mail","Successful","",""
"(313) 766-5034","","","2:43 PM","0:20","1","Voice
Mail","Successful","",""
"(313) 794-0231","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(412) 687-1819","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 277-0461","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-9294","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 522-2250","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(773) 565-4845","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(212) 989-9482","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-2501","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 332-1206","","","2:43 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 763-2876","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(216) 471-8936","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 883-9017","","","2:43 PM","0:37","1","Voice
Mail","Successful","",""
"(313) 468-9479","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-4454","","","2:43 PM","0:43","1","Voice
Mail","Successful","",""
"(313) 533-6115","","","2:43 PM","0:07","1","Live
Answer","Successful","",""
"(313) 537-3859","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(412) 242-4904","","","2:43 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 621-0980","","","2:43 PM","0:27","1","Voice
Mail","Successful","",""
"(703) 524-9789","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(212) 564-2480","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(215) 227-5176","","","2:43 PM","0:13","1","Live

```
Answer","Successful","",""
"(215) 291-0692","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-1651","","","2:43 PM","0:20","1","Voice
Mail","Successful","",""
"(215) 634-1353","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 739-0323","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(215) 927-0873","","","2:43 PM","0:20","3","Live
Answer","Successful","",""
"(215) 978-0154","","","2:43 PM","0:17","1","Voice
Mail","Successful","",""
"(216) 331-1101","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(313) 326-4151","","","2:43 PM","0:02","2","Live
Answer","Successful","",""
"(313) 532-6899","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 893-9720","","","2:43 PM","0:03","1","Live
Answer","Successful","",""
"(773) 277-6602","","","2:43 PM","0:50","1","Voice
Mail","Successful","",""
"(773) 363-5654","","","2:43 PM","0:18","1","Live
Answer","Successful","",""
"(773) 373-2839","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-9665","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 801-0038","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 966-7732","","","2:43 PM","0:17","2","Live
Answer","Successful","",""
"(212) 943-0350","","","2:43 PM","0:32","1","Voice
Mail","Successful","",""
"(215) 904-7451","","","2:43 PM","0:15","1","Voice
Mail","Successful","",""
"(216) 791-7116","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(216) 851-2413","","","2:43 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 531-7519","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 532-0617","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(313) 535-7340","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 766-6635","","","2:43 PM","0:42","1","Voice
Mail","Successful","",""
"(313) 835-8006","","","2:43 PM","0:34","1","Voice
```

Mail","Successful","",""
"(313) 892-6916","","","2:43 PM","0:38","1","Voice
Mail","Successful","",""
"(412) 371-3658","","","2:43 PM","0:46","1","Voice
Mail","Successful","",""
"(412) 871-5470","","","2:43 PM","0:40","1","Voice
Mail","Successful","",""
"(703) 527-0953","","","2:43 PM","0:33","2","Voice
Mail","Successful","",""
"(703) 527-8905","","","2:43 PM","0:34","1","Voice
Mail","Successful","",""
"(703) 842-4372","","","2:43 PM","0:21","3","Live
Answer","Successful","",""
"(773) 643-3438","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(215) 227-3376","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(215) 227-7176","","","2:43 PM","0:23","2","Live
Answer","Successful","",""
"(215) 333-3346","","","2:43 PM","0:08","1","Live
Answer","Successful","",""
"(215) 456-9350","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-2527","","","2:43 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 763-2776","","","2:43 PM","0:23","2","Live
Answer","Successful","",""
"(215) 765-0938","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 382-1339","","","2:43 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3854","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(216) 563-1978","","","2:43 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 893-1978","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(703) 516-0785","","","2:43 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 288-2986","","","2:43 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 891-1917","","","2:43 PM","0:22","1","Live
Answer","Successful","",""
"(773) 924-9222","","","2:43 PM","0:23","1","Live
Answer","Successful","",""
"(773) 927-3173","","","2:43 PM","0:41","1","Voice
Mail","Successful","",""