```
DialMyCalls.com Report For: Broadcast 2020-10-30
Call Date: 10/30/20 3:44 PM
Setup On: 10/30/20 3:44 PM
Recording: RoboCall
Caller ID: (202) 795-3213
Attempted Calls: 1895
Successful Calls: 373
Live Answered: 288
Machine Answered: 85
Credits Used: 1895

"Phone #","Last Name","First Name","Initial Call Time","Call
Length","Attempts","Status","End Result","E-Mail","Miscellaneous"
"(212) 475-0205","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1219","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1675","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-0131","","","3:44 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-5759","","","3:44 PM","0:23","2","Live
Answer","Successful","",""
"(215) 457-6956","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1290","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2039","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-7417","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-0604","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-1680","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-1457","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 646-6710","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 653-0929","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7958","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7993","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-8088","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 371-9085","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-3096","","","3:44 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(773) 565-4113","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-9877","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-8635","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3834","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 369-1281","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5128","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7077","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 227-0840","","","3:44 PM","0:22","2","Live
Answer","Successful","",""
"(215) 228-5731","","","3:44 PM","0:12","1","Live
Answer","Successful","",""
"(215) 708-0128","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7517","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-4567","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-5300","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3115","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3486","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-8839","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-8014","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 727-1856","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-1706","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 486-0669","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-2767","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-1493","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 248-0708","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-0147","","","3:44 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 225-1837","","","3:44 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 426-4303","","","3:44 PM","0:22","2","Live
Answer","Successful","",""
"(215) 924-2142","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5675","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 239-0210","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 307-8405","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-7710","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-2218","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1273","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1358","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-7235","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0835","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2027","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3896","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-5682","","","3:44 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 232-0913","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-9548","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1427","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-0565","","","3:44 PM","0:30","1","Voice
Mail","Successful","",""
"(215) 468-3561","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 537-0267","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-9968","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-2589","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7637","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 321-4166","","","3:44 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 458-8310","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 681-1442","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 683-1258","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 723-2953","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-1065","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-0081","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7441","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9384","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-4431","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6517","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8661","","","3:44 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 227-6239","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1063","","","3:44 PM","0:22","2","Live
Answer","Successful","",""
"(215) 229-0210","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-6541","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2472","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8033","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 861-0395","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3254","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-0244","","","3:44 PM","0:38","1","Voice
Mail","Successful","",""
"(773) 762-8031","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 902-2060","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 842-1228","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 967-1325","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-3719","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-2020","","","3:44 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 423-5313","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3834","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4780","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-1910","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-2571","","","3:44 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 382-1339","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6854","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3989","","","3:44 PM","0:35","1","Voice
Mail","Successful","",""
"(216) 681-2986","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 883-4502","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(313) 368-3111","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-7317","","","3:44 PM","0:34","2","Voice
Mail","Successful","",""
"(313) 369-9060","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(313) 532-8036","","","3:44 PM","1:06","1","Voice
Mail","Successful","",""
"(313) 537-1639","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-2436","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-9455","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8199","","","3:44 PM","0:02","2","Live
Answer","Successful","",""
"(313) 740-7159","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-6716","","","3:44 PM","0:32","3","Voice
Mail","Successful","",""
"(773) 373-6178","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7600","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-4310","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1684","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9107","","","3:44 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 333-0853","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4274","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-5189","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0504","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(216) 451-5409","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(216) 681-2033","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3139","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-0319","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 281-0833","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-0242","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 563-2087","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 927-0658","","","3:44 PM","0:17","1","Live
Answer","Successful","",""
"(215) 225-3858","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2450","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-4367","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 278-8649","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-7172","","","3:44 PM","0:23","2","Live
Answer","Successful","",""
"(313) 839-3641","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-6232","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-0563","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-1413","","","3:44 PM","0:22","2","Live
Answer","Successful","",""
"(773) 285-3519","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 475-7760","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 767-0406","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4649","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 289-2619","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6391","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-2130","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4830","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2589","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 437-3263","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-7328","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-9865","","","3:44 PM","1:04","1","Voice
Mail","Successful","",""
"(773) 565-4164","","","3:44 PM","0:04","1","Live
Answer","Successful","",""
"(773) 966-4636","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 480-6324","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-3185","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 873-9396","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-3431","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5329","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-7101","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-3749","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6932","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-4237","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8879","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-7887","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(347) 706-1546","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 471-1348","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-4520","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-3538","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 762-4663","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(212) 620-0186","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 620-5610","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 904-1380","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0379","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4638","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-7337","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2071","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2406","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-4090","","","3:44 PM","0:22","3","Live
Answer","Successful","",""
"(216) 761-5008","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-3267","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-0302","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-1156","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-2559","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-6628","","","3:44 PM","0:39","1","Voice
Mail","Successful","",""
"(412) 687-9828","","","3:44 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-2046","","","3:44 PM","0:23","2","Live
Answer","Successful","",""
"(773) 966-4019","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(212) 206-1858","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 244-4624","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 757-5074","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0437","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-1175","","","3:44 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 426-0466","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 455-0381","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-1546","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-1578","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-3668","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-3326","","","3:44 PM","0:22","1","Voice
Mail","Successful","",""
"(267) 687-1553","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-2027","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-8122","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-6852","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-8824","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-5094","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-9191","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-6176","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 924-0940","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3975","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-6190","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-9037","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1683","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2806","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(215) 787-2954","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-1351","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 335-5822","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 247-5302","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5545","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-6725","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 837-6715","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5205","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-5218","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-4083","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4286","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4559","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-4621","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-7405","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-1236","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6116","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 338-3415","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-1265","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(215) 455-8660","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(215) 722-2593","","","3:44 PM","0:21","3","Live
Answer","Successful","",""
"(215) 739-3069","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-3621","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-5897","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 862-2322","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9476","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 686-2231","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2283","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-3166","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-6772","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(412) 802-0787","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9185","","","3:44 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(212) 675-1225","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-0757","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-8634","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-6186","","","3:44 PM","0:22","3","Live
Answer","Successful","",""
"(215) 232-2434","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-1429","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4084","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-0829","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-3574","","","3:44 PM","0:22","3","Live
Answer","Successful","",""
"(215) 548-4206","","","3:44 PM","0:19","2","Live
Answer","Successful","",""
"(216) 249-2628","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 297-9755","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-4779","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 336-7497","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-4795","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-4123","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 277-2075","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-2739","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4974","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-0516","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-5981","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 263-1255","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 367-3793","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(212) 564-5607","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-5919","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 232-7340","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0371","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-1451","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-5329","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-6668","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8038","","","3:44 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-5513","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(313) 531-8448","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8995","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(313) 892-4350","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-2535","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 277-1853","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-9342","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 542-0057","","","3:44 PM","0:06","1","Live
Answer","Successful","",""
"(872) 666-5463","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-5046","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-3517","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5158","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3690","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 684-2225","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-1591","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 421-2172","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-1263","","","3:44 PM","0:14","2","Live
Answer","Successful","",""
"(267) 519-2359","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5909","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 538-1194","","","3:44 PM","0:05","1","Live
Answer","Successful","",""
"(313) 838-6872","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 358-9637","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5312","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-8002","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4570","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-2608","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 261-6688","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0907","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2197","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-3443","","","3:44 PM","0:12","1","Live
Answer","Successful","",""
"(215) 332-0486","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1037","","","3:44 PM","0:12","2","Live
Answer","Successful","",""
"(215) 624-2426","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-1851","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0593","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-3142","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(216) 451-6418","","","3:44 PM","0:24","1","Voice
Mail","Successful","",""
"(216) 541-3502","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(267) 687-2284","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-9850","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(773) 374-6899","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-6494","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-2641","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 244-1673","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 221-6782","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-0242","","","3:44 PM","0:20","1","Live
Answer","Successful","",""
"(215) 236-9992","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-4282","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3407","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-2764","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2402","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4625","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-4114","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-7853","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(216) 795-0698","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-2161","","","3:44 PM","0:31","1","Voice
Mail","Successful","",""
"(267) 239-0152","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5094","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2952","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-4066","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 918-1081","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 338-1378","","","3:44 PM","0:27","1","Voice
Mail","Successful","",""
"(773) 363-0053","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-3247","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-3931","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-4746","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-6486","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-0263","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8611","","","3:44 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 424-5809","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4376","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 621-7491","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 634-2067","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 904-6225","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-0846","","","3:44 PM","0:24","1","Voice
Mail","Successful","",""
"(313) 532-5811","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(313) 533-6360","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",
"(313) 538-1390","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(412) 241-1389","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 261-2856","","","3:44 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 521-1061","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 666-5357","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-3616","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3093","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-2804","","","3:44 PM","0:22","2","Live
Answer","Successful","",""
"(215) 927-2022","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-4243","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-0019","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 862-2203","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-3617","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 627-5041","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",
"(212) 807-1293","","","3:44 PM","0:30","3","Voice
Mail","Successful","",""
"(212) 875-1423","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6410","","","3:44 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 423-5025","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3359","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3423","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 561-8097","","","3:44 PM","0:20","3","Live
Answer","Successful","",""
"(313) 534-0932","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-9242","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-4878","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2373","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3724","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 924-0118","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1506","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-5213","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0497","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-3272","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(215) 289-3418","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-0181","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1348","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 481-0117","","","3:44 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 681-6614","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(248) 516-9209","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-8482","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-5829","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-3719","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7648","","","3:44 PM","0:23","2","Live
Answer","Successful","",""
"(646) 490-7119","","","3:44 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(646) 870-6097","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(718) 773-8091","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5210","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5717","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-1931","","","3:44 PM","0:26","2","Voice
Mail","Successful","",""
"(215) 425-1209","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(215) 455-0549","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-2497","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0385","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9286","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5833","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-8084","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(313) 766-6285","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-2646","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-7940","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-5554","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 977-9299","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-5561","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 731-3526","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 223-1151","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-1528","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3469","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4346","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 743-6393","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1201","","","3:44 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(216) 268-4830","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-0809","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(267) 343-5773","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 967-8792","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 270-7849","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-5042","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7741","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-7508","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(412) 731-8924","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-9616","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-1569","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0542","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-7822","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2183","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-9627","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 243-3540","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 239-0361","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 480-5750","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-5380","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 613-5711","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-0309","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 383-8201","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 791-9990","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-7268","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 461-0644","","","3:44 PM","0:38","1","Voice
```

```
Mail","Successful","",""
"(773) 522-1853","","","3:44 PM","0:16","3","Live
Answer","Successful","",""
"(212) 406-6298","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 594-1290","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-5796","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-0381","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9593","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-5641","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1405","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(215) 941-8915","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-7689","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-5281","","","3:44 PM","0:22","3","Live
Answer","Successful","",""
"(216) 772-2854","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 773-7671","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 733-6528","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7586","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-4509","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-9181","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0403","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1749","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-6710","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-2524","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-7763","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5257","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0375","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(216) 391-1423","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 451-2375","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4834","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1917","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2248","","","3:44 PM","0:44","1","Voice
Mail","Successful","",""
"(313) 535-0905","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-8650","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(773) 762-8704","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(872) 244-7814","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 207-9025","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-9224","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-9130","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1062","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7233","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-5147","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7888","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-9341","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1378","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2509","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 361-9992","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 751-8454","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2259","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(267) 519-8899","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-5255","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-7175","","","3:44 PM","0:17","2","Live
Answer","Successful","",""
"(412) 241-2298","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 475-7404","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4851","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 444-5828","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6297","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2018","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-1523","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3768","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-7164","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 548-1098","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3870","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-6304","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 341-4362","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-4364","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-5516","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-9550","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8265","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-9643","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-5184","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(612) 338-6284","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(646) 632-7880","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-2504","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 268-8489","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(773) 542-9552","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-6282","","","3:44 PM","0:02","1","Live
Answer","Successful","",""
"(212) 447-7870","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 225-1384","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1691","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(215) 232-8012","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0641","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1370","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 437-9814","","","3:44 PM","0:12","1","Live
Answer","Successful","",""
"(215) 743-1375","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1531","","","3:44 PM","0:15","3","Live
Answer","Successful","",""
"(215) 821-3460","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-3908","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8316","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-6355","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-7312","","","3:44 PM","0:27","1","Voice
Mail","Successful","",""
"(313) 535-4345","","","3:44 PM","0:24","1","Live
Answer","Successful","",""
"(313) 740-7394","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 288-0422","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(773) 437-5370","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-1120","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 574-8956","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 690-5727","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-3464","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1207","","","3:44 PM","0:25","1","Voice
Mail","Successful","",""
"(215) 324-1792","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-4575","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0491","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 427-9652","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-2161","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 400-7897","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-0228","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2874","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-4238","","","3:44 PM","0:23","2","Live
Answer","Successful","",""
"(313) 397-4237","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-4501","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 977-9019","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 434-6707","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-8777","","","3:44 PM","0:31","3","Voice
Mail","Successful","",""
"(215) 291-4640","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-1756","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-4193","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-2757","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1949","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-0503","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0501","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-2217","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 271-1885","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 791-3673","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 620-7313","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-1355","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-1158","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-5979","","","3:44 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(646) 336-4888","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 523-9511","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-1013","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 249-0237","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 928-3011","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1505","","","3:44 PM","0:08","2","Live
Answer","Successful","",""
"(215) 728-1402","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(215) 763-3024","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(215) 927-3630","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-3101","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 932-3612","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-7176","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 458-8445","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0289","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-6275","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-9382","","","3:44 PM","0:15","1","Live
Answer","Successful","",""
"(773) 927-3066","","","3:44 PM","0:23","2","Live
Answer","Successful","",""
"(212) 233-3070","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5865","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-0482","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6914","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-1031","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-8935","","","3:44 PM","0:12","1","Voice
Mail","Successful","",""
"(215) 739-0189","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1729","","","3:44 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(313) 255-4735","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 493-1650","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-8688","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(313) 535-1109","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-7812","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 329-6949","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 559-9050","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 559-9538","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 727-2081","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-7274","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-4125","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-8534","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1690","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9473","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-2079","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-4363","","","3:44 PM","0:19","1","Live
Answer","Successful","",""
"(215) 787-0962","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-5537","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 761-9418","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1932","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-6737","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(646) 861-1832","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-0564","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 540-6595","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 265-9040","","","3:44 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(212) 249-0649","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-5250","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1914","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1677","","","3:44 PM","0:22","3","Live
Answer","Successful","",""
"(215) 338-4295","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8609","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 537-5968","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2592","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-6535","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-5385","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-6694","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(216) 273-7738","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-1740","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-3884","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3222","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0789","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-1432","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1087","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3280","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6238","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1418","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-6699","","","3:44 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-6991","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-0439","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9691","","","3:44 PM","0:00","3","Busy
```

```
Signal","Unsuccessful","",""
"(215) 324-0960","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-1879","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2216","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(216) 938-9182","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-9913","","","3:44 PM","0:22","1","Live
Answer","Successful","",""
"(313) 538-2168","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-2679","","","3:44 PM","0:04","2","Live
Answer","Successful","",""
"(703) 527-3530","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 277-0265","","","3:44 PM","0:23","3","Live
Answer","Successful","",""
"(773) 285-9987","","","3:44 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 734-3317","","","3:44 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 427-7380","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 593-7142","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 691-5073","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(212) 924-6181","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(215) 221-5246","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2160","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2895","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-2979","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-7551","","","3:45 PM","0:12","1","Live
Answer","Successful","",""
"(215) 423-4982","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5088","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(215) 455-0848","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1715","","","3:45 PM","0:19","1","Live
Answer","Successful","",""
"(216) 249-9113","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 429-2098","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 471-8740","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3402","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5165","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 331-6645","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-0923","","","3:45 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 397-6119","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 986-9160","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-7341","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-9060","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(773) 888-0572","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-7410","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(212) 779-1874","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-0312","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0183","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-5364","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1366","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-9346","","","3:45 PM","0:17","1","Live
Answer","Successful","",""
"(215) 425-6794","","","3:45 PM","0:57","1","Voice
Mail","Successful","",""
"(215) 549-9066","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 728-1730","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-2619","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-3234","","","3:45 PM","0:02","1","Live
Answer","Successful","",""
"(216) 761-9570","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-7650","","","3:45 PM","0:21","1","Live
```

```
Answer","Successful","",""
"(313) 532-7835","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7047","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 529-4155","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-7915","","","3:45 PM","0:21","1","Live
Answer","Successful","",""
"(215) 549-0980","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-4568","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1329","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2673","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 722-1357","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2574","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-8303","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(216) 938-8547","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-1699","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 412-2372","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 329-5934","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 812-0936","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-4459","","","3:45 PM","0:16","1","Live
Answer","Successful","",""
"(773) 906-3154","","","3:45 PM","0:11","2","Live
Answer","Successful","",""
"(773) 966-4000","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-3294","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(212) 929-0898","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3059","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 232-1986","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2675","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-1826","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 426-8109","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2954","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2371","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4101","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-8453","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-0597","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-0712","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-4814","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-4815","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 847-3375","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-3019","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-7225","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5815","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-4236","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2972","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-3104","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 425-5472","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-2727","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1972","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1936","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 600-5503","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2638","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(267) 455-0714","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-6966","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 758-2750","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(313) 535-6050","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-4612","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 461-3937","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(716) 431-8831","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-2839","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-1166","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9315","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 249-2469","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-9109","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5946","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0915","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9629","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-2883","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-2410","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3829","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6039","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-2335","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5236","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(267) 324-3228","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1207","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-4538","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5284","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2064","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 242-4838","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3566","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 333-5549","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 426-4746","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4166","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 361-2023","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 381-3994","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-9142","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8690","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-1315","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 456-2149","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-0807","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(773) 437-5506","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 449-9228","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-3313","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-1220","","","3:45 PM","0:28","1","Voice
Mail","Successful","",""
"(212) 860-0948","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-7091","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6182","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-1710","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-4574","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-5243","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-0347","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-5765","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(212) 544-7770","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 781-1393","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-8476","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 324-1276","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4714","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0913","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-4584","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 249-8603","","","3:45 PM","0:41","2","Voice
Mail","Successful","",""
"(216) 851-8295","","","3:45 PM","0:27","2","Voice
Mail","Successful","",""
"(313) 533-5220","","","3:45 PM","0:19","1","Live
Answer","Successful","",""
"(313) 535-0056","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-4586","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 653-4050","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 682-7829","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-8236","","","3:45 PM","0:35","1","Voice
Mail","Successful","",""
"(773) 955-9640","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 242-8076","","","3:45 PM","0:04","3","Live
Answer","Successful","",""
"(215) 329-2049","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-4750","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-5495","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6042","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 600-5552","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 713-2218","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 259-1308","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 909-9731","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 835-2970","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 387-6364","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(313) 468-9479","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 731-7572","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 261-2812","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-9524","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 633-2622","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 696-9045","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1970","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-6019","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-0195","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3215","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3461","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(216) 321-1297","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6908","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(216) 761-0094","","","3:45 PM","0:17","1","Live
Answer","Successful","",""
"(216) 761-9849","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-9457","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-3772","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7439","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-4403","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-2453","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 461-3967","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-5381","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-2359","","","3:45 PM","1:08","2","Voice
Mail","Successful","",""
"(215) 227-0624","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(215) 229-1610","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(215) 457-5972","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 634-0718","","","3:45 PM","0:10","1","Voice
Mail","Successful","",""
"(215) 763-3634","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-5296","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2343","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-9097","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-3987","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8745","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-6158","","","3:45 PM","0:35","2","Voice
Mail","Successful","",""
"(412) 371-0211","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1694","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-3996","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-4984","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7581","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 216-9195","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-5403","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-5897","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-3810","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3869","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-1190","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1508","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5907","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-2303","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 340-2603","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-7713","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8930","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(313) 651-5510","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 733-6951","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(330) 382-3899","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 559-1602","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(724) 485-2171","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-1923","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-0046","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7602","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7864","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-9495","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(215) 224-1298","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-4858","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-0204","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(216) 205-4866","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7813","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 912-8160","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 412-2111","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-4580","","","3:45 PM","0:47","1","Voice
Mail","Successful","",""
"(313) 592-1862","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-0403","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 448-4654","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5279","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-8934","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(773) 624-0244","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 933-0409","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(212) 222-3815","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 243-7841","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5781","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-3497","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1412","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 543-9580","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9494","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 834-8055","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 235-7788","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 391-1298","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 471-3480","","","3:45 PM","0:04","1","Live
Answer","Successful","",""
"(773) 285-9482","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(773) 324-3160","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(773) 521-8020","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-9322","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-0403","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 847-1015","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(212) 695-7728","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5247","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 223-1750","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-8412","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3520","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-1923","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0236","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(267) 318-7456","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 387-9388","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-7066","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-2614","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-3553","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 752-2311","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(773) 924-5370","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-6967","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 279-7765","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-3866","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3843","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9148","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3504","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-3296","","","3:45 PM","0:20","1","Live
Answer","Successful","",""
"(215) 455-1681","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 455-2032","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 417-1484","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 486-9726","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7358","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 741-1876","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 733-1501","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-5127","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6191","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3549","","","3:45 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 331-4267","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-4740","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 342-0148","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4634","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4905","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1839","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4190","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-6471","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-9946","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-7124","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7821","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(571) 312-7262","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-8582","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 291-9981","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1586","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-7841","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-1038","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3415","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9443","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-1901","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-6753","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-7180","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-5445","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-6322","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(610) 910-4492","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 838-6952","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 257-0125","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 277-0941","","","3:45 PM","0:33","1","Voice
Mail","Successful","",""
"(773) 521-0512","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4377","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 630-0230","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-7429","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1782","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1142","","","3:45 PM","0:11","1","Live
Answer","Successful","",""
"(215) 745-2328","","","3:45 PM","0:12","1","Live
Answer","Successful","",""
"(215) 924-1601","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-5853","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-3307","","","3:45 PM","0:32","1","Voice
Mail","Successful","",""
"(313) 694-3355","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 261-6865","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-6172","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(215) 232-5307","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2980","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4604","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4748","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 202-1814","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-9407","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-3861","","","3:45 PM","0:23","3","Live
Answer","Successful","",""
"(216) 862-6561","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 362-7738","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-9168","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-7563","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 242-2046","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(440) 276-1175","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 841-0208","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(773) 374-6627","","","3:45 PM","0:31","2","Voice
Mail","Successful","",""
"(773) 521-4143","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-6343","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-2006","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-8707","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 966-4902","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(872) 465-3249","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 242-4583","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-8228","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 426-4948","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3876","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 831-0672","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(216) 273-7678","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5103","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-3907","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 338-1306","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 567-6811","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-5322","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2184","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 240-9471","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-7002","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 232-2858","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 455-1793","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-1329","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-4866","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-2712","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 731-7626","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-9248","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(331) 315-4630","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 471-2591","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 523-1889","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 333-4760","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 335-9563","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-3880","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1680","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-1371","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-4191","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-1681","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5315","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(216) 772-2769","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-1392","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-6889","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-5184","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2288","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0506","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-3636","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1678","","","3:45 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(215) 226-8162","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6492","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-7806","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 253-3438","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3451","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1432","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-2363","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-9289","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-0313","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-9478","","","3:45 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 681-3241","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-8851","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-8316","","","3:45 PM","0:14","1","Live
Answer","Successful","",""
"(313) 766-5850","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 360-2013","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 240-3205","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-8350","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 221-6719","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-9349","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 227-6139","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7953","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-4359","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-6232","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(215) 332-3246","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1936","","","3:45 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 425-5417","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-1540","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-3180","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 331-1046","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 681-2815","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-2832","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 723-8848","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7127","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-5318","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-3550","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(929) 259-9959","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6362","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0980","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 454-2943","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 904-8333","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-2582","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(216) 321-2712","","","3:45 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 451-2789","","","3:45 PM","0:28","3","Voice
Mail","Successful","",""
"(216) 851-7310","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 422-8359","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 543-5010","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 836-6967","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 425-9207","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 251-0176","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 376-6094","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(212) 727-2307","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-4534","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-7549","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-5902","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-8126","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-1703","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1424","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 900-2663","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(313) 537-7406","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 803-7385","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(412) 904-3957","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 609-3885","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-7390","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(708) 964-7143","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-1217","","","3:45 PM","0:10","3","Live
Answer","Successful","",""
"(212) 675-2913","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 988-1995","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5830","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 228-7331","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-5801","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-3176","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-1754","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(215) 725-5015","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 561-3935","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-1716","","","3:45 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(216) 851-5902","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 273-0158","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-6459","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7007","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 281-9506","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-6815","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5552","","","3:45 PM","0:23","2","Live
Answer","Successful","",""
"(872) 244-7390","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2151","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2603","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-4509","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-7802","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-1299","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 331-1920","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-4059","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8557","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2141","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-7218","","","3:45 PM","0:31","1","Voice
Mail","Successful","",""
"(215) 769-1909","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 912-8168","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 385-7218","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-8231","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2059","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-8483","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 693-4601","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 586-5542","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-4072","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 952-7995","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(872) 666-5526","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 476-5216","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-7182","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 221-6487","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-3684","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-8288","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-0237","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-9082","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-5876","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 634-2915","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-4338","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2390","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 451-5319","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 861-0747","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-8597","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-4618","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(484) 949-3587","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-3967","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-7784","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 376-5404","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-7338","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-5800","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(773) 847-6623","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 645-1715","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1490","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8836","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1629","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1635","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4827","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1955","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4921","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-5038","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-3009","","","3:45 PM","0:12","3","Live
Answer","Successful","",""
"(216) 451-4730","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 830-3346","","","3:45 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 855-2260","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 268-5378","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(212) 371-2875","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-5919","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 229-2028","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-4916","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-0619","","","3:45 PM","0:15","1","Live
Answer","Successful","",""
"(215) 332-4529","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-4173","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-6597","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-0995","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2993","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 763-6599","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-9694","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-1978","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-8946","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 203-2244","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-8337","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-1901","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7904","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-4066","","","3:45 PM","0:15","1","Live
Answer","Successful","",""
"(484) 364-5787","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 703-3463","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 762-1692","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-1355","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0392","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1073","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-8059","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-3871","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-5899","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(215) 425-3646","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-7989","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-4169","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-9350","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1060","","","3:45 PM","0:03","1","Live
Answer","Successful","",""
"(215) 457-6792","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-1953","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 722-3941","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-4881","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 481-7030","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-5629","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 331-5372","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-7016","","","3:45 PM","1:07","1","Voice
Mail","Successful","",""
"(313) 838-7202","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-5456","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-3540","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-2090","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-8630","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-2567","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4920","","","3:45 PM","0:19","1","Live
Answer","Successful","",""
"(215) 424-6132","","","3:45 PM","0:34","3","Voice
Mail","Successful","",""
"(215) 745-2108","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-3172","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-2102","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1421","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 761-1506","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 340-2252","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3501","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 921-9415","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-4308","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 521-1376","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1832","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 522-5372","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-4710","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 727-0972","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-5918","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3256","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4354","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-2451","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 563-1848","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8984","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-7903","","","3:45 PM","0:22","2","Voice
Mail","Successful","",""
"(412) 351-3335","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-6873","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0957","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-1243","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-2571","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 423-3006","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4391","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5796","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-7705","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 742-4561","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-1892","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 295-1769","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 465-2008","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-2933","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9441","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 794-5671","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 869-0443","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-8910","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-0178","","","3:45 PM","0:21","1","Live
Answer","Successful","",""
"(773) 521-6990","","","3:45 PM","0:32","1","Voice
Mail","Successful","",""
"(773) 721-4308","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(215) 223-3941","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-2849","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-8849","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1365","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0968","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-3353","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7490","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 454-0358","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-4006","","","3:45 PM","0:02","1","Live
Answer","Successful","",""
"(773) 734-2722","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-6990","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(773) 768-8045","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2216","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3759","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 740-2618","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 967-1360","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2580","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(215) 426-2949","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0584","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 456-1738","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2092","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-1873","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-2854","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(216) 851-7894","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 758-2725","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 523-1596","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-8067","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-1627","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7510","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0608","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-6617","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(212) 348-5712","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0221","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-5192","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1341","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-2510","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1268","","","3:45 PM","0:11","2","Voice
Mail","Successful","",""
"(215) 634-3483","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2135","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0470","","","3:45 PM","0:23","3","Live
Answer","Successful","",""
"(216) 249-2495","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 465-1136","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9323","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-0983","","","3:45 PM","0:21","2","Live

```
Answer","Successful","",""
"(313) 740-7199","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-4541","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 765-0786","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(586) 819-6134","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 542-0039","","","3:45 PM","0:18","1","Live
Answer","Successful","",""
"(773) 762-0770","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 462-1084","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-6480","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1832","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1267","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1883","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 324-7933","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1987","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-7838","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4253","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5737","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(267) 297-7764","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 305-3736","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-4836","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6277","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-6344","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-7025","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-7842","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(773) 277-0414","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-9254","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 768-2844","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(773) 955-2576","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2528","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6639","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 232-1872","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0624","","","3:45 PM","0:15","1","Live
Answer","Successful","",""
"(215) 333-0280","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5058","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0597","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2068","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0795","","","3:45 PM","0:28","1","Voice
Mail","Successful","",""
"(216) 268-2182","","","3:45 PM","0:25","1","Voice
Mail","Successful","",""
"(216) 431-5823","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4548","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-5913","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(216) 761-3802","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2977","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 785-9660","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 932-2128","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-3152","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-7966","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-8169","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(313) 372-1489","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-9326","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1280","","","3:45 PM","0:22","1","Live
```

Answer","Successful","",""
"(412) 802-6266","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-3099","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6891","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-0256","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4054","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3309","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-2036","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-8763","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0159","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 739-1953","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-6323","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7114","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5563","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-7637","","","3:45 PM","0:10","1","Live
Answer","Successful","",""
"(313) 766-5449","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 850-1929","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 465-1975","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-3570","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-2377","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-3058","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1252","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3797","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5010","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-5256","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-7125","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 765-2463","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 941-6817","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-6065","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(313) 893-6962","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(313) 893-8956","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 977-9802","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(646) 864-2156","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-8554","","","3:45 PM","0:28","2","Voice
Mail","Successful","",""
"(773) 891-0858","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 902-2185","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5502","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 966-4478","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4651","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 465-3280","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 933-9920","","","3:45 PM","0:42","1","Voice
Mail","Successful","",""
"(212) 473-1278","","","3:45 PM","0:36","1","Voice
Mail","Successful","",""
"(212) 563-1550","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-8121","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-0111","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-8666","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-7541","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1453","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0236","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 341-8023","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-1173","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(412) 243-9478","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 687-8435","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-5788","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-3961","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-0680","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-5086","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-4862","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 634-2377","","","3:45 PM","0:36","1","Voice
Mail","Successful","",""
"(215) 739-3279","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-0948","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-6706","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4949","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-8014","","","3:45 PM","0:04","1","Live
Answer","Successful","",""
"(267) 639-2221","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 731-7195","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 247-5070","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-7329","","","3:45 PM","0:44","2","Voice
Mail","Successful","",""
"(773) 493-5618","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-3008","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3866","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 876-7621","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-2936","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 291-0832","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9594","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-0238","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(215) 426-9410","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 621-6376","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-0145","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-1026","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-2245","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 268-1630","","","3:45 PM","0:28","3","Voice
Mail","Successful","",""
"(216) 273-7716","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-5384","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-2661","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(313) 273-5204","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 371-9829","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(313) 531-8059","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(412) 271-1148","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(703) 527-7273","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0026","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5195","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-1670","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 933-4158","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 532-3264","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1759","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1750","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-4361","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-4951","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 431-3023","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(216) 752-3213","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(231) 375-3794","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 368-5849","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-2116","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-0056","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-0979","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-0985","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-3193","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 645-1448","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8452","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 227-6147","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-6280","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3435","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-8953","","","3:45 PM","0:45","2","Voice
Mail","Successful","",""
"(215) 426-4183","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-0630","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8898","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 636-9635","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 682-1701","","","3:45 PM","1:43","1","Voice
Mail","Successful","",""
"(773) 536-1890","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 818-5017","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-6726","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2391","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1781","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6256","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-4929","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 769-5325","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 268-5216","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 331-2390","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 938-8532","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(248) 636-8953","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 336-7851","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(313) 362-3024","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-0741","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(313) 891-4159","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-8268","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 454-9144","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-2232","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-9098","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5314","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1504","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-4973","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-3262","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-8032","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6644","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6415","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-4320","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-2198","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 684-3742","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 924-3643","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-0690","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(312) 778-3351","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7068","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-0906","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-1405","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4843","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 675-4083","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 818-7034","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-8360","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1398","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 728-1746","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 765-4642","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(216) 451-2905","","","3:45 PM","0:32","1","Voice
Mail","Successful","",""
"(216) 761-7161","","","3:45 PM","0:12","1","Live
Answer","Successful","",""
"(773) 493-5543","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4498","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 714-2595","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 736-3493","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7244","","","3:45 PM","0:23","3","Live
Answer","Successful","",""
"(215) 229-3138","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-5213","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1971","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1694","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-2693","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1202","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-4124","","","3:45 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 851-6970","","","3:45 PM","0:23","3","Live
Answer","Successful","",""
"(313) 270-7269","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-9587","","","3:45 PM","0:07","1","Live
Answer","Successful","",""
"(313) 592-4196","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-6548","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(412) 621-4808","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 765-3211","","","3:45 PM","0:33","1","Voice
Mail","Successful","",""
"(703) 527-8455","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 221-8568","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 373-2683","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 734-4524","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(773) 952-8119","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-8762","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-2161","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6040","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6256","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5867","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 427-0230","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-2815","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-2272","","","3:45 PM","0:22","3","Live
Answer","Successful","",""
"(216) 761-8334","","","3:45 PM","0:01","1","Live
Answer","Successful","",""
"(216) 965-0008","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9119","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 928-4730","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(313) 731-8031","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(313) 826-1605","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0917","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-6079","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-3479","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-6645","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4866","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9207","","","3:45 PM","0:23","3","Live
Answer","Successful","",""
"(212) 695-2166","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-3385","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-1499","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(215) 742-4047","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-4949","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-8233","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-7838","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-9613","","","3:45 PM","0:18","1","Live
Answer","Successful","",""
"(216) 481-5186","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8449","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-6232","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-0874","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-0351","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-3546","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7349","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7839","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-4917","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 312-9018","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(773) 521-2144","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-4455","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4736","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 935-4891","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-7238","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3241","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1902","","","3:45 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 742-2742","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",
"(215) 745-0945","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 765-2439","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-6032","","","3:45 PM","0:21","1","Voice
Mail","Successful","",""
"(216) 417-7305","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-4607","","","3:45 PM","0:05","1","Live
Answer","Successful","",""
"(312) 837-7268","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-8646","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 821-2797","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-0457","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5139","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 923-1750","","","3:45 PM","0:22","2","Live
Answer","Successful","",""
"(215) 223-3632","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-2386","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4193","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3029","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-3580","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-5821","","","3:45 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 426-9956","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-6652","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-0423","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0605","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-4267","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-8459","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 247-1577","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(773) 254-4804","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 216-9654","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-2388","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2727","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-1531","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4853","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0070","","","3:45 PM","0:23","1","Live
Answer","Successful","",""
"(215) 904-8903","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-6327","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 432-1366","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-3682","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 909-9615","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-3569","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-8978","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 675-2760","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0910","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7172","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-2109","","","3:45 PM","0:22","3","Live

Answer","Successful","",""
"(215) 425-4326","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-2099","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1541","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5630","","","3:45 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 862-2947","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-2388","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-9313","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(313) 694-3524","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-4116","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-8597","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-2201","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4626","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3397","","","3:45 PM","0:23","3","Live
Answer","Successful","",""
"(215) 232-2491","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-8610","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-3749","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1930","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 271-5782","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-3177","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4899","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3209","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-6433","","","3:45 PM","0:22","1","Live
Answer","Successful","",""
"(216) 862-9424","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5215","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-2876","","","3:45 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(347) 985-2001","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-4206","","","3:45 PM","0:12","2","Live
Answer","Successful","",""
"(773) 542-0889","","","3:45 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 206-8977","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1462","","","3:46 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 288-3015","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-2512","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-2919","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-5075","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6327","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-1797","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4261","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-5079","","","3:46 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 763-1627","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0328","","","3:46 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 541-2014","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(216) 761-3441","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-6141","","","3:46 PM","0:19","3","Live
Answer","Successful","",""
"(313) 532-2046","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-1103","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-4580","","","3:46 PM","0:17","1","Live
Answer","Successful","",""
"(412) 241-6752","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-0274","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1915","","","3:46 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 562-1430","","","3:46 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(571) 312-4181","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-4471","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 620-0358","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2630","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-3812","","","3:46 PM","0:47","1","Voice
Mail","Successful","",""
"(267) 388-6045","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-7672","","","3:46 PM","0:36","1","Voice
Mail","Successful","",""
"(412) 681-1746","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2386","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(215) 229-3756","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-4890","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 561-0126","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 795-1296","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 883-9118","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-8850","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5231","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 798-1936","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-4061","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-3614","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(773) 823-1819","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 444-5161","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1899","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-9564","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-1767","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1072","","","3:46 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 333-1207","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-1590","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-2942","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-4198","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1469","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(313) 387-4596","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-1927","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3359","","","3:46 PM","0:16","2","Live
Answer","Successful","",""
"(313) 733-4085","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 924-5447","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-6584","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 516-4350","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-8307","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-0462","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 978-2313","","","3:46 PM","0:18","1","Live
Answer","Successful","",""
"(212) 684-9388","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-6756","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7263","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(215) 288-1538","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-6603","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-2531","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-1206","","","3:46 PM","0:11","1","Live
Answer","Successful","",""
"(215) 739-9315","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 421-1807","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 481-8699","","","3:46 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(267) 331-8570","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-3707","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 285-2708","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",
"(312) 871-0942","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-8111","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-8313","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-6124","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-0191","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 731-5264","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 891-0262","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-3810","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-2680","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4505","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-1848","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4690","","","3:46 PM","0:33","1","Voice
Mail","Successful","",""
"(215) 425-6454","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-8295","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4068","","","3:46 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 471-8689","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-6012","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-3744","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-1537","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-0918","","","3:46 PM","0:05","2","Live
Answer","Successful","",""
"(313) 977-9213","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 826-6469","","","3:46 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 271-1537","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 833-7992","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 216-9297","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-6080","","","3:46 PM","0:05","1","Live
Answer","Successful","",""
"(215) 235-5819","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(215) 291-9410","","","3:46 PM","0:23","3","Live
Answer","Successful","",""
"(215) 324-0290","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-2806","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8318","","","3:46 PM","0:23","3","Live
Answer","Successful","",""
"(215) 425-9925","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(216) 391-2747","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(216) 751-5690","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-4693","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-8883","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7413","","","3:46 PM","0:22","2","Live
Answer","Successful","",""
"(313) 731-8871","","","3:46 PM","0:40","1","Voice
Mail","Successful","",""
"(313) 733-6561","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7956","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 683-1916","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-7243","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5291","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1729","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5795","","","3:46 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 739-0997","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-0513","","","3:46 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 563-1124","","","3:46 PM","0:14","3","Live
Answer","Successful","",""
"(313) 368-0489","","","3:46 PM","0:22","2","Live
Answer","Successful","",""
"(313) 836-6586","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 336-5911","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-1505","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(773) 768-4428","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6080","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6912","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 279-7589","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1027","","","3:46 PM","0:31","1","Voice
Mail","Successful","",""
"(216) 202-8892","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-8751","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(313) 362-7090","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-2692","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-1053","","","3:46 PM","0:34","1","Voice
Mail","Successful","",""
"(313) 534-9169","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-9251","","","3:46 PM","0:23","1","Live
Answer","Successful","",""
"(313) 538-1922","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 288-4554","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-0538","","","3:46 PM","0:21","1","Live
Answer","Successful","",""
"(773) 643-2211","","","3:46 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 769-9127","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2247","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 962-4127","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 426-3768","","","3:46 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(212) 489-0028","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2069","","","3:46 PM","0:22","2","Live
Answer","Successful","",""
"(215) 229-5167","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-2792","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3322","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-4476","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5364","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-6526","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 505-5710","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 538-2461","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-8991","","","3:46 PM","0:12","1","Live
Answer","Successful","",""
"(313) 255-5453","","","3:46 PM","0:23","3","Live
Answer","Successful","",""
"(313) 693-9539","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7225","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-3752","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 974-7289","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-9449","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 594-1763","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5834","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3436","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1202","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-1080","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-3300","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-0792","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-1283","","","3:46 PM","0:22","1","Live
```

```
Answer","Successful","",""
"(313) 526-2529","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-9576","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7557","","","3:46 PM","0:06","2","Live
Answer","Successful","",""
"(313) 893-7806","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 605-0656","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(610) 272-2594","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4232","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-5433","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",
"(215) 228-6142","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-0105","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-2360","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-0849","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-6780","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-7694","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(216) 231-0116","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-4870","","","3:46 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 707-9554","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 716-4618","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 335-4958","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-2850","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-6557","","","3:46 PM","0:08","2","Live
Answer","Successful","",""
"(646) 837-6111","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-5489","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 902-7679","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 856-9018","","","3:46 PM","0:00","3","No
```

Answer","Unsuccessful","",""
"(215) 221-6571","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7540","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-4535","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1518","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4757","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-2802","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-9507","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-4075","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-3270","","","3:46 PM","0:19","2","Live
Answer","Successful","",""
"(215) 927-0537","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 702-1892","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 930-8471","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 526-4287","","","3:46 PM","0:19","1","Live
Answer","Successful","",""
"(313) 740-7890","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7285","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-9329","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0420","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1867","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1371","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5424","","","3:46 PM","0:23","3","Live
Answer","Successful","",""
"(216) 851-6228","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-7602","","","3:46 PM","0:26","1","Voice
Mail","Successful","",""
"(313) 368-1021","","","3:46 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-9063","","","3:46 PM","0:22","1","Live
Answer","Successful","",""
"(313) 533-8739","","","3:46 PM","0:23","1","Live

```
Answer","Successful","",""
"(412) 394-9693","","","3:46 PM","0:04","1","Live
Answer","Successful","",""
```