```
DialMyCalls.com Report For: Broadcast 2020-10-30
Call Date: 10/30/20 5:23 PM
Setup On: 10/30/20 5:23 PM
Recording: RoboCall
Caller ID: (202) 795-3213
Attempted Calls: 1522
Successful Calls: 165
Live Answered: 142
Machine Answered: 23
Credits Used: 1522

"Phone #","Last Name","First Name","Initial Call Time","Call
Length","Attempts","Status","End Result","E-Mail","Miscellaneous"
"(212) 244-4624","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-9181","","","5:23 PM","0:14","1","Live
Answer","Successful","",""
"(215) 291-1848","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1427","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 708-0128","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-2727","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-1681","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1442","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-5300","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-2933","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-6360","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-0905","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-4520","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 221-8568","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-6178","","","5:23 PM","0:22","3","Live
Answer","Successful","",""
"(773) 538-4815","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-3317","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 426-3768","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0392","","","5:23 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 279-7765","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-4193","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0491","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-1429","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6415","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4183","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9593","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-6956","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1949","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-7549","","","5:23 PM","0:24","3","Live
Answer","Successful","",""
"(215) 769-0309","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6854","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 324-3228","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 837-7268","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 651-5510","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-5094","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 358-9637","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0026","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-5981","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 532-3264","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 842-1228","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0497","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1504","","","5:23 PM","0:16","1","Live
Answer","Successful","",""
"(215) 226-3385","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3756","","","5:23 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 342-5075","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5472","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-8295","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 904-8333","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 383-8201","","","5:23 PM","0:04","3","Live
Answer","Successful","",""
"(216) 772-2343","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3501","","","5:23 PM","0:20","1","Live
Answer","Successful","",""
"(313) 733-6528","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-4350","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-3526","","","5:23 PM","0:24","1","Voice
Mail","Successful","",""
"(708) 821-2797","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-2144","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-1236","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 620-5610","","","5:23 PM","0:16","3","Live
Answer","Successful","",""
"(212) 967-1360","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-2979","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-0181","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-5313","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-7164","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4604","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-5537","","","5:23 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(267) 758-2725","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-2116","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-2850","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-1315","","","5:23 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 257-0125","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4232","","","5:23 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 703-3463","","","5:23 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 891-4984","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 462-1084","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2630","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-4535","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7888","","","5:23 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-6019","","","5:23 PM","0:14","1","Live
Answer","Successful","",""
"(215) 423-5025","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 543-9580","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-0423","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-1026","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4166","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-7328","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-8122","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 646-6710","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-0319","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-7710","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 559-9050","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-8307","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-2683","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 376-6094","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4478","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-5127","","","5:23 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 229-0210","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7340","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1987","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-6541","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4054","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-2032","","","5:23 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 634-2915","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-9315","","","5:23 PM","0:11","1","Live
Answer","Successful","",""
"(215) 763-3634","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-0537","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2769","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-8946","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-8597","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-0211","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 449-9228","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-5489","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-3464","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 371-2875","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-8121","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 630-0230","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6080","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 253-3438","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-3719","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3797","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-0853","","","5:23 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 424-3829","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4780","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-2198","","","5:23 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 739-5641","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4101","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-4124","","","5:23 PM","0:23","2","Live
Answer","Successful","",""
"(216) 791-9990","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-3987","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-8459","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-2646","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-9616","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 667-6343","","","5:23 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 855-2260","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 727-2081","","","5:23 PM","0:22","2","Live
Answer","Successful","",""
"(215) 203-7274","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-3810","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 382-1339","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5319","","","5:23 PM","0:16","3","Live
Answer","Successful","",""
"(216) 761-5563","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-6232","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-4878","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-8014","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 376-5404","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-7338","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-2201","","","5:23 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 955-1166","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-9548","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9981","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-4267","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0486","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-1190","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-1710","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3520","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-1923","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-6471","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-1740","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-1173","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8448","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-1457","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-4538","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1853","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-5322","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-3058","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 465-3249","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 818-5017","","","5:23 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6182","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-8360","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-8557","","","5:24 PM","0:35","3","Voice
Mail","Successful","",""
"(215) 739-2980","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-6323","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 268-0690","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-4830","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-1484","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4899","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 331-5372","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-0056","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 733-4085","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7586","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1915","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(646) 861-1832","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 633-2622","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-9098","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4636","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 529-4155","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-2913","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1675","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-5147","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 423-8609","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-4326","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-9082","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 634-2472","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-2619","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-2559","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-1927","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 977-9213","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 242-4123","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(716) 431-8831","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-7784","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-5381","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 263-1255","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0915","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0437","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2028","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-3866","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3451","","","5:24 PM","0:18","3","Live
Answer","Successful","",""
"(215) 425-0829","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-7125","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-6652","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-1873","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-2102","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-4574","","","5:24 PM","0:17","3","Live
Answer","Successful","",""
"(216) 202-8892","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-8126","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 600-5503","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 523-1596","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 372-1489","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 839-3641","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-6232","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 723-2953","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(610) 272-2594","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(646) 833-7992","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-4125","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6040","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1462","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 424-3215","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2574","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-7838","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 429-2098","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-3802","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7510","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 836-6586","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-7202","","","5:24 PM","0:47","2","Voice
Mail","Successful","",""
"(412) 731-1065","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-6645","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-3553","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-5543","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4843","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 933-0409","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 207-9025","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 645-1715","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 727-0972","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3975","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 821-3460","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(231) 375-3794","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7159","","","5:24 PM","0:02","3","Live
```

Answer","Successful","",""
"(313) 893-8956","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 425-9207","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-9478","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-5561","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 574-8956","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-5800","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-8045","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9959","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 229-2018","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1276","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8109","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 455-0848","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2954","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7678","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-9849","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 938-8547","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(313) 531-5184","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3115","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 836-6967","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 977-9019","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-1746","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-2722","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 762-1692","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4736","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 563-2087","","","5:24 PM","0:00","3","No

```
Answer","Unsuccessful","",""
"(212) 594-1763","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2391","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-3858","","","5:24 PM","0:14","1","Live
Answer","Successful","",""
"(215) 226-1749","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1781","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-3517","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1792","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4905","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 684-2225","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4354","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0385","","","5:24 PM","0:10","2","Voice
Mail","Successful","",""
"(216) 278-8649","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-9407","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 731-7626","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-9168","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 733-6561","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-6752","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 471-1348","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-2504","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1832","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5506","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-9640","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5717","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1490","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 232-1914","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 535-2130","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-0503","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 743-6393","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-5189","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-3668","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-1423","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-9418","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1424","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-3111","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 412-2111","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 921-9415","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 247-9191","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 636-9635","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 336-5911","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-6494","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-0770","","","5:24 PM","0:20","2","Live
Answer","Successful","",""
"(773) 891-2608","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 781-1393","","","5:24 PM","0:12","3","Live
Answer","Successful","",""
"(212) 873-9396","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-8012","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-1970","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-9992","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3256","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-9507","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-1540","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 634-4929","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-4237","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 361-2023","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 335-4958","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 340-2603","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-7406","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(313) 537-8883","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 924-5447","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 798-1936","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2373","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(212) 627-5041","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6297","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 232-1523","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-2510","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-9037","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4376","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-2497","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3483","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-9694","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 927-2022","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 851-7310","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 543-5010","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7993","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 244-8088","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 261-2812","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(703) 243-0906","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-3247","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-0046","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 952-8119","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(872) 244-3866","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 248-0708","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 249-0237","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 476-5216","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-0482","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-2151","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6116","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 236-1826","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 425-5257","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-8849","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 728-1730","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7738","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8316","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 862-2947","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 318-7456","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-2388","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-6966","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-7176","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 493-1650","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-8646","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-5255","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 535-7066","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 653-4050","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-7812","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 933-4158","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0506","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-1986","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3407","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-4320","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-7541","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-4949","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-9248","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7904","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1207","","","5:24 PM","0:06","3","Live
Answer","Successful","",""
"(646) 454-0358","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 312-9018","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4570","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7602","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-6486","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-0263","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3006","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9443","","","5:24 PM","0:41","1","Voice
Mail","Successful","",""
"(215) 548-3180","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-7337","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1953","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9286","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 924-5902","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 239-0152","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 731-7195","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 285-2708","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-9455","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-6872","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(313) 977-9299","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-0563","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 261-6688","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1366","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-7180","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-4338","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 744-4367","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-0945","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 927-3630","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7813","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 561-0126","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-2359","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 909-9731","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-9326","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-4541","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 684-2090","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 731-5264","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 734-4072","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 855-2216","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(212) 216-9195","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 684-9388","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6191","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 228-1750","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-1738","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-0116","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5907","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4364","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 795-1296","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-6045","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-8899","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-1901","","","5:24 PM","0:13","1","Voice
Mail","Successful","",""
"(313) 892-3907","","","5:24 PM","0:06","2","Live
Answer","Successful","",""
"(412) 456-2149","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 329-5934","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 870-6097","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 406-6298","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 875-1423","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5314","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1506","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 276-2792","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5495","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9410","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0913","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7114","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 851-5902","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 938-8532","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9119","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-7835","","","5:24 PM","0:19","1","Live
Answer","Successful","",""
"(313) 538-2283","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-0280","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-7989","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-5972","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-4561","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-2451","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 481-8699","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(216) 761-5165","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3355","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7956","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5502","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 216-9654","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 740-2618","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0379","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 235-4359","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9107","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-4169","","","5:24 PM","0:23","3","Live
Answer","Successful","",""
"(215) 744-9289","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2589","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-5630","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 295-1769","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 451-2375","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-7268","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 305-3736","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-7738","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5094","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-5829","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-8824","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-8031","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-4159","","","5:24 PM","0:20","2","Live
Answer","Successful","",""
"(412) 681-6322","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 276-2524","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-0237","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-2949","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4948","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0381","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-3749","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2371","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3402","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-4779","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 716-4618","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 336-7497","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 538-2461","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 702-1892","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-4618","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-2298","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 251-0176","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 802-0787","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 254-4804","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-0712","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 696-9045","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7441","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-4746","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-0371","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-5213","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-6280","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-0148","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-8915","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7637","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-4114","","","5:24 PM","0:04","2","Live
Answer","Successful","",""
"(267) 886-9441","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 340-2252","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-3024","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-1158","","","5:24 PM","0:23","3","Live
Answer","Successful","",""
"(313) 535-0604","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-0274","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-5318","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4286","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4974","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 243-3540","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(212) 620-0358","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 203-0111","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 221-9130","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 236-2680","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-0381","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-2410","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-4295","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1378","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1930","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-4075","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(215) 745-3172","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-0962","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-9113","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 758-2750","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-1392","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-0932","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(412) 242-2046","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-8597","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 523-9511","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-2211","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 564-5919","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5946","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-8476","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 227-6492","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-7331","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3262","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 423-6256","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-0466","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-3941","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 904-6225","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 486-9726","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 773-7671","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-5204","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 526-2529","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-0403","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 261-6865","","","5:24 PM","0:34","3","Voice
Mail","Successful","",""
"(484) 364-5787","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5205","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5312","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 823-1819","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-8635","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-9627","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 480-6324","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 727-2307","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-8634","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2450","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3896","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 332-2360","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9473","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-1528","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 613-5711","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 739-3069","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-2495","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-5243","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8930","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-9169","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-1639","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-5554","","","5:24 PM","0:15","3","Live
Answer","Successful","",""
"(412) 271-2453","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(484) 949-3587","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 448-4654","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-0081","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 733-1501","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1062","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 425-3436","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4830","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-6039","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-4190","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-9946","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-5038","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 978-7689","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-3241","","","5:24 PM","0:16","1","Live
Answer","Successful","",""
"(216) 751-8454","","","5:24 PM","1:07","3","Voice
Mail","Successful","",""
"(312) 967-8792","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-8337","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-4267","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 537-1627","","","5:24 PM","0:28","1","Voice
Mail","Successful","",""
"(313) 731-7068","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-3019","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0221","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-3871","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-4640","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5010","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-0792","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 763-0236","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 202-1814","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-1109","","","5:24 PM","0:05","1","Live
Answer","Successful","",""
"(313) 723-8848","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-4917","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-3569","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-0262","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 902-7679","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-2576","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4651","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 265-9040","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 206-8977","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 475-0205","","","5:24 PM","0:34","2","Voice
Mail","Successful","",""
"(215) 221-6571","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1832","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-0980","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-5821","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 427-1451","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8033","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2977","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 912-8160","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 437-3263","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 930-8471","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 472-5215","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-0347","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 592-4196","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7358","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0917","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-5456","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-2218","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(917) 962-4127","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-5801","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4505","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-2567","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3504","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4757","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1398","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-0849","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0189","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-2135","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1909","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 927-2815","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 458-8310","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-3744","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-1699","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5909","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 904-3957","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-8031","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 666-5526","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2895","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6239","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-1080","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1953","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-1601","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 271-1885","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7716","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-9142","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 541-3423","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 862-9424","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 247-5302","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-0874","","","5:24 PM","0:07","1","Live
Answer","Successful","",""
"(313) 366-2692","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 826-6469","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 985-2001","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 371-9085","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 609-3885","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 838-6952","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(703) 528-3096","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5370","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4626","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(212) 593-7142","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 924-6181","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-7235","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2528","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-5364","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 228-7806","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1432","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 481-5186","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-6614","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(248) 636-8953","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-2221","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-9242","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7741","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-6725","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 281-9506","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-1493","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-8707","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 757-5074","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1384","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4638","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5364","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-4634","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 765-0948","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 904-8903","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-8453","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-6889","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-0979","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7007","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(571) 312-4181","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5370","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-0312","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5830","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 324-1782","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-2512","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1683","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0584","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-4198","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-8666","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2993","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 341-8023","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-5296","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(216) 451-4730","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 932-2128","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3524","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-4403","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 461-3967","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-3996","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 902-2060","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-3185","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6238","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-4916","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-9968","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0997","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-6706","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8898","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 707-9554","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-2832","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-2046","","","5:24 PM","0:06","1","Live
Answer","Successful","",""
"(313) 538-8313","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(612) 338-1306","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 559-9538","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-4455","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 888-0572","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 902-2185","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4000","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 935-4891","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1759","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-2386","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-0105","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-1538","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3566","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-2919","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 548-4346","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 739-4921","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-4047","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 743-1910","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-2142","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-4509","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-8910","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 687-8435","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-1706","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-8924","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-5139","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(212) 564-3616","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 594-1290","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7077","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 224-8534","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 225-6891","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-2531","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8836","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-3682","","","5:24 PM","0:19","1","Live
Answer","Successful","",""
"(313) 766-5850","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 486-0669","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 363-3540","","","5:24 PM","0:31","3","Voice
Mail","Successful","",""
"(773) 475-7760","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-2641","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-3636","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 226-7091","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4261","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4274","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1371","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 273-0158","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-4596","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 412-2372","","","5:24 PM","0:21","1","Live
Answer","Successful","",""
"(313) 533-6852","","","5:24 PM","0:34","3","Voice
Mail","Successful","",""
"(313) 535-8231","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(313) 740-7127","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 567-6811","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-0462","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0910","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 227-1072","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-0256","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5058","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(215) 423-8611","","","5:24 PM","0:21","1","Live
Answer","Successful","",""
"(215) 425-5329","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-1879","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-1202","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-0513","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-6042","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-1351","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-2033","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-3101","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(267) 331-6645","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 871-0942","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-8839","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 285-7341","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7864","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 620-0186","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5291","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0420","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 537-0267","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1508","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 722-1357","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-2108","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 203-2244","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-0056","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-1103","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 892-7940","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-6737","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 731-3538","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-9552","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(773) 624-0457","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3322","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 744-3300","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 505-5710","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 785-9660","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 235-7788","","","5:24 PM","0:00","3","Busy
```

```
Signal","Unsuccessful","",""
"(703) 465-1975","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 847-6623","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(929) 259-9384","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7953","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-6190","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3768","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-1243","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-1797","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2592","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-1201","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 778-3351","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 835-2970","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 537-3719","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-1922","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2168","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6277","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-4116","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-2739","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-1890","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-4471","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-4428","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4851","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 564-5607","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2288","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3280","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 927-1546","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3209","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 883-9118","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(267) 385-7218","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-2712","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 281-0833","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 605-0656","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 765-0786","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2858","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-5796","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 621-6376","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1202","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2039","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 765-1329","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1729","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 255-8067","","","5:24 PM","1:06","3","Voice
Mail","Successful","",""
"(313) 362-7090","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 794-5671","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-8268","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 562-1430","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0542","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 239-0361","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-2388","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-8452","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1767","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 426-2693","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-9494","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 787-2954","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 471-8689","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-7124","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7199","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 243-7025","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 461-3937","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-0242","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-3015","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-2942","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-5417","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 537-5968","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-2067","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1839","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1936","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 431-5823","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 465-2008","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-3353","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 255-4735","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-6459","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-9576","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-5449","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 666-5463","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 928-3011","","","5:24 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 236-5380","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 273-7517","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 400-7897","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 465-1136","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-7764","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-2027","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-7713","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7047","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 471-2591","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 516-4350","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 288-4554","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(872) 244-7600","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-1729","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6147","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1867","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-5897","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 333-8032","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-4059","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4391","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-7417","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(216) 761-3441","","","5:24 PM","0:14","2","Live
Answer","Successful","",""
"(267) 861-0395","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 362-1355","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-0985","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(313) 891-9643","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(703) 243-3479","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-8978","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(773) 374-2377","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-1341","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-3138","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-5167","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-3843","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-1098","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 938-9182","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-5445","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-4601","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-4795","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7958","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-6285","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 838-4501","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0608","","","5:24 PM","0:14","2","Live
Answer","Successful","",""
"(773) 643-4710","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-2197","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-4534","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 276-3431","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-0290","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-4858","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-7838","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-2757","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1851","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 634-3876","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 205-4866","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-2335","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 752-3213","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-6012","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 791-3673","","","5:24 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 851-6228","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(216) 862-2322","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-3152","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1553","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-3166","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 586-5542","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 864-2156","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-3099","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-4083","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-7763","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4084","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 454-2943","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 456-9350","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 725-5015","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0968","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-1892","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-6327","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 397-6119","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-6344","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 681-6584","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 360-2013","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 324-3570","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-5372","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-7405","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2247","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 249-2469","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-4431","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 348-5712","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(215) 203-7243","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0403","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-1872","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-9148","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3834","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-7101","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1793","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 535-4191","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-0597","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 268-1421","","","5:24 PM","0:29","1","Voice
Mail","Successful","",""
"(216) 417-4870","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 681-2815","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 795-0698","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-1021","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-8482","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 834-8055","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(412) 271-0789","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 837-6111","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-8002","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-6967","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-0757","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9629","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 342-4951","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-0195","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-5256","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 739-1955","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2402","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-4625","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 600-5552","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 369-9457","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 592-8690","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 826-1605","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(331) 315-4630","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 850-1929","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-4143","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2064","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6517","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-1418","","","5:24 PM","0:22","3","Live
Answer","Successful","",""
"(215) 236-0641","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 331-4890","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-7841","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 634-6932","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 728-1746","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 743-1375","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-3643","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 371-3177","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5833","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-8449","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 861-0747","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7349","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1537","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 391-1298","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(610) 910-4492","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 527-8455","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 891-0858","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 222-3815","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-5403","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 563-1550","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-0907","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-2619","","","5:24 PM","0:19","2","Live
Answer","Successful","",""
"(215) 457-1635","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-0019","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-0289","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 986-9160","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-0403","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 540-6595","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 565-4498","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 624-0244","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1252","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 847-3375","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7814","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 904-1380","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1151","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-0832","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3580","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4746","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1680","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-5086","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-5876","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 231-2161","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-7894","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 368-9550","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 534-4836","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-1120","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 548-9449","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3724","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 856-9018","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 279-7589","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 468-3561","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-0630","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2068","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 417-5853","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 965-0008","","","5:24 PM","0:11","2","Live
Answer","Successful","",""
"(313) 740-7821","","","5:24 PM","0:17","1","Live
Answer","Successful","",""
"(773) 521-1670","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 955-1355","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 240-9471","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-6480","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 226-3104","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 324-1518","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-4575","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3469","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-4193","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-2363","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1348","","","5:24 PM","0:16","1","Live
Answer","Successful","",""
"(215) 763-6599","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-6817","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 321-1297","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-8984","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 366-3267","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-4586","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(313) 838-2876","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(412) 681-3752","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 522-3193","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 690-5727","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 929-0898","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 221-5865","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-4740","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3093","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6327","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-1901","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-3749","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1290","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 270-7269","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(440) 276-1175","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-1694","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-9987","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 565-4559","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-7390","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 818-7034","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 645-1448","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-2849","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-1299","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5781","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-8610","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 424-1370","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-4068","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 271-5782","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-3908","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2874","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-5545","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(313) 592-8265","","","5:24 PM","0:37","1","Voice
Mail","Successful","",""
"(646) 559-1602","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 521-1432","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-8704","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 924-0940","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6782","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1087","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-2806","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 331-1971","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4714","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5809","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 535-1371","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2141","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 745-2589","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-2628","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 471-8740","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 912-8168","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 932-3612","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2952","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 240-3205","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-9524","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-0053","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5279","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 255-9224","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-1694","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 927-1578","","","5:24 PM","0:21","2","Live
Answer","Successful","",""
"(216) 268-1541","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-1917","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 331-8570","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 886-9476","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 521-1376","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-2614","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5195","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-8020","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-2232","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1358","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 444-5161","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 779-1874","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 860-0948","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6362","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1899","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3632","","","5:24 PM","0:23","3","Live
Answer","Successful","",""
"(215) 223-5213","","","5:24 PM","0:22","1","Live
Answer","Successful","",""
"(215) 226-8162","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-4282","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9691","","","5:24 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 427-0230","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-6526","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 941-8233","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 229-3621","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 862-6561","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(267) 909-9615","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 731-7572","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-6275","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 621-4808","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 974-7289","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 244-3834","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 465-3280","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5834","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6410","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-6603","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-2742","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4548","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 713-2218","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 335-5822","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-9388","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-5979","","","5:24 PM","0:05","1","Live
Answer","Successful","",""
"(313) 592-1862","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 490-7119","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 527-7273","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-2075","","","5:24 PM","0:16","2","Live
Answer","Successful","",""
"(929) 259-9315","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 203-7225","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5128","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-6139","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 228-6912","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2491","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-1586","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-8412","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-5897","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 862-2203","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 532-8111","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-3772","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 766-7285","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 351-3335","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 632-7880","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 243-6815","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-5284","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-9322","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 536-3008","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 538-4814","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-3313","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 801-1273","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 924-3931","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 233-3070","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6719","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 291-9594","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-3435","","","5:24 PM","0:12","1","Live
Answer","Successful","",""
"(215) 333-4476","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-4568","","","5:24 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 229-2217","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 381-3994","","","5:24 PM","0:23","2","Live
Answer","Successful","",""
"(216) 541-5629","","","5:24 PM","0:23","1","Live
Answer","Successful","",""
"(216) 721-2303","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 388-7966","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 387-0302","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3486","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(571) 312-7262","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-2183","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1684","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 227-0957","","","5:24 PM","0:22","2","Live
Answer","Successful","",""
"(215) 227-1267","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-8288","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-1590","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-1031","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-6454","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-1453","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-6304","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-1932","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 687-2284","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-0351","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-1680","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 242-4066","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 374-9254","","","5:24 PM","0:35","2","Voice
Mail","Successful","",""
"(773) 565-4377","","","5:24 PM","0:17","1","Live
```

```
Answer","Successful","",""
"(872) 244-3759","","","5:24 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 369-1281","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-3941","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1298","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1837","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2434","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-5307","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-3418","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-3497","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-5088","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-1629","","","5:25 PM","0:16","3","Live
Answer","Successful","",""
"(215) 634-0995","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-2099","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-6668","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 272-3884","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-2059","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 541-3546","","","5:25 PM","0:20","1","Live
Answer","Successful","",""
"(313) 694-3222","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7394","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 869-0443","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 683-1258","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-5433","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 675-4083","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 244-1673","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 967-1325","","","5:25 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 232-0913","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-3309","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-3415","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-0980","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0328","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(216) 751-5690","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 639-9097","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-2535","","","5:25 PM","0:23","3","Live
Answer","Successful","",""
"(412) 918-1081","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(724) 485-2171","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-3967","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 548-6873","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 855-8630","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 242-4583","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 989-6756","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-4236","","","5:25 PM","0:15","2","Live
Answer","Successful","",""
"(215) 223-7233","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-7540","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2972","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-5788","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-0680","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 288-4649","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-4529","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6391","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-4853","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 621-7491","","","5:25 PM","0:27","3","Voice
Mail","Successful","",""
"(215) 927-4866","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 681-2986","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 533-3254","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 812-0936","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-3519","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4113","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 762-1013","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 480-5750","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-2760","","","5:25 PM","0:15","1","Live
Answer","Successful","",""
"(212) 695-9109","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 767-0406","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-0835","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-5246","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-1219","","","5:25 PM","0:22","3","Live
Answer","Successful","",""
"(215) 324-2883","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-7238","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-2020","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-9956","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-1365","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 249-4243","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 361-9992","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-1506","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 531-8745","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 893-7806","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 768-6176","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 249-0649","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 544-7770","","","5:25 PM","0:34","1","Voice
Mail","Successful","",""
"(212) 924-0118","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-8059","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 425-3241","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 457-2764","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 763-1627","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 978-0501","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-5675","","","5:25 PM","0:18","1","Live
Answer","Successful","",""
"(267) 886-9323","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 458-8445","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 468-9479","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 891-6124","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-4308","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 527-3530","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(708) 964-7143","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 966-4902","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 206-1858","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-2802","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-2079","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 432-1366","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-5042","","","5:25 PM","0:21","3","Live
Answer","Successful","",""
"(313) 766-7839","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 802-6266","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(872) 244-7581","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(872) 666-5357","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 242-4838","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 427-7380","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-6726","","","5:25 PM","0:13","1","Live
Answer","Successful","",""
"(215) 228-6914","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 333-4173","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-4361","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 533-6753","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4253","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-6780","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 772-2854","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 620-7313","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 454-9144","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 373-2839","","","5:25 PM","0:02","1","Live
Answer","Successful","",""
"(773) 475-7404","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 565-4866","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 734-7822","","","5:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 236-7802","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 236-9341","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-7933","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 332-3246","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-5158","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-6597","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 424-1412","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 426-3880","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-0605","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3279","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 924-4748","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 421-1807","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-0228","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 721-5516","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-6355","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 368-5849","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-3707","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 538-4612","","","5:25 PM","0:19","3","Live
Answer","Successful","",""
"(412) 683-1916","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 741-1876","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 277-0414","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-8582","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(212) 243-3617","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 221-6487","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-4310","","","5:25 PM","0:22","3","Live
Answer","Successful","",""
"(215) 226-3684","","","5:25 PM","0:34","1","Voice
Mail","Successful","",""
"(215) 229-2603","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 742-1972","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-6535","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 541-3359","","","5:25 PM","0:22","1","Live
Answer","Successful","",""
"(216) 541-5384","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 563-1848","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(216) 761-5008","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-1703","","","5:25 PM","0:04","3","Live
Answer","Successful","",""
"(267) 239-0210","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 259-1308","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 297-8851","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(312) 686-2231","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 535-1156","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 694-3139","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 493-5618","","","5:25 PM","0:23","2","Live
Answer","Successful","",""
"(212) 736-3493","","","5:25 PM","0:23","2","Live
Answer","Successful","",""
"(215) 203-8762","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 229-2727","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-7172","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-1531","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-9570","","","5:25 PM","0:22","1","Live
Answer","Successful","",""
"(267) 455-0714","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 519-8850","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 273-0597","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7225","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 837-6715","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 247-5070","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-5218","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 542-0889","","","5:25 PM","0:23","1","Live
Answer","Successful","",""
"(212) 489-0028","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-7429","","","5:25 PM","0:23","1","Live
```

```
Answer","Successful","",""
"(215) 232-4509","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 289-5918","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 333-4760","","","5:25 PM","0:23","1","Live
Answer","Successful","",""
"(215) 426-0238","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-3870","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2071","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4834","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(267) 343-5773","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 336-4888","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 285-1923","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 769-9127","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-5192","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 335-9563","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 427-9652","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 548-4827","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 624-0145","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-5103","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 761-2406","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 851-1978","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 534-4693","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(330) 382-3899","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(347) 706-1546","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(412) 727-1856","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 731-6079","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(646) 329-6949","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(212) 243-7841","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 988-1995","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-1750","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-0183","","","5:25 PM","0:26","1","Voice
Mail","Successful","",""
"(215) 232-0439","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 324-0960","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 329-2049","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1690","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 331-1920","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-3810","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-6644","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 455-0549","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-1591","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2439","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 417-4567","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 451-4949","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 307-8405","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 653-0929","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7439","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 271-1148","","","5:25 PM","0:23","1","Live
Answer","Successful","",""
"(773) 363-1405","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 375-1569","","","5:25 PM","0:30","2","Voice
Mail","Successful","",""
"(872) 444-5828","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 235-8228","","","5:25 PM","0:27","1","Voice
Mail","Successful","",""
"(215) 236-6710","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(215) 288-3176","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(215) 333-1756","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-1038","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-2509","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(216) 391-4881","","","5:25 PM","0:22","3","Live
Answer","Successful","",""
"(313) 397-4237","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 422-8359","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 537-7563","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 693-9539","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 371-0191","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 434-6707","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(586) 819-6134","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(646) 682-7829","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 363-2767","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 675-5046","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-2161","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-2027","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 225-6639","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 232-2675","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 634-3690","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 739-2092","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-5325","","","5:25 PM","0:23","1","Live
Answer","Successful","",""
"(248) 516-9209","","","5:25 PM","0:19","2","Live
Answer","Successful","",""
"(313) 535-6050","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 681-9329","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 285-9342","","","5:25 PM","0:00","3","Busy
Signal","Unsuccessful","",""
"(773) 521-1061","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 643-9877","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 447-7870","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 695-7728","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(212) 714-2595","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 223-2160","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 224-1073","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 228-6142","","","5:25 PM","0:22","1","Live
Answer","Successful","",""
"(215) 423-3869","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 423-4982","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 426-8763","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 769-5385","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 270-7849","","","5:25 PM","0:22","1","Live
Answer","Successful","",""
"(313) 532-5231","","","5:25 PM","0:22","3","Live
Answer","Successful","",""
"(313) 740-7490","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 740-7890","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 437-4061","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 521-0512","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 338-3415","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 549-9066","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(215) 765-5329","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(313) 733-6951","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(412) 241-1389","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(703) 528-0564","","","5:25 PM","0:00","3","No
```

```
Answer","Unsuccessful","",""
"(773) 437-5210","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
"(773) 768-0516","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",
"(773) 855-2184","","","5:25 PM","0:00","3","No
Answer","Unsuccessful","",""
```