**DialMyCalls Broadcast Confirmation - Oct 30th, 2020**



Need Help? Call Us!
**(800)928-2086**

**Call Broadcast Confirmation**

This is your confirmation of the broadcast sent from your DialMyCalls account. To view the report of the call blast please *login to your account* and click the reports tab. Broadcast reports are generated within 5 minutes after all of the calls are sent.

| | |
|---|---|
| **Confirmation #:** | DC23441751 |
| **Recording To Send:** | RoboCall [0:23] |
| **Contacts To Send To:** | 29,117 Unique Phone Numbers |
| **Caller ID:** | (202) 795-3213 |
| **Total Credits:** | 29,117 |
| **Time & Date:** | Immediately |

**New Features You Might Not Know About...**

We're constantly adding new features to DialMyCalls. If you have an idea for a way for us to improve our service we'd love to hear from you, please *contact us* and we'll see what we can do about adding it in.

 **iPhone & Android Apps**
Now you can access your DialMyCalls account using our app available on the iPhone and Android platform.

 **View & Print Invoices**
We store all your old invoices and receipts in the control panel. Simply login any time and print or save them out.

**Login To Your Account...**
Access Your DialMyCalls Account Right Now By Clicking Here — **Enter DialMyCalls**