DialMyCalls Broadcast Confirmation - Oct 30th, 2020



**Need Help? Call Us!**
**(800)928-2086**

## Call Broadcast Confirmation

This is your confirmation of the broadcast sent from your DialMyCalls account. To view the report of the call blast please login to your account and click the reports tab. Broadcast reports are generated within 5 minutes after all of the calls are sent.

| | |
|---|---|
| Confirmation #: | DC23444941 |
| Recording To Send: | RoboCall [0:23] |
| Contacts To Send To: | 1,895 Unique Phone Numbers |
| Caller ID: | (202) 795-3213 |
| Total Credits: | 1,895 |
| Time & Date: | Immediately |

### New Features You Might Not Know About...

We're constantly adding new features to DialMyCalls. If you have an idea for a way for us to improve our service we'd love to hear from you, please contact us and we'll see what we can do about adding it in.

 **Free Email Broadcasting**
Easily email out your voice or text message for free to all of your contacts. Email option is available to all of our users.

 **2-Way Text Messages**
When you send out text message broadcasts people can reply and their responses are viewable in your account.

**Login To Your Account...**
Access Your DialMyCalls Account Right Now By Clicking Here
**Enter DialMyCalls**