DialMyCalls Broadcast Confirmation - Oct 30th, 2020



Need Help? Call Us!
(800)928-2086

**Call Broadcast Confirmation**

This is your confirmation of the broadcast sent from your DialMyCalls account. To view the report of the call blast please login to your account and click the reports tab. Broadcast reports are generated within 5 minutes after all of the calls are sent.

| | |
|---|---|
| **Confirmation #:** | DC23447461 |
| **Recording To Send:** | RoboCall [0:23] |
| **Contacts To Send To:** | 1,522 Unique Phone Numbers |
| **Caller ID:** | (202) 795-3213 |
| **Total Credits:** | 1,522 |
| **Time & Date:** | Immediately |

**New Features You Might Not Know About...**

We're constantly adding new features to DialMyCalls. If you have an idea for a way for us to improve our service we'd love to hear from you, please contact us and we'll see what we can do about adding it in.

**View & Print Invoices**
We store all your old invoices and receipts in the control panel. Simply login any time and print or save them out.

**SMS Keywords**
Get a Keyword and let people opt-in to your SMS blasts. It's also included on all of your text message broadcasts.

Login To Your Account...
Access Your DialMyCalls Account Right Now By Clicking Here
**Enter DialMyCalls**