

November 1, 2020

<u>By ECF and Email</u>

Honorable Victor Marrero
United States District Court for the Southern District of New York
500 Pearl St.
New York, New York 10007-1312

**Rachelle Navarro**

E  rnavarro@orrick.com
D  +1 212 506 5348
F  +1 212 506 5151

Re:     National Coalition on Black Civic Participation, et al. v. Wohl, et al. (20-cv-8668)

Dear Judge Marrero:

      We write in response to Defendants' October 31, 2020 letter explaining their compliance with this Court's order to disseminate the curative robocall.  *See* ECF No. 50.  Assuming Defendants followed the process and procedures laid out in their letter, Plaintiffs have no objection to the manner in which Defendants have sought to comply with the Court's order.

Respectfully submitted,

/s/

Rachelle Navarro


cc:  David Schwartz, Esq. (by ECF and email)
     Randy Kleinman, Esq. (by ECF and email)