**MANDATE**

N.Y.S.D. Case # 20-cv-8668(VM)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand twenty.

_____

National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolf, Kate Kennedy, Karen Slaven, Eda Daniel, Andrea Sferes,

      Plaintiffs - Appellees,

v.

Jacob Wohl, Jack Burkman, Project 1599, J.M. Burkman & Associates, LLC,

      Defendants – Appellants.

_____

**ORDER**

Docket No. 20-3724

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 09 2020

Appellants move to withdraw the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/09/2020