# GERSTMAN SCHWARTZ LLP
### ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 10, 2020

November 9, 2020

**VIA CM/ECF & EMAIL**
The Honorable Victor Marrero (chambersnysdmarrero@nysd.uscourts.gov)
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: *National Coalition on Black Civil Participation et al. v. Wohl et al.*, United States District Court, Southern District of New York, Case No. 1:20-cv-08668

Dear Judge Marrero:

    We submit this joint letter on consent of all parties, pursuant to Your Honor's Individual Practices Rule I(F), to respectfully request an extension of Defendants' time to file an answer or otherwise respond to Plaintiffs' Complaint. This is Defendants' first request for such an extension.

    Currently, Defendants Jack Burkman's, J.M. Burkman & Associates, LLC, and Project 1599's deadline to file an answer or otherwise respond is November 11, 2020; Defendant Jacob Wohl's deadline is November 12, 2020. On consent of all parties, we respectfully request that, 1) Defendants be afforded until December 3, 2020 to file an answer or otherwise respond to Plaintiffs' Complaint; 2) Plaintiffs be afforded until January 7, 2021 to file its opposition to a motion to dismiss or to file an amended Complaint; and 3) to the extent relevant/necessary, Defendants be afforded until January 22, 2021 to file a reply.

    The parties further consent that Defendants will not oppose Plaintiffs' request to file an amended Complaint.

    Thank you for Your Honor's consideration.

    Respectfully Submitted,

    /s/ *David M. Schwartz*

    /s/ *Randy E. Kleinman*

cc: All counsel of record (via ECF)



**Request GRANTED.**
Defendants' response is due by December 3, 2020. Plaintiffs' amended complaint or opposition to a motion to dismiss is due by January 7, 2021. Defendants' reply is due by January 22, 2021.

**SO ORDERED.**

November 10, 2020
_____
DATE      VICTOR MARRERO, U.S.D.J.