UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, AND ANDREA SFERES,<br><br>                                       Plaintiffs,<br>v.<br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, AND JOHN AND JANE DOES 1-10,<br><br>                                       Defendants. | Case No.: 1:20-cv-08668<br><br>*MOTION TO ADMIT COUNSEL PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Brody, hereby move this Court for an Order for Admission to practice *pro hac vice* to appear as counsel for all Plaintiffs in the above-captioned matter.

I am in good standing of the bars of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never ben convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration[1] and Certificate of Good Standing from the Bars of California and the District of Columbia pursuant to Local Rule 1.3.

---

[1] While Local Rule 1.3(c) instructs *pro hac vice* applicants to submit an affidavit, 28 U.S.C. § 1746 authorizes that "Wherever … under any rule … any matter is required … to be supported … by … affidavit, … such matter may, with like force and effect, be supported … by the unsworn declaration[.]"

1

Dated: December 1, 2020                    Respectfully Submitted,

                                                                              */s/ David Brody*
David Brody
CA Bar No. 288794
DC Bar No. 1021476
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
202-662-8600
dbrody@lawyerscommittee.org