UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, AND ANDREA SFERES,<br><br>                                        Plaintiffs,<br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, AND JOHN AND JANE DOES 1-10,<br><br>                                        Defendants. | Case No.: 1:20-cv-08668<br><br>*DECLARATION OF APPLICANT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE* |

I, David Brody, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am legal counsel with the Lawyers' Committee for Civil Rights Under Law. I submit this affidavit based on my personal knowledge of the facts set forth herein in support of my motion for admission as counsel, *pro hac vice,* to represent all Plaintiffs in the above-captioned matter.

2. As showing in the Certificate of Good Standing submitted herewith, I am a member in good standing of the Bar of the State of California, and I was admitted to practice law in the State of California on January 27, 2013.

3. As showing in the Certificate of Good Standing submitted herewith, I am a member in good standing of the Bar of the District of Columbia, and I was admitted to practice law in the District of Columbia on July 11, 2014.

4. I have never been convicted of a felony.

1

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on December 1, 2020, in Washington, D.C., by


_____*/s/ David Brody*_____

David Brody