

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

November 18, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID RYAN BRODY, #288794 was admitted to the practice of law in this state by the Supreme Court of California on January 27, 2013; that from the date of admission to February 2, 2015, he was an ACTIVE licensee of the State Bar of California; that on February 2, 2015, he transferred at his request to the INACTIVE status; that from that date to February 14, 2020, he was an INACTIVE licensee of the State Bar of California; that on February 14, 2020, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records