

# GERSTMAN SCHWARTZ LLP
### ATTORNEYS AT LAW

December 2, 2020

**BY EMAIL**
The Honorable Victor Marrero (chambersnysdmarrero@nysd.uscourts.gov)
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: *National Coalition on Black Civil Participation et al. v. Wohl et al.*, United States District Court, Southern District of New York, Case No. 1:20-cv-08668
    **Time-Sensitive Request for Consented to Extension**

Dear Judge Marrero:

    On behalf of Defendants Jacob Wohl, Jack Burkman, J.M., Burkman & Associates, LLC, and Project 1599 (collectively, "Defendants") in the above-referenced action, we write to follow up on our November 25, 2020 pre-motion conference request for an extension of our time to file a motion to dismiss. Our current deadline to file is tomorrow, December 3, 2020. We respectfully bring to Your Honor's immediate attention that the parties have consented to a seven-day extension. We also note that we have yet to have a pre-motion conference.

    Effectively, the grant of an extension would afford an additional seven days to each of the parties to file their respective papers as follows: 1) Defendants be afforded until and including December 10, 2020 to file a motion to dismiss; 2) Plaintiffs be afforded until January 14, 2021 to file their opposition to a motion to dismiss; and 3) Defendants be afforded until January 28, 2021.

    Thank you for considering this request. Should Your Honor decline this request we will endeavor to file before midnight tomorrow.


Respectfully Submitted,
/s/

David M. Schwartz
Randy E. Kleinman

Enclosures

cc:    All counsel of record (via ECF)

**GERSTMANSCHWARTZ.COM**

1399 Franklin Avenue, Suite 200, Garden City, N.Y. 11530    OFFICE: 516.880.8170    FAX: 516.880.8171