USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 2, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
NATIONAL COALITION ON              :
BLACK CIVIC PARTICIPATION, et al., :
                                   :
                     Plaintiffs,   :    20 Civ. 8668 (VM)
                                   :
     - against -                   :    ORDER
                                   :
JACOB WOHL, et al.,                :
                                   :
                     Defendants.   :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On December 2, 2020, Defendants filed a letter request for an extension to the deadlines for Defendants' motion to dismiss, Plaintiffs' response, and Defendants' reply. (Dkt. No. 60.) Defendants previously filed a pre-motion letter requesting leave to file a motion to dismiss, to which Plaintiffs responded. (Dkt. Nos. 50, 52). Defendants then filed a reply. (Dkt. No. 58.)

Having reviewed the arguments raised in Defendants' pre-motion letter requesting leave to file a motion to dismiss, the Court will deem the pre-motion letter as the motion to dismiss and will resolve Defendants' motion in a forthcoming decision on the basis of the letters and the material in the record. See Kapitalforeningen Lægernes Invest. v. United Techs. Corp., 779 F. App'x 69, 70 (2d Cir. 2019) (affirming the district court ruling deeming an exchange of letters as a motion to dismiss).

Accordingly, the deadlines previously set by the Court for the filing of Defendants' motion to dismiss, Plaintiffs' response, and

Defendants' reply (see Dkt. No. 57) are hereby terminated.

**SO ORDERED.**

Dated:    New York, New York
          2 December 2020

_____
Victor Marrero
U.S.D.J.