Case 1:20-cv-08668-VM   Document 65   Filed 12/28/20   Page 1 of 4
SOID 534 - YouTube



SKIP NAVIGATION

      

HIDE CHAT REPLAY

# 36thDC134

3,223 views • Streamed live on Oct 8, 2020     41    1    SHARE    SAVE   

 **CTRM 134 36th District Court**
105 subscribers

SUBSCRIBE

Up next    AUTOPLAY 


1:04:06

**Solemnity of All Saints**
Bellarmine Chapel
1.2K views • Streamed 2 days ago
New


1:37:17

**Fat, Sick & Nearly Dead**
YouTube Movies ✓
Documentary
Free with Ads

16:16

**DON'T SAY "I'M PAYING CASH!" at CAR DEALERSHIPS - Auto Expert: The Homework Guy, Kevin Hunter**
Kevin Hunter
2.1M views • 5 months ago

**The Unbelievable Life of Princess Alice | The Queen's Mother-in-Law | Real Royalty**
Real Royalty ✓
1.2M views • 8 months ago

**Dan Levy Dies Of Embarrassment Watching An Old Interview With Kelly Clarkson**
The Kelly Clarkson Show
1.5M views • 8 months ago

**Walking With A Limp : Part 2**
El Shaddai Christian Church
2.2K views • Streamed 3 days ago
New

SKIP NAVIGATION

Questionnaire Coalition on Black Civic Participation v Wohl
20 CV 8668 Decided 10/29/20
Archived on 11/4/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

SKIP NAVIGATION

☰  YouTube       

Harvard Kennedy School's Institute of Politics
192K views • Streamed 3 years ago

First lady Melania Trump campaigns in Pennsylvania
Fox News ✓
1.7M views • Streamed 1 week ago

Just AMAZING Beef Stew With Chef Jean-Pierre
ChefJeanPierre
418K views • 2 months ago

Shocking new evidence: Madeleine McCann's suspected killer revealed | 60 Minutes Australia
60 Minutes Australia ✓
2.7M views • 3 weeks ago

Stump the Stars! 10.31.2020
Congregation Ohr Chadash
40 views • Streamed 3 days ago
New

One Pair of Jeans, 7 Fall Looks | Dominique Sachse
Dominique Sachse ✓
2.1M views • 1 year ago

Apple Fritters - 100 Year Old Recipe - The Hillbilly Kitchen
The Hillbilly Kitchen - Down Home Country Cooking
335K views • 2 months ago

Medicare Supplement Plans 2021 / Benefits & Hidden Risks
MedigapSeminars.org
183K views • 1 year ago

Amazon Empire: The Rise and Reign of Jeff Bezos (full film) | FRONTLINE
FRONTLINE PBS | Official ✓
7.3M views • 8 months ago

President Trump's '60 Minutes' interview

Cited in Nat'l Coalition on Black Civic Participation v Wohl
20Civ8668 Decided 10/29/20
Archived 11/4/20
This document is protected by copyright. Further reproduction is prohibited without permission.

    

**Libertarian Presidential Candidate Jo Jorgensen discusses COVID and the reactions.**
Larry Sharpe, Libertarian
97K views • 3 months ago

**"Post Traumatic Slave Syndrome," Part 2. Joy DeGruy Leary, the Black Bag Speakers Series, PSU, 2006**
Portland State University
714K views • 6 years ago

**"What Does America Mean to Me?": A Pre-Election Service of Hope and Affirmation**
Unitarian Universalist Church of Fresno
98 views • 2 days ago
New

**Be Intentional (Part Six) and be Jesus' Hands and Feet**
Cedarview Church Paris
132 views • 2 days ago
New

SHOW MORE

Cited in Natl Coalition on Black Civic Participation v Wohl
20Civ8668 Decided 10/29/20
Archived on 11/4/20
This document is protected by copyright.
Further reproduction is prohibited without permission.