IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>            Plaintiffs,<br><br>      v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>            Defendants. | **NOTICE OF APPEAL**<br><br>Civil Action No.: 20-cv-8668 |

Notice is hereby given that Defendants Jacob Wohl, Jack Burkman, J.M. Burkman &

Associates, LLC., and Project 1599 hereby appeal to the United States Court of Appeals for the

Second Circuit from the Decision and Order entered on January 12, 2021 ("January 12 Order"),

dismissing Defendants' Letter Motion to Dismiss the Complaint.

This appeal is taken from each and every part of the January 12 Order.

Dated: February 8, 2021                          Respectfully submitted,

                                                 **GERSTMAN SCHWARTZ LLP**


                              By:     */s/ David M. Schwartz*
                                      */s/ Randy E. Kleinman*
                                      David M. Schwartz, Esq.
                                      Randy E. Kleinman, Esq.
                                      1399 Franklin Avenue, Suite 200
                                      Garden City, New York 11530
                                      Tel. No.: (516) 880 – 8170
                                      DSchwartz@GerstmanSchwartz.com
                                      RKleinman@GerstmanSchwartz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: February 8, 2021

/s/ David M. Schwartz
/s/ Randy E. Kleinman
David M. Schwartz, Esq.
Randy E. Kleinman, Esq.
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. No.: (516) 880 – 8170
DSchwartz@GerstmanSchwartz.com
RKleinman@GerstmanSchwartz.com