IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | **JURY DEMAND**<br><br>Civil Action No.:  20-cv-8668-VM-OTW |

**PLEASE TAKE NOTICE** that the plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes, by and through their attorneys Orrick, Herrington & Sutcliffe, LLP and Lawyers Committee for Civil Rights Under Law, hereby demand, pursuant to Rule 38 of the Federal Rules of Civil Procedure, a jury trial of all issues so triable.

**DATED**:   February 9, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      /s/ Rachelle Navarro

Amy Walsh
Rene Kathawala
Rachelle Navarro
Julie Gorchkova
Spencer Bruck
Aaron Gold
Michael Maruca *(admitted pro hac vice)*
51 West 52nd Street

New York, NY 10019-6142
(212) 506-5000
rkathawala@orrick.com
awalsh@orrick.com
rnavarro@orrick.com
jgorchkova@orrick.com
sbruck@orrick.com
aaron.gold@orrick.com
mmaruca@orrick.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Jon Greenbaum*
Ezra Rosenberg*
John Libby
David Brody*
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jlibby@lawyerscommittee.org
dbrody@lawyerscommittee.org

*Application Pro Hac Vice Forthcoming