UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.,<br><br>         Plaintiffs,<br><br>       v.<br><br>JACOB WOHL, et al.<br><br>         Defendants. | Case No. 1:20-cv-8668-VM<br><br>**CERTIFICATE OF SERVICE** |

I, Rachelle Navarro, certify as follows:

On February 19, 2021, I served the foregoing Motion to Withdraw as Counsel on Plaintiffs via email at the following addresses:

 tameka@tramseyllc.com
 maryewinter@gmail.com
 gene5060@gmail.com
 nhart543@gmail.com
 wolffnyc@gmail.com
 kslaven@ameritech.net
 kate614@ameritech.net
 edaddaniel@gmail.com
 andrea@stellabean.com

On February 19, 2021, I also electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   February 19, 2021
         New York, New York

                 */s/ Rachelle Navarro*
                 Rachelle Navarro