```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 22, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON BLACK
CIVIC PARTICIPATION, et al.,

                    Plaintiffs,

v.

JACOB WOHL, et al.

                    Defendants.

Case No. 1:20-cv-8668-VM

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

    **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Rachelle Navarro, dated February 19, 2021, I hereby move this Court before the Honorable Victor Marrero, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Plaintiffs in the above-captioned action.

Dated: New York, NY  
      February 19, 2021

Respectfully submitted,

*/s/ Rachelle Navarro*  
Rachelle Navarro  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
51 West 52nd Street  
New York, New York, 10019  
212-506-5348  
rnavarro@orrick.com

*Attorneys for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Kate Kennedy, Karen Slaven, Eda Daniel, and Andrea Sferes.*



**Request GRANTED.**

The Clerk of Court is hereby respectfully directed to remove Rachelle Navarro as counsel for Plaintiffs and to further remove Rachelle Navarro's name and email address from the ECF notification list.

**SO ORDERED.**

February 22, 2021  
DATE

VICTOR MARRERO, U.S.D.J.