UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, et al. <br><br> Defendants. | Case No. 1:20-cv-8668-VM <br><br> **CERTIFICATE OF SERVICE** |

I, Michael Maruca, certify as follows:

On February 24, 2021, I served the foregoing Motion to Withdraw as Counsel on Plaintiffs via email at the following addresses:

    tameka@tramseyllc.com
    maryewinter@gmail.com
    gene5060@gmail.com
    nhart543@gmail.com
    wolffnyc@gmail.com
    kslaven@ameritech.net
    kate614@ameritech.net
    edaddaniel@gmail.com
    andrea@stellabean.com

On February 24, 2021, I also electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:     February 24, 2021
                      New York, New York

                                                       */s/ Michael Maruca*
                                                          Michael Maruca