UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ February 25, 2021
```

NATIONAL COALITION ON BLACK
CIVIC PARTICIPATION, et al.,

                 Plaintiffs,

        v.

JACOB WOHL, et al.

                 Defendants.

Case No.  1:20-cv-8668-VM

**NOTICE OF MOTION TO
WITHDRAW AS COUNSEL**

    **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Michael Maruca,

dated February 24, 2021, I hereby move this Court before the Honorable Victor Marrero, at the

United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule

1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts

of New York, for an Order permitting my withdrawal as counsel for Plaintiffs in the above-

captioned action.

Dated:  New York, NY
        February 24, 2021

Respectfully submitted,


/s/ Michael Maruca
Michael Maruca
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1152 15th Street, NW
Washington, DC 20005
202-339-8441
mmaruca@orrick.com

*Attorneys for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Kate Kennedy, Karen Slaven, Eda Daniel, and Andrea Sferes,*



Request **GRANTED.**

The Clerk of Court is hereby respectfully directed to remove Michael Maruca as attorney of counsel for Plaintiffs and to further remove Michael Maruca's name and email address from the ECF notification list.

**SO ORDERED.**

February 25, 2021

DATE                               VICTOR MARRERO, U.S.D.J.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, et al. <br><br> Defendants. | Case No. 1:20-cv-8668-VM <br><br> **CERTIFICATE OF SERVICE** |

I, Michael Maruca, certify as follows:

On February 24, 2021, I served the foregoing Motion to Withdraw as Counsel on

Plaintiffs via email at the following addresses:

tameka@tramseyllc.com
maryewinter@gmail.com
gene5060@gmail.com
nhart543@gmail.com
wolffnyc@gmail.com
kslaven@ameritech.net
kate614@ameritech.net
edaddaniel@gmail.com
andrea@stellabean.com

On February 24, 2021, I also electronically filed the foregoing Motion to Withdraw with

the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing

to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:          February 24, 2021
                      New York, New York

                                        /s/ Michael Maruca
                                        Michael Maruca