IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>    Plaintiffs,<br><br>  v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>    Defendants. | **NOTICE OF APPEAL**<br><br>Civil Action No.: 20-cv-8668 |

  Notice is hereby given that Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC., and Project 1599 hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order entered on February 22, 2021 ("February 22 Order"), denying Defendants' Second Motion seeking a Stay of the instant matter during the pendency of Defendants' criminal matters in Michigan and Ohio.

  This appeal is taken from each and every part of the February 22 Order.

Dated: March 2, 2021				Respectfully submitted,

**GERSTMAN SCHWARTZ LLP**

By:	<u>/s/ David M. Schwartz</u>
	<u>/s/ Randy E. Kleinman</u>
	David M. Schwartz, Esq.
	Randy E. Kleinman, Esq.
	1399 Franklin Avenue, Suite 200
	Garden City, New York 11530
	Tel. No.: (516) 880 – 8170
	DSchwartz@GerstmanSchwartz.com
	RKleinman@GerstmanSchwartz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: March 2, 2021

>*/s/ David M. Schwartz*
>*/s/ Randy E. Kleinman*
>David M. Schwartz, Esq.
>Randy E. Kleinman, Esq.
>1399 Franklin Avenue, Suite 200
>Garden City, New York 11530
>Tel. No.: (516) 880 – 8170
>DSchwartz@GerstmanSchwartz.com
>RKleinman@GerstmanSchwartz.com