

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DAVID RYAN BRODY*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID RYAN BRODY State Bar no. 288794, was on the 27TH day of January, 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 22nd day of February, 2021.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: *Simone Voltz*
*Simone Voltz, Supervising Deputy Clerk*