UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 12, 2021

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, AND ANDREA SFERES,<br><br>Plaintiffs,<br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, AND JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No.: 1:20-cv-08668<br><br>[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE |

The motion of David Brody for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California and the Bar of the District of Columbia and that his contact information is as follows:

David Brody
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
202-662-8600
dbrody@lawyerscommittee.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all Plaintiffs in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: March 12, 2021

_____
Victor Marrero
U.S.D.J.

2