

☰ YouTube 🎤 🔍 ⋮⋮⋮ ⋮ **SIGN IN**

👍 👎 SHARE SAVE ⋯

**C** CTRM 134 36th District Court
184 subscribers                                                                   **SUBSCRIBE**


1:34:36 SKIP NAVIGATION
**WC CR134 Magistrate's Personal Meeting Room**
CTRM 134 36th District Court
41 views • Streamed 5 days ago
New


12:45
**Intermittent Fasting: Transformational Technique | Cynthia Thurlow | TEDxGreenville**
TEDx Talks ✓
7.9M views • 1 year ago


53:56
**FULL FIGHT | Canelo vs. Daniel Jacobs (DAZN REWIND)**
DAZN Boxing ✓
1.1M views • 4 days ago
New


1:42:57
**Frontera**
YouTube Movies ✓
2014 · Drama
Free with Ads


9:09
**Why didn't I know this recipe before? healthy and cheap food / in 5 minutes**
GÜLSÜMÜN SARAYI TV ✓
7.8M views • 1 month ago

**BETTER THAN THE ORIGINAL? | Unique Cover Auditions on Got Talent, Idols and X Factor | Top Talent**
Top Talent ✓
29M views • 1 year ago

**Game of Thrones 5x09 - Drogon rescues Daenerys**
Kristina R
63M views • 5 years ago

**Cafe De Anatolia - Ethno Deep Summer Mix (by Professor)**
Cafe De Anatolia ETHNO WORLD ✓
3.3M views • 9 months ago

**The Interview w/ Savannah iDoctor - Episode 30**
Poor Man's Poetry
32 views • 1 day ago
New

**Orange Chamber of Commerce ~ February 2021 Eggs & Issues featuring OC Supervisor Donald P. Wagner**
Orange Chamber of Commerce
39 views • 4 days ago
New

**Cooley High**

Cited in Nat'l Coal on Black Civic Participation v Wohl
20Civ8668 Decided 2/22/21
Archived on 3/1/21
This document is protected by copyright.
Further reproduction is prohibited without permission.





 SIGN IN

Free with Ads

**37 GREAT KITCHEN HACKS YOU NEVER KNEW YOU NEEDED**
5-Minute Crafts
12M views • 1 year ago

**Until Forever (2016) | Full Movie | Stephen Anthony Bailey | Madison Lawlor | Jamie Anderson**
Vision Video
752K views • 10 months ago

**WC CR134 Magistrate's Personal Meeting Room**
CTRM 134 36th District Court
26 views • Streamed 4 days ago
New

**Mozart Relaxing Concerto for Studying 🎵 Classical Study Music for Reading & Concentration**
Just Instrumental Music
19M views • 5 years ago
Fundraiser

**George Foreman vs Muhammad Ali - Oct. 30, 1974 - Entire fight - Rounds 1 - 8 & Interview**
Levi Johansen
58M views • 10 years ago

**Increase Brain Power, Enhance Intelligence, Study Music, Binaural Beats, Improve Memory**
Music for body and spirit - Meditation music
951K views • 6 months ago

**INSPIRING Auditions That STUNNED The World | Amazing Auditions**
Amazing Auditions
2.3M views • 3 weeks ago

**The Birdcatcher**
YouTube Movies
Drama
Free with Ads

**Best Of BeeGees - Greatest Hits Album**
Tremendously Relaxing Music Channel
3.1M views • 1 year ago

SHOW MORE

Gideon Nat'l Coal. on Black Civic Participation v Wohl
20Civ8668 Decided 2/22/21
Archived on 3/1/21
This document is protected by copyright.
Further reproduction is prohibited without permission.