UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>      Plaintiffs,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>      Defendants. | CIVIL ACTION NO. 1:20-CV-08668<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Colleen K. Faherty, duly admitted to practice in this court, hereby appears in this action on behalf of the proposed plaintiff-intervenor the PEOPLE OF THE STATE OF NEW YORK.  Please direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
May 6, 2021

LETITIA JAMES
Attorney General of the
State of New York
Attorney for the Proposed-Intervenor
Plaintiff People of the State of New
York

By:

/s/ Colleen K. Faherty__________

Colleen K. Faherty (CF3855)
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
P: 212.416.6046
F: 212.416.6009
Colleen.Faherty@ag.ny.gov

Too: Counsel of record (via ECF)