# CERTIFICATE OF SERVICE

COLLEEN K. FAHERTY, an attorney admitted to practice in the courts of the State of New York, certifies as follows:

I am an attorney licensed to practice in the State of New York and am an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On May 6, 2021, I served copies of the following papers:

1. *May 6, 2021 Letter Seeking a Pre-Motion Conference to Intervene and accompanying exhibits*

on the following person(s) at the following addresses provided to the Court that are currently reflected in the docket:

> David Brody, dbroday@lawyerscommittee.org
> Aaron J. Gold, aaron.gold@orrick.com
> Julie Gorchkova, jgorchkova@orrick.com
> Amy L. Walsh, awalsh@orrick.com
> Rene Kathawala, rkathawala@orrick.com
>     *Counsel for plaintiffs;* and
>
> David M. Schwarz, dschwartz@gerstmanschwartz.com
> Randy E. Kleinman, rkleinman@gerstmanschwartz.com
>     *Counsel for defendants*

by filing the papers on the SDNY docket and electronically mailing .PDF copies to counsel at their designated email addresses (listed above); and

on May 6, 2021, I additionally served copies of the above-listed papers on the following person and his company at the following address:

> Robert Mahanian
> Message Communications, Inc.
> 505 N. Tigertail Rd.
> Los Angeles, CA 90049

2

by depositing copies of the papers enclosed in properly addressed wrappers with proper postage affixed into the custody of the U.S Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2021
      New York, New York

                                                 /s/
                                  Colleen K. Faherty, Assistant Attorney General