UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 1:20-CV-08668<br><br>**NOTICE OF APPEARANCE** |

　　PLEASE TAKE NOTICE that Conor Duffy, duly admitted to practice in this court, hereby appears in this action on behalf of the proposed plaintiff-intervenor the PEOPLE OF THE STATE OF NEW YORK.  Please direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
       May 6, 2021

                                      LETITIA JAMES
                                      Attorney General of the
                                        State of New York
                                    Attorney for the Proposed-Intervenor
                                     Plaintiff People of the State of New
                                     York

                                     By:

/s/ Conor Duffy
      Conor Duffy
      Assistant Attorney General,
      Civil Rights Bureau
      28 Liberty Street, 20th Floor
      New York, New York 10005
      P: 212.416.8637
      Conor.Duffy@ag.ny.gov


Too:    Counsel of record (via ECF)