# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION,
MARY WINTER, GENE
STEINBERG, NANCY HART,
SARAH WOLFF, KAREN
SLAVEN, KATE KENNEDY, EDA
DANIEL, and ANDREA SFERES,

                              Plaintiffs,

      v.

JACOB WOHL, JACK BURKMAN,
J.M. BURKMAN & ASSOCIATES,
LLC, PROJECT 1599, and JOHN and
JANE DOES 1-10,

                              Defendants.

CIVIL ACTION NO. 1:20-CV-08668

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Conor Duffy, duly admitted to practice in this court,

hereby appears in this action on behalf of the proposed plaintiff-intervenor the PEOPLE OF THE

STATE OF NEW YORK.  Please direct all further correspondence and/or electronic notices to

the undersigned.

Dated:  New York, New York
        May 6, 2021

                                    LETITIA JAMES
                                    Attorney General of the
                                     State of New York
                                    Attorney for the Proposed
                                    Intervenor-Plaintiff,
                                    People of the State of New York

                                    By:

/s/ Rick Sawyer
    Rick Sawyer
    Special Counsel
    Civil Rights Bureau
    Office of the Attorney General
    28 Liberty Street, 20th Floor
    New York, New York 10005
    P: 212.416.6182
    Richard.Sawyer@ag.ny.gov


Too:    Counsel of record (via ECF)