UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>                Plaintiffs,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>                Defendants. | CIVIL ACTION NO. 1:20-CV-08668<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Richard Sawyer, duly admitted to practice in this court, hereby appears in this action on behalf of the proposed plaintiff-intervenor the PEOPLE OF THE STATE OF NEW YORK. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       May 6, 2021

                                              LETITIA JAMES
                                            Attorney General of the
                                             State of New York
                                            <u>Attorney for the Proposed</u>
                                            <u>Intervenor-Plaintiff,</u>
                                            <u>People of the State of New York</u>

                                            By:

/s/ <u>Rick Sawyer</u>
      Rick Sawyer
      Special Counsel
      Civil Rights Bureau
      Office of the Attorney General
      28 Liberty Street, 20th Floor
      New York, New York 10005
      P: 212.416.6182
      Richard.Sawyer@ag.ny.gov

Too:    Counsel of record (via ECF)