# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>                    Defendants. | CIVIL ACTION NO. 1:20-CV-08668<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Hannah Bernard, duly admitted to practice in this court, hereby appears in this action on behalf of the proposed plaintiff-intervenor the PEOPLE OF THE STATE OF NEW YORK.  Please direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
      May 6, 2021

                                                               LETITIA JAMES
                                                               Attorney General of the
                                                                 State of New York
                                                              <u>Attorney for the Proposed-Intervenor</u>
                                                              <u>Plaintiff People of the State of New</u>
                                                               <u> York</u>

                                                              By:

/s/ <u>Hannah Bernard_____</u>
       Hannah Bernard
       Volunteer Assistant Attorney
             General,
       Civil Rights Bureau
       28 Liberty Street, 20th Floor
       New York, New York 10005
       P: 212.416.6308
       Hannah.Bernard@ag.ny.gov


Too:    Counsel of record (via ECF)