STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

EXECUTIVE DIVISION  
212.416.6046

May 7, 2021

*By Electronic Submission*  
Honorable Victor Marrero  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:   *National Coalition on Black Civic Participation v. Jacob Wohl*,  
             SDNY Case No. 20 Civ. 8668 (VM)(OTW)

Dear Judge Marrero:

      Proposed Plaintiff-Intervenor Office of the New York State Attorney General writes to correct an error in our proposed Complaint in Intervention, D.E. 89-1. Our complaint alleged that Defendants targeted Black New Yorkers with a fraudulent robocall designed to intimidate them from voting by mail in the 2020 presidential election. We quoted the robocall as follows:

> Hi, this is Tamika Taylor from Project 1599, the civil rights organization founded by Jack Burman and Jacob Wohl. Mail-in voting sounds great, but did you know that if you vote by mail, your personal information will be part of a public database that will be used by police departments to track down old warrants and be used by credit card companies to collect outstanding debts? The CDC is even pushing to use records for mail-in voting to track people for mandatory vaccines. Don't be finessed into giving your private information to the man, stay home safe and beware of vote by mail.

D.E. 89-1 at ¶ 54. It has come to our attention that this transcription is erroneous—the call did not explicitly instruct its target audience, Black voters, to "stay home." *See* D.E. 38 at 6 n.5 (noting the transcription error). The error has no bearing on our legal claims or our arguments in favor of intervention. *See* D.E. 89, 89-1.

      We apologize to the Court for our error and respectfully request permission to substitute the attached Corrected Complaint in Intervention, Ex. A, for our original proposed pleading.

Honorable Victor Marrero
Page 2 of 2
May 7, 2021

                   Respectfully,

                   By: /s/ Conor Duffy
                   /s/ Colleen K. Faherty
                   /s/ Rick Sawyer
                   /s/ Hannah Bernard
                   Conor Duffy,
                   Colleen K. Faherty,
                     Assistant Attorneys General
                   Rick Sawyer,
                     Special Counsel for Hate Crimes
                   Hannah Bernard,
                     Volunteer Assistant Attorney
                        General

                   28 Liberty St.,
                   New York, NY 10005
                   (212) 416-8637; -6046; -6182; -6308
                   Conor.Duffy@ag.ny.gov
                   Colleen.Faherty@ag.ny.gov
                   Richard.Sawyer@ag.ny.gov
                   Hannah.Bernard@ag.ny.gov

cc: Counsel of record (via ECF);
  Message Communications and Robert Mahanian (via USPS)