## CERTIFICATE OF SERVICE

COLLEEN K. FAHERTY, an attorney admitted to practice in the courts of the State of New York, certifies as follows:

I am an attorney licensed to practice in the State of New York and am an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On May 19, 2021, I served copies of the following papers:

1. *NYAG Complaint in Intervention and attached court order granting intervention*

on the following person(s) at the following addresses provided to the Court that are currently reflected in the docket:

David Brody, dbroday@lawyerscommittee.org
Aaron J. Gold, aaron.gold@orrick.com
Julie Gorchkova, jgorchkova@orrick.com
Amy L. Walsh, awalsh@orrick.com
Rene Kathawala, rkathawala@orrick.com
    *Counsel for plaintiffs;* and

David M. Schwarz, dschwartz@gerstmanschwartz.com
Randy E. Kleinman, rkleinman@gerstmanschwartz.com
    *Counsel for defendants*

by filing the papers on the SDNY docket and electronically mailing .PDF copies to counsel at their designated email addresses (listed above); and

on May 19, 2021, I additionally served copies of the above-listed papers on the following person and his company at the following address:

Robert Mahanian
Message Communications, Inc.
505 N. Tigertail Rd.
Los Angeles, CA 90049
by depositing copies of the papers enclosed in properly addressed wrappers with proper postage affixed into the custody of the U.S Mail.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2021
       New York, New York

_____
                    /s/
Colleen K. Faherty, Assistant Attorney General