UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>              Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>              Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>              Defendants. | CIVIL ACTION NO. 1:20-CV-08668<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jessica Clarke, duly admitted to practice in this court, hereby appears in this action on behalf of Plaintiff-Intervenor the PEOPLE OF THE STATE OF NEW YORK. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       May 24, 2021

        LETITIA JAMES
        Attorney General of the
         State of New York

By:

/s/ <u>Jessica Clarke</u>
    Jessica Clarke
    Chief
    Civil Rights Bureau
    Office of the Attorney General
    28 Liberty Street, 20th Floor
    New York, New York 10005
    P: 212.416.8250
    Jessica.clarke@ag.ny.gov

*Attorney for Plaintiff-Intervenor*
*People of the State of New York*

To:   Counsel of record (via ECF)