# EXHIBIT A

| | |
|---|---|
| **From:** | Randy Kleinman |
| **To:** | Randy Kleinman |
| **Subject:** | RE: Subpoena for records - Wohl / Burkman |
| **Date:** | Wednesday, May 12, 2021 2:40:50 PM |

**From:** Faherty, Colleen <Colleen.Faherty@ag.ny.gov>
**Sent:** Tuesday, December 22, 2020 6:55 PM
**To:** David Schwartz <dschwartz@gerstmanschwartz.com>; Randy Kleinman <rkleinman@gerstmanschwartz.com>
**Cc:** Duffy, Conor <Conor.Duffy@ag.ny.gov>
**Subject:** Subpoena for records - Wohl / Burkman

**[EXTERNAL SENDER]**

Dear Mssrs. Schwartz and Kleinman,

Thank you (Randy) for speaking earlier.  As discussed, the Office of the Attorney General is conducting an investigation concerning certain robocalls associated with Project 1599.  By response to this message, please confirm that you can accept service of these subpoenas via email and acceptance of same.  We appreciate your attention to this.

Also, please keep this email for your records, as it contains my contact information.  Similarly Conor, cc'd, can be reached at 212-416- 8637.

Kind regards,
Colleen K. Faherty

_____

**Colleen K. Faherty | Assistant Attorney General**
Executive Division – Federal Initiatives
New York State Office of the Attorney General
28 Liberty Street, 18th floor | New York, NY 10005
Tel: 212.416.6046 | Fax: 212.416.6009
Colleen.Faherty@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.