Account No 176343- 2021-0974                                Civil Action No.: 20-CV-8668

UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, ET AL.

Plaintiff

vs

JACOB WOHL, ET AL.

Defendant

STATE OF  CALIFORNIA           **AFFIDAVIT OF SERVICE**
COUNTY OF LOS ANGELES

__CHRIS HUTCHINSON__ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of __California__. Deponent further states that on __June 4__, 20__21__ at __9:17 am__ at __505 N. TIGERTAIL ROAD, LOS ANGELES, CA 90049__

deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT IN INTERVENTION** on **ROBERT MAHANIAN**, defendant therein named,

**INDIVIDUAL 1. [ ]** by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**SUITABLE AGE PERSON 2. [ ]** by delivering thereat a true copy of each to _____, a person of suitable age and discretion, and informing that person of the contents of the summons. Deponent confirmed with party served that the suitable age person is a [ ] co-tenant [ ] family member [ ] co-worker [ ] business associate of the defendant, and further confirmed that said premises is the defendant's [ ] actual place of business [ ] actual place of residence within the state.

**AFFIXING TO THE DOOR 3. [X]** by affixing a true copy of each to the door of said premises, based upon confirmation by the [X] Postmaster/Mailman [ ] Neighbor [ ] DMV [ ] Other _____, where said premises is described as the defendant's [ ] actual place of business [X] actual place of residence within the state. Deponent was unable, with due diligence to find the defendant or a person of suitable age and discretion, thereat, having called there

On __5/27__ 20__21__ at __7:27 pm__     On __5/30__ 20__21__ at __7:13 am__
On __5/29__ 20__21__ at __1:00 pm__     On __6/2__ 20__21__ at __7:27 pm__

Deponent further describes the person spoken to as MAILMAN

**MAILING USE WITH 2 or 3 [X]** A true copy of same was also enclosed in a sealed envelope properly addressed to defendant at the above verified address of service and said envelope was deposited on __JUNE 4__ 20__21__ in a post office official depository with postage fully prepaid under the exclusive care and custody of the United States Postal Service within the state of service.

**DESCRIPTION USE WITH 1. or 2.. [ ]** Deponent describes the individual served as follows:

[ ] Male     [ ] White Skin   [ ] Black Hair   [ ] White Hair   [ ] 14-20 Yrs   [ ] Under 5'     [ ] Under 100 Lbs
[ ] Female   [ ] Black Skin   [ ] Brown Hair   [ ] Balding      [ ] 21-35 Yrs   [ ] 5'0"-5'3"    [ ] 100–130 Lbs
             [ ] Yellow Skin  [ ] Blond Hair                    [ ] 36-50 Yrs   [ ] 5'4"-5'8"    [ ] 131–160 Lbs
             [ ] Brown Skin   [ ] Grey Hair                     [ ] 51-65 Yrs   [ ] 5'9"-6'0"    [ ] 161–200 Lbs
             [ ] Red Skin     [ ] Red Hair                      [ ] Over 65 Yrs [ ] Over 6'      [ ] Over 200 Lbs

Other identifying features: _____

**MILITARY USE WITH ALL [X]** Deponent asked the person spoken to if the defendant was presently in the military service of the United States Government or on active duty in any branch of the military service of the United States and was told

[X] NO    [ ] YES Branch _____ Location _____ Other _____

Sworn to before me, this __4__ day of __June__ 20 __21__

_signature_
NOTARY PUBLIC

CHRISTINE CARDAROPOLI
Notary Public - California
Los Angeles County
Commission # 2241593
My Comm. Expires Jun 5, 2022

CHRIS HUTCHINSON RPS: 355 LA Co.
SIGNATURE / PRINT FULL NAME

Served through Associated Services | www.Associated.Legal

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, Andrea Sferes, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 20-cv-8668 |
| Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, Project 1599, and John and Jane Does 1-10, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Mahanian
505 N. Tigertail Road
Los Angeles, California 90049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colleen K. Faherty
New York State Office of the Attorney General
28 Liberty St.
18th Fl.
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 21, 2021                                          /S/ S. James
                                                            *Signature of Clerk or Deputy Clerk*

