UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON<br>BLACK CIVIC PARTICIPATION, ET AL.,<br><br>          Plaintiffs,<br><br>      vs.<br><br>JACOB WOHL, ET AL.,<br><br>          Defendants. | Case No. 20-CV-08668 (VM)<br><br>NOTICE OF APPEARANCE |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

   I am admitted to practice before this Court and I appear in this case on behalf of Defendants <u>Robert Mahanian</u> and <u>Message Communications, Inc.</u>

Dated: New York, New York
     June 28, 2021

                 THE LAW OFFICE OF
                 RUSSELL D. MORRIS PLLC

                By: _____
                     Russell D. Morris

                 11 Broadway, Suite 615
                 New York, New York 10004
                 Tel: (212) 380-1619
                 Email: rmorris@russellmorrislaw.com

                 *Attorney for Defendants Robert Mahanian*
                 *and Message Communications, Inc.*