UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION, ET AL.,

                              Plaintiffs,

                 vs.

JACOB WOHL, ET AL.,

                            Defendants.

Case No. 20-CV-08668 (VM)

RULE 7.1 STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Message Communications, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  <u>None</u>.

Dated: New York, New York
         June 28, 2021

THE LAW OFFICE OF
RUSSELL D. MORRIS PLLC

By: _____
     Russell D. Morris

11 Broadway, Suite 615
New York, New York 10004
Tel:  (212) 380-1619
Email:  rmorris@russellmorrislaw.com

*Attorney for Defendants Robert Mahanian and Message Communications, Inc.*