## THE LAW OFFICE OF RUSSELL D. MORRIS PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 29, 2021
```

<u>Via CM/ECF</u>

June 28, 2021

Hon. Victor Marrero
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>National Coalition on Black Civic Participation v. Wohl</u>
           (S.D.N.Y. No. 20-cv-08668-VM)

Dear Judge Marrero:

        This Firm has been retained on behalf of Defendants Robert Mahanian and Message Communications, Inc.

        We write to request a 30 day extension of time to answer, move or otherwise respond to the Complaint in Intervention filed by the Attorney General, moving the deadline to <u>July 26, 2021</u>. No prior request has been made for this relief, and no other deadlines in the case will be modified or effected.

        Colleen K. Faherty, Assistant Attorney General, has confirmed that the Attorney General's Office has no objection to our request. We thank the Attorney General's Office for their courtesies, and we thank the Court for its attention to this matter.

                                    Very truly yours,

                                    Russell D. Morris

cc:    David B. Felsenthal, Esq.
        Counsel for Robert Mahanian and Message Communications, Inc. (via e-mail)

        Colleen K. Faherty, Esq.
        Assistant Attorney General (via CM/ECF)



Request **GRANTED.**
The response of defendants Robert Mahanian and Message Communications, Inc. to the Complaint in Intervention is hereby due no later than July 26, 2021.

**SO ORDERED.**

June 29, 2021

DATE                         VICTOR MARRERO, U.S.D.J.