# <u>Exhibit G</u>

# Arlington Center for Political Intelligence

Confidential Brief, January 2019

DISCLOSURE: All of the political and business tactics contained within this document have been thoroughly reviewed by legal counsel to ensure that they remain well within legal and ethical lines in every applicable jurisdiction.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

## OVERVIEW

The Arlington Center for Political Intelligence (or "ACPI") is a conservative political intelligence and advocacy organization. Leveraging actionable intelligence gathering and social media and traditional media manipulation expertise. ACPI affects political outcomes in the interest of advancing conservative candidates and the financial interests of our backers.

### The Opportunity

- Republicans currently use antiquated and passive tactics to gather insights on their opponents
- Democrat campaigns engage in increasingly illegal tactics, leaving them open to exposure by ACPI
- Political betting markets remain inefficiently priced, as media polls fail to capture large demographics

### The Solution

- ACPI will use tactics typically associated with the left, in order to advance conservative agendas
- Aggressive intelligence gathering may inform business decisions for ACPI's backers
- Backers will use ACPI's insights in order to place profitable bets on political outcomes

### The Objectives

- Recruit and run agents of penetration inside Democrat 2020 Campaigns
- Establish and maintain a *troll-farm* to influence social and mainstream media narratives
- Plan and execute high-impact political publicity stunts, which include planting stories in mainstream and alternative media outlets

## OUR PROPOSAL

The Arlington Center for Political Intelligence is seeking seed funding from astute, well-heeled political donors. Due to the sensitive nature of ACPIs work, discretion is of the utmost importance in raising capital to fund our operations. Our backers will affect political outcomes and use our actionable intelligence to reap rewards betting on those outcomes.

To make the organization viable through the 2020 election cycle, we are seeking $1 Million in funding.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

## Effective Trade-Craft for the 2020 Election Cycle

1. Build up left-wing online properties with large following, only to have those properties direct followers to NOT vote come election day.

As the Russian Internet Research Agency proved in 2016, building up leftwing internet properties that aim to ultimately suppress turnout is an effective strategy.



This Diagram Shows the Reach of Russian-linked Leftwing Instagram Accounts in 2016

Instagram is uniquely positioned to target niche interest groups and demographics (i.e. African Americans, Hispanic Americans, Evangelical Christians, etc.). With the use of bot engagement and manipulation of the *featured post* algorithm, Instagram properties can be quickly built up with the intention of directing votes to one candidate or another. ACPI plans to use this strategy

**Priviledged and Strictly Confidential**

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

to affect the outcomes of Democrat Party Primary Elections, which will ultimately serve to generate profit for our backers on the political betting markets.

Utilizing bot engagement, which is typically purchased online for very little money, ACPI will be able to promote Instagram Accounts within the guise of the algorithm, which will ultimately generate real human engagement from the respective targeted demographics.



IRA Instagram Engagement - Total Interaction for Top 25 Accounts

Instagram is the preferred social media platform for the youngest Demographic of voters (age 18-31). Political scientists from both sides of the aisle agree that this age-group of voters is going to have an outsized impact in 2020.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

The Instagram posts that were spread by the Internet Research Agency, a Russian disinformation group, were for lack of a better term, goofy. Without a good handle on American pop-culture, the Russians resorted to posting memes which failed to generate the desired impact.



Two Instagram Posts from Russian Internet Research Agency Accounts

Priviledged and Strictly Confidential

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

As time progresses, our properties will have the ability to direct followers to engage with new spin-off properties. This strategy was utilized by the Internet Research Agency with moderate effectiveness in 2016; but with a superior handle on American cultural nuances ACPI will be able to have a devastating impact on Democrat candidates.



IRA Instagram by Individual Post Engagement

While Instagram remains the platform of choice for the youngest likely voters, Twitter continues to be the news and media powerhouse that serves to influence older voters as well as online and cable news-cycles. If a topic trends on Twitter, mainstream media outlets will write articles about it. If mainstream media sites publish articles then cable news channels are likely to join-in on the discussion.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

ACPI has developed a time-tested and incredibly successful methodology for taking advantage of the media's implicit leftwing bias, which allows us to influence mainstream media coverage by manipulating the Twitter algorithm and blogger networks. ACPI's methodology for feeding information from Twitter to the mainstream media has become known internally as *Feeding It Up the Chain.*



Flow Chart Demonstrates *Feeding It Up the Chain* Methodology

The most important theme in feeding information or misinformation into the news-cycle is telling each respective media outlet what they want to hear, vis a vis their bias. Indeed, we are directing highway traffic, not driving head-on into it.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

2. Plotting and Executing High-Impact Media Stunts, In Order to Influence Short-Term Attention on Target Candidates. We call this *Day-Trading Attention*.

With the advent and popularization of live-streaming via Periscope, Instagram, Facebook and YouTube, it has become possible to synthesize manipulated events that garner enormous amounts of attention.

A textbook example of this tradecraft took place on November 29th, 2018 when rightwing activist Laura Loomer handcuffed herself to Twitter HQ in New York City, after being banned from the site. The stunt became the number one trending topic on Twitter and resulted in hundreds of articles being published and countless minutes of cable news coverage being broadcast around the world.

In a calculated move, Loomer selected New York City as the place to execute the stunt, where journalists are plentiful and quickly able to arrive at the scene to broadcast the event on Periscope and Facebook. Within 15 minutes of handcuffing herself to the doors of the Twitter HQ, Loomer was surrounded by dozens of mainstream and alternative media journalists who were broadcasting the event, namely on Periscope, to hundreds of thousands of people. Within the first hour of the stunt, "Laura Loomer" was the number one trending topic on Twitter world-wide.

Another example of this involved the posting of a "We The People Will Build The Wall" GoFundMe Page by US military veteran and online conservative activist Brian Kolfage. His campaign on GoFundMe was promoted in such an outlandish way, that it attracted widespread ridicule from the mainstream media. However, this publicity only served to help his campaign. Within four weeks, Kolfage's GoFundMe had raised more than $20 Million.

ACPI plans to execute similar sophisticated and impactful stunts as frequently as possible in order to influence political outcomes in the favor of our backers during the 2020 election cycle.

**Priviledged and Strictly Confidential**

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

Additionally, ACPI plans to use the online presence that we build up in leftwing circles to organize what appear to be grassroots leftwing events which only serve to bolster the interests of our backers. The Russians did this in 2016 using Facebook's "Events" feature.



This 'Abolish the Electoral College' protest organized by the Internet Research Agency

In organizing live events, the Internet Research Agency's lack of understanding when it comes to American cultural nuances led their events to fall flat.



Three examples of Russian Facebook Events that failed to materialize due to quirky issues with the posts

ACPI will start and maintain what appear to be grass-roots Facebook groups that cater to important Demographics of Democrat voters in swing districts. For example, these groups might be called "Suburban Moms for (fill-in-the-blank Democrat candidate)". Just before the election, these Facebook groups will begin a voter-suppression effort based upon contemporaneous news.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

### 3.  Running Agents of Penetration Inside Democrat Campaigns

ACPI plans to recruit, insert and run agents of infiltration inside every major Democrat 2020 Presidential campaign. With experience doing so in both political and corporate environments, we are confident that our agents will be able to provide timely and critical intelligence about the internal issues, gossip and strengths of each campaign.

With this intelligence, we plan to fuel media stories which will hurt Democrat candidates who have the best chance of winning against President Trump in 2020. Furthermore, we plan to use this intelligence to inform the betting decisions of our backers.

Often times, these assets will be recruited under false pretenses. In other words, they won't know that they are doing the bidding of ACPI—rather they will be led to believe that they are working to help the interest of their favorite Democrat candidate. The prospective agents will be recruited through leftwing college campus organizations, where Democrat campaigns most often recruit campaign volunteers and staffers.

ACPI case officers will be cognoscente of the natural unreliability of any one asset and will place more than one inside each Democrat campaign, as to reduce the chances of collecting intelligence which is unreliable or incorrect. ACPI case officers will be professionals with experience running agents inside political campaigns, government agencies and private companies. In recruiting and running agents, ACPI follows the time-tested RASCLS (reciprocation, authority, scarcity, commitment, liking and social proof) methodology.

**Priviledged and Strictly Confidential**

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

## 4. Cyber Intelligence, Nerve Center and Political Intelligence Dashboard

ACPI will employ our extensive cyber-intelligence expertise combined with analytical horsepower using big data tools such as Maltego which plug directly into real-time social media streams and APIs. ACPI will employ big data to inform our decisions when it comes to small tasks like selecting agents to recruit and more significant ventures such as identifying arbitrage opportunities in political betting markets.



Example: This Dashboard Identifies a Network of Russian Political Propaganda Sites

Inside our Headquarters ACPI plans to make our data capabilities and dashboards the core of a nerve center specifically designed to advance the interests of our backers. To generate cash-flow, ACPI will sell access to our dashboard to the Trump 2020 Campaign and any other friendly campaign that can make use of the intelligence. ACPI's financial backers will receive access to the dashboard at no cost.

ARLINGTON CENTER

FOR POLITICAL INTELLIGENCE

Gathering Intelligence. Providing Insights. Affecting Outcomes.

There are several key functions served by big data capabilities:

1.  Finding ideal potential agents of infiltration to recruit by plugging into LinkedIn and Facebook APIs.
2.  Identify leading edge narratives and key words by plugging into Twitter's real-time stream using programs like Maltego and Microsoft Azure Stream Analytics.
3.  Analyze the impact of social and traditional media campaigns.
4.  Sort out and create arbitrage opportunities in political betting markets with data mining programs.
5.  Stress-test our backers' portfolios of bets using Monte Carlo Simulations and scenario planning.
6.  Execute linguistic analysis with Natural Language Processing algorithms in order to optimize the mass numbers of tweets and Instagram posts that we produce.

## How We Plan to Allocate Seed Capital

The Arlington Center for Political Intelligence is seeking $1 Million in seed capital to establish a headquarters in Washington DC and begin our critical work.

Initial Monthly Expenditures:

Office Rent and Utilities - $16,500

Equipment - $2,000

Software - $2,500 (likely to be front-loaded)

Wages - $24,000

Travel and Operations - $8,500

Other - $5,000

ACPI plans to produce positive cash-flow by selling intelligence to friendly campaigns and by placing bets alongside our backers on the political outcomes that we influence.

**Priviledged and Strictly Confidential**