UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL COALITION ON                    :
BLACK CIVIC PARTICIPATION, et al.,       :
                                         :
                        Plaintiffs,      :        20 Civ. 8668 (VM)
                                         :
        - against -                      :        **ORDER**
                                         :
JACOB WOHL, et al.,                      :
                                         :
                        Defendants.      :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On August 3, 2021, the parties submitted a joint letter to the Court regarding a discovery dispute. (See Dkt. No. 128.) Having referred this matter for general pretrial supervision to the Magistrate Court, the parties are directed to address the discovery dispute to the Magistrate Judge.

**SO ORDERED.**

Dated:      New York, New York
            5 August 2021

_____
                    Victor Marrero
                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 5, 2021