```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL COALITION ON                   :
BLACK CIVIC PARTICIPATION, et al.,      :
                                        :
                    Plaintiffs,         :   20 Civ. 8668 (VM)
                                        :
    - against -                         :   ORDER
                                        :
JACOB WOHL, et al.,                     :
                                        :
                    Defendants.         :
----------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: September 7, 2021**

**VICTOR MARRERO, United States District Judge.**

Defendant Robert Mahanian and Defendant Message Communications, Inc. are hereby directed to file an additional letter brief, not to exceed three pages and due no later than Friday, September 10, 2021, further addressing whether Section 230 of the Communications Decency Act bars the claims against them.

Intervenor People of the State of New York, by Letitia James, Attorney General of the State of New York is hereby directed to file a letter brief in response, not to exceed three pages, due no later than Monday, September 13, 2021.

**SO ORDERED.**

Dated:    New York, New York
          7 September 2021

_Victor Marrero_
Victor Marrero
U.S.D.J.