```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NATIONAL COALITION ON                  :
BLACK CIVIC PARTICIPATION, et al.,     :
                                       :
                    Plaintiffs,        :   20 Civ. 8668 (VM)
                                       :
    - against -                        :   ORDER
                                       :
JACOB WOHL, et al.,                    :
                                       :
                    Defendants.        :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 8, 2021

**VICTOR MARRERO, United States District Judge.**

The case management conference currently scheduled for September 10, 2021 is hereby adjourned. The parties are directed to inform the Court by letter once fact discovery has been completed and request a new date for the case management conference.

**SO ORDERED.**

Dated:   New York, New York
         8 September 2021

                                    Victor Marrero
                                    U.S.D.J.