UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON<br>BLACK CIVIC PARTICIPATION, ET AL.,<br><br>                      Plaintiffs,<br><br>vs.<br><br>JACOB WOHL, ET AL.,<br><br>                      Defendants. | Case No. 20-CV-08668 (VM)<br><br>MOTION FOR<br>ADMISSION<br>PRO HAC VICE |

       Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, the undersigned, David B. Felsenthal, hereby moves this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for Defendants Robert Mahanian and Message Communications Inc. in the above-captioned action.

       I am an attorney in good standing of the bar of the State of California. Attached hereto as an exhibit is my Certificate of Good Standing from the Supreme Court of California, issued within the past thirty (30) days.

       I have never been convicted of a felony, nor have I been censured, suspended, disbarred or denied admission or readmission by any court, nor are there are any disciplinary proceedings presently against me in any state or federal court.

Dated:  October 1, 2021
           Los Angeles, CA

Respectfully Submitted,

By: _/s/ David B. Felsenthal_
      David B. Felsenthal

FELSENTHAL LAW FIRM
1100 Glendon Avenue, Suite 1500
Los Angeles, CA 90024
Telephone: (310) 432-8491
Facsimile: (310) 975-1218
Email: david@felsenthal-firm.com