

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### DAVID BERNHARD FELSENTHAL

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that David Bernhard Felsenthal, **#140203**, was on the **6th** day of **June 1989,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 9th day of September 2021.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
Karissa Castro, Deputy Clerk