UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, ET AL.,<br><br>         Plaintiffs,<br><br>    v.<br><br>JACOB WOHL, ET AL.,<br><br>         Defendants. | ORDER FOR ADMISSION PRO HAC VICE<br><br>20-cv-08668 (VM) |

    The motion of David B. Felsenthal for admission to practice Pro Hac Vice in the above-captioned action is granted.

    The Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is:

      FELSENTHAL LAW FIRM
      1100 Glendon Avenue, Suite 1500
      Los Angeles, CA 90024
      Telephone: (310) 432-8491
      Facsimile: (310) 975-1218
      Email: david@felsenthal-firm.com

    The Applicant having requested admission Pro Hac Vice to appear as counsel for Defendants Robert Mahanian and Message Communications Inc. in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                           United States District / Magistrate Judge