UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION, ET AL.,

                Plaintiffs,

vs.

JACOB WOHL, ET AL.,

                Defendants.

Case No. 20-CV-08668 (VM)

AFFIDAVIT
PURSUANT TO
LOCAL RULE 3.1

---

STATE OF CALIFORNIA      )
                                    ) ss.
COUNTY OF LOS ANGELES  )

        David B. Felsenthal, being duly sworn, deposes and says:

1. I submit the following affidavit in support of my motion for admission to practice Pro Hac Vice and to appear as counsel for Defendants Robert Mahanian and Message Communications Inc.

2. I am an attorney in good standing of the bar of the State of California. Attached hereto as an exhibit is my Certificate of Good Standing from the Supreme Court of California, issued within the past thirty (30) days.

3. I have never been convicted of a felony, nor have I been censured, suspended, disbarred or denied admission or readmission by any court, nor are there are any disciplinary proceedings presently against me.

Sworn and subscribed to before
me this 1st Day of October, 2021

                                                          _/s/ David B. Felsenthal_
                                                              David B. Felsenthal

_See Attachment For Notary_
Notary Public

**CALIFORNIA JURAT**                              **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __1__ day of __Oct__, 20__21__, by

(1) __David B. Felsenthal__

(and (2) __XXXXXXXX__),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

BIJAN SANI
Notary Public – California
Los Angeles County
Commission # 2235239
My Comm. Expires Mar 27, 2022

*Place Notary Seal and/or Stamp Above*

──────── **OPTIONAL** ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __See Attached Affidavit__

Document Date: _____  Number of Pages: __1__

Signer(s) Other Than Named Above: _____

©2018 National Notary Association