USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, ET AL.,

    Plaintiffs,

v.

JACOB WOHL, ET AL.,

    Defendants.

ORDER FOR
ADMISSION
PRO HAC VICE

20-cv-08668 (VM)

    The motion of David B. Felsenthal for admission to practice Pro Hac Vice in the above-captioned action is granted.

    The Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is:

> FELSENTHAL LAW FIRM
> 1100 Glendon Avenue, Suite 1500
> Los Angeles, CA 90024
> Telephone: (310) 432-8491
> Facsimile: (310) 975-1218
> Email: david@felsenthal-firm.com

    The Applicant having requested admission Pro Hac Vice to appear as counsel for Defendants Robert Mahanian and Message Communications Inc. in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/6/2021

Victor Marrero
U.S.D.J.