USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NATIONAL COALITION ON BLACK CIVIC       :
PARTICIPATION, ET AL.                   :
                      Plaintiffs,       :   20 Civ. 8668 (VM)
                                        :
       - against -                      :        ORDER
                                        :
JACOB WOHL, ET AL.,                     :
                                        :
                      Defendants.       :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The motion of Plaintiffs National Coalition on Black Civic Participation, Eda Daniel, Nancy Hart, Kate Kennedy, Andrea Sferes, Karen Slaven, Gene Steinberg, Mary Winter, and Sarah Wolff for leave to file a first amended complaint, see Dkt. No. 145, is hereby GRANTED.

**SO ORDERED.**

Dated:   New York, New York
         November 19, 2021

_____
Victor Marrero
U.S.D.J.