UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION, ET AL.,

                              Plaintiffs,

      vs.

JACOB WOHL, ET AL.,

                              Defendants.

Case No. 20-CV-08668 (VM)

NOTICE OF APPEARANCE

---

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

       I am admitted Pro Hac Vice to practice before this Court in the above-captioned matter and I appear in this case on behalf of Defendants <u>Robert Mahanian</u> and <u>Message Communications, Inc.</u>

Dated:  Los Angeles, California
           November 23, 2021

FELSENTHAL LAW FIRM

By: _/s/ David B. Felsenthal_
      David B. Felsenthal

1100 Glendon Avenue, Suite 1500
Los Angeles, CA 90024
Tel:  (310) 432-8491
Email:  david@felsenthal-firm.com

*Attorneys for Defendants Robert Mahanian and Message Communications, Inc.*