USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL COALITION ON BLACK CIVIC,   :
PARTICIPATION, ET AL.                :
                      Plaintiffs,    :      20 Civ. 8668 (VM)
                                     :
       - against -                   :           **ORDER**
                                     :
JACOB WOHL, ET AL.,                  :
                                     :
                      Defendants.    :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    The next case management conference before the District Court in
this matter shall be Friday, April 1, 2022 at 11:00 a.m., absent any
order by Magistrate Judge Wang regarding an extension of the
deadline for fact discovery. If that deadline is extended, the
parties shall promptly inform the Court and request an adjournment.

**SO ORDERED.**

Dated:     New York, New York
           December 7, 2021

                                        _____
                                             Victor Marrero
                                               U.S.D.J.