

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

December 7, 2021

*By Electronic Submission*
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*, SDNY Case No. 20 Civ. 8668 (VM)(OTW)

Dear Judge Marrero:

    Plaintiff-Intervenor People of the State of New York ("State"), by Letitia James, Attorney General of the State of New York, submits this letter response to the Court's memo endorsement at docket entry number 154, directing plaintiffs to respond to defendant Message Communications' request for a referral. Speaking on behalf of all plaintiffs in this matter, we have no objection to defendants' request for a referral to the Court's mediation program.

    Sincerely,

    */s/ Colleen K. Faherty*

Cc: ECF Counsel of Record