UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2021
```

---

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, ET AL.,

                              Plaintiffs,

              -against-

JACOB WOHL, ET AL.,

                              Defendant(s).

---

20 Civ. 8668

MEDIATION REFERRAL
ORDER

VICTOR MARRERO, United States District Judge:

        It is hereby ORDERED that this case, only as to the
claims against defendant Message Communications, is referred for
mediation to the Court-annexed Mediation Program.  The parties
are notified that Local Rule 83.9 shall govern the mediation and
are directed to participate in the mediation in good faith.  The
mediation will have no effect upon any scheduling Order issued by
this Court without leave of this Court.

SO ORDERED.

Dated: December 8, 2021
       New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.