# THE LAW OFFICE OF RUSSELL D. MORRIS PLLC

11 BROADWAY<br>
SUITE 615<br>
NEW YORK, NY 10004<br>
<br>
TEL: (212) 380-1619<br>
FAX: (212) 380-3326

<u>Via CM/ECF</u>

December 8, 2021

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>National Coalition on Black Civic Participation v. Wohl</u>
            (S.D.N.Y. No. 20-cv-08668-VM)

Dear Judge Wang:

      This Firm represents Defendants Robert Mahanian and Message Communications, Inc. (together, "Message Communications") in the above-named action.

      As Your Honor is aware, there is an in-person status conference in this action scheduled for Tuesday, December 14, 2021, at 3:00 p.m. Rather than have counsel attend this conference in-person, we respectfully request that the status conference be held remotely via Zoom (or other video platform). Among other efficiencies, this will allow for the participation of co-counsel for Message Communications, who is in California.

      We have discussed this request with counsel for all other parties, and they have represented to me that they do not object to this request on behalf of Message Communications – and we thank the other counsel for their courtesies.

      Thank you for your attention to this matter.

Respectfully Submitted,<br>
<br>
<i>/s/ Russell D. Morris</i><br>
Russell D. Morris

cc:    All Counsel of Record (via CM/ECF)