IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>        Plaintiffs,<br><br>    v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>        Defendants. | 20-cv-8668(VM)(OTW) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Franklin Monsour, of Orrick, Herrington & Sutcliffe LLP, hereby enters an appearance as counsel on behalf of Plaintiffs, National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes, in the above-titled action. I am admitted to practice in this Court.

Dated: December 13, 2021
       New York, New York

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_/s/ Franklin Monsour_
Franklin Monsour
51 West 52nd Street
New York, NY 10019
Tel: +1 212-506-5179
fmonsour@orrick.com

*Attorney for Plaintiffs*