UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, et al. <br><br> Defendants. | Case No. 1:20-cv-8668-VM <br><br> **CERTIFICATE OF SERVICE** |

I, Julie Gorchkova, certify as follows:

On December 27, 2021, I served the foregoing Motion to Withdraw as Counsel on Plaintiffs via email at the following addresses:

tameka@tramseyllc.com
maryewinter@gmail.com
gene5060@gmail.com
nhart543@gmail.com
wolffnyc@gmail.com
kslaven@ameritech.net
kate614@ameritech.net
edaddaniel@gmail.com
andrea@stellabean.com

On December 28, 2021, I am causing the foregoing Motion to Withdraw to also be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.

2

Executed on:	December 28, 2021
	New York, New York

	*/s/ Julie Gorchkova*
	Julie Gorchkova