UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.,<br><br>                                    Plaintiffs,<br><br>                    v.<br><br>JACOB WOHL, et al.<br><br>                                    Defendants. | Case No.  1:20-cv-8668-VM |

**DECLARATION OF JULIE GORCHKOVA**
**IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

I, Julie Gorchkova, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick").  I submit this declaration in support of my motion to withdraw as counsel of record for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Kate Kennedy, Karen Slaven, Eda Daniel, and Andrea Sferes.

2. The reason for my withdrawal is that I am ending my employment with Orrick which continues to represent Plaintiffs in this action.  Plaintiffs will continue to be represented in this action by Amy Walsh, Franklin Monsour, Aaron Gold, and Rene Kathawala of Orrick, as well as David Brody of the Lawyers' Committee for Civil Rights Under Law and John Libby of Manatt, Phelps & Phillips.

3. I am not asserting a retaining or charging lien in connection with this action.

4. Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation of Plaintiffs by Amy Walsh, Franklin Monsour, Aaron Gold, and Rene Kathawala of Orrick, as well as David Brody of the Lawyers' Committee for Civil Rights Under Law and John Libby of Manatt, Phelps & Phillips.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 27, 2021
New York, New York

By: */s/ Julie Gorchkova*
Julie Gorchkova