USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, et al. <br><br> Defendants. | Case No. 1:20-cv-8668-VM <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Julie Gorchkova, dated December 27, 2021, I hereby move this Court before the Honorable Victor Marrero, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Plaintiffs in the above-captioned action.

Dated: New York, NY  
       December 27, 2021

Respectfully submitted,

*/s/ Julie Gorchkova*  
Julie Gorchkova  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
51 West 52nd Street  
New York, New York, 10019  
212-506-3759  
jgorchkova@orrick.com

*Attorneys for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Kate Kennedy, Karen Slaven, Eda Daniel, and Andrea Sferes*



Request **GRANTED**.
Julie Gorchkova is terminated as counsel.

**SO ORDERED.**
12/29/2021
DATE — VICTOR MARRERO, U.S.D.J.