# EXHIBIT C

```
**********************************************
******** Purchase Order Worksheet ********
**********************************************

   Prepared For : Message Communications, Inc. (rmahanian)
 Transmitted To : NONE
      Completed : Sat Jun 27 09:16:48 2020 PST
     IP Address : 73.172.31.180

-----------------------------------------------------------
   ACCOUNT INFORMATION
-----------------------------------------------------------
           Official Account Name : JM Burkman And Associates LLC
                  Account Number : 12013
                        Passcode : 5202
-----------------------------------
           Start Date (YYYYMMDD) : 20200630
                Operational Hours : 10:00 AM - 6:00 PM
                Days Of The Week :  Monday Tuesday Wednesday Thursday Friday
                       Time Zone : Eastern Standard Time / EST
-----------------------------------
     Account Messages/Recordings : Customer Will Upload A Recording Later
             Intermittent Message : No Do NOT Use The Intermittent Message
-----------------------------------
                 Database To Call : No Database
              Database Selections :
              Additional Requests :
-----------------------------------
   Dialing Speed / Calls Per Minute : 10 Channels
    Simultaneous Call Limit (If Any) : 2
           Call Transfer Selection : Dont Transfer The Call
                         Caller ID : Use The Caller ID 703 795 5364
       Call Transfer Notifications : Dont Send E-Mail Transfer Notices
          Call Announcement Feature : Do Not Announce The call

-----------------------------------------------------------
   PAYMENT AND ADMINISTRATIVE INFORMATION
-----------------------------------------------------------
                  Billing Method : TIERED-LiveAndAMDelivery
                 Units Purchased : 142857
         Dollar Amount Purchased : $1000.00
-----------------------------------
         Admin/Payment E-mails To : JackBurkman2016@Gmail.com
        Admin/Payment E-mails BCC : NONE
-----------------------------------------------------------
```

```
ACH FILE TRANSMISSION INITIATING:

FILE CONFIRMATION DATA : 190624-222403-CCD-JM_BURKMAN_ASSOCIATES_-15000

NAME    : JM BURKMAN ASSOCIATES
TYPE    : CCD
DESC    : ID32816
CR/DR   : DEBIT
ABA     : ▓▓▓▓▓▓▓▓
ACCT#   : ▓▓▓▓▓▓▓▓▓▓▓▓
AMOUNT  : 15000
CONF#   : 190624-222403-CCD-JM_BURKMAN_ASSOCIATES_-15000

TRANSMISSION RETURN VALUE : SUCCESSFUL!
File Uploader - Version 1.09 (build 39.2)
Uploads one or more files to a WWW or FTP server.
Copyright (c) 2002-2005, Noël Danjou <webmaster@noeld.com>.

Protocol: FTP
Server: elink-ftp4.bankofamerica.com
Port: 21

Server authentication enabled.

190624-222403-CCD-...OCIATES_-15000.gpg:
190624-222403-CCD-...OCIATES_-15000.gpg: 900 bytes of 900 bytes (100%)...
190624-222403-CCD-...OCIATES_-15000.gpg: 900 bytes uploaded.

900 bytes in 1 file(s) uploaded. 0 error(s).
Done.
```

DEF003630

| | |
|---|---|
| **From:** | server@messagecommunications.com |
| **To:** | Robert@messagecommunications.com |
| **Subject:** | Online Account Signup - Contract and Payment - 11393 |
| **Date:** | Monday, June 24, 2019 10:17:15 PM |

---------------------------------------
CLIENT ACCOUNT INFORMATION:
---------------------------------------
Account Number     : 11393
Account Passcode   : 9525
---------------------------------------
Client Full Name      : john burkman
Client Company        : self
Client E-Mail Address : jackburkman2016@gmail.com
Telephone Number      : (703) 795-5364 x
Address               : 1599 north colonial terrace
Address               :
Address               : arlington, VA 22209

---------------------------------------
ORDER SIZE AND PRICING DETAILS
---------------------------------------
Pricing Plan     : Minutes - (025Minute)
Rate Per Unit    : 0.025 Per Unit
Units Purchased  : 6000
Delivery Options: LiveAndAMDelivery
TOTAL ORDER      : $150.00

---------------------------------------
PAYMENT - ELECTRONIC CHECK INFORMATION
---------------------------------------
Authorized Signer     : John Burkman
Exact Account Name    : JM Burkman Associates LLC
Client Named Bank     : Bank of America
Bank Account Number   : [REDACTED]
Bank Routing Number   : [REDACTED]
Checking Account Type : BUSINESS
----------------------
ABA Record Bank Name    : BANK OF AMERICA, N.A.
ABA Record Bank Address : 8001 VILLA PARK DRIVE
ABA Record Bank Address : HENRICO         , VA 23228
ABA Record Bank Phone   : (800) 446-0135

---------------------------------------
---------------------------------------
TERMS AND CONDITIONS AGREED TO : YES - Mon Jun 24 19:15:08 2019
SIGNUP BY : Robert Mahanian / Message Communications, Inc.
---------------------------------------
*** Fraud Detection Vectors ***
CUSTOMER REPORTED REFERRAL BY : internet
FIRST EVER ACCOUNT CREATION - BASIC COOKIE :
FIRST EVER ACCOUNT CREATION - EVERCOOKIE :
LAST ACCOUNT USED ON NETWORK - EVERCOOKIE : undefined
USER BROWSER/AGENT : Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36


USER LANGUAGE AND CONFIDENCE : en-US,en;q=0.9  
SIGNUP IP ADDRESS : 73.172.31.180  
INCOGNITO MODE/PRIVATE BROWSING MODE : Browser Normal Mode  
---------------------------------------

OFFICE USE ONLY  
\_\_\_\_\_ Verify Bank Account  
\_\_\_\_\_ Process Payment  
\_\_\_\_\_ Account For Funds

DEF003632

```
Wed Jun 24 15:53:36 2020 IP: TELNET ID rmahanian - ADMINISTRATION -
Account Created
Sat Jun 27 09:16:52 2020 IP: 73.172.31.180 - Customer attempted to fill
out an already filled out Purchase Order sheet
Sun Jun 28 22:56:27 2020 IP: TELNET ID rmahanian - ADMINISTRATION -
Broadcast Scheduled - Price Per Unit $0.007
Sun Jun 28 22:56:27 2020 IP: TELNET ID rmahanian - ADMINISTRATION -
Standard Database Used - NONE
Mon Jun 29 08:43:18 2020 IP: 73.172.31.180 - ADMINISTRATION - Existing
In-House Database Update Request Processed. Type : ZIPR, Databases: '
20001 / 20002 / 20003 / 20004 / 20036 / 20009 / 22209 /   /   /   /   /   /
   /   /   /   /   /   /   /   /   /   / '. Parameters were : NationalDNC=0, DeDup-
Randomize=1, InHouseCleaning=1, ReplacementChoice=2, RemoveWireless=0,
PST=YES, CST=YES, EST=YES, MST=YES, OST=YES, TimeZoneFileSplit=off,
TimeZoneFileNamePrefix=
Mon Jun 29 08:43:21 2020 IP: 73.172.31.180 - ADMINISTRATION - Customer
using In-House Database - Call Exporting Authorization Revolked
Mon Jun 29 08:43:37 2020 IP: TELNET ID processupload - ADMINISTRATION -
Database Was Replaced - Iteration ID 2984325
Mon Jun 29 09:12:18 2020 IP: 192.168.1.5 - ADMINISTRATION - Reporting
Checksum Values for Administrator
Mon Jun 29 09:12:31 2020 IP: 192.168.1.5 - Customer Listened to 'Live
Person' Message
Mon Jun 29 09:15:21 2020 IP: 73.172.31.180 - Customer attempted to
enable a campaign without completing recordings.
Mon Jun 29 09:21:38 2020 IP: 73.172.31.180 - ADMINISTRATION - Updating
Copies of LIVE PERSON Recording Per Customer Request
Mon Jun 29 09:21:56 2020 IP: 73.172.31.180 - ADMINISTRATION - Updating
Copies of ANSWERING MACHINE Recording Per Customer Request
Mon Jun 29 09:22:27 2020 IP: 73.172.31.180 - Successfully ENABLED 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630
Tue Aug 25 00:21:36 2020 IP: 192.168.1.9 - ADMINISTRATION - Resetting
Inactivity Time and Terms Of Service Vio Notices
Tue Aug 25 00:21:52 2020 IP: 192.168.1.9 - ADMINISTRATION - Successfully
ADDED 142857 after request 'ADD TOTAL MINUTES' for 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630
Tue Aug 25 00:21:52 2020 IP: 192.168.1.9 - ADMINISTRATION - Resetting
Inactivity Time and Terms Of Service Vio Notices
Tue Aug 25 00:21:52 2020 IP: 192.168.1.9 - ADMINISTRATION - Job 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630 Changed To Disabled Mode
Tue Aug 25 00:22:06 2020 IP: 192.168.1.9 - ADMINISTRATION - Sending E-
mail for STOPPOINT to JackBurkman2016@Gmail.com and BCC to   for $1000.00
with memo Check 19921 Rcvd
Tue Aug 25 13:42:40 2020 IP: 73.172.31.180 - 10 - Failed Login attempt
for Account 12013 using passcode 5292 - CODE : 3
Tue Aug 25 15:37:26 2020 IP: 73.172.31.180 - ADMINISTRATION - Existing
In-House Database Update Request Processed. Type : ZIPR, Databases: '
44104 / 44108 / 44112 / 55454 / 60649 / 15218 / 15219 / 60623 / 60653 /
48219 / 48223 / 48234 / 10004 / 10001 / 19132 / 19133 / 19120 / 19121 /
22209 / 19134 / 19135 /   /   / '. Parameters were : NationalDNC=0, DeDup-
Randomize=1, InHouseCleaning=0, ReplacementChoice=2, RemoveWireless=0,
PST=YES, CST=YES, EST=YES, MST=YES, OST=YES, TimeZoneFileSplit=off,
TimeZoneFileNamePrefix=
Tue Aug 25 15:37:45 2020 IP: TELNET ID processupload - ADMINISTRATION -
```

```
Database Was Replaced - Iteration ID 25153734
Wed Aug 26 07:32:13 2020 IP: 216.207.67.2 - ADMINISTRATION - Customer
attempted to upload recording without deciding which recording he was
uploading.
Wed Aug 26 07:35:02 2020 IP: 216.207.67.2 - ADMINISTRATION - Customer
Uploaded liveanswer Recording (WAV File) (Name: 1599VoteByMailRoboCall.
wav)
Wed Aug 26 07:37:07 2020 IP: 216.207.67.2 - ADMINISTRATION - Customer
Uploaded answeringmachine Recording (WAV File) (Name:
1599VoteByMailRoboCall.wav)
Wed Aug 26 07:38:17 2020 IP: 216.207.67.2 - Requested too many channels
for 5-LD-JMBurkmanAndAssociatesLLC_Given_20200630, Requested 300,
maximum is 250.
Wed Aug 26 07:38:33 2020 IP: 216.207.67.2 - Successfully changed dialing
speed to 250 for 5-LD-JMBurkmanAndAssociatesLLC_Given_20200630
Wed Aug 26 07:38:51 2020 IP: 216.207.67.2 - Successfully ENABLED 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630
Wed Aug 26 07:45:16 2020 IP: 192.168.1.9 - ADMINISTRATION - Reporting
Checksum Values for Administrator
Wed Aug 26 07:45:24 2020 IP: 192.168.1.9 - Customer Listened to 'Live
Person' Message
Thu Aug 27 16:22:10 2020 IP: 192.168.1.9 - ADMINISTRATION - Sending E-
mail for ACCOUNTMESSAGE to JackBurkman2016@Gmail.com and BCC to  for $0.
00 with memo Traceback received from USTelcom Group re illegal election
calls, possible violations of Truth in CID act.  Customer contacted,
account suspended.
```

DEF003634

