# EXHIBIT D

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| 135 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |
| http://lobbyingdisclosure.house.gov | http://www.senate.gov/lobby |

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

*Check One:*  ☐ New Registrant  ☑ New Client for Existing Registrant  ☐ Amendment

| | | 1. Effective Date of Registration | 3-4-2022 |
|---|---|---|---|
| 2. House Identification | 36049 | Senate Identification | 75570 |

## REGISTRANT    ☑ Organization/Lobbying Firm   ☐ Self Employed Individual

3. Registrant   Organization   J M Burkman & Associates
Address   1599 North Colonial Terrace              Address2
City   ARLINGTON                State   VA   Zip   22209   Country   USA

4. Principal place of business (if different than line 3)
City                                State        Zip              Country

5. Contact name and telephone number                    ☐ International Number
Contact   Mr. JACK BURKMAN      Telephone  7037955364       E-mail   jackburkman2016@gmail.com

6. General description of registrant's business or activities
Lobbying

## CLIENT  *A Lobbying Firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.*   ☐ Self

7. Client name   Joselito Molina
Address   1810 Michigan Avenue
City   Miami                         State   FL   Zip   33139   Country   USA

8. Principal place of business (if different than line 7)
City                                State        Zip              Country

9. General description of client's business or activities
A private businessman.

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within twenty years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | | | Covered Official Position (if applicable) |
|---|---|---|---|
| First | Last | Suffix | |
| Jack | Burkman | | |
| Jacob | Wohl | | |
| | | | |
| | | | |

## LOBBYING ISSUES

11. General lobbying issue areas (Select all applicable codes).

GOV

12. Specific lobbying issues (current and anticipated)

DHS; House Homeland Security Committee; and House Judiciary Committee issues.

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $5,000 to the lobbying activities of the registrant in a quarterly period and either participates in and/or in whole or in major part supervises or controls the registrant's lobbying activities?

[X] No --> Go to line 14.

[ ] Yes --> Complete the rest of this section for each entity matching the criteria above, then proceed to line 14.

Internet Address:

| Name | Address | Principal Place of Business |
|---|---|---|
| | Street | |
| | City    State/Province    Zip Code    Country | City    State    Country |

## FOREIGN ENTITIES

14. Is there any foreign entity

   a) holds at least 20% equitable ownership in the client or any organization identified on line 13; or

   b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or subsidizes activities of the client or any organization identified on line 13; or

   c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the outcome of the lobbying activity?

[X] No --> Sign and date the registration.

[ ] Yes --> Complete the rest of this section for each entity matching the criteria above, then sign the registration.

| Name | Address | Principal place of business | Amount of contribution | Ownership |
|---|---|---|---|---|
| | Street | (city and state or country) | for lobbying activities | |
| | City    State/Province    Country | City    State    Country | | % |
| | | City    State    Country | | % |

# CONVICTIONS DISCLOSURE

15. Have any of the lobbyists listed on this report been convicted in a Federal or State Court of an offense involving bribery, extortion, embezzlement, an illegal kickback, tax evasion, fraud, a conflict of interest, making a false statement, perjury, or money laundering?

☑ No   ☐ Yes

| Signature | Digitally Signed By: Jack Burkman | Date | 3/7/2022 8:28:16 AM |