IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES, <br><br> -and- <br><br> People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC., ROBERT MAHANIAN, and JOHN and JANE DOES 1– 10, <br><br> Defendants. | Civil Action No. 20-cv-8668 (VM)(OTW) |

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel of record for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes. The undersigned is a member of this Court in good standing.

Dated: New York, New York
         March 17, 2022

By: /s/ Marc P. Epstein
    Marc P. Epstein*
    Lawyers' Committee for Civil Rights
    Under Law

1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 662-8390
mepstein@lawyerscommittee.org
*Admitted in New York only. Practicing under the supervision of D.C. Bar members.*

***Attorneys for Plaintiffs***