**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL COALITION ON BLACK CIVIL PARTICIPATION et al. | : | |
| | : | |
| Plaintiffs, | : | 20-CV-8668 (VM) (OTW) |
| | : | |
| -against- | : | |
| | : | |
| JACOB WOHL et al., | : | **ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed numerous filings requesting various discovery relief. (ECF 170-179). The parties' requests are resolved as follows:

- Defendants **fourth** request to stay discovery is **DENIED**. The District Court's reasoning in ECF 77 still applies at this time. (ECF 77 at 9). Future requests to stay discovery of this action without a material change in circumstances will be denied as frivolous and will be subject to Federal Rule of Civil Procedure 37(a)(5) sanctions.

- Fact discovery is extended to May 15, 2022.

The parties are directed to appear for an in-person status conference at **10:00 a.m. on May 19, 2022, in Courtroom 20D, at 500 Pearl Street, New York, NY 10007**. The parties are further directed to submit an agenda **one week** in advance of the conference.

1

2

The Clerk of Court is respectfully directed to close ECF 170, 172 and 178.

**SO ORDERED.**

Dated: March 22, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

2