USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL COALITION ON BLACK CIVIC,      :
PARTICIPATION, ET AL.                   :
                    Plaintiffs,         :     20 Civ. 8668 (VM)
                                        :
     - against -                        :         ORDER
                                        :
JACOB WOHL, ET AL.,                     :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Due to the extension of discovery deadlines (Dkt. No. 180), the status conference scheduled for April 1, 2022 is hereby adjourned. The parties shall promptly contact the Court concerning the status of this matter following the post-discovery status conference in front of Magistrate Judge Wang.

**SO ORDERED.**

Dated:   New York, New York
         March 25, 2022

_____
Victor Marrero
U.S.D.J.