UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATIONAL COALITION ON BLACK CIVIL  :
PARTICIPATION et al.               :
                                   :
                    Plaintiffs,    :        20-CV-8668 (VM) (OTW)
                                   :
        -against-                  :
                                   :
JACOB WOHL et al.,                 :        **ORDER**
                                   :
                    Defendants.    :
                                   :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Plaintiff's requests to file a Second Motion to Compel (ECF 182), and for a ruling on its pending Motion to Compel.[1] (ECF 174).

Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, and Project 1599 are directed to respond to Plaintiff's filing (ECF 182) by **April 14, 2022**. To the extent these defendants wish to provide further support for their argument that the disclosure of information about "Tamika Taylor"—the woman they hired to record the robocalls—violates their Fifth Amendment rights, they must incorporate it in this submission.

---

[1] The Court recognizes that the Motion (ECF 182) was brought by the New York Office of the Attorney General ("OAG") on behalf of all Plaintiffs. OAG must clarify in its April 22, 2022 submission whether it is acting on behalf of all Plaintiffs. If they are not, any remaining Plaintiffs must reply separately by that date.

1

Plaintiff is directed to respond to ECF 177 (Section 1.c., only) and Defendants' forthcoming submission by **April 22, 2022**.

**SO ORDERED.**

Dated: April 8, 2022  
New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge