# manatt

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022

VIA ECF

April 12, 2022

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Monynihan U.S. Court
500 Pearl Street
New York, New York 10007

> **Request GRANTED.**
>
> Attorney John Libby's motion to withdraw as counsel is GRANTED. The Clerk of Court shall terminate Mr. Libby from the case.
>
> **SO ORDERED.**
>
> 4/13/2022
>
> DATE    VICTOR MARRERO, U.S.D.J.

Re: **National Coalition on Black Civic Participation et al v. Wohl et al,**
 **Civil Action No.: 1:20-cv-08668-VM-OTW**

Dear Judge Marrero:

 I write to inform the Court and Counsel that I am no longer Senior Special Counsel at the Lawyers' Committee for Civil Rights Under Law, attorneys for Plaintiffs, National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes (collectively "Plaintiffs"), in the above-captioned action. As such, I am no longer counsel of record for Plaintiffs, and therefore request that I be permitted to withdraw as counsel and that Your Honor direct the Clerk's Office to terminate me from the docket for this case.

 Plaintiffs continue to be represented by counsel from Orrick, Herrington & Sutcliffe LLP and the Lawyers' Committee for Civil Rights Under Law, and my withdrawal will not affect any discovery, trial or other such dates pending in this matter.

 I am available at the Court's convenience should you have any questions.

 Respectfully Submitted,

 John F. Libby

Manatt, Phelps & Phillips, LLP   2049 Century Park East, Suite 1700, Los Angeles, California  90067   Tel: 310.312.4000  Fax: 310.312.4224

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Sacramento | San Francisco | Silicon Valley | Washington, D.C.