# Exhibit A

**Subject:** Robo Call Tape
**Date:** 25/08/2020 00:10  **From:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>   **To:** "Jack Burkman" <jackburkman2016@gmail.com>

Attached is the audio file for the robo call. We should send it to black neighborhoods in Milwaukee, Detroit, Philadelphia, Charlotte, Richmond, Atlanta and Cleveland.

📎 1599 Vote By Mail Robo Call.wav