# Exhibit B

**Subject:** Robert

**Date:** 22/08/2020 22:48   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Robert@messagecommunications.com, Jacob Wohl <jacobwohl@gmail.com>

Wanna make sure check arrived? We are ready to begin the robo calls!!!

**Subject:** RE: Robert
**Date:** 23/08/2020 03:32  **From:** "Robert Mahanian" <Robert@MessageCommunications.com>  **To:** "'Jack Burkman'" <jackburkman2016@gmail.com>,"'Jacob Wohl'" <jacobwohl@gmail.com>

Hi Jack,

The check hasn't yet arrived, but I'll check again on Monday morning. Do you have a tracking number for it? As soon as I receive it, I'll send over the paid invoice showing both payments in 2020 for $2,000 total.

Thank you again,

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail: Robert@MessageCommunications.com
Toll-Free Phone : (800) 848-8621 x 350
Toll-Free Fax : (800) 848-8892
Web : www.MessageCommunications.com

-----Original Message-----
From: Jack Burkman [mailto:jackburkman2016@gmail.com]
Sent: Saturday, August 22, 2020 7:49 PM
To: Robert@messagecommunications.com; Jacob Wohl
Subject: Robert

Wanna make sure check arrived? We are ready to begin the robo calls!!!

**Subject:** Robo Call Tape
**Date:** 25/08/2020 00:10  **From:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>   **To:** "Jack Burkman" <jackburkman2016@gmail.com>

Attached is the audio file for the robo call. We should send it to black neighborhoods in Milwaukee, Detroit, Philadelphia, Charlotte, Richmond, Atlanta and Cleveland.

📎 1599 Vote By Mail Robo Call.wav

**Subject:** working on robo now

**Date:** 25/08/2020 17:51   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Jacob Wohl <jacobwohl@gmail.com>

cleveland phila minn chicago nyc detroit

**Subject:** robo

**Date:** 25/08/2020 18:48   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Jacob Wohl <jacobwohl@gmail.com>

data all loaded ready many zip codes we have 2 waves of 267,000 calls each

if you could do me one favor just go in and upload the recording

message communications.com

account 12013

passcode 5202

then i will enable pick days and go in and hit go

**Subject:** RE: Got Call Uploaded
**Date:** 26/08/2020 10:47  **From:** "Robert Mahanian" <Robert@MessageCommunications.com>  **To:** <jacobwohl@gmail.com>, "Jack Burkman" <jackburkman2016@gmail.com>

Yes, your campaign is currently running, and the recording uploaded about 20 minutes ago is running. I believe you are all set!

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:    Robert@MessageCommunications.com
Toll-Free Phone    (800) 848-8621 x 350
Toll-Free Fax       (800) 848-8692
Web   www.MessageCommunications.com

From: jacobwohl@gmail.com [mailto:jacobwohl@gmail.com]
Sent: Wednesday, August 26, 2020 7:41 AM
To: Jack Burkman; Robert Mahanian
Subject: Got Call Uploaded

I just uploaded the WAV file successfully and updated the calls-per-minute number to the maximum. We should be ready to go now

**Subject:** Re: Got Call Uploaded
**Date:** 26/08/2020 10:51   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>

# great job

On Wed, Aug 26, 2020 at 10:41 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
I just uploaded the WAV file successfully and updated the calls-per-minute number to the maximum. We should be ready to go now.