# Exhibit C

Subject: Re: Protest
Date: 26/02/2020 12:36   From: Jack Burkman <jackburkman2016@gmail.com>   To: "jacobwohl@gmail.com" <jacobwohl@gmail.com>

lets leave thursday 630 pm with luis thursday

i love these robo calls    getting angry black call backs

win or lose   the black robo was a great jw idea

On Wed, Aug 26, 2020 at 11:38 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
They say they're starting at 7:00 PM

> On ... 11:3... AM Ja... B... ran jackburkman2016@gmail.com ...
>
> wonderful   what time thursday
>
> On Wed, Aug 26, 2020 at 11:32 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
> The rioters are starting their mayhem tomorrow at 7:00 PM Black Lives Matter Plaza (formerly known as Lafayette Square).
>
> We should definitely get Louis and Bull Horns.