UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATIONAL COALITION ON BLACK CIVIL  :
PARTICIPATION et al.               :
                                   :
          Plaintiffs,             :   20-CV-8668 (VM) (OTW)
                                   :
          -against-             :
                                   :
JACOB WOHL et al.,                 :   **ORDER**
                                   :
          Defendants.             :
                                   :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed and considered ECF 174-175, 177-179, 182, and 186-188. Because Defendants admitted to "participat[ing] in the preparation of the content of the message and its communication to plaintiffs," it is a foregone conclusion that they know the identity of "Tamika Taylor." (ECF 53 at 15:14-21). *See* ECF 151. Additionally, J. Burkman & Associates, LLC ("JMBA") does not have a Fifth Amendment right against self-incrimination. *See Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 92 n.5 (2d. Cir. 2012). Defendants have stated that they have met their discovery obligations (ECF 177, ECF 186), but do not address plaintiffs' contentions in ECF 187, filed on April 22, 2022.

Accordingly, Defendants are directed to provide the following responsive, non-privileged discovery to Plaintiffs by **May 13, 2022**:

1. Responses from JMBA to all interrogatories propounded in Plaintiffs' Second Set of Interrogatories, including the identity and contact information of the person self-identifying as "Tamika Taylor," who narrated the at-issue robocall. *See* ECF 174.

1

2. A complete production of Defendants' social media, including responsive posts, draft posts, and direct messages from Defendants' Facebook and OnlyFans accounts. *See* ECF 187 at 1.

3. A complete record of Defendants' financial relationships between JMBA and the other parties to this litigation. *See* ECF 187 at 2.

4. A complete net worth for JMBA. *See* ECF 187 at 2.

5. A complete production of the 118 SMS text messages Plaintiffs have identified, including any additional responsive messages and emails exchanged through any other messaging apps or email platforms. *See* ECF 182 at 3; ECF 187 at 2.

Any discovery that Defendants withhold must be detailed in a privilege log, also due on May 13, 2022. Failure to timely produce these documents may result in sanctions upon a timely motion by Plaintiffs.

The Clerk of Court is directed to close ECF 174 and ECF 182.

**SO ORDERED.**

Dated: May 3, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge