**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL COALITION ON BLACK CIVIL PARTICIPATION et al. | : | |
| | : | |
| Plaintiffs, | : | 20-CV-8668 (VM) (OTW) |
| | : | |
| -against- | : | |
| | : | |
| JACOB WOHL et al., | : | **ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Discovery is extended to **May 29, 2022**. The May 19, 2022 conference is rescheduled to **June 8, 2022 at 10:00 am in Courtroom 20D** at 500 Pearl Street, New York, NY 10007.

The Clerk of Court is directed to close ECF 191.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: May 9, 2022                            **Ona T. Wang**
New York, New York                            United States Magistrate Judge

1