STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

CIVIL RIGHTS BUREAU
212.416.8637

June 1, 2022

**By ECF**
Honorable Victor Marrero
United States District Court
Southern District of New York

Re: *National Coalition on Black Civic Participation v. Jacob Wohl*,
SDNY Case No. 20 Civ. 8668 (VM)(OTW)

Dear Judge Marrero:

On behalf of all Plaintiffs and Defendants Robert Mahanian and Message Communications, Plaintiff-Intervenor the People of the State of New York hereby respectfully submits for so-ordering a fully executed proposed Consent Decree, settling the claims against Robert Mahanian and Message Communications only.[1]

The parties are prepared to respond to any questions or concerns the Court may have.

Respectfully,

*/s/* Rick Sawyer

Rick Sawyer
Special Counsel
New York State
Office of the Attorney General

Encl.
cc: All counsel of record (via ECF)

---

[1] The Court's May 9, 2022 Order of Conditional Discontinuance mentions only Defendant Message Communications. *See* D.E. 194. The parties respectfully clarify that the attached consent Decree covers claims against *both* Message Communications and Robert Mahanian.