UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATIONAL COALITION ON BLACK CIVIL
PARTICIPATION et al.,

         Plaintiffs,

         -against-

JACOB WOHL et al.,

         Defendants.

------------------------------------------------------------x

20-CV-8668 (VM) (OTW)

**ORDER TO SHOW CAUSE**

**ONA T. WANG, United States Magistrate Judge**:

Plaintiff served requests for admissions ("RFAs") on Defendants on May 29, 2022. (ECF 199-1). Defendants had until Tuesday, June 28, 2022 to respond. *See* Fed. R. Civ. P. 36(a)(3). To date, Defendants have failed to do so. *See* ECF 199, 200.

Defendants are **ORDERED TO SHOW CAUSE**, in writing, by **July 29, 2022 at 5:00pm**, why the RFAs should not be deemed admitted under Fed. R. Civ. P. 36(a)(3). Such cause may be shown by filing proof of service of RFA responses.

The Clerk of Court is directed to close ECF 199 and 200.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: July 15, 2022                             **Ona T. Wang**
      New York, New York              United States Magistrate Judge