## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.<br><br>*Plaintiffs*<br><br>-and-<br><br>People of the STATE OF NEW YORK, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>*Plaintiff-Intervenor*<br><br>v.<br><br>JACOB WOHL, et al.<br><br>*Defendants* | Civil Action No. 1:20-cv-08668-VM-OTW<br><br>**AFFIDAVIT OF RACHEL F. HOMER IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

I, Rachel F. Homer, being duly sworn, hereby depose and say as follows:

1. I am Counsel with the non-profit Protect Democracy Project.

2. I am familiar with the proceedings in the above-captioned matter, and I submit this affidavit in support of my motion for admission to represent Protect Democracy Project as *amicus curiae* in this matter.

3. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I respectfully request that I be permitted to appear as counsel *pro hac vice* on behalf of *amicus curiae* Protect Democracy Project in the above-captioned matter.

Dated:  July 27, 2022

Respectfully Submitted,

*Rachel F. Homer*

/s/ Rachel F. Homer
_____

Rachel F. Homer
Protect Democracy Project
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
(202) 997-2166
rachel.homer@protectdemocracy.org



State of Texas
County of Bell
Sworn to and subscribed before me on 07/27/2022 by Rachel F. Homer.

*Lucas A. Hampton*

Notarized online using audio-video communication