# GERSTMAN SCHWARTZ LLP
### ATTORNEYS AT LAW

July 29, 2022

**VIA CM/ECF & EMAIL**
The Honorable Ona T. Wang (Wang_NYSDChambers@nysd.uscourts.gov)
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: *National Coalition on Black Civil Participation et al. v. Wohl et al.*, United States District Court, Southern District of New York, Case No. 1:20-cv-08668

Dear Judge Wang:

      We write on behalf of the Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, and Project 1599 (collectively, "Defendants") in the above-referenced matter to address Your Honor's Order dated July 15, 2022. We write to confirm that Defendants served their Responses to Plaintiff-Intervenor's Request for Admissions via email on July 28, 2022. *See* Exhibit A.

      Have a nice weekend.

                             Respectfully Submitted,
                             /s/ *David M. Schwartz*
                             /s/ *Randy E. Kleinman*

cc:      All counsel of record (via ECF)