UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>     Plaintiffs,<br> -and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>     Plaintiff-Intervenor,<br><br>  v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC., and ROBERT MAHANIAN,<br><br>     Defendants. | Civil Action No. 20-cv-8668<br><br>**DECLARATION OF RANDY E. KLEINMAN** |

 I, Randy E. Kleinman, an attorney duly admitted to practice law in the State of New York, hereby affirms upon information and belief pursuant to 28 U.S.C. § 1746 and under the penalties of perjury that:

 1. I am a partner with the law firm of Gerstman Schwartz LLP which represents Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, and Project 1599 in this action.

2. I submit this declaration in support of Defendants' Motion for Summary Judgement and to place before the Court certain documents in support of Defendants' motion.

3. Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Plaintiff, Andrea Sferes, taken on April 19, 2022.

4. Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Plaintiff, Eda Daniel, taken on April 9, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Plaintiff, Gene Steinberg, taken on May 9, 2022.

6. Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of Plaintiff, Kate Kennedy, taken on April 8, 2022.

7. Attached hereto as Exhibit E is a true and correct copy of the deposition transcript of Plaintiff, Karen Slaven, taken on April 8, 2022.

8. Attached hereto as Exhibit F is a true and correct copy of the deposition transcript of Plaintiff, Mary Winter, taken on May 9, 2022.

9. Attached hereto as Exhibit G is a true and correct copy of the deposition transcript of Plaintiff, Nancy Hart, taken on April 10, 2022.

10. Attached hereto as Exhibit H is a true and correct copy of the deposition transcript of Plaintiff, Sarah Wolff, taken on May 2, 2022.

11. Attached hereto as Exhibit I is a true and correct copy of the deposition transcript of Plaintiff, Tameka Ramsey Brown, taken on May 25, 2022.

12. Attached hereto as Exhibit J is a true and accurate copy of Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, and Project 1599's Expert Disclosures dated May 9, 2022.

13. Attached hereto as Exhibit K is a true and accurate copy of Plaintiff People's Expert Disclosures, dated April 18, 2022 and May 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 29, 2022

**GERSTMAN SCHWARTZ LLP**

By: /s/ *Randy E. Kleinman*
Randy E. Kleinman
David M. Schwartz
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 880-8170
Facsimile: (516) 880-8171
rkleinman@gerstmanschwartz.com
dschwartz@gerstmanschwartz.com

*Attorneys for Defendants*