UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>      Plaintiffs,<br>  -and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>      Plaintiff-Intervenor,<br><br>  v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC., and ROBERT MAHANIAN,<br><br>      Defendants. | Civil Action No. 20-cv-8668 |

**INDEX OF DEFENDANTS' SUMMARY JUDGMENT EXHIBITS**

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Deposition Transcript of Plaintiff, Andrea Sferes, taken on April 19, 2022 | 12-13, 22-25, 28, 45-47, 53-54 |
| B | Deposition Transcript of Plaintiff, Eda Daniel, taken on April 9, 2022 | 15, 50-52, 54-55, 59 |
| C | Deposition Transcript of Plaintiff, Gene Steinberg, taken on May 9, 2022 | 21 |
| D | Deposition Transcript of Plaintiff, Kate Kennedy, taken on April 8, 2022 | 11, 24-25, 38, 46-48, |

| | | |
|---|---|---|
| | | 80 |
| E | Deposition Transcript of Plaintiff, Karen Slaven, taken on April 8, 2022 | 13, 27, 35-37, 43, 47, 68-69, 83-84 |
| F | Deposition Transcript of Plaintiff, Mary Winter, taken on May 9, 2022 | 12, 30-31, 40, 55-56 |
| G | Deposition Transcript of Plaintiff, Nancy Hart, taken on April 10, 2022 | 16, 42-43, 46-47, 53, 86 |
| H | Deposition Transcript of Plaintiff, Sarah Wolff, taken on May 2, 2022 | 14-15, 37-38, 40, 42, 45, 48 |
| I | Deposition Transcript of Plaintiff, Tameka Ramsey Brown, taken on May 25, 2022 | 78-79, 85, 93-94 |
| J | Defendants' Expert Disclosures | |
| K | Plaintiff Peoples' Expert Disclosures | |

Dated: July 29, 2022

**GERSTMAN SCHWARTZ LLP**

By: /s/ *Randy E. Kleinman*
Randy E. Kleinman
David M. Schwartz
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 880-8170
Facsimile: (516) 880-8171
rkleinman@gerstmanschwartz.com
dschwartz@gerstmanschwartz.com

*Attorneys for Defendants*