# EXHIBIT E

```
 1         Q.    Did you vote in the 2020
 2   presidential election?
 3         A.    Yes.
 4         Q.    Did you vote in person or by mail?
 5         A.    I voted early.  I don't remember if
 6   it was in person or at the board of elections
 7   or if it was by mail.  I do one or the other
 8   most times.
 9         Q.    How did you deliver the ballot?
10         A.    I'm not sure if I mailed that
11   particular election or I went down and voted
12   early at your board of elections.
13         Q.    Have you ever voted in person for
14   any federal, state or local election in the
15   past?
16         A.    Yes, I have.
17         Q.    Did you -- have you ever voted in
18   person after the 2020 presidential election?
19         A.    Only early vote in person, early
20   vote.
21         Q.    That's the same method you were
22   describing earlier?
23         A.    Yes.
24         Q.    Who did you vote for in the 2020
25   presidential election?
```

```
 1         Q.   Aside from the phrase you just
 2   mentioned, is there any reason -- other reason
 3   that you think the caller of the Robocall was
 4   Black?
 5         A.   Just the feeling I had listening to
 6   it.
 7         Q.   At the time you received the
 8   Robocall, were you intimidated by it?
 9         A.   No, I was angered by it.
10         Q.   Well, you mentioned before that --
11   withdrawn.
12              What specifically about the
13   Robocall leads you to believe it was designed
14   to intimidate?
15         A.   Because it was threatening that the
16   police would come after you.  Your credit card
17   company would come after you and the CDC would
18   target you for mandatory vaccinations.  That
19   sounds a little threatening to me.
20         Q.   Now, is it fair to say that that is
21   your opinion?
22         A.   Yes.
23         Q.   Did you research the accuracy of
24   any of the statements contained in the
25   Robocall?
```

1   No, at this point, I never thought about it.
2          Q.   Now, looking at the next sentence
3   where it says, "don't be finessed with giving
4   your private information to the man."
5               Do you see where I'm referring to?
6          A.   I do.
7          Q.   Now, is it your testimony that
8   based on that statement, you identify the
9   caller to be Black?
10         A.   No.
11         Q.   So how did you -- so what is
12  your -- when you -- before, did you testify
13  that you believe that the caller was Black
14  because she used a statement giving you private
15  information to the man?
16              MR. GOLD:  Objection.
17         A.   I said that the gist of the
18  language that was used and the tone of the call
19  made me think that.
20         Q.   What specifically about the
21  minority -- withdrawn.
22              When you said earlier -- when you
23  testified that you believe that the Robocall
24  was designed to scare the minority community,
25  which minorities are you specifically referring

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Case 1:20-cv-08668-JSR   Document 211-5   Filed 07/29/22   Page 5 of 12

```
 1   to?
 2         A.   Lower income people and Black
 3   people.
 4         Q.   Is it your testimony that a lower
 5   income person constitutes a minority
 6   irrespective of race?
 7              MR. GOLD:  Objection.
 8         A.   No.
 9         Q.   So when you used the phrase lower
10   income people, who specifically are you
11   referring to?
12         A.   I am referring to the demographic
13   and the area where this Robocall went out.
14         Q.   What specifically would that
15   demographic be?
16         A.   It is a heavily minority and low
17   become area.
18         Q.   And before you indicated you
19   testified that -- you believe that this was
20   also geared toward the Black community; is that
21   correct?
22              MR. GOLD:  Objection.
23         A.   Yes, that's where it was broadcast.
24         Q.   Well, again, Ms. Slaven, that is
25   merely your opinion, correct?
```

```
 1              MR. GOLD:  Objection.
 2        A.    It's my opinion based on who I know
 3  received the call and who I know that did not.
 4        Q.    Who do you know that received the
 5  call?
 6        A.    A lot of people in East Cleveland.
 7        Q.    Specifically who?
 8        A.    Our house, Eda's house.  I heard
 9  other people talking about it at meetings.  I
10  know it was hit in East Cleveland.
11        Q.    The people that you heard talking
12  about it at the meetings, did any of them --
13  are any of them members of a minority
14  community?
15        A.    Yes.
16        Q.    Have you personally spoken to
17  anyone in the Black community who received this
18  call?
19        A.    No.
20        Q.    Why not?
21        A.    I just haven't.
22        Q.    You were angered by it, though?
23        A.    Yes.
24        Q.    You thought it was designed to
25  target the Black community, why didn't you
```

1   in any way?
2         A.   I think the idea that policemen
3   might show up at your door and knock on a door
4   for a warrant gives a threat that there might
5   be physical confrontation.
6         Q.   Could that not happen if you have a
7   pending warrant anyway?
8              MR. GOLD:  Objection.
9         A.   I imagine it could.
10        Q.   Is it your testimony at that --
11  withdrawn.
12             Do you think that you are more
13  intelligent than members of the Black
14  community?
15             MR. GOLD:  Objection.  Harassing
16        question.
17        A.   Certainly not.
18        Q.   Have you personally spoken to any
19  member of the Black community who claims to
20  have been intimidated by the Robocall?
21             MR. GOLD:  Objection.  Asked and
22        answered.
23        A.   I said I didn't have any specific
24  conversations to point to.
25        Q.   Not even as a canvasser?

1    Q.    Anything else?

2    A.    No.

3    Q.    Have you spoken to any member of
4    the Black community who claims to have been
5    threatened by the Robocall?

6         MR. GOLD:   Objection.

7    A.    I already said I don't recall any
8    specific conversations.

9    Q.    Well, before I ask about
10   intimidation.  Now I'm asking about threats.

11   A.    Seems pretty close to the same
12   thing.

13   Q.    Different question.

14   A.    Same answer.

15   Q.    At the time you received the
16   Robocall, were you personally coerced?

17        MR. GOLD:   Objection, vague.

18   A.    I don't even know what you mean by
19   that.

20   Q.    Do you understand what the word
21   coerced means?

22   A.    I do.

23   Q.    Did you feel coerced by the
24   Robocall?

25   A.    I feel like Robocall was trying to

1          MR. GOLD:  Objection.
2     A.   What was the beginning of that call
3  I was still reading it?
4     Q.   No problem.  What is the basis of
5  your allegation in paragraph 53 that the tone
6  or language and content of the call is designed
7  to deceive and intimidate Black voters in
8  particular?
9     A.   What's my basis for that?
10    Q.   Correct.
11    A.   It's my impression from the tone of
12  the message I heard.
13    Q.   So once again, your allegation is
14  that it was designed to intimidate the Black
15  community in particular?
16         MR. GOLD:  Objection.
17    A.   I believe that that seems to be who
18  it was targeting.
19    Q.   What is the basis of this opinion?
20    A.   My understanding of who was
21  targeted in the call.
22    Q.   What is the basis of your
23  understanding?
24    A.   It was targeted to minority areas
25  in particular.

Karen Slaven     CONFIDENTIAL     4/8/2022
Case 1:20-cv-08668-JSR   Document 211-5   Filed 07/29/22   Page 10 of 12
Page 69

```
 1          Q.   Aside from it being targeted to
 2   minority areas, what if anything is your basis
 3   for saying that it was targeting Black voters
 4   in particular?
 5               MR. GOLD:  Objection.
 6          A.   It seemed to push a lot of
 7   stereotypes.
 8          Q.   What are some of those stereotypes
 9   do you think it's pushing?
10               MR. GOLD:  Objection.
11          A.   That credit collectors and police
12   would come after you and the CDC.
13          Q.   What is it about credit collectors
14   that would target the Black community over
15   another community in particular?
16               MR. GOLD:  Objection.
17          A.   It's not just a Black community.
18   It's people that are poor.
19          Q.   I understand that but the statement
20   in your complaint refers to the Black
21   community.  My question is what about creditors
22   would target the Black community in particular?
23               MR. GOLD:  Objection.
24          A.   'Cause your society tends to target
25   higher interests rates on loans and everything
```

```
 1          Q.   How much work did you miss out on
 2   because of the Robocall?
 3               MR. GOLD:  Objection.
 4          A.   No idea.
 5          Q.   How much money did you lose out on
 6   because of the Robocall?
 7          A.   No idea.
 8          Q.   Are you paid hourly or are you on
 9   salary?
10               MR. GOLD:  Objection.
11          A.   Salary.
12          Q.   Were you -- are you alleging that
13   you took time off of work because of the
14   Robocall?
15          A.   No.
16          Q.   So how is it that the Robocall
17   forced you to miss work?
18          A.   I'm just saying it's wasting my
19   time.  You are the one that asked me to
20   quantify how that time would cost me.
21          Q.   Aside from your wasted time, did
22   you waste time as a result of the Robocall?
23          A.   No.
24          Q.   As a result of the Robocall, did
25   you sustain any psychological or emotional
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   injuries?
 2            MR. GOLD:  Objection.
 3        A.  Injuries is a little bit vague.
 4        Q.  I mean -- alright.  Were you
 5   diagnosed with any medical, psychological or
 6   emotional condition because of the Robocall?
 7        A.  No.
 8        Q.  Did you speak any type of mental
 9   health treatment as a result of the Robocall?
10        A.  No.
11        Q.  Did the Robocall affect the method
12   by which you voted in the 2020 presidential
13   election?
14            MR. GOLD:  Objection.
15        A.  I don't think so.
16            MR. KLEINMAN:  Give me 10.  I think
17        I'm basically done.
18            (Whereupon, an off-the-record
19        discussion was held.)
20            MR. KLEINMAN:  As I've just
21        indicated off the record to Ms. Slaven
22        and Mr. Gold, I have no further
23        questions at this time but will reserve
24        my right to rebuttal if necessary.
25
```