# EXHIBIT G

```
 1   A     I'm white.
 2   Q     What are your current political affiliations?
 3   MR. GOLD:              Objection.
 4   THE WITNESS:           I'm a registered democrat.
 5   MR. KLEINMAN:          And when you say a registered
 6                          democrat, does that mean you're
 7                          registered to vote?
 8   THE WITNESS:           Yes.
 9   BY MR. KLEINMAN:
10   Q     How long have you been registered to vote for?
11   A     Since I was 18 years old.
12   Q     And have you been registered as a democrat since
13         you've been registered to vote?
14   A     Yes.
15   Q     Did you vote in the 2020 presidential election?
16   A     I did.
17   Q     Did you vote in-person or by mail?
18   A     In-person.
19   Q     Is there a particular reason you decided to vote
20         in-person?
21   A     No.
22   Q     Prior to the November 2020 presidential election,
23         did you vote in-person in other federal, state
24         and local elections?
25   A     Yes.
```

```
 1   MR. GOLD:            Objection.
 2   THE WITNESS:         Yes.
 3   MR. KLEINMAN:        By the way, would it surprise you to
 4                        learn that Tamika Taylor was white?
 5   MR. GOLD:            Objection.
 6   THE WITNESS:         No.
 7   MR. KLEINMAN:        What community of people are you
 8                        alleging that the robocall was
 9                        targeted toward?
10   THE WITNESS:         The black community.
11   BY MR. KLEINMAN:
12   Q    What specifically about the robocall leads you to
13        that conclusion?
14   A    Through my experience in working with the black
15        community I understand that these are frequent
16        tropes that are used to dissuade black people
17        from participating civically in many different
18        ways.
19   Q    Once again, looking at Paragraph 51 of the
20        transcript, is there anything in the transcript
21        that tells people not to vote?
22   A    It tells people not to register to vote.
23   Q    Where does it say that?
24   A    Don't be finessed into giving your private
25        information to the man in regard to mail-in
```

```
 1        voting.
 2   Q    So you take that to mean, your interpretation of
 3        that statement is that it's telling people not to
 4        register to vote?
 5   A    Yes.
 6   Q    Okay.  Have you spoken to anyone in the black
 7        community about this robocall in particular?
 8   MR. GOLD:              Objection.
 9   THE WITNESS:           No.
10   MR. KLEINMAN:          Why not?
11   THE WITNESS:           Not my job.
12   MR. KLEINMAN:          But is it your job to bring a lawsuit
13                          on their behalf?
14   MR. GOLD:              Objection.
15   THE WITNESS:           This is outside of my job.
16   MR. KLEINMAN:          So because it's not your job, you
17                          didn't think that you needed to talk
18                          to them to get their opinion on
19                          whether or not they believe this to be
20                          racist or targeted towards the black
21                          community?
22   MR. GOLD:              Objection.
23   THE WITNESS:           Is it not my job to promote the ideas
24                          that are raised by this robocall.
25   MR. KLEINMAN:          And you believe that investigating the
```

```
 1   BY MR. KLEINMAN:
 2   Q    What are some other groups that could have, in
 3        your opinion, be affected by this robocall?
 4   A    People of lower socioeconomic standing, people of
 5        lower educational standing.
 6   Q    Is there a reason that the lawsuit wasn't brought
 7        on behalf of people of lower economic standing?
 8   MR. GOLD:            Objection.  Ms. Hart, do not speculate
 9                        or disclose any conversations you've
10                        had with your attorney.
11   MR. KLEINMAN:        No conversations.  You're a Plaintiff
12                        and you're bringing this on behalf
13                        of -- well, are you aware of the
14                        allegations of the lawsuit, Ms. Hart?
15   THE WITNESS:         Yes.
16   BY MR. KLEINMAN:
17   Q    What is your understanding of why you're bringing
18        this lawsuit?
19   A    Because the lawsuit -- or the robocall affects
20        particularly black voters.
21   Q    Did you not think it was important to also
22        protect white voters of a lower socioeconomic
23        class?
24   MR. GOLD:            Objection.
25   THE WITNESS:         Certainly.
```

```
 1    MR. KLEINMAN:           Certainly you did not think it was
 2                            important?
 3    THE WITNESS:            It is.
 4    BY MR. KLEINMAN:
 5  Q    Which particular statements in the robocall are
 6       you alleging was targeted toward the black
 7       community?
 8  A    All of the statements which contained the tropes,
 9       as I call them.  Used to track down old warrants;
10       pushing to use records to track people for
11       mandatory vaccines; used by credit card companies
12       to collect debts.
13  Q    Okay.  So each of the statements before that you
14       allege are false you believe are also targeted
15       towards the black community; is that fair to say?
16  A    Yes.  In addition, the closing statement, don't
17       be finessed into giving your private information
18       to the man, which comes from Blaxploitation films
19       from the 1970's.
20  Q    What films in particular use that phrase?
21  A    I would say probably most of them in some form or
22       another.
23  Q    Ms. Hart, is it fair to say that in your mind the
24       robocall could also affect white people?
25  A    Sure.
```

```
 1   Q   Were you personally intimidated by the robocall?
 2   A   No.
 3   Q   How were you affected by the robocall personally?
 4   A   It's a waste of my time.
 5   Q   Aside from it wasting your time, how else were
 6       you affected by it?
 7   A   By waste of time I mean personally and
 8       professionally.
 9   Q   Okay.  How did it waste your time personally?
10   A   I was trying to work at home when I received this
11       call on my home phone.  That's how it's a waste
12       of time.
13   Q   Now you testified before it actually went to your
14       answering machine though, correct?
15   A   Yes.
16   Q   Is there a reason you didn't walk out of the room
17       or delete the call or otherwise hang up on it?
18   A   It was broadcasting as I was busy doing something
19       else.
20   Q   And that broadcast wasted your time?
21   A   Yes.
22   Q   How was it a waste of your time on a professional
23       level?
24   A   With the community I work with and the manner in
25       which we operate within the community, we spend a
```

Trustpoint.One  Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1          robocall before it went out?
 2   A      I was not.
 3   Q      As a result of the robocall, did you sustain any
 4          financial losses?
 5   A      The original robocall?
 6   Q      Yes, I'm sorry, the August 26, 2020 robocall, did
 7          you sustain any financial losses?
 8   A      No.
 9   Q      Did you sustain any financial losses as a result
10          of the corrective robocall?
11   A      No.
12   Q      As a result of the August 26th, 2020 robocall,
13          did you sustain any psychological or emotional
14          injuries?
15   A      No.
16   Q      Ms. Hart, how do you know that the August 26th
17          2020 robocall wasn't a machine?
18   A      I don't know that for a fact.
19   Q      How do you determine the difference between a
20          machine calling and a black person calling?
21   MR. GOLD:              Objection.
22   THE WITNESS:           I have experience with hearing.
23   MR. KLEINMAN:          As we sit here today, you don't know;
24                          is that correct?
25   THE WITNESS:           Don't know what?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)