IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES, <br><br> Plaintiffs, <br><br> -and- <br><br> People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10, <br><br> Defendants. | **Oral Argument Requested** <br><br> Civil Action No. 20-cv-8668 |

## NOTICE OF MOTION FOR PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY ON ALL CLAIMS

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Joint Motion for Summary Judgment as to Liability on All Claims, Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, the Declaration of Franklin Monsour Jr. and the Exhibits attached thereto, the Declaration of Rick Sawyer, and the Affidavit of Douglas Kellner, Plaintiffs National Coalition on Black Civic Participation Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes, and Plaintiff-Intervenor People of the State of New York respectfully request that the Court grant Plaintiffs'

Joint Motion for Summary Judgment as to Liability on All Claims pursuant to Federal Rule of Civil Procedure 56.

Dated: New York, New York
       July 29, 2022

Respectfully submitted,

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: /s/ Rick Sawyer
Jessica Clarke, Chief, Civil Rights Bureau
Rick Sawyer, Special Counsel
Conor Duffy, Assistant Attorney General
Colleen Faherty, Assistant Attorney General
28 Liberty St., 20th Floor
New York, NY 10005
(212) 416-8252
Jessica.Clarke@ag.ny.gov
Richard.Sawyer@ag.ny.gov
Conor.Duffy@ag.ny.gov
Colleen.Faherty@ag.ny.gov

By: /s/ Franklin Monsour Jr.

Amy Walsh
Franklin Monsour Jr.
Rene Kathawala
Brittany Roehrs
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
awalsh@orrick.com
fmonsour@orrick.com
rkathawala@orrick.com
broehrs@orrick.com

By: /s/ David Brody

David Brody (admitted *pro hac vice*)
Marc Epstein
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiffs*