# EXHIBIT 1

```
Wed Jun 24 15:53:36 2020 IP: TELNET ID rmahanian - ADMINISTRATION - Account Created

Sat Jun 27 09:16:52 2020 IP: 73.172.31.180 - Customer attempted to fill out an already
filled out Purchase Order sheet

Sun Jun 28 22:56:27 2020 IP: TELNET ID rmahanian - ADMINISTRATION - Broadcast Scheduled
- Price Per Unit $0.007

Sun Jun 28 22:56:27 2020 IP: TELNET ID rmahanian - ADMINISTRATION - Standard Database
Used - NONE

Mon Jun 29 08:43:18 2020 IP: 73.172.31.180 - ADMINISTRATION - Existing In-House
Database Update Request Processed. Type : ZIPR, Databases: '20001 / 20002 / 20003 /
20004 / 20036 / 20009 / 22209 /   /   /   /   /   /   /   /   /   /   /   /   /   / '.
Parameters were : NationalDNC=0, DeDup-Randomize=1, InHouseCleaning=1,
ReplacementChoice=2, RemoveWireless=0, PST=YES, CST=YES, EST=YES, MST=YES, OST=YES,
TimeZoneFileSplit=off, TimeZoneFileNamePrefix=

Mon Jun 29 08:43:21 2020 IP: 73.172.31.180 - ADMINISTRATION - Customer using In-House
Database - Call Exporting Authorization Revolked

Mon Jun 29 08:43:37 2020 IP: TELNET ID processupload - ADMINISTRATION - Database Was
Replaced - Iteration ID 2984325

Mon Jun 29 09:12:18 2020 IP: 192.168.1.5 - ADMINISTRATION - Reporting Checksum Values
for Administrator

Mon Jun 29 09:12:31 2020 IP: 192.168.1.5 - Customer Listened to 'Live Person' Message

Mon Jun 29 09:15:21 2020 IP: 73.172.31.180 - Customer attempted to enable a campaign
without completing recordings.

Mon Jun 29 09:21:38 2020 IP: 73.172.31.180 - ADMINISTRATION - Updating Copies of LIVE
PERSON Recording Per Customer Request

Mon Jun 29 09:21:56 2020 IP: 73.172.31.180 - ADMINISTRATION - Updating Copies of
ANSWERING MACHINE Recording Per Customer Request

Mon Jun 29 09:22:27 2020 IP: 73.172.31.180 - Successfully ENABLED 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630

Tue Aug 25 00:21:36 2020 IP: 192.168.1.9 - ADMINISTRATION - Resetting Inactivity Time
and Terms Of Service Vio Notices

Tue Aug 25 00:21:52 2020 IP: 192.168.1.9 - ADMINISTRATION - Successfully ADDED 142857
after request 'ADD TOTAL MINUTES' for 5-LD-JMBurkmanAndAssociatesLLC_Given_20200630

Tue Aug 25 00:21:52 2020 IP: 192.168.1.9 - ADMINISTRATION - Resetting Inactivity Time
and Terms Of Service Vio Notices

Tue Aug 25 00:21:52 2020 IP: 192.168.1.9 - ADMINISTRATION - Job 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630 Changed To Disabled Mode

Tue Aug 25 00:22:06 2020 IP: 192.168.1.9 - ADMINISTRATION - Sending E-mail for
STOPPOINT to JackBurkman2016@Gmail.com and BCC to  for $1000.00 with memo Check 19921
Rcvd

Tue Aug 25 13:42:40 2020 IP: 73.172.31.180 - 10 - Failed Login attempt for Account
12013 using passcode 5292 - CODE : 3

Tue Aug 25 15:37:26 2020 IP: 73.172.31.180 - ADMINISTRATION - Existing In-House
Database Update Request Processed. Type : ZIPR, Databases: '44104 / 44108 / 44112 /
55454 / 60649 / 15218 / 15219 / 60623 / 60653 / 48219 / 48223 / 48234 / 10004 / 10001 /
19132 / 19133 / 19120 / 19121 / 22209 / 19135 /   / '. Parameters were :
NationalDNC=0, DeDup-Randomize=1, InHouseCleaning=0, ReplacementChoice=2,
RemoveWireless=0, PST=YES, CST=YES, EST=YES, MST=YES, OST=YES, TimeZoneFileSplit=off,
TimeZoneFileNamePrefix=

Tue Aug 25 15:37:45 2020 IP: TELNET ID processupload - ADMINISTRATION - Database Was
Replaced - Iteration ID 25153734

Wed Aug 26 07:32:13 2020 IP: 216.207.67.2 - ADMINISTRATION - Customer attempted to
upload recording without deciding which recording he was uploading.
```

```
Wed Aug 26 07:35:02 2020 IP: 216.207.67.2 - ADMINISTRATION - Customer Uploaded
liveanswer Recording (WAV File) (Name: 1599VoteByMailRoboCall.wav)

Wed Aug 26 07:37:07 2020 IP: 216.207.67.2 - ADMINISTRATION - Customer Uploaded
answeringmachine Recording (WAV File) (Name: 1599VoteByMailRoboCall.wav)

Wed Aug 26 07:38:17 2020 IP: 216.207.67.2 - Requested too many channels for 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630, Requested 300, maximum is 250.

Wed Aug 26 07:38:33 2020 IP: 216.207.67.2 - Successfully changed dialing speed to 250
for 5-LD-JMBurkmanAndAssociatesLLC_Given_20200630

Wed Aug 26 07:38:51 2020 IP: 216.207.67.2 - Successfully ENABLED 5-LD-
JMBurkmanAndAssociatesLLC_Given_20200630

Wed Aug 26 07:45:16 2020 IP: 192.168.1.9 - ADMINISTRATION - Reporting Checksum Values
for Administrator

Wed Aug 26 07:45:24 2020 IP: 192.168.1.9 - Customer Listened to 'Live Person' Message

Thu Aug 27 16:22:10 2020 IP: 192.168.1.9 - ADMINISTRATION - Sending E-mail for
ACCOUNTMESSAGE to JackBurkman2016@Gmail.com and BCC to  for $0.00 with memo Traceback
received from USTelcom Group re illegal election calls, possible violations of Truth in
CID act.   Customer contacted, account suspended.
```

CONFIDENTIAL