# EXHIBIT 3

Message

| | |
|---|---|
| **From**: | Robert Mahanian [Robert@MessageCommunications.com] |
| **Sent**: | 8/27/2020 7:49:50 PM |
| **To**: | 'helpdesk@rscom.ca' [helpdesk@rscom.ca] |
| **CC**: | 'robert.musgrove@rscom.ca' [robert.musgrove@rscom.ca]; 'cfraud@rscom.ca' [cfraud@rscom.ca] |
| **Subject**: | RE: [RSC #CND-416-24242]: Message Communications - USA - RSCom (as a vendor) - Scam |

Few things....

1)      **The customer account has been terminated on our network, and will no longer be allowed to pass traffic on our network under any circumstances.**

2)      I have confirmed the customer terminating these calls is in fact J M Burkman & Associates, LLC.   This is a federal lobbying group that represents companies like Lyft, etc... they have over 70 clients (per a 2013 lobbying registration) (https://thehill.com/business-a-lobbying/196401-lobby-firms-sweep-up-new-clients) and many more in 2019 (https://www.opensecrets.org/federal-lobbying/firms/lobbyists?cycle=2019&id=F222975).

3)      The contact information that I e-mailed you earlier is valid and the customer can be reached there.   He appears to have his own (somewhat colorful) Wikipedia page.   (https://en.wikipedia.org/wiki/Jack_Burkman)

Please let me know if anything further is needed about this customer,

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:     Robert@MessageCommunications.com
Toll-Free Phone :    (800) 848-8621 x 350
Toll-Free Fax :       (800) 848-8892
Web :   www.MessageCommunications.com

**From:** RSCom NOC [mailto:helpdesk@rscom.ca]
**Sent:** Thursday, August 27, 2020 3:27 PM
**To:** robert@messagecommunications.com
**Cc:** robert.musgrove@rscom.ca; cfraud@rscom.ca
**Subject:** [RSC #CND-416-24242]: Message Communications - USA - RSCom (as a vendor) - Scam

Dear Client,

This is an urgent matter requiring our mutual attention. We have been contacted by the US Telecom Trace Back group in an effort to secure information and the call flow of some fraudulent voice traffic that came to RSCOM from your network.

RSCOM has made it a priority to help find and eliminate any and all kinds of illegal calling behaviors in our industry. We think it's best for our industry as a whole and expect our clients and vendors to do the same. We work with the US Telecom Trace back group as well many other regulatory bodies to help trace and eliminate these burdensome calls from the marketplace.

Below you find the call example(s) from this incident. We ask that you investigate these calls as quickly as you can so we can avoid anymore occurrences from this source.

Call samples:

703-795-5364 313-270-2752 2020-08-26 15:16:56

We thank you in advance for your quick attention to this matter.

CONFIDENTIAL                                                                                                                        MESSAGE0007669