# EXHIBIT 4

Message
---

**From**: Robert Mahanian [Robert@MessageCommunications.com]
**Sent**: 8/25/2020 9:20:23 PM
**To**: 'Jack Burkman' [jackburkman2016@gmail.com]
**Subject**: RE: did

Hey Jack, tried calling you back but got your voicemail.   Feel free to call me whenever you get this e-mail.   I'm around.

All the best,

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:     Robert@MessageCommunications.com
Toll-Free Phone :    (800) 848-8621 x 350
Toll-Free Fax :         (800) 848-8892
Web :  www.MessageCommunications.com

-----Original Message-----
From: Jack Burkman [mailto:jackburkman2016@gmail.com]
Sent: Tuesday, August 25, 2020 5:47 PM
To: robert@messagecommunications.com
Subject: Re: did

2 mins when u can   almost done   703 795 5364    thx u so much


On Tue, Aug 25, 2020 at 3:24 AM Robert Mahanian <Robert@messagecommunications.com> wrote:
>
> Hi Jack,
>
>         I did receive the check (Check # 19921) today and credited your account just a moment ago.
>
> You are all set, thank you!
>
> Robert Mahanian, MBA
> Message Communications, Inc.
> E-Mail:     Robert@MessageCommunications.com
> Toll-Free Phone :    (800) 848-8621 x 350
> Toll-Free Fax :         (800) 848-8892
> Web :  www.MessageCommunications.com
>
> -----Original Message-----
> From: Jack Burkman [mailto:jackburkman2016@gmail.com]
> Sent: Monday, August 24, 2020 6:45 PM
> To: Robert@messagecommunications.com
> Subject: did
>
> check come   if not  will overnite new one tuesdasy
>