# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10, <br><br> Defendants. | Civil Action No. 20-cv-8668 |

## DECLARATION OF ANDREA SFERES

ANDREA SFERES declares, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Andrea Sferes. I am over 18 years of age and am competent to make this declaration.

2. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

3. I am a U.S. citizen and lawfully registered to vote in Westchester, New York, where I live.

1

4. On August 26, 2020 and also on or around Labor Day, I received a robocall on my landline phone. I picked up the first call, but I let the second call go to voicemail. The sender of the robocall was 703-795-5364. I know this because the number "703-795-5364" showed up on the caller ID on my phone. I recognized that this was a Virginia area code. I listened to the entire call and it did not provide a call back number.

5. When I picked up the robocall, I was confused. I had never heard of Project 1599, Jacob Wohl, or Jack Burkman.

6. The call alleged that bad things could happen if you vote by mail. It said your mail-in ballot could be used by the police and credit card companies to track you down for outstanding warrants and debts. It even said mail-in ballots could subject you to mandatory vaccines.

7. Listening to the call, I was shocked, furious and sickened. The call clearly aimed to dissuade people from voting by mail. While I knew better than to believe the call, it was highly persuasive.

8. As someone with outstanding debt related to medical bills, I began to second guess whether my information would be shared. I had to try and convince myself that it was not true.

9. Distressed from the contents of the call, I looked up Project 1599, Jacob Wohl, and Jack Burkman on social media and began reading through some posts. This only added fuel to the fire. The whole experience was very emotionally upsetting and impacted me for days after the call. I even spoke with multiple friends about the call and my dismay.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on:

October 16, 2020, in South Salem, New York, by

ANDREA SFERES

3