# EXHIBIT 9

Audio recording of the August 26, 2020 robocall, Bates stamped MESSAGE0000012, submitted to the Court via mail.