# EXHIBIT 10

## 1599 Spot Script 1

Hi, this is Tamika Taylor from Project 1599, the civil rights organization founded by Jack Burkman and Jacob Wohl   [NOTE: "Wohl" is pronounced like wool from a sheep]

Mail-in voting sounds great, but did you know that if you vote by mail, your personal information will be part of a public database that will be used by police departments to track down old warrants and be used by credit card companies to collect out-standing debts?

The CDC is even pushing to use records from mail-in voting to track people for mandatory vaccines!

Don't be finessed into giving your private information to the man. Stay safe and beware of vote-by-mail.

DEF005683