# EXHIBIT 11

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   CIVIL ACTION NO. 10-cv-8668
 5   - - - - - - - - - - - - - - - - - - - -x
 6    NATIONAL COALITION ON BLACK CIVIC
      PARTICIPATION, MARY WINTER, GENE
 7    STEINBERG, NANCY HART, SARAH WOLFF, KAREN
      SLAVEN, KATE KENNEDY, EDA DANIEL, and
 8    ANDREA SPERES,
 9              Plaintiffs,
10           -against-
11   JACOB WOHL, JACK BURKMAN, J. M. BURKMAN &
     ASSOCIATES, LLC, PROJECT 1599, and JOHN
12    and JANE DOES 1-10,
13              Defendants.
14   - - - - - - - - - - - - - - - - - - - -x
15
               Virtual Zoom
16             New York, New York
17             May 20, 2022
               10:18 a.m.
18
19
20             VIRTUAL DEPOSITION of ADAM
21   FARRAGUT, a Non-Party Witness in the
22   above-entitled action, held at the above
23   time and place, taken before Jennifer
24   Brennan, a Notary Public of the State of
25   New York, pursuant to Subpoena.
```

```
 1
 2   APPEARANCES:
 3
     NEW YORK STATE OFFICE OF THE ATTORNEY
 4   GENERAL
     Attorneys for Plaintiffs
 5      28 Liberty Street
        New York, New York 10005
 6
     BY:     RICHARD SAWYER, ESQ.
 7           COLLEEN FAHERTY, ESQ.
             CONOR DUFFY, ESQ.
 8
 9   GERSTMAN SCHWARTZ LLP
     Attorneys for Defendants
10      1399 Franklin Avenue
        Garden City, New York 11530
11
     BY:     RANDY KLEINMAN, ESQ.
12
13   ALSO PRESENT:
14
     ORRICK, HERRINGTON & SUTCLIFFE LLP
15   Attorneys for Plaintiffs
        51 West 52nd Street
16      New York, New York 10019-6142
17   BY:     BRITTANY ROEHRS, ESQ.
18
19   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER
     LAW
20      1500 K Street NW
        Suite 900
21      Washington, D.C. 20005
22   BY:     MARC EPSTEIN, ESQ.
             BEN AIKEN, ESQ.
23
24   DAN ACOSTA, CONCIERGE
25
              *     *     *
```

```
 1
 2              STIPULATIONS
 3     IT IS HEREBY STIPULATED AND AGREED, by
 4  and among counsel for the respective
 5  parties hereto, that the filing, sealing
 6  and certification of the within
 7  deposition shall be and the same are
 8  hereby waived;
 9     IT IS FURTHER STIPULATED AND AGREED
10  that all objections, except as to form of
11  the question, shall be reserved to the
12  time of the trial;
13     IT IS FURTHER STIPULATED AND AGREED
14  that the within deposition may be signed
15  before any Notary Public with the same
16  force and effect as if signed and sworn
17  to before the Court.
18              *      *      *
19
20
21
22
23
24
25
```

1            A. Farragut
2     the election, as a road to the presidency
3     runs through them.  I know one of the
4     purposes of 1599 or stated purposes of
5     1599 was to vet the candidates for
6     suitability, I guess I would say,
7     according to, you know, whatever their
8     ideology is, that lines up with what Jack
9     and/or Jacob believed the Republicans
10    standard should believe in or all of
11    those sorts of things.
12             But it was a way to kind of
13    insert themselves as either a potential
14    authority on the upcoming election.
15       Q    So fair to say the Project 1599
16    was an attempt by Mr. Burkman and Mr.
17    Wohl to influence the 2020 election?
18       A    I don't know if it's to
19    influence the 2020 election or to get
20    publicity for themselves or one or the
21    other or both.
22       Q    So one of the purposes or at
23    least the stated purpose of Project 1599,
24    is to influence the 2020 presidential
25    election; correct?

Page 58

1           A. Farragut
2      A      Correct.
3      Q      And they were going to do that
4  by, in your words, vetting candidates;
5  correct?
6      A      Correct.
7      Q      And we're going to see examples
8  of this, but they vetted candidates by --
9  strike that.
10           Do you recall any candidates
11 that they vetted, in the history of
12 Project 1599?
13     A      I don't necessarily know if
14 this was vetting in regards to the
15 presidential election or just
16 highlighting or targeting influential
17 politicians, but I believe there was Pete
18 Buttigieg, Elizabeth Warren.  Those are
19 two largest names that I recall at the
20 moment.
21     Q      Pete Buttigieg and Elizabeth
22 Warren were both candidates for president
23 in 2020 at some point; correct?
24     A      Correct.
25     Q      And Wohl and Burkman

Page 126

C E R T I F I C A T I O N

I, JENNIFER BRENNAN, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Jennifer Brennan*

JENNIFER BRENNAN