# EXHIBIT 12

Video of Project 1599's Elizabeth Warren press conference, introduced in the Farragut Deposition as Exhibit 35 ("Elizabeth Warren Press Conference"), submitted to the Court via mail.