# EXHIBIT 13

# Project 1599: Jack Burkman, Jacob Wohl launch 2020 candidate vetting apparatus

*'The road to the presidency runs through us' - Burkman*



ARLINGTON, Va. – Although it's only July, the machinations that will determine the winner of next November's election have already been set into the motion. Surprisingly, one of the more consequential of these moves could be the creation of Jack Burkman and Jacob Wohl's **Project 1599**.

Created to be an authoritative candidate vetting apparatus, **Project 1599** will give voters the much needed, and sometimes deeply hidden, background info behind some of the biggest names running for President of the United States.

"The road to the presidency runs through us," says Burkman. "Every serious candidate will have to earn the Burkman/Wohl seal of approval before we can confidently recommend them to the American people."

While Democratic candidates will be the primary focus due to the quantity of candidates, Burkman and Wohl ensure that **Project 1599** will be a bipartisan effort that focuses on all White House challengers. The investigations could also include serious Republican and Independent candidates who could attempt to dethrone Trump in the primary election.

"The most important tool at a voter's disposal is the truth. We intend to investigate and provide that vital information to U.S. voters," says Burkman. "If our information can lead to even one person sleeping better on November 3rd because they feel they've made an informed decision, it's all been worth it."

**Project 1599**'s official launch comes on the heels of last week's first presidential debates. The event was spread over two nights to cover the majority of the 20+ candidates running for the Democratic nomination. Many viewers criticized the overcrowded field and the myriad of problems that arose because of it… criticisms **Project 1599**'s founders take to heart.

"To be frank, we're not going to waste our time and resources on the Andrew Yang and Marianne Willamson's of this race. We've been at this a long time and we understand who the top candidates are and where our resources need to be allocated," added Burkman. "Don't get me wrong, these fringe candidates are entertaining, but we're focused on the serious possibilities to lead our nation."

For more information, contact: burkman.publicity@outlook.com