# EXHIBIT 16



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

October 15, 2020

Special Agent Jeff Campbell
Michigan Department of the Attorney General (MI)
525 W. Ottawa St., PO Box 30736
Lansing, MI 48909

   **Re: Search Warrant dated September 29, 2020 (Google Ref. No. 4056476)**
   *2020-0299414-A*

Dear Special Agent Campbell:

   Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

   Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *JACKBURKMAN2016, JACOBWOHL*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

   Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

   For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

   Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

      Regards,

      Nikki Adeli
      Google Legal Investigations Support

NYOAG0009784



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *JACKBURKMAN2016, JACOBWOHL,* with Google Ref. No. 4056476 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Nikki Adeli_____                    Date: October 15, 2020
(Signature of Records Custodian)


     Nikki Adeli
(Name of Records Custodian)

NYOAG0009785



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

### Attachment A: Hash Values for Production Files (Google Ref. No. 4056476)

jackburkman2016.316604967665.GoogleAccount.SubscriberInfo_001.001.zip:

MD5- 363273b6bce87622a9595dad7bbaff8d
SHA512-
3abbde14f83525467fd92a7e8eddcec628954ac0aacb6f34dcc55da33903907b04bcd71132ef1e70f6
28079b6f7b4b4df974c41677f3d3589184e692f149bf44

jackburkman2016.316604967665.GoogleAccount.SubscriberInfo_001.zip:

MD5- efb152f7f60cd949da82fe02a72e2cf0
SHA512-
eff16425d2c80d5cde16276870b709b61772c129490e4ae753a61f0bf7fc6c80616706ea780fb9c4d8
35472697703f9343c07b5f12b2cb0c422c1ffcd08b5f7d

jackburkman2016@gmail.com.Gmail.Content.mbox:

MD5- 8e788e8e1278ac2f771b565329d811ad
SHA512-
2da3044cc84e7d2be1aadaec08a025e6902e2c1b628aed17883d7127e0b936948f8362e21c268283d
62d6a695f08fe339159994476ee866a38b5a25c0a8b2fe6

jackburkman2016@gmail.com.Gmail.Content.mbox:

MD5- 9c79b5842f084a825f89826d2552545b
SHA512-
529151ee6f4df52ca54dd037a4d5c34cf497a30595c3a5c8da3971101358d1d3b58d91f420d5cd570
5c2a346cf5e53d9fbb753feec38f517b78a6abe5734a83e

jacobwohl.243006953237.GoogleAccount.SubscriberInfo_001.001.zip:

MD5- 91cdb6e6e9e6383f27ed3150a02ba871
SHA512-
7434164364f78fa8995a2d392bcb9df84557768adf9883c9a20e9e43a75e224ae866d2f0879e1f6d08
2e03f4ae41f6c3274123bf1feebc562abb9e1334297fb5

jacobwohl.243006953237.GoogleAccount.SubscriberInfo_001.zip:

MD5- 3a6b757d89aaaf97bdfc21e482d38c1e
SHA512-
9dfd51f66b6c76b0d72d60f5f7105448c779533d9d55379a8c7a4fc25f3089b439a8fb5c4d1156254
af2b989e6f8d8e4b9448c4c2d8011cf1b82368d4511352c

jacobwohl@gmail.com.Gmail.Content.mbox:

NYOAG0009786



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- b018a79fc10bc3435e9793841cf1c998
SHA512-
0f2ac926576100f4396bc5cf02bffabf1c2747c80700e55d40b71a3a46cb86f2d54f9f303c1fe6fb265
5daf6627a0e02e7f74ecbe53e0fc55a9bd85945e28ed9

jacobwohl@gmail.com.Gmail.Content.mbox:

MD5- 496aafbb5900a93fb47940fadf7fc961
SHA512-
f1f7aca05fc7486241e60fa2ace6825e3ba3f64b34ef0b861e6beb983caedbfb585ce3d5ab428d64113
d6eeadd618be8e54f2fcc8af9acb627f8ec72b851da52

NYOAG0009787

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 316604967665
Name: Jack Burkman
e-Mail: jackburkman2016@gmail.com
Alternate e-Mails:

Created on: 2008-04-16 06:32:42 UTC
Terms of Service IP: 75.92.224.205
Terms of Service Language: en

Services: Gmail, Google Hangouts, Google Services, Google Drive, Google Voice, Google Docs, YouTube, Android Market, iGoogle, Google Calendar, Google Photos, Google Chrome Sync, Has Madison Account, Android, Google Maps Engine, Google My Maps, Google Keep, Google AdSense, Location History, Chromeos Login

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2020-10-13 21:17:01 UTC, 2020-10-13 19:23:58 UTC, 2020-10-13 17:28:11 UTC

## ACCOUNT RECOVERY

Contact e-Mail: jackburkman2016@gmail.com
Recovery e-Mail: jamesburkman@mac.com
Recovery SMS:

## PHONE NUMBERS

Signin Phone Numbers:
User Phone Numbers:
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2020-08-31 23:23:15 UTC | 2600:387:3:803::58 | Login |
| 2020-08-31 17:14:36 UTC | 170.170.57.196 | Login |
| 2020-08-31 15:35:24 UTC | 170.170.57.206 | Login |
| 2020-08-30 16:29:14 UTC | 2601:140:8f80:4580:486a:a6b1:7ff9:d0dd | Login |
| 2020-08-30 09:15:21 UTC | 2600:387:3:803::66 | Login |

005

NYOAG0009788

| 2020-08-30 02:49:23 UTC | 65.119.126.186 | Logout |
| 2020-08-30 02:45:40 UTC | 65.119.126.186 | Login |
| 2020-08-26 02:47:16 UTC | 2600:4040:402a:a300:31bd:2545:c0a5:cb20 | Login |
| 2020-08-25 23:35:30 UTC | 2601:140:8f80:4580:309d:c537:3ff8:a72 | Login |
| 2020-08-20 18:53:06 UTC | 2600:4040:402a:a300:5489:c7bc:d04d:b3c8 | Login |
| 2020-08-20 07:39:39 UTC | 2600:4040:402a:a300:64d2:1f61:15a8:1bab | Logout |
| 2020-08-17 12:21:35 UTC | 2600:4040:402a:a300:99d5:e45f:e49c:3e28 | Login |
| 2020-08-17 01:46:27 UTC | 2600:4040:402a:a300:99d5:e45f:e49c:3e28 | Login |
| 2020-08-15 21:55:44 UTC | 2a01:b747:1a:344:4845:d775:f96e:74e0 | Login |
| 2020-08-12 17:59:42 UTC | 170.170.59.139 | Login |
| 2020-08-12 17:13:37 UTC | 170.170.59.139 | Login |
| 2020-08-12 12:10:22 UTC | 2601:140:8f80:4580:29d7:2044:66d0:8f10 | Login |
| 2020-07-24 21:23:05 UTC | 2600:387:3:805::4d | Login |
| 2020-07-24 19:32:43 UTC | 170.170.57.195 | Logout |
| 2020-07-24 19:25:56 UTC | 170.170.57.206 | Login |
| 2020-07-24 14:46:49 UTC | 2601:140:8f80:4580:257e:1cf3:c8ba:1ddc | Login |
| 2020-07-22 09:01:37 UTC | 2601:140:8f80:4580:58b8:9c8b:b956:a8c4 | Login |
| 2020-07-20 19:07:08 UTC | 2600:387:9:3::92 | Login |
| 2020-07-20 18:23:32 UTC | 12.228.43.76 | Logout |
| 2020-07-20 18:22:13 UTC | 12.228.43.76 | Login |
| 2020-07-20 17:45:29 UTC | 12.228.43.76 | Logout |
| 2020-07-20 17:30:44 UTC | 12.228.43.76 | Login |
| 2020-07-02 19:08:32 UTC | 170.170.57.206 | Logout |
| 2020-07-02 18:57:51 UTC | 170.170.57.206 | Login |
| 2020-07-01 21:11:14 UTC | 2600:387:3:801::93 | Login |
| 2020-06-28 13:10:06 UTC | 2600:387:3:801::7b | Login |
| 2020-06-26 17:56:42 UTC | 2600:387:3:805::44 | Login |
| 2020-06-10 16:52:19 UTC | 2601:140:8f80:4580:797c:de03:e6a0:6c75 | Login |

NYOAG0009789

| 2020-06-09 18:35:46 UTC | 2601:140:8f80:4580:e5af:22a5:507d:d671 | Login |
| 2020-06-06 20:38:07 UTC | 216.207.67.2 | Login |
| 2020-06-05 17:14:01 UTC | 2601:140:8f80:4580:3dcd:8d91:b778:fb84 | Login |

############## * **Google Confidential and Proprietary** * ##############

NYOAG0009790

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 243006953237
Name: J W
e-Mail: jacobwohl@gmail.com
Alternate e-Mails:

Created on: 2007-11-21 23:43:44 UTC
Terms of Service IP: 24.199.35.194
Terms of Service Language: en

Services: Web & App Activity, Gmail, Google Photos, Google Calendar, Google Drive, Google Hangouts,
Blogger, Google Services, iGoogle, Google Sites, YouTube, Google Maps, Location History, Google Chrome
Sync, Android, Google Cloud Print, Google Voice, Tasks In Tingle, Google Docs, Google Play, Google
Payments, Wallet Transfer, Google Finance, Google URL Shortener, Google Keep, Google My Maps

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2020-10-14 22:59:30 UTC, 2020-09-30 20:07:41 UTC, 2020-09-27 22:38:26 UTC

## ACCOUNT RECOVERY

Contact e-Mail: JacobWohl@gmail.com
Recovery e-Mail: jacobwohl@aol.com
Recovery SMS: +17037051155 [US]

## PHONE NUMBERS

Signin Phone Numbers:
User Phone Numbers: +17037051155 [US], +19517415565
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

No User IP Logs

############## * Google Confidential and Proprietary * ##############

008

file:///C:/Users/cunninghamr3/AppData/Local/Temp/1/Temp1_jacobwohl.243006953237.GoogleAccount.SubscriberInfo_001.zip/Google Account/jacob...     1/1

NYOAG0009791

############## * **Google Confidential and Proprietary** * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 243006953237
Name: J W
e-Mail: jacobwohl@gmail.com
Alternate e-Mails:

Created on: 2007-11-21 23:43:44 UTC
Terms of Service IP: 24.199.35.194
Terms of Service Language: en

Services: Web & App Activity, Gmail, Google Photos, Google Calendar, Google Drive, Google Hangouts, Blogger, Google Services, iGoogle, Google Sites, YouTube, Google Maps, Location History, Google Chrome Sync, Android, Google Cloud Print, Google Voice, Tasks In Tingle, Google Docs, Google Play, Google Payments, Wallet Transfer, Google Finance, Google URL Shortener, Google Keep, Google My Maps

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2020-10-14 22:59:30 UTC, 2020-09-30 20:07:41 UTC, 2020-09-27 22:38:26 UTC

## ACCOUNT RECOVERY

Contact e-Mail: JacobWohl@gmail.com
Recovery e-Mail: jacobwohl@aol.com
Recovery SMS: +17037051155 [US]

## PHONE NUMBERS

Signin Phone Numbers:
User Phone Numbers: +17037051155 [US], +19517415565
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2020-08-22 05:23:11 UTC | 216.207.67.2 | Login |
| 2020-08-12 18:30:42 UTC | 216.207.67.2 | Login |
| 2020-08-04 22:36:53 UTC | 2601:140:8f80:4580:e0b9:efea:ec0e:2f49 | Login |
| 2020-07-02 13:44:33 UTC | 2605:e000:1213:867f:dc76:f5c1:8f2:e7a3 | Login |
| 2020-07-02 13:44:33 UTC | 2605:e000:1213:867f:dc76:f5c1:8f2:e7a3 | Login |

009

NYOAG0009792

| 2020-07-01 18:47:02 UTC | 2605:e000:1213:867f:dc76:f5c1:8f2:e7a3 | Login |
| 2020-06-18 16:14:39 UTC | 2605:e000:1213:867f:4856:6a86:64a5:15eb | Login |
| 2020-06-18 16:13:48 UTC | 2605:e000:1213:867f:4856:6a86:64a5:15eb | Login |
| 2020-06-06 14:28:09 UTC | 2605:e000:1213:867f:b470:d78b:9210:70c1 | Login |
| 2020-06-06 14:27:53 UTC | 2605:e000:1213:867f:fdf8:3ffc:d881:728e | Login |

############## * **Google Confidential and Proprietary** * ##############

010

file:///C:/Users/cunninghamr3/AppData/Local/Temp/1/Temp1_jacobwohl.243006953237.GoogleAccount.SubscriberInfo_001.001.zip/Google Account/ja...    2/2

NYOAG0009793

**Subject:** Re: Dem

**Date:** 19/08/2020 11:49   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** J W <jacobwohl@gmail.com>

# yes    america needs w b

On Wed, Aug 19, 2020 at 11:40 AM J W <jacobwohl@gmail.com> wrote:
  Bill Clinton Dem Convention speech viewership online stream total viewership

  ABC -727
  CBS - 424
  NBC - 196

  NO-I'M NOT MISSING ANY ZEROES.

  Our press conferences literally get 50-100x more views

  which is why we must HIJACK this boring election

NYOAG0009794

**Subje**     Robe

**Date:** 22/08/2020 22:48   **From:** Jack Burkman <jackburkman2016@gmail.com>     **To:** Robert@messagecommunications.com, Jacob Wohl <jacobwohl@gmail.com>

Wanna   anak  snak       do  callak!    smalls   amh     !

NYOAG0009795

**Subject:** RE: Robert

**Date:** 23/08/2020 03:32   **From:** "Robert Mahanian" <Robert@MessageCommunications.com>   **To:** "Jack Burkman" <jackburkman2016@gmail.com>,"Jacob Wohl" <jacobwohl@gmail.com>

Hi Jack,

The check hasn't yet arrived, but I'll check again on Monday morning. Do you have a tracking number for it? As soon as I receive it, I'll send over the paid invoice showing both payments in 2020 for S2,000 total.

Thank you again,

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail: Robert@MessageCommunications.com
Toll-Free Phone : (800) 848-8621 x 350
Toll-Free Fax : (800) 848-8892
Web : www.MessageCommunications.com

-----Original Message-----
From: Jack Burkman [mailto:jackburkman2016@gmail.com]
Sent: Saturday, August 22, 2020 7:49 PM
To: Robert@messagecommunications.com; Jacob Wohl
Subject: Robert

Wanna make sure check arrived? We are ready to begin the robo calls!!!

NYOAG0009796

**Subject:** Robo Call Tape

**Date:** 25/08/2020 00:10   **From:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>      **To:** "Jack Burkman" <jackburkman2016@gmail.com>

Attached is the audio file for the robo call. We should send it to black neighborhoods in Milwaukee, Detroit, Philadelphia, Charlotte, Richmond, Atlanta and Cleveland.

📄 1599 Vote By Mail Robo Call.wav

NYOAG0009797

**Subject:** working on robo now

**Date:** 25/08/2020 17:51   **From:** Jack Burkman <jackburkman2016@gmail.com>      **To:** Jacob Wohl <jacobwohl@gmail.com>

cleveland phila minn chicago nyc detroit

NYOAG0009798

**Subject:** robo

**Date:** 25/08/2020 18:48   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Jacob Wohl <jacobwohl@gmail.com>

data all loaded ready many zip codes we have 2 waves of 267,000 calls each

if you could do me one favor just go in and upload the recording

message communications.com

account 12013

passcode 5202

then i will enable pick days and go in and hit go

NYOAG0009799

**Subject:** RE: Got Call Uploaded

**Date:** 26/08/2020 10:47   **From:** "Robert Mahanian" <Robert@MessageCommunications.com>   **To:** <jacobwohl@gmail.com>,"Jack Burkman" <jackburkman2016@gmail.com>

Yes, your campaign is currently running, and the recording uploaded about 20 minutes ago is running.   I believe you are all set!

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail     Robert@MessageCommunications.com
Toll-Free Phone     (800) 848-8621 x 350
Toll-Free Fax     (800) 848-8892
Web    www.MessageCommunications.com

**From:** jacobwohl@gmail.com [mailto:jacobwohl@gmail.com]
**Sent:** Wednesday, August 26, 2020 7:41 AM
**To:** Jack Burkman; Robert Mahanian
**Subject:** Got Call Uploaded

I just uploaded the WAV file successfully and updated the calls-per-minute number to the maximum. We should be ready to go now.

NYOAG0009800

**Subject:** Re: Got Call Uploaded
**Date:** 26/08/2020 10:51   **From:** Jack Burkman <jackburkman2016@gmail.com>      **To:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>

# great job

On Wed, Aug 26, 2020 at 10:41 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
I just uploaded the WAV file successfully and updated the calls-per-minute number to the maximum. We should be ready to go now.

NYOAG0009801

**Subject:** Robo

**Date:** 26/08/2020 15:27   **From:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>   **To:** "Jack Burkman" <jackburkman2016@gmail.com>

Robo getting quite a bit of play on twitter. I think they will have to write.

NYOAG0009802

**Subject:** Re: Protest
**Date:** 26/08/2020 12:36   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>

# lets leave thursday 630 pm with luis thursday

# i love  these robo calls    getting angry black call backs

# win or lose    the black robo was a great jw idea

On Wed, Aug 26, 2020 at 11:38 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
They say they're starting at 7:00 PM

On 8/26/2020 11:37:20 AM Jack Burkman : jackburkman2016@gmail.com wrote:

## wonderful   what time thursday

On Wed, Aug 26, 2020 at 11:32 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
The rioters are starting their mayhem tomorrow at 7:00 PM Black Lives Matter Plaza (formerly known as Lafayette Square).

We should definitely get Louis and Bull Horns.

020

NYOAG0009803

**Subject:** Deny

Date: 27/08/2020 12:34   From: "J W" <jacobwohl@gmail.com>      To: "Jack Burkman" <jackburkman2016@gmail.com>

Deny to Will etc re robo. That will make them write.

NYOAG0009804

**Subject:** Re: Robocall in MI

**Date:** 27/08/2020 13:26   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Tierney Sneed <tierney@talkingpointsmemo.com>

we have no connection to those robo calls thx u

On Thu, Aug 27, 2020 at 12:56 PM Tierney Sneed
<tierney@talkingpointsmemo.com> wrote:
>
> Hi Jack,
>
> Tierney Sneed from Talking Points Memo here. I am reaching out b/c Michigan's Secretary of State has flagged a robocall that she says has been going out to Detroit voters with disinformation about vote-by-mail. The robocall claims it's coming from a group run by you, Project 1599. Is that something you're involved in? Were you involved in the creation of the robocalls?
>
> https://twitter.com/JocelynBenson/status/1299017044554326019
> https://www.youtube.com/watch?v=JVodAUh9kL0&feature=youtu.be
>
> Feel free to call at 772 370 6620.
>
> Thanks!
> Tierney
>
> --
> Tierney Sneed
> Talking Points Memo
> Cell: 772-370-6620
> @tierney_megan

NYOAG0009805

**Subject:** Re: Robocall in MI

Date: 27/08/2020 13:38   From: Jack Burkman <jackburkman2016@gmail.com>   To: Tierney Sneed <tierney@talkingpointsmemo.com>

couple points one no one in their right mind would put their cell
on robo call

i d bet on a soros group trying to embarrass us

thirdly we have been asked by the trump campaign to do various
robo calls and we have always politely declined

we dont do that stuff


On Thu, Aug 27, 2020 at 1:26 PM Jack Burkman <jackburkman2016@gmail.com> wrote:
>
> we have no connection to those robo calls thx u
>
>
>
> On Thu, Aug 27, 2020 at 12:56 PM Tierney Sneed
> <tierney@talkingpointsmemo.com> wrote:
> >
> > Hi Jack,
> >
> > Tierney Sneed from Talking Points Memo here. I am reaching out b/c Michigan's Secretary of State has flagged a robocall that she says has been going out to Detroit voters with disinformation about vote-by-mail. The robocall claims it's coming from a group run by you, Project 1599. Is that something you're involved in? Were you involved in the creation of the robocalls?
> >
> > https://twitter.com/JocelynBenson/status/1299017044554326019
> > https://www.youtube.com/watch?v=JVodAUh9kL0&feature=youtu.be
> >
> > Feel free to call at 772 370 6620.
> >
> > Thanks!
> > Tierney

NYOAG0009806

Subject: Re: robocall
Date: 27/08/2020 17:18   From: Jack Burkman <jackbrw...

# no sir not at all

On Thu, Aug 27, 2020 at 3:12 PM Eggert, David <DEggert@ap.org> wrote:

Hi Jack,

I am reaching out about this. Are you and/or Jacob Wohl are involved. Thanks …

**Benson, Nessel reviewing racist robocall seeking to suppress voting by mail**

*Call makes false claims about safety of mail voting using racial stereotypes*

The Michigan Department of State and the Attorney General's office are partnering to determine the source of a robocall received by a Detroit resident using racially-charged stereotypes to deter voting by mail. Secretary of State Jocelyn Benson and Attorney General Dana Nessel completely debunked the voicemail, while warning Michigan voters to be vigilant against all types of misinformation, which will likely become more prevalent in the weeks and months ahead. The departments are reviewing the incident to determine next steps.

"This is an unconscionable, indefensible, blatant attempt to lie to citizens about their right to vote," said Benson. "The call preys on voters' fear and mistrust of the criminal justice system – at a moment of historic reckoning and confrontation of systemic racism and the generational trauma that results – and twists it into a fabricated threat in order to discourage people from voting. The Attorney General and I will use every tool at our disposal to dispel this false rhetoric and seek justice on behalf of every voter who was targeted and harmed by this vicious attempt at voter suppression."

The recording claims that voting by mail will allow police departments to "track down old warrants," credit card companies to "collect outstanding debt" and for the CDC to "track people for mandatory vaccines." It closes by warning the listener to not be tricked "into giving your private information to the man" and to "beware of vote by mail."

Though the caller claims to be associated with Jack Burkman and Jacob Wohl — two political operatives with a known reputation for spreading misinformation in an effort to gain notoriety — the source of the call is still unknown. Voting by mail, or any other method of casting your absentee ballot in Michigan, is a safe, secure and time-tested method of voting, and does not expose personal information any more than simply registering to vote.

"This is an unfortunate but perfect example of just how low people will go to undermine this election," Nessel said. "This robocall is fraught with scare tactics designed to intimidate Black voters – and we are already working hard to find the bad actors behind this effort. We are grateful to WWJ radio and reporter Sandra McNeill for bringing this to our attention and helping us with our efforts, and we are especially grateful to the person who received the call and alerted WWJ. The minute we heard about it we pulled in our robocall team and they are alerting our counterparts across the country."

Information the robocall team needs to be effective in its review of a robocall includes:

1. The recipient's phone number,
2. The recipient's carrier,
3. The robocall's caller-ID number,
4. Exact time and date of robocall, and
5. A recording of the message.

A recording of the voicemail is available on Youtube. Anyone who has received this call or others with similar content should contact AG Nessel's robocall team by logging onto mi.gov/robocall and report it to elections@michigan.gov.

---

**AP**          **ASSOCIATED PRESS**

**David Eggert**          215 S. Washington Square, Suite 170

Government/politics reporter          Lansing, MI 48933

                                      T 517.482.8011

deggert@ap.org                        M 517.899.2991
ap.org

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

□ 17431c969db4cff311.png    ⊙ 17431c969db9b16b22.png

Subject: Re: robocall
Date: 27/08/2020 17:22  From: Jack Burkman <jackburkman2016@gmail.com>  To: "Eggert, David" <DEggert@ap.org>

its a joke   no one would put their own cel number ona robo
likely a leftist group trying to humiliate us

cnn picked after truth   it launches sunday  10 pm est

someone wants to spoil the launch

also  nxt week  we are filing a 300 million dollar defamation action against the michigan
sec of state

she knows ful well that neither i nor jacob re involved

On Thu, Aug 27, 2020 at 3:12 PM Eggert, David <DEggert@ap.org> wrote:

Hi Jack,

I am reaching out about this. Are you and or Jacob Wohl are involved. Thanks ...

**Benson, Nessel reviewing racist robocall seeking to suppress voting by mail**

*Call makes false claims about safety of mail voting using racial stereotypes*

The Michigan Department of State and the Attorney General's office are partnering to determine the source of a robocall received by a Detroit resident using racially-charged stereotypes to deter voting by mail. Secretary of State Jocelyn Benson and Attorney General Dana Nessel completely debunked the voicemail, while warning Michigan voters to be vigilant against such types of misinformation, which will likely become more prevalent in the weeks and months ahead. The departments are reviewing the incident to determine next steps.

"This is an unconscionable, indefensible, blatant attempt to lie to citizens about their right to vote," said Benson. "The call preys on voters' fear and mistrust of the criminal justice system – at a moment of historic reckoning and confrontation of systemic racism and the generational trauma that results – and twists it into a fabricated threat in order to discourage people from voting. The Attorney General and I will use every tool at our disposal to dispel this false rhetoric and seek justice on behalf of every voter who was targeted and harmed by this vicious attempt at voter suppression."

The recording claims that voting by mail will allow police departments to 'track down old warrants,' credit card companies to 'collect outstanding debt' and for the CDC to 'track people for mandatory vaccines.' It closes by warning the listener to not be tricked 'into giving your private information to the man' and to 'beware of vote by mail.'

Though the caller claims to be associated with Jack Burkman and Jacob Wohl — two political operatives with a known reputation for spreading misinformation in an effort to gain notoriety — the source of the call is still unknown. Voting by mail, or any other method of casting your absentee ballot in Michigan, is a safe, secure and time-tested method of voting, and does not expose personal information any more than simply registering to vote.

"This is an unfortunate but perfect example of just how low people will go to undermine this election," Nessel said. "This robocall is fraught with scare tactics designed to intimidate Black voters – and we are already working hard to find the bad actors behind this effort. We are grateful to WWJ radio and reporter Sandra McNeill for bringing this to our attention and helping us with our efforts, and we are especially grateful to the person who received the call and alerted WWJ. The minute we heard about it we pulled in our robocall team and they are alerting our counterparts across the country."

Information the robocall team needs to be effective in its review of a robocall includes:
1. The recipient's phone number;
2. The recipient's carrier;
3. The robocall's caller-ID number;
4. Exact time and date of robocall; and
5. A recording of the message.

A recording of the voicemail is available on Youtube. Anyone who has received this call or others with similar content should contact AG Nessel's robocall team by logging onto mi.gov/robocall and report it to elections@michigan.gov.

**AP**

**ASSOCIATED PRESS**

David Eggert                    215 S. Washington Square, Suite 170
Government/politics reporter    Lansing, MI 48933

                                T 517.482.8011

                                M 517.899.2991
deggert@ap.org
ap.org

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

17431c9cf2e4cf0311.png    17431c9c70f5b16b22.png

NYOAG0009808

**Subject:** Re: robocall
**Date:** 27/08/2020 17:23   **From:** Jack Buckman

# usualy we ignore defamation   but not this time

On Thu, Aug 27, 2020 at 3:12 PM Eggert, David <DEggert@ap.org> wrote:

Hi Jack,

.

I am reaching out about this. Are you and or Jacob Wohl are involved. Thanks ...

.

### Benson, Nessel reviewing racist robocall seeking to suppress voting by mail

*Call makes false claims about safety of mail voting using racial stereotypes*

The Michigan Department of State and the Attorney General's office are partnering to determine the source of a robocall received by a Detroit resident using racially-charged stereotypes to deter voting by mail. Secretary of State Jocelyn Benson and Attorney General Dana Nessel completely debunked the voicemail, while warning Michigan voters to be vigilant against such types of misinformation, which will likely become more prevalent in the weeks and months ahead. The departments are reviewing the incident to determine next steps.

"This is an unconscionable, indefensible, blatant attempt to lie to citizens about their right to vote," said Benson. "The call preys on voters' fear and mistrust of the criminal justice system – at a moment of historic reckoning and confrontation of systemic racism and the generational trauma that results – and twists it into a fabricated threat in order to discourage people from voting. The Attorney General and I will use every tool at our disposal to dispel this false rhetoric and seek justice on behalf of every voter who was targeted and harmed by this vicious attempt at voter suppression."

The recording claims that voting by mail will allow police departments to "track down old warrants," credit card companies to "collect outstanding debt" and for the CDC to "track people for mandatory vaccines." It closes by warning the listener to not be tricked "into giving your private information to the man" and to "beware of vote by mail."

Though the caller claims to be associated with Jack Burkman and Jacob Wohl — two political operatives with a known reputation for spreading misinformation in an effort to gain notoriety — the source of the call is still unknown. Voting by mail, or any other method of casting your absentee ballot in Michigan, is a safe, secure and time-tested method of voting, and does not expose personal information any more than simply registering to vote.

"This is an unfortunate but perfect example of just how low people will go to undermine this election," Nessel said. "This robocall is fraught with scare tactics designed to intimidate Black voters – and we are already working hard to find the bad actors behind this effort. We are grateful to WWJ radio and reporter Sandra McNeill for bringing this to our attention and helping us with our efforts, and we are especially grateful to the person who received the call and alerted WWJ. The minute we heard about it we pulled in our robocall team and they are alerting our counterparts across the country."

Information the robocall team needs to be effective in its review of a robocall includes:

1. The recipient's phone number,
2. The recipient's carrier,
3. The robocall's caller-ID number,
4. Exact time and date of robocall, and
5. A recording of the message.

A recording of the voicemail is available on Youtube. Anyone who has received this call or others with similar content should contact AG Nessel's robocall team by logging onto mi.gov/robocall and report it to elections@michigan.gov.

.

.

.

.

.

## AP   ASSOCIATED PRESS

.   .

**David Eggert**           215 S. Washington Square, Suite 170

Government politics reporter   Lansing, MI 48933

.                          T 517.482.8011

deggert@ap.org             M 517.899.2991
ap.org

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

026

1743 to020d4cff311.png   1743ce0290d5b16b22.png

NYOAG0009809