# EXHIBIT 17

Message
_____

| | |
|---|---|
| **From**: | Robert Mahanian [Robert@MessageCommunications.com] |
| **Sent**: | 8/20/2020 2:05:33 AM |
| **To**: | 'Jack Burkman' [jackburkman2016@gmail.com] |
| **CC**: | 'Jacob Wohl' [jacobwohl@gmail.com] |
| **Subject**: | RE: Robert |

Thank you Jack, I'll keep an eye out for it and credit your account as soon as it comes in.   All the best, ~Rob

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:     Robert@MessageCommunications.com
Toll-Free Phone :    (800) 848-8621 x 350
Toll-Free Fax :       (800) 848-8892
Web :   www.MessageCommunications.com

**From:** Jack Burkman [mailto:jackburkman2016@gmail.com]
**Sent:** Wednesday, August 19, 2020 6:17 PM
**To:** robert@messagecommunications.com
**Cc:** Jacob Wohl
**Subject:** Re: Robert

# Check to you Robert just went out in the 2 day pouch   you will have in 2-3 days

# then we attack

On Wed, Aug 19, 2020 at 8:55 PM Robert Mahanian <Robert@messagecommunications.com> wrote:
> Hey Jack,
>
>           Glad things are going well for you guys!   Please mail the check to the below address and make sure to include the account you wish to credit on the notes section of the check.   I'll credit your account as soon as I get it.   Thank you,   ~Robert
>
> Physical Mailing Address:
>
> Message Communications, Inc.
>
> C/O Robert Mahanian
>
> 505 N Tigertail Road, Second Floor

Los Angeles, CA 90049-2310

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:    Robert@MessageCommunications.com
Toll-Free Phone :    (800) 848-8621 x 350
Toll-Free Fax :        (800) 848-8892
Web :   www.MessageCommunications.com

**From:** Jack Burkman [mailto:jackburkman2016@gmail.com]
**Sent:** Wednesday, August 19, 2020 5:50 PM
**To:** jacobwohl@gmail.com; Robert@messagecommunications.com
**Subject:** Robert

# i d like to send another 1000 and buy more calls

# what is name and address for check to be sent

# Onward   thanks!!

On Fri, Jun 26, 2020 at 6:50 PM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
Hi Robert,
We have the final message attached to this email as a WAV file.

On 6/24/2020 5:30:15 PM, Jack Burkman <jackburkman2016@gmail.com> wrote:

# Jacob    Robert is copie here   would you be kind enuf to take a look    our account is set up and

# ready   but u might be the best to do from here   as I live in 356AD   if u be so kind

On Wed, Jun 24, 2020 at 6:53 PM Robert Mahanian <Robert@messagecommunications.com> wrote:

Thank you for your order. You new broadcast account has been created and you are almost ready to get your calls started! The next steps are to : (1) Complete your Order Details online. (2) Record your outgoing message over the telephone (if necessary). (3) Watch the Training Video. If you are going to record your outgoing message over the telephone, please follow the detailed instructions in the (attached) "Message Recording Instructions", along with the Account Number and Passcode (below). If you already have a recording you would like to use, you can upload it directly to your account after your broadcast has been scheduled.

### *** Required Remaining Steps To Get Started ***

1) **Complete the Order Details for your Account**. Click Here or visit
http://www.Do-Not-Reply.com/cgi-bin/orderdetails/OrderDetails.pl?120135202

2) **Record Your Outgoing Message Over The Telephone** - Follow the instructions attached to this e-mail. (If you are going to upload your own audio recording to the account then skip this step.)

3) **Watch the Campaign Management Training Video** - This 12 minute video will cover our entire account management system. This video is a **MUST SEE** for anyone who uses the system. Click Here or visit
http://www.do-not-reply.com/TrainingVideo/TrainingVideo.html

"JM
**YOUR ACCOUNT NAME :** Burkman & Associates"

**YOUR ACCOUNT NUMBER : "12013"**

**YOUR ACCOUNT PASSCODE : "5202"**

Once you have completed the Order Details questionnaire, your campaign will be scheduled within ONE Business day. You will receive a confirmation e-mail letting you know that your campaign is ready, at that time you can upload any specific recordings or databases to your account and begin dialing.

Message Communications, Inc. offers a number of tools to manage your campaign's dialing speed, and call flow. We also give you a vast amount of reporting information and contact information on every person who expresses an interest in your message.   An important part of every broadcast campaign is response tracking, follow-ups, and call center monitoring.   Please visit http://www.Do-Not-Reply.com, (Click on the "**Login As Demonstration Account**" button) and familiarize yourself with all the features, functionality, and capabilities of our Campaign Management website.  If you have any questions, or need an explanation, feel free to contact me at the number below.

CONFIDENTIAL

MESSAGE0007725

In the event you lose connectivity to the internet while your campaign is in progress ***please print out the 'Emergency Shutoff Instructions' attached***, so you will be able to shut off your campaign using the telephone.

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:    Robert@MessageCommunications.com
Toll-Free Phone :    (800) 848-8621 x 350
Toll-Free Fax :         (800) 848-8892
Web :   www.MessageCommunications.com

CONFIDENTIAL                                                                                                                    MESSAGE0007726