# EXHIBIT 18



DEF003635