# EXHIBIT 19

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, MARY WINTER, GENE
STEINBERG, NANCY HART, SARAH WOLFF,
KAREN SLAVEN, KATE KENNEDY, EDA
DANIEL, and ANDREA SPERES,

                    Plaintiffs,

    - against -                   Civil Action No.
                                  10-cv-8668

JACOB WOHL, JACK BURKMAN, J.M.
BURKMAN & ASSOCIATES, LL, PROJECT
1599, and JOHN and JANE DOES 1-10,
                    Defendants.
-------------------------------------x

                Remote deposition
                April 26, 2022
                10:15 a.m.
```

    VIDEO-RECORDED VIDEOCONFERENCE 30(B)(6)

DEPOSITION of J.M. BURKMAN & ASSOCIATES, by JOHN

BURKMAN, before Michele Moskowitz, a shorthand

reporter and Notary Public of the State of New

York.

```
 1                A P P E A R A N C E S
 2   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
 3   Attorneys for Plaintiff-Intervenor
 4        28 Liberty Street
 5        New York, New York  10005
 6   BY:  RICHARD SAWYER, ESQ.
 7        CONNOR DUFFY, ESQ.
 8        COLLEEN FAHERTY, ESQ.
 9        richard.sawyer@ag.ny.gov
10
11   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
12   Attorneys for Plaintiffs
13        1500 K Street Northwest, Suite 900
14        Washington, D.C.  20005
15   BY:  MARC EPSTEIN, ESQ.
16        DAVID BRODY, ESQ.
17        mepstein@lawyerscommittee.org
18
19   ORRICK HERRINGTON & SUTCLIFFE
20   Attorneys for Plaintiffs
21        51 West 52nd Street
22        New York, New York  10019
23   BY:  AARON GOLD, ESQ.
24        FRANKLIN MONSOUR, ESQ.
25        aaron.gold@orrick.com
```

1                    A P P E A R A N C E S
2    GERSTMAN SCHWARTZ LLP
3    Attorneys for Defendants
4          1399 Franklin Avenue
5          Garden City, New York  11530
6    BY:   RANDY KLEINMAN, ESQ.
7          DAVID SCHWARTZ, ESQ.
8          rkleinman@gerstmanschwartz.com
9
10
11   ALSO PRESENT:
12   MIRIAM LI, LEGAL ANALYST
13   REBECCA MCMANUS, VIDEOGRAPHER
14
15
16
17
18
19
20
21
22
23
24
25

1                    BURKMAN - 30(B)(6)
2     stated, but I'll say again, I'm Colleen Kelly
3     Faherty.  I'm an attorney with the New York
4     Attorney General's Office and will be conducting
5     this examination today.  Also present for this
6     deposition from my office are my colleagues
7     Connor Duffy, Rick Sawyer, and legal analyst
8     Miriam Li.
9                    Mr. Burkman, you've been designated
10    as the corporate representative in this
11    examination in response to noticed testimony
12    issued by the Attorney General's Office in
13    connection with the Southern District of New York
14    lawsuit the National Coalition of Black Civic
15    Participation vs. Wohl.  Do you understand that?
16         A.    Yes, ma'am.
17         Q.    Okay.  And when I refer to J.M.
18    Burkman & Associates, I may also refer to it as
19    Burkman & Associates, is that okay?
20         A.    Whatever you prefer.  Whatever you
21    like.
22         Q.    Okay.  And so if I did that, you
23    would understand that I'm asking about the entity
24    that you're here representing?
25         A.    Yes, ma'am.

```
                                              Page 24
 1                BURKMAN - 30(B)(6)
 2      A.      Either '02 or '03, one or the other.
 3      Q.      Do you have a title at Burkman &
 4   Associates?
 5      A.      I think it is -- I think I call
 6   myself president.
 7      Q.      Do you think or do you know?
 8      A.      Oh, wait a minute.  No.  It's a
 9   single-member LLC, so technically my title under
10   Virginia law is managing member, but in the -- in
11   the parlance of the vernacular I -- I believe I
12   just say I'm the president.
13      Q.      Are there any articles of
14   incorporation that would identify the
15   organizational structure of the --
16      A.      It's an LLC, so there was -- years
17   ago -- two decades ago I'm sure there was an
18   operating agreement when the articles were
19   formed.  Probably something very brief from 20
20   years ago.
21      Q.      Did you file that operating agreement
22   with any state entity to incorporate --
23      A.      We -- yeah.  When it was set up,
24   we -- this is -- and I forget.  I probably
25   haven't looked at it in 20 years.  This is --
```

```
                                              Page 26
 1              BURKMAN - 30(B)(6)
 2      A.     I oversee the business.  I mean, it's
 3   a very, very small firm.  I oversee the business.
 4   I supervise the business.  Oversee and supervise.
 5      Q.     And what business is that?  What are
 6   the business services provided by Burkman &
 7   Associates?
 8      A.     Oh, about -- I mean, it's all
 9   quote/unquote Washington stuff.  About half of it
10   would be lobbying and legal services, the other
11   half would be, you know, a range of things that
12   would go from public relations to giving people
13   general political advice to helping people
14   prepare documents that they might use for a
15   federal agency, something like that.  It's about
16   half and half.
17      Q.     Anything else?
18      A.     No.  That's about it.  I mean,
19   occasionally -- occasionally just pure legal work
20   for maybe agency stuff.
21      Q.     Anything else?
22      A.     Nothing comes to mind.
23      Q.     Okay.  So tell me if I've captured
24   it.  You provide lobbying services, right?
25      A.     Yes.
```

```
                                              Page 168
 1              BURKMAN - 30(B)(6)
 2   And this is what I did.
 3        Q.    Okay.  Is there anything else that
 4   you recall about the use of the J.M. Burkman &
 5   Associates checking account for issuing -- the
 6   issuance of a Message Communications check on
 7   June 23, 2020?
 8        A.    No, I don't.  Nothing else.
 9        Q.    Do you recall whether there are any
10   other documents created in connection with the
11   use of a J.M. Burkman & Associates check on June
12   23, 2020, to be issued to Message Communications?
13        A.    The -- the business had -- the
14   business had no involvement with any documents or
15   any -- any -- or any robocalls.
16        Q.    Okay.  All right.  Let's look at the
17   next check.  So at the bottom of your screen,
18   which still is Exhibit 53, it's the second check.
19   Do you see that there?
20        A.    Yes.
21        Q.    And this appears to be a check from
22   J.M. Burkman & Associates, LLC, right?
23        A.    Right.
24        Q.    Check No. 19921, did I read that
25   correctly?
```

Page 169

1           BURKMAN - 30(B)(6)
2      A.      Yes.
3      Q.      Dated August 21, 2020?
4      A.      Yes.
5      Q.      Can you decipher who the paid to the
6   order of name is there?
7      A.      It would appear to be -- it appears
8   the writing is Message Communications.
9      Q.      And who is Message Communications?
10     A.      Fifth Amendment.
11     Q.      Okay.  And what, if any, business did
12  J.M. Burkman & Associates do with Message
13  Communications?
14     A.      J.M. Burkman & Associates had no
15  involvement with Message Communications.
16     Q.      Okay.  And sorry, am I reading this
17  correctly, both checks here in this Exhibit 53,
18  they're both for $1,000, right?
19     A.      Yes.  It would appear so.
20     Q.      Okay.  And still again looking at the
21  second check on the bottom, No. 19921 in the
22  lower left-hand side, there's that "for" line
23  again.  Do you use there?
24     A.      Yes.  Oh, yes.
25     Q.      And what is that?  Can you decipher

C E R T I F I C A T I O N

STATE OF NEW YORK )
                  )
COUNTY OF NEW YORK )

    I, MICHELE MOSKOWITZ, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

    That JOHN BURKMAN, the witness whose examination is hereinbefore set forth, was duly sworn/affirmed by me and that this transcript of such examination is a true record of the testimony given by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of May, 2022.

*[signature: Michele Moskowitz]*

MICHELE MOSKOWITZ