# EXHIBIT 20

| | |
|---|---|
| **Message** | |

| | |
|---|---|
| **From**: | Jack Burkman [jackburkman2016@gmail.com] |
| **Sent**: | 8/23/2020 11:39:37 AM |
| **To**: | robert@messagecommunications.com |
| **CC**: | Jacob Wohl [jacobwohl@gmail.com] |
| **Subject**: | Re: Robert |

```
u ll get it monday    thx u

On Sun, Aug 23, 2020 at 3:32 AM Robert Mahanian
<Robert@messagecommunications.com> wrote:
>
> Hi Jack,
>
>        The check hasn't yet arrived, but I'll check again on Monday morning.   Do you have a tracking
number for it?   As soon as I receive it, I'll send over the paid invoice showing both payments in 2020
for $2,000 total.
>
> Thank you again,
>
> Robert Mahanian, MBA
> Message Communications, Inc.
> E-Mail:     Robert@MessageCommunications.com
> Toll-Free Phone :    (800) 848-8621 x 350
> Toll-Free Fax :         (800) 848-8892
> Web :   www.MessageCommunications.com
>
> -----Original Message-----
> From: Jack Burkman [mailto:jackburkman2016@gmail.com]
> Sent: Saturday, August 22, 2020 7:49 PM
> To: Robert@messagecommunications.com; Jacob Wohl
> Subject: Robert
>
> Wanna make sure check arrived?  We are ready to begin the robo calls!!!
>
```

CONFIDENTIAL
MESSAGE0007729