# EXHIBIT 21

# Black Women's Roundtable-Eastern Michigan
# Michigan Coalition on Black Civic Participation

 

**A HISTORY OF BLACK WOMEN'S ROUNDTABLE**

The **National Coalition on Black Civic Participation (NCBCP)** is a 501©3, nonprofit, non-partisan organization dedicated to increasing civic engagement and voter participation in Black and underserved communities. NCBCP strives to create an enlightened community by engaging people in all aspects of public life through service/volunteerism, advocacy, leadership development and voting.

NCBCP has done that by starting programs such as: Black Women's Roundtable (BWR) and Black Youth Votes (BYV). Both of these programs are convened by Tameka Ramsey in Eastern Michigan.



**Black Women's Roundtable (BWR)** is an intergenerational civic engagement network of the National Coalition on Black Civic Participation (NCBCP) that comprises a diverse group of Black women civic leaders of international, national, regional, and state-based organizations. BWR promotes health and wellness, economic security, education, and global empowerment as key elements for success.

BWR is a highly effective economic and social justice organizing network led by Black women across the country, with a focus on expanding intergenerational leadership; and addressing economic insecurity, education and health disparities that perpetuate systemic, multi-generational poverty for too many Black women, families and communities.

Black women have always been central to movements for economic, political, and social justice. They have achieved change in their own communities through organizing, leadership development and policy engagement.



**Black Women's Roundtable-Eastern Michigan (BWR-Eastern MI)**, is an intergenerational civic engagement statewide network; and the women and girls empowerment arm of the of the National Coalition on Black Civic Participation (NCBCP) that champions equitable public policy on behalf of Black women and girls nationally.

Members of BWR-Eastern MI are primarily located in cities across Genesee (Flint), Macomb (Warren), Oakland (Pontiac), Saginaw (Saginaw) and Wayne (Detroit) counties.

**The four priority goals of Black Women's Roundtable that includes Michigan Black Women's Roundtable is to:**

- Strengthen BWR intergenerational networks, NCBCP affiliates, coalitions and partner organizations;
- Educate policymakers about issues and policy solutions that address the economic and social justice concerns of Black women, their families and communities;
- Create a pipeline for leadership inside BWR and in the public sphere; and,
- Create public and private forums for Black women to be heard, valued, and affirmed.

In 2018, BWR-Eastern MI hosted several listening sessions to engage and have candid discussions with Black women about issues that affect us daily. The consensus, we discovered, is regardless of age, economic status, or location, many of the same issues were shared experiences.

On behalf of the Black Women's Roundtable-Eastern Michigan Chapter, we would like to call on our elected officials, locally and statewide, to recognize our issues; and stand in solidarity in supporting our Black Women's Agenda. We ask that Black women be included in conversations regarding policies that affect our communities.

1. We ask for funding for affordable, culturally competent and quality childcare and K-12 education.
2. We ask for accessibility to resources for mental health in our community.
3. We ask for Paid Family Leave.
4. We ask for equal pay.
5. We ask for adequate, accessible, and affordable housing.
6. We ask that Safety Net benefits be maintained.

Due to the need to engage a diverse (i.e. age, gender, geographic location, sexuality and religious beliefs) group of Black people year-round, the organization Michigan Coalition on Black Civic Participation (MCBCP) was founded in March of 2020, with co-director Qiana Pittman.

# MICHIGAN COALITION ON BLACK CIVIC PARTICIPATION



The **Michigan Coalition on Black Civic Participation (MCBCP)**, a fiscally sponsored project of Progress Michigan, is a state-based organization that is working to build a coalition of Black organizations with the mission to educate, organize and mobilize Black communities year-round. We are seeking to encourage our members to participate in a fair, just and barrier-free democracy, while focusing on issues such as voting rights, democracy reform, funding for state and local governments, public education, environment, healthcare, immigration, civil rights; and issues of importance to marginalized families.

**Theories of Change:**
- Meet each person we connect with where they are.
- Create workshops that educate us on the history of culture (**B**efore **A**merica/**A**fter **A**merica).
- Provide leadership development training and a leadership ladder to engage multi-generations.
- Raise the voting percentage of Black people in our targeted communities.
- Organize communities on civic engagement, community involvement, nonpartisan voter engagement and policies.
- Promote and educate on health and wellness issues.

**Problem Statement:**
The State of Michigan does not currently have a space for Black organizations to come together to strategically plan, support one another and build power within their communities. MCBCP, taking the lead from our national organization, the National Coalition on Black Civic Participation (NCBCP), is working to bring Black organizations and informal groups together to fight in collaboration with one another to make Michigan a state, once again, where Black people and their families can live out the American dream, including jobs that pay living wages and quality public education.



## 2020 Programming:

- **Census** (March 1-September 24)
- **COVID-19 Community Response** (April 1-present)
- **Election Protection** (**Presidential Primary:** March 1-10) (**State Primary:** July 19-August 4) (**Presidential General:** September 24-November 3)
- **GOTV** (September 24-November 3)

CONFIDENTIAL
NCBCP005

- **Paid Leave for All - national policy** (August 1-present)
- **Phone and Text Banking** (April 28-November 3)
- **Poll Monitor and Watcher Recruitment** (September 1-October 26)
- **Redistricting** (November 1, 2019-June 30, 2020)
- **Small Business Expo's** (February 29 & November 28)
- **Voter Registration** (February 1-October 19)

### Phase I & II

**2/9/2020**   **Sista Let's Talk Listening Session – Detroit**
- Discussion focused on business and physical health with local members.
- **24 participants**

**2/29/2020**   **Black Out Black Business Expo** (vendor event)
- Held in Pontiac, Michigan.
- 15 participating vendors.
- Total reported vendor revenue: $1,500

**3/10/2020**   **National Census Townhall w/ National Urban League**
- **44 People reached; 7 people engaged**
- Promoted event on social media platforms for Eastern Michigan members to participate online.

**3/10/2020**   **Presidential Primary** (Election Protection)
- Provided poll monitoring for Saginaw, Michigan.
- Reported polling issues to Michigan Voices.
- Promoted the use of the Election Protection 866 election protection hotline.
- Worked with Michigan Voices to monitor polling locations for issues.
- Drove to all polling locations to check in with voters.
- When issues/concerns were lifted up, it was our responsibility to document it on Michigan Voices spreadsheet.
- Urged voters with issues to directly call the 866-election protection hotline.



**4/15/2020**   **Census and COVID-19 Wellness Check – Pontiac** (phone bank)
Hosted virtual phone bank to call Pontiac residents to remind them to complete their census form; and to check in to see if there were household needs due to COVID-19.

**4/24/2020    Redistricting Recruitment** (online)
- 244 people reached; 20 people engaged

Worked with Michigan Voices and Voters Not Politicians to provide outreach and education to our membership base, encouraging them to apply to be a part of the new Redistricting Commission.

**4/28/2020    Census and COVID-19 Wellness Check – Detroit** (phone bank)
Hosted virtual phone bank to call Detroit residents to remind them to complete their census form; and to check in to see if there were household needs due to COVID-19.



**5/4/2020    Census and COVID-19 Wellness Check – Flint** (phone bank)
Hosted virtual phone bank to call Flint residents to remind them to complete their census form; and to check in to see if there were household needs due to COVID-19.

**5/6/2020    Redistricting Recruitment** (online)
- **35 people reached; 4 people engaged**

Worked with Michigan Voices and Voters Not Politicians to provide outreach and education to our membership base, encouraging them to apply to be a part of the new Redistricting Commission.

**5/7/2020    Census and COVID-19 Wellness Check – Saginaw** (phone bank)
Hosted virtual phone bank to call Saginaw residents to remind them to complete their census form; and to check in to see if there were household needs due to COVID-19.



**5/22/2020    COVID-19 Mask Giveaway and Voter Registration Drive** (Saginaw)
- **56 people reached.**

Provided masks to Saginaw residents, while encouraging them to register to vote.

**5/23/2020    Redistricting Recruitment** (online)
- **34 people reached; 0 people engaged**

Worked with Michigan Voices and Voters Not Politicians to provide outreach and education to our membership base, encouraging them to apply to be a part of the new Redistricting Commission.

**6/20/2020    Youth Face Mask Giveaway** (Saginaw)
- **50 youth assisted.**
- Voter Registration forms completed.

Provided masks to Saginaw youth, while encouraging them and adults in their household to register to vote.

**Total Phone Banking: Dials: 1,966 Contacts: 344**
**Total Text Banking: Attempts: 10,717 Contacts: 1414**

## Phase III

8/22/2020   **#BlackWomenMatter** (online)
- Membership recruitment, completing census and voter registration.
- **5806 people reached; 483 people engaged**
- Online membership recruitment, while promoting census and voter registration.
- Gave out free masks.

9/5/2020   **Paid Leave for All** (online)
- Story collection
- **33 people reached; 1 person engaged**

9/8/2020   **Take It to The Top-Small Business Challenge** (online)
- **1770 people reached; 150 people engaged**

9/24/2020   **Poll Monitor and Watcher Recruitment** (online)
- **2350 people engaged**

From **9/24/2020 to 11/1/2020,** we posted online, promoted at events; and connected individuals to the Michigan Voices Poll Monitor and Watcher training to work/volunteer at polling locations in Detroit, Pontiac and Saginaw.

**Total Phone Banking: Dials: 1,399 Contacts: 764**
**Total Text Banking: Attempts: 24,467 Contacts: 1,223**

## Phase IV

10/7/2020   **#RUReady Vice President Debate Watch Party**
- **649 people reached; 69 people engaged**



10/18/2020   **Lit Drop**
- **2,907 homes touched in Saginaw**
- **1,505 home touched in Saginaw**

From **10/18/2020-11/1/2020,** canvassers for BWR, BYV and MCBCP preformed literature drops in the cities of Saginaw and Pontiac.

CONFIDENTIAL6

NCBCP008

**10/24/2020   BYV   Presents:   For   the Culture Concert**

- Black Youth Vote concert that focused on voter registration and early voting for Black youth ages 18-34 in the City of Pontiac.



**10/28/2020    When We All Vote/BWR Early Vote, COVID-19 Response Block Party – Flint**
- **73 participants**

BWR/MCBCP worked with the When We All Vote foundation to partner with First Lady Michelle Obama to encourage early voting, party at polls and drop boxes. COVID-19 resources were provided as well.



**10/29/2020    When We All Vote/BWR Early Vote, COVID-19 Response Block Party – Saginaw**
- **47 participants**

BWR/MCBCP worked with the When We All Vote foundation to partner with First Lady Michelle Obama to encourage early voting, party at polls and drop boxes. COVID-19 resources were provided as well.

**10/31/2020    Paid Leave 4 All/Early Vote/Diaper Drive**
- **500 participants**

BWR/MCBCP worked with Oakland Forward to encourage early voting and educating the local community on Paid Leave for All, while providing Halloween candy and diapers as COVID-19 resources.



**11/3/2020    Election   Protection   and   Anti-Voter Suppression**

- Provided poll monitoring for the City of Saginaw.
- Reported polling issues to Michigan Voices.
- Promoted the use of the 866 election protection hotline.
- Worked with Michigan Voices to monitor polling locations for issues.
- Drove to all polling locations to check in with voters.
- When issues/concerns were lifted up, it was our responsibility to document it on Michigan Voices spreadsheet.

CONFIDENTIAL
NCBCP009

- Urged voters with issues to directly call the 866 election protection hotline.
- Assisted with tracking voters' numbers for the City of Saginaw.
- Texted voters in Flint, who received misinformation encouraging them to not vote on Election Day; and to wait until the day after the election, due to long lines and the fear of catching COVID-19.
- **Texted over 40,000 Flint voters.**



**11/8/2020**   **BWR Self Care Sunday** (online)
- **25 participants**
- Focused on: Mental Health, Guns and Safety, Small Business Coaching and Holy Yoga.
- Mailed thank you swag to participants.

**11/21-25/2020 BWR Thanksgiving Support**



- **7 families supported with full meals.**
- **40 turkey's provided.**

**Total Phone Banking: Dials: 17,622 Contacts: 2,882**
**Total Text Banking: Attempts: 336,497 Contacts: 37,310**

|  | Total |  | Phone |  | Text |  |
|---|---|---|---|---|---|---|
| Date | Attempts | Contacts | Dials | Contacts | Sent | Responses |
| 3/1-7/31/2020 | 12,683 | 1,758 | 1966 | 344 | 10717 | 1414 |
| 8/1-9/30/2020 | 25,866 | 125 | 1399 | 764 | 24467 | 0 |
| 10/1-11/15/2020 | 354,119 | 40,192 | 17622 | 2882 | 336497 | 37310 |
| Total | 392,668 | 42,075 | 20,987 | 3,990 | 371,681 | 38,724 |

CONFIDENTIAL 8
NCBCP010