# EXHIBIT 22

| | |
|---|---|
| **From:** | Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> |
| **Sent:** | Monday, August 24, 2020 12:23 PM |
| **To:** | 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org |
| **Subject:** | Your Ideal Female Voice Over? I Can Record Today |
| **Attachments:** | Jana Hunt Voiceover Demo.mp3 |

Hello! I am ideal for the voice acting performances that you're looking for.

I've attached my voiceover demo, and I am available to take care of your project, and deliver the outcome that you are looking for.

I can provide your voice acting performances ASAP for the $250 you mention, via Square, Cash App, or Zelle, with $50 upfront as a good faith retainer, and you'll have the performance you are looking for, well before your deadline.

Looking forward to the chance to help, Thank You,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/953355d71ff983ce0841488dba1f862fb3010367.1

DEF005559

| | |
|---|---|
| **From:** | Lobbying Firm <nexcapitalmanagement@gmail.com> |
| **Sent:** | Monday, August 24, 2020 12:38 PM |
| **To:** | Janamechanica |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |

You sound great. The job is yours. I will get the script from the people upstairs and send it over to you ASAP.

On Mon, Aug 24, 2020 at 12:23pm, Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> wrote:
Hello! I am ideal for the voice acting performances that
you're looking for.

I've attached my voiceover demo, and I am available
to take care of your project, and deliver the outcome
that you are looking for.

I can provide your voice acting performances ASAP for
the $250 you mention, via Square, Cash App, or Zelle,
with $50 upfront as a good faith retainer, and you'll have
the performance you are looking for, well before your
deadline.

Looking forward to the chance to help, Thank You,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/953355d71ff983ce0841488dba1f862fb3010367.1

DEF005560

| | |
|---|---|
| **From:** | Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> |
| **Sent:** | Monday, August 24, 2020 12:43 PM |
| **To:** | 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |

Great! Thank You so much.

You can send it either here as a reply, or straight to <janamechanica@gmail.com>.

Regarding payment, retainer, etc., feel free to let me know which option and method you prefer.

Again, Thank You,
- Jana

---

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/28bfd3b3bd1e5247a2074d998fd7399efab6b89a.1

DEF005561

| | |
|---|---|
| **From:** | Lobbying Firm <nexcapitalmanagement@gmail.com> |
| **Sent:** | Monday, August 24, 2020 12:52 PM |
| **To:** | Janamechanica |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |
| **Attachments:** | 1599 Spot Script 1.docx |

Script attached. What's your Cash App? We'll shoot you to $50 deposit right away and hit you with the other $200 as soon as you're done.

On Mon, Aug 24, 2020 at 12:38pm, Lobbying Firm <nexcapitalmanagement@gmail.com> wrote:
You sound great. The job is yours. I will get the script from the people upstairs and send it over to you ASAP.

On Mon, Aug 24, 2020 at 12:23pm, Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> wrote:
Hello! I am ideal for the voice acting performances that
you're looking for.

I've attached my voiceover demo, and I am available
to take care of your project, and deliver the outcome
that you are looking for.

I can provide your voice acting performances ASAP for
the $250 you mention, via Square, Cash App, or Zelle,
with $50 upfront as a good faith retainer, and you'll have
the performance you are looking for, well before your
deadline.

Looking forward to the chance to help, Thank You,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/953355d71ff983ce0841488dba1f862fb3010367.1

DEF005562

| | |
|---|---|
| **From:** | Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> |
| **Sent:** | Monday, August 24, 2020 12:57 PM |
| **To:** | 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |

Wonderful - my CashApp is $janamechanica.

I'm excited to deliver you a top quality voiceover, and I'll have it to you shortly.

Thank You,
- Jana

---

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/979d522fee064f7f559d4dc6a372a5d1335740f5.1

DEF005563

| | |
|---|---|
| **From:** | Lobbying Firm <nexcapitalmanagement@gmail.com> |
| **Sent:** | Monday, August 24, 2020 1:03 PM |
| **To:** | Janamechanica |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |

Great. Just send on cash app.

Many thanks!

On Mon, Aug 24, 2020 at 12:57 PM, Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> wrote:
Wonderful - my CashApp is $janamechanica.

I'm excited to deliver you a top quality voiceover, and I'll have it to you shortly.

Thank You,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/979d522fee064f7f559d4dc6a372a5d1335740f5.1

DEF005564

**From:** Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org>
**Sent:** Monday, August 24, 2020 1:05 PM
**To:** 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org
**Subject:** Re: Your Ideal Female Voice Over? I Can Record Today

Thank You So Much!
Sending soon,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/9f8229b8f05df8fef2fd42f5a4df7bd8dc4c2efc.1

DEF005565

| | |
|---|---|
| From: | Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> |
| Sent: | Monday, August 24, 2020 8:16 PM |
| To: | 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org |
| Subject: | Re: Your Ideal Female Voice Over? I Can Record Today |

Update: I'm almost finished with your voiceover and sending soon.

Thank You,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/c4cd9dde640ecdfd44a14bda8adc826256ed0942.1

DEF005566

| | |
|---|---|
| **From:** | Lobbying Firm <nexcapitalmanagement@gmail.com> |
| **Sent:** | Monday, August 24, 2020 8:24 PM |
| **To:** | Janamechanica |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |

Perfect. Thanks

On Mon, Aug 24, 2020 at 8:15 PM, Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> wrote:
Update: I'm almost finished with your voiceover and sending soon.

Thank You,
- Jana

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/c4cd9dde640ecdfd44a14bda8adc826256ed0942.1

DEF005567

| | |
|---|---|
| From: | Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> |
| Sent: | Monday, August 24, 2020 11:35 PM |
| To: | 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org |
| Subject: | Re: Your Ideal Female Voice Over? I Can Record Today |
| Attachments: | Jana Vote By Mail VO Watermarked.wav |

Hi, Here is the voiceover, attached to this email as a watermarked .wav.

If this works for what you want, then upon remaining payment I will send you the nonwatermarked version immediately.

If there are changes that you want to be made, then feel free to let me know and I can take care of it right away.

Thank You,
- Jana

---

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/33e1a4ade892137a8ecb4a5f8d51ca68f3366ae9.1

DEF005568

| | |
|---|---|
| **From:** | nexcapitalmanagement@gmail.com |
| **Sent:** | Tuesday, August 25, 2020 12:01 AM |
| **To:** | Janamechanica |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |

This sounds wonderful. Please send normal file. Just sent $200.

Many thanks again

On 8/24/2020 11:35:19 PM, Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> wrote:

Hi, Here is the voiceover, attached to this email as a watermarked .wav.

If this works for what you want, then upon remaining payment I will send you the nonwatermarked version immediately.

If there are changes that you want to be made, then feel free to let me know and I can take care of it right away.

Thank You,
- Jana

---

Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/33e1a4ade892137a8ecb4a5f8d51ca68f3366ae9.1

DEF005569

| | |
|---|---|
| **From:** | Janamechanica <0eb29a8eab6930f9816eb011c40cdf2c@reply.craigslist.org> |
| **Sent:** | Tuesday, August 25, 2020 12:04 AM |
| **To:** | 0eb29a8eab6930f9816eb011c40cdf2c@gigs.craigslist.org |
| **Subject:** | Re: Your Ideal Female Voice Over? I Can Record Today |
| **Attachments:** | Jana Vote By Mail VO.wav |

Thank You So Much!! I Appreciate It!!

I really appreciate you having me help with your project, and I'd be more than glad to do so in the future, if you'd prefer.

Again, Thank You,
- Jana


Original craigslist post:
https://losangeles.craigslist.org/lac/tlg/d/los-angeles-black-female-voice-over/7183310254.html
About craigslist mail:
https://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://craigslist.org/mf/3f273056df11707d4e1742649d9d9875d95e5c28.1

DEF005570