# EXHIBIT 24



**Jana Hunt**

Payment to $janamechanica

# $50.00

For voice over

Aug 24, 2020 at 12:02 PM

✓ Completed

DEF005571



### Jana Hunt

Payment to $janamechanica

# $200.00

For Vote By Mail VO, remaining payment

Aug 24, 2020 at 11:00 PM

✓ Completed

DEF005572