# EXHIBIT 25

Watermarked robocall audio recording attached to Ex. 23 at DEF005568, Bates stamped DEF005679, submitted to the Court via mail.