# EXHIBIT 26

Non-watermarked robocall audio recording attached to Ex. 23 at DEF005570, Bates stamped DEF005680, submitted to the Court via mail.