# EXHIBIT 27

**Subject:** Robo Call Tape
**Date:** 25/08/2020 00:10   **From:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>   **To:** "Jack Burkman" <jackburkman2016@gmail.com>

Attached is the audio file for the robo call. We should send it to black neighborhoods in Milwaukee, Detroit, Philadelphia, Charlotte, Richmond, Atlanta and Cleveland.

📎 1599 Vote By Mail Robo Call.wav

**Subject:** working on robo now

**Date:** 25/08/2020 17:51   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Jacob Wohl <jacobwohl@gmail.com>

cleveland phila minn chicago nyc detroit

**Subject:** robo

**Date:** 25/08/2020 18:48   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** Jacob Wohl <jacobwohl@gmail.com>

data all loaded ready many zip codes we have 2 waves of 267,000 calls each

if you could do me one favor just go in and upload the recording

message communications.com

account 12013

passcode 5202

then i will enable pick days and go in and hit go

016

CONFIDENTIAL

DEF003285

Cuyahoga County Prosecutor's Office 5276302 204225 V10301952-32 PKG1

12/22/2020 Page 32