# EXHIBIT 28

Message
---

**From:** server@messagecommunications.com [server@messagecommunications.com]
**Sent:** 6/24/2019 10:15:13 PM
**To:** Robert@messagecommunications.com
**Subject:** Online Account Signup - Contract and Payment - 11393

```
---------------------------------------
CLIENT ACCOUNT INFORMATION:
---------------------------------------
Account Number        : 11393
Account Passcode      : 9525
---------------------------------------
Client Full Name      : john burkman
Client Company        : self
Client E-Mail Address : jackburkman2016@gmail.com
Telephone Number      : (703) 795-5364 x
Address               : 1599 north colonial terrace
Address               :
Address               : arlington, VA 22209

---------------------------------------
ORDER SIZE AND PRICING DETAILS
---------------------------------------
Pricing Plan     : Minutes - (025Minute)
Rate Per Unit    : 0.025 Per Unit
Units Purchased  : 6000
Delivery Options : LiveAndAMDelivery
TOTAL ORDER      : $150.00

---------------------------------------
PAYMENT - ELECTRONIC CHECK INFORMATION
---------------------------------------
Authorized Signer     : John Burkman
Exact Account Name    : JM Burkman Associates LLC
Client Named Bank     : Bank of America
Bank Account Number   : 004122777000
Bank Routing Number   : 051000017
Checking Account Type : BUSINESS
----------------------
ABA Record Bank Name    : BANK OF AMERICA, N.A.
ABA Record Bank Address : 8001 VILLA PARK DRIVE
ABA Record Bank Address : HENRICO              , VA 23228
ABA Record Bank Phone   : (800) 446-0135

---------------------------------------
---------------------------------------
TERMS AND CONDITIONS AGREED TO : YES - Mon Jun 24 19:15:08 2019
SIGNUP BY : Robert Mahanian / Message Communications, Inc.
---------------------------------------
*** Fraud Detection Vectors ***
CUSTOMER REPORTED REFERRAL BY : internet
FIRST EVER ACCOUNT CREATION - BASIC COOKIE :
FIRST EVER ACCOUNT CREATION - EVERCOOKIE :
LAST ACCOUNT USED ON NETWORK - EVERCOOKIE : undefined
USER BROWSER/AGENT : Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36
USER LANGUAGE AND CONFIDENCE : en-US,en;q=0.9
SIGNUP IP ADDRESS : 73.172.31.180
INCOGNITO MODE/PRIVATE BROWSING MODE : Browser Normal Mode
---------------------------------------

OFFICE USE ONLY
_____ Verify Bank Account
_____ Process Payment
_____ Account For Funds
```

CONFIDENTIAL                                                                                                         MESSAGE0007929