# EXHIBIT 29

Message

| | |
|---|---|
| **From**: | Robert Mahanian [Robert@MessageCommunications.com] |
| **Sent**: | 9/23/2020 3:39:38 PM |
| **To**: | 'John Hathaway' [john.hathaway@ohioattorneygeneral.gov] |
| **Subject**: | RE: 2020.09.03 Subpoena for information |
| **Attachments**: | First Payment From Burkman.pdf; Second Payment From Burkman.pdf; 190624-222403-CCD-JM_BURKMAN_ASSOCIATES_-15000.PRINTLOG; LogFiles.zip; Terms And Conditions.pdf; 12013.LOG; 12013.POSHEET |

Hey John, thanks for taking my call this morning.  Glad you are real and it wasn't a phishing scam of some sort.  I was able to locate his two check payments in 2020.  He also has an electronic check payment from 2019 (which was done by ACH) I've included the transaction log with Bank of America attached as well (it's a text file, so you can open it with any text editor).  I also included the call log file which shows all the calls he made along with disposition types and time stamps.  All the time stamps on are in Pacific Time (since I'm in Los Angeles).  I've also attached a PDF of the terms and conditions of service.  I've also included the customer PO Sheet and web interaction log file which shows all the IP address information that he connected to our service.  A subpoena to the provider for the owner of the IP Address should take you right to him.  The main IP Address that accessed the account was 73.172.31.180 which goes to somewhere in Arlington Virginia (Comcast / Xfinity), that is most likely Jack Burkman.

Please let me know if you need anything else at all.  My cell phone is 310-710-9395 if you need to reach me directly.

Robert Mahanian, MBA
Message Communications, Inc.
E-Mail:     Robert@MessageCommunications.com
Toll-Free Phone :    (800) 848-8621 x 350
Toll-Free Fax :       (800) 848-8892
Web :   www.MessageCommunications.com

---

**From:** John Hathaway [mailto:john.hathaway@ohioattorneygeneral.gov]
**Sent:** Tuesday, September 15, 2020 11:28 AM
**To:** robert@messagecommunications.com
**Subject:** FW: 2020.09.03 Subpoena for information

Mr. Mahanian – Please find attached a subpoena that was issued to Message Communications on September 3, 2020. While we did not request acknowledgement of the subpoena, it is not uncommon to receive some response indicating receipt. As we did not receive an acknowledgement after sending the subpoena to addresses below, I will now send it directly to you and ask that you please take a moment to let us know that it was received and is something that Message is preparing a response to.

Respectfully,

John Hathaway
Investigator - Consumer Protection Section - Cleveland
Office of Ohio Attorney General Dave Yost
Office number: 216-787-3030
Fax number: 866-347-2546
John.Hathaway@OhioAttorneyGeneral.gov

*Please note that, in adherence to best practices brought about in response to COVID-19, the Ohio Attorney General's Consumer Protection Section moved to a "remote work" status effective March 18, 2020. All members of the section remain available remotely during normal business hours. Thank you for your patience.*

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain sensitive data and information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the