# EXHIBIT 30

## Original Message

| | |
|---|---|
| Message ID | <Mailbird-5c578a9e-6126-4e40-bb3d-a5b36485a155@gmail.com> |
| Created at: | Wed, Aug 26, 2020 at 7:40 AM (Delivered after 5 seconds) |
| From: | "jacobwohl@gmail.com" <jacobwohl@gmail.com> |
| To: | Jack Burkman <jackburkman2016@gmail.com>, Robert Mahanian <robert@messagecommunications.com> |
| Subject: | Got Call Uploaded |
| SPF: | PASS with IP 216.194.64.198  Learn more |
| DKIM: | 'PASS' with domain gmail.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original                                                                 Copy to clipboard

```
Delivered-To: messagecommunicationsinc@gmail.com
Received: by 2002:adf:e60e:0:0:0:0:0 with SMTP id p14csp97859wrm;
        Wed, 26 Aug 2020 07:41:02 -0700 (PDT)
X-Google-Smtp-Source:
ABdhPJyfja3bcaIhP1h8tTQ+lmIkYT1Mlo/rUqrljhmaKu5tHC0VXl+AwEPgbGgtMnh3
D0sU7uUu
X-Received: by 2002:a63:f909:: with SMTP id
h9mr10454803pgi.250.1598452862287;
        Wed, 26 Aug 2020 07:41:02 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1598452862; cv=none;
        d=google.com; s=arc-20160816;
b=F/sXqF2AGwb8dZ4VqNglqmUZrzy7288pVFCy4sBSrrdk1FKkaQiyDA7d2lxXskdt8P

N2c4lc56XDcRphaVg9QLKsxIIlHTfbJ3Z+62fat6la4uBNMWhOpE/s9THEn6xE5e23dm

/USTzOeHFNrjvijp6jp0HcJ8oXa82m66hKzQjM7Qom8nO/YX3IbiiUqw2jGnVOuDS6Qd

P7wCtodTWWOLmkImsomjJRGGg0CEP9vCcEequxfjeUU3syH1GRlDbWpTKwAXXJrGy1sV
```

LAFlRT1jP83QouRnSTnbQImzKKtAbML3FDsf2EKyYqToVwqpJUKqIQjRl4WGl+dzeb24
         u/RQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20160816;
         h=user-agent:to:from:subject:message-id:date:mime-version
          :dkim-signature;
         bh=HiVIIbZ/2q0YpB0/WqqQsjGXObORIKUi7VC9Ntl/8bg=;

b=kst6C4yquGJRJfpMJBMyItiy/JzeGgbM1JCoyXB/UowYzfoDWFmg2NdafD/SE4x/WS

XLA/EDZuu+F9n3K/BK1jXPKgUGRD4GzB2rnUZ3z6+WyI2I3QQg4LzgtxkEm2ZNONjsUV

OTrEfbAF48Ew+VJBSAcr0CKf7gn5MxPN8yUzrNKX6myJfu9p5mcH8t0hnx2IrT9tvqr9

CMChGOORIM6Q8xFQ7fkWCifuqzZkk0y5ULTUqe++5K+bIDnJu94MF92iXgvi6Zr7ZO3K

WBrY3wXYUand5VT0mMr7wjQTdWtcyXBvDPmeIq83Z0Z2OyN98oXY87fUOWYq+iN7ZcTW
         /aZw==
ARC-Authentication-Results: i=1; mx.google.com;
       dkim=pass header.i=@gmail.com header.s=20161025
header.b=iEeQCnQ2;
       spf=pass (google.com: domain of mailscanner@mailscanner.tera-
byte.com designates 216.194.64.198 as permitted sender)
smtp.mailfrom=mailscanner@mailscanner.tera-byte.com;
       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Return-Path: <mailscanner@mailscanner.tera-byte.com>
Received: from ns2.redirection.net (ns2.redirection.net.
[216.194.64.198])
        by mx.google.com with ESMTP id
u20si2139194pfk.286.2020.08.26.07.41.02
        for <messagecommunicationsinc@gmail.com>;
        Wed, 26 Aug 2020 07:41:02 -0700 (PDT)
Received-SPF: pass (google.com: domain of
mailscanner@mailscanner.tera-byte.com designates 216.194.64.198 as
permitted sender) client-ip=216.194.64.198;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@gmail.com header.s=20161025
header.b=iEeQCnQ2;
       spf=pass (google.com: domain of mailscanner@mailscanner.tera-
byte.com designates 216.194.64.198 as permitted sender)
smtp.mailfrom=mailscanner@mailscanner.tera-byte.com;
       dmarc=pass (p=NONE sp=QUARANTINE dis=NONE)
header.from=gmail.com
Received: from mx2.mailscanner.tera-byte.com (mx2.mailscanner.tera-
byte.com [216.234.161.56]) by ns2.redirection.net (8.14.2/8.14.2)
with ESMTP id 07QEf1fQ001011 for <robert@messagecommunications.com>;
Wed, 26 Aug 2020 08:41:01 -0600 (MDT)
Received: from mail-qv1-f54.google.com (mail-qv1-f54.google.com
[209.85.219.54]) by mx2.mailscanner.tera-byte.com (8.15.2/8.15.2)
with ESMTPS id 07QEf0Qh068638 (version=TLSv1.2 cipher=AES128-GCM-
SHA256 bits=128 verify=FAIL) for <robert@messagecommunications.com>;
Wed, 26 Aug 2020 08:41:01 -0600 (MDT) (envelope-from
jacobwohl@gmail.com)
Received: by mail-qv1-f54.google.com with SMTP id o2so797946qvk.6
        for <robert@messagecommunications.com>; Wed, 26 Aug 2020
07:41:01 -0700 (PDT)

CONFIDENTIAL

```
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20161025;
        h=mime-version:date:message-id:subject:from:to:user-agent;
        bh=HiVIIbZ/2q0YpB0/WqqQsjGXObORIKUi7VC9Ntl/8bg=;
        b=iEeQCnQ2lgx3XcyWsxEn0u85gJtXkKFx/NzjTC+2jxfV0yzbjx6MTORbb0v3AYDFNV
         8ibWGly3ltfs9pP8zU1thplR6RctoVfHuANsnmc/igUlOXDSWvge1nwMZIx3OjlVwwxj
         wDMqKm45IyGhn342xS9HTSUgmX0TF/khXjbyl5JkfqnVFsNoSnU0avwRR+qd/SLvrNPb
         t24lwK/7F2hAc/nVb2dnRdpq9L2/zG7OUXzZPIzKxUW6vMwZE0YaD9a5F0aA5cg/U23H
         x6oVhKvdafhTc+ghnRXw8in9Wt7nk4N5MT+Z6r0wGrZoXkOVK9VUg8z/F/jdAHGW33t4
         FDYQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20161025;
        h=x-gm-message-state:mime-version:date:message-id:subject:from:to
         :user-agent;
        bh=HiVIIbZ/2q0YpB0/WqqQsjGXObORIKUi7VC9Ntl/8bg=;
        b=oP+vwjynZtD3gnouO4+BExn2qdZrpRCPpu3sA7xDHSg6TQ4azbpAVrlWPA9HakOHlz
         9PmS4sQ7rYv8EZgEIWEOQlGSj49sHD/0AOUeca78AEfWHuWsK35mksVZtqzhHMa2YVls
         uGxcSIB/JjHYowzKkiNPB65I1iI3gERLPlTLVd1j3QX/ry+mmKuMYX8erWpO/ftv7SRD
         ePmWIZwBOrl6pdNSVz/amO1/LLJfSpBL6qA82jfiRMMzVWMnWfz5as1rzpu6Cu2OOXuB
         WcKyIOyDmoh4UMqQqkjLQRW5buqAT/4p9CcHe4Myudebue+iFRn6EQ6S9c2I+sh/thHn
         mnBw==
X-Gm-Message-State: AOAM531+ii81VLBrXhSTTlW20oY80e5GSJUwbSAZ11nrjf0SOEWa7vi7
dYeR7zvEBl8FESfZHsnSrnVTEujXWnY=
X-Received: by 2002:a0c:ca8f:: with SMTP id a15mr14348278qvk.46.1598452860264;
        Wed, 26 Aug 2020 07:41:00 -0700 (PDT)
Received: from [172.20.3.171] ([216.207.67.2])
        by smtp.gmail.com with ESMTPSA id i7sm1802978qkb.131.2020.08.26.07.41.00
        for <robert@messagecommunications.com>
        (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);
        Wed, 26 Aug 2020 07:41:00 -0700 (PDT)
Content-Type: multipart/alternative; boundary="----=_NextPart_46609842.179880143260"
MIME-Version: 1.0
Date: Wed, 26 Aug 2020 10:40:57 -0400
Message-ID: <Mailbird-5c578a9e-6126-4e40-bb3d-a5b36485a155@gmail.com>
Subject: Got Call Uploaded
From: "jacobwohl@gmail.com" <jacobwohl@gmail.com>
To: Jack Burkman <jackburkman2016@gmail.com>, Robert Mahanian <robert@messagecommunications.com>
User-Agent: Mailbird/2.8.34.0
X-Mailbird-ID: Mailbird-5c578a9e-6126-4e40-bb3d-
```

```
a5b36485a155@gmail.com

------=_NextPart_46609842.179880143260
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: quoted-printable

I just uploaded the WAV file successfully and updated the calls-per-minute =
number to the maximum. We should be ready to go now.=C2=A0
------=_NextPart_46609842.179880143260
Content-Type: text/html; charset="utf-8"
Content-Transfer-Encoding: quoted-printable

<div id=3D"__MailbirdStyleContent" style=3D"font-size: 10pt;font-family: Ar=
ial;color: #000000">I just uploaded the WAV file successfully and updated t=
he calls-per-minute number to the maximum. We should be ready to go now.&nb=
sp;<div class=3D"mb_sig"></div></div><img class=3D"mailbird" width=3D"1" he=
ight=3D"1" style=3D"border:0; width:1; height:1;" src=3D"http://tracking.ge=
tmailbird.com:8000/opentrackingpixel/?messageId=3DMailbird-5c578a9e-6126-4e=
40-bb3d-a5b36485a155@gmail.com&senderHash=3DCE869F673419FB3EB189E80198D48D6=
9FDFF85A9F9DCD26FECA2667B42F6BB2F&recipientHash=3DD2296CDE15D0790A19516791E=
380079C5F46E2AD92DF21CC64DF93A3895F6023&internalId=3Df0b7495c-b953-40e7-b71=
2-718925b84bcd">

------=_NextPart_46609842.179880143260--
```

CONFIDENTIAL                                                                                      MESSAGE0007719