# EXHIBIT 31

**Subject:** Re: Protest
**Date:** 26/02/2020 12:36   **From:** Jack Burkman <jackburkman2016@gmail.com>   **To:** "jacobwohl@gmail.com" <jacobwohl@gmail.com>

lets leave thursday 630 pm with luis thursday

i love these robo calls    getting angry black call backs

win or lose    the black robo was a great jw idea

On Wed, Aug 26, 2020 at 11:38 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
They say they're starting at 7:00 PM

> On [...] 11:3[...] AM Ja[...] B[...] an jackburkman2016@gmail.com [...]
>
> wonderful   what time thursday
>
>> On Wed, Aug 26, 2020 at 11:32 AM jacobwohl@gmail.com <jacobwohl@gmail.com> wrote:
>> The rioters are starting their mayhem tomorrow at 7:00 PM Black Lives Matter Plaza (formerly known as Lafayette Square).
>>
>> We should definitely get Louis and Bull Horns.