# EXHIBIT 35

**CONFIDENTIAL**



Transcript of **Mary Winter**

Monday, May 9, 2022

*National Coalition on Black Civic Participation, et al.*
*v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 116296

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   -------------------------------------------------------

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
 5   WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
     ANDREA SFERES,
 6

 7                          Plaintiffs,    Civil Action No.

 8
                        -and-      1:20-cv-08668-VM-OTW
 9

10   People of the STATE OF NEW YORK, by its Attorney
     General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11   STATE OF NEW YORK

12                          -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                          Defendants.

16   -------------------------------------------------------

17

18        Deposition of MARY WINTER, Plaintiff, herein,

19   taken by Defendant, pursuant to Notice via Zoom, on

20   Monday, May 9, 2022, at 1:20 p.m., before Deirdre

21   Smith, a stenographer and notary public within and

22   for the State of New York.

23

24

25
```

```
 1   A P P E A R A N C E S

 2

 3   ORRICK HERRINGTON & SUTCLIFFE, LLP

 4   51 West 52nd Street

 5   New York, NY 10019-6142

 6   Appearing on behalf of the Plaintiff

 7   Phone: (617) 880-1800

 8   Email:   brittany.roehrs@orrick.com

 9            franklin.monsour@orrick.com

10   BY:     BRITTANY ROEHRS, ESQ.

11           FRANKLIN MONSOUR, ESQ.

12

13

14   GERSTMAN SCHWARTZ LLP

15   Appearing on behalf of the Defendant

16   60 E. 42nd Street, Suite 4700 Office 21

17   New York, NY 10165

18   Phone:(212) 227-7070

19   Email:   rkleinman@gerstmanschwartz.com

20   BY:     RANDY KLEINMAN, ESQ.

21

22

23

24

25
```

```
 1   A P P E A R A N C E S (continued)

 2

 3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

 4   Appearing on behalf of Plaintiff

 5   1500 K Street NW

 6   Suite 900

 7   Washington, DC 20005

 8   BY:    MARC EPSTEIN, ESQ.

 9

10

11

12   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

13   Appearing on behalf of Plaintiff

14   28 Liberty Street

15   Floor 18, New York, NY 10005-1495

16   Phone: (212) 416-6046

17   BY:    COLLEEN FERITY, ESQ.

18

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1     A.   Yes.
 2     Q.   What address are you registered to vote
 3  at?
 4     A.   I believe at my home address.
 5     Q.   Okay.  Is this -- how long have you been
 6  registered to vote at that address?
 7     A.   Since 2016.
 8     Q.   And more generally how long have you been
 9  registered to vote for?
10     A.   Since I was eighteen.
11     Q.   What political party are you registered
12  for?
13          MS. ROEHRS:  Objection.
14     A.   I honestly don't remember at the moment.
15     Q.   Did you vote in the 2020 presidential
16  election?
17     A.   Yes.
18     Q.   Did you vote in person or by mail?
19     A.   In person.
20     Q.   Prior to November of 2020 had you voted in
21  person in any other elections before?
22     A.   Yes.
23     Q.   How many, approximately?
24     A.   I regularly voted in general elections
25  since I was registered to vote.
```

```
 1   says, don't be finessed to giving your private

 2   information, stay safe and beware of vote by mail.

 3   What about this statement in particular do you

 4   believe to be false?

 5        A.    Beware of vote by mail.

 6        Q.    So, the statement of beware of vote by

 7   mail, you believe to be a false statement?

 8              MS. ROEHRS:  Objection.

 9        A.    I believe it to be intimidating, so, yes.

10        Q.    What specifically do you believe about it

11   is intimidating?

12        A.    The admonition to stay safe and to beware.

13        Q.    Specifically, do you feel that that is an

14   intimidating statement?

15              MS. ROEHRS:  Objection.

16        A.    Absolutely.  It implies that there is

17   something unsafe and something to be wary of.

18        Q.    So, by telling someone -- is it your

19   testimony by telling someone to stay safe, that that

20   is an intimidating statement?

21              MS. ROEHRS:  Objection.

22        A.    No.

23        Q.    Were you personally intimidated by the

24   robocall?

25              MS. ROEHRS:  Objection.
```

```
 1     A.   Yes.
 2     Q.   How so?
 3     A.   I found that it sounded very scary and
 4  threatening and made me not sure that I could trust
 5  that methods of voting were not being targeted for
 6  partisan reasons.
 7     Q.   So, you recognized, is it fair to say --
 8          MR. KLEINMAN:  Withdrawn.
 9     Q.   When you received the robocall you
10  believed its contents to be false though, correct?
11     A.   Correct.
12     Q.   Okay.  Yet, is fair to say that you were
13  never the less intimidated by what you believed to
14  be false statements?
15          MS. ROEHRS:  Objection.
16     A.   The fact that someone would go to efforts
17  to create this call made me very concerned about
18  whether or not there would be tampering.
19     Q.   Do you think there was any legitimacy
20  behind those concerns about tampering?
21          MS. ROEHRS:  Objection.
22     A.   I don't know.
23     Q.   Is it fair to say you'd be grateful if
24  there was truth behind the fact that your vote could
25  be tampered with and you were warned about such
```

```
 1      A.   Correct.
 2      Q.   And prior to receiving the robocall you
 3 had --
 4           MR. KLEINMAN:  Withdrawn.
 5      Q.   Prior to receiving the robocall did you
 6 hear any report about any kind of concern, other
 7 people expressing concerns about mail-in voting?
 8           MS. ROEHRS:  Objection.
 9      A.   I don't remember.
10      Q.   Did you read any literature or anything
11 regarding mail-in voting prior to receiving the
12 robocall?
13           MS. ROEHRS:  Objection.
14      A.   I don't remember.
15      Q.   Why did you vote in-person in the 2020
16 presidential election?
17      A.   Because it seemed like the safest option.
18      Q.   Why did it seem like the safest option?
19      A.   Because I could watch my ballot be
20 counted.
21      Q.   Okay.  So, is it fair to say that you
22 thought voting in person was safer than voting by
23 mail?
24      A.   Yes.
25      Q.   Did your decision to vote in person have
```

1   anything to do with the robocall?

2        A.   Yes.

3        Q.   What?

4        A.   Again, I was concerned that mail-in voting

5   was potentially being targeted.

6        Q.   Who is Yael Cohen?

7        A.   A friend.

8        Q.   Okay.  Why did you feel, why did you

9   decide to play the robocall for him?

10       A.   I thought he would find it interesting.

11       Q.   Why did you think he would find it

12  interesting?

13       A.   Because of my personal experience.

14       Q.   What specifically about your personal

15  experience with Mr. Cohen made you think he would

16  find it interesting?

17       A.   Our friendship.

18       Q.   Okay.  What about your friendship with Mr.

19  Cohen made you think he would find it interesting?

20       A.   My opinion of him as my friend and what he

21  would find interesting.

22       Q.   Was there something about Mr. Cohen's

23  background in particular that you believed he would

24  find this interesting?

25       A.   No.

```
1    personally besides what you've already told me?
2         A.   It was very distressing.
3         Q.   Aside from being distressing how did you
4    it effect you?
5         A.   It changed the way I planned to vote in
6    the 2020 election.
7         Q.   Anything else?
8         A.   Again, it just made me deeply concerned
9    about our election process.
10        Q.   Do you believe the robocall was designed
11   to target a particular group of voters?
12             MS. ROEHRS:  Objection.
13        A.   I don't know.
14        Q.   Do you believe the robocall was racially
15   motivated?
16             MS. ROEHRS:  Objection.
17        A.   I don't know.
18        Q.   You understand that a basis of this
19   lawsuit is that the robocall was racially motivated?
20             MS. ROEHRS:  Objection.
21        A.   I can't speculate.
22        Q.   Well, I'm not asking you to speculate.
23   I'm asking whether you know the basis of the lawsuit
24   is that the robocall was racially motivated?
25        A.   I'm not sure I agree with that.  I believe
```

```
 1   with this group of five people four to five times
 2   per week in person?
 3            MS. ROEHRS:  Objection.
 4       A.   He's better at remembering those sort of
 5   things.
 6       Q.   Do you have any reason to doubt Mr.
 7   Steinberg's testimony?
 8       A.   No.
 9       Q.   In August of 2020 did you leave your house
10   to go grocery shopping?
11       A.   No.
12       Q.   Okay.  In August of 2020 did you leave
13   your house for any reason other than to socialize
14   with this group of approximately five people?
15       A.   I don't remember.
16       Q.   Between August of 2020 and March --
17            MR. KLEINMAN:  Withdrawn.
18       Q.   Between August of 2020 and December of
19   2020 --
20            MR. KLEINMAN:  Withdrawn.
21       Q.   Between August of 2020 and March of 2021,
22   besides the five person social group what other
23   reasons, if any, did you leave your house?
24            MS. ROEHRS:  Objection.
25       A.   Just to go for a walk.
```

```
 1

 2                    C E R T I F I C A T I O N

 3

 4

 5        THIS IS TO CERTIFY, THAT I, DEIRDRE M. SMITH,

 6   on Monday, May 9th of 2022, reported the proceedings

 7   contained in the foregoing 84 pages at the time and

 8   place as set forth in the heading in the foregoing

 9   matter.  That the transcript is a true and accurate

10   transcription of my stenographic notes, using

11   Computer Aided Transcription, to the best of my

12   ability.

13        IN WITNESS WHEREOF, I have hereunto set my had

14   this 23rd day of May, 2022.

15
                         [signature: Deirdre Smith]
16                       _____

17                       Deirdre M. Smith

18

19

20

21

22

23

24

25
```