# EXHIBIT 36

SKIP TO MAIN CONTENT

# Voter Registration and Poll Site Search Results

**Polling Place Information**

**Early Voting Poll Site**

You can vote at any of the following polling places. Please select a polling place from the list below for the complete details. If you have any questions, follow this link through to your County Board of Elections (https://publicreporting.elections.ny.gov/CountyBoardRoster/CountyBoardRoster?county_in=Rockland ) website.

Select early voting polling place

**Election Day Poll Site**

This is the current polling place assigned to "64 COLLYER AVE, NEW CITY 10956-3218" by your County Board of Elections as of 01/31/2019

**ST AUGUSTINE CHURCH**
**140 MAPLE AVE**
**NEW CITY, 10956**   Get Directions (https://www.google.com/maps/place/140 MAPLE AVE, NEW CITY, 10956)



140 Maple Ave
View larger map

Map data ©2021

**Voter Information**

**Name :**  WINTER, MARY E
**Address :**  64 COLLYER AVE, NEW CITY 10956-3218

CONFIDENTIAL
WINTER007

**Mailing Address (if any) :**
**Political Party :** Democratic
**Voter Status :** Active

## Voter District Information

**Election District :** 16
**County Legislative District :** 5
**Senate District :** 38
**Assembly District :** 96
**Congressional District :** 17
**Town :** Clarkstown
**Ward :** 001

**Primary Election 2021 (06/22/2021)**

**Judicial Delegates - 9th Judicial District (Vote for any 12)**

| | | |
|---|---|---|
| Elana L. Yeger | - | Democratic |
| Schenley D. Vital | - | Democratic |
| Richard C. Diaz | - | Democratic |
| Nicole M. Doliner | - | Democratic |
| Edward J. Guardaro, Jr. | - | Democratic |
| Kenneth P. Zebrowski | - | Democratic |
| Kristen Zebrowski Stavisky | - | Democratic |
| Meghan T. Furcick | - | Democratic |
| Howard T. Phillips, Jr. | - | Democratic |
| Joseph N. Hood, IV | - | Democratic |
| Justin L. Sweet | - | Democratic |
| Robert R. D'Amello | - | Democratic |
| Patrick Carroll | - | Democratic |

New Search

CONFIDENTIAL WINTER008

CONFIDENTIAL
WINTER009