# EXHIBIT 38

ROCKLAND CO. BOARD OF ELECTIONS
CONDADO DE ROCKLAND JUNTA DE ELECCIONES
11 NEW HEMPSTEAD ROAD
NEW CITY, N.Y. 10956

RETURN SERVICE REQUESTED

♿ Handicapped Accessible
Acceso para discapacitados

RESIDENCE ADDRESS
DIRECCIÓN DEL DOMICILIO

64 COLLYER AVE
NEW CITY NY 10956

**2021 ELECTIONS**
**ELECCIONES DE 2021**

Federal/State/Local Primary June 22, 2021. You must be enrolled in a Party having a Primary.
Primaria Federal/Estatal/Local el 22 de junio de 2021. Usted tiene que estar suscrito a un partido que llevará a cabo elecciones primarias.

General Election November 2, 2021.
Elecciones Generales 2 de noviembre de 2021.

Postmaster please deliver by April 15, 2021

**OFFICIAL ELECTION MAIL**
Authorized by the U.S. Postal Service ®

YOUR POLLING PLACE MAY HAVE CHANGED.
YOU NOW VOTE AT
SU LUGAR DE VOTACIÓN
PUEDEN HABER CAMBIADO.
AHORA VOTE EN ▼

ST AUGUSTINE CHURCH
140 MAPLE AVE
NEW CITY, NY 10956

| 1157317 | Clarkstown |

Your Election District is ↓  016

91910    ******AUTO**5-DIGIT 10962   T91   P1
GENE STEINBERG
PO BOX 666
NEW CITY, NY 10956-0666

Non-Profit Org
US Postage
PAID
Albany NY
Permit 1132

CONFIDENTIAL
STEINBERG005