# EXHIBIT 41





CONFIDENTIAL

DANIEL002