# EXHIBIT 42

# CONFIDENTIAL



## Transcript of **Andrea Sferes**

Tuesday, April 19, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115542

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   --------------------------------------------------------

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
 5   WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
     ANDREA SFERES,
 6

 7                          Plaintiffs,

 8
                              -and-
 9

10   People of the STATE OF NEW YORK, by its Attorney
     General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11   STATE OF NEW YORK

12                            -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                          Defendants.

16   --------------------------------------------------------

17

18        Deposition of ANDREA SFERES taken via Zoom on

19   Tuesday, April 19, 2022 at 10:00 a.m., before

20   Deirdre Smith, a stenographer and notary public

21   within and for the State of New York.

22

23

24                        CONFIDENTIAL

25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   A P P E A R A N C E S
 2
 3   ORRICK HERRINGTON & SUTCLIFFE, LLP
 4   51 West 52nd Street
 5   New York, NY 10019-6142
 6   Appearing on behalf of the Plaintiff
 7   Phone: (617) 880-1800
 8   Email:   aaron.gold@orrick.com
 9            franklin.monsour@orrick.com
10            rlind@orrick.com
11   BY:     AARON GOLD, ESQ.
12           FRANKLIN MONSOUR, ESQ.
13           RYAN LIND, ESQ.
14
15
16   GERSTMAN SCHWARTZ LLP
17   Appearing on behalf of the Defendant
18   60 E. 42nd Street, Suite 4700 Office 21
19   New York, NY 10165
20   Phone:(212) 227-7070
21   Email:   nepstein@gerstmanschwartz.com
22   BY:     NICOLE EPSTEIN, ESQ.
23
24
25
```

```
 1   A P P E A R A N C E S

 2

 3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

 4   Appearing on behalf of Plaintiff

 5   1500 K Street NW

 6   Suite 900

 7   Washington, DC 20005

 8   BY:     MARC EPSTEIN

 9           ADONNE WASHINGTON

10           DAVID BRODY

11

12

13   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

14   Appearing on behalf of Plaintiff

15   28 Liberty Street

16   Floor 18, New York, NY 10005-1495

17   Phone: (212) 416-6046

18   BY:     COLLEEN FERITY

19

20

21

22

23

24

25
```

```
 1     A.   (212)475-0890.
 2     Q.   And what is your race or ethnicity?
 3          MR. EPSTEIN:  Objection.
 4     A.   Caucasian.
 5     Q.   Are you registered voter?
 6     A.   Yes.
 7     Q.   And where are you registered to vote?
 8     A.   In Westchester.
 9     Q.   And what is your voter registration
10  address?
11     A.   22 Wakeman Road, South Salem, New York,
12  10510.
13     Q.   What political party are you registered to
14  vote for?
15     A.   Democratic.
16     Q.   How long have you been registered as a
17  Democrat?
18     A.   Thirty-nine years.
19     Q.   And what is your primary address for tax
20  purposes?
21          MR. EPSTEIN:  Objection.
22     A.   22 Wakeman Road, South Salem, New York,
23  10510.
24     Q.   Did you vote in the 2020 presidential
25  election?
```

```
 1     Q.   And do you currently know who Jack Burkman
 2  is?
 3     A.   Yes.
 4     Q.   And have you ever met Mr. Burkman?
 5     A.   I have not.
 6     Q.   Have you ever spoken to Mr. Burkman
 7  before?
 8     A.   No.
 9     Q.   Have you ever attempted to meet or speak
10  to Mr. Burkman?
11     A.   No.
12     Q.   And are you alarmed when you hear a
13  campaign add that you believe to be false?
14          MR. EPSTEIN:  Objection.
15     A.   I can be.
16     Q.   Why?
17     A.   Because I feel that it's wrong to
18  disseminate false information to the public.
19     Q.   But would you agree that we hear a lot of
20  these falsehoods in these campaigns and political
21  cycles?
22          MR. EPSTEIN:  Objection.
23     A.   Only recently.
24     Q.   Until only recently do you believe that
25  everything you hear in a campaign that is said is
```

Andrea Sferes    Confidential    4/19/2022
Case 1:20-cv-08668-JSR   Document 216-42   Filed 07/29/22   Page 8 of 10
Page 43

1      A.   I had a reaction, momentarily, that did
2  make me feel scared, yes.
3      Q.   And why?  Can you just explain that?
4      A.   I had some outstanding medical debt that I
5  was just like kind of questioning because I heard
6  this said, you know, in the call, I was just
7  questioning whether that was true or not,
8  momentarily, and I, yeah.
9      Q.   And then you came to the conclusion that
10 it was not true?
11     A.   Yes.
12     Q.   And how did you come to that conclusion?
13     A.   I thought about it, then came to that
14 conclusion.
15     Q.   Do you think the robocall was designed or
16 created to be scary?
17          MR. EPSTEIN:  Objection.
18     A.   Can you be more specific?
19     Q.   Do you believe that the intention behind
20 creating the robocall was to scare people?
21          MR. EPSTEIN:  Objection.  Calls for
22     speculation.
23     A.   I believe the intention was to scare
24 people away from voting by mail.
25     Q.   Do you think the robocall was designed to

```
 1   of the word, dangerous, do you associate that word
 2   with physical harm?
 3        A.   Yes.
 4        Q.   You were also asked earlier whether the
 5   call was --
 6             MR. EPSTEIN:  Strike that.
 7        Q.   You were asked earlier whether you were
 8   intimidated by the call.  You were also asked
 9   earlier whether you were threatened by the call.
10   Did the call cause you to feel anxiety?
11        A.   Yes.
12        Q.   Did you feel nervous because of the call?
13        A.   Yes.
14             MR. EPSTEIN:  No more questions.
15   REDIRECT BY
16   MS. NICOLE EPSTEIN:
17        Q.   Ms. Sferes, when you say you felt nervous
18   from the call how long, approximately, did you feel
19   nervous for?
20        A.   I would say a couple days.
21        Q.   So, you felt nervous even though you
22   stated that you knew it was false, since you posted
23   it on the your Facebook page immediately after
24   receiving the call.  So you were still nervous even
25   though you knew it was false?
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1
 2                C E R T I F I C A T I O N
 3
 4
 5        THIS IS TO CERTIFY, THAT I, DEIRDRE M. SMITH,
 6   on Tuesday, April 19th of 2022, reported the
 7   proceedings contained in the foregoing 64 pages at
 8   the time and place as set forth in the heading in
 9   the foregoing matter.  That the transcript is a true
10   and accurate transcription of my stenographic notes,
11   using Computer Aided Transcription, to the best of
12   my ability.
13        IN WITNESS WHEREOF, I have hereunto set my had
14   this 29th day of April, 2022.
15
16                         [signature]
17                         Deirdre M. Smith
18
19
20
21
22
23
24
25
```