# EXHIBIT 43

SKIP TO MAIN CONTENT

## Voter Registration and Poll Site Search Results

**Polling Place Information**

**Early Voting Poll Site**

You can vote at any of the following polling places. Please select a polling place from the list below for the complete details. If you have any questions, follow this link through to your County Board of Elections (https://publicreporting.elections.ny.gov/CountyBoardRoster/CountyBoardRoster?county_in=Westchester ) website.

Select early voting polling place

**Election Day Poll Site**

This is the current polling place assigned to "22 WAKEMAN RD, SO SALEM 10590" by your County Board of Elections as of 08/27/2020

**MEADOW POND ELEMENTARY SCHOOL**
**185 SMITHRIDGE RD**
**LEWISBORO, 10590**   Get Directions (https://www.google.com/maps/place/185 SMITHRIDGE RD, LEWISBORO, 10590)



185 Smith Ridge ...
View larger map

Map data ©2022

**Voter Information**

**Name :**   SFERES, ANDREA E

CONFIDENTIAL
SFERES005

**Address :**  22 WAKEMAN RD, SO SALEM 10590
**Mailing Address (if any) :**
**Political Party :**  Democratic
**Voter Status :**  Active

### Voter District Information

**Election District :**  6
**County Legislative District :**  2
**Senate District :**  42
**Assembly District :**  93
**Congressional District :**  18
**Town :**  LEWB
**Ward :**

New Search

CONFIDENTIAL
SFERES006