# EXHIBIT 45

# CONFIDENTIAL



## Transcript of **Karen Slaven**

Friday, April 8, 2022

*National Coalition on Black Civic Participation, et al.*
*v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115990

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   ---------------------------------------------X
     NATIONAL COALITION ON BLACK CIVIC
 3   PARTICIPATION, MARY WINTER, GENE STEINBERG,
     NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE
 4   KENNEDY, EDA DANIEL, AND ANDREA SFERES,
                                   Plaintiffs,
 5                             Civil Action No.:
                               20-cv-8668 (VM)(OTW)
 6   People of the STATE OF NEW YORK, by its
     attorney general, LETITIA JAMES, ATTORNEY
 7   GENERAL OF THE STATE OF NEW YORK,
                 v.
 8   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN &
     ASSOCIATES, LLC, PROJECT 1599, MESSAGE
 9   COMMUNICATIONS, INC., ROBERT MAHANIAN, and JOHN
     and JANE DOES 1-10,
10                                 Defendants.
     ---------------------------------------------X
11                      April 8, 2022
                        3:48 p.m.
12

13

14        REMOTE CONFIDENTIAL EXAMINATION BEFORE

15   TRIAL of KAREN SLAVEN, the Plaintiffs in the

16   above-entitled action, taken on behalf of the

17   Defendants, held at the above date and time,

18   and taken before Dorene Glover, an RSR Reporter

19   and Notary Public within and for the State of

20   New York.

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3   ORRICK, HARRINGTON & SUTELIFFE
        Attorneys for Plaintiffs
 4      51 West 52nd Street
        New York, New York 10019
 5      BY: AARON GOLD, ESQ.
            RYAN LIND, ESQ.
 6

 7

     GERSTMAN SCHWARTZ, LLP.
 8      Attorneys for Defendants
        60 East 42nd Street
 9      New York, New York 10165
        BY: RANDY KLEINMAN, ESQ.
10          DAVID SCHWARTZ, ESQ.

11

12   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
        1500 K Street, NW
13      Washington, DC 20005
        BY: DAVID BRODY, ESQ.
14

15
     NYS Office of Attorney General
16      Attorneys for Defendants
        28 Liberty Street
17      New York, New York 10005
        BY: RICK SAWYER, ESQ.
18          COLLEEN FAHERTY, ESQ.

19

20

21

22

23

24

25
```

Karen Slaven     CONFIDENTIAL     4/8/2022
Case 1:20-cv-08668-JSR   Document 216-45   Filed 07/29/22   Page 5 of 9
Page 12

```
1         Q.    Where do you work?
2         A.    Key Bank.
3         Q.    What do you do for them?
4         A.    I'm a data analyst programmer.
5         Q.    How long have you been doing that
6    for?
7         A.    With Key Bank.
8         Q.    Yes.
9         A.    Since 1997, I believe.
10        Q.    What is your race or ethnicity?
11        A.    Caucasian.
12        Q.    What are your current policy
13   affiliations?
14        A.    What I'm registered as?
15        Q.    Okay, that's one question.
16        A.    I'm registered as a democrat.
17        Q.    So is it fair to say you are
18   registered to vote?
19        A.    Correct.
20        Q.    What is your vote or registration
21   address?
22        A.    My home address.
23        Q.    How long have you been registered
24   as a democrat for approximately?
25        A.    35 years, 40 years.
```

```
 1              MR. GOLD:  Objection.
 2         A.   It's my opinion based on who I know
 3   received the call and who I know that did not.
 4         Q.   Who do you know that received the
 5   call?
 6         A.   A lot of people in East Cleveland.
 7         Q.   Specifically who?
 8         A.   Our house, Eda's house.  I heard
 9   other people talking about it at meetings.  I
10   know it was hit in East Cleveland.
11         Q.   The people that you heard talking
12   about it at the meetings, did any of them --
13   are any of them members of a minority
14   community?
15         A.   Yes.
16         Q.   Have you personally spoken to
17   anyone in the Black community who received this
18   call?
19         A.   No.
20         Q.   Why not?
21         A.   I just haven't.
22         Q.   You were angered by it, though?
23         A.   Yes.
24         Q.   You thought it was designed to
25   target the Black community, why didn't you
```

```
 1   EXAMINATION BY
 2   MR. GOLD:
 3         Q.    Ms. Slaven, thank you again.  Can
 4   you now please turn to the final page of the
 5   complaint.  I believe it's Exhibit C.
 6         A.    Okay.
 7         Q.    Can you tell me whose the name of
 8   the person who is signed that?
 9         A.    Julie Corcova (phonetic).
10         Q.    Thank you.  We can go to I think it
11   might be Exhibit D bate-stamped, Slaven 0143.
12   Can you see that?
13         A.    Yes.
14         Q.    Could you read the first two
15   sentences?
16         A.    Thank you for registering your
17   phone number with the national do not call
18   registry.  You successfully registered your
19   phone number ending in 8536 on July 6th, 2003.
20         Q.    Can you please again for the record
21   restate your home phone number?
22         A.    216-321-8536.
23         Q.    You testified earlier that you do a
24   lot of work to promote voter registration and
25   to help people vote?
```

1  A. Yes.

2  Q. Can you please tell us more about
3  that, why is it important?

4  A. Because I think everyone should
5  participate in the voting process that's what
6  forms a democracy.

7  Q. When you heard the Robocall, how
8  did that make you feel about your work to
9  promote voting?

10  A. Pretty angry and frustrated that I
11  spend hours and hours trying to walk around
12  neighborhoods and educate people and then to
13  have something like that to go out and to
14  intimidate those people not to vote.

15  MR. GOLD: Understood. I don't
16  have any further questions at this time.

17  EXAMINATION BY
18  MR. KLEINMAN:

19  Q. I just have one.

20  Ms. Slaven, one last question, do
21  you know who bears the burden of ensuring that
22  numbers registered to the do-not-call registry
23  do not receive Robocalls?

24  MR. GOLD: Objection. Calls for a
25  legal conclusion.

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

C E R T I F I C A T E

STATE OF NEW YORK    )
                                ss.:
COUNTY OF BRONX      )

I, DORENE GLOVER, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of April, 2022.

_____
DORENE GLOVER

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)