# EXHIBIT 46

| voter_id_org | state_id | city | ward | pct | name_last | name_first | name_middle | name_suffix | Status |
|---|---|---|---|---|---|---|---|---|---|
| 112132 | OH0014502823 | EAST CLEVELAND | 3 | C | KENNEDY | KATHLEEN | E | | A |
| 112315 | OH0014502932 | EAST CLEVELAND | 3 | C | SLAVEN | KAREN | L | | A |

CONFIDENTIAL
KENNEDY001

| party | Registration Date | Last Registration Date | house_no | pre_dir | street | apartment | zip | birth_date |
|---|---|---|---|---|---|---|---|---|
| DEM | 1/1/1901 | 1/1/1900 | 16225 | | BREWSTER RD | | 44112 | 1947 |
| DEM | 1/1/1901 | 1/1/1900 | 16225 | | BREWSTER RD | | 44112 | 1963 |

CONFIDENTIAL
KENNEDY002

| voter_id | source | S_03_16_2021 | S_02_23_2021 | G_11_03_2020 | S_08_04_2020 | P_03_17_2020 |
|---|---|---|---|---|---|---|
| 5 - RECEIVED IN MAIL | 112132 | | | Y | | D |
| 4 - RECEIVED AT REGISTRATION COUNTER | 112315 | | | Y | | D |

CONFIDENTIAL
KENNEDY003

| G_11_05_2019 | P_09_10_2019 | P_05_07_2019 | G_11_06_2018 | P_05_08_2018 | S_12_05_2017 | G_11_07_2017 | P_09_12_2017 | P_05_02_2017 |
|---|---|---|---|---|---|---|---|---|
| Y | | | | Y | D | | Y | D |
| Y | | | | Y | D | | Y | D |

CONFIDENTIAL
KENNEDY004

| S_12_06_2016 | G_11_08_2016 | S_08_02_2016 | S_06_21_2016 | P_03_15_2016 | S_12_08_2015 | G_11_03_2015 | P_09_08_2015 | P_05_05_2015 |
|---|---|---|---|---|---|---|---|---|
| Y | Y | | Y | D | Y | Y | | |
| Y | Y | | Y | D | Y | Y | | |

CONFIDENTIAL
KENNEDY005

| S_02_03_2015 | G_11_04_2014 | S_09_23_2014 | S_08_05_2014 | P_05_06_2014 | G_11_05_2013 | P_10_01_2013 | P_09_10_2013 | S_08_06_2013 |
|---|---|---|---|---|---|---|---|---|
| | Y | | | | D | Y | D | |
| | Y | | | | D | Y | D | |

CONFIDENTIAL
KENNEDY006

| P_05_07_2013 | G_11_06_2012 | S_08_07_2012 | P_03_06_2012 | G_11_08_2011 | P_09_13_2011 | S_08_02_2011 | P_05_03_2011 | S_02_08_2011 |
|---|---|---|---|---|---|---|---|---|
| | Y | | D | Y | | | | |
| | Y | | D | Y | | | | |

CONFIDENTIAL
KENNEDY007

| G_11_02_2010 | P_09_07_2010 | S_08_03_2010 | P_05_04_2010 | G_11_03_2009 | P_09_29_2009 | P_09_08_2009 | S_08_04_2009 | P_05_05_2009 |
|---|---|---|---|---|---|---|---|---|
| Y | D |   | D | Y | D |   |   |   |
| Y | D |   | D | Y | D |   |   |   |

CONFIDENTIAL
KENNEDY008

| S_02_03_2009 | SG_12_23_2008 | SG_11_18_2008 | G_11_04_2008 | SP_10_14_2008 | S_08_05_2008 | SG_04_22_2008 | P_03_04_2008 | SG_12_18_2007 |
|---|---|---|---|---|---|---|---|---|
| | Y | Y | D | | | D | | Y |
| | Y | Y | D | | | D | | Y |

CONFIDENTIAL
KENNEDY009

| G_11_06_2007 | P_10_02_2007 | P_09_25_2007 | P_09_18_2007 | P_09_11_2007 | S_08_07_2007 | SG_07_03_2007 | P_05_08_2007 | G_11_07_2006 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Y | |
| | | | | | | | Y | |

CONFIDENTIAL
KENNEDY010

| S_02_06_2007 | S_08_08_2006 | P_05_02_2006 | S_02_07_2006 | City School District | Congressional District | House District | Senate District | Judicial District |
|---|---|---|---|---|---|---|---|---|
| | | | Y | ECLE CSD | CONG 11 | HSE 08 | SEN 25 | ECL MCD | CCD 10 |
| | | D | Y | ECLE CSD | CONG 11 | HSE 08 | SEN 25 | ECL MCD | CCD 10 |

CONFIDENTIAL
KENNEDY011

County Council District

CONFIDENTIAL
KENNEDY012