# EXHIBIT 48



# Transcript of **Kate Kennedy**

Friday, April 8, 2022

*National Coalition on Black Civic Participation, et al.*
*v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 114859

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   ---------------------------------------------X
     NATIONAL COALITION ON BLACK CIVIC
 3   PARTICIPATION, MARY WINTER, GENE STEINBERG,
     NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE
 4   KENNEDY, EDA DANIEL, AND ANDREA SFERES,
                                   Plaintiffs,
 5                            Civil Action No.:
                              20-cv-8668 (VM)(OTW)
 6   People of the STATE OF NEW YORK, by its
     attorney general, LETITIA JAMES, ATTORNEY
 7   GENERAL OF THE STATE OF NEW YORK,
               v.
 8   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN &
     ASSOCIATES, LLC, PROJECT 1599, MESSAGE
 9   COMMUNICATIONS, INC., ROBERT MAHANIAN, and JOHN
     and JANE DOES 1-10,
10                               Defendants.
     ---------------------------------------------X
11                    April 8, 2022
                      1:04 p.m.
12

13

14        REMOTE EXAMINATION BEFORE TRIAL of KATE

15   KENNEDY, the Plaintiffs in the above-entitled

16   action, taken on behalf of the Defendants, held

17   at the above date and time, and taken before

18   Dorene Glover, an RSR Reporter and Notary

19   Public within and for the State of New York.

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3   ORRICK, HARRINGTON & SUTELIFFE
        Attorneys for Plaintiffs
 4      51 West 52nd Street
        New York, New York 10019
 5      BY: AARON GOLD, ESQ.
            RYAN LIND, ESQ.
 6

 7

 8   GERSTMAN SCHWARTZ, LLP.
        Attorneys for Defendants
 9      60 East 42nd Street
        New York, New York 10165
10      BY: DAVID SCHWARTZ, ESQ.
            RANDY KLEINMAN, ESQ.
11

12
     LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
13      1500 K Street, NW
        Washington, DC 20005
14      BY: DAVID BRODY, ESQ.

15

16   NYS Office of Attorney General
        Attorneys for Defendants
17      28 Liberty Street
        New York, New York 10005
18      BY: RICK SAWYER, ESQ.
            COLLEEN FAHERTY, ESQ.
19

20

21

22

23

24

25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1        Q.   What is your race or ethnicity?
 2        A.   I'm a Caucasian, a White person.
 3        Q.   And what are your current political
 4   affiliations?
 5             MR. GOLD:  Objection.  You may
 6        answer.
 7        A.   Yes, I'm a member of the democratic
 8   party.
 9        Q.   Are you a registered voter?
10        A.   I am.
11        Q.   Where are you registered to vote?
12        A.   In East Cleveland, Ohio.
13        Q.   And your voter registration
14   address, is that the same address that you gave
15   to Ms. Glover in the beginning?
16        A.   Yes.
17        Q.   How long have you been a registered
18   democrat?
19        A.   I don't really know.
20        Q.   Did you vote in -- well, is it over
21   20 years?
22             MR. GOLD:  Objection.
23        Q.   If you know.
24        A.   I don't know.
25        Q.   Is it over 10 years?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1          A.   Yes.
 2          Q.   Did you vote in the 2020
 3   presidential election?
 4          A.   Yes, I did.
 5          Q.   Did you vote in person?
 6          A.   Did I vote in person?
 7          Q.   Yes.
 8          A.   No.
 9          Q.   How did you vote?
10          A.   I voted by mail.
11          Q.   Had you voted in person for other
12   federal, state or local elections in the past?
13          A.   Absolutely, yes.
14          Q.   Have you voted in person for any
15   federal, state or local election taking place
16   after the 2020 presidential election?
17          A.   Have I -- did you say have I voted
18   by mail or in person?
19          Q.   In person after the 2020 election?
20          A.   I voted in person in the last
21   election that we had 2021, I think.
22          Q.   Who did you vote for for president
23   in the 2020 presidential election?
24               MR. GOLD:  Objection.
25          A.   Joe Biden.
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    A.   That you will stay safe.  In other
2  words, nothing bad will happen to you if you
3  don't vote by mail.
4    Q.   And how did this Robocall impact
5  your life?
6    A.   It made me it upset me.  It made me
7  angry that people are being -- I thought they
8  were being lied to.  I still think so.  Things
9  are being, you know, pretty much out of
10 proportion to get people some other way or no
11 way at all to vote.
12   Q.   Besides this Robocall, were there
13 other avenues of communication that you heard
14 that you felt were lies about the 2020
15 presidential election?
16   A.   Absolutely.
17   Q.   What were they?
18   A.   Oh, geez, I don't know.  I mean, is
19 two large parties were completely at odds with
20 one another.  So somebody had to be lying.
21   Q.   So you think with all the
22 communication that took place at the 2020
23 election, that one side was lying and one side
24 was telling the truth?
25        MR. GOLD:  Objection.

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                MR. SCHWARTZ:  Appreciate it.
 2       Thank you very much, Ms. Kennedy.  The
 3       defendants are done with their
 4       questioning.  I don't know if anyone
 5       else has any questions for the witness.
 6                MR. GOLD:  We're going to take a
 7       break.
 8                (Whereupon, a short break was
 9       taken.)
10  EXAMINATION BY
11  MR. GOLD:
12       Q.   Ms. Kennedy, how did you feel when
13  you heard the Robocall how did it make you
14  feel?
15       A.   I felt real kind of annoyed and
16  also angry, frustrated that people would do
17  these things -- kinds of things to manipulate
18  people not to vote.
19       Q.   Why manipulated people not to vote?
20       A.   I think voting is important.  I
21  think if everybody doesn't vote, then we don't
22  get the kind of democracy that we should have.
23  People have a say in things and, you know,
24  things are good for them.  You know the
25  American dream can be done in a lot of ways.
```

```
 1                  C E R T I F I C A T E
 2
 3   STATE OF NEW YORK        )
                          ss.:
 4   COUNTY OF BRONX          )
 5
 6
 7          I, DORENE GLOVER, a Notary Public for
 8   and within the State of New York, do hereby
 9   certify:
10          That the witness whose examination is
11   hereinbefore set forth was duly sworn and that
12   such examination is a true record of the
13   testimony given by that witness.
14          I further certify that I am not related
15   to any of the parties to this action by blood
16   or by marriage and that I am in no way
17   interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto set
19   my hand this 25th day of April, 2022.
20
21                       _____
22                            DORENE GLOVER
23
24
25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)