# EXHIBIT 49

Confidential



## Transcript of **Sarah Wolff**

Monday, May 2, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115543

Sarah Wolff    Confidential    5/2/2022
Case 1:20-cv-08668-JSR   Document 216-49   Filed 07/29/22   Page 3 of 11
Page 1

```
 1                      CONFIDENTIAL

 2    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - - -

 4    NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
      MARY WINTER, GENE STEINBERG, NANCY HART,
 5    SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY,
      EDA DANIEL, and ANDREA SFERES,
 6
                           Plaintiffs,
 7
                 -and-
 8
      People of the STATE OF NEW YORK, by its attorney
 9    general, LETITIA JAMES, ATTORNEY GENERAL OF THE
      STATE OF NEW YORK,
10
                           Civil Action No.
11         -vs-            1:20-cv-08668-VM-OTW

12

13    JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
      LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14    ROBERT MAHANIAN, and JOHN and JANE DOES 1-10,

15                         Defendants.
      - - - - - - - - - - - - - - - - - - - - - - - - -
16

17    TRANSCRIPT of the stenographic notes of

18    the REMOTE VIDEOCONFERENCED deposition of SARAH

19    WOLFF in the above-entitled matter, as taken by and

20    before CHRISTINA COCHRAN, a Court Reporter and

21    Notary Public of the State of New York, held on May

22    2, 2022, commencing at 2:00 p.m., pursuant to

23    Notice.

24

25
```

```
 1                    CONFIDENTIAL
 2   A P P E A R A N C E S:
 3   (ALL APPEARANCES ARE VIA REMOTE VIDEOCONFERENCE
 4   AND/OR TELEPHONE)
 5
 6   OORICK, HERRINGTON & SUTCLIFFE, LLP
 7        Attorneys for Plaintiff
 8        51 West 52nd Street
 9        New York, New York 10019
10   BY:  BRITTANY ROEHRS, ESQ.
11        (212) 506-5162
12        Broehrs@orrick.com
13
14   GERSTMAN SCHWARTZ, LLP
15        Attorney for Defendants
16        60 East 42nd Street, Suite 4700, Office 21
17        New York, New York 10165
18   BY:  RANDY E. KLEINMAN, ESQ.
19        (212) 227-7070
20        RKleinman@GerstmanSchwartz.com
21
22   ALSO PRESENT:
23   Marc Epstein, Esq., Attorney for Plaintiff
24   Franklin Monsour, Esq., Attorney for Plaintiff
25   Colleen Faherty, Office of The Attorney General
```

```
 1                    CONFIDENTIAL
 2   question.
 3        Q.    Sure.  Do you compile the material and
 4   give that to reporters or what exactly do you mean?
 5        A.    I bring video in from different places
 6   and if anyone needs it, they can use it.
 7        Q.    Got it.  What is your race?
 8        A.    I am Caucasian.
 9        Q.    And what is your ethnicity?
10              MS. ROEHRS:  Objection.
11        A.    I am not -- clarify that?  I mean.
12        Q.    Sure.  Are you, is your lineage Eastern
13   European?  Or is it --
14        A.    Yeah.  Yes, Eastern European, Jewish.
15        Q.    Me too.  What are your current political
16   affiliations?
17              MS. ROEHRS:  Objection.
18        Q.    Can you answer.
19        A.    Are you asking how I'm registered to
20   vote?  What party I am registered to veto with?
21   Could you clarify that?
22        Q.    I'd be happy to.  I'll ask a bunch of
23   questions.  First of all, are you registered to
24   vote?
25        A.    Yes.
```

Trustpoint.One | Alderson    www.trustpoint.one
www.aldersonreporting.com    800.FOR.DEPO
(800.367.3376)

```
 1                    CONFIDENTIAL
 2        Q.    And where are you registered to vote
 3   specifically?
 4        A.    In New York City.
 5        Q.    And your voter registration address is
 6   the address you gave on the record before?
 7        A.    Yes.
 8        Q.    And was that the same address that you
 9   were registered at for the November 2020
10   presidential election?
11        A.    Yes.
12        Q.    And what political party are you
13   registered for?
14              MS. ROEHRS:  Objection.  You can answer.
15        A.    I'm registered as a democrat.
16        Q.    How long have you been registered as a
17   democrat?
18              MS. ROEHRS:  Objection.  You can answer.
19        A.    Since I was 18, don't make me do the
20   math, please.
21        Q.    I'm sure that plays real well over at Fox
22   News, too.
23              MS. ROEHRS:  Objection.
24        Q.    You don't need to answer.  Did you vote
25   in the 2020 presidential election?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
1                         CONFIDENTIAL
2        A.     No.
3        Q.     Now, you mentioned before that you
4   studied political science, and I know you work for
5   Fox News, do you consider yourself an expert in
6   politics?
7               MS. ROEHRS:  Objection.
8        A.     I don't consider myself an expert in
9   anything, actually.
10       Q.     Okay, that's fair.  Do you know what
11  happens to the personal information of an individual
12  who utilizes mail-in voting?
13              MS. ROEHRS:  Objection.
14       A.     What happens to the information?  No, I
15  don't know what happens to it.
16       Q.     Just bear with me for a second.
17              How did the robocall impact your life?
18       A.     Well, the day I got the robocall, I was
19  working at home and I answered the call and listened
20  to it and got really angry about the call, basically
21  stopped doing what I was doing, which was my job,
22  and started trying to figure out who the heck to
23  call to report this to.  It made me angry.  It just
24  made me upset that this kind of thing was happening
25  and it's ended up taking some of my time to devote
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
1                      CONFIDENTIAL
2   to working on this and that is fine because I don't
3   think this should keep happening but this seriously
4   pissed me off, this call.  I got really upset and
5   every time I would tell someone about it, I would
6   get all upset again.
7       Q.   Aside from what you just told me, has it
8   personally affected you in any other way?
9       A.   I don't know what you mean by "personally
10  affected".  Other than, like I say, I continue to be
11  angered about this call and what it may or may not
12  have been intended to do and the overall idea that
13  some people are being discouraged from voting.
14      Q.   Have you been diagnosed with any type of
15  psychiatric, psychological or mental health
16  condition as a result of receiving the call?
17           MS. ROEHRS:  Objection.
18      A.   No.
19      Q.   Okay.  Have you sought any mental health
20  treatment as a result of your feelings about the
21  call?
22           MS. ROEHRS:  Objection.
23      A.   No.
24      Q.   And so do you believe that being angry
25  and upset is a valid basis to bring a lawsuit?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                    CONFIDENTIAL
 2            MS. ROEHRS:  Objection.
 3       A.   I don't believe this lawsuit is based on
 4  people being upset, no.  I don't participate in
 5  lawsuits just because I get annoyed.
 6       Q.   So what is your understanding of why you
 7  are participating in this lawsuit?
 8            MS. ROEHRS:  Objection.
 9       A.   My understanding, and what I am trying to
10  do here, is make sure that these kinds of calls stop
11  because they are wrong.
12       Q.   Now, you mentioned that you devoted time
13  as a result of this lawsuit.  Did you lose any
14  income because of that?
15            MS. ROEHRS:  Objection.
16       A.   No.
17       Q.   What damages, if any, did you sustain as
18  a result of this robocall?
19            MS. ROEHRS:  Objection.
20       A.   What do you mean "damages"?
21            MS. ROEHRS:  Objection.
22       Q.   Well, did you, how did you, what injuries
23  if any, did you sustain as a result of this lawsuit?
24            MS. ROEHRS:  Objection.
25       A.   As I have said, this has made me very
```

1                      CONFIDENTIAL

2   upset and angry and I have taken time out from other

3   things that I would be doing to participate in this.

4   It has taken time away from other things.

5              MR. KLEINMAN:  Okay, you know what, it's

6   been just about an hour.  I would love to refill my

7   water.  Do you want to take a quick break?

8              MS. ROEHRS:  Sounds good.

9              THE WITNESS:  Sure.

10             MR. KLEINMAN:  Okay, we'll do 10?  Does

11  10 work for everybody?

12             MS. ROEHRS:  That works.

13             MR. KLEINMAN:  Okay.  We can go off the

14  record.

15             (Recess was taken from 2:59 p.m. until

16  3:09 p.m.)

17  BY MR. KLEINMAN:

18      Q.    Prior to receiving the robocall, had you

19  heard of Jack Burkman?

20      A.    When I heard the name on the call, it

21  sounded vaguely familiar.  I didn't really know why

22  but it just seemed like I had heard the name before.

23      Q.    Okay, but you don't recall one way or the

24  other how or why?

25             MS. ROEHRS:  Objection.

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1
 2   STATE OF NEW YORK      )
 3   COUNTY OF NEW YORK     )
 4
 5         I, CHRISTINA COCHRAN, a shorthand reporter and
 6   Notary Public, do hereby certify that I reported in
 7   shorthand the proceedings had at the Examination
 8   aforesaid, and that the foregoing is a true,
 9   complete and correct transcript of the proceedings
10   of said Examination as appears from my stenographic
11   notes so taken and transcribed under my personal
12   direction.
13         I further certify that I am not a relative or
14   employee of counsel/attorney for any of the parties,
15   nor a relative or employee of such parties, nor am I
16   financially interested in the outcome of the action.
17         WITNESS MY HAND, this day, May 2, 2022.
18
19
20      Christina Cochran      My commission expires:
21      Notary Public          May 2, 2023
22
23
24
25
```