# EXHIBIT 50

YOUR REGISTRATION REMAINS IN EFFECT CHANGES AND / OR CORRECTIONS TO YOUR ADDRESSES ARE INDICATED. / SU INSCRIPCION PERMANECE EN EFECTO. CAMBIOS Y/0 CORRECIONES A SU DIRECCION SE MUESTRAN.

**IMPORTANT INSTRUCTIONS**
If you have an address correction:
*Please fill out and sign bottom portion of reverse side.
*Cut along dotted line and mail

**INSTRUCCIONES IMPORTANTES**
Si usted tiene que corregir su dirección:
*Por favor llene y firme la porción inferior del lado posterior.
*Corte a lo largo de la línea punteada y envié.

| Election District (ED) | Assembly District (AD) | Serial number |
|---|---|---|
| 044 | 75 | 305571671 |

| Congressional District | State Senatorial District | Council District | Civil Court District |
|---|---|---|---|
| 10 | 27 | 03 | 03 |

| Party | | | |
|---|---|---|---|
| Future Party | | | |
| Partido Nuevo | | | |
| DEMOCRATIC | | | Effective Date November 12, 2019 |

Follow signs/ Siga las señales/

Polling Place/ Centro de Votación/
**Church of the Holy Apostles**
**296 9 Avenue New York**

Cut here, keep top portion for your records and return bottom

CONFIDENTIAL
WOLFF002