# EXHIBIT 51

<span style="color:red">Confidential</span>



## Transcript of **Nancy Hart**

Sunday, April 10, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115309

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   -------------------------------------------------------

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY
     WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN
 5   SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,

 6

 7                        Plaintiffs

 8

 9                          -and-

10
     People of the STATE OF NEW YORK, by its attorney general,
11   LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK

12                          -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC
     PROJECT 1599, MESSAGE COMMUNICATIONS, INC., ROBERT MAHANIAN,
14   and JOHN and JANE DOES 1-10,

15
                         Defendants.
16

17   -------------------------------------------------------

18         Deposition of NANCY HART, Plaintiff, herein taken by

19   Defendant, pursuant to Notice via Zoom, on Sunday, April

20   10th, 2022 at 10:00 a.m., before Paula D. Bielat, a

21   shorthand reporter and notary public within and for the

22   State of New York.

23

24

25
```

```
 1    APPEARANCES:

 2


 3
                    ORRICK HERRINGTON & SUTCLIFFE, LLP
 4                  BY: AARON GOLD, ESQ.
                    MARC EPSTEIN, ESQ.
 5                  51 West 52nd Street
                    New York, NY 10019-6142
 6                  Appearing on behalf of the Plaintiff
                    aaron.gold@orrick.com
 7


 8
                    GERSTMAN SCHWARTZ LLP
 9                  BY: RANDY E. KLEINMAN, ESQ.
                    DAVID SCHWARTZ, ESQ.
10                  60 E. 42nd Street, Suite 4700 Office 21
                    New York, NY 10165
11                  Appearing on behalf of the Defendant
                    rkleinman@gerstmanschwartz.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   A     I'm white.
 2   Q     What are your current political affiliations?
 3   MR. GOLD:            Objection.
 4   THE WITNESS:         I'm a registered democrat.
 5   MR. KLEINMAN:        And when you say a registered
 6                        democrat, does that mean you're
 7                        registered to vote?
 8   THE WITNESS:         Yes.
 9   BY MR. KLEINMAN:
10   Q     How long have you been registered to vote for?
11   A     Since I was 18 years old.
12   Q     And have you been registered as a democrat since
13         you've been registered to vote?
14   A     Yes.
15   Q     Did you vote in the 2020 presidential election?
16   A     I did.
17   Q     Did you vote in-person or by mail?
18   A     In-person.
19   Q     Is there a particular reason you decided to vote
20         in-person?
21   A     No.
22   Q     Prior to the November 2020 presidential election,
23         did you vote in-person in other federal, state
24         and local elections?
25   A     Yes.
```

```
 1         knowledge of them, they have promoted falsehoods
 2         in many different areas including this.
 3   Q     Okay.  Is this based on those few things that you
 4         mentioned, you've testified to earlier?
 5   A     Based on having seen many things on Twitter and
 6         in the media.
 7   Q     Is there anything you haven't testified to that
 8         you can recall right now that would lead you to
 9         support that statement?
10   A     Not that I can recall.
11   Q     Okay.  And you understand you're a Plaintiff in
12         this lawsuit, correct?
13   A     Yes.
14   Q     And that this Complaint was filed on your behalf,
15         correct?
16   A     Yes.
17   Q     Aside from what you mentioned, did you conduct
18         your own independent investigation into Mr. Wohl
19         or Mr. Burkman at any point in time?
20   A     No.
21   Q     Can you take a moment, please, to just review
22         Paragraph 100.
23   A     Okay.
24   Q     What irreparable harm did you personally face as
25         a result of the robocall?
```

```
 1   MR. GOLD:           Objection.
 2   THE WITNESS:        I believe there was most likely some
 3                       harm to my credibility having refuted
 4                       these statements numerous times from
 5                       other sources to have them once again
 6                       come up.
 7   MR. KLEINMAN:       Has anyone in particular told you that
 8                       your credibility was diminished
 9                       because of this call?
10   MR. GOLD:           Objection.
11   THE WITNESS:        No.
12   MR. KLEINMAN:       So your belief, that's merely your
13                       opinion, correct?
14   THE WITNESS:        Yes.
15   BY MR. KLEINMAN:
16   Q    Okay.  And this alleged reputational harm, is it
17        permanent?
18   A    Potentially.
19   Q    Do you believe it could be repaired in any way?
20   A    Potentially.
21   Q    Okay.  And how could you potentially repair it?
22   A    That's the question.
23   Q    What effort, if any, have you taken to repair
24        your reputation as a result of this?
25   A    Reiterate the facts that I know and source myself
```

```
 1    BY MR. GOLD:
 2    Q    No?
 3    A    It depend on the location.
 4    Q    Gotcha.  So is it fair to say it can?
 5    A    It can.
 6    Q    How many hours of your personal and professional
 7         time did you spend prior to the 2020 election to
 8         promote civic participation in voting?
 9    A    Probably, maybe thousands.
10    Q    And when you first heard that robocall, how did
11         it make you feel?
12    A    I was frustrated and angry.
13    Q    And why were you frustrated and angry?
14    A    Because again, as I've testified previously, I
15         have spent hours and days and months of my
16         professional career trying to convince people
17         that these things are not true and that they
18         should be registered to vote, they should be
19         voting and then this comes along.  And again,
20         because I have experience with people and how
21         they take in information, obviously I know how
22         this can affect their perception of what I have
23         told them.
24    Q    So you believe, in your view, that the robocall
25         counteracted your professional effort?
```

```
 1   A     Yes.
 2   Q     Why is that?
 3   A     It's a matter of perception.  It's very difficult
 4         to put more faith in the person sitting next to
 5         you than it is to put your faith in a
 6         corporation, so to speak, which is a perception
 7         of people who robocall you.  Most robocalls are
 8         not personally generated, they're generated for a
 9         corporation, organization, pack, whatever, for
10         some sort of gain.
11   MR. GOLD:              I don't think we have any further
12                          questions at this time.
13   MR. KLEINMAN:          Nor do we.  Okay.  Thank you.
14   MR. GOLD:              I'm sorry, one more question.
15   RE-EXAMINATION
16   BY MR. GOLD:
17   Q     When you heard the original robocall, did you
18         believe that was a human voice?
19   A     Yes.
20   Q     Why do you believe that was a human voice?
21   A     Because of the variations in tone and emotion in
22         the speech.
23   Q     In your experience, is a computer generated voice
24         capable of creating such various tones and
25         emotions?
```

Trustpoint.One  Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

C E R T I F I C A T I O N

THIS IS TO CERTIFY, THAT I, PAULA D. BIELAT, on Sunday, April 10th, 2022, reported the proceedings contained in the foregoing 96 pages at the time and place as set forth in the heading in the foregoing matter. That the transcript is a true and accurate transcription of my stenographic notes, using Computer Aided Transcription, to the best of my ability.

PAULA D. BIELAT, Court Reporter

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)