# EXHIBIT 52





HART003
CONFIDENTIAL