# EXHIBIT 55

```
09:11    1                       STATE OF MICHIGAN
                    THIRD JUDICIAL CIRCUIT COURT OF MICHIGAN
         2                        CRIMINAL DIVISION

         3

         4    THE PEOPLE OF THE STATE OF MICHIGAN    File Nos. 20-004636-01-FH
                                                              20-004637-01-FH
         5        v

         6    JOHN BURKMAN,

         7        and

         8    JACOB WOHL,

         9                  Defendants.

        10    _____/

        11
                                 MOTION HEARING (BY ZOOM)
        12            BEFORE THE HONORABLE MARGARET M. VAN HOUTEN
                         Detroit, Michigan - Monday, May 17, 2021
        13

        14    APPEARANCES:

        15    FOR THE PEOPLE:         RICHARD L. CUNNINGHAM (P29735)
                                      WISAM NAOUM (P83335)
        16                            Michigan Department of Attorney General
                                      3030 West Grand Boulevard Suite 10-352
        17                            Detroit, Michigan 48202-6030
                                      (313) 456-0204
        18
              FOR THE DEFENDANTS:     SCOTT GRABEL (P53310)
        19                            Grabel & Associates
                                      124 West Allegan Street Suite 636
        20                            Lansing, Michigan 48933-1707
                                      (800) 342-7896
        21

        22

        23

        24
              COURT REPORTER:         Kim Blackburn, RPR, CSR 7263
        25                            Third Circuit Court
                                      (313) 224-6813
```

1

```
 1                    T A B L E   O F   C O N T E N T S

 2

 3   WITNESSES                                                    PAGE

 4
     None called.
 5

 6

 7

 8
     EXHIBITS     DESCRIPTION              IDENTIFIED        ADMITTED
 9

10   None identified.

11

12

13   OTHER MATERIAL IN TRANSCRIPT

14
     People's 404(b) Motion by Mr. Naoum                              4
15
     Defense Reply to Motion by Mr. Grabel                            9
16
     People's Response by Mr. Naoum                                  13
17
     Defense Response by Mr. Grabel                                  13
18
     Ruling on the Motion                                            13
19
     Defense Motion for Nonstandard Jury Instruction by Mr. Grabel   15
20
     People's Reply by Mr. Cunningham                                23
21
     Defense Response by Mr. Grabel                                  27
22
     People's Response by Mr. Cunningham                             29
23
     Ruling on Motion                                                31
24
     Motion for Stay by Mr. Grabel                                   32
25
     Ruling on Motion                                                32
```

| | | |
|---|---|---|
| 09:48 | 1 | And would you like to respond to the People's argument? |
| 09:48 | 2 | MR. GRABEL: Well, first of all, just briefly, your |
| 09:48 | 3 | Honor. Obviously, we filed briefs. I would incorporate those |
| 09:48 | 4 | briefs in there. I'm sure the Court and staff have read the |
| 09:48 | 5 | briefs. |
| 09:48 | 6 | I'm very familiar with *People v Denson*, your Honor, |
| 09:48 | 7 | because I am the attorney who argued it at the Supreme Court |
| 09:49 | 8 | successfully, so I'm familiar with it. |
| 09:49 | 9 | It was not cited for the proposition as the same |
| 09:49 | 10 | facts. As the Court is aware, every 404(b) case or every case |
| 09:50 | 11 | has different facts. |
| 09:50 | 12 | Obviously, your Honor, I simply cited *Denson* for the |
| 09:50 | 13 | tenets that it stands for that the Court should be mindful of, |
| 09:50 | 14 | when looking at these type of cases, the Court should be |
| 09:50 | 15 | careful that character evidence is not -- basically that it's |
| 09:50 | 16 | not masquerading as a proper purpose; it's not masquerading as |
| 09:51 | 17 | propensity evidence. |
| 09:51 | 18 | In this case, I understand that the AG's position is |
| 09:51 | 19 | this particular evidence indicates that they tried to alter |
| 09:51 | 20 | the election. I don't see the nexus between Pete Buttigieg. |
| 09:51 | 21 | This was a democratic primary. And assuming they |
| 09:51 | 22 | argue that, you're talking about, to be honest with you, the |
| 09:51 | 23 | first democratic candidate that was a homosexual, I think |
| 09:51 | 24 | would certainly inflame the jury in this case and obviously |
| 09:51 | 25 | would make the jury hate Burkman and Wohl, which is propensity |

9

```
09:51   1    evidence in this case.
09:51   2             There are e-mails in this case that were offered at
09:51   3    the prelim that basically indicate what the proper motive --
09:51   4    what the motive was in this case. I don't think it's really,
09:51   5    frankly, disputable.
09:51   6             There's other defenses to this case that I'm not
09:51   7    going to go into, but I don't think this is the proper
09:51   8    purpose. I've outlined the reason and rationale in my brief
09:51   9    that I don't see this as the same nexus as the robo calls.
09:51  10             I think there's a differentiation in facts between
09:52  11    the Buttigieg allegation and this. And I think if the Court
09:52  12    felt there was any probative value in this case, I think
09:52  13    certainly it would be outweighed by the prejudicial value.
09:52  14             If these e-mails weren't here from Burkman and Wohl
09:52  15    indicating why they did this -- and it's cited in my brief --
09:52  16    then I think then perhaps the probative value could be
09:52  17    certainly increased here, but it's not really a "who done it"
09:52  18    in this particular situation.
09:52  19             They outline in the e-mails why they did this robo
09:52  20    call. And again, whether you find that repugnant or
09:52  21    offensive, I can understand that sometimes politics can be
09:52  22    unpleasant as in the robo call, obviously, Wohl and Burkman
09:52  23    identified who they were, that they were a political
09:52  24    organization.
09:52  25             Believe it or not, political ads sometimes can be
```

```
 1  STATE OF MICHIGAN      )
 2                         )
 3  COUNTY OF WAYNE        )
 4
 5
 6              I certify that this transcript, consisting of 30
 7  pages, is a complete, true, and accurate transcript of the
 8  proceedings and testimony taken via Zoom in this case on May 17,
 9  2021.
10
11
12
13
14  __June 7, 2021_____     __/s/ Kim Blackburn_____
15  Date                         Kim Blackburn, RPR, CSR 7263
16                               Third Judicial Circuit Court
17                               1441 St. Antoine Street
18                               Detroit, Michigan 48226
19
20
21
22
23
24
25
```