EXHIBIT 56

1
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ----------------------------------------x
     NATIONAL COALITION ON BLACK CIVIC
4    PARTICIPATION, MARY WINTER, GENE
     STEINBERG, NANCY HART, SARAH WOLFF,
5    KAREN SLAVEN, KATE KENNEDY, EDA
     DANIEL, and ANDREA SPERES,
6
                          Plaintiffs,
7
8        - against -                  Civil Action No.
                                       10-cv-8668
9
10   JACOB WOHL, JACK BURKMAN, J.M.
     BURKMAN & ASSOCIATES, LL, PROJECT
11   1599, and JOHN and JANE DOES 1-10,
12                      Defendants.
     ----------------------------------------x
13
14                    Remote deposition
15                    April 25, 2022
16                    10:08 a.m.
17
18
19

         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of
20
     JOHN BURKMAN, s/h/a JACK BURKMAN before Michele
21
     Moskowitz, a shorthand reporter and Notary Public
22
     of the State of New York.
23
24
25

```
                                            Page 2

 1                 A P P E A R A N C E S

 2   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

 3   Attorneys for Plaintiff-Intervenor

 4        28 Liberty Street

 5        New York, New York  10005

 6   BY:  RICHARD SAWYER, ESQ.

 7        CONNOR DUFFY, ESQ.

 8        COLLEEN FAHERTY, ESQ.

 9        richard.sawyer@ag.ny.gov

10

11   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

12   Attorneys for Plaintiffs

13        1500 K Street Northwest, Suite 900

14        Washington, D.C.  20005

15   BY:  MARC EPSTEIN, ESQ.

16        DAVID BRODY, ESQ.

17        mepstein@lawyerscommittee.org

18

19   ORRICK HERRINGTON & SUTCLIFFE

20   Attorneys for Plaintiffs

21        51 West 52nd Street

22        New York, New York  10019

23   BY:  AARON GOLD, ESQ.

24        FRANKLIN MONSOUR, ESQ.

25        aaron.gold@orrick.com
```

Page 3

1                A P P E A R A N C E S

2    GERSTMAN SCHWARTZ LLP

3    Attorneys for Defendants

4          1399 Franklin Avenue

5          Garden City, New York   11530

6    BY:   RANDY KLEINMAN, ESQ.

7          DAVID SCHWARTZ, ESQ.

8          rkleinman@gerstmanschwartz.com

9

10

11   ALSO PRESENT:

12   MIRIAM LI, LEGAL ANALYST

13   SCOTT GRABEL, OBSERVER

14   SHAWN BUDD, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25

```
                                       Page 163

 1                       BURKMAN
 2        previously entered Exhibit 3.
 3        Q.      So I'm about to play an audio that we
 4   previously entered as Exhibit 3, Plaintiffs'
 5   Exhibit 3.   We entered this during Mr. Mahanian's
 6   deposition.
 7                 (Audio playing.)
 8        Q.      Okay, Mr. Burkman, that is audio from
 9   a robocall that was sent in August 2020.  You've
10   heard that audio before, correct?
11                 MR. KLEINMAN:  Objection.
12        A.      On the advice of counsel, I'm
13   asserting my privilege against self-
14   incrimination.
15        Q.      In fact, you and Jacob Wohl recorded
16   that audio, correct?
17                 MR. KLEINMAN:  Objection.
18        A.      On the advice of counsel, I'm
19   asserting my privilege against self-
20   incrimination.
21        Q.      And on August 26, 2020, you and Jacob
22   Wohl caused this audio to be transmitted to
23   approximately 5,500 New York phone numbers
24   through a robocalling service, correct?
25                 MR. KLEINMAN:  Objection.
```

Page 164

1                          BURKMAN

2        A.      Once again, Fifth Amendment.

3        Q.      Okay.  And on August 26, 2020, you

4   and Jacob Wohl caused the audio -- this audio to

5   be transmitted to phone numbers across the

6   country through a robocalling service, correct?

7                MR. KLEINMAN:  Objection.

8        A.      Fifth Amendment.

9        Q.      Okay.  And in the audio we just

10  heard, this woman introduced herself as Tamika

11  Taylor, but that is not her name; is that

12  correct?

13               MR. KLEINMAN:  Objection.

14       A.      Fifth Amendment.

15       Q.      Is that individual your assistant,

16  Kristin Spealman?

17               MR. KLEINMAN:  Objection.

18       A.      Fifth Amendment.

19       Q.      What is -- okay.

20               Now, the reason that the woman used

21  the alias Tamika Taylor is because it's similar

22  to the name of Breonna Taylor's mother, Tamika

23  Palmer, correct?

24               MR. KLEINMAN:  Objection.

25       A.      Fifth Amendment.

```
                                        Page 171
 1                     BURKMAN
 2   asking you for information supporting your First
 3   Amendment challenge to this lawsuit and to your
 4   criminal prosecution in Michigan, you are taking
 5   the Fifth Amendment; is that correct?
 6             MR. KLEINMAN:  Objection on multiple
 7        grounds.
 8        A.     Fifth Amendment.
 9        Q.     Now, you admit that you have no
10   information from any source supporting the claim
11   that credit card companies will use vote-by-mail
12   data to collect outstanding debts anywhere in the
13   United States, correct?
14             MR. KLEINMAN:  Objection.
15        A.     Fifth Amendment.
16        Q.     Okay.  Now, you will admit that you
17   falsely claimed that police departments would
18   track down old warrants because you believed that
19   would intimidate black voters from voting by
20   mail, correct?
21             MR. KLEINMAN:  Objection.
22        A.     Fifth Amendment.
23        Q.     You falsely claimed that credit card
24   companies would collect outstanding debts because
25   you believed that information would intimidate
```

```
                                            Page 172
 1                        BURKMAN
 2   black voters from voting by mail, correct?
 3              MR. KLEINMAN:  Objection.
 4        A.      Fifth Amendment.
 5        Q.      Okay.  You falsely claimed that
 6   police departments would track down old warrants
 7   because you thought that information would
 8   intimidate anybody who's afraid of the police
 9   from voting by mail, correct?
10              MR. KLEINMAN:  Objection.
11        A.      Fifth Amendment.
12        Q.      Okay.  You falsely claimed that
13   credit card companies would collect outstanding
14   debts because you believed that information would
15   intimidate any voter who is afraid of debt
16   collection practices from voting by mail,
17   correct?
18              MR. KLEINMAN:  Objection.
19        A.      Fifth Amendment.
20        Q.      Okay.  Let's go ahead and play the
21   next part.
22              (Audio playing.)
23        Q.      Okay.  And you'll admit that like
24   almost everything else in this call, it is not
25   true that the CDC ever pushed to use mail-in
```

```
                                          Page 173
 1                      BURKMAN
 2   voting records to track people from mandatory
 3   vaccines, correct?
 4             MR. KLEINMAN:  Objection.
 5        A.      Fifth Amendment.
 6        Q.      You'll admit that the CDC never
 7   proposed mandatory vaccinations?
 8             MR. KLEINMAN:  Objection.
 9        A.      Fifth Amendment.
10        Q.      You will admit that under New York
11   law the CDC would be prohibited from using
12   information derived from voting records,
13   registration records for mandatory vaccines,
14   correct?
15             MR. KLEINMAN:  Objection.
16        A.      Fifth Amendment.
17        Q.      Okay.  You admit that you have no
18   information from any source supporting the claim
19   that the CDC was pushing to use records from
20   mail-in voting to track people for mandatory
21   vaccines, correct?
22             MR. KLEINMAN:  Objection.
23        A.      Fifth Amendment.
24        Q.      Okay.  And you admit that you
25   included this detail because it would intimidate
```

```
                                        Page 174
 1                    BURKMAN
 2   black voters from voting by mail, correct?
 3             MR. KLEINMAN:  Objection.
 4        A.      Fifth Amendment.
 5        Q.      And you will admit that you included
 6   this detail because you believed it would
 7   intimidate anybody who had vaccine skepticism
 8   from voting by mail, correct?
 9             MR. KLEINMAN:  Objection.
10        A.      Fifth Amendment.
11        Q.      You admit that you included this
12   detail because it was part of contemporary news
13   that could be used to suppress votes, correct?
14             MR. KLEINMAN:  Objection.
15        A.      Fifth Amendment.
16        Q.      Okay.
17             MR. SAWYER:  Let's play the last part
18        of the call.
19             (Audio playing.)
20        Q.      Okay.  Now, you'll admit that you
21   included the phrase "don't be finessed into
22   giving your private information to the man"
23   because you believed that it was accurate black
24   slang, correct?
25             MR. KLEINMAN:  Objection.
```

1                       BURKMAN

2               MR. KLEINMAN:   Objection.

3       A.      Fifth Amendment.

4       Q.      You will admit that the intent of

5   this robocall was to intimidate black voters from

6   voting by mail in the 2020 federal presidential

7   election, correct?

8               MR. KLEINMAN:   Objection.

9       A.      Fifth Amendment.

10      Q.      You will admit that the intent of

11  this robocall was to harass black voters in the

12  exercise of their civil rights to vote in the

13  2020 presidential election, correct?

14              MR. KLEINMAN:   Objection.

15      A.      Fifth Amendment.

16      Q.      Okay.  You will -- and this robocall

17  is an example of making shit up, correct?

18              MR. KLEINMAN:   Objection.

19      A.      Fifth Amendment.

20      Q.      This robocall is an example of

21  feeding it up the chain, correct?

22              MR. KLEINMAN:   Objection.

23      A.      Fifth Amendment.

24      Q.      This example -- this robocall is the

25  culmination of your promise in the ACPI

```
                                      Page 181
 1                        BURKMAN
 2   we should send the robocall to black
 3   neighborhoods in Milwaukee, Detroit,
 4   Philadelphia, Charlotte, Richmond, Atlanta, and
 5   Cleveland, correct?
 6              MR. KLEINMAN:  Objection.
 7        A.     Fifth Amendment.
 8        Q.     And you were just adding some cities
 9   to that list, correct?
10              MR. KLEINMAN:  Objection.
11        A.     Fifth Amendment.
12        Q.     Or perhaps correcting him and saying
13   there's a different set of cities that you wanted
14   to send it to, correct?
15              MR. KLEINMAN:  Objection.
16        A.     Fifth Amendment.
17        Q.     The purpose was to send the robocall
18   to cities that had large black populations,
19   correct?
20        A.     Fifth Amendment.
21        Q.     And the intention -- your intention
22   was to send the robocall to black neighborhoods
23   in Cleveland, Philadelphia, Minneapolis, Chicago,
24   New York City, and Detroit, correct?
25              MR. KLEINMAN:  Objection.
```

```
                                          Page 182

 1                        BURKMAN

 2         A.      Fifth Amendment.

 3         Q.      Okay.  Let's go to page 20 of this

 4   same exhibit, which is -- now this is NYOAG 9803.

 5   This is an e-mail from Jack Burkman to Jacob Wohl

 6   dated August 26, 2020, the same day as the

 7   robocall, stating, "I love these robocalls.

 8   Getting angry black callbacks.  Win or lose the

 9   black robo was a great JW idea."  That's an

10   e-mail that you sent to Jacob Wohl, correct?

11                 MR. KLEINMAN:  Objection.

12         A.      Fifth Amendment.

13         Q.      And JW in that e-mail stands for

14   Jacob Wohl, correct?

15                 MR. KLEINMAN:  Objection.

16         A.      Fifth Amendment.

17         Q.      Okay.  So even -- even if you got bad

18   press for the robocalls, you still saw the

19   robocall operation as a success, correct?

20                 MR. KLEINMAN:  Objection.

21         A.      Fifth Amendment.

22         Q.      So win or lose, the black robo was a

23   great Jacob Wohl means that it doesn't matter

24   whether the robocall is true or false, correct?

25                 MR. KLEINMAN:  Objection.
```

```
 1                        BURKMAN
 2    Russian-style misinformation designed to
 3    influence the 2020 presidential election just as
 4    the Russians influenced the 2016 presidential
 5    election, correct?
 6                MR. KLEINMAN:  Objection.
 7         A.    Fifth Amendment.
 8         Q.    And the way that you intended to
 9    influence the 2020 presidential election was by
10    intimidating voters from voting, correct?
11                MR. KLEINMAN:  Objection.
12         A.    Fifth Amendment.
13         Q.    Okay.  And the robocall operation was
14    an example of making shit up, correct?
15                MR. KLEINMAN:  Objection.
16         A.    Fifth Amendment.
17         Q.    And the robocall operation was an
18    example of feeding it up the chain, correct?
19                MR. KLEINMAN:  Objection.
20         A.    Fifth Amendment.
21         Q.    Okay.  And you called the robocall
22    the black robocall because it was targeted at
23    black people, correct?
24                MR. KLEINMAN:  Objection.
25         A.    Fifth Amendment.
```

```
                                        Page 287
 1                      BURKMAN
 2   you to Mr. Wohl, correct?
 3              MR. KLEINMAN:  Objection.
 4        A.     Fifth Amendment, once again.
 5        Q.     The e-mail reads, "Data all loaded,
 6   ready, many ZIP Codes, we have two waves of
 7   267,000 calls each.  If you could do me one
 8   favor, just go in and upload the recording" and
 9   then gives the account number and passcode for
10   the account, right?
11              MR. KLEINMAN:  Objection.
12        A.     Objection.  Or excuse me, Fifth
13   Amendment.
14        Q.     You had set up the Message
15   Communications account and loaded the data and
16   ZIP Codes, correct?
17              MR. KLEINMAN:  Objection.
18        A.     Fifth Amendment.
19        Q.     The ZIP Codes you chose were those
20   specifically targeted to black neighborhoods,
21   correct?
22              MR. KLEINMAN:  Objection.
23        A.     Fifth Amendment, once again, Marc.
24        Q.     Wohl -- strike that.
25              Mr. Wohl uploaded the recording of
```

Page 346

```
 1                C E R T I F I C A T I O N
 2    STATE OF NEW YORK  )
                         )
 3    COUNTY OF NEW YORK )
 4
 5
 6         I, MICHELE MOSKOWITZ, a Shorthand Reporter
 7    and Notary Public within and for the State of New
 8    York, do hereby certify:
 9         That JOHN BURKMAN, the witness whose
10    examination is hereinbefore set forth, was duly
11    sworn/affirmed by me and that this transcript of
12    such examination is a true record of the
13    testimony given by such witness.
14         I further certify that I am not related to
15    any of the parties to this action by blood or
16    marriage and that I am in no way interested in
17    the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto set my
19    hand this 30th day of April, 2022.
20
21
22
23    MICHELE MOSKOWITZ
24
25
```