# EXHIBIT 57

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------x
     NATIONAL COALITION ON BLACK CIVIC
 4   PARTICIPATION, MARY WINTER, GENE
     STEINBERG, NANCY HART, SARAH WOLFF,
 5   KAREN SLAVEN, KATE KENNEDY, EDA
     DANIEL, and ANDREA SPERES,
 6
                         Plaintiffs,
 7
 8      - against -                    Civil Action No.
                                       10-cv-8668
 9
10   JACOB WOHL, JACK BURKMAN, J.M.
     BURKMAN & ASSOCIATES, LL, PROJECT
11   1599, and JOHN and JANE DOES 1-10,
12                   Defendants.
     ----------------------------------------x
13
14                   Remote deposition
15                   May 11, 2022
16                   10:08 a.m.
17
18
19
         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of
20
     JACOB WOHL, before Michele Moskowitz, a shorthand
21
     reporter and Notary Public of the State of New
22
     York.
23
24
25
```

```
 1              A P P E A R A N C E S
 2   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
 3   Attorneys for Plaintiff-Intervenor
 4         28 Liberty Street
 5         New York, New York  10005
 6   BY:   RICHARD SAWYER, ESQ.
 7         CONOR DUFFY, ESQ.
 8         COLLEEN FAHERTY, ESQ.
 9         richard.sawyer@ag.ny.gov
10
11   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
12   Attorneys for Plaintiffs
13         1500 K Street Northwest, Suite 900
14         Washington, D.C.  20005
15   BY:   DAVID BRODY, ESQ.
16         MARC EPSTEIN, ESQ.
17         BEN AIKEN, ESQ.
18         mepstein@lawyerscommittee.org
19
20   ORRICK HERRINGTON & SUTCLIFFE
21   Attorneys for Plaintiffs
22         51 West 52nd Street
23         New York, New York  10019
24   BY:   BRITTANY ROEHRS, ESQ.
25         brittany.roehrs@orrick.com
```

```
 1              A P P E A R A N C E S
 2   GERSTMAN SCHWARTZ LLP
 3   Attorneys for Defendants
 4        1399 Franklin Avenue
 5        Garden City, New York  11530
 6   BY:  RANDY KLEINMAN, ESQ.
 7        DAVID SCHWARTZ, ESQ.
 8        rkleinman@gerstmanschwartz.com
 9
10
11   ALSO PRESENT:
12   MIRIAM LI, LEGAL ANALYST
13   RYAN GALLAGHER, VIDEOGRAPHER
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                     Page 165
 1                         WOHL
 2       Q.      Mr. Wohl, are you smoking a cigar?
 3       A.      Yes.
 4       Q.      Okay.
 5       A.      Is that okay?
 6       Q.      Yeah, sure.
 7       A.      Okay.
 8       Q.      I'm not in the room, so I don't have
 9   to smell it.  It's fine.  It would mess up my
10   allergies.
11       A.      Oh.
12               MR. BRODY:  Just a moment.  We're
13       working on pulling up the exhibit.
14               MR. KLEINMAN:  No worries.  Virtual
15       depositions.
16               MR. BRODY:  Yeah.  All right.  We're
17       about to play it.  The person that played it
18       was on mute.  So sorry about that.  We're
19       going to try this again.  We're going to
20       play the audio of the robocall, Plaintiffs'
21       Exhibit 3.
22               (Audio playing.)
23       Q.      While we were listening to that
24   audio, I'll note for the record that you took a
25   puff on the cigar.
```

```
                                              Page 166
 1                      WOHL
 2            You heard the audio of this robocall
 3   before, correct?
 4        A.    Fifth Amendment.
 5        Q.    You and Jack Burkman recorded this
 6   audio, correct?
 7            MR. KLEINMAN:  Objection.
 8        A.    Fifth Amendment.
 9        Q.    You and Jack Burkman wrote the script
10   for this robocall, correct?
11            MR. KLEINMAN:  Objection.
12        A.    Fifth Amendment.
13        Q.    You and Jack Burkman caused this
14   robocall to be transmitted to tens of thousands
15   of phone numbers nationwide, correct?
16            MR. KLEINMAN:  Objection.
17        A.    Fifth Amendment.
18        Q.    Who is Tamika Taylor, the person
19   speaking on the robocall?
20            MR. KLEINMAN:  Objection.
21        A.    Fifth Amendment.
22        Q.    The Court ruled last week that it's a
23   forgone conclusion that you sent the robocall
24   and thus do not have a Fifth Amendment right to
25   invoke here.  It specifically instructed
```

```
                                                    Page 176
 1                    WOHL
 2            MR. KLEINMAN:  Objection.
 3      A.    Fifth Amendment.
 4      Q.    In fact, at the time you knew that
 5   claim to be false, correct?
 6            MR. KLEINMAN:  Objection.
 7      A.    Fifth Amendment.
 8      Q.    At the time you sent the robocall,
 9   you had no information supporting the claim that
10   credit card companies will use vote-by-mail data
11   to collect outstanding debts, correct?
12            MR. KLEINMAN:  Objection.
13      A.    Fifth Amendment.
14      Q.    In fact, at the time you knew that
15   claim to be false, correct?
16            MR. KLEINMAN:  Objection.
17      A.    Fifth Amendment.
18      Q.    You falsely claimed in the robocall
19   that the act of voting by mail would put a
20   person's personal information in a public
21   database because you believed it would intimidate
22   black voters from voting, correct?
23            MR. KLEINMAN:  Objection.
24      A.    Fifth Amendment.
25      Q.    You falsely claimed that police
```

1                    WOHL
2    departments would use vote-by-mail data to track
3    down old warrants because you believed that would
4    intimidate black voters from voting, correct?
5              MR. KLEINMAN:  Objection.
6         A.    Fifth Amendment.
7         Q.    You falsely claimed that credit card
8    companies would use vote-by-mail data to collect
9    outstanding debts because you believed that would
10   intimidate black voters from voting, correct?
11             MR. KLEINMAN:  Objection.
12        A.    Fifth Amendment.
13        Q.    You falsely claimed that the CDC was
14   pushing to use records for mail-in voting to
15   track people for mandatory vaccines because you
16   believed it would intimidate black voters from
17   voting, correct?
18             MR. KLEINMAN:  Objection.
19        A.    Fifth Amendment.
20        Q.    You used the phrase "Don't be
21   finessed into giving your public information to
22   the man" because you believed that was slang used
23   by black people, correct?
24             MR. KLEINMAN:  Objection.
25        A.    Fifth Amendment.

Page 178

1         WOHL
2    Q.    You included that phrase because you
3 believed it would cause black people to trust the
4 authenticity of the robocall, correct?
5         MR. KLEINMAN:  Objection.
6    A.    Fifth Amendment.
7    Q.    You included that phrase because you
8 believed it would intimidate black voters from
9 voting, correct?
10        MR. KLEINMAN:  Objection.
11   A.    Fifth Amendment.
12   Q.    Your intent in sending this robocall
13 was to intimidate voters from voting in the 2020
14 federal presidential election, correct?
15        MR. KLEINMAN:  Objection.
16   A.    Fifth Amendment.
17   Q.    Your intent is sending this robocall
18 was to intimidate specifically black voters from
19 voting in the 2020 federal presidential election,
20 correct?
21        MR. KLEINMAN:  Objection.
22   A.    Fifth Amendment.
23   Q.    Your intent is sending this robocall
24 was to harass black voters and the exercise of
25 their right to vote in the 2020 election,

Page 185

1                    WOHL
2      mute.
3            MR. KLEINMAN:  Thank you.  Objection.
4      Sorry.  Thank you for that.  Appreciate
5      that.
6      A.     Fifth Amendment.
7      Q.     The attachment to this e-mail is the
8  robocall at issue in this case, correct?
9            MR. KLEINMAN:  Objection.
10     A.     Fifth Amendment.
11     Q.     And in the title of that file name
12  "1599" is a reference to Project 1599, correct?
13           MR. KLEINMAN:  Objection.
14     A.     Fifth Amendment.
15     Q.     And you intended to send the robocall
16  to black neighborhoods in Milwaukee, Detroit,
17  Philadelphia, Charlotte, Richmond, Atlanta, and
18  Cleveland, correct?
19           MR. KLEINMAN:  Objection.
20     A.     Fifth Amendment.
21     Q.     You intended specifically to send the
22  robocall to black neighborhoods, correct?
23           MR. KLEINMAN:  Objection.
24     A.     Fifth Amendment.
25     Q.     And that was your intent because you

```
                                              Page 194
 1                      WOHL
 2      Q.     And it's a true and accurate
 3   representation -- copy of what he said?
 4             MR. KLEINMAN:  Objection.
 5      A.     Fifth Amendment.
 6      Q.     Then above that there is another
 7   e-mail from you back to Jack Burkman, correct?
 8             MR. KLEINMAN:  Objection.
 9      A.     Fifth Amendment.
10      Q.     And that is also a true and accurate
11   copy of that e-mail, correct?
12             MR. KLEINMAN:  Objection.
13      A.     Fifth Amendment.
14      Q.     So now we're looking at the top
15   e-mail on the page, the one that's in the biggest
16   text.  That is an e-mail from Jack Burkman to
17   you, correct?
18             MR. KLEINMAN:  Objection.
19      A.     Fifth Amendment.
20      Q.     And it's a true and accurate copy of
21   that e-mail, correct?
22             MR. KLEINMAN:  Objection.
23      A.     Fifth Amendment.
24      Q.     And in it Jack Burkman writes, "I
25   love these robocalls getting angry black
```

1                    WOHL
2  callbacks.  Win or lose the black robo was a
3  great JW idea," correct?
4             MR. KLEINMAN:  Objection.
5       A.    Fifth Amendment.
6       Q.    And you understand that when he says
7  "JW," he means Jacob Wohl, correct?
8             MR. KLEINMAN:  Objection.
9       A.    Fifth Amendment.
10      Q.    And you understand that when he wrote
11 "black robo," he was referring to the robocall at
12 issue in this case, correct?
13            MR. KLEINMAN:  Objection.
14      A.    Fifth Amendment.
15            MR. BRODY:  Okay.  Let's go to the
16      next page.  Let's zoom in a little bit,
17      please.
18      Q.    Can you review this one and let me
19 know when you're ready?
20      A.    You can go ahead.
21      Q.    This is another e-mail from you to
22 Jack Burkman, correct?
23            MR. KLEINMAN:  Objection.
24      A.    Fifth Amendment.
25      Q.    And this is a true and correct copy

Page 342

1              C E R T I F I C A T I O N
2    STATE OF NEW YORK  )
                        )
3    COUNTY OF NEW YORK )
4
5
6         I, MICHELE MOSKOWITZ, a Shorthand Reporter
7    and Notary Public within and for the State of New
8    York, do hereby certify:
9         That JACOB WOHL, the witness whose
10   examination is hereinbefore set forth, was duly
11   sworn/affirmed by me and that this transcript of
12   such examination is a true record of the
13   testimony given by such witness.
14        I further certify that I am not related to
15   any of the parties to this action by blood or
16   marriage and that I am in no way interested in
17   the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 16th day of May, 2022.
20
21
22      *[signature: Michele Moskowitz]*
23
         MICHELE MOSKOWITZ
24
25