# EXHIBIT 58

Video recording of Jack Burkman's "Behind the Curtain," submitted to the Court via mail.