# EXHIBIT 59

Jacob Wohl @JacobAWohl
Dec 13, 2020

The Founders had their ideas about who should be voting and they made those ideas clear in the constitution. Later generations thought they knew better than the Founders. They've amended the text of our nation's sacred documents as to who should be voting beyond recognition.

As a result, elections are no longer about ideas. They aren't even about personality traits or popularity contests. Elections in the United States are now nothing more than Demographic head-counts. One can predict who will win a given precinct with 100% certainty, so long as that precinct is predominantly made up of demographic groups which were not included in the Founders' original conception of who should be voting.



How the Electoral Map would look if only _____ voted.

*The reason I didn't break down the POC vote into various groups by gender, ethnicity, or education level is that no matter how I broke it down, it was always 100% blue.

4 likes   1 comment   4 reposts

 Like    Comment    Repost   Quote    Share