UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.<br><br>*Plaintiffs*<br><br>-and-<br><br>People of the STATE OF NEW YORK, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>*Plaintiff-Intervenor*<br><br>v.<br><br>JACOB WOHL, et al.<br><br>*Defendants* | Civil Action No. 1:20-cv-08668-VM-OTW<br><br>**CORRECTED MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Rachel. F Homer hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for *Amicus Curiae* Protect Democracy Project in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Pursuant to Local Rule 1.3, an affidavit and Certificates of Good Standing from the Commonwealth of Massachusetts and the District of Columbia are attached.

Dated:  August 2, 2022						Respectfully Submitted,


						_____/s/ Rachel F. Homer_____

						Rachel F. Homer
						Protect Democracy Project
						2020 Pennsylvania Avenue, NW, #163
						Washington, D.C. 20006
						(202) 997-2166
						rachel.homer@protectdemocracy.org