**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

National Coalition on Bluck Civic Participation et al **Plaintiff,**

-against-

Wohl et al **Defendant.**

20- Civ. 8668 (VM)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Thomas McBrien, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Electronic Privacy Information Center in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 2, 2022

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Thomas McBrien

Firm Name: Electronic Privacy Information Center

Address: 1519 New Hampshire Ave. NW

City/State/Zip: Washington, D.C. 20036

Telephone/Fax: 202-483-1140

Email: mcbrien@epic.org