IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION ET AL<br><br>Plaintiff,<br><br>v.<br><br>WOHL ET AL,<br><br>Defendant. | No. 20-CV-8668 (VM) |

## AFFIDAVIT OF THOMAS MCBRIEN

1. My name is Thomas McBrien, and all statements made herein are true, and based on my personal knowledge.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2022.

Thomas McBrien

District of Columbia
Signed and sworn to before me on
2 August, 2022
by Thomas Madigan McBrien
(Ed Wiley Shelton)
Notary Public
My commission expires 05/14/2024