UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Coalition on
Black Civic Participation et al       Plaintiff,

-against-                                                     20 cv 8668 (VM)

                                                              ORDER FOR ADMISSION
                                                              PRO HAC VICE

Wohl et al              Defendant.

The motion of __Thomas McBrien__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __New York__; and that his/her contact information is as follows (please print):

Applicant's Name: __Thomas McBrien__
Firm Name: __Electronic Privacy Information Center__
Address: __1519 New Hampshire Ave. NW__
City / State / Zip: __Washington, D.C. 20036__
Telephone / Fax: __202-483-1140__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __putative amicus Electronic Privacy Information Center__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __Aug. 2, 2022__

_Victor Marrero_
United States District / Magistrate Judge