USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.<br><br>*Plaintiffs*<br><br>-and-<br><br>People of the STATE OF NEW YORK, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>*Plaintiff-Intervenor*<br><br>v.<br><br>JACOB WOHL, et al.<br><br>*Defendants* | Civil Action No. 1:20-cv-08668-VM-OTW<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Rachel F. Homer for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia and that her contact information is as follows:

> Rachel F. Homer
> Protect Democracy Project
> 2020 Pennsylvania Avenue, NW, #163
> Washington, D.C. 20006
> (202) 997-2166
> rachel.homer@protectdemocracy.org

Applicant having requested permission to appear *pro hac vice* for as counsel for *amicus curiae* Protect Democracy Project in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules govering discipline of attorneys.

Dated: August 4, 2022

_____
Victor Marrero
U.S.D.J.