USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Coalition on Black Civic Participation et. al      Plaintiff,

-against-

Wohl et al      Defendant.

20 cv 8668 (VM)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Thomas McBrien, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New York; and that his/her contact information is as follows (please print):

Applicant's Name: Thomas McBrien
Firm Name: Electronic Privacy Information Center
Address: 1519 New Hampshire Ave. NW
City / State / Zip: Washington, D.C. 20036
Telephone / Fax: 202-483-1140

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for putative amicus Electronic Privacy Information Center in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Aug. 2, 2022

Victor Marrero
U.S.D.J.

Signed: August 4, 2022