UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>    Plaintiffs,<br><br>    -and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 20-cv-8668 |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the People of the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in this matter by Jessica Clarke, Rick Sawyer, and Colleen Faherty. I am not asserting a retaining or charging lien.

1

DATED:   August 10, 2022
         New York, New York

                                        Respectfully submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

By: */s/ Conor Duffy*
Conor Duffy
Assistant Attorney General
Civil Rights Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8637
conor.duffy@ag.ny.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2022, I served a true and correct copy of the foregoing via the Court's ECF system to all counsel of record.

Dated:      New York, New York
                 August 10, 2022

                                    Respectfully submitted,

                                    By: */s/ Conor Duffy*
                                    Conor Duffy
                                    Assistant Attorney General
                                    Civil Rights Bureau
                                    New York State Office of the Attorney General
                                    28 Liberty Street
                                    New York, NY 10005
                                    Phone: (212) 416-8637
                                    conor.duffy@ag.ny.gov