USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, MARY WINTER, GENE
STEINBERG, NANCY HART, SARAH
WOLFF, KAREN SLAVEN, KATE KENNEDY,
EDA DANIEL, and ANDREA SFERES,

              Plaintiffs,

              -and-

People of the STATE OF NEW YORK, by its
attorney general, LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK,

              Plaintiff-Intervenor,

      v.

JACOB WOHL, JACK BURKMAN, J.M.
BURKMAN & ASSOCIATES, LLC, PROJECT
1599, and JOHN and JANE DOES 1-10,

              Defendants.

Civil Action No. 20-cv-8668

**ORDER**

Upon consideration and for good cause shown, the New York State Office of the Attorney

General's Motion to Withdraw Conor Duffy as Counsel (ECF No. 232) is GRANTED.

SO ORDERED.

Dated: New York, New York
August 11, 2022

                                         _____
                                       Victor Marrero
                                        U.S.D.J.

1