AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| National Coalition on Black Civic Participation et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20 Civ. 8668 (VM) |
| Jacob Wohl et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                          .

Date:      08/12/2022

/s/ David J. Kennedy
*Attorney's signature*

David J. Kennedy, Assistant U.S. Attorney
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, Third Floor
New York, NY 10007

*Address*

david.kennedy2@usdoj.gov
*E-mail address*

(212) 637-2733
*Telephone number*

(212) 637-0033
*FAX number*