UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES, <br><br>               Plaintiffs, <br> -and- <br><br> People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK <br><br>               Plaintiff-Intervenor, <br><br> v. <br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC., and ROBERT MAHANIAN, <br><br>               Defendants. | Civil Action No. 20-cv-8668 <br><br> **DECLARATION OF RANDY E. KLEINMAN** |

    I, Randy E. Kleinman, an attorney duly admitted to practice law in the State of New York, hereby affirms upon information and belief pursuant to 28 U.S.C. § 1746 and under the penalties of perjury that:

    1.    I am a Partner with the law firm of Gerstman Schwartz LLP which represents Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, and Project 1599 in this action.

2. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgement and to place before the Court certain documents in support of Defendants' Opposition.

3. Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Plaintiff, Andrea Sferes, taken on April 19, 2022.

4. Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Plaintiff, Eda Daniel, taken on April 9, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Plaintiff, Gene Steinberg, taken on May 9, 2022.

6. Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of Plaintiff, Kate Kennedy, taken on April 8, 2022.

7. Attached hereto as Exhibit E is a true and correct copy of the deposition transcript of Plaintiff, Karen Slaven, taken on April 8, 2022.

8. Attached hereto as Exhibit F is a true and correct copy of the deposition transcript of Plaintiff, Mary Winter, taken on May 9, 2022.

9. Attached hereto as Exhibit G is a true and correct copy of the deposition transcript of Plaintiff, Nancy Hart, taken on April 10, 2022.

10. Attached hereto as Exhibit H is a true and correct copy of the deposition transcript of Plaintiff, Sarah Wolff, taken on May 2, 2022.

11. Attached hereto as Exhibit I is a true and correct copy of the deposition transcript of Plaintiff, Tameka Ramsey Brown, taken on May 25, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 12, 2022

**GERSTMAN SCHWARTZ LLP**

By: /s/ *Randy E. Kleinman*
Randy E. Kleinman
David M. Schwartz
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 880-8170
Facsimile: (516) 880-8171
rkleinman@gerstmanschwartz.com
dschwartz@gerstmanschwartz.com

*Attorneys for Defendants*