# EXHIBIT A

```
1      A.    (212)475-0890.
2      Q.    And what is your race or ethnicity?
3            MR. EPSTEIN:  Objection.
4      A.    Caucasian.
5      Q.    Are you registered voter?
6      A.    Yes.
7      Q.    And where are you registered to vote?
8      A.    In Westchester.
9      Q.    And what is your voter registration
10  address?
11     A.    22 Wakeman Road, South Salem, New York,
12  10510.
13     Q.    What political party are you registered to
14  vote for?
15     A.    Democratic.
16     Q.    How long have you been registered as a
17  Democrat?
18     A.    Thirty-nine years.
19     Q.    And what is your primary address for tax
20  purposes?
21           MR. EPSTEIN:  Objection.
22     A.    22 Wakeman Road, South Salem, New York,
23  10510.
24     Q.    Did you vote in the 2020 presidential
25  election?
```

```
 1      A.   I did.
 2      Q.   How did you vote?
 3      A.   I voted Democratic.
 4      Q.   Did you vote in person or was it mail?  Or
 5  how did you vote for the 2020 presidential election?
 6           MR. EPSTEIN:  Objection.
 7      A.   I voted in person.
 8      Q.   And do you usually go in-person to vote?
 9           MR. EPSTEIN:  Objection.
10      Q.   In the past have you gone in-person to
11  vote?
12      A.   Yes.
13      Q.   And did you vote in-person for any
14  Federal, State or local elections taking place after
15  the 2020 presidential election?
16           MR. EPSTEIN:  Objection.
17      A.   I did not.
18      Q.   And who did you vote for in the 2020
19  presidential election?
20      A.   Biden.
21      Q.   Are you involved locally with any type of
22  political club or organization?
23           MR. EPSTEIN:  Objection.
24      A.   No.
25      Q.   Are you involved in any political advocacy
```

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  supposedly meant to sound like an African American
2  woman that it was African Americans it was targeted
3  for.
4       Q.   Okay.  At the time that you received the
5  robocall were you intimidated by the robocall?
6            MR. EPSTEIN:  Objection.
7       A.   What do you mean by intimidated?
8       Q.   Were you fearful or scared or -- let me
9  rephrase.  Have you ever been intimidated by someone
10 or anything in your life before?
11           MR. EPSTEIN:  Objection.
12      A.   Yes, but there are lots of nuances there.
13 I'm just curious as to what you mean in this case?
14      Q.   Apprehensive?
15           MR. EPSTEIN:  Objection.
16      A.   I'm sorry, apprehensive?  To do what?
17      Q.   For your -- okay.  Were you intimidated or
18 scared about your physical safety from the robocall?
19           MR. EPSTEIN:  Objection.
20      A.   I was not.
21      Q.   Do you think the robocall was designed to
22 intimidate?
23           MR. EPSTEIN:  Objection.
24      A.   Again, can you define, intimidate?
25      Q.   So, in the lawsuit you've testified in the

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  complaint that you were intimidated by the robocall.
2  So, I'm just trying to ask you, how were you
3  intimidated?  If you could explain what you allege
4  in the complaint?
5           MR. EPSTEIN:  Objection.
6       A.  I don't recall using that word.
7       Q.  Okay.  So, you weren't threated or
8  intimidated by the robocall?
9           MR. EPSTEIN:  Objection.
10      A.  Again, I just need more clarification for
11  threated or intimidated?
12      Q.  It's literally the meaning of being
13  intimidated.  What you allege in the complaint you
14  felt from the robocall was intimidating?
15          MR. EPSTEIN:  Objection.
16      Q.  So, is it fair to say you were not
17  intimidated by the robocall?
18          MR. EPSTEIN:  Objection.
19      A.  When you ask me if it involved physical
20  safety I would say, no.  So, if you could be more
21  specific about intimidated?
22      Q.  So, you just testified this didn't
23  intimidate your behavior with voting, you went and
24  voted in person.  Is it fair to say that you were
25  not intimidated --

```
 1            MR. EPSTEIN:  Objection.
 2       Q.   -- it didn't stop you from voting
 3  in-person?
 4       A.   It did not intimidate me from voting
 5  in-person.
 6       Q.   Okay.  Why do you believe that African
 7  Americans would be intimidated by the robocall?
 8            MR. EPSTEIN:  Objection.
 9       A.   I didn't say that they would be.
10       Q.   Okay.  At the time you received the
11  robocall were you threatened by the robocall?
12            MR. EPSTEIN:  Objection.
13       A.   Again, can you define threatened?
14       Q.   It's the plain language meaning of
15  threatened?
16            MR. EPSTEIN:  Objection.
17       Q.   Have you ever been threatened in your
18  life?  What was that like?
19       A.   My physical safety did not feel
20  threatened.
21       Q.   So, at the time that you received the
22  robocall were you coerced by the robocall?
23            MR. EPSTEIN:  Objection.
24       A.   Was it coerced?
25       Q.   Correct?
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1      A.   No.
 2      Q.   Do you believe that any part or portion of
 3 the robocall was accurate?
 4      A.   No.
 5      Q.   Okay.  We'll come back and look at the
 6 robocall specifically together.
 7           Are you -- what, if anything, do you know
 8 about mail-in voting?
 9      A.   I don't, I don't know.  I have never done
10 mail-in voting.
11      Q.   Any reason why?
12      A.   No.
13      Q.   Have you seen any news stories about
14 issues with mail-in voting?
15           MR. EPSTEIN:  Objection.
16      A.   In the past I've seen some news about
17 that.
18      Q.   In 2020?
19      A.   Correct.
20      Q.   And what was the gist of it?
21           MR. EPSTEIN:  Objection.
22      A.   Can you be more specific in your question?
23      Q.   In 2020 what was said about mail-in
24 voting?
25           MR. EPSTEIN:  Objection.
```

1   operations of the CDC.
2       Q.   And what, if anything, do you know about
3   the CDC's protocol for tracking data related to the
4   spread of Covid-19?
5       A.   I'm not privy to how they track data
6   regarding Covid.
7       Q.   And what, if anything, do you know about
8   the CDC's protocol for tracking data related to the
9   Covid-19 vaccine?
10      A.   I don't know anything about that.
11      Q.   And so I want to talk about, a little bit
12  about -- how did the robocall impact your life?  How
13  were you personally effected by the robocall?
14           MR. EPSTEIN:  Objection.
15      A.   I felt alarmed, anxious and angry.
16      Q.   And why?
17      A.   I felt that it was spreading false
18  information.
19      Q.   And have you spoken to anyone from the
20  Black community who received this robocall?
21           MR. EPSTEIN:  Objection.
22      A.   No.
23      Q.   Prior to receiving this robocall had you
24  ever heard of Jack Burkman before?
25      A.   I had not.

Trustpoint.One Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    A.   I had a reaction, momentarily, that did
2    make me feel scared, yes.
3    Q.   And why?  Can you just explain that?
4    A.   I had some outstanding medical debt that I
5    was just like kind of questioning because I heard
6    this said, you know, in the call, I was just
7    questioning whether that was true or not,
8    momentarily, and I, yeah.
9    Q.   And then you came to the conclusion that
10   it was not true?
11   A.   Yes.
12   Q.   And how did you come to that conclusion?
13   A.   I thought about it, then came to that
14   conclusion.
15   Q.   Do you think the robocall was designed or
16   created to be scary?
17        MR. EPSTEIN:  Objection.
18   A.   Can you be more specific?
19   Q.   Do you believe that the intention behind
20   creating the robocall was to scare people?
21        MR. EPSTEIN:  Objection.  Calls for
22        speculation.
23   A.   I believe the intention was to scare
24   people away from voting by mail.
25   Q.   Do you think the robocall was designed to

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   robocall?
 2            MR. EPSTEIN:  Objection.
 3       A.   I would say some Black populations but not
 4   all.
 5       Q.   And what training, if any, do you have in
 6   economics?
 7       A.   None.
 8       Q.   And how would you define -- or how do you
 9   define, fewer resources, back in paragraph 56?
10            MR. EPSTEIN:  Objection.
11       A.   I didn't write the document so I can't
12   say.
13       Q.   Now looking at paragraph 58.
14                 (Witness peruses document.)
15       Q.   What is the basis of your allegation in
16   paragraph 58 that the language and content of the
17   robocall was designed to resinate with Black voters?
18       A.   I'm guessing that because the narrator was
19   portrayed as an African American woman that they
20   were trying to relate to African American receivers
21   of the call.
22       Q.   Okay.  So, now moving on, at the time that
23   you received the robocall did you recognize that the
24   statements made were allegedly designed to resonate
25   with Black voters?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                MR. EPSTEIN:  Objection.
 2       A.   Which Black voters?
 3       Q.   The Black voters that received the
 4  robocall?
 5       A.   Could you repeat the question?
 6       Q.   Sure.  So, when you received the robocall
 7  in August did you recognize that the statements were
 8  allegedly made or designed to resonate with Black
 9  voters?
10                MR. EPSTEIN:  Objection.
11       A.   I can't say that I recognized that they
12  did.  I thought, like, it was likely.
13       Q.   And how did you arrive to that conclusion?
14       A.   Again, I'd say like the voice of the
15  narrator.  Yeah, I mean, mostly that.
16       Q.   And when you say the voice of the narrator
17  can you just explain what you mean by that?
18       A.   Well, as I mentioned, the intonation and
19  language patterns and such were -- sounded as if it
20  was from an African American woman.  And the name
21  Tamika sounds more African American than Caucasian.
22       Q.   So, what specifically about the African
23  American community makes you believe that the
24  language and content of the robocall was designed to
25  resonate with Black voters?
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1              MR. EPSTEIN:  Objection.
 2       A.   I think that any and all of it could
 3  resonate with anybody, right?
 4       Q.   So, not just Black voters in particular?
 5       A.   Yeah.
 6       Q.   And so, now, looking at paragraph 99 in
 7  the complaint, the amended complaint.
 8                  (Witness peruses document.)
 9       Q.   So, what is the basis of your allegation
10  in paragraph 99 that, in short, Burkman and Wohl
11  have long been engaged in a game of lies and fraud
12  with the goal of undermining fair and free
13  elections?
14       A.   Can you repeat the first part of the
15  question?
16       Q.   Sure.  So, what is basis of the allegation
17  that you make in paragraph 99 that, in short,
18  Burkman and Wohl have long been engaged in a game of
19  lies and fraud with the goal to undermining fair and
20  free elections?
21       A.   You know, I'm not aware of all of their
22  history but when I did conduct some research to
23  their Facebook page I found a lot of falsity
24  regarding the upcoming election.
25       Q.   Okay.  So, when did you look into either
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1        Q.   And are you aware that on October 28, 2020
 2   the Court ordered my client to issue a corrected
 3   robocall?
 4        A.   I am aware.
 5        Q.   Okay.  Are you aware that a corrected
 6   robocall was distributed on October 30, 2020?
 7        A.   I'm not aware of whether or not it was or
 8   wasn't executed.
 9        Q.   So, did you receive the Court order
10   corrected robocall on October 30, 2020?
11        A.   I did not.
12        Q.   So, as a result of the robocall in August
13   of 2020 did you sustain any financial losses?
14        A.   No -- I'm sorry, could you repeat that
15   question?
16        Q.   Sure.  As a result of the robocall that
17   you received did you sustain any financial losses?
18        A.   No.
19        Q.   And as a result of the robocall did you
20   sustain any psychological or emotional injuries?
21             MR. EPSTEIN:  Objection.
22        A.   I mean I do feel saddened that this sort
23   of robocall happens and it is, it is distressing to
24   me.
25        Q.   Have you sought any medical -- I'm sorry,
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1   have you sought any mental health treatment as a
 2   result of the robocall?
 3        A.   No.
 4        Q.   And as a result of the robocall did you
 5   abstain from voting in the 2020 presidential
 6   election?
 7        A.   No.
 8             MS. NICOLE EPSTEIN:  So, for exhibit -- do
 9        you have Exhibit M, did your attorney provide
10        you?  I can pull it up on my screen.
11             MR. EPSTEIN:  You haven't provided us with
12        any premarked exhibits.  We have what was
13        produced in discovery.
14             MS. NICOLE EPSTEIN:  Exhibit -- the email
15        from Ms. Sferes to Scott and Paul Robinson.
16             MR. EPSTEIN:  It's marked here 01 and 02.
17             MS. NICOLE EPSTEIN:  Okay.
18             MR. EPSTEIN:  Is that the document you're
19        talking about?
20             MS. NICOLE EPSTEIN:  Yes.
21             MR. EPSTEIN:  I have that printed out and
22        I can show it to her.
23             MS. NICOLE EPSTEIN:  And I'm going to want
24        to mark this Exhibit M for the record.
25        Q.   Do you recognize this document?
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)