# EXHIBIT B

```
 1      Q.      And how long have you been registered to vote
 2      for?
 3      A.      Since I turned 18.
 4      Q.      And have you been registered as a Democrat that
 5      entire time?
 6      A.      Yes.
 7      Q.      And the address -- your current residence, is
 8      that the same address that you're registered to vote
 9      under?
10      A.      Yes.
11      Q.      And is that the same address that you were
12      registered to vote under at the time of the November
13      2020 Presidential election?
14      A.      Yes.
15      Q.      By the way, how long have you lived at your
16      residence for?
17      A.      About six and a half years.
18      Q.      And prior to that, were you also in East
19      Cleveland or did you live somewhere else?
20      A.      I lived in Walden Massachusetts.
21      Q.      Did you vote in the 2020 Presidential election?
22      A.      Yes.
23      Q.      Did you vote by mail or in person?
24      A.      I voted in person.
25      Q.      And where did you do that specifically?
```

Eda Daniel     Confidential     4/9/2022
Case 1:20-cv-08668-JSR   Document 238-2   Filed 08/12/22   Page 3 of 9
Page 16

| | | |
|---|---|---|
| 1 | A. | At the election office. |
| 2 | Q. | Have you ever voted by mail before? |
| 3 | A. | Yes. |
| 4 | Q. | When was that? |
| 5 | A. | The prior election. |
| 6 | Q. | Is there any particular reason that you decided to vote in person in the 2020 Presidential election? |
| 7 | | |
| 8 | A. | I don't remember. Oh, yes, because the issues around mail delivery. |
| 9 | | |
| 10 | Q. | Can you be more specific. What issues in particular are you referring to? |
| 11 | | |
| 12 | A. | I believe there were issues about mailboxes being removed and mailing equipment being taken out of post offices and so it didn't -- it just was -- it made me feel uncertain and I wanted to be sure my vote was counted. |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Q. | And when you say "uncertain", what exactly were you uncertain about? |
| 18 | | |
| 19 | A. | I was uncertain that my ballot would arrive in time. |
| 20 | | |
| 21 | Q. | And is it fair to say that's because there were issues with the U.S. Postal Service at the time? |
| 22 | | |
| 23 | A. | Exactly. |
| 24 | Q. | Aside from those issues, were there any other concerns that you had about mail in voting at the time? |
| 25 | | |

```
 1                    MR. GOLD:  Objection.
 2      A.    It is my contention that within this call,
 3   using these statements in my city is designed to
 4   frighten Black people because these are the people who
 5   are the majority of the people in my zip code are Black.
 6      Q.    Do you know what other cities this call was
 7   sent to?
 8      A.    I do not know.
 9      Q.    So is it fair to say you don't know whether
10   this call was also sent to predominantly White cities?
11      A.    That is true, I don't know.
12      Q.    Have you spoken to anyone in the Black
13   community who received this call?
14                    MR. GOLD:  Objection.
15      A.    No.
16      Q.    So you don't know how the Black community
17   perceives this call, correct?
18                    MR. GOLD:  Objection.
19      A.    Because I've grown up in America and have had
20   Black friends my entire life, I know how Black people
21   feel about these kinds of efforts to make them fearful.
22      Q.    Have you spoken to any of those friends about
23   this call?
24      A.    No.
25      Q.    So again, is it fair to say you do not know how
```

1      the Black community perceives this call?

2                    MR. GOLD:  Objection.

3      A.      In a word, no.  But this is not really a

4      question that one can answer with a yes, no answer.

5      Q.      Well, your opinion is based on your assumption

6      about how the Black community would feel about this

7      call; is that not correct?

8      A.      My opinion is based on conversations I've had

9      with Black friends about other things, nothing to do

10     with this call and from reading that I've done my entire

11     life about tactics used against Black people.

12     Q.      So your opinion on how the Black community

13     would perceive this call is based on an assumption,

14     correct?

15                   MR. GOLD:  Objection.

16     A.      I'm -- I really am -- an assumption means that

17     there's been no education or learning or experience

18     behind something and one just makes -- has a belief

19     system based on no evidence.  One -- an intelligent

20     person can look at something like the text of this call,

21     can also know -- I personally know how this call

22     impacted and affected me emotionally and to know that

23     this would not play well amongst other people,

24     particularly Black people.

25     Q.      And you don't believe that your opinion on how

1     this would affect the Black community is based on your

2     own racial biases?

3            MR. GOLD: Objection. Argumentative.

4     A.     If you're using bias in a negative sense, then

5     I don't agree. If you're saying -- one can be bias for

6     something or against something, okay. If you're trying

7     to make me say that I am personally racist, then, I -- I

8     really object to that.

9     Q.     I'm certainly not suggesting that. I'm asking

10     whether this -- your opinion is based on your own

11     stereotypes about the Black community?

12           MR. GOLD: Objection. Argumentative.

13     A.     I believe I just answered that. It sounds like

14     you're trying to make me say that I am racist. And I am

15     trying to say that there is so much documented evidence

16     of how Black people have been treated in this country

17     for hundreds of years. This is based on information --

18     my feelings about this are based on information.

19     Q.     Okay. You mentioned -- you testified before

20     that this call was very distressing to you and had an

21     emotional impact. What in particular was distressing

22     about this call to you?

23     A.     I believe I covered that. I will tell you

24     again that my --

25     Q.     I'm sorry, I cut you off, I'm sorry.

1  possibly relate to me.  And then the next part also was
2  -- just seemed ridiculous.
3  Q.     Is it your testimony that you were frightened
4  even though you knew these statements to be false?
5            MR. GOLD:  Objection.
6  A.     It's my testimony that the first part of it was
7  designed to get one's adrenaline going to specifically
8  be frightening to say that the police could find you
9  because so many people in this country are afraid of the
10 police, White or Black.  There's -- it's just a gut
11 feeling.  But very quickly after that, as I said, when
12 we went from there to the debt collection, I very
13 quickly realized that this was not meant for me
14 personally.
15 Q.     You testified earlier that you're now hesitant
16 to pick up the phone as a result of this call; is that
17 correct?
18 A.     Yes.
19 Q.     Do you receive the majority of your calls to
20 your landline or to your cell phone?
21 A.     My landline.
22 Q.     And which phone are you now hesitant to pick up
23 as a result?
24 A.     My landline.
25 Q.     Have you sought any type of mental health or

Eda Daniel    Confidential    4/9/2022
Case 1:20-cv-08668-JSR   Document 238-2   Filed 08/12/22   Page 8 of 9
Page 55

```
 1      psychological treatment as a result of any feelings you
 2      have about this call?
 3      A.      No.
 4      Q.      Is there a particular reason you haven't sought
 5      any counseling?
 6      A.      It's not necessary.  This is not a -- this was
 7      not a personal attack.  This was random.  I don't feel
 8      that my life has been destroyed in any way by this call,
 9      so there's no reason for me to seek counseling on this.
10      In our lives we have so many intrusive things that
11      happen, that this is another one of the small things
12      that happen.
13      Q.      Another one of the many intrusive things that
14      happen in our lives, correct?
15              MR. GOLD:  Objection.
16      A.      In general, yes.  Nobody's life is made of
17      cotton candy and whipped cream.
18      Q.      Mine certainly isn't either.  Prior to
19      receiving this call, did you have any plans to vote by
20      mail?
21      A.      Yes, I always had plans to vote by mail.
22      Q.      Did this call impact your decision on whether
23      or not to vote by mail?
24      A.      No.
25      Q.      And your decision was impacted on the things
```

```
 1      Q.      And I know you testified in quite some detail

 2      about it, but I just want to be clear, at the time you

 3      received the robo call, were you personally intimidated

 4      by it?

 5                      MR. GOLD:  Objection.

 6      A.      I was frightened for a moment until I realized

 7      that this was not -- that I was not the target.

 8      Q.      Is it fair to say that you were able to see

 9      through the alleged intimidation of the robo call?

10      A.      Yes, I was able to see through it, which is why

11      I was so angry that this was happening.

12      Q.      At the time you received the robo call, did you

13      believe that members of the Black community would not be

14      able to see through this alleged intimidation?

15                      MR. GOLD:  Objection.

16      A.      That never occurred to me.

17      Q.      Did you feel threatened by the robo call?

18      A.      I think I've already testified to the answer

19      being yes, the first part with the police departments

20      will track down old warrants, I do not have any warrants

21      old or new.  But when one is saying that -- when one

22      picks up the phone -- when I picked up the phone, I did

23      not expect to get this kind of a call.  There's no

24      introduction in terms of preparing -- there's know way

25      to be prepared to receive a phone call like this.
```