# EXHIBIT C

```
 1        A.    Yes.
 2        Q.    Did you vote in the 2020 presidential
 3   election?
 4        A.    I did.
 5        Q.    Did you vote in person, by mail or
 6   something different?
 7        A.    In person.
 8        Q.    Is there any particular reason you voted
 9   in person?
10        A.    Yes.
11        Q.    Why is that?
12        A.    Because after receiving the robocall I was
13   concerned that the potentially the mail and the
14   mail-in vote may be tampered with somehow, some way,
15   and I didn't want to risk that so I opted to vote in
16   person.
17        Q.    Just, I want to be clear, you've mentioned
18   a few times -- you say, robocall.  When you say,
19   robocall, are you referring to August 26, 2020
20   robocall?
21        A.    Yes.
22        Q.    Okay.  We will get back to that shortly.
23   Prior to the November 2020 presidential election had
24   you voted in-person in any other elections before?
25        A.    Well, the answer the is yes.
```

Trustpoint.One  Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1   various things to help the party, but I don't
 2   necessarily recall exactly what.
 3        Q.   Have you ever spoken to Mr. Burkman at
 4   all?
 5        A.   I don't think so.
 6        Q.   You said, I don't think so?
 7        A.   No, not certain if it was a prank call,
 8   that's why I'm saying I don't know.
 9        Q.   Sorry, I wasn't sure if I actually heard
10   what you had said.  That was all.  What's your
11   opinion of Mr. Burkman?
12             MS. ROEHRS:  Objection.
13        A.   I'm not sure who he is as a person but my
14   opinion is that his actions caused me a lot of
15   trauma and anxiety and I would hope that he would
16   not do this again because no one deserves to suffer.
17        Q.   Do you plan on seeking any additional
18   mental health treatment as a result of the trauma
19   that you claim you suffered as a result of the
20   robocall?
21             MS. ROEHRS:  Objection.
22        A.   I don't know at the moment.
23        Q.   Why not?
24        A.   Because it's difficult for me to ask for a
25   professional help because that means that I have to
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)