# EXHIBIT F

```
 1      A.   Yes.
 2      Q.   What address are you registered to vote
 3 at?
 4      A.   I believe at my home address.
 5      Q.   Okay.  Is this -- how long have you been
 6 registered to vote at that address?
 7      A.   Since 2016.
 8      Q.   And more generally how long have you been
 9 registered to vote for?
10      A.   Since I was eighteen.
11      Q.   What political party are you registered
12 for?
13           MS. ROEHRS:  Objection.
14      A.   I honestly don't remember at the moment.
15      Q.   Did you vote in the 2020 presidential
16 election?
17      A.   Yes.
18      Q.   Did you vote in person or by mail?
19      A.   In person.
20      Q.   Prior to November of 2020 had you voted in
21 person in any other elections before?
22      A.   Yes.
23      Q.   How many, approximately?
24      A.   I regularly voted in general elections
25 since I was registered to vote.
```

1  says, don't be finessed to giving your private

2  information, stay safe and beware of vote by mail.

3  What about this statement in particular do you

4  believe to be false?

5      A.    Beware of vote by mail.

6      Q.    So, the statement of beware of vote by

7  mail, you believe to be a false statement?

8           MS. ROEHRS:  Objection.

9      A.    I believe it to be intimidating, so, yes.

10     Q.    What specifically do you believe about it

11 is intimidating?

12     A.    The admonition to stay safe and to beware.

13     Q.    Specifically, do you feel that that is an

14 intimidating statement?

15          MS. ROEHRS:  Objection.

16     A.    Absolutely.  It implies that there is

17 something unsafe and something to be wary of.

18     Q.    So, by telling someone -- is it your

19 testimony by telling someone to stay safe, that that

20 is an intimidating statement?

21          MS. ROEHRS:  Objection.

22     A.    No.

23     Q.    Were you personally intimidated by the

24 robocall?

25          MS. ROEHRS:  Objection.

```
 1      A.    Yes.
 2      Q.    How so?
 3      A.    I found that it sounded very scary and
 4   threatening and made me not sure that I could trust
 5   that methods of voting were not being targeted for
 6   partisan reasons.
 7      Q.    So, you recognized, is it fair to say --
 8            MR. KLEINMAN:  Withdrawn.
 9      Q.    When you received the robocall you
10   believed its contents to be false though, correct?
11      A.    Correct.
12      Q.    Okay.  Yet, is fair to say that you were
13   never the less intimidated by what you believed to
14   be false statements?
15            MS. ROEHRS:  Objection.
16      A.    The fact that someone would go to efforts
17   to create this call made me very concerned about
18   whether or not there would be tampering.
19      Q.    Do you think there was any legitimacy
20   behind those concerns about tampering?
21            MS. ROEHRS:  Objection.
22      A.    I don't know.
23      Q.    Is it fair to say you'd be grateful if
24   there was truth behind the fact that your vote could
25   be tampered with and you were warned about such
```

1    A.    Correct.

2    Q.    And prior to receiving the robocall you

3  had --

4          MR. KLEINMAN:  Withdrawn.

5    Q.    Prior to receiving the robocall did you

6  hear any report about any kind of concern, other

7  people expressing concerns about mail-in voting?

8          MS. ROEHRS:  Objection.

9    A.    I don't remember.

10   Q.    Did you read any literature or anything

11 regarding mail-in voting prior to receiving the

12 robocall?

13         MS. ROEHRS:  Objection.

14   A.    I don't remember.

15   Q.    Why did you vote in-person in the 2020

16 presidential election?

17   A.    Because it seemed like the safest option.

18   Q.    Why did it seem like the safest option?

19   A.    Because I could watch my ballot be

20 counted.

21   Q.    Okay.  So, is it fair to say that you

22 thought voting in person was safer than voting by

23 mail?

24   A.    Yes.

25   Q.    Did your decision to vote in person have

Mary Winter     CONFIDENTIAL     5/9/2022
Case 1:20-cv-08668-JSR  Document 238-6  Filed 08/12/22  Page 6 of 8
Page 40

1  there are many aspects of the lawsuit as I read it.

2    Q.   What do you believe those aspects to be?

3        MS. ROEHRS: Objection.

4    A.   There were racial components. There was
5  also, there are aspects that affect many types of
6  demographics in our country. Some, perhaps a lot,
7  may also overlap along racial lines. The fear
8  mongering about vaccines obviously affects all of us
9  because it was during the pandemic.

10   Q.   What specifically do you believe was part
11 of the robocall that was racially motivated?

12        MS. ROEHRS: Objection.

13   A.   I'm not sure.

14   Q.   Okay. At the time you received the
15 robocall did you recognize the name Tamika Taylor?

16   A.   No.

17   Q.   Have you performed any independent
18 research on mail-in voting?

19        MS. ROEHRS: Objection.

20   A.   No.

21   Q.   Do you know what happens to the personal
22 information of an individual who utilizes. Mail-in
23 voting?

24        MS. ROEHRS: Objection.

25   A.   No.

```
1      Q.   In that time period I just referenced
2  between August of 2020 and March of '21, how
3  frequently would you go for walks?
4      A.   I don't remember.
5      Q.   Was it on a daily basis or something
6  different?
7           MS. ROEHRS:  Objection.
8      A.   Possibly something different.
9      Q.   Was it on a weekly basis?
10     A.   I do not remember.
11     Q.   Are you aware that on October 28, 2020,
12 the Court ordered my clients to issue a corrective
13 robocall?
14     A.   That sounds familiar, yes.
15     Q.   Do you recall whether or not you received
16 this call?
17     A.   I think so.
18     Q.   Do you recall the substance of this call?
19     A.   No.
20     Q.   What effect, if anything, did this Court
21 ordered robocall have on you?
22     A.   I don't remember.  I don't know.
23     Q.   As a result of the robocall did you
24 sustain any psychological or emotional injuries?
25     A.   Can you define?
```

```
 1       Q.   Sure.  Were you diagnosed with any type of
 2   psychological or mental or emotional disorder as a
 3   result of the robocall?
 4       A.   No.
 5       Q.   Have you sought any type of mental health
 6   treatment as a result of the robocall?
 7       A.   No.
 8       Q.   As a result of voting in person did you
 9   sustain any physical injuries?
10       A.   No.
11       Q.   Did you contract Covid at any point in
12   time --
13            MR. KLEINMAN:  Withdrawn.
14       Q.   Within the two weeks following the
15   November 2020 presidential election did you contract
16   Covid?
17       A.   No.
18            MR. KLEINMAN:  I'm going to put up on the
19       screen what's been marked as Defendant's
20       Exhibit O.
21                      (Whereupon, Defendants' Exhibit
22                      O, being a email document, is
23                      displayed.)
24            MR. KLEINMAN:  Can you see what's on the
25       screen, Ms. Winter?
```