# EXHIBIT H

```
 1                        CONFIDENTIAL

 2        Q.     And where are you registered to vote

 3   specifically?

 4        A.     In New York City.

 5        Q.     And your voter registration address is

 6   the address you gave on the record before?

 7        A.     Yes.

 8        Q.     And was that the same address that you

 9   were registered at for the November 2020

10   presidential election?

11        A.     Yes.

12        Q.     And what political party are you

13   registered for?

14              MS. ROEHRS:  Objection.  You can answer.

15        A.     I'm registered as a democrat.

16        Q.     How long have you been registered as a

17   democrat?

18              MS. ROEHRS:  Objection.  You can answer.

19        A.     Since I was 18, don't make me do the

20   math, please.

21        Q.     I'm sure that plays real well over at Fox

22   News, too.

23              MS. ROEHRS:  Objection.

24        Q.     You don't need to answer.  Did you vote

25   in the 2020 presidential election?
```

1                    CONFIDENTIAL

2        A.    Yes, I did.

3        Q.    Did you vote in person or by mail?

4        A.    In person.

5        Q.    Is there a particular reason that you

6  voted in person?

7        A.    I just always have.  I like to vote in

8  person and the precinct is right next door so it's

9  very convenient.

10       Q.    Who did you vote for?

11             MS. ROEHRS:  Objection.

12       A.    Who did I vote for, for which office?

13       Q.    Office the President.

14             MS. ROEHRS:  Objection.

15       A.    Joe Biden.

16       Q.    Is it fair to say that you are happy with

17  the result of the 2020 presidential election?

18             MS. ROEHRS:  Objection.

19       A.    I am satisfied that the person that I

20  voted for is now the president.

21       Q.    Okay.  Are you involved locally with any

22  type of political club or organization?

23             MS. ROEHRS:  Objection.

24       A.    No.

25       Q.    There's going to be a lot of objections,

1              CONFIDENTIAL

2        A.    My understanding is that it is believed

3   to have targeted black voters.

4        Q.    Do you agree with that?

5        A.    That is my overall impression from

6   listening to this and all the statements and the

7   words that were used, yes, this was likely intended

8   and directed at black voters.

9        Q.    Specifically referring you back to

10  paragraph 51, which I seem to have left on the

11  screen, what specifically, what in particular about

12  this was designed to target black voters?

13            MS. ROEHRS:   Objection.

14       A.    It strikes me that the caller's name, the

15  way she introduced herself is what I perceived to be

16  as somewhat stereotypical black first name and there

17  are some other terms here that I think are used, my

18  perception, are used more by black people than other

19  races, such as the way "finessed" is used, reference

20  to "the man."

21       Q.    Anything else?  I'm sorry, are you

22  finished?

23       A.    Yes, I'm sorry.  Yes, I am.

24       Q.    So based on the use of the word

25  "finessed" and "the man" you have deduced that it's

```
 1                    CONFIDENTIAL
 2     targeted toward the black community; is that fair to
 3     saw?
 4               MS. ROEHRS:  Objection.
 5          A.    Those individual things, as part of the
 6     overall call, yes.
 7          Q.    And what about the overall call itself
 8     leads you to that conclusion?
 9               MS. ROEHRS:  Objection.
10          A.    As I said, my overall impression is that
11     this call was intended for black voters and to
12     possibly strike a cord with black voters.
13          Q.    Okay.  You testified earlier that you
14     believed the call was intended to intimidate
15     callers; is that correct?
16               MS. ROEHRS:  Objection.
17          A.    I don't believe, I don't know if I used
18     the word "intimidate".  I think it could certainly
19     persuade or affect the way people would feel about
20     mail-in voting.
21          Q.    Okay.  If I'm mistaken, forgive me.  I
22     had written it down but it's possible you didn't.
23     So I'll ask it this way:  Do you believe the call
24     was intended to intimidate callers?
25               MS. ROEHRS:  Objection.
```

```
 1                  CONFIDENTIAL
 2        A.    I think anything that creates doubt in
 3   voters' minds about whether or not they can vote a
 4   certain way, certainly has the potential of
 5   lessening their confidence in the whole voting
 6   process, which yes, could lead people to not vote.
 7        Q.    Do you believe that the robocall was
 8   intended to intimidate black voters in particular?
 9             MS. ROEHRS:   Objection.
10        A.    I stated from my perception of this call,
11   that it was directed toward black voters.
12        Q.    Sure.   So what, if anything, in the
13   content of the robocall do you believe would be
14   intimidating to a black voter?
15             MS. ROEHRS:   Objection.
16        A.    I'm not sure that I would use the word
17   "intimidate".   I would use the word "discourage"
18   black voters from voting by mail and perhaps from
19   voting at all.
20        Q.    So what, in particular, makes you believe
21   that it was intended to discourage black voters?
22             MS. ROEHRS:   Objection.
23        A.    Overall tone of the call, my perception
24   of it was that it was directed at black voters.
25        Q.    Anything other than what you already
```

```
 1                    CONFIDENTIAL

 2        A.    I believe that this call was intended to

 3   keep black voters from voting.  As for how black

 4   voters would perceive the call themselves, I can't

 5   possibly speak to that.

 6        Q.    So is it fair to say that you thought you

 7   were able to recognize the call for what it is but

 8   you thought -- Withdrawn.

 9              Did you feel threatened by the call in

10   any way?

11        A.    What do you mean by "threatened"?

12        Q.    Well, what is your understanding of the

13   word "threatened"?

14        A.    Did I feel for my physical safety?  No.

15        Q.    Do you think the robocall was designed to

16   be threatening?

17              MS. ROEHRS:  Objection.

18        A.    Again, I don't believe that it is

19   physically threatened.  I don't believe anyone was

20   going to come and hurt me, but anything that

21   discourages people from voting is a threat to the

22   fairness of the democratic system in this country.

23   So yeah, that's kind of threatening.

24        Q.    Is it fait to say that you were able to

25   see through this alleged threat when you received
```

```
 1                 CONFIDENTIAL
 2    your understanding of what coerced means?
 3        A.    My understanding of coercion is being
 4    pressured to do something because someone has some
 5    kind of incentive to make you do that, something
 6    that you don't want to do.  No, I was not coerced by
 7    this call.
 8        Q.    Do you believe the call was designed to
 9    be coercive?
10             MS. ROEHRS:  Objection.
11        A.    I believe the call was likely intended to
12    discourage people from voting.  I don't know if I
13    would call that coercion, but if you want to,
14    depending on your definition of coercion, could be.
15    If you are trying to push people to not do
16    something, then yeah, it's an attempt at coercion.
17        Q.    Have you spoken to anyone in the black
18    community about this robocall?
19        A.    Not specifically, no.
20        Q.    So is it fair to say you don't know how
21    anyone in the black community would perceive this
22    robocall?
23             MS. ROEHRS:  Objection.
24        A.    I do not.  I have not polled black people
25    on how they would feel about this call.  All I know
```

```
 1                    CONFIDENTIAL
 2   to working on this and that is fine because I don't
 3   think this should keep happening but this seriously
 4   pissed me off, this call.  I got really upset and
 5   every time I would tell someone about it, I would
 6   get all upset again.
 7        Q.    Aside from what you just told me, has it
 8   personally affected you in any other way?
 9        A.    I don't know what you mean by "personally
10   affected".  Other than, like I say, I continue to be
11   angered about this call and what it may or may not
12   have been intended to do and the overall idea that
13   some people are being discouraged from voting.
14        Q.    Have you been diagnosed with any type of
15   psychiatric, psychological or mental health
16   condition as a result of receiving the call?
17             MS. ROEHRS:  Objection.
18        A.    No.
19        Q.    Okay.  Have you sought any mental health
20   treatment as a result of your feelings about the
21   call?
22             MS. ROEHRS:  Objection.
23        A.    No.
24        Q.    And so do you believe that being angry
25   and upset is a valid basis to bring a lawsuit?
```