# EXHIBIT 64

Confidential



Transcript of **Tameka Ramsey Brown**

Wednesday, May 25, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 116899

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    --------------------------------------------------------

4    NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
5    WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
     ANDREA SFERES,

6

7                         Plaintiffs,

8
                         -and-
9

10   People of the STATE OF NEW YORK, by its Attorney
     General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11   STATE OF NEW YORK

12                        -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                        Defendants.

16   --------------------------------------------------------

17      CONFIDENTIAL

18          Deposition of TAMEKA RAMSEY BROWN, Plaintiff,

19   herein, taken by Defendant, pursuant to Notice via

20   Zoom, on Wednesday, May 25, 2022, at 10:00 a.m.,

21   before Deirdre Smith, a stenographer and notary

22   public within and for the State of New York.

23

24

25

```
 1   A P P E A R A N C E S

 2

 3   ORRICK HERRINGTON & SUTCLIFFE, LLP

 4   51 West 52nd Street

 5   New York, NY 10019-6142

 6   Appearing on behalf of the Plaintiff

 7   Phone: (617) 880-1800

 8   Email:  brittany.roehrs@orrick.com

 9           franklin.monsour@orrick.com

10   BY:     BRITTANY ROEHRS, ESQ.

11

12

13

14   GERSTMAN SCHWARTZ LLP

15   Appearing on behalf of the Defendant

16   60 E. 42nd Street, Suite 4700 Office 21

17   New York, NY 10165

18   Phone:(212) 227-7070

19   Email:  rkleinman@gerstmanschwartz.com

20   BY:     RANDY KLEINMAN, ESQ.

21

22

23

24

25
```

```
 1    A P P E A R A N C E S (continued)

 2

 3    LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

 4    Appearing on behalf of Plaintiff

 5    1500 K Street NW

 6    Suite 900

 7    Washington, DC 20005

 8    BY:    MARC EPSTEIN, ESQ.

 9

10

11

12    STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

13    Appearing on behalf of Plaintiff

14    28 Liberty Street

15    Floor 18, New York, NY 10005-1495

16    Phone: (212) 416-6046

17    BY:    COLLEEN FERITY, ESQ.

18

19

20

21

22

23

24

25
```

1        A.    The Notice of Deposition.  The original

2   complaint and the amended complaint.

3        Q.    Besides those documents did you review

4   anything else?

5        A.    Not that I remember.  I don't remember the

6   names of all of the documents.

7        Q.    No problem.  I only want to know what you

8   remember and what you know, don't want you to guess,

9   that's fine.  Are you employed?

10        A.    Yes.

11        Q.    Who are employed by?

12        A.    All of them?

13        Q.    Yes.  You have multiple employers?

14        A.    Yes.

15        Q.    Why don't we go one by one.

16        A.    Okay.  I am the codirector for Michigan

17   Voices.  I am the owner and principal consultant for

18   T. Ramsey and Associates.  I also receive a stipend

19   from National Coalition on Black Civil Participation

20   as the lead convener for metro Detroit.

21        Q.    Anything else?

22        A.    No.

23        Q.    So, let's start with the codirector.  So

24   you're a codirector of something called Michigan

25   Voices?

1    program and not an organization, so Melanie Campbell

2    at the National assisted in creating the Michigan

3    coalition to house these programs.

4         Q.   Okay.  That makes sense.  I guess the only

5    thing that I'm not understanding is because you

6    didn't use the national name, Detroit Metro, the

7    National Coalition on Black Civic Participation,

8    Detroit Metro Section, so where does that fit in and

9    what is the hierarchy?

10        A.   Black Women's Roundtable is Metro Detroit,

11   it's called the Metro Detroit Black Women's

12   Roundtable.  We have chapters in multiple cities in

13   metro Detroit.

14        Q.   Thank you.  Now I understand.

15        A.   You're welcome.

16        Q.   Who is Melanie Campbell by the way?

17        A.   Melanie Campbell is the CEO and president

18   of the National Coalition on Black Civic

19   Participation and the Black Women's National

20   Roundtable convener.

21        Q.   What is your relationship, if any, with

22   Ms. Campbell?

23             MR. EPSTEIN:  Objection.

24        A.   Professional or personal?

25        Q.   Absolutely professional.

1       A.   I receive newsletters, action, emails, and

2  attended events.

3       Q.   Is it a paid membership?

4       A.   No.

5       Q.   Now, as the lead convener, and I believe,

6  is it, you are the lead convener for the Michigan

7  Coalition; is that correct?

8       A.   Yes.

9       Q.   What exactly does that role entail?

10       A.   Fundraising, creating programs that are

11  derided from our national, and managing our

12  membership base.

13       Q.   So, in this role what exactly do those

14  fundraising efforts entail?

15       A.   Reaching out to potential funders.

16       Q.   Who are these potential funders that

17  you're reaching out to?

18       A.   Usually, these are funders that we have

19  heard about through our national conversations with

20  Melanie.  Sometimes they are organizations for

21  foundations in states that want to support Black led

22  organizations.

23       Q.   Do any of these funders include

24  individuals?

25       A.   No.

1       Q.   How about the Wilson Foundation?

2       A.   Yes.

3       Q.   How much did they provide?

4       A.   Twenty five thousand dollars.

5       Q.   Did they also provide funding in 2021?

6       A.   No.

7       Q.   How about 2022?

8       A.   No.

9       Q.   How about in-state foundations?  Did you

10   receive any funding, did the Michigan coalition

11   receive any state funding from --

12           MR. KLEINMAN:  Sorry, let me rephrase.

13       Q.   Did the Michigan coalition receive any

14   funding from foundations, in-state, in 2020?

15       A.   No.

16       Q.   What other sources of funding, if any, did

17   the Michigan coalition receive in 2020?

18       A.   I believe it was only the Wilson

19   Foundation, Michigan Voices and the national

20   Coalition.

21       Q.   How much did the national Coalition

22   donate, approximately, in 2020?

23       A.   Approximately, forty thousand dollars.

24       Q.   So, is it fair to say that the Michigan

25   coalition's budget was approximately seventy-five to

1   eighty thousand dollars in 2020?

2        A.   Yes.

3        Q.   Just to be clear, did the Michigan

4   coalition in 2020 have any other source of funding

5   aside from what we've already discussed?

6        A.   Not to my knowledge.

7        Q.   In 2020 what did the Michigan coalition

8   spend its money on?

9             MR. EPSTEIN:   Objection.

10       A.   Buying materials for mutual aid events and

11  paying phone bankers and text bankers.

12       Q.   When you say, materials for mutual aid,

13  what exactly does that mean?

14       A.   Purchasing tissues, household cleaning

15  supplies, toilet paper, toothpaste, food.

16       Q.   And were those items that were donated to

17  the community?

18       A.   Yes.

19       Q.   And in regard to the phone and text

20  bankers, what was the function of these individuals

21  in 2020?

22       A.   They did most of the year on census.

23  Calling, talking to people around the census and

24  then in October -- in September, they started to do,

25  reminding people to vote calls and text messaging.

1    these chapters received in 2020?

2         A.    No.

3         Q.    Who made the decision on how to allocate

4    the funds in 2020?

5         A.    I did.

6         Q.    Would the allocations be memorialized

7    anywhere?

8         A.    No.

9         Q.    If I was to ask for a specific allocation

10   is there any way you could provide me with that?

11        A.    No.

12        Q.    Would it be reflected in bank records?

13        A.    No.

14        Q.    Is the Michigan coalition subject to any

15   type of governmental audit?

16        A.    Not at this time.

17        Q.    Are you required to save financial records

18   for any type of financial audit?

19        A.    I assume so.

20        Q.    So, is it fair to say that you would have

21   financial records regarding how the funds of the

22   Michigan coalition were spent in 2020 somewhere?

23        A.    We have a fiscal sponsor who would have

24   some of that information.  We are also, as you have

25   noted, a very lean organization and so there are

1    Census efforts?

2              MR. EPSTEIN:  Objection.

3         A.   I would say it would be over fifty

4    percent.

5         Q.   And besides the November reminders to vote

6    and the census efforts undertaken by the Michigan

7    coalition in 2020, what -- and the materials, what

8    else, if anything, were the funds allocated on?

9              MR. EPSTEIN:  Objection.

10        A.   That was where all the funding went to,

11   those items.

12        Q.   In November of 2020 how many phone and

13   text bankers, approximately, did the Michigan

14   coalition employ?

15        A.   I believe we had -- so, the Michigan

16   coalition had, I believe, six.  But we also

17   supported our cochair in Detroit and she had, I

18   believe, five to seven.

19        Q.   Who was your cochair in Detroit in 2020?

20        A.   Shaneta Gary.

21        Q.   Where were you based, personally, in 2020?

22        A.   Pontiac, Michigan.

23        Q.   I'm sorry, can you just tell me the name

24   of your cochair one more time?

25        A.   Shaneta Gary.

1  Q. And Ms. Gary is the cochair of the

2 Michigan coalition currently?

3  A. She is the cochair of the Black Women's

4 Roundtable, Metro Detroit.

5  Q. Are there any other cochairs chairs of the

6 Black Women's Roundtable, Metro Detroit?

7  A. Yes.

8  Q. Who are those individuals?

9  A. Autumn Butler is the cochair for Pontiac.

10 We no longer have cochairs in Flint and Saginaw.

11  Q. And have Ms. Gary and Ms. Butler been with

12 Michigan Coalition since 2020?

13  A. Yes. I believe they both came on prior to

14 that as members but they became cochairs in 2020.

15  Q. As lead convener are you a supervisor for

16 the cochairs?

17  A. Yes.

18  Q. Is lead convener a paid position?

19  A. Like employee? 1099s? Can you clarify?

20  Q. Sure. I believe, and I have to check, you

21 mentioned you received a stipend for this position?

22  A. Yes.

23  Q. And is this a yearly stipend?

24  A. It happens yearly. It's not consist.

25  Q. In 2020 did you receive a stipend for this

1   position?

2        A.   Yes.

3        Q.   Approximately, how much was that stipend?

4        A.   I want to say it was twenty five hundred

5   dollars.

6        Q.   Is that for the entire year?

7        A.   Yes.

8        Q.   Did cochairs in 2020, did they also

9   receive stipends?

10       A.   No.

11       Q.   In 2020 were there four cochairs?

12       A.   There were eight cochairs.

13       Q.   Do you recall the names of those eight

14   cochairs?

15       A.   Not all of them but I can tell you who I

16   remember.

17       Q.   Why don't we start there?

18       A.   So, in Saginaw one of cochair was Keylana

19   Pitman.  In Flint, Egypt Otis and Liberty Bell.  In

20   Pontiac it was Autumn Butler and Teresa Tealy.  And

21   in Detroit it was Shaneta Gary and Joni Collins.

22       Q.   You did a pretty good job.

23       A.   I missed somebody in Saginaw.  I can't

24   remember her name.

25                    (_____)

1          Q.   I'm happy to leave a space.

2               MR. KLEINMAN:  By the way Mark we call for

3          the 2020 fiscal records of Engage Michigan.

4               MR. EPSTEIN:  I'm sure you will put that

5          in writing.

6               MR. KLEINMAN:  Absolutely.

7          Q.   Okay.  As lead convener of the Michigan

8     coalition what exactly are your duties and

9     responsibilities?

10         A.   Being responsible for understanding what

11    our goals are from the National coalition, and

12    bringing them and executing programs in the State of

13    Michigan.

14         Q.   And in 2020 what were your goals?

15         A.   To make sure that all Black people in our

16    respective states were counted for census and to

17    make sure that people voted in the November

18    election.

19         Q.   And this objective was handed down from

20    the National coalition?

21         A.   Yes.

22         Q.   And who specifically handed down those

23    objectives?

24         A.   We usually had a retreat and talked about

25    these things and they were agreed upon by the

1        Q.    When did you make the determination that

2    the call contained false information?

3        A.    So, there was a work group, Election

4    Protection work group that I was a part of.  So when

5    the call came out and I read a part of it.  I know

6    that people -- the secretary of state isn't going to

7    send the police to your house for a child support

8    warrant if you request an absentee ballot.  Later

9    that day the secretary of state delivered a tweet

10   saying that the call in its entirely was false.

11       Q.    So, this was August of 2020?

12       A.    Yes.

13       Q.    When you're saying the secretary of state,

14   who was that that issued that?

15       A.    Jocelyn Vincent.

16       Q.    Do you recall, approximately, the date

17   that that was issued?

18       A.    No.  I want to say it was the day that the

19   call went out or the day after.

20       Q.    Do you have a copy that tweet?

21       A.    Not on hand.

22       Q.    Do you have one saved anywhere?

23       A.    I believe I provided it to my attorney.

24             MR. KLEINMAN:  Again, we'll request a copy

25        of it.

Tameka Ramsey Brown       Confidential       5/25/2022
Case 1:20-cv-08668-JSR   Document 242-1   Filed 08/12/22   Page 17 of 35
Page 50

1     Q.   Is there reason you didn't read the entire

2  transcript of the robocall in August of 2020?

3     A.   Yes.

4     Q.   What was the reason?

5     A.   I have Adult ADHD and rarely read anything

6  in its entirely.

7     Q.   So, is the reason that you did not read

8  the entirety of the robocall in 2020 is due to your

9  Adult ADHD?

10    A.   Yes.

11    Q.   Is it fair to say that your assessment, or

12 your conclusion, that the entirety of the robocall

13 was false was based on the secretary of state's

14 tweet?

15         MR. EPSTEIN:   Objection.

16    A.   No.

17    Q.   What else helped facility that conclusion?

18    A.   My knowledge on how elections are ran and

19 what the role of the state's election bureau is and

20 is not.

21    Q.   Okay.  And how did that knowledge affect

22 your opinion on the truth of the robocall?

23    A.   Once again, I know that the secretary of

24 state is not going to send the names of everyone who

25 required an absentee ballot to friends of the Court

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   to have it crosschecked to see who has a warrant and

2   to go arrest them.

3       Q.   And is it your understanding that the

4   robocall contained information making a statement

5   that said that in sum and substance?

6       A.   It mentioned child support.  It mentioned

7   warrants.  I can't remember the order, but yes.

8       Q.   Aside from those two things do you know

9   what else --

10              MR. KLEINMAN:  Withdrawn.

11      Q.   In August of 2020 besides those items that

12  you just highlighted did you know what else the

13  robocall had discussed?

14      A.   I had heard some things but I didn't read

15  any.  That's what I read.

16      Q.   When you say, you heard some things, where

17  did you hear those things from?

18      A.   Community members and friends.

19      Q.   What type of things did you hear?

20      A.   That if you vote -- that if you register

21  to get an absentee ballot that bill collectors would

22  call and harass you.

23      Q.   Anything else?

24      A.   No.

25      Q.   Is it fair to say that in August of 2020

1   your understanding of the contents of the robocall

2   was derived mostly from outside sources?

3          MR. EPSTEIN:   Objection.

4      A.   When you say, mostly, what percentage

5   would you say?

6      Q.   Well, why don't we do it like this, what

7   percentage of your understanding of the contents of

8   robocall in August of 2020 was based on your own

9   personal knowledge from reading the transcript?

10     A.   So, I read about the warrants and child

11  support.  So, once again it said if you applied for

12  an absentee ballot then these things would

13  specifically happen to you, and I knew that that was

14  false.

15     Q.   So, what, if anything, did you do after

16  learning about the robocall on behalf of the

17  Michigan Coalition?

18     A.   I reached out to my cochair, Shaneta Gary.

19     Q.   How did you reach out to her?  Was it a

20  call?  An email?  Something different?

21     A.   A telephone call.

22     Q.   What was discussed?

23     A.   I asked her if she had heard, if she --

24  she lives in Detroit, I asked if she had received

25  the call or any her children, she has godchildren,

1    if they received the call or if she knew anybody who

2    had received the call.

3          Q.    And what was her response?

4          A.    That she was aware of a person who had

5    received the call.

6          Q.    Do you know who that person was?

7          A.    No.

8          Q.    What happened next?

9          A.    So, I asked her on behalf of the Michigan

10   coalition if she would be willing to do some phone

11   banking in the City of Detroit to talk to people

12   about this, about this robocall.

13         Q.    What did she say?

14         A.    Yes.

15         Q.    And when you say, phone banking, what

16   exactly is it that you had intended?

17         A.    So, Ms. Gary was already running a census

18   phone, calling people in the Detroit community to

19   make sure they were completing their census form,

20   and I asked her if she could redesignate some of the

21   people making those call to make this call regarding

22   the robocall.

23         Q.    Did she agree to do that?

24         A.    Yes.

25         Q.    And that was just in the Detroit area?

Tameka Ramsey Brown          Confidential           5/25/2022
Case 1:20-cv-08668-JSR   Document 242-1   Filed 08/12/22   Page 21 of 35
Page 54

1      A.   Yes.

2      Q.   And those phone banks in the Detroit area,

3  is it fair to say they received funding from the

4  Michigan coalition?

5      A.   Yes.

6      Q.   Did the Michigan coalition allocate funds

7  to any other area of Michigan as a result of the

8  calls?

9      A.   No.

10      Q.   So, the entirety of the Michigan

11  coalition's allocation of funds stemming from the

12  robocall was focused in Detroit?

13      A.   For that time period.  Because of the

14  robocalls we changed our script for the entire state

15  to include this when we started making calls for

16  GOTV in November.

17      Q.   So, what was the approximate date that you

18  changed the script?

19      A.   I don't recall.  We wrote a script

20  specifically for these robocalls, and then when we

21  went to do GOTV in September we just wrote up that

22  script into our other phone banks across the state.

23      Q.   I understand.  Do you have a copy of this

24  script?

25      A.   My attorney does.

Tameka Ramsey Brown  Confidential  5/25/2022
Case 1:20-cv-08668-JSR Document 242-1 Filed 08/12/22 Page 22 of 35
Page 55

1     MR. KLEINMAN:  We will call for a copy of

2  that.  I'll followup in writing.

3   Q.  So, do you recall the date you solicited,

4 the approximate date you solicited Detroit phone

5 bankers to start making these calls stemming from

6 the robocall in August?

7   A.  I don't know.

8     MR. EPSTEIN:  Objection.

9   A.  I don't know the specific date.  I know it

10 was the date that the robocalls were made.

11   Q.  Okay.  So, the calls in the Detroit area

12 that you commissioned, those followed the date of

13 the robocall, correct?

14   A.  Yes.

15   Q.  So, if I told you the robocall was made on

16 August 26, 2020, is it fair to say that the calls

17 you commissioned in Detroit were after that date?

18   A.  Yes.

19   Q.  And then did those calls continue through

20 and including November?  Is that fair?

21   A.  Can you please repeat that?

22   Q.  The calls commissioned to Detroit with the

23 new script, those calls continued through and

24 including November of 2020?

25   A.  Yes.

1        Q.    Okay.   So, now, prior to the robocall was

2   there a script in place that was going to be used

3   for these Get Out The Vote efforts in Michigan?

4        A.    Yes.

5        Q.    And that script was subsequently changed

6   after the August 26, 2020 robocall?

7             MR. EPSTEIN:   Objection.

8        A.    Yes.

9        Q.    But is it fair to say that the Michigan

10  coalition's GOTV efforts, irrespective of the

11  robocall, were going to take place on or about

12  September 1, 2020?

13       A.    On or about, yes.

14       Q.    As a result of the robocall -- did the

15  Michigan coalition's Get Out The Vote efforts start

16  earlier as a result of the robocall?

17       A.    Yes.

18       Q.    And were these efforts in areas besides

19  Detroit or did it include all of Michigan or

20  something different?

21       A.    Just Detroit.

22       Q.    So, between approximately August 26, 2020

23  and, approximately, September 1, 2020, the Get Out

24  The Vote efforts started in Detroit?   Is that

25  correct?

1       A.    Yes.

2       Q.    And those efforts were premature?  Is that

3  correct?

4           MR. EPSTEIN:  Objection.

5       A.    Yes.

6       Q.    Or shall I say those efforts started

7  earlier than you had expected; is that fair?

8       A.    Yes.

9       Q.    Approximately, how much money was

10  allocated on those Get Out The Vote efforts between

11  August 26, 2020 and on or about September 1, 2020?

12      A.    I don't recall the specific amount.

13      Q.    Okay.  Do you recall an approximate

14  amount?

15      A.    No.  The amount, the funding that was

16  spent was spent by several organizations.

17      Q.    Who were those organizations?

18      A.    The Michigan Coalition On Black Civic

19  Participation and Michigan Voices.

20      Q.    Do you know who would have the financial

21  information regarding that time period and the GOTV

22  efforts?

23      A.    I don't think we keep records like that.

24      Q.    Okay.  Would Engage Michigan have those

25  records?

1       A.   No.

2       Q.   Did the August 26, 2020 robocall change

3  the Michigan Coalition's overall budget?

4       A.   No.

5       Q.   Did the -- I'm just going to say the

6  August 2020 robocall.  So, did the August 2020

7  robocall change the allocation of the Michigan

8  coalition's overall budget?

9       A.   Yes.

10       Q.   How so?

11       A.   When I called Ms. Gary to see if she could

12  reallocate some of her team to make the robocalls we

13  knew that we needed to write the script, we needed

14  to get the tools together for them to be able to

15  make these calls and transition them from census to

16  talking about absentee ballots.

17       Q.   How much did that change the overall

18  allocation of the budget?

19       A.   How much?

20       Q.   Approximately?

21       A.   I would say between, I want to say about

22  ten thousand, maybe twenty thousand dollars.

23       Q.   And how did it change the overall budget

24  ten to twenty thousand dollars?

25       A.   So, myself and Ms. Gary had to reallocate

1  our time to focus on the robocall, create the

2  script, figure out who we should be talking to.  It

3  was a little difficult with the script creation

4  because we didn't want to respread what we thought

5  was a lie, so we had to write a script that did not

6  address what was said, we had to make sure we had

7  the tools and technology in order to do that.  I had

8  to speak with Melanie Campbell to make her aware of

9  what was going on and to make sure we could do this

10  work in the name of the Michigan coalition.

11      Q.   You mentioned the tools and technology.

12  What tools and technology specifically are you

13  referring to?

14      A.   I believe her team was using, ThruTalk,

15  which is an automated dialer.

16      Q.   So, this ten to twenty thousand dollars

17  that you reference, was that money that you had to

18  spend out-of-pocket or is that your estimate of how

19  much, the time you allocated on addressing the

20  robocall in August?

21      A.   So, it includes time, it also includes the

22  reallocation of the ThruTalk tools, and the paid

23  time of the staff who went from census calling to

24  absentee ballot calling.

25      Q.   Those callers who went from census to Get

1    Out The Vote efforts, were they going to be working

2    irrespective of the August robocall?

3        A.   Yes.

4        Q.   Did you have to add any additional callers

5    as a result of the August robocall?

6        A.   No -- I'm sorry, yes.  Because Ms. Gary,

7    who was not an initial phone banker, also started

8    making calls as well.

9        Q.   So, Ms. Gary personally started making

10   additional robocalls?

11       A.   Started making calls, yes.

12       Q.   And she was paid for those efforts?

13       A.   I don't know.  I don't know.  We do a lot

14   of volunteer stuff.  It was a part of her stipend

15   but I don't know if she was personally paid.

16       Q.   Did you have to commission any additional

17   callers to address the August 2020 robocall?

18       A.   No.

19       Q.   And the ThruTalk reallocation you

20   mentioned, that was a reallocation from census to

21   voting, right?

22       A.   Through absentee ballots, yes.

23       Q.   So, how did that cost money?

24       A.   Michigan Voices had allocated a certain

25   number of dials to this, to her organization.  Ms.

1  Gary's organization only had a certain number of

2  dials that they were making.  Because I asked her to

3  make these calls on behalf of Black Women's

4  Roundtable, Michigan Voices reallocated more dials

5  to her.

6       Q.   How much money, approximately, did those

7  redials cost?

8       A.   I don't know.

9       Q.   Was it more than ten thousand or less than

10  ten thousand?

11       A.   Less.

12       Q.   Was it more than five thousand or less

13  than five thousand?

14       A.   I don't know.

15       Q.   So, is it fair to say somewhere between

16  five and ten thousand or you don't know?  I don't

17  want you to guess.

18       A.   Yeah, I don't know.

19       Q.   What is ThruTalk?

20       A.   ThruTalk is an automated dialer that

21  allows individuals to connect directly with the

22  person and they do not have to dial the numbers

23  themselves, individually.

24       Q.   Is it fair to say the calls made through

25  ThruTalk are robocalls?

1     MR. KLEINMAN:  Okay.

2  Q.   At any point in time, well, can you speak

3 to whether you know whether representatives from the

4 National coalition spoke to any government entity or

5 can you only speak with regard to the Michigan

6 coalition on that?

7     MR. EPSTEIN:  Objection.

8  A.   I can only speak to the Michigan

9 coalition.

10  Q.   So, at any point in time has the Michigan

11 coalition spoken to any governmental entity about

12 the August 2020 robocall?

13  A.   No.

14  Q.   Okay.  Just to be clear, is it fair to say

15 that the Michigan coalition, a representative from

16 the Michigan coalition, has not spoken with any

17 attorney general's office, any prosecutor's office,

18 Federal Election Committee, Federal Communications

19 Committee, none of those entities?

20  A.   No.

21  Q.   Okay.  In your capacity as the, in your

22 capacity for the Michigan coalition, who else, if

23 anyone, have you spoken to about the August 2020

24 robocall?

25  A.   So, there was an Election Protection work

1  group that I sat on and I spoke with that work

2  group.  I also spoke with Ms. Gary.  I also have

3  personal relationships with a number of people who

4  live in Detroit, so I called to do some information

5  gathering there as well.

6       Q.  Okay.  And I don't want to know anything

7  you already testified to so just with regard with

8  the Election Protection work group is there anything

9  that you discussed with them that you haven't

10  already talked about here?

11       A.  No.

12       Q.  Same thing with Ms. Gary, did you discuss

13  anything else that you haven't already discussed

14  here?

15       MR. EPSTEIN:  Objection.

16       A.  No.

17       Q.  Now, the individuals that received this

18  call throughout Detroit, do you recall anyone in

19  particular who you spoke to?

20       A.  No.

21       Q.  Do you recall whether you spoke to anyone

22  in the Black community who received the call?

23       A.  Yes.

24       Q.  Do you recall who, specifically?

25       A.  It was my girlfriend, one of her children.

1      Q.    And was this an adult child?

2      A.    Yes.

3      Q.    And what was the sum and substance of your

4 conversation with this friend? What was the

5 friend's name?

6      A.    Shanay.

7      Q.    Does Shanay have a last name that you

8 know?

9      A.    Watson-Whittaker.

10      Q.    What exactly was the sum and substance of

11 your conversation with Ms. Watson-Whittaker?

12      A.    So, I called her to ask if she had

13 received the call or knew anyone who did and she

14 said that one of her godchildren had.

15      Q.    Is that the entirety of your conversation?

16      A.    I think we had a few choice words to say

17 about our thoughts on the robocall and her asking

18 how was this going to be handle.

19      Q.    When she asked how it was going to be

20 handle how did you respond?

21      A.    That Black Women's Roundtable would be

22 making calls but we had to work on a script because

23 we did not want to continue to spread what we

24 believe was a lie, so we had to work on that.

25      Q.    And what exactly did you mean by, you had

1    some choice words?

2       A.   We were frustrated.

3       Q.   Did you speak to Ms. Watson-Whittaker's

4   son about the robocall he received?

5       A.   I don't know if it was her son.  I know it

6   was her godchild.  I did not speak with them

7   directly.

8       Q.   Did Ms. Watson-Whittaker indicate how her

9   adult child felt about receiving the call?

10      A.   Yes.

11      Q.   What did she indicate?

12      A.   That there was an attack on Black men in

13   the City of Detroit.

14      Q.   You said on Black men?

15      A.   Yes.

16      Q.   Do you know why her adult child believed

17   it was an assault on Black men in particular?

18      A.   No.

19      Q.   Okay.  Did you ask?

20      A.   No.

21      Q.   Okay.  Do you know why Ms.

22   Watson-Whittaker's child is not a Plaintiff in this

23   lawsuit?

24      A.   No.

25      Q.   What, if anything, do you know about the

1  evidence that this concern actually came to

2  fruition?

3     A.   No.

4     Q.   Does the Michigan coalition believe that

5  voting in-person was more dangerous than going to

6  the supermarket?

7         MR. EPSTEIN:  Objection.

8     A.   Can you repeat?

9     Q.   Yes, does the Michigan coalition believe

10  that voting in-person is more dangerous than going

11  to the supermarket?

12         MR. EPSTEIN:  Objection.

13     A.   No, we felt they were equally dangerous at

14  that time.

15     Q.   In August, from August through November of

16  2020 did the Michigan coalition believe that voting

17  was less important than going to the supermarket?

18         MR. EPSTEIN:  Objection.

19     A.   I don't believe so.

20     Q.   Between August 2020 and November of 2020

21  did the Michigan coalition believe that it was more,

22  that voting in-person was more dangerous than going

23  to the bank?

24         MR. EPSTEIN:  Objection.

25     A.   We felt it was equally as dangerous.

1          A.    I believe there were a number of issues.

2          Q.    What were those issues?

3          A.    There was a global pandemic happening.

4     Black people have a distrust of the census already.

5     And the information and date -- well, information of

6     what questions would be asked kept changing and the

7     deadline to end the census was a moving target as

8     well.

9          Q.    So, those reasons you just articulated,

10    did any of them have anything to do with the August

11    of 2020 robocall?

12         A.    No.

13         Q.    Do you have any evidence that August of

14    2020 robocall effected how many people completed the

15    census in 2020?

16         A.    No, but I don't have any data that

17    concludes any of the other four things that I

18    mentioned did either.

19         Q.    Sure.  Is it your contention that the

20    August 2020 robocall effected how many people

21    completed the census?

22              MR. EPSTEIN:  Objection.

23         A.    It effected our time on doing the work

24    around the census.  And that's all I can speak to.

25         Q.    Is it fair to say that any statement that

Tameka Ramsey Brown      Confidential      5/25/2022
Case 1:20-cv-08668-JSR   Document 242-1   Filed 08/12/22   Page 35 of 35
Page 109

1

2          C E R T I F I C A T I O N

3

4

5      THIS IS TO CERTIFY, THAT I, DEIRDRE M. SMITH,

6 on Wednesday, May 25th of 2022, reported the

7 proceedings contained in the foregoing 108 pages at

8 the time and place as set forth in the heading in

9 the foregoing matter.  That the transcript is a true

10 and accurate transcription of my stenographic notes,

11 using Computer Aided Transcription, to the best of

12 my ability.

13      IN WITNESS WHEREOF, I have hereunto set my had

14 this 9th day of June, 2022.

15

16           *Deirdre Smith*

17        Deirdre M. Smith

18

19

20

21

22

23

24

25