# EXHIBIT 65

# CONFIDENTIAL



## Transcript of **Mary Winter**

Monday, May 9, 2022

*National Coalition on Black Civic Participation, et al.
v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 116296

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   -------------------------------------------------------

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
 5   WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
     ANDREA SFERES,
 6

 7                          Plaintiffs,      Civil Action No.

 8
                            -and-        1:20-cv-08668-VM-OTW
 9

10   People of the STATE OF NEW YORK, by its Attorney
     General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11   STATE OF NEW YORK

12                            -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                          Defendants.

16   -------------------------------------------------------

17

18        Deposition of MARY WINTER, Plaintiff, herein,

19   taken by Defendant, pursuant to Notice via Zoom, on

20   Monday, May 9, 2022, at 1:20 p.m., before Deirdre

21   Smith, a stenographer and notary public within and

22   for the State of New York.

23

24

25
```

```
 1   A P P E A R A N C E S

 2

 3   ORRICK HERRINGTON & SUTCLIFFE, LLP

 4   51 West 52nd Street

 5   New York, NY 10019-6142

 6   Appearing on behalf of the Plaintiff

 7   Phone: (617) 880-1800

 8   Email:   brittany.roehrs@orrick.com

 9            franklin.monsour@orrick.com

10   BY:     BRITTANY ROEHRS, ESQ.

11           FRANKLIN MONSOUR, ESQ.

12

13

14   GERSTMAN SCHWARTZ LLP

15   Appearing on behalf of the Defendant

16   60 E. 42nd Street, Suite 4700 Office 21

17   New York, NY 10165

18   Phone:(212) 227-7070

19   Email:   rkleinman@gerstmanschwartz.com

20   BY:     RANDY KLEINMAN, ESQ.

21

22

23

24

25
```

```
 1   A P P E A R A N C E S (continued)
 2
 3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
 4   Appearing on behalf of Plaintiff
 5   1500 K Street NW
 6   Suite 900
 7   Washington, DC 20005
 8   BY:    MARC EPSTEIN, ESQ.
 9
10
11
12   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL
13   Appearing on behalf of Plaintiff
14   28 Liberty Street
15   Floor 18, New York, NY 10005-1495
16   Phone: (212) 416-6046
17   BY:    COLLEEN FERITY, ESQ.
18
19
20
21
22
23
24
25
```

```
 1   Steinberg?
 2        A.   Soon after I listened to it.
 3        Q.   How did you share it with him?
 4        A.   I played him the recording.
 5        Q.   How did you play it?  Through the phone?
 6   Through the computer?  Something different?
 7        A.   Through the email.
 8        Q.   And why did you play it for him?
 9        A.   Because I wanted him to hear it.
10        Q.   Why did you want him to hear it?
11        A.   So that I could discuss it with him.
12        Q.   Why did you want to discuss it with him?
13        A.   Because I was horrified and outraged and
14   wanted to discuss.  Mr. Steinberg live with me and
15   he was within a few feet of me.
16        Q.   What was the nature of that conversation
17   after you played him the robocall?
18        A.   We were outraged and horrified at the
19   content of the call.
20        Q.   Okay.  What specifically were you
21   horrified and outraged about?
22        A.   The outrageous claims and intimidating
23   within the call.
24        Q.   Can you be more specific?
25        A.   No.
```

```
 1        Q.   You're unable to articulate what you found
 2   to be outrageous about the robocall; is that fair to
 3   say?
 4        A.   Can you clarify what you're asking?
 5        Q.   Sure.  Why did you think at the time you
 6   heard the robocall that it was outrageous?
 7        A.   Because it made outrageous claims that
 8   were intimidating to voters.
 9        Q.   What specifically about the claims did you
10   feel to be outrageous or intimidating?
11        A.   Most of it.
12        Q.   Okay.  What specifically?
13        A.   The fear mongering about vaccines.  The
14   threats about outstanding debts and people with
15   criminal histories.  All of these I found to be
16   extremely distressing.
17        Q.   Why did you find it to be distressing?
18        A.   Because if people were to believe the
19   claims made in that it would undermine our ability
20   to have faith in our democracy.
21        Q.   Do you believe that the entire substance
22   of the robocall was false?
23             MS. ROEHRS:  Objection.
24        A.   No.
25        Q.   What portions do you believe to be true?
```

```
 1      A.   Which question are you asking?
 2      Q.   With regards to be offended I'm asking you
 3  what type of offenses are adequate to bring a
 4  lawsuit in your opinion?
 5           MS. ROEHRS:  Objection.
 6      A.   Again, it would depend on the offense.  I
 7  would not want to -- I don't know.
 8      Q.   Have you ever offended anybody?
 9           MS. ROEHRS:  Objection.
10      A.   I don't know.
11      Q.   Would you expect to be sued if you
12  offended somebody?
13           MS. ROEHRS:  Objection.
14      A.   It would depend on the offense.
15      Q.   In what situation would you expect to be
16  sued by somebody you offended?
17      A.   If I had intimidated them against voting.
18      Q.   Were you intimidated against voting?
19           MS. ROEHRS:  Objection.
20      A.   By mail, yes.
21      Q.   But did you vote?
22      A.   Yes.
23      Q.   Any other reason you might think it was
24  legitimate to sue somebody because you were
25  offended?
```

C E R T I F I C A T I O N

THIS IS TO CERTIFY, THAT I, DEIRDRE M. SMITH, on Monday, May 9th of 2022, reported the proceedings contained in the foregoing 84 pages at the time and place as set forth in the heading in the foregoing matter. That the transcript is a true and accurate transcription of my stenographic notes, using Computer Aided Transcription, to the best of my ability.

IN WITNESS WHEREOF, I have hereunto set my had this 23rd day of May, 2022.

_____
Deirdre M. Smith