# EXHIBIT 67

# Confidential



## Transcript of **Eda Daniel**

Saturday, April 9, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115308

```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2      ----------------------------------------x
        NATIONAL COALITION ON BLACK
 3      CIVIC PARTICIPATION, MARY WINTER,
        GENE STEINBERG, NANCY HART,
 4      SARAH WOLFF, KAREN SLAVEN, KATE
        KENNEDY, EDA DANIEL, and ANDREA
 5      SFERES,

 6                            Plaintiffs,

 7                 -and-

 8      People of the STATE OF NEW YORK, by its
        attorney general, LETITIA JAMES,
 9      ATTORNEY GENERAL OF THE STATE OF
        NEW YORK
10

11                 V.          Civil Action No:
                                  20-cv-8668(VM)(OTW)
12


13
        JACOB WOHL, JACK BURKMAN, J.M.
14      BURKMAN & ASSOCIATES, LLC, PROJECT 1599,
        MESSAGE COMMUNICATIONS, INC., ROBERT
15      MAHANIAN, and JOHN and JANE DOES 1-10.

16                            Defendants.
        ----------------------------------------x
17

18              EXAMINATION BEFORE TRIAL of the Plaintiff, EDA

19      DANIEL, taken by the Defendant, pursuant to Court Order,

20      held via REMOTE MEANS, on April 9, 2022, at 10:01 a.m.,

21      before a Notary Public of the State of New York.

22
        *******************************************
23

24      *CONFIDENTIAL*

25
```

```
 1        A P P E A R A N C E S:

 2        ORRICK, HERRINGTON & SUTCLIFFE LLP
                 Attorneys for Plaintiff
 3               51 West 52nd Street
                 New York, New York 10019
 4
          BY:    AARON GOLD, ESQ.
 5               FRANKLIN MONSOUR, ESQ.

 6
          GERSTMAN SCHWARTZ LLP
 7               Attorneys for Defendant
                 1399 Franklin Avenue, Suite 200
 8               Garden City, New York 11530

 9        BY:    RANDY E. KLEINMAN, ESQ.

10
          LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
11               Attorneys for Plaintiff
                 1500 K Street NW, Suite 900
12               Washington, DC 20005

13        BY:    DAVID BRODY, ESQ.
                 MARC EPSTEIN, ESQ.
14

15

16

17

18

19

20

21

22

23

24

25
```

Eda Daniel     Confidential     4/9/2022
Case 1:20-cv-08668-JSR   Document 242-4   Filed 08/12/22   Page 5 of 8
Page 38

1    organizations have their own means of finding people.

2    Q.    Whose we?

3            MR. GOLD: Objection.

4    A.    American citizens, people who are educated,

5    people who grew up here, people who watch TV, watch the

6    news, just people, citizens.

7    Q.    So American citizens would be able to tell that

8    this particular statement is false; is that what you're

9    saying?

10           MR. GOLD: Objection.

11    A.    Once one thinks about it, one would know that

12    it is false.

13    Q.    Did you do any type of independent research

14    online or otherwise to corroborate whether or not it was

15    true or false?

16    A.    No, I did not.

17    Q.    And if persons can recognize that this

18    statement is false, what about this statement makes it

19    so pernicious?

20           MR. GOLD: Objection.

21    A.    That a stranger is calling my house with false

22    information.

23    Q.    So it is pernicious because you received the

24    call; is that correct?

25    A.    Yes.

```
 1                    MR. KLEINMAN:  You know what, so I'd
 2           like to share Exhibit A that was marked
 3           yesterday, Exhibit A which is a recording of
 4           the robo call for the record, so I'm going to
 5           do that now.
 6                    (Whereupon, the robo call recording was
 7           played as follows:
 8                    Hi, this is Tamika Taylor from Project
 9           1599 the civil rights organization founded by
10           Jack Burkman and Jacob Wohl.  Mail in voting
11           sounds great.  But did you know that if you
12           vote by mail, your personal information will be
13           part of a public database that will be used by
14           police departments to track down old warrants
15           and be used by credit card companies to collect
16           outstanding debt?  The CDC is even pushing to
17           use records from mail in voting to track people
18           for mandatory vaccines.  Don't be finessed into
19           giving your private information to the man.
20           Stay safe and beware of vote by mail.)
21      Q.   Is that the same robo call that you heard on
22           August 26, 2020, Ms. Daniel?
23      A.   Yes.
24      Q.   Is there anything in particular about the tone
25           and cadence of the speaker's voice that you feel was
```

```
 1     A.     I do not.

 2     Q.     Would it surprise you to learn that there were

 3     thousands of them?

 4     A.     It would not surprise me.

 5     Q.     Did you talk to every single one of those

 6     people to learn how they felt about the robo call?

 7     A.     No.

 8     Q.     Did you talk to them to learn about what affect

 9     it had on them?

10     A.     I did not.

11     Q.     What emotions did you feel, again, for the

12     record when you received the robo call?

13     A.     As I stated earlier, I initially felt fear.  I

14     then felt a sense of relief that this was not directed

15     at me and then I felt anger realizing this was directed

16     at people in my city.

17     Q.     And you testified earlier during this

18     deposition that this was an intrusion in your life,

19     correct?

20     A.     It was a very dark moment to get this call.  It

21     was startling and unpleasant enough that I felt I needed

22     to do something.

23     Q.     And would you characterize that as an

24     intrusion?

25     A.     Very much an intrusion.
```

```
 1                    C E R T I F I C A T E

 2

 3            I, BROOKE E. PERRY, hereby certify that the

 4      Examination Before Trial of EDA DANIEL was held before

 5      me on the 9th day of April, 2022; that said witness was

 6      duly sworn before the commencement of her testimony;

 7      that the testimony was taken stenographically by myself

 8      and then transcribed by myself; that the party was

 9      represented by counsel as appears herein;

10      That the within transcript is a true record of the

11      Examination Before Trial of said witness;

12              That I am not connected by blood or marriage

13      with any of the parties; that I am not interested

14      directly or indirectly in the outcome of this matter;

15      that I am not in the employ of any of the counsel.

16              IN WITNESS WHEREOF, I have hereunto set my

17      hand this 9th day of April, 2022.

18
                    *Brooke E. Perry* (signature)
19

20                          BROOKE E. PERRY

21

22

23

24

25
```