# EXHIBIT 68

# CONFIDENTIAL



## Transcript of **Andrea Sferes**

Tuesday, April 19, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115542

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK

3  ----------------------------------------------------

4  NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
   MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
5  WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
   ANDREA SFERES,
6

7                         Plaintiffs,

8
                           -and-
9

10 People of the STATE OF NEW YORK, by its Attorney
   General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11 STATE OF NEW YORK

12                        -vs-

13 JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
   LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14 ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                       Defendants.

16 ----------------------------------------------------

17

18        Deposition of ANDREA SFERES taken via Zoom on

19 Tuesday, April 19, 2022 at 10:00 a.m., before

20 Deirdre Smith, a stenographer and notary public

21 within and for the State of New York.

22

23

24                      CONFIDENTIAL

25

```
 1   A P P E A R A N C E S

 2


 3   ORRICK HERRINGTON & SUTCLIFFE, LLP

 4   51 West 52nd Street

 5   New York, NY 10019-6142

 6   Appearing on behalf of the Plaintiff

 7   Phone: (617) 880-1800

 8   Email:   aaron.gold@orrick.com

 9            franklin.monsour@orrick.com

10            rlind@orrick.com

11   BY:     AARON GOLD, ESQ.

12           FRANKLIN MONSOUR, ESQ.

13           RYAN LIND, ESQ.

14

15

16   GERSTMAN SCHWARTZ LLP

17   Appearing on behalf of the Defendant

18   60 E. 42nd Street, Suite 4700 Office 21

19   New York, NY 10165

20   Phone:(212) 227-7070

21   Email:   nepstein@gerstmanschwartz.com

22   BY:      NICOLE EPSTEIN, ESQ.

23

24

25
```

```
 1   A P P E A R A N C E S
 2
 3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
 4   Appearing on behalf of Plaintiff
 5   1500 K Street NW
 6   Suite 900
 7   Washington, DC 20005
 8   BY:     MARC EPSTEIN
 9           ADONNE WASHINGTON
10           DAVID BRODY
11
12
13   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL
14   Appearing on behalf of Plaintiff
15   28 Liberty Street
16   Floor 18, New York, NY 10005-1495
17   Phone: (212) 416-6046
18   BY:     COLLEEN FERITY
19
20
21
22
23
24
25
```

1    A.    Can you repeat the question?
2    Q.    Sure.  So, what irrefutable harm did you
3  face at the time you filed the amended complaint on
4  November 22, 2020 --
5          MR. EPSTEIN:  Objection.
6    Q.    -- as you allege in paragraph 100?
7    A.    I mean I'd say emotionally I felt very
8  stressed when I received the call and that, you
9  know, was uncomfortable for me.
10   Q.    Did you feel like that on, after the
11 election on November 22, 2021?
12   A.    The election in 2021?  I'm sorry?
13   Q.    So, when you filed -- the amended
14 complaint was filed on November 22, 2021.
15   A.    Au-hau.
16   Q.    Do you still feel the same?
17   A.    I -- I feel some anxiety knowing that
18 this, these sort of falsehoods and such things are
19 going on.
20   Q.    Previously today you testified that you
21 felt scared momentarily.  So, is it fair to say that
22 you weren't still scared November 22, 2021?
23         MR. EPSTEIN:  Objection.
24   A.    I did not feel scared for my medical bills
25 being discovered.

1

2       C E R T I F I C A T I O N

3

4

5      THIS IS TO CERTIFY, THAT I, DEIRDRE M. SMITH,

6   on Tuesday, April 19th of 2022, reported the

7   proceedings contained in the foregoing 64 pages at

8   the time and place as set forth in the heading in

9   the foregoing matter.  That the transcript is a true

10  and accurate transcription of my stenographic notes,

11  using Computer Aided Transcription, to the best of

12  my ability.

13      IN WITNESS WHEREOF, I have hereunto set my had

14  this 29th day of April, 2022.

15

16                         *[signature]*

17                         Deirdre M. Smith

18

19

20

21

22

23

24

25