# EXHIBIT 72

Confidential



## Transcript of **Nancy Hart**

Sunday, April 10, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115309

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   -------------------------------------------------------

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY
     WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN
 5   SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,

 6

 7                          Plaintiffs

 8

 9                           -and-

10
     People of the STATE OF NEW YORK, by its attorney general,
11   LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK

12                           -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC
     PROJECT 1599, MESSAGE COMMUNICATIONS, INC., ROBERT MAHANIAN,
14   and JOHN and JANE DOES 1-10,

15
                           Defendants.
16

17   -------------------------------------------------------

18       Deposition of NANCY HART, Plaintiff, herein taken by

19   Defendant, pursuant to Notice via Zoom, on Sunday, April

20   10th, 2022 at 10:00 a.m., before Paula D. Bielat, a

21   shorthand reporter and notary public within and for the

22   State of New York.

23

24

25
```

```
 1   APPEARANCES:

 2

 3
                 ORRICK HERRINGTON & SUTCLIFFE, LLP
 4               BY: AARON GOLD, ESQ.
                 MARC EPSTEIN, ESQ.
 5               51 West 52nd Street
                 New York, NY 10019-6142
 6               Appearing on behalf of the Plaintiff
                 aaron.gold@orrick.com
 7

 8
                 GERSTMAN SCHWARTZ LLP
 9               BY: RANDY E. KLEINMAN, ESQ.
                 DAVID SCHWARTZ, ESQ.
10               60 E. 42nd Street, Suite 4700 Office 21
                 New York, NY 10165
11               Appearing on behalf of the Defendant
                 rkleinman@gerstmanschwartz.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

 1          CDC is even pushing to use records for mail-in

 2          voting to track people for mandatory vaccines

 3          could be targeted toward anyone of a lower

 4          socioeconomic demographic irrespective of race?

 5     A    Not really.

 6     Q    Okay.  And for the same reasons you just said?

 7     A    Yes.

 8     Q    Okay.  The statement here where it says don't be

 9          finessed into giving you private information to

10          the man.  You testified before that you believe

11          that's targeted towards the black community,

12          correct?

13     A    Yes.

14     Q    Is it fair to say that this statement could be

15          targeted to any community irrespective of race?

16     A    Yes.

17     Q    Okay.  Do you believe that the robocall was

18          intended to be intimidating?

19     A    Yes.

20     Q    What is the basis for this belief?

21     A    My belief is that they are bringing up, again,

22          tropes that have been used to dissuade people in

23          the African America community from voting or

24          participating in civic processes for a number of

25          years.

Nancy Hart     Confidential     4/10/2022
Case 1:20-cv-08668-JSR    Document 242-9    Filed 08/12/22    Page 6 of 10
Page 53

```
 1   Q   Were you personally intimidated by the robocall?
 2   A   No.
 3   Q   How were you affected by the robocall personally?
 4   A   It's a waste of my time.
 5   Q   Aside from it wasting your time, how else were
 6       you affected by it?
 7   A   By waste of time I mean personally and
 8       professionally.
 9   Q   Okay.  How did it waste your time personally?
10   A   I was trying to work at home when I received this
11       call on my home phone.  That's how it's a waste
12       of time.
13   Q   Now you testified before it actually went to your
14       answering machine though, correct?
15   A   Yes.
16   Q   Is there a reason you didn't walk out of the room
17       or delete the call or otherwise hang up on it?
18   A   It was broadcasting as I was busy doing something
19       else.
20   Q   And that broadcast wasted your time?
21   A   Yes.
22   Q   How was it a waste of your time on a professional
23       level?
24   A   With the community I work with and the manner in
25       which we operate within the community, we spend a
```

```
 1        lot of time answering questions as well as asking

 2        them.  We have, as I said before, researched all

 3        of these things.  We have presented information

 4        to convince people that voting is more important.

 5        We are definitely people who believe that voting

 6        should be every voter, every election, every time

 7        and we try to promote that as much as possible,

 8        and when I have to answer these questions and

 9        then they receive a robocall, they then question

10        my reputation and my credibility and again, waste

11        my time because I have to return to show them

12        again, this is not true, this is not true, this

13        is not true.

14    Q   But you did not answer any questions specifically

15        with regard to the robocall; is that correct?

16    A   No.

17    Q   No, it's not correct or no you didn't answer any

18        questions?

19    A   It is correct, I did not.

20    Q   Prior to receiving the robocall in 2020, what

21        efforts did you take to promote voting in the

22        2020 presidential election?

23    A   We try to raise awareness that elections are

24        coming, who the candidates are, situations like

25        that.
```

```
 1                          come back at 12:25?
 2    MR. GOLD:              That works.
 3              (Whereupon, short recess held.)
 4    BY MR. KLEINMAN:
 5    Q    I have really just a few more questions.  Ms.
 6         Hart, have you received any payment
 7         reimbursement, whatsoever, in order to be a
 8         Plaintiff in this case?
 9    A    I have not.
10    Q    Have you received any payment for reimbursement
11         from anyone to provide testimony in this lawsuit?
12    A    I have not.
13    Q    Have you received any reimbursements or payments,
14         whatsoever, related to this case?
15    A    I have not.
16    MR. KLEINMAN:          Thank you.  I have nothing further at
17                           this time.
18    MR. GOLD:              All right.  I have a couple of
19                           follow-up questions.
20    EXAMINATION
21    BY MR. GOLD:
22    Q    Ms. Hart, why do you believe that the defendants
23         placed the robocall?
24    A    To intimidate.
25    MR. KLEINMAN:          Objection, speculation.
```

```
 1    THE WITNESS:         To intimidate voters.  More
 2                         specifically voting by mail.
 3    MR. GOLD:            And why do you believe that?
 4    MR. KLEINMAN:        Objection.
 5    THE WITNESS:         Because of the tone of the call.
 6    MR. GOLD:            Earlier you testified that you
 7                         believed the robocall to be menacing;
 8                         is that accurate?
 9    THE WITNESS:         Yes.
10    BY MR. GOLD:
11    Q    What do you mean by menacing?
12    A    Menacing is the implication of a negative
13         consequence of either taking action or not taking
14         action.  In this case of taking action by
15         registering to vote by mail.
16    Q    Do you think it was menacing to any particular
17         group of people?
18    A    Yes.
19    Q    What particular group of people?
20    A    I think in particular it's menacing to black
21         people.
22    Q    Understood.  You testified earlier that you
23         scoffed at signs you thought were untrue; is that
24         correct?
25    A    Yes.
```

C E R T I F I C A T I O N

THIS IS TO CERTIFY, THAT I, PAULA D. BIELAT, on Sunday, April 10th, 2022, reported the proceedings contained in the foregoing 96 pages at the time and place as set forth in the heading in the foregoing matter. That the transcript is a true and accurate transcription of my stenographic notes, using Computer Aided Transcription, to the best of my ability.

PAULA D. BIELAT, Court Reporter