# EXHIBIT 73

**Elizabeth Harding**
August 26, 2020 ·

Transcription of voicemail I just got.  Straight up bullshit fear-mongering to suppress voting.

"Hi, this is Tamika Taylor from Project 1599. The civil rights organization founded by Jack Burkman and Jacob Wolfe. Mail-in voting sounds great. But did you know that if you vote by mail, your personal information will be part of a public database that will be used by police departments to track down old warrants and be used by credit card companies to collect outstanding debts. The CDC is even pushing to use records for mail in voting to track people for mandatory vaccines. Don't be finessed into giving your private information to the man, stay home safe and beware of vote by mail."

😡😮 34                                                                      11 Comments

Like · Comment · Share

**Kristina M Bridges**
Sad

Like · Reply · 40w

**Peter Burley**
Sick.

Like · Reply · 40w

**Elizabeth Harding**
Footnote, Project 1599 is the group that was raising money for the legal fees to support Derek Chauvin (the cop that murdered George Floyd)

Like · Reply · 40w                                                    😡👍😮 6

**Helen Cielo Dansereau**
So f'ed up.

Like · Reply · 40w

**Elizabeth Harding**
I reported to ACLU's election protection hotline and Right Wing Watch

Like · Reply · 40w                                                    👍❤ 7

**Elizabeth Harding**
If anyone knows of another place I could report it to, please let me know.

Like · Reply · 40w

**Gregory Powell**

CONFIDENTIAL
WINTER002



Like · Reply · 40w

**Elizabeth Harding**
Thanks, I sent to their tip line
3
Like · Reply · 40w

Write a reply...

**Devorah Kessler Rothfarb**
"Stay home safe and don't vote by mail" I say great... keep telling Q-Annoners to stay home save and don't vote by mail...
2
Like · Reply · 40w

**Maryah Converse**
Um, yeah. It's called the Postal Service. They know where you live. It's kind of their job. Always has been. Sheesh.
5
Like · Reply · 40w

**Elizabeth Harding**
https://www.rightwingwatch.org/.../right-wing-political.../

RIGHTWINGWATCH.ORG
Right-Wing Political Operatives Jack Burkman and Jacob Wohl Target...

Like · Reply · Remove Preview · 40w

Write a comment...