# EXHIBIT 74

## GOTV Script

Hello, my name is _____, I am with Black Women's Roundtable. We are a community organization and our mission is to educate, organize, empower and mobilize black communities.

We are calling today to check in with you and your family.

1. **HEALTH AND WELLNESS CHECK**

Due to Covid 19, we know that many families are struggling. There are resources in your community and if you are interested, we can email or mail this information. Would you like to receive information?

**If Yes:** We need to get their email address or mailing address.
**If No:** Move to next question

2. **NO REASON ABSENTEE**

Residents in Michigan have the right to request a mail in ballot, if you have heard any information saying different, is it incorrect. If you have heard something that makes your uncomfortable to request your ballot or to turn it in; please reach out to the Secretary of State at this link: https://www.michigan.gov/sos/.

CONFIDENTIAL
NCBCP002