# EXHIBIT 75

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, MARY WINTER, GENE
STEINBERG, NANCY HART, SARAH WOLFF,
KAREN SLAVEN, KATE KENNEDY, EDA
DANIEL, and ANDREA SPERES,

                Plaintiffs,

  - against -           Civil Action No.
                           10-cv-8668

JACOB WOHL, JACK BURKMAN, J.M.
BURKMAN & ASSOCIATES, LL, PROJECT
1599, and JOHN and JANE DOES 1-10,
                Defendants.
------------------------------------x

              Remote deposition
              April 25, 2022
              10:08 a.m.


    VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of

JOHN BURKMAN, s/h/a JACK BURKMAN before Michele

Moskowitz, a shorthand reporter and Notary Public

of the State of New York.

```
 1                A P P E A R A N C E S
 2   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
 3   Attorneys for Plaintiff-Intervenor
 4        28 Liberty Street
 5        New York, New York  10005
 6   BY:  RICHARD SAWYER, ESQ.
 7        CONNOR DUFFY, ESQ.
 8        COLLEEN FAHERTY, ESQ.
 9        richard.sawyer@ag.ny.gov
10
11   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
12   Attorneys for Plaintiffs
13        1500 K Street Northwest, Suite 900
14        Washington, D.C.  20005
15   BY:  MARC EPSTEIN, ESQ.
16        DAVID BRODY, ESQ.
17        mepstein@lawyerscommittee.org
18
19   ORRICK HERRINGTON & SUTCLIFFE
20   Attorneys for Plaintiffs
21        51 West 52nd Street
22        New York, New York  10019
23   BY:  AARON GOLD, ESQ.
24        FRANKLIN MONSOUR, ESQ.
25        aaron.gold@orrick.com
```

```
                                              Page 3
 1              A P P E A R A N C E S
 2    GERSTMAN SCHWARTZ LLP
 3    Attorneys for Defendants
 4         1399 Franklin Avenue
 5         Garden City, New York  11530
 6    BY:  RANDY KLEINMAN, ESQ.
 7         DAVID SCHWARTZ, ESQ.
 8         rkleinman@gerstmanschwartz.com
 9
10
11    ALSO PRESENT:
12    MIRIAM LI, LEGAL ANALYST
13    SCOTT GRABEL, OBSERVER
14    SHAWN BUDD, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                     BURKMAN
 2   asserting my privilege against self-
 3   incrimination.
 4        Q.    Okay.
 5              MR. SAWYER:  And let's move to page
 6        Defendants' 4341, next page.
 7        Q.    Okay.  This document now describes
 8   what services the ACPI will deliver to its
 9   funders, correct?
10              MR. KLEINMAN:  Objection.
11        A.    On the advice of counsel, I'm
12   asserting my privilege against self-
13   incrimination.
14        Q.    And these are services that you and
15   Jacob Wohl are offering to people who are willing
16   to fund the ACPI; is that correct?
17              MR. KLEINMAN:  Objection.
18        A.    On the advice of counsel, I'm
19   asserting my privilege against self-
20   incrimination.
21        Q.    Okay.  And so the ACPI's plan was
22   inspired by the Russian Intelligence Research
23   Agency, which, and I quote, Proved in 2016
24   building up left wing Internet properties that
25   ultimately aim to ultimately suppress turnout is
```

```
 1                    BURKMAN
 2   an effective strategy; is that correct?
 3           MR. KLEINMAN:  Objection.
 4       A.    On the advice of counsel, I'm
 5   asserting my privilege against self-
 6   incrimination.
 7       Q.    And so the ACPI planned to use
 8   methods -- strike that.
 9             The ACPI planned to use methods
10   created by the Russian Internet [sic] Research
11   Agency to build up left wing Internet properties
12   to ultimately suppress turnout in elections,
13   correct; is that correct?
14           MR. KLEINMAN:  Objection.
15       A.    On the advice of counsel, I'm
16   asserting my privilege against self-
17   incrimination.
18       Q.    So you and Jacob Wohl advertised to
19   potential investors your plan to build up left
20   wing properties that aim to ultimately suppress
21   voter turnout; is that correct?
22           MR. KLEINMAN:  Objection.  Fifth.
23       A.    On the advice of counsel, I'm
24   asserting my privilege against self-
25   incrimination.
```

Page 99

1              BURKMAN
2       Q.     And that plan that you and Jacob Wohl
3    intended to enact was inspired by Russian
4    disinformation in the 2016 election; is that
5    correct?
6              MR. KLEINMAN:  Objection.
7       A.     On the advice of counsel, I'm
8    asserting my privilege against self-
9    incrimination.
10      Q.     Okay.
11             MR. SAWYER:  Let's move to
12        Defendants' 4345.
13      Q.     Okay.  Now we're looking at 4345,
14   where you and Jacob Wohl advertised that you have
15   developed a time-tested and incredibly successful
16   methodology for taking advantage of the media's
17   implicit left wing bias, which allows us to
18   influence mainstream media coverage by
19   manipulating the Twitter algorithm and blogger
20   networks; is that correct?
21             MR. KLEINMAN:  Objection.
22      A.     On the advice of counsel, I'm
23   asserting my privilege against self-
24   incrimination.
25      Q.     And on this page you and Jacob Wohl

1                       BURKMAN
2    be Tamika Taylor made that claim to voters in New
3    York which phone, that was a lie, correct?
4              MR. KLEINMAN:  Objection.
5         A.   Fifth Amendment.
6         Q.   Okay.  And in fact, putting aside New
7    York, you have no information from any source
8    supporting the claim that the act of voting by
9    mail will put somebody in a public database
10   anywhere in the United States, correct?
11             MR. KLEINMAN:  Objection.
12        A.   Fifth Amendment.
13        Q.   And you will admit that you have no
14   information from any source supporting the claim
15   that police will use vote-by-mail data to track
16   down old warrants anywhere in the United States,
17   correct?
18             MR. KLEINMAN:  Objection.
19        A.   Fifth Amendment.
20        Q.   Well, you've raised the First
21   Amendment defense to this lawsuit and to your
22   criminal proceeding on the basis that what you
23   said was true and now I'm asking for information
24   supporting your claim.  And what your -- and so I
25   just want to be clear.  You're -- while I'm

Page 346

C E R T I F I C A T I O N

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

    I, MICHELE MOSKOWITZ, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

    That JOHN BURKMAN, the witness whose examination is hereinbefore set forth, was duly sworn/affirmed by me and that this transcript of such examination is a true record of the testimony given by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of April, 2022.

*Michele Moskowitz*

MICHELE MOSKOWITZ