# EXHIBIT 76

Page 1

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

3   ----------------------------------------x
    NATIONAL COALITION ON BLACK CIVIC

4   PARTICIPATION, MARY WINTER, GENE
    STEINBERG, NANCY HART, SARAH WOLFF,

5   KAREN SLAVEN, KATE KENNEDY, EDA
    DANIEL, and ANDREA SPERES,

6

                         Plaintiffs,

7

8       - against -                    Civil Action No.
                                        10-cv-8668

9

10  JACOB WOHL, JACK BURKMAN, J.M.
    BURKMAN & ASSOCIATES, LL, PROJECT

11  1599, and JOHN and JANE DOES 1-10,

12                       Defendants.
    ----------------------------------------x

13

14                       Remote deposition

15                       May 11, 2022

16                       10:08 a.m.

17

18

19

          VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of

20

    JACOB WOHL, before Michele Moskowitz, a shorthand

21

    reporter and Notary Public of the State of New

22

    York.

23

24

25

```
                                      Page 2

1                 A P P E A R A N C E S

2     NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

3     Attorneys for Plaintiff-Intervenor

4          28 Liberty Street

5          New York, New York  10005

6     BY:  RICHARD SAWYER, ESQ.

7          CONOR DUFFY, ESQ.

8          COLLEEN FAHERTY, ESQ.

9          richard.sawyer@ag.ny.gov

10

11    LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

12    Attorneys for Plaintiffs

13         1500 K Street Northwest, Suite 900

14         Washington, D.C.  20005

15    BY:  DAVID BRODY, ESQ.

16         MARC EPSTEIN, ESQ.

17         BEN AIKEN, ESQ.

18         mepstein@lawyerscommittee.org

19

20    ORRICK HERRINGTON & SUTCLIFFE

21    Attorneys for Plaintiffs

22         51 West 52nd Street

23         New York, New York  10019

24    BY:  BRITTANY ROEHRS, ESQ.

25         brittany.roehrs@orrick.com
```

```
                                              Page 3

 1                  A P P E A R A N C E S

 2   GERSTMAN SCHWARTZ LLP

 3   Attorneys for Defendants

 4        1399 Franklin Avenue

 5        Garden City, New York   11530

 6   BY:  RANDY KLEINMAN, ESQ.

 7        DAVID SCHWARTZ, ESQ.

 8        rkleinman@gerstmanschwartz.com

 9

10

11   ALSO PRESENT:

12   MIRIAM LI, LEGAL ANALYST

13   RYAN GALLAGHER, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22

23

24

25
```

1                            WOHL

2         Q.       And you had no knowledge that the CDC

3    was planning to do anything like this, correct?

4                   MR. KLEINMAN:   Objection.

5         A.       Fifth Amendment.

6         Q.       Since the introduction of COVID

7    vaccines in 2021, the CDC has never used mail-in

8    voting records to track people for mandatory

9    vaccines, correct?

10                  MR. KLEINMAN:   Objection.

11        A.       Fifth Amendment.

12        Q.       At the time you sent the robocall,

13   you had no information supporting the claim that

14   the act of voting by mail would put a person's

15   information in a public database, correct?

16                  MR. KLEINMAN:   Objection.

17        A.       Fifth Amendment.

18        Q.       In fact, at the time you knew that

19   claim to be false, correct?

20                  MR. KLEINMAN:   Objection.

21        A.       Fifth Amendment.

22        Q.       At the time you sent the robocall,

23   you had no information supporting the claim that

24   police used vote-my-mail data to track down old

25   warrants, correct?

```
 1                      WOHL
 2      A.      Fifth Amendment.
 3      Q.      Trade craft is doing politics on the
 4  sly, correct?
 5              MR. KLEINMAN:  Objection.
 6      A.      Fifth Amendment.
 7      Q.      Trade craft is -- okay.  Strike that.
 8              Now, the document says that, "As the
 9  Russian Internet Research Agency proved in 2016,
10  building up left-wing Internet properties that
11  aim to ultimately suppress turnout is an
12  effective strategy."  Did I read that accurately?
13              MR. KLEINMAN:  Objection.
14      A.      Fifth Amendment.
15      Q.      And you wrote that because you were
16  setting the reader up to understand what it is
17  the Russians did to suppress voter turnout in
18  2016, correct?
19              MR. KLEINMAN:  Objection.
20      A.      Fifth Amendment.
21      Q.      And it was your plan with the ACPI to
22  emulate and employ the same methods used by the
23  Russian Internet Agency in 2016 to suppress voter
24  turnout, correct?
25              MR. KLEINMAN:  Objection.
```

```
 1                    WOHL
 2       A.     Fifth Amendment.
 3              MR. SAWYER:  Okay.  Will you scroll
 4       down a little bit Miriam, please?  Okay.
 5       Let's go to the next page.  I'm sorry, I
 6       want to actually -- I want to see the last
 7       line of the previous page and then the first
 8       two lines of this.  There we go.  Okay.  I
 9       want to see the last line of 4341 and the
10       first two lines of 4342 please.  Okay.
11       Thank you.
12       Q.     It says that ACPI plans to use the
13  strategy, the strategy described above used by
14  the Russian Internet Agency in 2016, to affect
15  the outcomes of Democrat party primary elections
16  which will ultimately serve to generate profits
17  for our backers on the political betting markets.
18  Did I read that accurate?
19              MR. KLEINMAN:  Objection.
20       A.     Fifth Amendment.
21       Q.     So it was -- you were proposing in
22  this document to use Russian-style misinformation
23  to influence political betting markets, correct?
24              MR. KLEINMAN:  Objection.
25       A.     Fifth Amendment.
```

Page 342

1              C E R T I F I C A T I O N

2      STATE OF NEW YORK   )

                           )

3      COUNTY OF NEW YORK  )

4

5

6          I, MICHELE MOSKOWITZ, a Shorthand Reporter

7      and Notary Public within and for the State of New

8      York, do hereby certify:

9          That JACOB WOHL, the witness whose

10     examination is hereinbefore set forth, was duly

11     sworn/affirmed by me and that this transcript of

12     such examination is a true record of the

13     testimony given by such witness.

14         I further certify that I am not related to

15     any of the parties to this action by blood or

16     marriage and that I am in no way interested in

17     the outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto set my

19     hand this 16th day of May, 2022.

20

21

22         _Michele Moskowitz_

23

       MICHELE MOSKOWITZ

24

25