IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1–10,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

**REPLY DECLARATION OF FRANKLIN MONSOUR JR. IN FURTHER SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY ON ALL CLAIMS**

I, Franklin Monsour Jr. declare as follows:

1.      I am an active member of the New York Bar and am associated with the law firm Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes. I make this declaration based on my personal knowledge.

2.      Attached as Exhibit 77 is a true and correct copy of the relevant excerpts from Jacob Wohl's deposition taken on May 11, 2022 ("Wohl Dep.").

3.     Attached as <u>Exhibit 78</u> is a true and correct copy of Defendants' responses to Plaintiff-Intervenor People of the State of New York's Request for Admissions.

4.     Pursuant to Judge Marrero's Individual Practices II.E., I attest that I am familiar with the full contents of the documents attached to this declaration, that I will maintain a copy of the entire documents in my case files until after a final court disposition of the action, and that the excerpts of documents filed with these motion papers are authentic copies of the relevant portions of the documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 19, 2022          By: */s/ Franklin Monsour Jr.*
                                          Franklin Monsour Jr.

                                     Orrick, Herrington & Sutcliffe LLP
                                     51 West 52nd Street
                                     New York, NY
                                     fmonsour@orrick.com
                                     (212)-506-3512

                                     *Attorney for Plaintiffs*