# EXHIBIT 77

Page 1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3    ----------------------------------------x
     NATIONAL COALITION ON BLACK CIVIC

4    PARTICIPATION, MARY WINTER, GENE
     STEINBERG, NANCY HART, SARAH WOLFF,

5    KAREN SLAVEN, KATE KENNEDY, EDA
     DANIEL, and ANDREA SPERES,

6
                      Plaintiffs,

7

8       - against -              Civil Action No.
                                 10-cv-8668

9

10   JACOB WOHL, JACK BURKMAN, J.M.
     BURKMAN & ASSOCIATES, LL, PROJECT

11   1599, and JOHN and JANE DOES 1-10,

12                   Defendants.
     ----------------------------------------x

13

14                   Remote deposition

15                   May 11, 2022

16                   10:08 a.m.

17

18

19

         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of

20
     JACOB WOHL, before Michele Moskowitz, a shorthand

21
     reporter and Notary Public of the State of New

22
     York.

23

24

25

```
                                              Page 2

1                 A P P E A R A N C E S

2   NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

3   Attorneys for Plaintiff-Intervenor

4         28 Liberty Street

5         New York, New York  10005

6   BY:   RICHARD SAWYER, ESQ.

7         CONOR DUFFY, ESQ.

8         COLLEEN FAHERTY, ESQ.

9         richard.sawyer@ag.ny.gov

10

11  LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

12  Attorneys for Plaintiffs

13        1500 K Street Northwest, Suite 900

14        Washington, D.C.  20005

15  BY:   DAVID BRODY, ESQ.

16        MARC EPSTEIN, ESQ.

17        BEN AIKEN, ESQ.

18        mepstein@lawyerscommittee.org

19

20  ORRICK HERRINGTON & SUTCLIFFE

21  Attorneys for Plaintiffs

22        51 West 52nd Street

23        New York, New York  10019

24  BY:   BRITTANY ROEHRS, ESQ.

25        brittany.roehrs@orrick.com
```

```
 1              A P P E A R A N C E S

 2   GERSTMAN SCHWARTZ LLP

 3   Attorneys for Defendants

 4        1399 Franklin Avenue

 5        Garden City, New York   11530

 6   BY:   RANDY KLEINMAN, ESQ.

 7         DAVID SCHWARTZ, ESQ.

 8         rkleinman@gerstmanschwartz.com

 9

10

11   ALSO PRESENT:

12   MIRIAM LI, LEGAL ANALYST

13   RYAN GALLAGHER, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 258

1                         WOHL

2       A.      Fifth Amendment.

3       Q.      Now, you're taking the Fifth

4    Amendment -- okay.  Strike that.

5               You've seen this document before

6    because you drafted this document, correct?

7               MR. KLEINMAN:  Objection.

8       A.      Fifth Amendment.

9       Q.      Okay.

10              MR. SAWYER:  Let's scroll down a

11          couple of pages.  Okay, stop here.

12      Q.      So these are -- this is -- these are

13   more pages from the same PDF produced to us in

14   discovery by defendants, Defendants' 4339 through

15   4340, and this is an updated version of which --

16   what we just read, but it's in a prospectus form.

17   Are you familiar with this document?

18              MR. KLEINMAN:  Objection.

19      A.      Fifth Amendment.

20      Q.      In fact, you are familiar with this

21   document because you drafted this document,

22   correct?

23              MR. KLEINMAN:  Objection.

24      A.      Fifth Amendment.

25      Q.      And when this document was released

Page 264

1                           WOHL

2       Q.      And that's also true, you admitted to

3    The Post that you were the author of the draft

4    plan for the Arlington Center for Political

5    Intelligence and you purposefully misled The

6    Daily Beast about its -- about your authorship

7    because you believed that they would not write

8    about it otherwise, correct?

9                   MR. KLEINMAN:  Objection.

10      A.      Fifth Amendment.

11      Q.      You said that to The Post reporter

12   and they accurately reported it, correct?

13                  MR. KLEINMAN:  Objection.

14      A.      Fifth Amendment.

15      Q.      Okay.  Thank you.

16                  MR. SAWYER:  And, Miriam, do we have

17          the exhibit number for that one?

18                  MS. LI:  Now that it's off the

19          screen, I can check.

20                  MR. SAWYER:  I'm sorry, Madam Court

21          Reporter, I realize now that I never

22          indicated when we were off confidential.  If

23          we can -- if we can, without objection from

24          Randy of course, go off confidential

25          starting with when we returned from the

Page 342

1                C E R T I F I C A T I O N

2    STATE OF NEW YORK   )

                         )

3    COUNTY OF NEW YORK )

4

5

6         I, MICHELE MOSKOWITZ, a Shorthand Reporter

7    and Notary Public within and for the State of New

8    York, do hereby certify:

9         That JACOB WOHL, the witness whose

10   examination is hereinbefore set forth, was duly

11   sworn/affirmed by me and that this transcript of

12   such examination is a true record of the

13   testimony given by such witness.

14        I further certify that I am not related to

15   any of the parties to this action by blood or

16   marriage and that I am in no way interested in

17   the outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto set my

19   hand this 16th day of May, 2022.

20

21

22        *Michele Moskowitz*

23

     MICHELE MOSKOWITZ

24

25