UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10**<br><br>**Defendants.** | Civil Action No. 1:20-cv-08668-VM-OTW<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Aaron J. Gold, an associate with the law firm of Kelley Drye & Warren LLP, hereby respectfully requests that I be relieved as counsel for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes (the "Plaintiffs"). I am no longer affiliated with Orrick, Herrington & Sutcliffe LLP who will continue to represent Plaintiffs.

DATED:    New York, New York       KELLEY DRYE & WARREN LLP
                October 19, 2022

                                        By:  */s/ Aaron J. Gold*
                                                Aaron J. Gold
                                                3 World Trade Center
                                                175 Greenwich Street
                                                New York, NY 10007
                                                (212) 808-7614
                                                AGold@kelleydrye.com
                                                *Attorney for Plaintiffs*


SO ORDERED:

Dated _____, 2022                                               _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2022, a copy of the foregoing Motion of Withdrawal of Aaron J. Gold as Counsel for Plaintiffs was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Aaron J. Gold*

Aaron J. Gold

*Counsel for the Plaintiffs*