USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES**

    **Plaintiffs,**

v.

**JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10**

    **Defendants.**

Civil Action No. 1:20-cv-08668-VM-OTW

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

---

    PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Aaron J. Gold, an associate with the law firm of Kelley Drye & Warren LLP, hereby respectfully requests that I be relieved as counsel for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes (the "Plaintiffs"). I am no longer affiliated with Orrick, Herrington & Sutcliffe LLP who will continue to represent Plaintiffs.

DATED:  New York, New York  KELLEY DRYE & WARREN LLP
October 19, 2022

By: /s/ Aaron J. Gold
Aaron J. Gold
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808-7614
AGold@kelleydrye.com
*Attorney for Plaintiffs*

SO ORDERED:

Dated October 20, 2022

Victor Marrero
U.S.D.J.