# EXHIBIT 1

```
       THE STATE OF OHIO, )
                          )  SS:   JOHN SUTULA, J.
       COUNTY OF CUYAHOGA.)

                       IN THE COURT OF COMMON PLEAS
                            CRIMINAL DIVISION

       THE STATE OF OHIO,             )
                                      )
                      Plaintiff,      )
                                      )
           -v-                        ) Case No. CR-654013-A
                                      )          CR-654013-B
       JACOB WOHL AND                 )  C/A No. N/A
       JOHN BURKMAN                   )
                      Defendants.)

                                - - - -

                DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

                                - - - -

       APPEARANCES:

            MICHAEL O'MALLEY, ESQ.,
            Prosecuting Attorney,
            by: JAMES GUTIERREZ, ESQ., Assistant County
            Prosecutor,

                   On behalf of the Plaintiff;

            MARK WIECZOREK, ESQ.,

                      On behalf of the Defendant Wohl,

            BRIAN JOSLYN, ESQ.

                       On behalf of the Defendant Burkman.




       Mary E. Schuler, RMR
       Official Court Reporter
       Cuyahoga County, Ohio
```

```
 1  THE STATE OF OHIO,      )
                            )  SS:   JOHN SUTULA, J.
 2  COUNTY OF CUYAHOGA.)

 3                IN THE COURT OF COMMON PLEAS
                      CRIMINAL DIVISION
 4
    THE STATE OF OHIO,           )
 5                               )
                      Plaintiff, )
 6                               )
         -v-                     ) Case No. CR-654013-A
 7                               )         CR-654013-B
    JACOB WOHL AND               )  C/A No. N/A
 8  JOHN BURKMAN,                )
                      Defendants.)
 9                               - - - -

10

11           DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

12

13                            - - - -

14

15           BE IT REMEMBERED, that at the September

16      2022 term of said Court, to-wit, commencing on

17      Monday, October 24, 2022, this cause came on to be

18      heard before the Honorable John D. Sutula, in

19      Courtroom No. 23-B, Courts Tower, Justice Center,

20      1200 Ontario Avenue, Cleveland, Ohio, upon the

21      indictment filed heretofore.

22

23                            - - - -

24

25
```

```
 1      MONDAY MORNING SESSION, OCTOBER 24, 2022
 2                      PLEA
 3           THE COURT:    We're here in Case Number
 4   654013, the State of Ohio vs. Jacob Wohl and John
 5   Burkman.  Each is charged in a 15-count
 6   indictment.  Count 1 against each defendant --
 7   let's put it this way.  Counts 1, 3, 5, 7, 9, 11,
 8   13 and 15 against each defendant are all
 9   telecommunications fraud charges each in violation
10   of Revised Code Section 2913.05.
11           Against both defendants Counts 2, 4, 6,
12   8, 10, 12, 14, are all bribery charges each in
13   violation of Revised Code Section 29 -- I'm sorry
14   3599.01.
15           Since all these acts allegedly occurred
16   on or after July 1, 1996, the applicable law is
17   the criminal code for the State of Ohio as
18   modified by Senate Bill 2 and its subsequent
19   amendments.
20           Present is Mr. Wohl along with his
21   counsel Mark Wieczor --
22           MR. WIECZOREK:    Wieczorek.
23           THE COURT:    I'll believe you.
24           MR. WIECZOREK:    Thank you, your
25   Honor.
```

```
 1              THE COURT:    And Mr. Burkman is
 2   present along with his counsel Brian Joslyn.
 3              Representing the interests of the State
 4   is Assistant County Prosecutor James Gutierrez.
 5              Mr. Gutierrez.
 6              MR. GUTIERREZ:    Thank you, your
 7   Honor.  May it please the Court.
 8              Judge, you are correct in the indictment
 9   and the number of counts.
10              Judge, it's my understanding at this time
11   both defendants wish to withdraw their previous
12   not guilty pleas and enter a guilty plea to Count
13   number 15 which covers all the calls the 3400
14   calls that were made in Cuyahoga County.  That is
15   telecommunication fraud.  That is a felony of the
16   fifth degree.  Carries a possible six months to 12
17   months in jail and a $2,500 fine or both.
18              It's my understanding at this time that
19   both defendants have agreed to pay the maximum
20   fine, Judge, regarding that.
21              There have been no threats or promises
22   made to these defendants concerning this plea and
23   no threats or promises made to these defendants
24   concerning the sentence.
25              Thank you, your Honor.
```

```
 1              THE COURT:     Thank you.
 2         Mr. Wieczorek --
 3              MR. WIECZOREK:    Yes, Judge.
 4              THE COURT:    -- for Mr. Wohl?
 5              MR. WIECZOREK:     Thank you, your
 6  Honor.  That is correct.  We offer a guilty plea
 7  to Count 15 with the understanding that the matter
 8  be set for sentencing sometime out and a PSI be
 9  ordered.
10              THE COURT:    Have you spoken to your
11  client about his constitutional rights?
12              MR. WIECZOREK:    I have, your Honor.
13              THE COURT:    All right.
14         And Mr. Joslyn as to Mr. Burkman?
15              MR. JOSLYN:    Yes, the same, your
16  Honor.  I've advised him of his constitutional
17  rights, the maximum penalties.  My understanding
18  is we'd be proceeding forward today with an order
19  for PSI and set up for sentencing.
20              THE COURT:    Mr. Wohl and Mr. Burkman,
21  I'll be asking you a series of questions.  Always
22  answer in order.  Keep your voice up.  I don't
23  want to have to remind you.
24         Do you understand?
25              DEFENDANT WOHL:    Yes, sir.
```

```
 1              DEFENDANT BURKMAN:     Yes, your Honor.
 2              THE COURT:    State your name and age,
 3   please.
 4              DEFENDANT WOHL:     My name is Jacob
 5   Wohl and I am 24 years old.
 6              DEFENDANT BURKMAN:     My name is John
 7   Burkman, your Honor.  I'm 56 years old.
 8              THE COURT:    What's the highest level
 9   education you attained in school?
10              DEFENDANT WOHL:     High school.
11              DEFENDANT BURKMAN:     Law school.
12              THE COURT:    Do you have the ability
13   to read and write?
14              DEFENDANT WOHL:     Yes, your Honor.
15              DEFENDANT BURKMAN:     Yes, your Honor.
16              THE COURT:    Are you currently under
17   the influence of any drugs, alcohol or medication
18   that would adversely affect your ability to
19   understand what is happening or to enter into a
20   plea?
21              DEFENDANT WOHL:     No, your Honor.
22              DEFENDANT BURKMAN:     No, your Honor.
23              THE COURT:    Have any threats or
24   promises been made to you to induce you to change
25   your plea?
```

```
 1              DEFENDANT WOHL:     No, sir.
 2              DEFENDANT BURKMAN:     No.
 3              THE COURT:     Do you in fact understand
 4   what is happening today's?
 5              DEFENDANT WOHL:     Yes.
 6              DEFENDANT BURKMAN:     Yes, your Honor.
 7              THE COURT:     Are each of you satisfied
 8   with the services of your lawyer?
 9              Mr. Wohl, are you satisfied with
10   Mr. Wiecz --
11              MR. WIECZOREK:     Wieczorek.
12              THE COURT:     Wieczorek?
13              DEFENDANT WOHL:     Yes.  Very much so,
14   your Honor.
15              THE COURT:     Mr. Burkman, are you
16   satisfied with Mr. Joslyn?
17              DEFENDANT BURKMAN:     Yes, very much,
18   your Honor.  Thank you.
19              THE COURT:     Are either of you on
20   community-control sanctions, probation,
21   post-release control or parole?
22              DEFENDANT WOHL:     No.
23              DEFENDANT BURKMAN:     No, your Honor.
24              THE COURT:     Are you a citizen of the
25   United States?
```

```
 1                DEFENDANT WOHL:      Yes, your Honor.
 2                DEFENDANT BURKMAN:      Yes, your Honor.
 3                THE COURT:      Mr. Wohl and Mr. Burkman,
 4   even though your lawyers have already explained
 5   your rights to you, I must be satisfied that you
 6   understand your rights.
 7                Do each of you understand that you're
 8   presumed innocent in this case and that by
 9   entering a plea of guilty to the amended
10   indictment that you admit to the truth of those
11   facts and your full guilt?
12                DEFENDANT WOHL:      Yes, your Honor.
13                DEFENDANT BURKMAN:      Yes, your Honor.
14                THE COURT:      Do each of you understand
15   that you have a right to trial, your choice of
16   either a jury trial or to the Court at which time
17   the State must prove you guilty and that you're
18   giving up that right?
19                DEFENDANT WOHL:      Yes.
20                DEFENDANT BURKMAN:      Yes, your Honor.
21                THE COURT:      Do you understand you
22   have the right to confront and cross-examine
23   witnesses the State must bring forth at a trial of
24   your case and that you're giving up that right?
25                DEFENDANT WOHL:      Yes.
```

```
 1                DEFENDANT BURKMAN:      Yes, your Honor.
 2                THE COURT:      Do you understand you
 3   have a right to subpoena witnesses to testify in
 4   your favor at a trial of your case and that you're
 5   giving up that right?
 6                DEFENDANT WOHL:     Yes.
 7                DEFENDANT BURKMAN:      Yes, your Honor.
 8                THE COURT:      Do you understand you
 9   have the right to have the State prove you guilty
10   beyond a reasonable doubt at the trial of your
11   case and that you're giving up that right?
12                DEFENDANT WOHL:     Yes.
13                DEFENDANT BURKMAN:      Yes, your Honor.
14                THE COURT:      Do you understand you
15   have the right not to testify at the time of the
16   trial in your case which no one may use against
17   you and that you're giving up that right?
18                DEFENDANT WOHL:     Yes.
19                DEFENDANT BURKMAN:      Yes, your Honor.
20                THE COURT:      And do you understand
21   that the Court could proceed with judgment and
22   sentence you immediately after your plea?
23                DEFENDANT WOHL:     Yes, your Honor.
24                DEFENDANT BURKMAN:      Yes, your Honor.
25                THE COURT:      All right.  Thank you.
```

1  Based upon the statements of the prosecuting
2  attorney and your lawyers, I believe it is your
3  intention to plead guilty in the following manner,
4  that each of you would plead guilty to Count 15,
5  this is a telecommunications fraud charge in
6  violation of Revised Code Section 2913.05.
7           This is a felony of the fifth degree.  A
8  felony of the fifth degree is punishable by time
9  of incarceration in prison in monthly increments
10 of between six and 12 months inclusive and/or a
11 fine of up to $2,500.  Do you understand?
12          DEFENDANT WOHL:     Yes, your Honor.
13          DEFENDANT BURKMAN:     Yes, your Honor.
14          THE COURT:     Now, if the Court imposes
15 a prison term upon the completion of that term the
16 State of Ohio Adult Parole Authority will
17 administer post-release control pursuant to
18 Revised Code Section 2965.28 for a period of time
19 of up to two years at the discretion of the Adult
20 Parole Authority.
21          If you were to fail to meet the terms and
22 conditions of any post-release control supervision
23 imposed upon you, then the Adult Parole Authority
24 can modify and/or extend your supervision and make
25 it more restrictive, incarcerate you for up to

```
 1  one-half the original sentence imposed by the
 2  Court, charge you with a new offense called
 3  escape, another felony where you face additional
 4  prison time, and if you were to commit a new crime
 5  while under the post-release control you, could
 6  face the maximum penalties under the law for the
 7  new crime committed plus a prison term of the
 8  greater of one year or the remaining time on your
 9  post-release control, which must run consecutive
10  to any new time that you receive.
11           Do you understand?
12           DEFENDANT WOHL:     Yes, sir.
13           DEFENDANT BURKMAN:    Yes, your Honor.
14           THE COURT:    Each of you may be
15  eligible for earned days of credit under the
16  circumstances specified under Revised Code Section
17  2967.193.  To earn the credit, it's not automatic,
18  you may only do so by productive participation in
19  educational, vocational or substance abuse
20  treatment programs or prison industrial employment
21  for up to eight percent of your stated term.
22           Do you understand?
23           DEFENDANT WOHL:    Yes, your Honor.
24           DEFENDANT BURKMAN:    Yes, your Honor.
25           THE COURT:    You could be placed under
```

```
 1  a community-control sentence for up to five years
 2  and if you violate the terms of that sentence,
 3  break another law or leave the state without
 4  permission, you could receive a more extended
 5  sentence including prison time.
 6            Do you understand?
 7            DEFENDANT WOHL:     Yes, your Honor.
 8            DEFENDANT BURKMAN:     Yes, your Honor.
 9            THE COURT:     Now, there's some talk
10  about the maximum penalties on -- for fines here.
11  However, you know the sentencing is up to the
12  Court.  Do you understand that?
13            DEFENDANT WOHL:     Yes, your Honor.
14            DEFENDANT BURKMAN: Yes.
15            THE COURT:     The Court is not bound by
16  any agreement that you have with the State as to
17  what sentencing is.  That's a final decision for
18  the Court to make.  Do you understand?
19            DEFENDANT WOHL:     Yes, your Honor.
20            DEFENDANT BURKMAN:     Yes, your Honor.
21            THE COURT:     Both counsel understand
22  that also?
23            MR. WIECZOREK:     Understood Judge.
24            MR. JOSLYN:     Yes, your Honor.
25            THE COURT:     All right.  Thank you.
```

```
 1          Now, if you enter a plea of guilty, the
 2  Court can impose on you court costs, any mandatory
 3  fines, require the payment of any restitution,
 4  supervision fees and costs of confinement.
 5          If you fail to timely pay court costs and
 6  fees as ordered or according to an approved
 7  schedule, then the Court could order you to
 8  perform up to 40 additional hours of court
 9  community work service per month at the current
10  rate of $9 per hour until such time as the
11  judgment is paid or the default in the schedule is
12  brought back into compliance.  Each completed hour
13  of court community work service will reduce the
14  outstanding balance and the hourly rate could
15  change.
16          Do you understand?
17          DEFENDANT WOHL:     Yes, your Honor.
18          DEFENDANT BURKMAN:     Yes, your Honor.
19          THE COURT:     Have any threats or
20  promises been made to either of you other than
21  what has been stated in open court and on the
22  record today in your case?
23          DEFENDANT WOHL:     No, your Honor.
24          DEFENDANT BURKMAN:     No, your Honor.
25          THE COURT:     Do each of you understand
```

```
 1  there is no promise of a particular sentence?
 2          DEFENDANT WOHL:     Yes, your Honor.
 3          DEFENDANT BURKMAN:     Yes, your Honor.
 4          THE COURT:     All right.  Thank you.
 5          Counsel, have I complied with the
 6  requirements of Criminal Rule 11?
 7          MR. WIECZOREK:     Yes, your Honor.
 8          MR. JOSLYN:    Yes, your Honor.
 9          MR. GUTIERREZ:     Yes, your Honor.
10          THE COURT:     All right.  Thank you.
11          Let the record reflect that the Court is
12  satisfied that Mr. Wohl and Mr. Burkman have both
13  been informed of their constitutional rights, that
14  each understands the nature of the charges, the
15  effect of a plea and the maximum penalties which
16  may be imposed in their individual cases.
17          The Court further finds that Mr. Wohl's
18  and Mr. Burkman's pleas will be made knowingly,
19  voluntarily and intelligently.
20          Mr. Wohl and Mr. Burkman, how do each of
21  you plead to Count 15, telecommunications fraud in
22  violation of Revised Code Section 2913.05, a
23  felony of the fifth degree for each of you?
24          DEFENDANT WOHL:     Guilty, your Honor.
25          DEFENDANT BURKMAN:     Guilty, your
```

```
 1  Honor.
 2          THE COURT:    Thank you.  I accept your
 3  pleas of guilty and find you guilty thereon.  I'll
 4  dismiss Counts 1 through 14 for each of you.
 5          You both will be referred to the
 6  probation department for a presentence
 7  investigation report and you'll be brought back
 8  for sentencing.
 9          And I understand we talked about a Zoom
10  hearing for sentencing on November 29 of this year
11  at 11:00.
12          MR. JOSLYN:    Yes, your Honor.
13          MR. WIECZOREK:    May I approach, your
14  Honor?
15          THE COURT:    Yes, you may.
16          Do you know where to go?
17          MR. WIECZOREK:    Yes, sir.  Seventh
18  floor.  Good to see you, sir.
19          MR. JOSLYN:    Thank you.
20                    - - - - -
21          (Thereupon, Court was adjourned.)
22                    - - - - -
23
24
25
```