UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>      Plaintiffs,<br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC., and ROBERT MAHANIAN,<br><br>      Defendants. | Civil Action No. 20-cv-08668-VM-OTW<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Randy E. Kleinman, a partner with the law firm of Gerstman Schwartz LLP, hereby respectfully requests that I be relieved as counsel for Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates LLC, and Project 1599 (the "Defendants"). I am no longer affiliated with Gerstman Schwartz LLP who will continue to represent Defendants.

Dated: January 26, 2023

                                      **KLEINMAN GINZBERG LLP**

                                      By: /s/ *Randy E. Kleinman*
                                      Randy E. Kleinman
                                      One Old Country Road, Suite 320
                                      Carle Place, New York 11514
                                      Telephone: (516) 951-0955
                                      rkleinman@KG-LLP.com
                                      *Attorneys for Defendants*

SO ORDERED:

Dated _____, 2023                                    _____

## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of January, 2023, a copy of the foregoing Motion of Withdrawal of Randy E. Kleinman as Counsel for Defendants was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Randy E. Kleinman*_____

Randy E. Kleinman

*Counsel for Defendants*