USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/27/2023_

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION,
MARY WINTER, GENE
STEINBERG, NANCY HART,
SARAH WOLFF, KAREN SLAVEN,
KATE KENNEDY, EDA DANIEL,and
ANDREA SFERES,

               Plaintiffs,
    -and-

People of the STATE OF NEW
YORK, by its attorney general,
LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF
NEW YORK

           Plaintiff-Intervenor,

     v.

JACOB WOHL, JACK BURKMAN,
J.M. BURKMAN & ASSOCIATES,
LLC, PROJECT 1599, MESSAGE
COMMUNICATIONS, INC., and
ROBERT MAHANIAN,

             Defendants.

Civil Action No. 20-cv-08668-VM-OTW


**NOTICE OF MOTION AND
MOTION FOR WITHDRAWAL OF
APPEARANCE**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Randy E. Kleinman, a partner with the law firm of Gerstman Schwartz LLP, hereby respectfully requests that I be relieved as counsel for Defendants Jacob Wohl, Jack Burkman, J.M. Burkman & Associates LLC, and Project 1599 (the "Defendants"). I am no longer affiliated with Gerstman Schwartz LLP who will continue to represent Defendants.

Dated: January 26, 2023

**KLEINMAN GINZBERG LLP**

By: /s/ *Randy E. Kleinman*
Randy E. Kleinman
One Old Country Road, Suite 320
Carle Place, New York 11514
Telephone: (516) 951-0955
rkleinman@KG-LLP.com
*Attorneys for Defendants*

SO ORDERED:

Dated __January 27__ , 2023

Victor Marrero
U.S.D.J.