UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw as counsel for the People of the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in this matter by Richard Sawyer and Colleen Faherty. I am not asserting a retaining or charging lien.

Dated: March 20, 2023

                        Respectfully submitted,

                        **LETITIA JAMES**
                        **Attorney General of the State of New York**

                        By: /s/ *Jessica Clarke*
                        Jessica Clarke
                        Office of the New York State Attorney General
                        28 Liberty Street, 20th Floor
                        New York, NY 10005
                        (212) 416-8250
                        Jessica.Clarke@ag.ny.gov