

1500 K Street, NW  
Suite 900  
Washington, DC 20005  

Tel: 202.662.8600  
Fax: 202.783.0857  
www.lawyerscommittee.org  

April 11, 2023

**VIA ECF**

The Honorable Judge Marrero  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312  

Re:   *National Coalition on Black Civic Participation, et al. v. Wohl, et al.*, No. 20-cv-8668

Dear Judge Marrero:

      In light of Defendants' response to Plaintiffs' joint letter on prospective relief, all Plaintiffs request the Court schedule trial to commence no earlier than July 5, 2023, but as soon thereafter as is convenient to the Court. Plaintiffs request to defer briefing regarding injunctive relief until after trial.

                                                                Respectfully submitted,

                                                               *Marc Epstein*

                                                               Marc Epstein

CC:   All counsel of record (via ECF)