```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, et al.,

                      Plaintiffs,

        - against -

JACOB WOHL, et al.,

                      Defendants.

20 Civ. 8668 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Pursuant to this Court's Decision and Order, dated March 8, 2023 (see Dkt. No. 256), Plaintiffs and Defendants filed letters regarding the prospective relief sought in the above-captioned matter. As both parties agree to proceed via jury trial on the issue of remedies, the Court hereby directs the parties to file a joint letter within seven (7) days of the date of this Order, indicating the number of days required for the jury trial and proposing potential trial dates between mid-July 2023 and the first week of August 2023, or in early September 2023.

**SO ORDERED.**

Dated:    13 April 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.