```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, et al.,

                Plaintiffs,

     - against -

JACOB WOHL, et al.,

                Defendants.

20 Civ. 8668 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    A one-week jury trial in the above-captioned matter is hereby scheduled to begin on August 7, 2023 at 9:00 a.m. in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to submit within seven (7) days of the date of this Order a joint proposed timeline for all pre-trial submissions in accordance with the trial procedures set forth in Attachment 1 of the Court's Individual Practices.

**SO ORDERED.**

Dated:    21 April 2023
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.