

April 28, 2023

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

Franklin Monsour Jr.

E  fmonsour@orrick.com
D  +1 212 506 3512

Re:  National Coalition on Black Civic Participation et al. v. Wohl et al., No. 20-cv-8668

Dear Judge Marrero:

Pursuant to the Court's Order, dated April 21, 2023 (Dkt. No. 265), Plaintiffs and Defendants in the above-referenced action submit this joint letter setting forth a proposed timeline for pre-trial submissions in accordance with the Court's Individual Practices.

The parties propose the following schedule:

Thursday, June 15: Parties to file a joint pre-trial order, pre-trial memorandum, joint proposed *voir dire* questions, joint proposed requests to charge, and joint witness list

Thursday, June 22: Parties to file Motions *in limine* and other trial-related motions

Thursday, June 29: Parties to file Oppositions to Motions

Monday, July 3: Parties to file Replies to Oppositions

The week of July 17 or July 24: Pre-trial Conference

/s/*Franklin Monsour Jr.*
Franklin Monsour Jr.

*Counsel for Plaintiffs*

_____
David Schwartz

*Counsel for Defendants*

CC:   All counsel of record (via ECF)