20UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB WOHL, et al. <br><br> Defendants. | Case No.  1:20-cv-8668-VM <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Brittany Roehrs, dated May 26, 2023, I hereby move this Court before the Honorable Victor Marrero, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Plaintiffs in the above-captioned action.

Dated: New York, NY
       May 26, 2023

Respectfully submitted,

*/s/ Brittany Roehrs*
Brittany Roehrs
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York, 10019
212-506-5162
broehrs@orrick.com

*Attorneys for Plaintiffs National Coalition on Black Civic Participation, Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Kate Kennedy, Karen Slaven, Eda Daniel, and Andrea Sferes,*