UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JACOB WOHL, et al.<br><br>                    Defendants. | Case No.  1:20-cv-8668-VM<br><br>**CERTIFICATE OF SERVICE** |

      I, Brittany Roehrs, certify as follows:

      On May 26, 2023, I served the foregoing Motion to Withdraw as Counsel on Plaintiffs via email at the following addresses:

      tameka@tramseyllc.com
      maryewinter@gmail.com
      gene5060@gmail.com
      nhart543@gmail.com
      wolffnyc@gmail.com
      kslaven@ameritech.net
      kate614@ameritech.net
      edaddaniel@gmail.com
      andrea@stellabean.com

      On May 26, 2023, I also electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:	May 26, 2023
New York, New York

/s/ Brittany Roehrs
Brittany Roehrs