# Blumenthal & Moore

A PROFESSIONAL LAW CORPORATION
*Devoted exclusively to the defense of the accused.* ™

**Virginia M. Blumenthal**
Attorney-at-Law

**Brent F. Romney**
Attorney-at-Law

**Jeff G. Moore**
Attorney-at-Law

**Daniel J. Goldsmith**
Investigator
PI#17402

**Roberta A. Garcia**
Office Manager

**Steve Wahlin**
Paralegal

**Kathleen Brannan**
Controller

May 5, 2023

Jacob Wohl
1987 Crystal Downs Drive
Corona CA 92883

Dear Jacob,

I just wanted to write you to discuss scheduling for the upcoming trial on your Riverside securities matter. The trial date is currently calendared on July 17, 2023. As we've discussed, courtroom availability, witness scheduling, and attorney schedules mean that the trial may not get started for up to 10 days after July 17. Unfortunately, we won't know when the trial will actually begin until we get assigned to a courtroom, so I'll need you to plan to be available for those 10 days, plus the 2-3 weeks of actual trial time once we do get started. To be on the safe side I'm asking you to clear your schedule through mid-August.

In the lead up to trial I will need to sit down with you in person to help me fully understand the working of your company and the relevance of certain items of evidence, as well as to prepare you for testimony and cross-examination. As you know, your case file contains thousands of pages of documents, interviews, and communications that need to be addressed before we begin trial. Accordingly, I am also asking you to give me a couple of weeks on the front end of the trial so we can be fully ready to go once we get the courtroom assignment.

Let me know if you have any questions,

*/s/ Jeff Moore*

Jeff Moore
Attorney at Law
Blumenthal & Moore, APLC

The Riverside Barrister Building • 3993 Market Street • Riverside, CA 92501
tel: 951.682.5110 • fax: 951.788.6303 • web: BlumenthalLawOffices.com