```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.,

          Plaintiffs,

- against -

JACOB WOHL, et al.,

          Defendants.

**20 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On May 26, 2023, Defendants filed a letter requesting an adjournment of the jury trial currently scheduled to begin on August 7, 2023. (See Dkt. No. 270.) The Court hereby directs Plaintiffs to respond to Defendants' request for an adjournment of the jury trial. Or, if there is no objection to the request, the Court directs the parties to submit an agreed proposed new trial date.

**SO ORDERED.**

Dated:    30 May 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.