# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Criminal Case Report

**Pay Ticket / Case Fine**

Send me an email when this case is updated (click here) 

[Print This Report]
[Purchase Documents for this Case]
[Close This Window]

### Case RIF1903314 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | JOHNSON, MATTHEW | | | RCDA DAR201618700 | 07/27/2016 | CC 25110 | 07/27/2016 |
| 2 | WOHL, JACOB ALEXANDER | Hearing on Motion to Set Aside Information/Indictment pursuant to 995 PC. 07/07/2023 AT 8:30 AM DEPT. 53 | ACTIVE | RCDA DAR201618700 | 07/27/2016 | CC 25110 | 07/27/2016 |

### Case RIF1903314 - WOHL, JACOB ALEXANDER - Status

| | | | |
|---|---|---|---|
| | | Custody | ROR |
| Filing Type | Held to Answer | Filing Date | 08/19/2019 |
| Ordered Bail | $5,000.00 | Posted Bail | $0.00 |
| D.A. | Harold Anderson | Defense | PVT Jeff Moore by Heather Gree |
| Next Action: | Hearing on Motion to Set Aside Information/Indictment pursuant to 995 PC. 07/07/2023 AT 8:30 AM DEPT. 53 | Deputy Report #: | RCDA-RI DAR201618700 |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | ARR | RECALLED | 08/19/2019 | N/A |
| Probation | Type | Granted | Expiration | |
| | N/A | N/A | N/A | |
| Sentence | Convicted Date | Fine and Penalty | Restitution Fine | |
| | N/A | | 0 | |

## Case RIF1903314 - WOHL, JACOB ALEXANDER - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | CC 25110 | F | Sell False Security | 07/27/2016 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | CC 25110 | F | Sell False Security | 07/27/2016 | NOT GUILTY | HTA |
| 2 | CC 25401 | F | False State. Security | 07/27/2016 | NOT GUILTY | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | CC 25110 | F | Sell False Security | 07/27/2016 | NOT GUILTY | ACTIVE |
| 2 | CC 25401 | F | False State. Security | 07/27/2016 | NOT GUILTY | ACTIVE |
| 3 | PC 664/487(A) | F | Attempt grand theft exceed $400.00 | 07/27/2016 | NOT GUILTY | ACTIVE |
| 4 | CC 25541(A) | F | Willfully employs any scheme or artifice to defraud | 07/27/2016 | NOT GUILTY | ACTIVE |

## Case RIF1903314 - WOHL, JACOB ALEXANDER - Probation

**Probation Has Not Been Granted On This Case For This Defendant.**

## Case RIF1903314 - WOHL, JACOB ALEXANDER - Related Cases On Calendar

| Related Cases On Calendar |
|---|
| *This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled.* |

## Case RIF1903314 - WOHL, JACOB ALEXANDER - All of Defendant's Other Cases

| Case Number | Filed Date | Charges | Next Hearing | Jurisdiction | Status |
|---|---|---|---|---|---|
| *This Defendant Does Not Have Any Other Reportable Cases.* | | | | | |

## Case RIF1903314 - WOHL, JACOB ALEXANDER - Actions & Minutes

| Action Date | Action Text | Disposition | Hearing Type |
|---|---|---|---|
| 07/17/2023 8:30 AM DEPT. 64 | JURY TRIAL | CONFIRMED | |
| 07/07/2023 8:30 AM DEPT. 53 | HEARING ON MOTION TO SET ASIDE INFORMATION/INDICTMENT PURSUANT TO 995 PC. | ACTIVE | |

| Date | Description | Status | |
|---|---|---|---|
| 05/25/2023 | MOTION TO CONTINUE FILED. | | |
| 05/25/2023 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 05/25/2023 8:30 AM DEPT. 53 | HEARING ON MOTION TO SET ASIDE INFORMATION/INDICTMENT PURSUANT TO 995 PC. | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 05/24/2023 | ESUBMIT PAYMENT REFERENCE NUMBER: 9678 | | |
| 05/24/2023 | MISCELLANEOUS PAYMENT OF $2.00 RECEIVED. | | |
| **Minutes** | Print Minute Order | | |
| CRKMB | 230524-1132-EF  ESF/  2.00 000 | | |
| 04/20/2023 | HEARING SET 04/20/2023 AT 8:30 FOR HM IS VACATED. | | |
| 04/20/2023 8:30 AM DEPT. 64 | HEARING ON MOTION RE: TO DISMISS INFORMATION PC 995 | VACATED | |
| 04/20/2023 8:30 AM DEPT. 64 | JURY TRIAL | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 04/12/2023 | ESUBMIT PAYMENT REFERENCE NUMBER: 9678 | | |
| 04/12/2023 | MISCELLANEOUS PAYMENT OF $2.00 RECEIVED. | | |
| **Minutes** | Print Minute Order | | |
| CRKMB | 230412-2758-EF  ESF/  2.00 000 | | |
| 04/07/2023 | MOTION TO DISMISS INFORMATION PC 995 FILED. | | |
| 01/19/2023 8:30 AM DEPT. 64 | JURY TRIAL | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 11/29/2022 8:30 AM DEPT. 64 | JURY TRIAL | VACATED | |
| 11/22/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 11/22/2022 8:30 AM DEPT. 64 | EX PARTE HEARING RE: REQUEST FOR CONTINUANCE | DISPOSED | |
| **Minutes** | Print Minute Order | | |
| 09/19/2022 8:30 AM DEPT. 64 | JURY TRIAL | VACATED | |
| 09/16/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 09/16/2022 8:30 AM DEPT. 64 | EX PARTE HEARING RE: REQUEST FOR CONTINUANCE | DISPOSED | |
| **Minutes** | Print Minute Order | | |

| Date | Event | Status | Type |
|---|---|---|---|
| 04/14/2022 8:30 AM DEPT. 64 | JURY TRIAL | VACATED | |
| 04/13/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 04/13/2022 8:30 AM DEPT. 64 | EX PARTE HEARING RE: REQUEST FOR CONTINUANCE | DISPOSED | |
| Minutes | Print Minute Order | | |
| 11/29/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 11/29/2021 8:30 AM DEPT. 53 | TRIAL READINESS CONFERENCE | DISPOSED | TRC |
| Minutes | Print Minute Order | | |
| 09/01/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 09/01/2021 8:30 AM DEPT. 53 | HEARING SET RE: DEMURRER MOTION | DISPOSED | |
| Minutes | Print Minute Order | | |
| 09/01/2021 8:30 AM DEPT. 53 | TRIAL READINESS CONFERENCE | DISPOSED | TRC |
| Minutes | Print Minute Order | | |
| 07/26/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 07/26/2021 | THIRD AMENDED INFORMATION FILED. | | |
| 07/26/2021 8:30 AM DEPT. 53 | HEARING SET RE: DEMURRER MOTION | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/26/2021 8:30 AM DEPT. 53 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 07/23/2021 | THIRD AMENDED INFORMATION FILED. | | |
| 07/15/2021 | SECOND AMENDED INFORMATION FILED. | | |
| 07/15/2021 7:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/15/2021 7:30 AM DEPT. 53 | INFORMATION ARRAIGNMENT | VACATED | ARRAIGNMENT |
| 07/09/2021 | SUPPLEMENTAL OPPOSITION TO DEMURRER FILED. | | |

| Date | Event | Status | Type |
|---|---|---|---|
| 05/26/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 05/26/2021 7:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/26/2021 7:30 AM DEPT. 53 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 04/20/2021 | DEFENDANTS SUPPLEMENTAL DEMURRER AND RESPONSE FILED. | | |
| 04/20/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 04/20/2021 12:30 PM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/20/2021 12:30 PM DEPT. 53 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 03/29/2021 | FIRST AMENDED INFORMATION FILED. | | |
| 03/29/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 03/29/2021 | PEOPLES OPPOSITION TO DEFENDANTS DEMURRER FILED. | | |
| 03/29/2021 7:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 03/29/2021 7:30 AM DEPT. 53 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 03/09/2021 8:00 AM DEPT. RIEXH | CLERK'S CALENDAR - REVIEW EXHIBIT STATUS | | |
| 02/22/2021 12:30 PM DEPT. 53 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 02/22/2021 | PRELIMINARY HEARING TRANSCRIPT FILED. | | |

| Date | Event | Status | Type |
|---|---|---|---|
| 02/22/2021 | MOTION: DEMURRER TO COMPLAINT FILED. | | |
| 02/22/2021 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 12/09/2020 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 12/09/2020 12:30 PM DEPT. 53 | INFORMATION ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 12/09/2020 | RECEIPT FOR EXHIBITS FILED. | | |
| 12/07/2020 | ELECTRONIC - INFORMATION FILED. | | |
| 12/07/2020 | INFORMATION FILED | | |
| 11/17/2020 | PRELIMINARY HRNG BRIEF-STATEMENT OF FACTS FILED. | | |
| 11/17/2020 | MEMO OF LAW CA SECURITIES LAW FILED. | | |
| 11/17/2020 | EXHIBIT LIST FILED. | | |
| 11/17/2020 10:03 AM DEPT. 62 | PRELIMINARY HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 11/17/2020 10:00 AM DEPT. 62 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 11/17/2020 | HEARING SET 11/17/2020 AT 7:30 FOR HM IS VACATED. | | |
| 11/17/2020 | HEARING SET 11/17/2020 AT 7:30 FOR PH IS VACATED. | | |
| 11/17/2020 7:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | VACATED | |
| 11/17/2020 7:30 AM DEPT. 53 | PRELIMINARY HEARING | VACATED | |
| 11/16/2020 7:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 11/16/2020 7:30 AM DEPT. 53 | PRELIMINARY HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 10/26/2020 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 10/26/2020 8:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |

| Date/Time | Event | Status | Type |
|---|---|---|---|
| 10/26/2020 8:30 AM DEPT. 53 | PRELIMINARY HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/27/2020 | SECOND AMENDED FELONY COMPLAINT FILED. | | |
| 07/27/2020 9:30 AM DEPT. 54 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| Minutes | Print Minute Order | | |
| 07/27/2020 9:30 AM DEPT. 54 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/22/2020 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 06/22/2020 | WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO 977 PC FILED. | | |
| 06/22/2020 9:30 AM DEPT. 54 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| Minutes | Print Minute Order | | |
| 06/22/2020 9:30 AM DEPT. 54 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 06/08/2020 | NOTICE OF APPEARANCE INFORMATION FILED. | | |
| 05/21/2020 8:30 AM DEPT. 53 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| Minutes | Print Minute Order | | |
| 05/21/2020 8:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/21/2020 8:30 AM DEPT. 53 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| Minutes | Print Minute Order | | |
| 04/21/2020 8:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/06/2020 | AMENDED FELONY COMPLAINT - RECEIVED. | | |

| Date | Description | Status | Type |
|---|---|---|---|
| 02/24/2020 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 02/24/2020 8:30 AM DEPT. 53 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 02/24/2020 8:30 AM DEPT. 53 | HEARING ON MOTION RE: DEMURRER | DISPOSED | |
| Minutes | Print Minute Order | | |
| 02/20/2020 | PEOPLES OPPOSITION TO DEFENDANTS DEMURRER FILED. | | |
| 01/28/2020 | MOTION DEMURRER FILED. | | |
| 01/28/2020 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 01/28/2020 8:30 AM DEPT. 53 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 01/27/2020 | ESUBMIT PAYMENT REFERENCE NUMBER: 9678 | | |
| 01/27/2020 | MISCELLANEOUS PAYMENT OF $1.85 RECEIVED. | | |
| Minutes | Print Minute Order | | |
| | CRAR   200127-0331-EF ESF/ 1.85 000 | | |
| 12/09/2019 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 12/09/2019 8:30 AM DEPT. 53 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 10/24/2019 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 10/24/2019 | FIRST AMENDED FELONY COMPLAINT FILED. | | |
| 10/24/2019 8:30 AM DEPT. 53 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 09/04/2019 | WARRANT WAS NOT RECALLED | | |
| 09/04/2019 | RECORD NOT IN RMS | | |
| 09/04/2019 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 09/04/2019 | AGREEMENT FOR OWN RECOGNIZANCE RELEASE FILED. | | |
| 09/04/2019 | WARRANT RECALL REQUESTED. | | |
| 09/04/2019 8:30 AM DEPT. 61 | WARRANT/ARRAIGNMENT | DISPOSED | ARRAIGNMENT |

| Minutes | Print Minute Order | | |
|---|---|---|---|
| 08/19/2019 | DECLARATION IN SUPPORT OF ARREST WARRANT FILED; JUDGE STEVEN G COUNELIS | | |
| 08/19/2019 | DECLARATION BY LAW ENFORCEMENT FOR WALK-THROUGH ARREST WARRANT AND ORDER. | | |
| 08/19/2019 | COMPLAINT FILED. (IMAGED) | | |
| 08/19/2019 | JURISDICTION SET TO RI BY OTS310. | | |
| 08/19/2019 | COMPLAINT FILED BY CRCLP | | |

### Case RIF1903314 - WOHL, JACOB ALEXANDER - Fine Information

Date To Pay: **N/A**   First Payment: II
Prior NSF: **N**   Payment Amount: **$0.00**   Last Payment: II

| Fine Number | Fine Type | Fine Description | Original Amount | Paid To Date | Current Due |
|---|---|---|---|---|---|
| | | | | | |
| | | Total: | $0.00 | $0.00 | $0.00 |

Print This Report
Purchase Documents for this Case
Close This Window