# JUROR QUESTIONNAIRE
## Please PRINT your answers
To be completed by Jurors called to the Courtroom of the Hon. Victor Marrero in the trial of:
*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.,* **No. 20 Civ. 8668**

**Name:** _____ **Age:** _____ **Birthplace:** _____

**Residence:** _____ Years: _____ Prior Residence: _____ Years: _____

**Education:** Highest Grade Completed: _____ Degrees:_____

College/Vocational Schools Attended: _____

Areas of Study: _____

**Current Occupation/Position:** _____ Length of Service: _____

Employer: _____

Describe Any Supervisory Roles: _____

**Prior Occupation/Position:** _____ Length of Service: _____

Employer: _____

Describe Any Supervisory Roles: _____

**Current Status** (Circle):     Single (living alone/with others)     Married     Separated     Divorced     Widowed

**Occupation & Employer of Adults Living in the Same Household:** _____

_____

**Children:** Age(s) _____ Occupation(s) if employed: _____

_____

**Is English your first language?**  YES □  NO □     IF NO, do you use it regularly at work or home?  YES □  NO □

**Have you ever served on a jury?** YES □  NO □ **Number of Times:** _____ **Dates of Service:** _____

Circle:     State Court          Federal Court          Both   |   Circle:     Civil Case          Criminal Case          Both

If you have served on a jury, how would you rate your previous experience(s) as a juror?

Circle:     Positive     Negative     Neutral

1. **Plaintiffs in this case include the National Coalition on Black Civic Participation (NCBCP), Mary Winter, Gene Steinberg, Nancy Hart, Sarah Wolff, Karen Slaven, Kate Kennedy, Eda Daniel, and Andrea Sferes. The Defendants are Jacob Wohl, Jack Burkman, J.M. Burkman & Associates, LLC, and Project 1599. Are you familiar with any of these parties to this case?** YES □  NO □

If yes, please describe: _____

_____

1

2.  **What sources of news do you use on a regular basis?** (Include any websites, social media platforms, apps, newspapers, magazines, and/or radio or television programs)

Please describe, including how often you access these sources:

_____

_____

3.  **What social media platforms, if any, do you use?** (e.g., Facebook, Twitter, Instagram, TikTok, Parler, Gab, Discord, Truth Social)

Please describe, including how often you use these platforms:

_____

_____

4.  **What, if any, podcasts do you listen to?** (If none, write "None")

Please describe, including how regularly you listen:

_____

_____

5.  **If you own or lease a car, what, if any, bumper stickers or magnets are on your car?** (If you don't have a car, write "N/A"; if you have a car but no bumper stickers or magnets, write "None")

Please describe: _____

_____

6.  **What groups or organizations do you participate in (civic, social, religious, volunteer, social justice, political, etc.)? Do you have a leadership role in any such group or organization?**

Please describe: _____

_____

7.  **Have you or anyone close to you ever sued or been sued by anyone?** YES □ NO □

If yes, please describe: _____

_____

_____

8.  **In this case, the Defendants have been found liable for violating the Voting Rights Act and the Ku Klux Klan Act for sending a robocall containing false information, threats, and intimidating statements to deter recipients from voting by mail in the 2020 election. Have you heard or read anything about this case?**  YES □  NO □

If yes, please describe: _____

_____

9.  **Are you aware of any facts or issues that would make it difficult for you to consider the evidence, the arguments of the attorneys, and the Court's instructions on the law with an open mind?**   YES □   NO □

If yes, please describe: _____

_____

10. **Is there any reason you would not be able to follow the law as explained to you by a judge when evaluating this case?**   YES □   NO □

If yes, please describe: _____

_____

11. **The Court has already determined that (i) the Defendants intimidated or attempted to intimidate others from voting, and (ii) that the Defendants violated the Voting Rights Act of 1965, Ku Klux Klan Act of 1871, and other state and federal laws. Would you be able to abide by the Court's previous determination as to the Defendants' liability?** YES □ NO □

If no, please explain: _____

_____

12. **The Court has already found that the Defendants' actions were not protected by the First Amendment. Do you have any personal, moral, religious, or other concerns that would prevent you from accepting that determination?**  YES □  NO □

If yes, please explain: _____

_____

13. **Do you believe that everybody who has a right to vote in the United States should be given the opportunity to vote?** YES □ NO □

Please describe: _____

_____

14. **Do you think it is too easy to vote in U.S. presidential elections?** YES □ NO □

Please explain: _____

_____

15. **Do you think there should be limits set on the amount of money a jury may award to a plaintiff?**
    YES □ NO □

Please explain: _____

_____

**16. In general, I think damages awards from civil lawsuits are:**

Too high          Too low          Just right          I'm not sure/no opinion          Other

Please explain: _____

_____

**17. You will need to decide the amount of punitive damages to award Plaintiffs. Punitive damages are additional money damages to be paid by the Defendants to the Plaintiffs to punish or deter certain conduct. Do you have any personal, moral, political, religious, or other concerns about awarding punitive damages?  YES □  NO □**

Please explain: _____

_____

**18. The State of New York is a Plaintiff in this case. Do you have any personal, moral, political, religious, or other concerns about ordering individuals to pay money to the State of New York on behalf of injured New Yorkers?  YES □  NO □**

If yes, please describe: _____

_____

**19. Do you have any friends or relatives who have ever been employed by the State of New York? YES□ NO□**

If yes, please describe: _____

_____

**20. Do you have any friends or relatives who have been investigated by the New York Attorney General's Office or been a party to a lawsuit involving the New York Attorney General's Office?  YES□ NO□**

If yes, please describe: _____

_____

_____

**21. Are there any answers to the above questions that you do not want to discuss in the presence of other jury members?  YES□ NO□**

If yes, please describe the subject matters and/or list the corresponding question numbers that you would prefer to discuss privately:

_____

_____

_____

**The following is a list of potential witnesses and persons affiliated with this case. CIRCLE any names of those who you know or with whom you are personally familiar. TO BE FILLED IN BY THE PARTIES**

| Individuals |
| --- |
| |
| |
| |
| |
| |
| |
| |

| Entities |
| --- |
| |
| |
| |
| |
| |
| |
| |

If you have circled any of the names above individuals or entities, please explain how you know them:

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.**

**SIGNATURE:** _____        **DATE:** _____