```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, et al.,

                  Plaintiffs,

    - against -

JACOB WOHL, et al.,

                  Defendants.

**20 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On May 26, 2023, Defendants filed a letter requesting an adjournment of the jury trial currently set to begin on August 7, 2023. (See Dkt. No. 270.) Plaintiffs subsequently filed their opposition to Defendants' adjournment request. (See Dkt. No. 273.) Having reviewed the parties' letters, the Court hereby denies Defendants' request to adjourn the jury trial. The parties are directed to be prepared to proceed as scheduled on August 7, 2023 for a one-week jury trial on remedies, with a final pre-trial conference set for August 4, 2023 at 10:30 a.m.

**SO ORDERED.**

Dated:    2 June 2023
             New York, New York

                                                Victor Marrero
                                                 U.S.D.J.