# DAVID M. SCHWARTZ, ESQ. LLM

546 Fifth Avenue, 6th Floor, New York, NY 10036  T: 212.641.0049  E: david@davidschwartzesq.com

June 8, 2023

**VIA ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *National Coalition on Black Civic Participation et al., v. Wohl et al., No. 20-cv-8668*

Dear Judge Marrero:

    It will be impossible for Jacob Wohl to appear at the scheduled trial on August 7, 2023. As I stated to you in my last letter to the court, Jacob Wohl will be defending criminal charges in the State of California during that time period. I sent you a letter from his attorney in California corroborating those facts. As with every single ruling in this case from the very beginning, the court has either ruled against the defendants or has denied every single application. We have never asked for an adjournment of these proceedings and denying us even a simple adjournment because my client will be on trial on a criminal matter in California is incomprehensible.

    The defense respectfully requests a hearing on this issue and that the court grant an adjournment of the scheduled August 7, 2023 as Mr. Wohl's right to be present at his trial far outweighs any of the reasons the plaintiffs laid out to not adjourn this trial.

We respectfully request that the court reconsider this decision.

Respectfully submitted,

David M Schwartz, Esq.