```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, et al.,

               Plaintiffs,

      - against -

JACOB WOHL, et al.,

              Defendants.

20 Civ. 8668 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On June 8, 2023, Defendants filed a letter renewing their request to adjourn the jury trial currently scheduled to begin on August 7, 2023. (See Dkt. No. 276.) Upon review of Defendants' letter, the Court hereby directs the parties to confer and submit within five (5) days of the date of this Order agreed-upon proposed trial dates set for the fall.

**SO ORDERED.**

Dated:    12 June 2023
            New York, New York

                                          Victor Marrero
                                          U.S.D.J.