

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

CIVIL RIGHTS BUREAU
212.416.8250

June 12, 2023

**By ECF**
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*, SDNY Case No. 20-cv-8668 (VM)(OTW)

Dear Judge Marrero:

Plaintiffs write to seek clarification of today's order directing the parties to provide alternative trial dates. *See* D.E. 278. We are currently complying with the Court's order by contacting our clients and witnesses for their fall trial availability. We respectfully request, however, that the Court clarify that it is not moving the previously agreed-upon and Court-ordered deadlines for pretrial briefing. *See* D.E. 267.

Plaintiffs would be prejudiced by an adjournment of those dates. On Thursday, June 8, 2023, Plaintiffs provided Defendants with our proposed Joint Pretrial Order, Joint Voir Dire, and Joint Jury Charge—a week in advance of the current due date. Those documents include a preview of Plaintiffs' case, including our proposed witnesses, stipulations, and exhibits. Mere hours after Plaintiffs provided those documents, Defendants moved the Court to reconsider its prior scheduling order. *See* D.E. 276. Because we have not yet seen Defendants' proposal, adjourning the pretrial filing deadlines will give Defendants an unfair advantage by allowing them to keep their cards close to their chest while Plaintiffs' are out on the table. Maintaining the current briefing schedule will not prejudice Defendants because, unlike the trial date, those deadlines do not conflict in any possible way with Mr. Wohl's obligations as a criminal defendant in California.

Respectfully,

*/s/ Rick Sawyer*
Rick Sawyer
Special Counsel
richard.sawyer@ag.ny.gov

cc: Counsel of record (via ECF and e-mail)