```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, et al.,

                Plaintiffs,

    - against -

JACOB WOHL, et al.,

               Defendants.

**20 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby reaffirms the pre-trial briefing schedule ordered by the Court on May 2, 2023. (See Dkt. No. 267.) The Court further directs the parties to comply with its prior Order dated June 12, 2023, regarding proposing new trial dates set for the fall. (See Dkt. No. 277.)

**SO ORDERED.**

Dated:    14 June 2023
            New York, New York

                                                      Victor Marrero
                                                        U.S.D.J.