

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

CIVIL RIGHTS BUREAU
212.416.8250

June 16, 2023

**By ECF**
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*,
             **SDNY Case No. 20-cv-8668 (VM)(OTW)**

Dear Judge Marrero:

      In response to the Court's June 12, 2023 Order, the parties met and conferred and are jointly available for trial the week of December 4, 2023, or the week of December 11, 2023. The parties prefer the December 4 date.[1]

Respectfully,

*/s/ Rick Sawyer*
Rick Sawyer
Special Counsel
richard.sawyer@ag.ny.gov

cc: Counsel of record (via ECF and e-mail)

---

[1] The private Plaintiffs maintain the objections they asserted in their June 1 letter opposing adjournment, including that the nine Private Plaintiffs will suffer prejudice from an adjournment. *See* Dkt. 273. The Office of the Attorney General takes no position on those objections.