USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.,

                Plaintiffs,

    - against -

JACOB WOHL, et al.,

               Defendants.

**20 Civ. 8668 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The one-week jury trial, currently set to begin on August 7, 2023, is hereby adjourned to December 11, 2023 at 9:00 a.m. The final pre-trial conference, currently scheduled for August 4, 2023, is also adjourned to December 8, 2023 at 10:00 a.m.

**SO ORDERED.**

Dated:    16 June 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.