IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES, <br><br> Plaintiffs, <br><br> -and- <br><br> People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10, <br><br> Defendants. | Civil Action No. 20-cv-8668 |

**NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLAINTIFFS' SETTLEMENT WITH THE MESSAGE DEFENDANTS**

For the reasons set forth in Plaintiffs' accompanying Memorandum of Law, and based on the Declaration of Amy Walsh in support of Plaintiffs' motions *in limine*, together with attached exhibits, and the record and pleadings on file in this case, Plaintiffs respectfully ask the Court to exclude from trial evidence concerning the liability of settling co-Defendants Message Communications and Robert Mahanian, and bar Defendants from making any mention of the settlement agreement between the settling Defendants and Plaintiffs.

Dated: New York, New York
          June 22, 2023                           Respectfully submitted,

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: /s/ Rick Sawyer                     By:   /s/ Amy Walsh
                                        _____

Rick Sawyer, Special Counsel            Amy Walsh
Colleen K. Faherty, Assistant Attorney General  Franklin Monsour Jr.
Yasmin Dagne, Assistant Attorney General  Rene Kathawala
28 Liberty St., 20th Floor              ORRICK HERRINGTON & SUTCLIFFE LLP
New York, NY 10005                      51 West 52nd Street
(212) 416-6182                          New York, NY 10019-6142
Richard.Sawyer@ag.ny.gov                (212) 506-5000
Colleen.Faherty@ag.ny.gov               awalsh@orrick.com
Yasmin.Dagne@ag.ny.gov                  fmonsour@orrick.com
                                        rkathawala@orrick.com

                                        By: /s/ Marc Epstein

                                        David Brody (admitted *pro hac vice*)
                                        Marc Epstein
                                        LAWYERS' COMMITTEE FOR CIVIL
                                        RIGHTS UNDER LAW
                                        1500 K St. NW, Suite 900
                                        Washington, DC 20005
                                        (202) 662-8600
                                        dbrody@lawyerscommittee.org
                                        mepstein@lawyerscommittee.org

                                        *Attorneys for Plaintiffs*