# EXHIBIT A

# CONFIDENTIAL



## Transcript of **Gene Steinberg**

Monday, May 9, 2022

*National Coalition on Black Civic Participation, et al.*
*v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115545

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE SOUTHERN DISTRICT OF NEW YORK

3   ------------------------------------------------------

4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
    MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
5   WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
    ANDREA SFERES,

6

7                        Plaintiffs,      Civil Action No.

8                                  1:20-cv-08668-VM-OTW
                          -and-
9

10  People of the STATE OF NEW YORK, by its Attorney
    General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11  STATE OF NEW YORK

12                       -vs-

13  JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
    LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14  ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                     Defendants.

16  ------------------------------------------------------

17

18       Deposition of GENE STEINBERG, Plaintiff,

19  herein, taken by Defendant, pursuant to Notice via

20  Zoom, on Monday, May 9, 2022, at 10:00 a.m., before

21  Deirdre Smith, a stenographer and notary public

22  within and for the State of New York.

23

24

25

```
 1   A P P E A R A N C E S

 2

 3   ORRICK HERRINGTON & SUTCLIFFE, LLP

 4   51 West 52nd Street

 5   New York, NY 10019-6142

 6   Appearing on behalf of the Plaintiff

 7   Phone: (617) 880-1800

 8   Email:  brittany.roehrs@orrick.com

 9           franklin.monsour@orrick.com

10   BY:     BRITTANY ROEHRS, ESQ.

11           FRANKLIN MONSOUR, ESQ.

12

13

14

15   GERSTMAN SCHWARTZ LLP

16   Appearing on behalf of the Defendant

17   60 E. 42nd Street, Suite 4700 Office 21

18   New York, NY 10165

19   Phone:  (212) 227-7070

20   Email:  rkleinman@gerstmanschwartz.com

21   BY:     RANDY KLEINMAN, ESQ.

22

23

24

25
```

```
 1   A P P E A R A N C E S (continued)

 2

 3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

 4   Appearing on behalf of Plaintiff

 5   1500 K Street NW

 6   Suite 900

 7   Washington, DC 20005

 8   BY:    MARC EPSTEIN, ESQ.

 9

10

11

12   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

13   Appearing on behalf of Plaintiff

14   28 Liberty Street

15   Floor 18, New York, NY 10005-1495

16   Phone: (212) 416-6046

17   BY:    COLLEEN FERITY, ESQ.

18

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1          MS. ROEHRS:  Objection.

2     A.   No.

3     Q.   What involvement, if any, do you have with

4  the Democrat party?

5          MS. ROEHRS:  Objection.

6     A.   What do you mean by involvement?

7     Q.   Are you involved in any local Democrat

8  party politics, anything like that?

9     A.   No.

10     Q.   When you were last registered to vote,

11  were you registered as a Democrat, Republican or

12  something different?

13          MS. ROEHRS:  Objection.

14     A.   As a Democrat.

15     Q.   Who did you vote for in the November 2020

16  presidential election for the office of president?

17          MS. ROEHRS:  Objection.

18          THE WITNESS:  Do I have to answer?

19          MS. ROEHRS:  Yes.

20     A.   Biden/Harris.

21     Q.   Is it fair to say that you were happy with

22  the result of the 2020 presidential election?

23     A.   No.

24     Q.   Why not?

25     A.   I thought it was too close.  I wish it