# EXHIBIT C

# CONFIDENTIAL



# Transcript of **Karen Slaven**

Friday, April 8, 2022

*National Coalition on Black Civic Participation, et al.*
*v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115990

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 2   ---------------------------------------------X
     NATIONAL COALITION ON BLACK CIVIC
 3   PARTICIPATION, MARY WINTER, GENE STEINBERG,
     NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE
 4   KENNEDY, EDA DANIEL, AND ANDREA SFERES,
                                  Plaintiffs,
 5                            Civil Action No.:
                              20-cv-8668 (VM)(OTW)
 6   People of the STATE OF NEW YORK, by its
     attorney general, LETITIA JAMES, ATTORNEY
 7   GENERAL OF THE STATE OF NEW YORK,
                v.
 8   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN &
     ASSOCIATES, LLC, PROJECT 1599, MESSAGE
 9   COMMUNICATIONS, INC., ROBERT MAHANIAN, and JOHN
     and JANE DOES 1-10,
10                                Defendants.
     ---------------------------------------------X
11                    April 8, 2022
                      3:48 p.m.
12

13

14        REMOTE CONFIDENTIAL EXAMINATION BEFORE

15   TRIAL of KAREN SLAVEN, the Plaintiffs in the

16   above-entitled action, taken on behalf of the

17   Defendants, held at the above date and time,

18   and taken before Dorene Glover, an RSR Reporter

19   and Notary Public within and for the State of

20   New York.

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3   ORRICK, HARRINGTON & SUTELIFFE
        Attorneys for Plaintiffs
 4      51 West 52nd Street
        New York, New York 10019
 5      BY: AARON GOLD, ESQ.
            RYAN LIND, ESQ.
 6

 7
     GERSTMAN SCHWARTZ, LLP.
 8      Attorneys for Defendants
        60 East 42nd Street
 9      New York, New York 10165
        BY: RANDY KLEINMAN, ESQ.
10          DAVID SCHWARTZ, ESQ.

11

12   LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
        1500 K Street, NW
13      Washington, DC 20005
        BY: DAVID BRODY, ESQ.
14

15
     NYS Office of Attorney General
16      Attorneys for Defendants
        28 Liberty Street
17      New York, New York 10005
        BY: RICK SAWYER, ESQ.
18          COLLEEN FAHERTY, ESQ.

19

20

21

22

23

24

25
```

```
1          Q.    Where do you work?
2          A.    Key Bank.
3          Q.    What do you do for them?
4          A.    I'm a data analyst programmer.
5          Q.    How long have you been doing that
6    for?
7          A.    With Key Bank.
8          Q.    Yes.
9          A.    Since 1997, I believe.
10         Q.    What is your race or ethnicity?
11         A.    Caucasian.
12         Q.    What are your current policy
13   affiliations?
14         A.    What I'm registered as?
15         Q.    Okay, that's one question.
16         A.    I'm registered as a democrat.
17         Q.    So is it fair to say you are
18   registered to vote?
19         A.    Correct.
20         Q.    What is your vote or registration
21   address?
22         A.    My home address.
23         Q.    How long have you been registered
24   as a democrat for approximately?
25         A.    35 years, 40 years.
```

1    Q.   Did you vote in the 2020
2    presidential election?
3    A.   Yes.
4    Q.   Did you vote in person or by mail?
5    A.   I voted early.  I don't remember if
6    it was in person or at the board of elections
7    or if it was by mail.  I do one or the other
8    most times.
9    Q.   How did you deliver the ballot?
10   A.   I'm not sure if I mailed that
11   particular election or I went down and voted
12   early at your board of elections.
13   Q.   Have you ever voted in person for
14   any federal, state or local election in the
15   past?
16   A.   Yes, I have.
17   Q.   Did you -- have you ever voted in
18   person after the 2020 presidential election?
19   A.   Only early vote in person, early
20   vote.
21   Q.   That's the same method you were
22   describing earlier?
23   A.   Yes.
24   Q.   Who did you vote for in the 2020
25   presidential election?

```
1        A.    Biden.
2        Q.    So you were happy with the outcome
3   of the election?
4        A.    Yes.
5        Q.    What if anything do you do to
6   support the Black community?
7              MR. GOLD:  Objection.
8        A.    I'm not sure what you mean by
9   support them.
10       Q.    Do you belong to any groups that do
11  any type of civic work geared toward the Black
12  community?
13       A.    I don't think so.
14       Q.    Are you involved locally with any
15  type of political club or organization?
16       A.    I am.
17       Q.    Which one?
18       A.    Cleveland stonewall democrats.  The
19  Kya Hota democratic woman's Caucus.
20       Q.    Anything else?
21       A.    Human Rights Campaign.  I think
22  that's it for political affiliations.
23       Q.    What is the Kya Hota County Women's
24  Counsel?
25       A.    It's one of the democratic
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1                MR. GOLD:  Objection.
 2          A.    It's my opinion based on who I know
 3    received the call and who I know that did not.
 4          Q.    Who do you know that received the
 5    call?
 6          A.    A lot of people in East Cleveland.
 7          Q.    Specifically who?
 8          A.    Our house, Eda's house.  I heard
 9    other people talking about it at meetings.  I
10    know it was hit in East Cleveland.
11          Q.    The people that you heard talking
12    about it at the meetings, did any of them --
13    are any of them members of a minority
14    community?
15          A.    Yes.
16          Q.    Have you personally spoken to
17    anyone in the Black community who received this
18    call?
19          A.    No.
20          Q.    Why not?
21          A.    I just haven't.
22          Q.    You were angered by it, though?
23          A.    Yes.
24          Q.    You thought it was designed to
25    target the Black community, why didn't you
```

```
 1   in any way?
 2        A.   I think the idea that policemen
 3   might show up at your door and knock on a door
 4   for a warrant gives a threat that there might
 5   be physical confrontation.
 6        Q.   Could that not happen if you have a
 7   pending warrant anyway?
 8             MR. GOLD:  Objection.
 9        A.   I imagine it could.
10        Q.   Is it your testimony at that --
11   withdrawn.
12             Do you think that you are more
13   intelligent than members of the Black
14   community?
15             MR. GOLD:  Objection.  Harassing
16        question.
17        A.   Certainly not.
18        Q.   Have you personally spoken to any
19   member of the Black community who claims to
20   have been intimidated by the Robocall?
21             MR. GOLD:  Objection.  Asked and
22        answered.
23        A.   I said I didn't have any specific
24   conversations to point to.
25        Q.   Not even as a canvasser?
```