# EXHIBIT D

# Confidential



# Transcript of **Nancy Hart**

Sunday, April 10, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115309

```
1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    -------------------------------------------------------

4    NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY
     WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN
5    SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,

6

7                          Plaintiffs

8

9                           -and-

10
     People of the STATE OF NEW YORK, by its attorney general,
11   LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK

12                          -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC
     PROJECT 1599, MESSAGE COMMUNICATIONS, INC., ROBERT MAHANIAN,
14   and JOHN and JANE DOES 1-10,

15
                         Defendants.
16

17   -------------------------------------------------------

18       Deposition of NANCY HART, Plaintiff, herein taken by

19   Defendant, pursuant to Notice via Zoom, on Sunday, April

20   10th, 2022 at 10:00 a.m., before Paula D. Bielat, a

21   shorthand reporter and notary public within and for the

22   State of New York.

23

24

25
```

```
 1     APPEARANCES:

 2

 3
                ORRICK HERRINGTON & SUTCLIFFE, LLP
 4              BY: AARON GOLD, ESQ.
                MARC EPSTEIN, ESQ.
 5              51 West 52nd Street
                New York, NY 10019-6142
 6              Appearing on behalf of the Plaintiff
                aaron.gold@orrick.com
 7

 8
                GERSTMAN SCHWARTZ LLP
 9              BY: RANDY E. KLEINMAN, ESQ.
                DAVID SCHWARTZ, ESQ.
10              60 E. 42nd Street, Suite 4700 Office 21
                New York, NY 10165
11              Appearing on behalf of the Defendant
                rkleinman@gerstmanschwartz.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Nancy Hart     Confidential     4/10/2022
Case 1:20-cv-08668-JSR    Document 299-4    Filed 06/22/23    Page 5 of 6
Page 17

```
 1   Q    And how about after the November 2020
 2        presidential election, did you vote in any local
 3        or state elections in-person?
 4   A    Yes.
 5   Q    Which ones?
 6   A    Every one that we've had.
 7   Q    Who did you vote for in the 2020 presidential
 8        election?
 9   A    Biden.
10   Q    So is it fair to say you were happy with the
11        result of the election?
12   A    Yes.
13   Q    Are you still happy with the result of the
14        election?
15   A    Yes.
16   Q    Are you involved with any type of political club
17        or organization?
18   A    No.
19   Q    What, if anything, do you do personally to
20        support the local black community?
21   MR. GOLD:            Objection.
22   THE WITNESS:         I spend a great deal of time trying to
23                        promote causes that will benefit
24                        people I know within the black
25                        community through my work.
```

```
 1  A    Yes.
 2  Q    So it's your understanding that they do?
 3  A    Yes.
 4  Q    What, if anything, do you know about procedures
 5       police departments use to enforce outstanding
 6       warrants?
 7  A    I don't know quite as much.  I do know that in
 8       general they rely on informants, they rely on,
 9       again, public databases, telephone books to track
10       down people with warrants.  In general the amount
11       of effort expended is relevant to the amount of
12       severity of the crime.
13  Q    Do you know every method that police departments
14       use to enforce outstanding warrants?
15  A    I do not.
16  Q    Have you ever worked with a police warrant
17       enforcement unit?
18  A    No, I have not.
19  Q    Do you support law enforcement, Ms. Hart?
20  MR. GOLD:            Objection.
21  THE WITNESS:         I do.
22  MR. KLEINMAN:        Do you work with law enforcement in
23                       your current job, in your current
24                       role?
25  THE WITNESS:         On occasion.
```