# EXHIBIT E

Confidential



## Transcript of **Eda Daniel**

Saturday, April 9, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115308

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF NEW YORK
 2       ------------------------------------------x
         NATIONAL COALITION ON BLACK
 3       CIVIC PARTICIPATION, MARY WINTER,
         GENE STEINBERG, NANCY HART,
 4       SARAH WOLFF, KAREN SLAVEN, KATE
         KENNEDY, EDA DANIEL, and ANDREA
 5       SFERES,

 6                                  Plaintiffs,

 7              -and-

 8       People of the STATE OF NEW YORK, by its
         attorney general, LETITIA JAMES,
 9       ATTORNEY GENERAL OF THE STATE OF
         NEW YORK
10

11                 V.              Civil Action No:
                                      20-cv-8668(VM)(OTW)
12


13
         JACOB WOHL, JACK BURKMAN, J.M.
14       BURKMAN & ASSOCIATES, LLC, PROJECT 1599,
         MESSAGE COMMUNICATIONS, INC., ROBERT
15       MAHANIAN, and JOHN and JANE DOES 1-10.

16                                  Defendants.
         ------------------------------------------x
17

18            EXAMINATION BEFORE TRIAL of the Plaintiff, EDA

19       DANIEL, taken by the Defendant, pursuant to Court Order,

20       held via REMOTE MEANS, on April 9, 2022, at 10:01 a.m.,

21       before a Notary Public of the State of New York.

22
         *******************************************
23

24       *CONFIDENTIAL*

25
```

```
 1        A P P E A R A N C E S:

 2        ORRICK, HERRINGTON & SUTCLIFFE LLP
                  Attorneys for Plaintiff
 3                51 West 52nd Street
                  New York, New York 10019
 4
          BY:     AARON GOLD, ESQ.
 5                FRANKLIN MONSOUR, ESQ.

 6
          GERSTMAN SCHWARTZ LLP
 7                Attorneys for Defendant
                  1399 Franklin Avenue, Suite 200
 8                Garden City, New York 11530

 9        BY:     RANDY E. KLEINMAN, ESQ.

10
          LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
11                Attorneys for Plaintiff
                  1500 K Street NW, Suite 900
12                Washington, DC 20005

13        BY:     DAVID BRODY, ESQ.
                  MARC EPSTEIN, ESQ.
14

15

16

17

18

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

```
 1     Q.     Absolutely.  Do you belong to any civic
 2     organizations that has any outreach or participation in
 3     the Black community?
 4     A.     Locally in East Cleveland, I'm a member of a --
 5     I attend meetings of a local civic organization called
 6     NOAH and I'm also involved in my neighborhood group to
 7     make our neighborhood a better place.
 8     Q.     What exactly is NOAH?
 9     A.     It's an organization that wants to support the
10     people of East Cleveland, it's just a local -- very
11     local to East Cleveland organization.
12     Q.     Is NOAH an acronym that stands for something
13     different?
14     A.     Yes, but I can't remember what it is right now.
15     Q.     That's okay.  What in particular do you do for
16     NOAH?
17     A.     I mostly just attend meetings.  I think I've
18     talked to neighbors about, you know, NOAH, but other
19     than that, I just attend meetings to find out what work
20     they're doing in our community.
21     Q.     Do you hold any titles or ranks within the
22     organization?
23     A.     No.
24     Q.     The neighborhood group that you mentioned, what
25     exactly is that?  Does it have a name?
```

```
 1                    MR. GOLD:  Objection.
 2      A.     It is my contention that within this call,
 3      using these statements in my city is designed to
 4      frighten Black people because these are the people who
 5      are the majority of the people in my zip code are Black.
 6      Q.     Do you know what other cities this call was
 7      sent to?
 8      A.     I do not know.
 9      Q.     So is it fair to say you don't know whether
10      this call was also sent to predominantly White cities?
11      A.     That is true, I don't know.
12      Q.     Have you spoken to anyone in the Black
13      community who received this call?
14                    MR. GOLD:  Objection.
15      A.     No.
16      Q.     So you don't know how the Black community
17      perceives this call, correct?
18                    MR. GOLD:  Objection.
19      A.     Because I've grown up in America and have had
20      Black friends my entire life, I know how Black people
21      feel about these kinds of efforts to make them fearful.
22      Q.     Have you spoken to any of those friends about
23      this call?
24      A.     No.
25      Q.     So again, is it fair to say you do not know how
```

1    the Black community perceives this call?

2                    MR. GOLD:  Objection.

3    A.    In a word, no.  But this is not really a

4    question that one can answer with a yes, no answer.

5    Q.    Well, your opinion is based on your assumption

6    about how the Black community would feel about this

7    call; is that not correct?

8    A.    My opinion is based on conversations I've had

9    with Black friends about other things, nothing to do

10   with this call and from reading that I've done my entire

11   life about tactics used against Black people.

12   Q.    So your opinion on how the Black community

13   would perceive this call is based on an assumption,

14   correct?

15                   MR. GOLD:  Objection.

16   A.    I'm -- I really am -- an assumption means that

17   there's been no education or learning or experience

18   behind something and one just makes -- has a belief

19   system based on no evidence.  One -- an intelligent

20   person can look at something like the text of this call,

21   can also know -- I personally know how this call

22   impacted and affected me emotionally and to know that

23   this would not play well amongst other people,

24   particularly Black people.

25   Q.    And you don't believe that your opinion on how

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1      this would affect the Black community is based on your

2      own racial biases?

3                       MR. GOLD:  Objection.  Argumentative.

4      A.      If you're using bias in a negative sense, then

5      I don't agree.  If you're saying -- one can be bias for

6      something or against something, okay.  If you're trying

7      to make me say that I am personally racist, then, I -- I

8      really object to that.

9      Q.      I'm certainly not suggesting that.  I'm asking

10     whether this -- your opinion is based on your own

11     stereotypes about the Black community?

12                      MR. GOLD:  Objection.  Argumentative.

13     A.      I believe I just answered that.  It sounds like

14     you're trying to make me say that I am racist.  And I am

15     trying to say that there is so much documented evidence

16     of how Black people have been treated in this country

17     for hundreds of years.  This is based on information --

18     my feelings about this are based on information.

19     Q.      Okay.  You mentioned -- you testified before

20     that this call was very distressing to you and had an

21     emotional impact.  What in particular was distressing

22     about this call to you?

23     A.      I believe I covered that.  I will tell you

24     again that my --

25     Q.      I'm sorry, I cut you off, I'm sorry.

1    Q.    And I know you testified in quite some detail

2    about it, but I just want to be clear, at the time you

3    received the robo call, were you personally intimidated

4    by it?

5              MR. GOLD:  Objection.

6    A.    I was frightened for a moment until I realized

7    that this was not -- that I was not the target.

8    Q.    Is it fair to say that you were able to see

9    through the alleged intimidation of the robo call?

10   A.    Yes, I was able to see through it, which is why

11   I was so angry that this was happening.

12   Q.    At the time you received the robo call, did you

13   believe that members of the Black community would not be

14   able to see through this alleged intimidation?

15             MR. GOLD:  Objection.

16   A.    That never occurred to me.

17   Q.    Did you feel threatened by the robo call?

18   A.    I think I've already testified to the answer

19   being yes, the first part with the police departments

20   will track down old warrants, I do not have any warrants

21   old or new.  But when one is saying that -- when one

22   picks up the phone -- when I picked up the phone, I did

23   not expect to get this kind of a call.  There's no

24   introduction in terms of preparing -- there's know way

25   to be prepared to receive a phone call like this.

1    A.    Intimidation is very powerful.

2    Q.    But not powerful enough to you affect you?

3    A.    Correct.

4    Q.    But potentially powerful enough to affect the
5    members of the Black community?

6              MR. GOLD:  Objection.  Mischaracterizes
7         testimony.

8    A.    It's possible.

9    Q.    Do you believe that you were able to recognize
10   thing that members of the Black community aren't?

11             MR. GOLD:  Objection.  Argumentative,
12        mischaracterizes testimony.

13             MR. KLEINMAN:  You can just say
14        objection, Aaron.  We don't need the speaking
15        objections.

16             MR. GOLD:  Yeah, I know.  Ask your
17        question.

18             MR. KLEINMAN:  I'll remember that for
19        my client's deposition as well.

20             MR. GOLD:  You got it.

21   A.    Please ask that question again.

22   Q.    Do you think you're smarter than members of the
23   Black community?

24             MR. GOLD:  Objection.  Argumentative.

25   A.    I do not.

```
 1    Q.    Do you believe you have more insight than
 2    members of the Black community?
 3    A.    I certainly do not.
 4    Q.    Besides your attorneys, Ms. Slaven and anyone
 5    else we've already talked about, have you discussed this
 6    lawsuit with anybody else?
 7    A.    No.
 8    Q.    As a result of this lawsuit, did you sustain
 9    any direct financial losses?
10    A.    No.
11    Q.    Besides what you've already testified to, did
12    you sustain any type of impairment as a result of the
13    robo call?
14    A.    Other than what we've discussed, I have not.
15              MR. KLEINMAN:  Aaron, why don't we take
16         a quick five, let me review my notes, you can
17         review yours.  So 12:30 we can jump back.
18              MR. GOLD:  That works.
19              MR. KLEINMAN:  Perfect.
20         (Whereupon, a short break was taken.)
21    Q.    Just quickly Ms. Daniel, drawing your attention
22    back to Exhibit H, this donotcall.gov website listed on
23    this e-mail, did you report the August 2020 robo call to
24    this e-mail?
25    A.    I don't believe that I did.  I really don't --
```

Trustpoint.One  Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)