# EXHIBIT F

Confidential



Transcript of **Sarah Wolff**

Monday, May 2, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115543

```
 1                    CONFIDENTIAL

 2   UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART,
 5   SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY,
     EDA DANIEL, and ANDREA SFERES,

 6
                              Plaintiffs,
 7
                 -and-
 8
     People of the STATE OF NEW YORK, by its attorney
 9   general, LETITIA JAMES, ATTORNEY GENERAL OF THE
     STATE OF NEW YORK,
10
                              Civil Action No.
11             -vs-          1:20-cv-08668-VM-OTW

12

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN, and JOHN and JANE DOES 1-10,

15                            Defendants.
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
16

17   TRANSCRIPT of the stenographic notes of

18   the REMOTE VIDEOCONFERENCED deposition of SARAH

19   WOLFF in the above-entitled matter, as taken by and

20   before CHRISTINA COCHRAN, a Court Reporter and

21   Notary Public of the State of New York, held on May

22   2, 2022, commencing at 2:00 p.m., pursuant to

23   Notice.

24

25
```

```
 1                    CONFIDENTIAL

 2   A P P E A R A N C E S:

 3   (ALL APPEARANCES ARE VIA REMOTE VIDEOCONFERENCE

 4   AND/OR TELEPHONE)

 5

 6   OORICK, HERRINGTON & SUTCLIFFE, LLP

 7        Attorneys for Plaintiff

 8        51 West 52nd Street

 9        New York, New York 10019

10   BY:  BRITTANY ROEHRS, ESQ.

11        (212) 506-5162

12        Broehrs@orrick.com

13

14   GERSTMAN SCHWARTZ, LLP

15        Attorney for Defendants

16        60 East 42nd Street, Suite 4700, Office 21

17        New York, New York 10165

18   BY:  RANDY E. KLEINMAN, ESQ.

19        (212) 227-7070

20        RKleinman@GerstmanSchwartz.com

21

22   ALSO PRESENT:

23   Marc Epstein, Esq., Attorney for Plaintiff

24   Franklin Monsour, Esq., Attorney for Plaintiff

25   Colleen Faherty, Office of The Attorney General
```

```
 1                    CONFIDENTIAL

 2     testified to?  I don't want to make you repeat

 3     yourself.

 4          A.    No.

 5          Q.    Okay.  Now, is it fair to say you saw

 6     through the robocall?

 7          A.    What do you mean by "saw through"?

 8          Q.    You saw through what you are classifying

 9     as an attempt to discourage voting by mail?

10          MS. ROEHRS:  Objection.

11          A.    If by "see through" you mean did I

12     recognize the mistruths in the robocall, then yes, I

13     did see through it.

14          Q.    That is exactly what I meant, okay.

15                Now, at the time you received the

16     robocall, did you believe that black voters wouldn't

17     be able to recognize this alleged discouraging of

18     voting?

19          MS. ROEHRS:  Objection.

20          A.    I couldn't begin to say how black voters,

21     or anyone else other than myself, would perceive

22     this phone call.

23          Q.    Well, you understand that is the basis of

24     your lawsuit, though, correct?

25          MS. ROEHRS:  Objection.
```

1                    CONFIDENTIAL

2    your understanding of what coerced means?

3         A.    My understanding of coercion is being

4    pressured to do something because someone has some

5    kind of incentive to make you do that, something

6    that you don't want to do.  No, I was not coerced by

7    this call.

8         Q.    Do you believe the call was designed to

9    be coercive?

10             MS. ROEHRS:   Objection.

11        A.    I believe the call was likely intended to

12   discourage people from voting.  I don't know if I

13   would call that coercion, but if you want to,

14   depending on your definition of coercion, could be.

15   If you are trying to push people to not do

16   something, then yeah, it's an attempt at coercion.

17        Q.    Have you spoken to anyone in the black

18   community about this robocall?

19        A.    Not specifically, no.

20        Q.    So is it fair to say you don't know how

21   anyone in the black community would perceive this

22   robocall?

23             MS. ROEHRS:   Objection.

24        A.    I do not.  I have not polled black people

25   on how they would feel about this call.  All I know