# EXHIBIT G

# CONFIDENTIAL



## Transcript of **Andrea Sferes**

Tuesday, April 19, 2022

*National Coalition on Black Civic Participation, et al. v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 115542

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   -------------------------------------------------------

 4   NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
 5   WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
     ANDREA SFERES,
 6

 7                           Plaintiffs,

 8
                               -and-
 9

10   People of the STATE OF NEW YORK, by its Attorney
     General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11   STATE OF NEW YORK

12                            -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                          Defendants.

16   -------------------------------------------------------

17

18        Deposition of ANDREA SFERES taken via Zoom on

19   Tuesday, April 19, 2022 at 10:00 a.m., before

20   Deirdre Smith, a stenographer and notary public

21   within and for the State of New York.

22

23

24                          CONFIDENTIAL

25
```

```
 1   A P P E A R A N C E S

 2


 3   ORRICK HERRINGTON & SUTCLIFFE, LLP

 4   51 West 52nd Street

 5   New York, NY 10019-6142

 6   Appearing on behalf of the Plaintiff

 7   Phone: (617) 880-1800

 8   Email:   aaron.gold@orrick.com

 9            franklin.monsour@orrick.com

10            rlind@orrick.com

11   BY:     AARON GOLD, ESQ.

12           FRANKLIN MONSOUR, ESQ.

13           RYAN LIND, ESQ.

14

15

16   GERSTMAN SCHWARTZ LLP

17   Appearing on behalf of the Defendant

18   60 E. 42nd Street, Suite 4700 Office 21

19   New York, NY 10165

20   Phone:(212) 227-7070

21   Email:   nepstein@gerstmanschwartz.com

22   BY:     NICOLE EPSTEIN, ESQ.

23

24

25
```

```
 1   A P P E A R A N C E S

 2

 3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

 4   Appearing on behalf of Plaintiff

 5   1500 K Street NW

 6   Suite 900

 7   Washington, DC 20005

 8   BY:    MARC EPSTEIN

 9          ADONNE WASHINGTON

10          DAVID BRODY

11

12

13   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

14   Appearing on behalf of Plaintiff

15   28 Liberty Street

16   Floor 18, New York, NY 10005-1495

17   Phone: (212) 416-6046

18   BY:    COLLEEN FERITY

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1          MR. EPSTEIN:  Objection to form.
2     A.   Yeah, can you just repeat?
3     Q.   So, when I'm referring to independent
4  research, like for example, a Google search.  Did
5  you ever perform any Google searches to verify if
6  the, if the allegation about the police department
7  using the voting record to track down outstanding
8  warrants; did you perform any Google search into
9  that?
10    A.   No.
11    Q.   Did you perform any Google search into
12 whether credit card companies can use information
13 from the voting record to track down or collect
14 outstanding debt?
15    A.   No.
16    Q.   At the time that you received the robocall
17 did you believe that African Americans wouldn't be
18 able to recognize that the statements were allegedly
19 false?
20         MR. EPSTEIN:  Objection.
21    A.   No.
22    Q.   So, do you believe that African Americans
23 would have been able to tell that the message was
24 false?
25         MR. EPSTEIN:  Objection.