# EXHIBIT H

# CONFIDENTIAL



Transcript of **Mary Winter**

Monday, May 9, 2022

*National Coalition on Black Civic Participation, et al.*
*v. Jacob Wohl, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 116296

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3    --------------------------------------------------------

4    NATIONAL COALITION ON BLACK CIVIC PARTICIPATION,
     MARY WINTER, GENE STEINBERG, NANCY HART, SARAH
5    WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL and
     ANDREA SFERES,

6

7                            Plaintiffs,      Civil Action No.

8
                             -and-        1:20-cv-08668-VM-OTW
9

10   People of the STATE OF NEW YORK, by its Attorney
     General, LETITIA JAMES, ATTORNEY GENERAL OF THE
11   STATE OF NEW YORK

12                            -vs-

13   JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES,
     LLC, PROJECT 1599, MESSAGE COMMUNICATIONS, INC.,
14   ROBERT MAHANIAN and JOHN and JANE DOES 1-10

15                            Defendants.

16   --------------------------------------------------------

17

18          Deposition of MARY WINTER, Plaintiff, herein,

19   taken by Defendant, pursuant to Notice via Zoom, on

20   Monday, May 9, 2022, at 1:20 p.m., before Deirdre

21   Smith, a stenographer and notary public within and

22   for the State of New York.

23

24

25

```
 1    A P P E A R A N C E S

 2

 3    ORRICK HERRINGTON & SUTCLIFFE, LLP

 4    51 West 52nd Street

 5    New York, NY 10019-6142

 6    Appearing on behalf of the Plaintiff

 7    Phone: (617) 880-1800

 8    Email:  brittany.roehrs@orrick.com

 9            franklin.monsour@orrick.com

10    BY:     BRITTANY ROEHRS, ESQ.

11            FRANKLIN MONSOUR, ESQ.

12

13

14    GERSTMAN SCHWARTZ LLP

15    Appearing on behalf of the Defendant

16    60 E. 42nd Street, Suite 4700 Office 21

17    New York, NY 10165

18    Phone:(212) 227-7070

19    Email:  rkleinman@gerstmanschwartz.com

20    BY:     RANDY KLEINMAN, ESQ.

21

22

23

24

25
```

1   A P P E A R A N C E S (continued)

2

3   LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

4   Appearing on behalf of Plaintiff

5   1500 K Street NW

6   Suite 900

7   Washington, DC 20005

8   BY:    MARC EPSTEIN, ESQ.

9

10

11

12   STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

13   Appearing on behalf of Plaintiff

14   28 Liberty Street

15   Floor 18, New York, NY 10005-1495

16   Phone: (212) 416-6046

17   BY:    COLLEEN FERITY, ESQ.

18

19

20

21

22

23

24

25

1    Q.   Do you believe that speech should be

2  censored by anybody?

3         MS. ROEHRS:   Objection.

4    A.   I don't know.

5    Q.   You don't know one way or another if

6  speech should be censored?

7    A.   I need you to clarify what you mean, who

8  the other people are?

9    Q.   Are there any instances that you believe

10  speech should be censored?

11         MS. ROEHRS:   Objection.

12    A.   I don't know.

13    Q.   What is a situation that you would like to

14  see speech censored?

15         MS. ROEHRS:   Objection.

16    A.   Intimidating voters with misinformation

17  comes to mind.

18    Q.   Who should censor that speech?

19         MS. ROEHRS:   Objection.

20    A.   I don't know.

21    Q.   Do you think that someone should be

22  censored for expressing their personal political

23  opinion?

24         MS. ROEHRS:   Objection.

25    A.   I don't know.

1　　　　Q.　You don't know if you believe that someone

2　should be censored for expressing their political

3　opinion?

4　　　　　　MS. ROEHRS:　Objection.

5　　　　A.　Can you clarify, someone, and, political

6　opinion?

7　　　　Q.　Not really.　It's a pretty general

8　question.　Do you believe that someone should be

9　censored from expressing political opinions?

10　　　　　　MS. ROEHRS:　Objection.

11　　　　A.　I don't know.

12　　　　Q.　You don't know if you believe whether or

13　not people should be censored for expressing their

14　political opinions or not; is that fair to say?

15　　　　　　MS. ROEHRS:　Objection.

16　　　　A.　Yeah.

17　　　　Q.　Do you know what the Constitution of the

18　United States is?

19　　　　　　MS. ROEHRS:　Objection.

20　　　　A.　No.

21　　　　Q.　You've never heard of the Constitution

22　before?

23　　　　　　MS. ROEHRS:　Objection.

24　　　　A.　I have.

25　　　　Q.　Do you know what the Constitution of the

1    United States is?

2              MS. ROEHRS:  Objection.

3        A.    Yes.

4        Q.    Okay.  What is it?

5              MS. ROEHRS:  Objection.

6        A.    It's the Constitution.

7        Q.    But what specifically is the Constitution?

8              MS. ROEHRS:  Objection.  This is getting

9        very far off topic.

10             MR. KLEINMAN:  I don't actually think it

11       is at all and I'm entitled to ask and I'm going

12       to continue to ask.

13       Q.    So, what is the Constitution, Ms. Winter?

14       A.    It's the governing document our country.

15       Q.    Okay.  What's your opinion of the

16   Constitution?

17             MS. ROEHRS:  Objection.

18       A.    Can you specify a particular part of it?

19       Q.    Let's start with generally speaking, what

20   is your opinion of the Constitution of our country?

21             MS. ROEHRS:  Objection.

22       A.    It's a pretty good governing document.

23       Q.    Okay.  Agree.  Do you believe the

24   Constitution should apply to every single citizen of

25   this country?

 1            MS. ROEHRS:  Objection.

 2      A.    Yes.

 3      Q.    Why?  Why do you believe that?

 4            MS. ROEHRS:  Objection.

 5      A.    From my personal experience and beliefs.

 6      Q.    Is it fair to say that you wouldn't want

 7  to be censored for expressing an opinion?

 8            MS. ROEHRS:  Objection.

 9      A.    Can you clarify who I would be censored

10  by?

11      Q.    No, it's just a general question.  Again,

12  is it fair to say that you would not want to be

13  censored by anybody for expressing --

14            MR. KLEINMAN:  Well, withdrawn.

15      Q.    Is there anybody you would feel

16  comfortable being censored by for expressing a

17  political opinion?

18            MS. ROEHRS:  Objection.

19      A.    Can you define exactly what you mean by

20  the word, censor, here?

21      Q.    What do you take it to mean?

22            MS. ROEHRS:  Objection.

23      A.    Can you please clarify your question to

24  me?

25      Q.    Sure.  Do you think that anybody should

 1   have the right to suppress your political opinion?

 2           MS. ROEHRS:  Objection.  The witness isn't

 3       a legal or constitutional expert.

 4           MR. KLEINMAN:  I don't need your speaking

 5       opinion.  I'm asking her opinion.  If you have

 6       an objection you can state it.  You all spent

 7       seven or eight hours with my client so I'm

 8       going to ask relevant questions.

 9           MS. ROEHRS:  This is beyond the scope.

10           MR. KLEINMAN:  It's actually not beyond

11       the scope, it's actually not.  These are all

12       fair questions and I'm going to continue to ask

13       them.

14       Q.  So, Ms. Winter, my question is do you

15   believe that your political opinion should be

16   suppressed?

17           MS. ROEHRS:  Objection.

18       A.  Again, I need you to clarify.  Suppressed

19   by whom?

20       Q.  By anybody?

21           MS. ROEHRS:  Objection.

22       A.  I don't know.

23       Q.  Who do you think should be permitted to

24   suppress your political opinion?

25           MS. ROEHRS:  Objection.

 1      A.   I believe there are certain jobs, times

 2  and places where one's personal political opinion is

 3  not appropriate.  And I really would prefer not to

 4  go down a road to trying speculate about all those

 5  possible scenarios.

 6      Q.   Well, when do you think it's inappropriate

 7  to share your political opinion?

 8           MS. ROEHRS:  Objection.

 9      A.   One inappropriate place seems to be when

10  you're active duty.

11      Q.   Do you know who Jacob Wohl is?

12      A.   No.

13      Q.   Have you ever heard of Jacob Wohl?

14      A.   Only in the context of this case.

15      Q.   Do you have an opinion of, Mr. Wohl?

16           MS. ROEHRS:  Objection.

17      A.   I found his robocall distressing.

18      Q.   Okay.  Aside from that do you have any

19  opinion one way or the other?

20           MS. ROEHRS:  Objection.

21      A.   I don't know.

22      Q.   Okay.  Prior to the November 2020

23  presidential election did you see or hear political

24  adds?

25      A.   Possibly.