# EXHIBIT I

# Audio recording sent to Court in physical form by next-day messenger