# DAVID M. SCHWARTZ, ESQ

546 Fifth Avenue, 6ᵗʰ Floor, New York, NY 10036  T: 212.641.0049  E: david@

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2023

June 23, 2023

**VIA ECF & EMAIL**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    <u>Re: National Coalition on Black Civic Participation et al. v. Wohl et al., No. 20-cv-8668</u>

Dear Judge Marrero,

We are in receipt of Plaintiff's Motions *In Limine*, (documents 289 to 299) on the above referenced case. We respectfully request two weeks to July 7, 2023, or to any date Your Honor deems appropriate, to respond to the voluminous issues articulated in the Motions, for Defendants' to respond.

Thank you in advance for your consideration.

                                                        Respectfully Submitted,

                                                        *David M. Schwartz*



**Request GRANTED.** Defendants' response to Plaintiffs' motions in limine shall be due no later than July 7, 2023. Plaintiffs' reply shall be due no later than July 14, 2023.

**SO ORDERED.**

6/26/2023
DATE         VICTOR MARRERO, U.S.D.J.

cc:      All counsel of record (via ECF)