IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

Answer to Document 297

**NOTICE OF DEFENDANTS' RESPONSE TO PLAINTIFFS MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLAINTIFFS' SETTLEMENT WITH THE MESSAGE DEFENDANTS AND CROSS MOTION TO ENSURE MAHANIAN'S ATTENDANCE**

For the reasons set forth in Defendants' accompanying Response and Memorandum of Law, and based on the Declaration of David Schwartz in support of Defendants' Cross Motion to ensure Mahanian's attendance, together with attached exhibits, and the record and pleadings on file in this case, Defendants respectfully ask the Court to deny Plaintiffs Motion *In Limine* concerning settlement because of the relevance of the specter of bias, and grant Defendants' request that Mahanian give witness testimony.

Dated: New York, New York
       July 7, 2023                      Respectfully submitted,

By:   */s/ David M. Schwartz*

David M. Schwartz, Esq.
546 Fifth Avenue, 6th Fl.
New York, NY 10036
(212) 641-0049
david@davidschwartzesq.com