**Full docket text:**

Minute Entry for proceedings held before Judge Victor Marrero: Telephone Conference held on 10/30/2020. The Court held a second hearing to review the status of Defendants' compliance with its October 28, 2020 Decision and Order (Dkt. No. 38) and to give Defendants an opportunity to show cause why they should not be held in contempt of court for any noncompliance. Aaron Gold and Rachelle Navarro present for Plaintiffs. David Schwartz, Randy Kleinman, and Scott Grabel present for Defendants. Court reporter present. The Court determined that Defendants would be in substantial compliance with its October 28, 2020 Decision and Order upon issuance of calls to all recipients of the prior robocalls stating: "At the direction of a United States district court, this call is intended to inform you that a federal court has found that the message you previously received regarding mail-in voting from Project 1599 contained false information that has had the effect of intimidating voters, and thus interfering with the upcoming presidential election, in violation of federal voting-rights laws." Defendants are instructed to provide an update, by no later than 3:00 p.m. today, on the steps they have taken by then to distribute that message to the recipients of the prior robocalls. (ksp)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/07/2023 16:35:53 | | | |
| **PACER Login:** | DSMSecondCir | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:20-cv-08668-VM-OTW |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |