IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO LIMIT DEFENDANTS' CROSS EXAMINATION OF PLAINTIFFS**

Plaintiffs moved the Court to bar Defendants from offering evidence about (i) Plaintiffs' political affiliations and opinions, (ii) other people's reactions to the Robocall or their views on Black people, or (iii) their own races. *See* D.E. 291; D.E. 292. As Plaintiffs explained, these lines of inquiry are irrelevant and prejudicial, and asking Plaintiffs to speculate about who else heard the Robocall and how they reacted seeks to elicit information beyond the witnesses' personal knowledge and hearsay. *See* D.E. 292 at 2–4 (citing Fed. R. Evid. 401–03, 602, 802).

Defendants fail to discuss—much less counter—these arguments in their opposition filings. Indeed, it is unclear whether Defendants oppose Plaintiffs' motion at all. One of

Defendants' filings refers to opposing Plaintiffs' motion "to exclude cross examining Plaintiffs on actual damages," D.E. 303 at 2, but Plaintiffs sought no such relief. With no explanation of the relevance of Plaintiffs' political affiliations or races or their views on Black people relative to the risk of prejudice, and no articulation of how speculating on others' reactions to the Robocall is permissible, Defendants have failed to rebut any of Plaintiffs' arguments.

Thus, Plaintiffs ask the Court to preclude Defendants from introducing the aforementioned evidence.

Dated: New York, New York
July 14, 2023

Respectfully submitted,

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rick Sawyer*
Rick Sawyer, Special Counsel
Colleen Faherty, Assistant Attorney General
28 Liberty St., 20th Floor
New York, NY 10005
(212) 416-8252
Richard.Sawyer@ag.ny.gov
Colleen.Faherty@ag.ny.gov

By: */s/ Amy Walsh*
Amy Walsh
Franklin Monsour Jr.
Rene Kathawala
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
awalsh@orrick.com
fmonsour@orrick.com
rkathawala@orrick.com

By: */s/ Marc Epstein*

David Brody (admitted *pro hac vice*)
Marc Epstein
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiffs*