IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>Plaintiff,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF
OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLAINTIFFS'
SETTLEMENT WITH THE MESSAGE DEFENDANTS**

Defendants did not file a memorandum of law in opposition to Plaintiffs' motion for an order to prohibit Defendants from introducing evidence concerning the liability of their settling co-Defendants Message Communications and Robert Mahanian or from making any mention of the settlement agreement, nor did they file a memorandum of law in support of their cross-motion to ensure Mahanian's attendance. *See* D.E. 304 (Notice of Defendants' Response and Cross Motion). Given Defendants have not provided any legal or factual arguments for Plaintiffs to address, Plaintiffs respectfully request the Court grant their motion. *See generally* D.E. 298.

Dated: New York, New York
       July 14, 2023                                              Respectfully submitted,

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rick Sawyer*                                              By: */s/ Amy Walsh*
Rick Sawyer, Special Counsel                              Amy Walsh
Colleen Faherty, Assistant Attorney General       Franklin Monsour Jr.
28 Liberty St., 20th Floor                                       Rene Kathawala
New York, NY 10005                                             ORRICK HERRINGTON & SUTCLIFFE LLP
(212) 416-8252                                                       51 West 52nd Street
Richard.Sawyer@ag.ny.gov                                  New York, NY 10019-6142
Colleen.Faherty@ag.ny.gov                                  (212) 506-5000
                                                                            awalsh@orrick.com
                                                                            fmonsour@orrick.com
                                                                            rkathawala@orrick.com

By: */s/ Marc Epstein*
David Brody (admitted *pro hac vice*)
Marc Epstein
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiffs*