IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>    Plaintiffs,<br><br>    -and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 20-cv-8668 |

**SUPPLEMENTAL REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLAINTIFFS' SETTLEMENT WITH THE MESSAGE DEFENDANTS AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION TO ENSURE MAHANIAN'S ATTENDANCE.**

   Defendants' opposition to Plaintiffs' motion (D.E. 313) is without merit. First, it is untimely. Defendants filed their memorandum supporting their opposition and cross-motion after the Court's extended deadline, *see* D.E. 301, and after Plaintiffs filed their own reply briefs. Second, Defendants provide no basis for how the Court could compel the testimony of a witness who is beyond the 100-mile radius of the Court's jurisdiction. *See* Fed. R. Civ. P. 45(c)(1)(A).

Dated: New York, New York
       July 20, 2023                      Respectfully submitted,

**LETITIA JAMES**
*Attorney General*
*State of New York*

By:   */s/ Amy Walsh*

By:   */s/ Rick Sawyer*

Amy Walsh
Franklin Monsour Jr.
Rene Kathawala
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
awalsh@orrick.com
fmonsour@orrick.com
rkathawala@orrick.com

Rick Sawyer, Special Counsel
Colleen Faherty, Assistant Attorney General
28 Liberty St., 20th Floor
New York, NY 10005
(212) 416-8252
Richard.Sawyer@ag.ny.gov
Colleen.Faherty@ag.ny.gov

By:   */s/ Marc Epstein*

David Brody (admitted *pro hac vice*)
Marc Epstein
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiffs*