AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| National Coalition on Black Civic Participation et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Jacob Wohl et al. | ) |
| *Defendant* | ) |

Case No.   20-cv-8668

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Protect Democracy as Amicus Curiae                                          .

Date:     08/16/2023

/s/ Jared F. Davidson
*Attorney's signature*

Jared Fletcher Davidson (NY Bar No. 5202429)
*Printed name and bar number*

The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117

*Address*

jared.davidson@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*

Print       Save As...                                    Reset