UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, *et al.*,<br><br>      Plaintiffs,<br>v.<br><br>JACOB WOHL, *et al.*<br><br>      Defendants. | Case No. 1:20-cv-8668-VM |

## MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE PROTECT DEMOCRACY PROJECT, INC.

Pursuant to Local Civil Rule 1.4, the undersigned counsel respectfully seeks leave to withdraw as Attorney of Record for amicus curiae Protect Democracy Project, Inc. I will be leaving my current employment as of August 18, 2023, and therefore can no longer represent Protect Democracy. Protect Democracy will continue be represented by Attorney Jared F. Davidson, who entered a Notice of Appearance on August 16, 2023. I certify that Protect Democracy has been given reasonable notice of my withdrawal of appearance in this case. I am not asserting a retaining or charging lien.

Dated: August 16, 2023.

                                                            Respectfully submitted,

                                                            */s/ Rachel F. Homer*
                                                             Rachel F. Homer *(pro hac vice)*
                                                            Protect Democracy Project, Inc.
                                                            2020 Pennsylvania Avenue NW, Suite 163
                                                            Washington, DC 20006
                                                            (202) 579-4582
                                                            rachel.homer@protectdemocracy.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, I electronically filed the foregoing with the Court using the CM/ECF system, which shall serve as notice of filing to all counsel of record.

*/s/ Rachel F. Homer*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, *et al.*,<br><br>            Plaintiffs,<br>   v.<br><br>JACOB WOHL, *et al.*<br><br>            Defendants. | Case No. 1:20-cv-8668-VM |

## **[PROPOSED] ORDER**

Upon consideration and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and Rachel F. Homer is permitted to withdraw as counsel for Amicus Curiae Protect Democracy Project, Inc., in the above referenced proceeding

SO ORDERED:

Dated:

_____

U.S. District Court Judge Victor Marrero