USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL COALITION ON BLACK
CIVIC PARTICIPATION, *et al.*,

       Plaintiffs,
v.

JACOB WOHL, *et al.*

       Defendants.

Case No. 1:20-cv-8668-VM

## ORDER

Upon consideration and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and Rachel F. Homer is permitted to withdraw as counsel for Amicus Curiae Protect Democracy Project, Inc., in the above referenced proceeding

SO ORDERED:

Dated: 17 August 2023
      New York, New York

_____
Victor Marrero
U.S.D.J.