```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NATIONAL COALITION ON BLACK CIVIC
PARTICIPATION, et al.,

                    Plaintiffs,

      - against -

JACOB WOHL, et al.,

                    Defendants.

**20 Civ. 8668 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2023

**VICTOR MARRERO**, United States District Judge.

The five-day jury trial, currently set to begin on December 11, 2023, is hereby adjourned to January 29, 2024 at 9:00 a.m. The final pre-trial conference, currently scheduled for December 8, 2023, is also adjourned to January 26, 2024 at 10:00 a.m.

**SO ORDERED.**

Dated:    31 August 2023
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.