UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES<br><br>       Plaintiffs,<br><br>     -and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>       Plaintiff-Intervenor<br>    v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br>       Defendants. | Case No. 20-cv-8668 |

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

  Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Aaron Brecher hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the private Plaintiffs in the above-captioned action.

  I am a member in good standing of the Bar of the State of Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: December 22, 2023

By: */s/ Aaron Brecher*

Aaron Brecher
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street
Suite 3300
Seattle, WA 98101
Telephone (206) 839-4300
abrecher@orrick.com

*Attorneys for Private Plaintiffs*