UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Plaintiff-Intervenor<br><br>v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-9152-LGS |

## AFFIDAVIT OF AARON BRECHER IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COUNTY OF KING)
                ):ss
STATE OF WASHINGTON  )

Aaron Brecher, being duly sworn, deposes and says as follows:

1. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

3. As shown in the attached Certificate of Good Standing, I am a member in good

standing of the Bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Aaron Brecher, respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Plaintiffs.

_____
Aaron Brecher

Sworn to before me
this 22nd day of December, 2023

_____
Notary Public

N S BAE
NOTARY PUBLIC #81595
STATE OF WASHINGTON
COMMISSION EXPIRES
APRIL 11, 2026