UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　　-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>　　　　　　Plaintiff-Intervenor<br><br>　　　　　　　v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br>　　　　　　　　　Defendants. | Case No. 1:20-cv-8668-JSR |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Aaron Brecher for admission to appear *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Washington; and that his contact information is as follows:

> Aaron Brechert
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 401 Union Street
> Suite 3300
> Seattle, WA 98101
> Tel. (206) 839-4300
> abrecher@orrick.com

**IT IS HEREBY ORDERED** that Aaron Brecher is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: January 26, 2024

*Jed S. Rakoff, U.S.D.J.*
Hon. Jed. S. Rakoff
United States District Judge
January 29, 2024

2