UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., | 20-cv-8668 (JSR) |
| Plaintiffs, | ORDER |
| -v- | |
| JACOB WOHL, et al., | |
| Defendants. | |

JED S. RAKOFF, U.S.D.J.:

        This case is set for a jury trial to begin on April 15, 2024. The parties previously filed, when this case had been assigned to a different judge before November 28, 2023, eight motions in limine, including a motion by plaintiffs to compel defendants to disclose whether they intend to testify. ECF Nos. 274, 287, 289, 291, 293, 295, 297, 319. The parties are directed to refile, in accordance with the timeline for motions in limine and related pretrial motions set forth in the Court's individual rules, any of the above motions that they still wish to pursue. Should the parties desire an earlier resolution to any of the above motions, or wish to file any other motion in advance of the schedule in the Court's individual rules, the parties are directed to call chambers to make any such application. The Clerk is respectfully directed to close documents 274, 287, 289, 291, 293, 295, 297, and 319 on the docket.

SO ORDERED.

New York, NY
February  5 , 2024

JED S. RAKOFF, U.S.D.J