IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION et al.,<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL et al.,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

## NOTICE OF PRIVATE PLAINTIFFS' MOTION TO PERMIT REMOTE TESTIMONY BY PLAINTIFF MARY WINTER

For the reasons set forth in Private Plaintiffs' accompanying Memorandum of Law and based on the Declaration of Mary Winter in support of Plaintiffs' motion, Private Plaintiffs respectfully ask the Court to permit Plaintiff Mary Winter to testify remotely at the upcoming trial scheduled to begin on April 15, 2024.

Dated: March 1, 2024

Respectfully submitted,

By: /s/ *Amy Walsh*

Amy Walsh
Franklin Monsour Jr.
Aaron P. Brecher
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
awalsh@orrick.com
fmonsour@orrick.com abrecher@orrick.com


By: */s/ Marc Epstein*
Marc Epstein
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
mepstein@lawyerscommittee.org


*Attorneys for Private Plaintiffs*