IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION et al., <br><br> Plaintiffs, <br><br> -and- <br><br> People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> JACOB WOHL et al., <br><br> Defendants. | Civil Action No. 20-cv-8668 |

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO DISCLOSE WHETHER THEY INTEND TO TESTIFY AT TRIAL**

For the reasons set forth in Plaintiffs' accompanying Memorandum of Law and based on the Declaration of Amy Walsh in support of Plaintiffs' motion, along with accompanying exhibit, Plaintiffs respectfully ask the Court to compel Defendants to immediately disclose whether they intend to testify at trial scheduled to begin on April 15, 2024, and if Defendants intend to testify, Plaintiffs respectfully ask for permission to re-depose Defendants in advance of trial.

Dated: March 1, 2024

Respectfully submitted,

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rick Sawyer*

Rick Sawyer, Special Counsel
Colleen K. Faherty, Assistant Attorney General
28 Liberty St., 20th Floor
New York, NY 10005
(212) 416-6182
Richard.Sawyer@ag.ny.gov
Colleen.Faherty@ag.ny.gov

*Attorneys for Plaintiff-Intervenor*

By: */s/ Amy Walsh*

Amy Walsh
Franklin Monsour Jr.
Aaron P. Brecher
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
awalsh@orrick.com
fmonsour@orrick.com
abrecher@orrick.com

By: */s/ Marc Epstein*
Marc Epstein
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
mepstein@lawyerscommittee.org

*Attorneys for Private Plaintiffs*