IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION et al.,<br><br>Plaintiffs,<br><br>-and-<br><br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>JACOB WOHL et al.,<br><br>Defendants. | Civil Action No. 20-cv-8668 |

## DECLARATION OF AMY WALSH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO DISCLOSE WHETHER THEY INTEND TO TESTIFY AT TRIAL

Amy Walsh, an attorney duly admitted to practice law in the State of New York and the U.S. District Court for the Southern District of New York, hereby declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for Private Plaintiffs in this case. I have personal knowledge of the facts stated here.

2. Attached as **Exhibit 1** is a copy of emails from Plaintiffs' counsel to Defendants' counsel on August 8, 2023, and October 3, 2023. Plaintiffs' counsel received no response.

WHEREFORE, I respectfully request that the Court grant the relief sought in the Notice of Motion and grant such other and further relief as the Court deems just and proper.

Dated: March 1, 2024

    New York, New York

 

*/s/ Amy Walsh*
Amy Walsh

2