UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> JACOB WOHL, et al., <br><br> Defendants. | 20-cv-8668 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

    This case is set for a jury trial to begin on April 15, 2024. On February 28, 2024, with the Court's leave, defendants filed a motion for reconsideration of the March 8, 2023 summary judgment ruling, which found defendants liable on all claims but left the issue of damages for trial. See ECF Nos. 256, 325. Plaintiffs filed an opposition to the motion for reconsideration on March 4, 2024. See ECF No. 332. For the reasons stated in plaintiffs' opposition, the Court hereby denies the motion for reconsideration. The Clerk is respectfully directed to close document 325 on the docket.

    SO ORDERED.

New York, NY
March 5, 2024

                                                  JED S. RAKOFF, U.S.D.J