UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, et al.,

　　　　Plaintiffs,

　　-v-

JACOB WOHL, et al.,

　　　　Defendants.

---

20-cv-8668 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

　　This case is set for a jury trial to begin on April 15, 2024. On March 1, 2024, with the Court's leave, plaintiffs filed two motions in limine. The first seeks permission for plaintiff Mary Winter, who lives in Germany with her husband who is deployed there, to testify by videoconference at trial. ECF No. 328. The second seeks to compel defendants "to disclose immediately whether they intend to testify at trial." ECF No. 331. Although the Court granted leave for defendants to file oppositions to these motions by March 8, see Minute Entry of 2/27/2024, they have not done so. Accordingly, both motions in limine are hereby granted. Defendants must disclose to plaintiffs by no later than noon on Monday, March 18 whether they intend to testify at trial. If defendants answer in the affirmative, they must make themselves available for depositions to take place by Monday, April 1. If defendants answer in the negative or fail to answer by the specified time, the Court

1

hereby precludes them from testifying at trial. The Clerk is respectfully directed to close documents 326 and 329 on the docket.

SO ORDERED.

New York, NY
March 15, 2024

_____
JED S. RAKOFF, U.S.D.J