IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL COALITION ON BLACK CIVIC PARTICIPATION, MARY WINTER, GENE STEINBERG, NANCY HART, SARAH WOLFF, KAREN SLAVEN, KATE KENNEDY, EDA DANIEL, and ANDREA SFERES,<br><br>　　　　　　　Plaintiffs,<br><br>-and-<br>People of the STATE OF NEW YORK, by its attorney general, LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>　　　　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>JACOB WOHL, JACK BURKMAN, J.M. BURKMAN & ASSOCIATES, LLC, PROJECT 1599, and JOHN and JANE DOES 1-10,<br><br>　　　　　　　Defendants. | Civil Action No. 20-cv-8668 |

**DEFENDANTS' RESPONSE TO JUDGE'S ORDER TO DISCLOSE INTENTION TO TESTIFY AT TRIAL**

Pursuant to the Court's order dated March 15, 2024, Defendants Jacob Wohl, Jack Burkman, et al, respectfully submit their response.

Defendants Jacob Wohl, Jack Burkman, et al, respectfully respond that they will not be testifying at the upcoming trial on April 15, 2024.

1

Dated:   New York, New York
         March 18. 2024

                                                 By:   /s/_____

                                                 David M. Schwartz, Esq.
                                                 546 Fifth Avenue, 6th Fl.
                                                 New York, NY 10036
                                                 (212) 641-0049
                                                 david@davidschwartzesq.com