STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

CIVIL RIGHTS BUREAU  
212.416.8637

April 8, 2024

**By ECF**  
Honorable Jed S. Rakoff  
United States District Court  
Southern District of New York

Re: *National Coalition on Black Civic Participation v. Jacob Wohl*, SDNY Case No. 20-cv-8668 JSR

Dear Judge Rakoff:

On behalf of all Plaintiffs and Defendants, Plaintiff-Intervenor the People of the State of New York submits a fully executed proposed Consent Decree settling all pending claims in this matter. The parties respectfully that the Court so-order the Consent Decree and dismiss the matter except with respect to the enforcement of injunctive relief, as set forth in the proposed Consent Decree.

The parties are prepared to respond to any questions or concerns the Court may have.

Respectfully,

*/s/* Richard Sawyer

Richard Sawyer  
Section Chief  
Civil Rights Bureau  
New York State  
Office of the Attorney General

Encl.  
cc: All counsel of record (via ECF)